IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GUADALUPE AND AMELIA GUERRA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF CINDY GUERRA, DECEASED, and LISA GUERRA, INDIVIDUALLY, § § § § § § § RENE GARZA AND PATRICIA GARZA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF JENNIFER GARZA, DECEASED, § § § § § § § and § § JOE ALFARO, INDIVIDUALLY, § § Plaintiffs, § § VS. § § ALLIED VAN LINES, INC. and SORENSEN MOVING AND STORAGE COMPANY INC., § § § § Defendants. § | CIVIL ACTION NO. B-03-142 TRIAL BY JURY REQUESTED |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

COME NOW Plaintiffs Guadalupe and Amelia Guerra, individually and as personal representatives of the estate of Cindy Guerra, deceased; Lisa Guerra, individually; Rene Garza and Patricia Garza, individually and as personal representatives of the estate of Jennifer Garza, deceased; and Joe Alfaro, individually, and file this Certificate and Disclosure of Interested Parties and would show as follows:

1.　The following individuals, exclusive of attorneys, may have a financial interest in the outcome of this litigation:

a. Guadalupe and Amelia Guerra, individually and as personal representatives of the estate of Cindy Guerra, deceased;

b. Lisa Guerra;

c. Rene Garza and Patricia Garza, individually and as personal representatives of the estate of Jennifer Garza, deceased;

d. Joe Alfaro;

e. Allied Van Lines, Inc.; and

f. Sorensen Moving and Storage Company Inc.

Respectfully submitted,

MITHOFF & JACKS, L.L.P.

_____
RICHARD WARREN MITHOFF
Attorney-In-Charge
State Bar No. 14228500
Federal I.D. No. 2102
WILLIAM J. STRADLEY
Of Counsel
State Bar No. 19353000
Federal I.D. No. 397
JANIE L. JORDAN
Of Counsel
State Bar No. 11012700
Federal I.D. No. 17407
500 Dallas Street, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

**ATTORNEYS FOR THE PLAINTIFFS**