*Allied Van Lines*

*CAB-03-142*

③

◻ AO 440  (Rev. 10/93)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE   8-28-03 @ 12:15 pm | United States District Court Southern District of Texas FILED |
|---|---|---|
| NAME OF SERVER *(PRINT)*   Scott Hinshaw | TITLE   Process Server | SEP 0 9 2003 |

*Check one box below to indicate appropriate method of service*

| | | Michael N. Milby Clerk of Court |

◻  Served personally upon the defendant.  Place where served: _____

◻  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

◻  Returned unexecuted: _____

XⓍX  Other (specify):  Allied Van Lines, Inc. by delivering to CT Corp. System, It's Reg. Agent by delivering to Shirley Dillon, agent authorized to accept at 350 N. St. Paul St. Dallas, Texas 75201

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES   55.00 | TOTAL   55.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/28/03
              *Date*

_____
*Signature of Server*

**LAWYERS CIVIL PROCESS**
**400 S. HOUSTON ST.**
**DALLAS, TEXAS 75202**

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.