IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GUADALUPE AND AMELIA GUERRA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF CINDY GUERRA, DECEASED, and LISA GUERRA, INDIVIDUALLY § § § § § § § RENE GARZA AND PATRICIA GARZA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JENNIFER GARZA, DECEASED, § § § § § and § § JOE ALFARO, INDIVIDUALLY, § § Plaintiffs, § § VS. § § ALLIED VAN LINES, INC. and SORENSON MOVING AND STORAGE COMPANY, INC., § § § § Defendants. § | CIVIL ACTION NO. B-03-142<br><br>TRIAL BY JURY REQUESTED |

## DEFENDANT, ALLIED VAN LINES, INC.'S, LIST OF FINANCIALLY INTERESTED ENTITIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, ALLIED VAN LINES, INC. and files its List of Financially Interested Entities and would show the Court as follows:

I.

Pursuant to the Court's Order of Conference dated August 12, 2003, Defendant ALLIED VAN LINES, INC. provides the following list of potentially financially interested entities:

1. Allied Van Lines, Inc., a subsidiary of North American Van Lines, Inc. which is a subsidiary of Sirva, Inc., a holding company. For further information about Sirva, Inc., see its website at www.sirva.com.

2. TransGuard Insurance Company of America, Inc., a subsidiary of Allied Van Lines, Inc.

3. Protective Insurance Company, a subsidiary of <u>Baldwin & Lyons, Inc.</u> and affiliated with Sagamore Insurance Company and B&L Insurance, Ltd.

4. The Ohio Casualty Insurance Company. <u>Ohio Casualty Corporation</u> is the holding company of The Ohio Casualty Insurance Company.

5. Illinois National Insurance Company, a subsidiary of <u>American International Group, Inc.</u>, a holding company. For more information about AIG, please see its website at www.aigcorporate.com.

6. Winterthur International America Insurance Company, part of the Winterthur Group which is believed to be part of the <u>Credit Suisse Group</u>.

7. Starr Excess Liability Insurance Company Ltd., which along with its wholly owned subsidiary, Starr Excess Liability Insurance International Ltd., are members of <u>American International Group, Inc.</u>

8. Sorensen Moving & Storage, Inc.

9. Fireman's Fund Insurance Company, a subsidiary of <u>Allianz AG</u>. For more information about Allianz AG, please see its website at www.allianzgroup.com.

Respectfully submitted,

By *Tom Lockhart* By permission
Tom Lockhart
State Bar No. 08817000
Federal I.D. No. 2257
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, TX 78551-1429
Telephone:  (956) 428-7495
Telecopier:  (956) 428-2954

FED I.D. 1583

ATTORNEYS FOR DEFENDANT
ALLIED VAN LINES

## Certificate of Service

I hereby certify that on this the 12th day of September, 2003, a true and correct copy of the above and foregoing pleading was mailed to counsel for Plaintiffs as follows:

Mr. Richard Warren Mithoff
Mr. William J. Stradley
Ms. Janie J. Jordan
**MITHOFF & JACKS, L.L.P.**
500 Dallas Street, Suite 3450
Houston, Texas 77002
*Via CMRRR 7002 2410 0002 3603 9533*

TOM LOCKHART