LAW OFFICES OF

# ADAMS & GRAHAM, L.L.P.

TOM LOCKHART, Partner
Tlockhart@adamsgraham.com

222 E. VAN BUREN, WEST TOWER (78550)
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551-1429

Tel (956) 428-7495
Fax (956) 428-2954
www.adamsgraham.com

September 16, 2003

Mr. Michael Milby
UNITED STATES DISTRICT CLERK
United States District Courthouse
600 E. Harrison, No. 101
Brownsville, Texas 78520

United States District Court
Southern District of Texas
FILED

SEP 1 6 2003

Michael N. Milby
Clerk of Court

*Via Hand Delivery*

Re:   Civil Action No. B-03-142
      Guadalupe and Amelia Guerra, et al. v. Allied Van Lines, Inc., et al.; In the United States District
      Court for the Southern District of Texas, Brownsville, Division
      Our File No. A-764

Dear Mr. Milby:

Please find enclosed for filing among the papers of the above referenced matter, two copies of an executed letter agreement to extend Defendant, **Allied Van Lines, Inc.**'s, deadline for filing an Answer to September 24, 2003.

By copy hereof, I am providing a copy of the letter document to all counsel of record.

Thank you for your attention to this matter.

Sincerely yours,

ADAMS & GRAHAM, L.L.P.

Tom Lockhart

TL/mm
Enclosure

cc:   (w/encl.)
      Mr. Richard Warren Mithoff
      **MITHOFF & JACKS, L.L.P.**
      500 Dallas Street, Suite 3450
      Houston, Texas 77002

TOM LOCKHART
Partner
Tlockhart@adamsgraham.com

# LAW OFFICES OF
## ADAMS & GRAHAM, L.L.P.

222 E. VAN BUREN, WEST TOWER
P.O. DRAWER 1429
HARLINGEN, TEXAS 78551

TEL (956) 428-7495
FAX (956) 428-2954
adamsgraham.com

September 15, 2003

Mr. Richard W. Mithoff
MITHOFF & JACKS, L.L.P.
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002

*Via Fax No. 713-739-8085*

Re: Civil Action No. B-03-142, U. S. District Court, Southern District of Texas, Brownsville
Guadalupe and Amelia Guerra, Individually and as Personal Representatives of the Estate of Cindy Guerra, deceased, and Lisa Guerra Individually; René Garza and Patricia Garza, Individually and as Personal Representative of the Estate of Jennifer Garza, deceased; and Joe Alfaro, Individually, vs. Allied Van Lines, Inc., and Sorensen Moving and Storage Company, Inc.
Our File No. A-764

Dear Richard:

This confirms our telephone conversation of today wherein you agreed to extend Allied Van Lines, Inc.'s deadline for filing an Answer for ten (10) days making its Answer date September 24, 2003.

Please confirm by signing in the space below and returning to me by fax and I will then file with the clerk. Thank you for your cooperation in this matter.

Sincerely yours,

ADAMS & GRAHAM, L.L.P.

Tom Lockhart

TL/mm

AGREED TO:

_____
Richard W. Mithoff

[3] C:\FILES\A\A764-MITHOFF-001