*Sorensen moving + Storage*  CAB-03-142

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9-3-03 |
| NAME OF SERVER (PRINT) Jason Marcus Cohen | TITLE Process Server |

United States District Court
Southern District of Texas
FILED

SEP 1 9 2003

Michael N. Milby
Clerk of Court

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sorensen Moving and Storage Company, Inc. by delivering to the Secretary of State Citations Unit, P.O. Box 12079, Austin, Texas 78711-2079 by Certified Mail, Return Receipt attached signed by Doug Bennight

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-3-03
                 Date           Signature of Server  *Jason Marcus Cohen*

Address of Server:
LAWYERS CIVIL PROCESS
400 S. HOUSTON ST.
DALLAS, TEXAS 75202

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Sorensen Moving and Storage Company, Inc.
by delivering to the Secretary of State
Citations Unit
P.O. Box 12079
Austin, Texas 78711-2079

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  DOUG BENNIGHT  ☐ Agent
   MAIL & MESSENGER SERVICE  ☒ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   SEP 0 3 2003

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No
   TBPC

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label): 7003 1010 0004 8293 3704

Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Mail Only; No Insurance Coverage Provided)

Sorensen Moving & Storage Co. Inc.
DALLAS TX 75202

Certified Fee
Receipt Fee (Required)
Delivery Fee (Required)

Postage & Fees  $7.00

*to the SOS*
*PO Box 12079*
*Austin, TX 78711-2079*

June 2002   See Reverse for Instructions