

# The State of Texas
## Secretary of State

United States District Court
Southern District of Texas
FILED

SEP 2 6 2003

Michael N. Milby
Clerk of Court

2004-082785-1

B-03-142

*11*

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons In A Civil Case and Plaintiff's Original Complaint and Jury Demand in the cause styled:

Guadalupe and Amelia Guerra et al VS Allied Van Lines Inc et al
United States District Court for the Southern District of Texas
B03142

was received by this office on September 3, 2003, and that a copy was forwarded on September 10, 2003, by CERTIFIED MAIL, return receipt requested to:

Sorensen Moving and Storage Company Inc
President/CEO of Officer or Agent
950 Eau Gallie Blvd
Melbourne , FL 32935

The RETURN RECEIPT was received in this office dated September 12, 2003, bearing the Signature Of Addressee's Agent.



Date issued: September 17, 2003



Geoffrey S. Connor
Secretary of State

ST\lsv