/2

LAW OFFICES OF

# ADAMS & GRAHAM, L.L.P.

TOM LOCKHART, Partner
Tlockhart@adamsgraham.com

222 E. VAN BUREN, WEST TOWER (78550)
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551-1429

Tel (956) 428-7495
Fax (956) 428-2954
www.adamsgraham.com

United States District Court
Southern District of Texas
FILED

October 14, 2003

OCT 1 4 2003

Michael N. Milby
Clerk of Court

Mr. Michael Milby
UNITED STATES DISTRICT CLERK
United States District Courthouse
600 E. Harrison, No. 101
Brownsville, Texas 78520

*Via Hand Delivery*

Re:  Civil Action No. B-03-142
     Guadalupe and Amelia Guerra, et al. v. Allied Van Lines, Inc., et al.; In the United States District Court for the Southern District of Texas, Brownsville, Division
     Our File No. A-764

Dear Mr. Milby:

Please find enclosed for filing among the papers of the above referenced matter, two copies of an executed letter agreement to extend Defendant, **Sorensen Moving and Storage Company, Inc.'s**, deadline for filing an Answer, which is self-explanatory.

By copy hereof, I am providing a copy of the letter document to all counsel of record.

Thank you for your attention to this matter.

Sincerely yours,

ADAMS & GRAHAM, L.L.P.

Tom Lockhart

TL/mm
Enclosures

cc:   (w/encl.)
      Mr. Richard Warren Mithoff
      MITHOFF & JACKS, L.L.P.
      500 Dallas Street, Suite 3450
      Houston, Texas 77002

LAW OFFICES OF
**ADAMS & GRAHAM, L.L.P.**

TOM LOCKHART
Partner
Tlockhart@adamsgraham.com

222 E. VAN BUREN, WEST TOWER
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551

Tel. (956) 428-7495
Fax (956) 428-2954
adams@graham.com

October 8, 2003

Mr. Richard W. Mithoff
MITHOFF & JACKS, L.L.P.
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002

*Via Fax No. 713-739-8085*

Re:    Civil Action No. B-03-142, U. S. District Court, Southern District of Texas, Brownsville
       Guadalupe and Amelia Guerra, Individually and as Personal Representatives of the Estate of Cindy
       Guerra, deceased, and Lisa Guerra Individually; Rene Garza and Patricia Garza, Individually and as
       Personal Representative of the Estate of Jennifer Garza, deceased; and Joe Alfaro, Individually, vs. Allied
       Van Lines, Inc., and Sorensen Moving and Storage Company, Inc.
       Our File No. A-764

Dear Richard:

This confirms the following agreement concerning Sorensen Moving and Storage Company, Inc.
in the above referenced case:

> You have agreed to extend Sorensen's Answer date until you have conducted initial
> discovery with Allied; at such time you will advise me if you are going to dismiss
> Sorensen or give written notice that Sorensen will need to file responsive pleadings
> within ten (10) business days after such written notice is received. By requesting and
> agreeing to this extension, neither Sorensen nor Plaintiffs waive any jurisdictional,
> venue or service of process issue.

Please confirm this agreement by signing in the space below and returning to me by fax and I will
then file with the clerk. Thank you for your cooperation in this matter.

Sincerely yours,

ADAMS & GRAHAM, L.L.P.

Tom Lockhart

TL/mm
AGREED TO:

Richard W. Mithoff
Attorney for Plaintiffs    10/10/03

[N]C:\FILES\A\A764\MITHOFF-001