IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 7 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GUADALUPE AND AMELIA GUERRA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF CINDY GUERRA, DECEASED, and LISA GUERRA, INDIVIDUALLY § § § § § § § RENE GARZA AND PATRICIA GARZA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JENNIFER GARZA, DECEASED, § § § § § and § § JOE ALFARO, INDIVIDUALLY, § § Plaintiffs, § § VS. § § ALLIED VAN LINES, INC. and SORENSEN MOVING AND STORAGE COMPANY, INC., § § § § Defendants. § | CIVIL ACTION NO. B-03-142 TRIAL BY JURY REQUESTED |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ORIGINAL ANSWERS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendants, **ALLIED VAN LINES, INC.**, ("ALLIED") and **SORENSEN MOVING AND STORAGE COMPANY, INC.**, ("SORENSEN"), and file this Unopposed Motion for Leave to Extension of Time to File Original Answers and in support thereof would show the Court as follows:

I. Certificate of Conference

Counsel for Defendants has conferred with counsel for Plaintiffs. The motion is unopposed.

II. Issues to Be Ruled Upon

By stipulations, the parties agreed to extend the time for Defendants to file answers and responsive pleadings to Plaintiffs First Amended Original Complaint. Out of an abundance of caution, Defendants request the court approve the stipulations and permit Defendants an extension of time to file their Answers to the First Amended Original Complaint.

III. Background

1. ALLIED was served with summons and Plaintiffs' First Amended Complaint on August 28, 2003, making its Answer date September 17, 2003. (Dkt.#5)

2. The Plaintiffs and ALLIED agreed to extend ALLIED's Answer date to September 24, 2003. (Dkt. #7).

3. ALLIED filed its Answer. (Dkt. #10 - Received on September 24 and file entry on September 26, 2003)

4. On September 3, 2003, SORENSEN was served with Summons and Plaintiffs' First Amended Complaint through service on the Secretary of State for delivery to "The President/Chief Executive Officer or officer or agent for service of Sorensen" instead of "the home office". (Dkt. #8)

5. The Plaintiffs and SORENSEN agreed to extend SORENSEN's Answer date until October 13, 2003. (Dkt. #9)

6. The Plaintiffs and SORENSEN agreed to extend SORENSEN's Answer date beyond October 13, 2003. (Dkt. #12)

Respectfully submitted,

**John W. Waters, Jr.**
LA State Bar No. 13258
LA Federal I.D. No. 13258
**BIENVENU, FOSTER, RYAN & O'BANNON**
1010 Common Street, Suite 2200
New Orleans, LA 70112-2401
Telephone No.:        (504) 581-2146
Telecopier No.:       (504) 522-7859

By: _____
**Tom Lockhart**
Texas State Bar No. 12473500
Texas Federal I.D. No. 2257
**Roger W. Hughes**
Texas State Bar No. 10229500
Texas Federal I.D. No.: 5950
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, TX 78551-1429
Telephone No.:        (956) 428-7495
Telecopier No.:       (956) 428-2954

**ATTORNEYS FOR DEFENDANTS ALLIED VAN LINES, INC., AND SORENSEN MOVING AND STORAGE COMPANY, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on this the _____ day of November, 2003, a true and correct copy of the above and foregoing pleading was mailed to counsel for Plaintiffs:

Mr. Richard Warren Mithoff
Mr. William J. Stradley
Ms. Janie J. Jordan
**MITHOFF & JACKS, L.L.P.**
500 Dallas Street, Suite 3450
Houston, Texas 77002
Attorneys for Plaintiffs

_____
**TOM LOCKHART**