IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| GUADALUPE AND AMELIA GUERRA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF CINDY GUERRA, DECEASED, and LISA GUERRA, INDIVIDUALLY<br><br>RENE GARZA AND PATRICIA GARZA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JENNIFER GARZA, DECEASED,<br><br>and<br><br>JOE ALFARO, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>VS.<br><br>ALLIED VAN LINES, INC. and SORENSEN MOVING AND STORAGE COMPANY, INC.,<br><br>Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. B-03-142<br><br>TRIAL BY JURY REQUESTED |

### ORDER ON DEFENDANTS, ALLIED VAN LINES, INC., AND SORENSEN MOVING AND STORAGE COMPANY, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ORIGINAL ANSWERS

**WHEREAS**, Defendants, **ALLIED VAN LINES, INC.**, and **SORENSEN MOVING AND STORAGE COMPANY, INC.** have presented their Unopposed Motion for Extension of Time to File Original Answers, and the Court is of the opinion that such motion is good and should be granted;

**IT IS THEREFORE ORDERED** that Allied Van Lines, Inc., is granted leave to file its Original Answer on September 26, 2003, and Sorensen Moving and Storage Company, Inc., is

granted leave to file its Original Answer on or before November 10, 2003. The stipulations on file are approved.

SIGNED this 13 day of November, 2003, at Brownsville, Texas.

_____
JUDGE PRESIDING

cc:

Mr. Richard Warren Mithoff
Mr. William J. Stradley
Ms. Janie J. Jordan
**MITHOFF & JACKS, L.L.P.**
500 Dallas Street, Suite 3450
Houston, Texas 77002

Mr. Tom Lockhart
Mr. Roger W. Hughes
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1249
Harlingen, TX 78551

Mr. John W. Waters, Jr.
**BIENVENU, FOSTER, RYAN
  & O'BANNON**
1010 Common Street, Suite 2200
New Orleans, LA 70112-2401