*16*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GUADALUPE AND AMELIA GUERRA,<br>Individually and as Personal Representative of<br>THE ESTATE OF CINDY GUERRA, Deceased,<br>And LISA GUERRA, Individually, RENE GARZA,<br>GARZA and PATRICIA GARZA, Individually<br>And as Personal Representative of the ESTATE OF<br>JENNIFER GARZA, Deceased, and JOE ALFARO,<br>Individually | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| vs. | §<br>§ | C.A. No. B-03-142 |
| ALLIED VAN LINES, INC., and SORENSON<br>MOVING AND STORAGE COMPANY, INC. | §<br>§<br>§ | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

NOW COME, GUADALUPE AND AMELIA GUERRA, Individually and as Personal Representative of THE ESTATE OF CINDY GUERRA, Deceased, and LISA GUERRA, Individually, RENE GARZA and PATRICIA GARZA, Individually, and as Personal Representative of the ESTATE OF JENNIFER GARZA, Deceased, and JOE ALFARO, Individually, Plaintiffs in the above referenced matter, and file this Notice of Appearance of Additional Counsel. The following counsel will represent Plaintiffs:

RODRIGUEZ, COLVIN & CHANEY, L.L.P.
Eduardo Roberto Rodriguez
State Bar No. 17144000
Federal ID No. 1944
Joseph A. Rodriguez
State Bar No.  17146600
Federal ID No. 10107
R. Patrick Rodriguez
State Bar No. 24002861
Federal ID No.  22949
P. O. Box 2155
1201 E. Van Buren Street
Brownsville, TX  78520
Telephone: 956-542-7441
Facsimile: 956-541-2170

Plaintiffs request that Mr. Eduardo Roberto Rodriguez,  Joseph A. Rodriguez and R. Patrick

Rodriguez be added to the service list of all parties.

Respectfully submitted,

MITHOFF & JACKS, L.L.P.
500 Dallas Street, Suite 3450
Houston, TX  77002
713-654-1122. Tel.
713-739-8085 Fax.


By: _____
     Richard Warren Mithoff
     Attorney-In-Charge
     State Bar No: 14228500
     Federal ID No. 2102
     William J. Stradley
     State Bar No. 1935300
     Federal ID No.  397
     Janie L. Jordan
     State Bar No. 11012700
     Federal ID No. 17407


RODRIGUEZ, COLVIN & CHANEY, L.L.P.
P. O. Box 2155
1201 E. Van Buren Street
Brownsville, TX  78520
Telephone:  956-542-7441
Facsimile: 956-541-2170


By: _____
     Eduardo Roberto Rodriguez
     Local Counsel
     State Bar No. 17144000
     Federal ID No.  1944
     Joseph A. Rodriguez
     State Bar No.  17146600
     Federal ID No.  10107
     R. Patrick Rodriguez
     State Bar No. 24002861
     Federal ID No. 22949

ATTORNEYS FOR PLAINTIFFS, GUADALUPE
AND AMELIA GUERRA, Individually and as
Personal Representative of THE ESTATE OF
CINDY GUERRA, Deceased, and LISA GUERRA,
Individually, RENE GARZA and PATRICIA
GARZA, Individually, and as Personal
Representative, Individually, and as Personal
Representative of the ESTATE OF JENNIFER

GARZA, Deceased, and JOE ALFARO, Individually

## CERTIFICATE OF SERVICE

I, hereby certify that on this the ___25__ day of November, 2003, a true and correct copy of the foregoing Notice of Additional Counsel was forwarded via U. S. Regular Mail and/or Facsimile to all counsel of record as hereinbelow noted:

Tom Lockhart
Adams & Graham, LLP
P. O. Drawer 1429
Harlingen, TX 78551-1429

John W. Waters, Jr.
Bienvenu, Foster, Ryan & O'Bannon
1010 Common St., Suite 2200
New Orleans, LA 70112-2401
*Counsel for Allied Van Lines Inc. and Sorensen Moving and Storage Company, Inc.*


_____
R. Patrick Rodriguez