*18*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 5 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GUADALUPE AND AMELIA GUERRA, § <br> INDIVIDUALLY AND AS PERSONAL § <br> REPRESENTATIVES OF THE ESTATE § <br> OF CINDY GUERRA, DECEASED, and § <br> LISA GUERRA, INDIVIDUALLY § <br> § <br> RENE GARZA AND PATRICIA GARZA, § <br> INDIVIDUALLY AND AS PERSONAL § <br> REPRESENTATIVE OF THE ESTATE § <br> OF JENNIFER GARZA, DECEASED, § <br> § <br> and § <br> § <br> JOE ALFARO, INDIVIDUALLY, § <br> § <br> Plaintiffs, § <br> § <br> VS. § <br> § <br> ALLIED VAN LINES, INC. and § <br> SORENSEN MOVING AND STORAGE § <br> COMPANY, INC., § <br> § <br> Defendants. § | CIVIL ACTION NO. B-03-142 <br><br> TRIAL BY JURY REQUESTED |

**DEFENDANT, SORENSEN MOVING AND STORAGE COMPANY, INC.'S,
LIST OF FINANCIALLY INTERESTED ENTITIES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **SORENSEN MOVING AND STORAGE COMPANY,**

**INC.,** and files its List of Financially Interested Entities and would show the Court as follows:

**I.**

Pursuant to the Court's Order of Conference dated August 12, 2003, Defendant

**SORENSEN MOVING AND STORAGE COMPANY, INC.** provides the following list of

potentially financially interested entities:

1.   Sorensen Moving and Storage Company, Inc., a Florida corporation;

2.   Sorensen Moving and Storage of Orlando Company, Inc., a Florida corporation;

3.   Fireman's Fund Insurance Company, a subsidiary of <u>Allianz AG</u>. For more information about Allianz AG, please see its website at www.allianzgroup.com.

Respectfully submitted,

**John W. Waters, Jr.**
LA State Bar No. 13258
LA Federal I.D. No. 13258
**BIENVENU, FOSTER, RYAN**
**    & O'BANNON**
1010 Common Street, Suite 2200
New Orleans, LA  70112-2401
Telephone No.:        (504) 581-2146
Telecopier No.:        (504) 522-7859

By:_____
**Tom Lockhart**
Texas State Bar No. 12473500
Texas Federal I.D. No. 2257
**Roger W. Hughes**
Texas State Bar No. 10229500
Texas Federal I.D. No.: 5950
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, TX 78551-1429
Telephone No.:        (956) 428-7495
Telecopier No.:        (956) 428-2954

**ATTORNEYS FOR DEFENDANT**
**SORENSEN MOVING AND STORAGE**
**COMPANY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of November, a true and correct copy of the above and

foregoing pleading was mailed to counsel for Plaintiffs:

Mr. Richard Warren Mithoff
Mr. William J. Stradley
Ms. Janie J. Jordan
**MITHOFF & JACKS, L.L.P.**
500 Dallas Street, Suite 3450
Houston, Texas 77002
Attorneys for Plaintiffs
*Via Fax No.* ***(713) 739-8085***
*and Federal Express Delivery*

TOM LOCKHART

---

DEFENDANT, SORENSEN MOVING AND STORAGE COMPANY, INC.'S, LIST OF FINANCIALLY
INTERESTED ENTITIES
[8]; C:\files\A764\PLEADINGS\SORENSEN\LIST OF FIN-INT-ENTITIES001                    PAGE 3