IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 5 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GUADALUPE AND AMELIA GUERRA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF CINDY GUERRA, DECEASED, and LISA GUERRA, INDIVIDUALLY § § § § § § § RENE GARZA AND PATRICIA GARZA, § INDIVIDUALLY AND AS PERSONAL § REPRESENTATIVE OF THE ESTATE § OF JENNIFER GARZA, DECEASED, § § and § § JOE ALFARO, INDIVIDUALLY, § § Plaintiffs, § § VS. § § ALLIED VAN LINES, INC. and § SORENSEN MOVING AND STORAGE § COMPANY, INC., § § Defendants. § | CIVIL ACTION NO. B-03-142 TRIAL BY JURY REQUESTED |

# DEFENDANTS' RULE 26(a) INITIAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants, **ALLIED VAN LINES, INC. and SORENSEN MOVING AND STORAGE COMPANY, INC.**, pursuant to Fed. R. Civ. P., Rule 26(a)(1), makes the following initial disclosures:

(A)  Individuals likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

Scott Sorensen
Sorensen Moving and Storage, Inc.
950 Eau Gallie Blvd.
Melbourne, FL 32935
Telephone: 321-254-2770

Tom Lambert
Director
Agency Services/Allied
5001 U.S. Highway 30 W.
Ft. Wayne, IN 46818
Telephone: 260-429-1526

(B)  A copy of, or a description by category and location of, all documents compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:

1)  Agency Contract between Allied Van Lines, Inc. and Sorensen Moving and Storage Co., Inc. (Bates stamp Nos. 00000 - 00024);

2)  Contractor Service Operating Agreement between Sorensen Moving and Storage and Vladek Gorski (Bates stamp Nos. 00025 - 00038);

3)  Equipment Lease Agreement between Allied Van Lines, Inc. and Sorensen Moving & Storage Co., Inc. (Bates stamp Nos. 00039 - 00040);

4)  Equipment Lease Agreement between Allied Van Lines, Inc. and Sorensen Relocation Services of Orlando, Inc. (Bates stamp Nos. 00041 - 00042);

5)  Allied Rules and Regulations (Bates stamp Nos. 00043 - 00183);

6)  Gorski Driver Qualification file (Bates stamp Nos. 00184 - 00211);

7)  Gorski driver maintenance phone numbers and affiliation details and driver disqualification report (Bates stamp Nos. 00212 - 00214);

8)  satellite message history (Bates stamp Nos. 00215 - 00244);

9) Log Tracking records (Bates stamp Nos. 00245 - 00248);

10) trip history records (Bates stamp Nos. 00249 - 00252);

11) shipping documents (Bates stamp Nos. 00253- 00257);

12) Gorski's phone records (Bates stamp Nos. 00258 - 00259);

13) Gorski's Driver Daily Log (Bates stamp Nos. 00260 - 00405);

14) fuel receipts (Bates stamp Nos. 00406 - 00504);

15) tractor and trailer maintenance records (Bates stamp Nos. 00505 - 00521);

16) Agency Contract between Allied Van Liens, Inc., and Sorensen Moving and Storage of Orlando Company, Inc. (Bates stamp Nos. 00522 - 00545); and

17) Expansion Grant Agreement between Allied Van Lines, Inc. and Sorensen Relocation Services of Orlando, Inc. (Bates stamp Nos. 00546 - 00553).

18) Allied's Agent Sorensen Moving and Storage Co., Inc. file records (Bates stamp Nos. 00554 - 00979);

19) Allied's Agent Sorensen Moving of Orlando Company, Inc. file records (Bates stamp Nos. 00980 - 01139);

20) Position history report (Bates stamp Nos. 001140 - 001141);

21) Trip detail reports (Bates stamp Nos. 001142 - 001147); and

22) Fuel receipts (Bates stamp Nos. 001148 - 001222).

(C) Computation of any category of damages claimed by the disclosing party.

None.

(D)   **Insurance agreement.**

    1)   Allied Van Lines, Inc.'s insurance information   (Bates stamp Nos. 001223 - 001290).

    2)   Sorensen Moving and Storage Co., Inc. insurance information   (Bates stamp Nos. 001291 - 001527).

Respectfully submitted,

**John W. Waters, Jr.**
LA State Bar No. 13258
LA Federal I.D. No. 13258
**BIENVENU, FOSTER, RYAN & O'BANNON**
1010 Common Street, Suite 2200
New Orleans, LA 70112-2401
Telephone No.: (504) 581-2146
Telecopier No.: (504) 522-7859

By: _____
**Tom Lockhart**
Texas State Bar No. 12473500
Texas Federal I.D. No. 2257
**Roger W. Hughes**
Texas State Bar No. 10229500
Texas Federal I.D. No.: 5950
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, TX 78551-1429
Telephone No.: (956) 428-7495
Telecopier No.: (956) 428-2954

**ATTORNEYS FOR DEFENDANTS ALLIED VAN LINES, INC. and SORENSEN MOVING AND STORAGE COMPANY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of November, 2003, a true and correct copy of the above and foregoing document was mailed to counsel for Plaintiffs:

Mr. Richard Warren Mithoff
Mr. William J. Stradley
Ms. Janie J. Jordan
**MITHOFF & JACKS, L.L.P.**
500 Dallas Street, Suite 3450
Houston, Texas 77002
Attorneys for Plaintiffs
*Via Fax No. **(713) 739-8085**
and Federal Express Delivery*

_____
**TOM LOCKHART**