IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE AND AMELIA GUERRA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF CINDY GUERRA, DECEASED, and LISA GUERRA, INDIVIDUALLY | § § § § § § | United States District Court Southern District of Texas FILED DEC 2 2 2003 Michael N. Milby Clerk of Court |
| RENE GARZA AND PATRICIA GARZA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JENNIFER GARZA, DECEASED, | § § § § § | CIVIL ACTION NO. B-03-142 |
| and | § § | TRIAL BY JURY REQUESTED |
| JOE ALFARO, INDIVIDUALLY, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | |
| ALLIED VAN LINES, INC. and SORENSEN MOVING AND STORAGE COMPANY, INC., | § § § § | |
| Defendants. | § § | |

### DEFENDANTS' NOTICE OF NON-OPPOSITION TO DISMISSAL OF DEFENDANT SORENSEN MOVING AND STORAGE COMPANY, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants do not oppose Plaintiffs' dismissal of Defendant **SORENSEN MOVING AND STORAGE COMPANY, INC.**

Respectfully submitted,

**John W. Waters, Jr.**
LA State Bar No. 13258
LA Federal I.D. No. 13258
**BIENVENU, FOSTER, RYAN & O'BANNON**
1010 Common Street, Suite 2200
New Orleans, LA 70112-2401
Telephone No.: (504) 581-2146
Telecopier No.: (504) 522-7859

By: _/s/ Tom Lockhart_
   **Tom Lockhart**
   Texas State Bar No. 12473500
   Texas Federal I.D. No. 2257
   **Roger W. Hughes**
   Texas State Bar No. 10229500
   Texas Federal I.D. No.: 5950
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, TX 78551-1429
Telephone No.: (956) 428-7495
Telecopier No.: (956) 428-2954

**ATTORNEYS FOR DEFENDANTS ALLIED VAN LINES, INC., AND SORENSEN MOVING AND STORAGE COMPANY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of December, 2003, a true and correct copy of the above and foregoing pleading was mailed to counsel for Plaintiffs:

Mr. Richard Warren Mithoff
Mr. William J. Stradley
Ms. Janie J. Jordan
**MITHOFF & JACKS, L.L.P.**
500 Dallas Street, Suite 3450
Houston, Texas 77002
Attorneys for Plaintiffs

_/s/ Tom Lockhart_
TOM LOCKHART