IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GUADALUPE AND AMELIA GUERRA, ET AL.<br>      Plaintiffs<br><br>v.<br><br>ALLLIED VAN LINES, INC. AND SORENSEN MOVING AND STORAGE COMPANY, INC.<br><br>      Defendants. | § § § § § § § § § § § § § |

C.A. No. B-03-142

### ORDER OF PARTIAL DISMISSAL

BE IT REMEMBERED that on December 22, 2003, the Court considered the Plaintiffs' Motion for Voluntary Dismissal of Sorensen Moving and Storage Company, Inc. [Dkt. No. 20]. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court dismisses all of Plaintiffs' claims against Sorensen Moving and Storage Company **without prejudice**.

DONE at Brownsville, Texas, this 22nd day of December 2003.

Hilda G. Tagle
United States District Judge