| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

**MOTION & ORDER**
**FOR ADMISSION *PRO HAC VICE***

United States District Court
Southern District of Texas
FILED
JAN 26 2004
Michael N. Milby, Clerk of Court

| Division | Brownsville | Action Number | Civil Action No. B-03-142 |
|---|---|---|---|
| *Guadalupe and Amelia Guerra, Individually and as Personal Representatives of the Estate of Cindy Guerra, Deceased, and Lisa Guerra, Individually, Rene Garza and Patricia Garza, Individually and as Personal Representative of the Estate of Jennifer Garza, Deceased, and Joe Alfaro, Individually* ||||
| *versus* ||||
| *Allied Van Lines, Inc. and Sorenson Moving and Storage Company, Inc.* ||||

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Admitted US District Court for: | *John W. Waters, Jr.*<br>*Bienvenu, Foster, Ryan & O'Bannon*<br>*1010 Common Street, Suite 2200*<br>*New Orleans, Louisiana 70112-2401*<br>*(504) 310-1500 / FAX: (504) 522-7859*<br>*Louisiana Bar Number 13258*<br><br>*Eastern, Middle and Western Districts of Louisiana* |
|---|---|

Seeks to appear as the attorney for this party:

| Allied Van Lines, Inc. & Sorensen Moving and Storage Company, Inc. ||
|---|---|
| Dated: September 24, 2003 | Signed: [signature] |

**ORDER**

This lawyer is admitted *pro hac vice*.

United States District Court
Southern District of Texas
ENTERED
JAN 28 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

Signed on January 26, 2004. _____
United States District Judge

SDTX AA-6 (8/98)