UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JAN 2 6 2004  1:35 p.

Michael N. Milby, Clerk of Court

# MOTION & ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | *Brownsville* | Action Number | *Civil Action No. B-03-142* |
|---|---|---|---|

| *Guadalupe and Amelia Guerra, Individually and as Personal Representatives of the Estate of Cindy Guerra, Deceased, and Lisa Guerra, Individually, Rene Garza and Patricia Garza, Individually and as Personal Representative of the Estate of Jennifer Garza, Deceased, and Joe Alfaro, Individually* |
|---|
| *versus* |
| *Allied Van Lines, Inc. and Sorenson Moving and Storage Company, Inc.* |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | *John W. Waters, Jr.* |
| Firm | *Bienvenu, Foster, Ryan & O'Bannon* |
| Street | *1010 Common Street, Suite 2200* |
| City & Zip Code | *New Orleans, Louisiana 70112-2401* |
| Telephone | *(504) 310-1500 / FAX: (504) 522-7859* |
| Licensed: State & Number | *Louisiana Bar Number 13258* |
| Admitted US District Court for: | *Eastern, Middle and Western Districts of Louisiana* |

Seeks to appear as the attorney for this party:

| Allied Van Lines, Inc. & Sorensen Moving and Storage Company, Inc. |
|---|
| Dated: September 24, 2003 — Signed: [signature] |

### ORDER

This lawyer is admitted *pro hac vice*.

United States District Court
Southern District of Texas
ENTERED

JAN 2 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk [signature]

Signed on January 26, 2004. _____
United States District Judge

SDTX AA-6 (8/98)