| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| GUADALUPE AND AMELIA GUERRA, et al § § | | United States District Court Southern District of Texas ENTERED |
| versus § | CIVIL ACTION B- 03-142 | |
| ALLIED VAN LINES, INC., et al § § | | JAN 2 8 2004 |
| | Scheduling Order | Michael N. Milby, Clerk of Court By Deputy Clerk |

1. Trial: Estimated time to try: __10__ days.        ☐ Bench   ☒ Jury

2. New parties must be joined by:                                04/05/04

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    05/03/04

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                               08/02/04

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************   The court will provide these dates.   ************************

6. Dispositive Motions will be filed by:                         08/13/2004

7. Joint pretrial order is due:                                   09/20/2004

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   10/5/2004

9. Jury Selection is set for 9:00 a.m. on:                        10/7/2004

The case will remain on standby until tried.

   Signed ___January 26___, 2004, at Brownsville, Texas.

                                       _____
                                       Hilda G. Tagle
                                       United States District Judge

*Counsel, please sign on the back.*

*Scheduling Order--Page Two*

_____
Richard Warren Mithoff

Counsel for  Plaintiffs

_____
Tom Lockhart

Counsel for  Defendant,
             Allied Van Lines, Inc.

Counsel for _____

Counsel for _____

Counsel for _____

Counsel for _____

Counsel for _____