# Civil Courtroom Minutes

| | | | | | |
|---|---|---|---|---|---|
| JUDGE | Hilda G. Tagle | | | | |
| CASE MANAGER | Stella Cavazos | | | | |
| LAW CLERK | ☐ Nicolas   ■ Levesque | | | | |
| DATE | 01 | 26 | 04 | | |
| TIME | | a.m. | | a.m. | |
| | 1:48 | p.m. | 1:58 | p.m. | |
| CIVIL ACTION | B | 03 | 142 | | |
| STYLE | GUADALUPE AND AMELIA GUERRA, ET AL. *versus* ALLIED VAN LINES, INC. | | | | |

United States District Court
Southern District of Texas
FILED

JAN 26 2004

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;          (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):    Richard Warren Mithoff and Eduardo Rodriguez
Attorney(s) for Defendant(s):
Allied Van Lines:                Tom Lockhart, Roger Hughes and John W. Waters

---

Comments:

*Mithoff*: Defendants just filed a motion to transfer venue. Plaintiffs all reside in the Harlingen area. Mother and father are not suing for their own injuries.

*Procedurally*: Made oral motion for Leave to Amend complaint to include three additions--choice of law section among them. No objections by Defendants.

*Lockhart*: Parties wish the Court to deal with the venue issue first. First phase of discovery pertains to that only. There are depositions scheduled for February 11, 2004, that are relevant to the issue of venue. Defendants are not opposed to giving Plaintiffs extra time to respond to motion to transfer venue and for improper venue. Defendants suggested 20 days after the depositions.

**RULINGS: The Court GRANTED Mr. Waters motion to appear pro hac vice; GRANTED Plaintiffs oral motion for leave to file Amended Complaint. Plaintiff's to respond to Defendant's Motion to Transfer Venue on or before March 2, 2004.**