29

United States District Court
Southern District of Texas
FILED

JAN 3 0 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

GUADALUPE AND AMELIA GUERRA, §
INDIVIDUALLY AND AS PERSONAL §
REPRESENTATIVES OF THE ESTATE §
OF CINDY GUERRA, DECEASED, and §
LISA GUERRA, INDIVIDUALLY §
§
RENE GARZA AND PATRICIA GARZA, §
INDIVIDUALLY AND AS PERSONAL §
REPRESENTATIVE OF THE ESTATE §
OF JENNIFER GARZA, DECEASED, §    CIVIL ACTION NO. B-03-142
§
and §    TRIAL BY JURY REQUESTED
§
JOE ALFARO, INDIVIDUALLY, §
§
Plaintiffs, §
§
VS. §
§
ALLIED VAN LINES, INC. and §
SORENSEN MOVING AND STORAGE §
COMPANY, INC., §
§
Defendants. §

## FIRST SUPPLEMENT TO DEFENDANT, ALLIED VAN LINES, INC.'S, MOTION TO TRANSFER VENUE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **ALLIED VAN LINES, INC.** ("ALLIED"), and files this

First Supplement to its Motion to Transfer Venue and would show the Court as follows:

# I.

As additional support for its Motion to Transfer Venue, ALLIED incorporates:

1.  the attached Plaintiffs' First Supplement to Initial Disclosures which references medical billing records for Lisa Guerra from Baton Rouge General Medical Center in the amount of $782,871.84 and for Joe Alfaro from Baton Rouge General Medical Center in the amount of $1,217,368.99 (Exhibit "A"); and

2.  the attached notification of lien/privilege from Baton Rouge General Medical Center in the amount of $1,217,368.99 for medical services and supplies for Joe Alfaro (Exhibit "B").

3.  the original affidavit of Scott Sorensen, Exhibit "2" of Defendant ALLIED'S Motion to Transfer Venue.

**WHEREFORE, PREMISES CONSIDERED**, Defendant **ALLIED** continues to pray that its Motion to Transfer Venue be granted.

Respectfully submitted,

**John W. Waters, Jr.**
LA State Bar No. 13258
LA Federal I.D. No. 13258
**BIENVENU, FOSTER, RYAN
& O'BANNON**
1010 Common Street, Suite 2200
New Orleans, LA 70112-2401
Telephone No.:        (504) 581-2146
Telecopier No.:       (504) 522-7859

By:_____
Tom Lockhart
Texas State Bar No. 12473500
Texas Federal I.D. No. 2257
**Roger W. Hughes**
Texas State Bar No. 10229500
Texas Federal I.D. No.: 5950
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, TX 78551-1429

Telephone No.:        (956) 428-7495
Telecopier No.:       (956) 428-2954

**ATTORNEYS FOR DEFENDANT**
**ALLIED VAN LINES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of January, 2004, a true and correct copy of the above and foregoing pleading was mailed to counsel for Plaintiffs as follows:

Mr. Richard Warren Mithoff                         *Via Fax No. 713-739-8085*
Mr. William J. Stradley
Ms. Janie J. Jordan
**MITHOFF & JACKS, L.L.P.**
500 Dallas Street, Suite 3450
Houston, Texas 77002

Mr. Eduardo Roberto Rodriguez                      *Via Hand Delivery*
**RODRIGUEZ, COLVIN & CHANEY**
P. O. Box 2155
Brownsville, Texas 78523-2155

_____
TOM LOCKHART

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE AND AMELIA GUERRA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF CINDY GUERRA, DECEASED, and LISA GUERRA, INDIVIDUALLY, | § § § § § § | |
| RENE GARZA AND PATRICIA GARZA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF JENNIFER GARZA, DECEASED, | § § § § § | CIVIL ACTION NO.  B-03-142 |
| and | § § | TRIAL BY JURY REQUESTED |
| JOE ALFARO, INDIVIDUALLY, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | |
| ALLIED VAN LINES, INC. and SORENSEN MOVING AND STORAGE COMPANY INC., | § § § § | |
| Defendants. | § § | |

