IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GUADALUPE AND AMELIA GUERRA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF CINDY GUERRA, DECEASED, and LISA GUERRA, INDIVIDUALLY<br><br>RENE GARZA AND PATRICIA GARZA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JENNIFER GARZA, DECEASED,<br><br>and<br><br>JOE ALFARO, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>VS.<br><br>ALLIED VAN LINES, INC. and SORENSEN MOVING AND STORAGE COMPANY, INC.,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-142<br><br>TRIAL BY JURY REQUESTED |

## DEFENDANTS' SECOND SUPPLEMENT TO RULE 26(a) INITIAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, **ALLIED VAN LINES, INC.**, pursuant to Fed. R. Civ. P., Rule 26(a)(1), makes the following Second Supplement to Rule 26(a) Initial Disclosures:

ADAMS & GRAHAM, L.L.P
DEFENDANTS' SECOND SUPPLEMENT TO RULE 26(a) INITIAL DISCLOSURES
[8]; C:\FILES\A764\SECOND SUPPL INITIAL DISCLOSURES

Page 1

(A)  Individuals likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

Mark Davison
Director, Safety Administration
ALLIED VAN LINES
5001 U.S. 30 West
Ft. Wayne, IN 46818
Telephone No. 260-429-3313

(B)  A copy of, or a description by category and location of, all documents compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:

23) Training materials - (Bates Stamp Nos. 001530 - 002373);

24) Master mover class outline - (Bates Stamp Nos. 002374 - 002376);

25) Driver ranking information - (Bates Stamp Nos. 002377 - 002386);

26) Trip information - (Bates Stamp Nos. 002387 - 002396);

27) Logs - (Bates Stamp Nos. 002397 - 002428);

28) Shipping documents - (Bate Stamp Nos. 002429 - 002772);

29) Tractor file - (Bate Stamp Nos. 002773 - 002792);

30) Satellite records - (Bates Stamp Nos. 002793 - 002806);

31) DOT inspections - (Bates Stamp Nos. 002807 - 002809);

32) Fuel receipts - (Bates Stamp Nos. 002810 - 002827);

33) Trailer file - (Bates Stamp Nos. 002828 - 002850);

34) Driver file - (Bates Stamp Nos. 002851 - 002931);

35) Allied Rules and Regulations - (Bates Stamp Nos. 002932 - 003072);

36) Satellite message history - (Bates Stamp Nos. 003086 - 003116);

37) Comdata records - (Bates Stamp Nos. 003136 - 003155 );

38) Financial settlement records - (Bate Stamp Nos. 003156 - 003277);

39) Trip records - (Bate Stamp Nos. 003278 - 003401);

40) Shipping documents - (Bates Stamp Nos. 003402 - 003981);

41) Video Library list of copyrighted tapes - (Bates Stamp Nos. 003984 - 003987).

All above listed documents previously produced to Plaintiffs' counsel.

Respectfully submitted,

**John W. Waters, Jr.**
LA State Bar No. 13258
LA Federal I.D. No. 13258
**BIENVENU, FOSTER, RYAN**
  **& O'BANNON**
1010 Common Street, Suite 2200
New Orleans, LA 70112-2401
Telephone No.:   (504) 581-2146
Telecopier No.:   (504) 522-7859

By:_____
**Tom Lockhart**
Texas State Bar No. 12473500
Texas Federal I.D. No. 2257
**Roger W. Hughes**
Texas State Bar No. 10229500
Texas Federal I.D. No.: 5950
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, TX 78551-1429
Telephone No.:   (956) 428-7495
Telecopier No.:   (956) 428-2954

**ATTORNEYS FOR DEFENDANTS
ALLIED VAN LINES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of February, 2004, a true and correct copy of the above and foregoing document was mailed to counsel for Plaintiffs:

Mr. Richard Warren Mithoff
**MITHOFF & JACKS, L.L.P.**
500 Dallas Street, Suite 3450
Houston, Texas 77002
Attorneys for Plaintiffs
*Via Fax No. 713-739-8085 and*
*CMRRR# 7002 2410 0002 3603 9786*


Mr. Eduardo Roberto Rodriguez
**RODRIGUEZ, COLVIN & CHANEY**
P. O. Box 2155
Brownsville, Texas 78523-2155
*Via Hand Delivery*

_____
TOM LOCKHART