United States District Court
Southern District of Texas
ENTERED

MAY 0 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE AND AMELIA GUERRA, INDIVIDUALLY AND GUADALUPE GUERRA AS ADMINISTRATOR OF THE ESTATE OF CINDY GUERRA, DECEASED; AMELIA GUERRA AS TEMPORARY GUARDIAN OF THE PERSON AND ESTATE OF LISA GUERRA, AN INCAPACITATED PERSON; RENE GARZA AND PATRICIA GARZA, INDIVIDUALLY AND RENE GARZA AS ADMINISTRATOR OF THE ESTATE OF JENNIFER GARZA, DECEASED; AND GRACIELA MARROQUIN AS TEMPORARY GUARDIAN OF THE PERSON AND ESTATE OF JOSE ANGEL ALFARO, JR., AN INCAPACITATED PERSON | § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-142<br><br>TRIAL BY JURY REQUESTED |
| Plaintiffs, | | |
| VS. | | |
| ALLIED VAN LINES, INC. | | |
| Defendant. | | |

## ORDER OF COURT

On this day the Court considered Plaintiffs' Unopposed Motion for Leave to File their Third Amended Complaint. After consideration, Plaintiffs' motion is GRANTED.

Signed this the __7__ day of __May__, 2004.

_____
THE HONORABLE HILDA TAGLE
UNITED STATES DISTRICT JUDGE

5