38

United States District Court
Southern District of Texas
ENTERED

MAY 0 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _D. Chumeda_

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **GUADALUPE GUERRA,** *et al.,* | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. B-03-142** |
| | § | **(JURY)** |
| **ALLIED VAN LINES, INC.,** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

On this day the Court considered Plaintiffs' Unopposed Motion for Leave to File Their Reply to Defendant Allied's Second Supplement in Support of Motion to Transfer Venue. After consideration, Plaintiffs' motion is GRANTED.

Signed in Brownsville, Texas on ____May    4____, 2004.


THE HONORABLE HILDA TAGLE
UNITED STATES DISTRICT JUDGE