## PLAINTIFFS' FIRST SUPPLEMENT TO INITIAL DISCLOSURES

Plaintiffs Guadalupe and Amelia Guerra, individually and as personal representatives of the estate of Cindy Guerra, deceased; Lisa Guerra, individually; Rene Garza and Patricia Garza, individually and as personal representatives of the estate of Jennifer Garza, deceased; and Joe Alfaro, individually, make this first supplement to their initial disclosures pursuant to Fed. R. Civ. Proc. 26(a)(1):

(B)    **Documents, Data Compilations, and Tangible Things Within the Possession, Custody, or Control of Plaintiffs**

The following documents, data compilations, and tangible things are within the possession, custody or control of the Plaintiffs:

a.    Medical records regarding Lisa Guerra from the Baton Rouge General Medical Center Burn Center (already produced to Defendants);

b.    Medical records regarding Joe Alfaro from the Baton Rouge General Medical Center Burn Center (already produced to Defendants);

c.    Billing records regarding Lisa Guerra from the Baton Rouge General Medical Center Burn Center (already produced to Defendants);

d.    Billing records regarding Joe Alfaro from the Baton Rouge General Medical Center Burn Center (already produced to Defendants);

e.    Complete billing record regarding Lisa Guerra from the Baton Rouge General Medical Center Burn Center (already produced to Defendants);

f.    Complete billing record regarding Joe Alfaro from the Baton Rouge General Medical Center Burn Center (already produced to Defendants);

g.    Incident report of the Louisiana State Police Department (already produced to Defendants);

h.    Supplemental report of the Louisiana State Police Department (already produced to Defendants);

i.    Death Certificate of Cindy Guerra, deceased, (already produced to Defendants);

j.    Death Certificate of Jennifer Garza, deceased, (already produced to Defendants);

k.    Employment records of Joe Alfaro from Charlie Clark Nissan (already produced to Defendants);

l.    Newspaper articles (already produced to Defendants);

2

m.  Garza family photographs (already produced to Defendants);

n.  Aerial photographs from Aero Scan (already produced to Defendants);

o.  Coroner photographs (already produced to Defendants);

p.  Photographs taken by witness Danette Westfall (already produced to Defendants);

q.  Personal photographs taken of Joe Alfaro prior to the incident, including photograph of Joe Alfaro and Lisa Guerra at their prom (already produced to Defendants);

r.  Additional photographs taken of Joe Alfaro in the Baton Rouge General Medical Center Burn Unit (already produced to Defendants);

s.  Photographs taken by Ian Jones, Ph.D. (already produced to Defendants);

t.  Louisiana State Police Department photographs (already produced to Defendants);

u.  Photographs taken of the Suburban, Honda and Blazer vehicles involved in the incident of 07/20/03 (already produced to Defendants);

v.  Photographs of the Grand Prix involved in the incident (already produced to Defendants);

w.  Photographs of the Toyota Sequoia and the Toyota Sienna involved in the incident (already produced to Defendants);

x.  Videotapes from KATC TV Channel 3, KLFY TV Channel 10, KPLC TV Channel 7, WAFB TV Channel 9, and WGNO TV Channel 26;

y.  Transcripts of the incident from KLFY TV Channel 10 , KPLC TV Channel 7, and WAFB TV Channel 9 (already produced to Defendants);

z.  Photographs of the scene taken by Aero Scan (already produced to Defendants);

AA.  Scene photographs taken 07/23/03 (already produced to Defendants);

BB.   Complete medical billing records for Lisa Guerra from Baton Rouge General Medical Center (see attached); and

CC.   Complete medical billing records for Joe Alfaro from Baton Rouge General Medical Center (see attached).

If Defendants do not already have a copy of any of the above items or documents and would like a copy, please contact Plaintiffs' counsel and a copy will be provided.

(C)    **Damage Calculation and Supporting Documents**

Plaintiff Joe Alfaro has already incurred approximately $1,217,368.99 in medical expenses and continues to incur medical expenses as a result of the incident in question. Plaintiff Lisa Guerra has already incurred approximately $882,870.84 in medical expenses and continues to incur medical expenses as a result of the incident in question. Plaintiff Guadalupe Guerra has already incurred approximately $22,023.75 in medical expenses and continues to incur medical expenses as a result of the incident in question. Plaintiff Amelia Guerra has already incurred approximately $2,958.09 in medical expenses and continues to incur medical expenses as a result of the incident in question. Plaintiffs are claiming (a) loss of future earning capacity, (b) physical impairment, both past and future, (c) physical pain, both past and future, and (d) expenses for medical care, nursing care, custodial care, and therapy for both past and future.

Plaintiffs have provided billing records and will continue to provide billing records and damage calculation information as it is received. Plaintiffs have also provided the employment records of Joe Alfaro and has provided all medical records in their possession.

Plaintiffs are providing complete medical billing records for Lisa Guerra from Baton Rouge General Medical Center in the amount of $782,871.84.

4

Plaintiffs are providing complete medical billing records for Joe Alfaro from Baton Rouge General Medical Center in the amount of $1,217,368.99.

Plaintiffs will provide a limited medical authorization to Defendant so that it may obtain billing records.

Respectfully submitted,

MITHOFF & JACKS, L.L.P.

RICHARD WARREN MITHOFF
ATTORNEY IN CHARGE FOR PLAINTIFFS
State Bar No. 14228500
Federal I.D. No. 2102
WILLIAM J. STRADLEY
State Bar No. 19353000
Federal I.D. No. 397
JANIE L. JORDAN
State Bar No. 11012700
Federal I.D. No. 17407
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 [FAX]

Eduardo Roberto Rodriguez
State Bar No. 17144000
Federal I.D. No. 1944
Joseph A. (Tony) Rodriguez
State Bar No. 17146600
Federal I.D. No. 10107
R. Patrick Rodriguez
State Bar No. 24002861
Federal I.D. No. 22949
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
Local Counsel
P.O. Box 2155
Brownsville, Texas  78522
(956) 542-7441
(956) 541-2170 (Fax)

5

Counsel for Plaintiffs, Guadalupe and Amelia Guerra, individually and as personal representatives of the estate of Cindy Guerra, deceased; Lisa Guerra, individually; Rene Garza and Patricia Garza, individually and as personal representatives of the estate of Jennifer Garza, deceased; and Joe Alfaro, individually

I certify that to the best of my knowledge, information, and belief, that this supplemental disclosure is complete and correct as of January _____, 2004.

JANIE L. JORDAN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record by certified mail, return receipt requested, and/or hand delivery, and/or fax transmission, this ____day of January, 2004.

Mr. Tom Lockhart
Mr. Roger Hughes
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429

Mr. John W. Waters, Jr.
Bienvenu, Foster, Ryan & O'Bannon
1010 Common St., Suite 2200
New Orleans, Louisiana 70112-2401

JANIE L. JORDAN

6

# MITHOFF & JACKS

L.L.P.

· LAW OFFICES

| | | |
|---|---|---|
| RICHARD WARREN MITHOFF, P.C. | | TOMMY JACKS, P.C. |
| JANIE L. JORDAN | ONE ALLEN CENTER | JAMES L. ("Larry") WRIGHT |
| SHERIE POTTS BECKMAN | PENTHOUSE | MARK G. EINFALT |
| JOSEPH R. ALEXANDER, JR. | 500 DALLAS | KURT M. SAUER |
| HERRICK L. SOVANY | HOUSTON, TEXAS 77002 | DREW WRIGHT |
| | | LAURA RUTH JACKS |
| OF COUNSEL | | FRANCES TOWNSEND |
| | TELEPHONE 713-654-1122 | MARK GUERRERO |
| WILLIAM J. STRADLEY | FACSIMILE 713-739-8085 | JUSTIN TOWNSEND |
| HOUSTON OFFICE | **January 21, 2004** | AUSTIN OFFICE |

Mr. Tom Lockhart
Law Offices of Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551

Re:   Civil Action No. B-03-142; Guadalupe and Amelia Guerra, et al. vs. Allied Van
      Lines, Inc., et al.; In the United States District Court for the Southern District of
      Texas, Brownsville Division

Dear Tom:

Please find enclosed Plaintiffs' First Supplement to Initial Disclosures.

If you have any questions, please do not hesitate to contact me.

Thanks very much.

Sincerely,

Janie L. Jordan

JLJ:vkb
Enclosures

cc:   Mr. John W. Waters, Jr. (without billing records)
      Mr. Eduardo R. Rodriguez (without billing records)

RECEIVED

JAN 2 6 2004

ADAMS                    1 L.L.P

EXHIBIT

"A"

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE AND AMELIA GUERRA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF CINDY GUERRA, DECEASED, and LISA GUERRA, INDIVIDUALLY<br><br>RENE GARZA AND PATRICIA GARZA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JENNIFER GARZA, DECEASED,<br><br>and<br><br>JOE ALFARO, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>VS.<br><br>ALLIED VAN LINES, INC. and SORENSEN MOVING AND STORAGE COMPANY, INC.,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-142<br><br>TRIAL BY JURY REQUESTED |

## AFFIDAVIT OF TOM LOCKHART

| | | |
|---|---|---|
| THE STATE | } | |
| | : | VERIFICATION |
| OF TEXAS | } | |

**BEFORE ME,** the undersigned Notary Public in and for the State of Texas, on this day personally appeared **TOM LOCKHART**, known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath states as follows:

1.      "My name is **TOM LOCKHART**. I am over the age of eighteen (18) years; have personal knowledge of and am competent and authorized to testify to the facts set forth herein; and such facts are true and correct.

2.      I am an attorney of record representing Defendant, Allied Van Lines, Inc.

3.      Exhibit "B" is a true and accurate copy of a two-page document received by Adams & Graham, L.L.P. with its stamp "RECEIVED JAN 27 2004"."

Further affiant sayeth not.


_____
**TOM LOCKHART**


**SWORN TO AND SUBSCRIBED** before me, the undersigned authority, by the said **TOM LOCKHART** on the __29th__ day of January, 2004, to certify which witness my hand and seal of office.

MARIA S. MARTINEZ
Notary Public
State of Texas
Comm. Exp. 11-14-2004

_____
Notary Public in and for

THE STATE OF TEXAS
[Notary Seal]                        My Commission Expires: __11-14-2004__



**GENERAL HEALTH SYSTEM**
*Patient Financial Services*
**8490 Picardy Ave., Building 400**
**Baton Rouge, LA  70809**
**225-819-1117 {Fax: 225-819-1005}**

**JANUARY 21, 2004**

Dear Sir/Madam:

   You are hereby notified that the Baton Rouge General Medical asserts its privilege in
Accordance with Louisiana Revised Statue 9:4751 et seq. as to the medical supplies and services
Rendered to  Jose Angel Alfaro, Jr

   The following information is furnished:

   1.   Name and Address of Injured Person(s):

        Jose Angel Alfaro, Jr
        P.O. Box 612-1/2 Mile Amigo.
        Laferia, Tx  78595

   2.   Date of Injury/Illness:  July 20,2003

   3.   Person(s) Alleged to be Liable to Injured Person(s):

        Allied Van Lines, Inc.
        Tran guard Insurance of America
        (Unknown insurance companies providing insurance coverage for Allied Van Lines, Inc)
        Sorensen Moving and Storage Co., Inc.
        (Unknown insurance companies providing insurance coverage to Sorensen Moving and
        Storage Co., Inc.)
        State Farm Mutual Automobile Insurance Co. (Claim No.: 53E215402)

   4.   Hospital/Physician Asserting Privilege:
        Baton Rouge General Medical Center
        8490 Picardy Ave.
        Baton Rouge, La  70809

   5.   Amount of Claim:  $ 1,217,368.99
   6.   Patient Number:  27656024

        **Your attention is called to LA-R.S. 9:4754 regarding the payment of monies subsequent to receipt of**
        **this notification of lien/privilege.**

                                             Very truly yours,

                                             *Connie McKey*
                                             Connie McKey
                                             Patient Financial Services

Certified Return Receipt Requested



EXHIBIT
"B"

RECEIVED
JAN 2 7 2004
ADAMS & GRAHAM

BATON ROUGE GENERAL MEDICAL CENTER GA9
P.O. BOX 54376
NEW ORLEANS, LA                                    70154
225 819-1000
FEI # 721025017

| Page No. |
|----------|
| 1 |

| Type of Bill | Date of Bill | Date of Prev. Bill |
|---|---|---|
| FINAL INP. | 11/03/03 | |

| E | U | Patient Name | Patient Number | Sex | Age | Admission | Discharge | Days | |
|---|---|---|---|---|---|---|---|---|---|
| | | ALFARO ,JOSE A | 27656024 | M | 20 | 07/20/03 | 10/31/03 | 03 | |

| Guarantor Name and Address | COB | Insurance Company Name | Group No. | Policy Number |
|---|---|---|---|---|
| JOSE A ALFARO RR 1 BOX 186 SANTA ROSA TX 78593 | 1 | OUTSOURCED SSI *P<br><br>HARGRODER ANDREW | | 464613270 |

To Insure Proper Credit, Return Top Portion With Your Remittance

| Date of Posting | Description of Hospital Services | Service Code | Total Charges | Est. Coverage Ins. Co. No. 1 | Est. Coverage Ins. Co. No. 2 | Est. Coverage Ins. Co. No. 3 | Est. Coverage Ins. Co. No. 4 | Patient Amount |
|---|---|---|---|---|---|---|---|---|
| | SUMMARY OF CHARGES | | | | | | | |
| | R&C PRIVATE 74DAYS@  2130.00 | | 157620.00 | | | | | 157620.00 |
| | R&C BURN    29DAYS@  3105.00 | | 90045.00 | | | | | 90045.00 |
| | OPERATING ROOM | | 66464.00 | | | | | 66464.00 |
| | RECOVERY ROOM | | 4812.50 | | | | | 4812.50 |
| | SURGICAL SUPPLIES | | 47055.25 | | | | | 47055.25 |
| | ANESTHESIA SUPPLY | | 10254.75 | | | | | 10254.75 |
| | LAB | | 121963.29 | | | | | 121963.29 |
| | PHARMACY | | 149974.00 | | | | | 149974.00 |
| | MEDICAL SUPPLIES | | 356375.01 | | | | | 356375.01 |
| | IV SUPPLIES | | 4826.25 | | | | | 4826.25 |
| | IV SOLUTIONS | | 33816.80 | | | | | 33816.80 |
| | X-RAY | | 10696.25 | | | | | 10696.25 |
| | CT SCAN HEAD/ABDOM | | 3227.25 | | | | | 3227.25 |
| | EMERGENCY ROOM | | 2461.89 | | | | | 2461.89 |
| | PHYSICAL MEDICINE | | 59846.00 | | | | | 59846.00 |
| | SPEECH THERAPY | | 2363.00 | | | | | 2363.00 |
| | RESPIRATORY THERAP | | 65381.25 | | | | | 65381.25 |
| | BLOOD PROCESSING | | 29965.75 | | | | | 29965.75 |
| | GROUP THERAPY | | 220.75 | | | | | 220.75 |
| | SUB-TOTAL OF CHARGES | | 1217368.99 | | | | | 1217368.99 |
| | TOTALS | | 1217368.99 | | | | | |
| | TOTALS | | | | | | | 1217368.99 |

| Patient Number | Please refer to patient number in all inquiries and correspondence. | Additional patient billing may be necessary for any charges not posted when this bill was prepared. | |
|---|---|---|---|
| 27656024 | | | |

BATON ROUGE GENERAL MEDICAL CENTER GA9
NEW ORLEANS, LA

GA9

Conditional endorsements or statements such as "Payment in Full" on check remittance will not be recognized as an "agreement-in-compromise" unless agreed to in writing by the Health Center.

## AFFIDAVIT OF SCOTT SORENSEN

**THE STATE OF FLORIDA**

**COUNTY OF** _Brevard_

      **BEFORE ME,** the undersigned Notary Public in and for the State of Florida on this day personally appeared **SCOTT SORENSEN** known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath stated as follows:

1.      "My name is **SCOTT SORENSEN**. I am over the age of eighteen (18) years and competent to testify. I have personal knowledge of the facts contained in this affidavit and they are true and correct.

2.      I am President of **SORENSEN MOVING AND STORAGE COMPANY, INC.** ("SORENSEN")

3.      **SORENSEN** is and has always been a moving and storage company incorporated in the State of Florida. All of **SORENSEN'S** offices and property are located in Florida. All of **SORENSEN'S** shareholders, directors, officers, and employees reside in Florida. All truck's registered in **SORENSEN'S** name are titled and registered in the state of Florida. **SORENSEN** has no hauling authority outside the state of Florida.

4.      **SORENSEN'S** only interstate activities (outside the State of Florida) are performed as the hauling agent for Allied Van Lines, Inc. ("Allied"), an interstate carrier for household goods. **SORENSEN** has an agency contract with Allied. Whenever **SORENSEN'S** trucks operate outside Florida, they operate only under Allied's hauling authority. Whenever **SORENSEN'S** trucks operate outside Florida, the tractor has a sign that it is operated by Allied Van Lines and carries Allied's DOT number; the trailer has Allied's name written in large letters and **SORENSEN'S** name written in small letters underneath.

5.    **SORENSEN** has never had an office or place of business in the State of Texas, never maintained any bank accounts in Texas, never had a telephone listing in Texas, never kept books or records in Texas, never paid any taxes in Texas, never solicited or advertised for business in Texas, never been qualified or authorized to do business in Texas, never consented to be sued or brought suit in Texas, and never designated any agent for service of process upon it in Texas.    6.

**SORENSEN'S** only activities in the Texas are performed as a noncarrier interstate hauling agent for Allied Van Lines, Inc.  These activities consist of providing independent contractor truckers, tractor trailer rigs and trailers for interstate hauling of household goods which pass through Texas, loading shipments, and packing 50% of these shipments, as agent for Allied Van Lines, Inc.  In 2001, **SORENSEN**, as agent for Allied, provided independent contractor truckers, tractor trailer rigs and trailers for 114 shipments that either originated in or ended in Texas.  In 2002, **SORENSEN**, as agent for Allied, provided independent contractor truckers, tractor trailer rigs and trailers for 73 shipments that either originated in or ended in Texas.  Through October 2003, **SORENSEN**, as agent for Allied, provided independent contractor truckers, tractor trailer rigs and trailers for approximately 75 shipments that either originated in or ended in Texas.

Further, Affiant sayeth not.

**SORENSEN MOVING AND STORAGE COMPANY, INC.**

By: _____
      **Scott Sorensen**
      **It's: President**

**SWORN TO AND SUBSCRIBED** before me, the undersigned authority, by the said **SCOTT SORENSEN**, on the 23rd day of January, 2004, to certify which witness my hand and seal of office.

_____
Notary Public in and for the

State of Florida

(NOTARY SEAL)                    Print Name: _Jennifer Grant_

