39

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

GUADALUPE AND AMELIA GUERRA, §
INDIVIDUALLY AND GUADALUPE GUERRA §
AS ADMINISTRATOR OF THE ESTATE OF §
CINDY GUERRA, DECEASED; AMELIA §
GUERRA AS TEMPORARY GUARDIAN OF §
THE PERSON AND ESTATE OF LISA §
GUERRA, FORMERLY AN INCAPACITATED §
PERSON; RENE GARZA AND PATRICIA §
GARZA, INDIVIDUALLY AND RENE GARZA §
AS ADMINISTRATOR OF THE ESTATE OF §
JENNIFER GARZA, DECEASED; AND §     CIVIL ACTION NO.  B-03-142
GRACIELA MARROQUIN AS TEMPORARY §
GUARDIAN OF THE PERSON AND ESTATE §     TRIAL BY JURY REQUESTED
OF JOSE ANGEL ALFARO, JR., FORMERLY §
AN INCAPACITATED PERSON; JOSE §
ANGEL ALFARO, JR., INDIVIDUALLY; AND §
LISA GUERRA, INDIVIDUALLY §
§
        **Plaintiffs,** §
§
VS. §
§
ALLIED VAN LINES, INC. §
§
        **Defendant.** §

United States District Court
Southern D...

MAY 0 7 ...

Michael N. ......
Clerk of Court

---

## PLAINTIFFS' EXPERT DISCLOSURES

---

TO: Defendant Allied Van Lines, Inc., by and through its attorney of record, Mr. Tom Lockhart, Law Offices of Adams & Graham, L.L.P., 222 E. Van Buren, West Tower, P.O. Drawer 1429, Harlingen, Texas 78551

COME NOW Plaintiffs Guadalupe and Amelia Guerra, individually and Guadalupe Guerra as administrator of the estate of Cindy Guerra, deceased; Amelia Guerra as temporary guardian of the person and estate of Lisa Guerra, formerly an incapacitated person; Rene Garza and Patricia Garza, individually and Rene Garza as administrator of

the estate of Jennifer Garza, deceased; and Graciela Marroquin as temporary guardian of the person and estate of Jose Angel Alfaro, Jr., formerly an incapacitated person, and Jose Angel Alfaro, Jr., individually, and Lisa Guerra, individually, and make these expert disclosures as required by Fed.R.Civ.P. 26(a)(2) and by agreement of the parties.

1.    The following persons may be used at trial to present evidence under Federal Rules of Evidence 702, 703, or 705:

### Medical Providers

a.    Dr. Andrew Hargroder
59335 River West Dr., Suite E
Plaquemine, Louisiana 70764
(225) 685-0385

b.    Dr. Cynthia Garcia
Rio Physical Medicine Center
1205 Ed Carey Dr., Suite 2-B
Harlingen, TX 78550
(956) 412-2200

c.    Medical and health personnel identified in the records of Memorial Hermann Healthcare Hospital
6411 Fannin
Houston, TX 77030
(713) 704-4000

d.    Dr. David Wainwright
UT Physicians Plastic Surgery
6410 Fannin, Suite 1400
Houston, TX 77030
(713) 704-0747

e.    Medical and health personnel identified in the records of Valley Baptist Medical Center
2101 Pease St.
P.O. Drawer 2588
Harlingen, TX 78550
(956) 389-2060

f.    Medical and health personnel identified in the records of Valley
      Baptist Rehab (same as Valley Baptist Medical Center as records
      included in VBMC records)
      2101 Pease St.
      P.O. Drawer 2588
      Harlingen, TX 78550
      (956) 389-2060

g.    Dr. Raymond Acebo and medical and health personnel identified in
      the records of Warm Springs Rehab System
      2606 Hospital Blvd., 8th Floor
      Corpus Christi, TX 78405
      (361) 902-4804

h.    Dr. Maria Dill
      Wound Care Center at Valley Baptist Medical Center
      2101 Pease St.
      P.O. Drawer 2588
      Harlingen, TX 78550
      (956) 389-2060

The above list of individuals are healthcare providers who have provided medical

treatment to Jose Angel Alfaro, Jr., in connection with the incident made the basis of this

lawsuit.  These individuals may give testimony in the form of opinions in their respective

areas of expertise regarding the diagnosis, nature, extent, cause, prognosis and treatment

of the injuries sustained by Jose Angel Alfaro, Jr., whose records will serve as their reports.

It is likely that their testimony will include opinions related to their treatment of Jose Angel

Alfaro, Jr., and that he has suffered significant and disabling physical injuries, which have

caused significant pain and suffering, disfigurement and physical impairment.  They may

also testify as to any future care that will be needed and that he has incurred significant

costs for medical treatment in the past and will incur significant costs for medical treatment

in the future.  They may also give testimony regarding the necessity and reasonableness

of medical treatment.

Plaintiffs reserve the right to call any and all custodians of records for Jose Angel Alfaro, Jr.'s medical providers in the event a stipulation as to medical expenses cannot be agreed upon.  Plaintiffs further reserve the right to call, if necessary, any other medical provider or healthcare personnel identified, or otherwise referred to in Jose Angel Alfaro, Jr.'s medical records produced during discovery or identified in discovery responses or depositions.

The general substance of the experts' mental impressions and opinions are contained in their respective medical records and/or reports.  These medical records have either been produced or are available for inspection and copying at the offices of Mithoff & Jacks at a mutually convenient time.

### Medical Providers

I.  Medical and health personnel identified in the records of American
    Home Patient
    501 Ed Carey Dr.
    Harlingen, TX 78550
    (800) 772-2731

j.  Dr. Andrew Hargroder
    59335 River West Dr., Suite E
    Plaquemine, Louisiana 70764
    (225) 685-0385

k.  Medical and health personnel identified in the records of Memorial
    Hermann Healthcare Hospital
    6411 Fannin
    Houston, TX 77030
    (713) 704-4000

I.  Dr. David Wainwright
    UT Physicians Plastic Surgery
    6410 Fannin, Suite 1400
    Houston, TX 77030
    (713) 704-0747

m.   Medical and health personnel identified in the records of Valley
     Baptist Medical Center
     2101 Pease St.
     P.O. Drawer 2588
     Harlingen, TX 78550
     (956) 389-2060

n.   Medical and health personnel identified in the records of Valley
     Baptist Rehab (same as Valley Baptist Medical Center as records
     included in VBMC records)
     2101 Pease St.
     P.O. Drawer 2588
     Harlingen, TX 78550
     (956) 389-2060

o.   Dr. Raymond Acebo and medical and health personnel identified in
     the records of Warm Springs Rehab System
     2606 Hospital Blvd., 8th Floor
     Corpus Christi, TX 78405
     (361) 902-4804

p.   Dr. Maria Dill
     Wound Care Center at Valley Baptist Medical Center
     2101 Pease St.
     P.O. Drawer 2588
     Harlingen, TX 78550
     (956) 389-2060

q.   Dr. Kang S. Lee
     2606 Hospital Blvd.
     Corpus Christi, TX 78405
     (361) 902-4804

r.   Dr. Dorothy Nesmith
     2121 Pease St., Suite 1-A
     Harlingen, TX 78550
     (956) 364-1500

The above list of individuals are healthcare providers who have provided medical

treatment to Lisa Guerra in connection with the incident made the basis of this lawsuit.

These individuals may give testimony in the form of opinions in their respective areas of

expertise regarding the diagnosis, nature, extent, cause, prognosis and treatment of the

injuries sustained by Lisa Guerra, whose records will serve as their reports.  It is likely that their testimony will include opinions related to their treatment of Lisa Guerra. and that she has suffered significant and disabling physical injuries, which have caused significant pain and suffering, disfigurement and physical impairment.  They may also testify as to any future care that will be needed and that she has incurred significant costs for medical treatment in the past and will incur significant costs for medical treatment in the future. They may also give testimony regarding the necessity and reasonableness of medical treatment.

Plaintiffs reserve the right to call any and all custodians of records for Lisa Guerra's medical providers in the event a stipulation as to medical expenses cannot be agreed upon.  Plaintiffs further reserve the right to call, if necessary, any other medical provider or healthcare personnel identified, or otherwise referred to in Lisa Guerra's medical records produced during discovery or identified in discovery responses or depositions.

The general substance of the experts' mental impressions and opinions are contained in their respective medical records and/or reports.  These medical records have either been produced or are available for inspection and copying at the offices of Mithoff & Jacks at a mutually convenient time.

### Louisiana State Troopers

s.     Master Trooper Richard C. Elliott
       Louisiana State Police - Troop I - TESS
       121-E. Ponton Des Mouton Rd.
       Lafayette, Louisiana 70507
       (337) 262-3315

t.   Trooper Harold Williams
Louisiana State Police - Troop I
121-E. Ponton Des Mouton Rd.
Lafayette, Louisiana 70507
(337) 262-5880

The above investigating officers may be asked to give opinions within their respective areas of expertise as to their investigations, accident reconstruction, cause of the incident, Mr. Gorski's operation of the tractor-trailer, and any observations made at the scene. Master Trooper Elliott may give additional opinions as to his supplemental report and his investigation into the incident and Mr. Gorski's records of duty status and the violations he discovered. Their records will serve as their report.

Plaintiffs reserve the right to call, if necessary, any other individuals involved in the investigation of the incident including personnel at St. Martin Sheriff's Office, Bayou Blue Rescue Department a/k/a Bayou Blue Fire Department, Butte La Rose Fire Department, Henderson Fire Department, Breaux Bridge Fire Department, Louisiana State Police Crime Laboratory, Daniel J. Wiltz, M.D., Parish Coroner, Deputy Coroner Scott Haydel, and any other individuals involved in the investigation identified in any records produced during discovery or identified in discovery responses or depositions.

The general substance of the experts' mental impressions and opinions are contained in their respective reports, supplemental reports, and records. These documents have either been produced or are available for inspection and copying at the offices of Mithoff & Jacks at a mutually convenient time.

2.    The following persons are those whom Plaintiffs have retained or specially employed to provide expert testimony:

-7-

a.    Ian Jones, Ph.D. - Mechanical Engineer and Accident/Vehicle
      Reconstruction Expert
      Larry Wilson - Accident Reconstructionist
      IAN S. JONES & ASSOCIATES
      1144-E Walker Road
      Great Falls, VA  22066
      (703) 759-4722

b.    Paul O'Neill
      Motor Carrier Safety Services International, Inc.
      45 Esopus Drive
      Spring Hill Estates
      Clifton Park, NJ 12065
      (518) 373-9655

c.    Dr. William Dement
      Stanford University
      Sleep Disorders & Research Center
      701 Welch Rd., Suite 2226
      Palo Alto, CA  94304
      (650) 725-6416

d.    Raymond M. Rone
      RMR Consultants
      5304 Colonial Dr.
      Flower Mound, TX 75028
      (972) 355-7096

e.    Whitney Morgan
      Motor Carrier Safety Consulting
      1801 Oxmoor Road, Suite 100
      Birmingham, AL 35209
      (205) 871-4455

f.    Arthur Tarbox, Ph.D.
      Plaza Medical Center
      1200 Binz, Suite 1365
      Houston, TX 77004
      (713) 529-3712

g.    William J. Kramberg
      4606 Morningside Drive
      Houston, TX 77005
      (713) 526-7215

h.　　Dr. Susan J. Garrison
　　　　Physical Medicine & Rehabilitation
　　　　3836 Ruskin
　　　　Houston, TX 77005
　　　　(713) 665-4080

I.　　Terry Arnold, RN - Certified Life Care Planner
　　　　Life Care Consultants, Inc.
　　　　7826 Trentway
　　　　Houston, TX 77040
　　　　(713) 983-0121

j.　　Thomas Mayor, Ph.D. - Economist
　　　　Thomas Mayor & Associates
　　　　5555 Del Monte, Suite 1306
　　　　Houston, TX 77056
　　　　(713) 552-1522

3.　　For each retained or specially employed expert, Plaintiffs attach the following:

(a)　　Exhibit A includes the report of Ian Jones, Ph.D., such report contains his opinions, the basis and reasons therefore and the data or other information considered by Dr. Jones in forming his opinions. Exhibit A also includes his C.V. (which contains his qualifications and any publications he has authored), the compensation to be paid to Dr. Jones for his study and testimony and a listing of cases in which he has testified as an expert at trial or by deposition within the preceding four years. Dr. Jones may rely upon the following additional exhibits as a summary of or as support for his opinions:

(i)　　Any documents reviewed by Dr. Jones in connection with the incident in question and any documents or publications which are identified in his report.

(ii)　　Photographs of the Guerra's vehicle, other vehicles involved in the incident in question, photographs taken at the scene, photographs taken by the Louisiana State Police, and videotape of the scene.

(b)　　Exhibit B includes the report of Paul O'Neill, such report contains his opinions, the basis and reasons therefore and the data or other information considered by Mr. O'Neill in forming his opinions. Exhibit B also includes his C.V. (which contains his qualifications and any publications he has authored), the compensation to be paid to Mr. O'Neill for his study and testimony and a listing of cases in which he has testified as an expert at trial

-9-

or by deposition within the preceding four years.  Mr. O'Neill may rely upon the following additional exhibits as a summary of or as support for his opinions:

> (i)    Any documents and videotapes reviewed by Mr. O'Neill in connection with the incident in question and the documents which are identified in his report as Attachments A-J.

(c)    <u>Exhibit C</u> includes the report of Dr. William Dement, such report contains his opinions, the basis and reasons therefore and the data or other information considered by Dr. Dement in forming his opinions.  Exhibit C also includes his C.V. (which contains his qualifications and any publications he has authored), the compensation to be paid to Dr. Dement for his study and testimony and a listing of cases in which he has testified as an expert at trial or by deposition within the preceding four years.  Dr. Dement may rely upon the following additional exhibits as a summary of or as support for his opinions:

> (i)    Any documents reviewed by Dr. Dement in connection with the incident in question, a log reconstruction, and any documents or publications which are identified in or attached to his report.

(d)    <u>Exhibit D</u> includes the report of Raymond M. Rone, such report contains his opinions, the basis and reasons therefore and the data or other information considered by Mr. Rone in forming his opinions.  Exhibit D also includes his C.V. (which contains his qualifications and any publications he has authored), the compensation to be paid to Mr. Rone for his study and testimony.  Mr. Rone may rely upon the following additional exhibits as a summary of or as support for his opinions:

> (i)    Any documents and videotapes reviewed by Mr. Rone in connection with the incident in question and any documents which are identified in his report.

> (ii)   A reconstruction of Mr. Gorski's logs.

(e)    <u>Exhibit E</u> includes the report of Whitney Morgan, such report contains his opinions, the basis and reasons therefore and the data or other information considered by Mr. Morgan in forming his opinions.  Exhibit E also includes his C.V. (which contains his qualifications and any publications he has authored), the compensation to be paid to Mr. Morgan for his study and testimony and a listing of cases in which he has testified as an expert at trial or by deposition within the preceding four years.  Mr. Morgan may rely upon the following additional exhibits as a summary of or as support for his opinions:

(i)     Any documents and videotapes reviewed by Mr. Morgan in connection with the incident in question and any documents which are identified in his report.

(f)     <u>Exhibit F</u> includes the reports of Dr. Tarbox such reports contain his opinions, the basis and reasons therefore and the data or other information considered by Dr. Tarbox in forming his opinions. Exhibit F also includes his C.V. (which contains his qualifications and any publications he has authored), the compensation to be paid to Dr. Tarbox for his study and testimony and a listing of cases in which he has testified as an expert at trial or by deposition within the preceding four years. Dr. Tarbox may rely upon the following additional exhibits as a summary of or as support for his opinions:

     (I)     Any documents reviewed by Dr. Tarbox in connection with his treatment of Jose Angel Alfaro, Jr., and Lisa Guerra and any documents or publications which are identified in his report.

(g)     <u>Exhibit G</u> includes the reports of William J. Kramberg, such reports contain his opinions, the basis and reasons therefore and the data or other information considered by Mr. Kramberg in forming his opinions. Exhibit G also includes his C.V. (which contains his qualifications and any publications he has authored), the compensation to be paid to Mr. Kramberg for his study and testimony and a listing of cases in which he has testified as an expert at trial or by deposition within the preceding four years. Mr. Kramberg may rely upon the following additional exhibits as a summary of or as support for his opinions:

     (I)     Any documents reviewed by Mr. Kramberg in connection with the medical treatment of Jose Angel Alfaro, Jr., and Lisa Guerra, any employment records, educational records, and any documents or publications which are identified in his report.

(h)     <u>Exhibit H</u> includes the reports of Dr. Garrison, such reports contain her opinions, the basis and reasons therefore and the data or other information considered by Dr. Garrison in forming her opinions. Exhibit H also includes her C.V. (which contains her qualifications and any publications she has authored), the compensation to be paid to Dr. Garrison for her study and testimony and a listing of cases in which she has testified as an expert at trial or by deposition within the preceding four years. Dr. Garrison may rely upon the following additional exhibits as a summary of or as support for her opinions:

     (I)     Any documents reviewed by Dr. Garrison in connection with the medical treatment of Jose Angel Alfaro, Jr., and Lisa Guerra and any

photographs or videotapes of them, and any documents or publications which are identified in her report.

(I)   <u>Exhibit I</u> includes the reports of Terry Arnold, R.N., such reports contain her opinions, the basis and reasons therefore and the data or other information considered by Ms. Arnold in forming her opinions. Exhibit I also includes her C.V. (which contains her qualifications and any publications she has authored), the compensation to be paid to Ms. Arnold for her study and testimony and a listing of cases in which she has testified as an expert at trial or by deposition within the preceding four years. Ms. Arnold may rely upon the following additional exhibits as a summary of or as support for her opinions:

(I)   Any documents reviewed by Ms. Arnold in connection with the medical treatment of Jose Angel Alfaro, Jr., and Lisa Guerra and any documents or publications which are identified in her report.

(j)   <u>Exhibit J</u> includes the reports of Thomas Mayor, Ph.D., such reports contain his opinions, the basis and reasons therefore and the data or other information considered by Dr. Mayor in forming his opinions. Exhibit J also includes his C.V. (which contains his qualifications and any publications he has authored), the compensation to be paid to Dr. Mayor for his study and testimony and a listing of cases in which he has testified as an expert at trial or by deposition within the preceding four years. Dr. Mayor may rely upon the following additional exhibits as a summary of or as support for his opinions:

(I)   Any documents reviewed by Dr. Mayor in connection including any employment records, life care plans, and any documents or publications which are identified in his report.

4.   Plaintiffs may elicit opinion testimony from employees and representatives of Defendant Allied Van Lines, Inc. regarding all liability and causation issues in connection with driver qualification, the screening, hiring, supervising, and monitoring of drivers, and the auditing of drivers' logs.

5.   Plaintiffs may call to testify as experts in this cause any employees or representatives of any trucking or industry association, including any local, state, federal

-12-

agency, governmental or regulatory agency having authority for regulating the trucking and/or transportation industry or any part thereof.

6.    Plaintiffs may call to testify as expert witnesses in this cause, any and all custodians of records for: (1) the health care providers for Jose Angel Alfaro, Jr.; (2) the health care providers for Lisa Guerra; (3) any and all individuals or entities identified in any discovery response, depositions, or documents produced during discovery, including the custodians of records for those individuals or entities identified in paragraph 1. above, who may be called to testify regarding the authenticity of any and all such records and the amount and reasonableness of any charges reflected in such records, whose records will serve as their reports.

7.    Plaintiffs may call to testify as expert witnesses in this cause, any and all parties to this lawsuit, or employees, agents, or representatives of such parties.  This specifically includes, but is not limited to, all personnel of the Defendant and others who have given or may give depositions or who have been or will be identified in the discovery or documents produced or to be produced in this litigation.  In addition, any fact witnesses designated by the Plaintiffs may offer expert opinions regarding matters within their knowledge.

8.    Plaintiffs reserve the right to call or elicit testimony or opinions from any experts designated by the Defendant Allied Van Lines, Inc. on any issue relevant to this case, including but not limited to causation, injuries and damages.

9.    Plaintiffs reserve the right to elicit testimony, either through direct examination or cross-examination, of all witnesses designated or identified by Defendant.  Plaintiffs reserve the right to call unidentified rebuttal witnesses, whose testimony cannot be

-13-

predicted at this time. Plaintiffs reserve the right to supplement this designation and/or otherwise identify or call witnesses in accordance with all Court orders, agreements by the parties, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and case law.

10.    Plaintiffs expressly reserve the right to withdraw the designation of any expert and to aver positively that any such previously designated expert will not be called as a witness at trial, and to re-designate same as a consulting expert only, who cannot be called by opposing counsel.

11.    This designation shall serve to supplement all previous discovery requests inquiring as to expert witnesses and Plaintiffs' prior disclosures.

Respectfully submitted,

MITHOFF & JACKS, L.L.P.

RICHARD WARREN MITHOFF
ATTORNEY IN CHARGE FOR PLAINTIFFS
State Bar No. 14228500
Federal I.D. No. 2102
WILLIAM J. STRADLEY
State Bar No. 19353000
Federal I.D. No. 397
JANIE L. JORDAN
State Bar No. 11012700
Federal I.D. No. 17407
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 [FAX]

-14-

Eduardo Roberto Rodriguez
State Bar No. 17144000
Federal I.D. No. 1944
Joseph A. (Tony) Rodriguez
State Bar No. 17146600
Federal I.D. No. 10107
R. Patrick Rodriguez
State Bar No. 24002861
Federal I.D. No. 22949
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
Local Counsel
P.O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 [Fax]

Counsel for Plaintiffs, Guadalupe and Amelia Guerra,
individually and Guadalupe Guerra as administrator of
the estate of Cindy Guerra, deceased; Amelia Guerra
as temporary guardian of the person and estate of Lisa
Guerra, formerly an incapacitated person; Rene Garza
and Patricia Garza, individually and Rene Garza as
administrator of the estate of Jennifer Garza, deceased;
and Graciela Marroquin as temporary guardian of the
person and estate of Jose Angel Alfaro, Jr., formerly an
incapacitated person; Jose Angel Alfaro, Jr.,
individually, and Lisa Guerra, individually

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record by certified mail, return receipt requested, and/or hand delivery, and/or fax transmission, this _7th_ day of May, 2004.

Mr. Tom Lockhart                      Mr. John W. Waters, Jr.
Adams & Graham, L.L.P.                Bienvenu, Foster, Ryan & O'Bannon
222 E. Van Buren, West Tower          1010 Common St., Suite 2200
P.O. Drawer 1429                      New Orleans, Louisiana 70112-2401
Harlingen, Texas 78551-1429

JANIE L. JORDAN

-15-

# Ian S. Jones & Associates

Engineering Consultants

1144-E Walker Road
Great Falls
Virginia 22066
Tel: (703) 759-4722
Fax: (703) 759-3358

## EXPERT REPORT OF IAN S. JONES
### 110.027  Guerra, et al. v. Allied Van Lines, et al.

## MATERIALS REVIEWED

- Louisiana State Police Report and Photographs
- Inspection of the Accident Scene by Ian S. Jones & Associates (ISJ) on September 2, 2003
- Inspection of the Jeep Cherokee by ISJ on September 2, 2003
- Inspection of the GMC Suburban on September 3, 2003
- Inspection of the Allied Tractor-Trailer on September 3, 2003
- Vehicle Specifications Expert Autostats
- Vehicle Crush Stiffness Coefficients - Neptune Engineering
- CD of Photographs of the 2003 Sequoia
- Supplemental Report of Vehicle Inspections by Louisiana State Police
- Photographs of the Pontiac Grand Prix
- Photographs of the GMC Jimmy and the Honda Civic
- WAFB Channel 9 Video Coverage of the Accident Scene

## OPINIONS

1. This accident occurred on July 20, 2003, at approximately 5:20 p.m. on eastbound Interstate 10 at mile post 123, approximately 8 miles east of LA 347 in the Parish of St. Martin, Louisiana. The accident occurred on an elevated section of the interstate. At the time of the accident it was daylight, the road surface which was concrete was dry, and the weather conditions were clear.

2. At the accident location the roadway is level and straight, with unobstructed visibility. The speed limit was 60 miles per hour (mph).

3. This accident was caused by the driver of a 1999 Volvo/Allied Van Lines tractor-trailer who apparently failed to notice that the vehicles immediately ahead of him were

1

Ian S. Jones & Associates

slowing down or stopped because of traffic that was stopped for a previous accident. As a consequence, the Allied Van Lines tractor-trailer precipitated a multiple rear end collision involving a total of ten other vehicles.

4. According to witnesses, the Allied Van Lines tractor-trailer was in the right lane as he approached the slowly moving and/or stationary vehicles. A 2001 Pontiac Grand Prix was in the right lane behind and further back from a 1999 International tractor and white box trailer which was in the left lane. The Pontiac Grand Prix was the first vehicle to be struck by the Allied Van Lines tractor-trailer, which impacted it on the left rear corner.

5. Following the impact with the Pontiac Grand Prix, the Allied Van Lines tractor-trailer struck the right rear corner of the white box trailer and traveled past the trailer before colliding with the rear of a 1999 GMC Suburban, which was in the right lane. As a consequence of the impact between the Allied Van Lines tractor-trailer and the Suburban, the Suburban caught fire.

6. The impact between the Allied Van Lines tractor-trailer and the Suburban caused the Suburban to be pushed forward and to rotate clockwise such that it struck the south side guardrail and the right rear of a 2003 Oldsmobile Silhouette.

7. The Allied Van Lines tractor-trailer then struck the rear of a 2001 Toyota Sienna causing it to impact the rear of a 2003 Toyota Sequoia. The Allied Van Lines tractor-trailer subsequently side swiped the Toyota Sequoia. Both the Sienna and Sequoia were pushed from the left lane and across the right lane coming to rest adjacent to the south side guardrail.

8. After striking the Sienna and Sequoia, the Allied Van Lines tractor-trailer then struck the rear of a 2000 Jeep Cherokee and pushed it forward into the rear of a 1992 Peterbilt tractor-trailer which was stationary. During this sequence, the left side of the Allied

2

Ian S. Jones & Associates

Van Lines tractor-trailer and the Jeep Cherokee contacted and scraped along the north side guardrail.

9. As a consequence of striking the Peterbilt tractor-trailer, the Allied Van Lines tractor-trailer came to rest with the Jeep Cherokee wedged between the two tractor-trailers. The Jeep Cherokee and the Allied Van Lines tractor-trailer caught fire and were completely burned out.

10. A 1997 Honda Civic and a 2000 GMC Jimmy were also involved in the collision sequence, and came to rest behind the Toyota Sienna. Based on the physical evidence, these vehicles were most likely struck by the Toyota Sequoia or the Toyota Sienna.

11. The final rest positions of the vehicles are shown in Figure 1. The tire marks E to H and F to G occurred subsequent to the impact with the GMC Suburban, and the tire marks L to M occurred subsequent to the impact with the Toyota Sienna.

12. The distance from the point at which the Allied Van Lines tractor-trailer struck the GMC Suburban to its point of rest was 417 feet.

13. Based on the physical evidence and the witness statements the speed of the Allied Van Lines tractor-trailer prior to the accident was 60 to 70 mph.

14. At the time the Allied Van Lines tractor-trailer struck the rear of the GMC Suburban, the Suburban was in the right lane and was stopped or moving slowly. The impact was to the left rear and the overlap between the two vehicles was approximately 36 inches. The speed change experienced by the Suburban was 36 to 39 mph.

15. The accident was precipitated by the driver of the Allied Van Lines tractor-trailer failing to perceive in sufficient time that the traffic ahead was stopped. The driver appears to have started to react to the situation at the time he struck the rear end of the Pontiac Grand Prix.

3

16. The most likely cause of the accident was the failure of the driver of the Allied Van Lines tractor-trailer to maintain a safe distance from the vehicles in front of him, his failure to keep a proper lookout, and his failure to control the speed of his tractor-trailer under the circumstances and come safely to a stop prior to impact.

The basis for the opinions in this report includes the materials reviewed, basic principles of engineering and physics, general education, experience and training. Education and training for Dr. Jones includes over 25 years of reconstructing accidents and extensive research in automotive truck safety. Education and training for Mr. Wilson includes over 10 years of reconstructing accidents and over 160 hours of accident reconstruction classes.

This report represents opinions which are given to a reasonable degree of engineering certainty. Discovery in this case is still ongoing. Rights are reserved to supplement or modify opinions in light of additional information that is produced in the discovery process.

Attachment 1 is a copy of Dr. Jones' curriculum vitae, and attachment 2 is the testimony record for Dr. Jones. Attachment 3 is a copy of Mr. Wilson's curriculum vitae, and attachment 4 is the testimony record for Mr. Wilson. Dr. Jones is reimbursed at the hourly rate of $475, and Mr. Wilson is reimbursed at the hourly rate of $200.

Respectfully submitted,

Ian S. Jones, Ph.D.                    Lawrence A. Wilson, P.E.

4

Figure 1
Final Rest Positions of Vehicles

V-11
Green Peterbilt Tractor
w/flatbed trailer

V-10
Blue Jeep Cherokee

V-1
Orange Allied T-T

V-9
White Sequoia SUV

V-8
White Sienna
Minivan

V-6
Dark Green Civic

V-7
White Jimmy

V-4
Gold Suburban

V-5
Maroon Silhouette
Minivan

V-3
White International T-T
(Gines Trucking)

V-2
Black Grand Prix

Scale in Feet:

100  75  50  25  0       100       200       300

North

# IAN S. JONES & ASSOCIATES

ENGINEERING CONSULTANTS

1144-E WALKER ROAD
GREAT FALLS
VIRGINIA 22066
TEL: (703) 759-4722
FAX: (703) 759-3358

## Ian S. Jones, Ph.D.

### Summary

Vehicle Accident Reconstructionist. Internationally recognized expert specializing in accident investigations, including: heavy truck collisions, vehicle rollover, crashworthiness, head and neck injuries, injury risk analysis, large truck safety issues, computer reconstruction techniques, design and development of passive restraint systems, motorcycle accidents, vehicle dynamics, heavy truck underride collisions, vehicle handling, and highway safety.

### Academic Background

- Ph.D., Engineering Physics, University of London, 1973
- M.Sc., Physics, Durham University, 1970
- B.Sc., Physics, University of London, 1965

### Professional Experience

- President, Ian S. Jones & Associates, 1995-Present

- Senior Vice President, Engineering and Scientific Services, FTI Corporation, Annapolis, Maryland, 1993-1995. Responsible for the development and growth of the Engineering and Scientific Services group.

- Vice President, Research and Development, Vehicle Accident Reconstruction, FTI Corporation, Annapolis, Maryland, 1990-1993. Responsible for the development and growth of the Vehicle Accident Reconstruction Department.

- Senior Staff Engineer, Vehicle Accident Reconstruction, FTI Corporation, Annapolis, Maryland, 1988-1990. Major case work included: heavy truck accidents, vehicle stability analyses, dynamic reconstructions, computer simulations, and highway safety.

- Director of Engineering, Insurance Institute for Highway Safety, Vehicle Accident Research, Washington, D.C., 1982-1988. Directed engineering and research activities including: studies of heavy truck accidents and safety issues; energy absorbing structures for heavy trucks; design and development of a passive alcohol sensor; make/model accident rate analyses; rollover propensity and crashworthiness of light trucks; evaluation of 55 to 65 mph speed limit increase on rural interstates; in-depth accident investigation and reconstruction; correlation of anthropometric dummy response from crash tests with actual injury risk; studies of human tolerance to injury including head and neck injury; and evaluation of the Hybrid III dummy with special emphasis on head and neck response.

Ian S. Jones, Ph.D.
Page Two

## Professional Experience (continued)

- Head of Engineering, Oxford Road Accident Group, University of Oxford, Oxford, England, 1979-1982. Analyzed injury mechanisms in road accidents; developed data on human tolerance to injury; researched ways of improving vehicle design to reduce injury frequency and severity; established accident group to investigate accidents in-depth; performed reconstruction using computer techniques; and developed accident data recording, processing and analysis system.

- Head of Analytical Development, Transportation Research, Calspan Corporation, Inc., Buffalo, New York, 1978-1979. Developed and validated computer-based accident reconstruction programs and occupant simulation programs for the National Highway Transportation Safety Administration (NHTSA); designed and modified the SMAC (Simulation Model for Automobile Collisions) program and other computer programs to aid in accident reconstruction; and applied three-dimensional occupant simulation and the HVOSM (Highway Vehicle Object Simulation Model) single-vehicle dynamics simulation.

- Vehicle Accident Dynamics/Reconstruction, Calspan Corporation, Inc., Buffalo, New York, 1973-1978. Head of Accident Research, 1977-1978; Senior Engineer, Transportation Research, 1975-1977; and Engineer, Transportation Research, 1973-1975. Developed methodology for reducing hazardous effects of highway features and roadside objects; analyzed light truck and heavy truck accidents; performed accident reconstruction concerning vehicle braking and handling; studied the effects of compartment intrusion on the benefits of restraint use and the effects of side-door reinforcement beams and 5 mph energy absorbing bumpers on injury severity.

- Traffic Studies, University College, London, England, 1967-1973. Doctoral Studies, 1970-1973. The effects of vehicle characteristics on road accidents. Associate Research Assistant, 1967-1973. Mechanics of car collisions.

## Research Activities

- Large Truck Safety
- Vehicle Rollover and Stability
- Restraint System Performance
- Vehicle Crashworthiness
- Human Tolerance to Injury
- Correlation of Crash Performance and Injury Risk
- Accident Investigation and Reconstruction

Ian S. Jones, Ph.D.
Page Three


## Professional Honors

- Crompton-Lanchester Medal for the 1969/70 Session, Automobile Division, Institute of Mechanical Engineers (London)
- Starley Premium 1970, The Institution of Mechanical Engineers (London)
- Honorable mention in the International Safety Competition organized by Fonds d' Etudes et de Recherches pour la Securite Routiere


## Professional Associations and Committees

- The Association for the Advancement of Automotive Medicine
- The Society of Automotive Engineers
- Freeman of the City of London 1981
- Department of Transportation (DOT) Motor Vehicle Safety Research Advisory Committee on Rollover
- Department of Transportation (DOT) Motor Vehicle Safety Research Advisory Committee on Biomechanics
- National Governor's Association - Technical Advisory Group on Motor Carrier Accidents
- The Johns Hopkins University Injury Prevention Center Advisory Committee


Last Updated: June, 2000
nsb

# CHRONOLOGY OF DEPARTMENT OF TRANSPORTATION DOCKET COMMENTS
## FOR THE INSURANCE INSTITUTE FOR HIGHWAY SAFETY

The following are comments written in response to proposed rule-making/legislation by the Department of Transportation.

| | |
|---|---|
| November 23, 1983 | Institute's comment re: NHTSA Docket No. 83-03, Notice 1 Crash Test Repeatability Program. |
| June 11, 1985 | Institute's comment to Ms. Diane K. Steed re: NHTSA Docket No. 74-14, Notice 39, 49 CFR Part 571 and 572 Anthropomorphic Test Dummies. |
| January 29, 1986 | Institute's comment to Mr. Ray A. Barnhart re: FHWA Docket No. 86-1, Review of Longer Combination Vehicles in Western States. |
| March 25, 1986 | Institute's comment to the Honorable Elizabeth Dole re: NHTSA Docket No. 1-11, Notice 8, Rear Underrride Protection. |
| March 25, 1986 | Institute's comment to Mr. Kenneth L. Pierson re: BMCS Docket No. 113, Parts and Accessories Necessary for Safe Operation; Effectiveness of Underride Protection. |
| July 7, 1986 | Institute's comment to Ms. Diane K. Steed re: Docket No. 85-17, Notice 1, Heavy Truck Safety Studies, Report to Congress. |
| August 4, 1986 | Institute's comment to Mr. Kenneth L. Pierson re: BMCS Docket No. MC-124; Notice 86-8, Front Brakes on Large Trucks. |
| August 8, 1986 | Institute's comment to Ms. Diane K. Steed re: NHTSA Docket No. 86-05; Notice 1, Stopping Distance Requirements for Air Brake Systems. |
| April 27, 1987 | Institute's comment to the Honorable Elizabeth Dole re: OMCS Docket No. MC-113; Notice No. 87-02, Motor Carrier Safety Regulations; Inspection, Repair and Maintenance. |
| November 27, 1987 | Institute's comment to Ms. Diane K. Steed re: NHTSA Docket No. 83-05; Notice 4, Splash and Spray Suppression Devices. |
| May 24, 1988 | Institute's comment to Ms. Diane K. Steed re: NHTSA Docket No. 79-17; Notice 37, New Car Assessment Program (NCAP). |
| October 18, 1988 | Institute's comment to Ms. Diane K. Steed re: NHTSA Docket No. 88-06; Notice 3, Side Impact Protection - Passenger Cars. |
| October 18, 1988 | Institute's comment to Ms. Diane K. Steed re: NHTSA Docket No. 88-06; Notice 4, Side Impact Protection - Light Trucks, Vans, and Multipurpose Passenger Vehicles. |
| October 24, 1988 | Institute's comment to Ms. Diane K. Steed re: NHTSA Docket No. 88-07; Notice 1, Side Impact Anthropomorphic Test Dummy. |

## BIBLIOGRAPHY OF PAPERS BY IAN S. JONES, Ph.D.

1.   Grime, G. and I.S. Jones. "Car Collisions-The Movements of Cars and Their Occupants in Accidents." *Proc. Inst. Mech. Eng.* Vol. 184, Part 2A, No. 5 (1970).

2.   Jones, I.S. "Accidents Involving Injury to Occupants of Commerical Vehicles." *Presented at the 14th FISITA Congress,* London, England, 20-25 June, 1972.

3.   Jones, I.S. "The Use of Accident Analysis in Improving Vehicle Design to Prevent Accidents." *Presented at the Planning and Transport Research Computation Company, Ltd.,* Road Accident Seminar, June 1972.

4.   Jones, I.S. "Overturning Single Vehicle Accident." *Presented at the Planning and Transport Research Computation Company, Ltd.,* Road Accident Seminar, June 1973.

5.   Jones, I.S. "The Use of Accident Analysis in Improving Vehicle Design to Prevent Accidents." *Presented at the Planning and Transport Research Computation Company, Ltd.,* Road Accident Seminar, June 1973.

6.   Jones, I.S. "Road Accident Studies with Particular Reference to the Handling and Stability Characteristics of Cars." *Ph.D. Thesis, University of London,* November 1973.

7.   Grime, G. and I.S. Jones. "The Frequency and Severity of Injuries to Occupants of Cars Subjected to Different Types of Impact in Accidents: An Investigation of British Road Accidents From Police Records." *IRCOBI Confrerence,* June 1973, Amsterdam.

8.   Jones, I.S. "Car Characteristics - Their Contribution to Accident Risk." *Seventh ARRB Conference,* Adelaide, 1974.

9.   Jones, I.S. "Vehicle Stability Related to Frequency of Overturning for Different Models of Car." *Seventh ARRB Conference,* Adelaide, 1974.

10.  Jones, I.S. and D.J. Segal. "The Application of the SMAC Accident Reconstruction Program to Actual Highway Accidents." *18th AAAM Conference,* Toronto, Ontario, 1974.

11.  Lynch, J.P. and I.S. Jones. "The Calspan Scene Measurement System - An Optical System for Measuring On-Scene Accident Data." *Presented to the Society of Photo-Optical Instrumentation Engineers,* December 1974.

12.  McHenry, R.R., I.S. Jones, and J.P. Lynch. "Mathematical Reconstruction of Highway Accidents-Scene Measurement and Data Processing System." *Buffalo: Calspan Corporation, Inc.,* Transportation Research, December 1974.  Calspan Report No. ZQ-5342-V-2, PB 240867/2.

13.    Jones, I.S. "Results of Selected Applications to Actual Highway Accidents of the SMAC Reconstruction Program." *Presented at the 18th Stapp Conference,* December 1974.

14.    Jones, I.S. "The Mechanics of Rollover as the Result of Curb Impact." *Detroit: Automotive Engineering Congress and Exposition,* February 1975. SAE Paper No. 750461.

15.    Jones, I.S. "The Role of Vehicle Handling in Accident Causation." *Detroit: Automotive Engineering Congress and Exposition,* February 1975.  SAE Paper No. 750115.

16.    Jones, I.S. "The Use of Accident Data in Studying Vehicle Handling Performance." *Institution of Mechanical Engineers,* Automobile Division, Procs., Vol. 189, 39/76, 1975.

17.    Jones, I.S. "Benefits of Restraint Use with Particular Reference to Accidents Involving Compartment Intrusion." *5th International Conference of the International Association for Accident and Traffic Medicine,* London, England, September 1975.  Also published by *Calspan*, Report No. ZQ-5434-V-1, DOT-HS-053-3-609, May 1976.

18.    Hutchinson, T.P. and I.S. Jones. "The Separation of the Effects of Driver and of Vehicle on Type of Accident." *5th International Conference of the International Association for Accident and Traffic Medicine,* London, England, September 1975.

19.    Jones, I.S. "Automated Accident Reconstruction." *Detroit: Automobile Engineering Meeting,* Ocotober 1975. SAE Paper No. 750894.

20.    Jones, I.S. "Automatic Iteration of SMAC." *DOT Motor Vehicle Collision Investigation Symposium.  Calspan Corporation,* Buffalo, New York, October 1975.

21.    McHenry, R.R. and I.S. Jones. "Evaluation of the Accuracy of Reconstruction Techniques for Highway Accidents." *Buffalo: Calspan Corporation, Inc.,* Transportation Research, November 1975. Calspan Report No. ZQ-5708-V-1.

22.    Jones, I.S. "The Effect of Side Door Reinformement Beams and 5 m.p.h. Energy Absorbing Bumpers on Injury Severity." *Proceedings of 21st AAAM Conference,* Vancouver, 1977.

23.    Jones, I.S. and A.S. Baum. "An Analysis of the Urban Utility Pole Accident Problem." *Buffalo: Calspan Corporation, Inc.,* Transportation Research, April 1978. Calspan Report No. ZQ-5888-V-1.

24.    Jones, I.S. and A.S. Baum. "An Analysis of the Urban Utility Pole Accident Problem." *Proceedings of 22nd AAAM Conference,* Ann Arbor, Michigan, 1978.

25. Jones, I.S. and A.S. Baum. "Research Input for Computer Simulation of Automobile Collisions, Volume IV Staged Collision Reconstructions." *Final Report December 1978.* Report No. ZQ-6057-V-6, Contract No. DOT-H-7-01511.

26. Jones, I.S. "Effect of Roadside Clearance on Accident Frequency and Severity." *RRR Workshop Transportation Research Board, Resurfacing, Restoration, and Rehabilitation Projects on Existing Facilities: Improved Safety and Service,* July 1979.

27. Jones, I.S. "Analytical Reconstruction of 12 Staged Collisions Using the CRASH 2 and SMAC Programs." *Proceedings of 23rd Conference of the AAAM,* Louisville, Kentucky, October 1979.

28. Jones, I.S. and A.S. Baum. "Further Validation of the Simulation Model of Automobile Collisions Program." *Proceedings of 23rd Stapp Car Crash Conference,* October 1979.

29. Rice, R.S., D.J. Segal, and I.S. Jones. "Development of a Vehicle Rollover Maneuver." *U.S. Department of Transportation, National Highway Truck Safety Administration,* Washington, D.C., 1979.  DOT-HS-804-093.

30. Jones, I.S. and A.S. Baum. "Accident Investigation Methodology to Assess the Role of Vehicle Braking Performance in Highway Safety." *Buffalo: Calspan Corporation, Inc.,* 1980. Calspan Report No. ZQ-5779-V-1. Final Report for Contract No. DOT-HS-5-01230.

31. Jones, I.S. and R.S. Gunn. "The Oxford Road Accident Group's Research Methodology." *Transport and Road Research Laboratory,* Report 1332/80, Oxford, 1980.

32. Jones, I.S. and P.W. Jennings. "Development and Evaluation of the CRASH 2 Program for Use Under European Conditions." *5th International IRCOBI Conference on the Biomechanics of Impacts,* Birmingham, England, September 1980.

33. Jones, I.S. *Final Report of the Engineering and Clinical Teams:* Oxford Road Accident Group. University of Oxford, 1982. *Engineering Science Laboratory,* Report 1418/82.

34. Jones, I.S. and S.J. Shaibani. "A Comparison of Injury Severity and Crash Severity Distributions and Their Application to Standards for Occupant Protection." *7th International IRCOBI Conference on the Biomechanics of Impacts,* 8-10 September 1982, Cologne, Germany.

35. Jones, I.S. "Injury Severity Versus Crash Severity for Front Seat Car Occupants Involved in Front and Side Impacts." *Proceedings of the 26th Conference of the AAAM,* Ottawa, Canada, October 1982.

36.  Jones, I.S. "The Effect of Impact Type and Vehicle Velocity on Vehicle Crush Characteristics." *Proceedings of the 27th Conference of the AAAM,* San Antonio, Texas, October 1983.

37.  Jones, I.S., H.S. Stein, and P.L. Zador. "Influence of Truck Size and Weight on Highway Crashes."*Insurance Institute for Highway Safety Report*, March 1983.

38.  Jones, I.S. "Injury Severity Related to Crash Severity." *Canadian Multidisiplinary Road Safety Conference II,* Winnipeg, Manitoba, June 1983, Oral Only.

39.  Newman, Raymond J. and Ian S. Jones. "A Prospective Sudy of 413 Consecutive Car Occupants with Chest Injuries." Published in *The Journal of Trauma,* Vol. 24, No. 2, February 1984.

40.  Jones, I.S. and R.A. Whitfield. "The Effects of Restraint Use and Mass in 'Downsized' Cars." *Society of Automotive Engineers International Congress and Exposition,* Detroit, Michigan, March 1984.

41.  Jones, I.S. and D. Mohan. "Head Impact Tolerance: Correlation Between Dummy Impacts and Actual Head Injuries." *Insurance Institute for Highway Safety Report,* May 1984.

42.  Jones, I.S. "Truck Air Brakes - Current Standards and Performance." *Proceedings of the 28th Conference of the AAAM,* Denver, Colorado, October 1984.

43.  Zador, P.L., I.S. Jones, and M. Ginsburg. "Fatal Front-to-Front Car Collisions and the Results of 35 m.p.h. Frontal Barrier Impacts." *Proceedings of the 28th Annual Conference of the AAAM,* Denver, Colorado, October 1984.

44.  Jones, I.S. and A.K. Lund. "Detection of Alcohol-Impaired Drivers Using a Passive Alcohol Sensor." *Insurance Institute for Highway Safety Report*, May 1985. Also published in *Journal of Police Science and Administration,* Vol. 14, No. 2, 1986.

45.  Jones, I.S., R.A. Whitfield, and D.M. Carroll. "New Car Assessment Program Results and the Risk of Injury in Actual Accidents." *Presented at the 10th International Technical Conference on Experimental Safety Vehicles,* Oxford, England, July 1985.

46.  Jones, I.S. "Development and Evaluation of a Passive Alcohol Sensor." *Proceedings of the 30th Annual Conference of the AAAM,* Montreal, Quebec, October 1986.

47.  Stein, H.S., and I.S. Jones. "Crash Involvement of Large Trucks by Configuration: A Case-Control Study." *Insurance Institute for Highway Safety Report*, January 1987. Published in *American Journal of Public Health,* Vol. 78, No. 5, May 1988.

48.   Jones, I.S. and H.C. Champion. "Trauma Triage: Vehicle Damage as an Estimate of Injury Severity." *Insurance Institute for Highway Safety Report*, February 1987. Accepted for publication in the *Journal of Trauma.*

49.   Jones, I.S. "The Benefits of Energy Absorbing Structures to Reduce the Aggressivity of Heavy Trucks in Collisions." *Presented at the 11th International Technical Conference on Experimental Safety Vehicles,* Washington, D.C., May 1987.

50.   Jones, I.S. and H.S. Stein. "Effect of Driver Hours of Service on Tractor-Trailer Crash Involvement." *Insurance Institute for Highway Safety Report,* September 1987.

51.   Jones, I.S. and H.S. Stein. "Defective Equipment and Tractor-Trailer Crash Involvement." *Insurance Institute for Highway Safety Report,* September 1987.

52.   Jones, Ian S. and R.A. Whitfield. "Predicting Injury Risk with 'New Car Assessment Program' Crashworthiness Ratings." *Insurance Institute for Highway Safety*, December 1987, Published in *Accident Analysis & Prevention*, Vol. 20, No. 6, 1988.

53.   Jones, I.S. and H.S. Stein. "Truck Operating Characteristics in Relation to Safety." *Presented at the American Society of Civil Engineers Spring Convention,* Nashville, Tennessee, May 1988.

54.   Gloyns, Peter F., Stephen J. Rattenbury and Ian S. Jones. "Car Occupant Fatalities and the Influence of a Compulsory Seat Belt Use Law in Great Britain." *Insurance Institute for Highway Safety*, January 1989.

55.   Gloyns, Peter F. and Ian S. Jones. "Characteristics of Fatal Frontal Impacts and Future Countermeasures in Great Britain." *Insurance Institute for Highway Safety*, March 1989.

56.   Lestina, Diane C., Adrian K. Lund and Ian S. Jones. "Laboratory Evaluation of Two Passive Alcohol Sensors." *Insurance Institute for Highway Safety*, July 1989

57.   Jones, Ian S. and Howard S. Stein. "Vehicle and Driver Factors in Relation to Crash Involvement of Heavy Trucks." *Strategic Highway Research Program and Traffic Safety on Two Continents: Heavy Truck Safety Session*, Gothenburg, Sweden, September 28, 1989.

58.   Jones, Ian S. and Howard S. Stein. "Defective Equipment and Tractor-Trailer Crash Involvement." Published in *Accident Analysis & Prevention*, Vol. 21, No. 5, October 1989.

59.   Jones, I.S. and M.B. Penny. "Engineering Parameters Related to Rollover Frequency." *Detroit: International Congress and Exposition,* February/March 1990. SAE Paper No. 900104.

60.   Jones, I.S. and T.C. Boddorff. "Simple Overhead Photography Techniques for Vehicle Accident Reconstruction." *Detroit: International Congress and Exposition,* February/March 1990. SAE Paper No. 900370.

61.   Jones, I.S., D.W. Muir, and S.W. Groo. "Computer Animation - Admissibility in the Courtroom." *Detroit: International Congress and Exposition,* February/March 1990. SAE Paper No. 910366.

62.   Whitfield, R.A. and Ian S. Jones.  "The Effect of Passenger Load on Unstable Vehicles in Fatal, Untripped Rollover Crashes."  Published in *American Journal of Public Health,* September  1995.

63.   Jones, I.S., L.A. Wilson. "Techniques for the Reconstruction of Rollover Accidents Involving Sport Utility Vehicles, Light Trucks and Minivans," SAE Paper No. 2000-01-0851, *Detroit: International Congress and Exposition*, March 2000.

64.   Jones, I.S., L.A. Wilson and R. Whitfield. "Emergency Steering in Fatal and Serious Injury, Sport Utility Vehicle Rollover Crashes," IMechE, Vehicle Safety 2000, London, England, June 7-9, 2000.

**Books**

1.   Jones, I.S.  *The Effect of Vehicle Characteristics on Road Accident.* Oxford: Pergamon Press, February 1976.

TESTIMONY RECORD - IAN S. JONES, PH.D.

| Testimony | Case Title | Date | Court | Docket/Case No. |
|-----------|-----------|------|-------|-----------------|
| Deposition | Sunset Chevrolet Accident Reconstruction | 01/06/95 | Florida Circuit Court, Manatee County | No. CA-90-2758 |
| Deposition | Perkey v. Ford | 02/10/95 | Arkansas District Court | No. B-C-94-37 |
| Deposition | Walsh v. Ford | 02/12/95 | Texas District Court, Harris County | No. 93-45416 |
| Deposition | Maddagen v. Ford | 03/23/95 | Texas District Court, Harris County | No. 93-029794 |
| Deposition | Baskin v. Williams | 04/06/95 | Tennessee Circuit Court, Williamson County | No. 92105 |
| Deposition | Cutler v. Ford | 05/10/95 | US District Court, Eastern District, Arkansas | No. LR-C-94-271 |
| Deposition | Cammack v. Ford (Thompson) | 05/09/95 | Texas District Court, Harris County | No. 93-018019 |
| Deposition | Ammerman v. B&F Cheshire Enterprises | 07/03/95 | Florida Circuit Court, Hillsborough County | No. 94-378-B |
| Deposition | Neveu v. Ford | 07/27/95 | District Court/Austin Division | A-94-CA-714-JN |
| Deposition | Gaumont v. Ford | 08/11/95 | Superior Court of Massachusetts | No. 93-0524 |
| Deposition | Herrera v. Ford | 08/31/95 | Texas District Court, Austin Division | No. A-94-CA-840SS |
| Deposition | Green v. MTA | 09/01/95 | Baltimore City Circuit Court | No. 94157054/CL181659 |
| Deposition | LeBlanc v. Ford | 10/05/95 | Texas District Court, Beaumont Division | No. 1:94CV433 |
| Deposition | Markey/Smith v. Ford | 10/23/95 | Texas District Court, Harris County | No. 93-033014 |
| Deposition | Calvert v. Zimmer | 11/17/95 | U.S. District Court, Eastern District, PA | No. 95-CV-2041 |
| Deposition | Cutler v. Ford | 11/30/95 | Arkansas District Court, Western Division | No. LR-C-94-271 |
| Deposition | Jones v. Toyota | 12/21/95 | Georgia State Court, County of Fulton | No. 94-VS-0089350-F |
| Deposition | Newson v. Ford | 01/23/96 | U.S. District Court, El Paso, TX Division | No. EP-95-CA-145-DB |
| Deposition | Farley v. UDOT | 03/29/96 | 3rd Judicial Distict Court, Salt Lake County, UT | No. 920901066 |
| Deposition | Jackson v. Ford (Bedford) | 04/09/96 | Probate Court, Harris County, Texas | No. 255, 149-401 |
| Deposition | Mumm v. Chrysler | 04/17/96 | Iowa District Court, Hawk County | No. LACV074647 |
| Deposition | Williams v. Nissan | 04/24/96 | Texas District Court, Rusk County | No. 95-281 |
| Deposition | Komhaus v. Galla and Mayflower Transit | 04/25/96 | Maryland Circuit Court for Price Georges County | No. CAL 94-05996 |
| Deposition | Jackson v. Ford | 05/02/96 | Probate Court, Harris County, TX | No. 255, 149-401 |
| Deposition | Jones v. Toyota | 05/10/96 | State Court for the County of Fulton, Georgia | No. 94-VS-0089350-F |
| Deposition | Wing v. Suzuki | 06/12/96 | District Court, Southern District, New York | No. 95CIV.0495 |
| Deposition | Thompson v. Ford | 06/20/96 | US District Court, Eastern District of Missouri | No. 1:95CV001075SNL |
| Deposition | Greenwald v. Ford | 06/27/96 | Superior Court of Arizona, County of Maricopa | No. CV95-03064 |
| Deposition | Clark v. NET | 07/30/96 | Addison Superior Court, State of Vermont | No. S269-94Ac |
| Deposition | Roberson v. Ford | 08/02/96 | Circuit Court of White County, Arkansas | No. 94-75 |
| Deposition | Morehouse v. MTA | 08/15/96 | Circuit Court for Baltimore County, Maryland | No. 03-C-95-006482-OT |
| Deposition | Blackaller v. Ford | 08/29/96 | Superior Court of CA, County of San Bernardino | No. BCV00769 |
| Deposition | Greenwald v. Ford | 09/16/96 | Superior Court of Arizona, County of Maricopa | No. CV95-03064 |
| Deposition | Aguirre v. Goodyear/Ford | 10/01/96 | U.S. District Court, Eastern District of California | No. CV-F 94-5860 REC (DLB) |
| Deposition | Wing v. Suzuki | 10/28/96 | U.S. District Court, Southn District of New York | No. 85 Civ. 0495 |
| Deposition | Ambrosio v. Ford | 10/29/96 | Superior Court of New Jersey, Essex County | No. ESX - L-173-94 |
| Deposition | Cross v. Al Piemonte Ford/Ford Motor Co. | 10/31/96 | Circuit Court of Cook County, State of Illinois | No. 91 L 14763 |
| Deposition | Martens-Sagiao v. Toyota | 11/11/96 | U.S. District Court, Eastern District of Washington | No. CS-95-0511-WFN |
| Deposition | Blackaller v. Ford | 11/13/96 | Superior Court of California, County of San Bernardino | No. BCV-00769 |
| Deposition | Hurst v. Ford (Guerrini) | 11/26/96 | U.S. District Court, District of New Mexico | No. CIV 96-0126 JP/JHP |
| Deposition | Wilson v. Utility Supply & Equipment | 12/03/96 | U.S. District Court, Northern District of Alabama | No. CV-96-N 0419-S |
| Deposition | Wells v. Snowball Express, Inc. | 12/13/96 | Circuit Court for Montgomery County, Maryland | No. 14827V |
| Deposition | Camblin/Crosta v. Ford | 12/20/96 | Superior Court of California, County of Los Angeles | No. 95AS03520 |
| Deposition | Camblin/Crosta v. Ford | 01/09/97 | Superior Court of California, County of Los Angeles | No. 95AS03520 |

1

Updated: 04/07/04

Updated: 04/07/04

TESTIMONY RECORD - IAN S. JONES, PH.D.

| Testimony | Case Title | Date | Court | Docket/Case No. |
|---|---|---|---|---|
| Deposition | Wilson v. Utility Supply & Equipment | 01/27/97 | U.S. District Court, Northern District of Alabama | No. CV-96-N 0419-S |
| Deposition | Wilson v. Utility Supply & Equipment | 02/14/97 | U.S. District Court, Northern District of Alabama | No. CV-96-N 0419-S |
| Deposition | Brockie v. Ford | 02/18/97 | Jefferson Circuit Court Division 2, Kentucky | No. 95-CI-06125 |
| Deposition | Wood v. Suzuki | 02/20/97 | Circuit Court of Fayette County, West Virginia | No. 96-C-37 |
| Deposition | Brockie v. Ford | 02/21/97 | Jefferson Circuit Court Division 2, Kentucky | No. 95-CI-06125 |
| Deposition | Mullins v. Ford | 03/06/97 | Probate Court Number 3, Harris County, Texas | No. 276,470-401 |
| Deposition | Cunningham v. Nissan | 03/18/97 | Circuit Court of White County, Arkansas | No. 96-145 |
| Deposition | Rosales v. Nissan | 03/28/97 | District Court, Hudspeth County, Texas, 34th District | No. 3021-34 |
| Deposition | C. Wayne Bardwell v. Ford Motor Co. | 06/17/97 | District Court, Harris County, Texas, 80th District | No. 93-009516 |
| Deposition | Boggess v. Chrysler | 07/02/97 | Kanawha County, West Virginia | No. 96-C-756 |
| Deposition | Teal v. Ford | 08/15/97 | Circuit Court of Geneva County, Alabama | No. CV 95-136(W) |
| Deposition | Sunderland v. Ford | 09/11/97 | Superior Court for the State of California, San Diego | No. 760112 / N72125 |
| Deposition | Nave v. St. Patrick's, Inc., et al. | 09/26/97 | Circuit Court for Baltimore County, Maryland | No. 03-C-95-9506 |
| Deposition | Ryan v. Ford | 10/09/97 | U.S. District Court, District of Massachusetts | No. 96-10366(GAO) |
| Deposition | Music/Johnson v. Jeep | 10/16/97 | U.S. District Court, Middle District of FL, Tampa Div. | No. 96-1609-CIV-T-25C |
| Deposition | Nave v. St. Patrick's, Inc., et al. | 10/28/97 | Circuit Court for Baltimore County, Maryland | No. 03-C-95-9506 |
| Deposition | Nave v. St. Patrick's, Inc., et al. | 11/11/97 | Circuit Court for Baltimore County, Maryland | No. 03-C-95-9506 |
| Deposition | Stiglets v. Ford | 11/13/97 | U.S. District Court, Southern District of Mississippi | No. 2:96CV369PG |
| Deposition | Schoenbeck v. Toyota | 02/26/98 | District Court for Montana, Great Falls Division | No. CV-96-094-GF-DWM |
| Deposition | Brown v. Ford | 03/04/98 | Superior Court of California, County of Los Angeles | No. GC 016559 |
| Deposition | Davis v. Ford | 04/09/98 | Superior Court of New Jersey, Mercer County | No. MER-L-4119-95 |
| Deposition | Nave v. St. Patrick's, Inc., et al. | 04/15/98 | Circuit Court for Baltimore County, Maryland | No. 03-C-95-9506 |
| Deposition | Visconti v. GM | 05/20/98 | Circuit Court for Tarrant County, Texas | No. 348-163794-96 |
| Deposition | Tuckier v. Ford | 05/22/98 | Circuit Court, 1st Judicial District, Panola County, MS | No. CV 97-64C(P1) |
| Deposition | Jones v. Toyota | 05/29/98 | Circuit Court for Baldwin County, Alabama | No. CV-97-489 |
| Deposition | Linck v. Grocer's Supply | 06/30/98 | District Court for Harris County, Texas | No. 97-27238 |
| Deposition | Gibson v. Hodgson Concrete Co., et al. | 7/22-23/1998 | Circuit Court for Montgomery County, Alabama | No. 97-153-PR |
| Deposition | Jimmy Scott, et al. v. Ford | 07/29/98 | U.S. District Court, Southern District of Ohio | No. C-1-97-95 |
| Deposition | Davis v. Ford | 08/05/98 | Superior Court of New Jersey, Mercer County | No. MER-L-4119-95 |
| Deposition | LeBlanc v. Great Western Express, et al. | 09/15/98 | U.S. District Court, Southern District, Indianapolis Div. | No. IP96 1047C-G/T |
| Deposition | Ortiz v. Toyota | 10/01/98 | County Court At Law Number 1, Calhoun County, TX | No. 97-CV-120 |
| Deposition | Hufnagel v. Ford | 10/6-7/98 | Jefferson Circuit Court, Division 1, Houston, TX | No. 92-CI-06693 |
| Deposition | Jackson v. Ford | 10/29/98 | 212th District Court of Galveston Couty, Texas | No. 97CV0618 |
| Deposition | Valenzuela v. Ford | 10/30/98 | 121st District Court of Yoakum County, Texas | No. 7250 |
| Deposition | Bertles v. American Motors, et al. | 11/06/98 | Superior Court of Deleware, New Castle County | No. 96C-08-009 (VAB) |
| Deposition | Simpson v. Ford | 11/10/98 | Superior Court of California, County of Los Angeles | No. BC 117554 |
| Deposition | King v. Ford | 11/19/98 | Circuit Court of the City of Newport News, Virginia | No. 23565-RC |
| Deposition | Fitts/Barber v. Daihatsu Motor Company | 11/24/98 | U.S. District Court, Northern District of Alabama | No. CV-98-PT-0840-M |
| Deposition | Beefamerica, et al. v. Ford, et al. | 12/09/98 | Circuit Court, Hillsborough County, Florida | No. 98-4533 - Division "D" |
| Deposition | Morales, et al. v. Ford, et al. | 12/18/98 | 55th Judicial District Court, Harris County, TX | No. 97-52990 |
| Deposition | Beefamerica, et al. v. Ford, et al. | 01/26/99 | Circuit Court, Hillsborough County, Florida | No. 98-4533 - Division "D" |
| Deposition | O'Quinn v. Ford, et al. | 02/11/99 | Superior Court of Bryan County, Georgia | No. 97-V-238 |
| Deposition | O'Quinn v. Ford, et al. | 03/02/99 | Superior Court of Bryan County, Georgia | No. 97-V-238 |
| Deposition | King v. Ford | 03/26/99 | Circuit Court of the City of Newport News, Virginia | No. 23565-RC |

2

TESTIMONY RECORD - IAN S. JONES, PH.D.

| Testimony | Case Title | Date | Court | Docket/Case No. |
|---|---|---|---|---|
| Deposition | Suzuki v. CU | 04/13/99 | U.S. District Court, Central District of California | No. SACV 96-340 AHS (ANx) |
| Deposition | Simmons v. Ford | 04/20/99 | U.S. District Court, Southern District of Texas | No. G-98-342 |
| Deposition | MTA v. City of Baltimore | 05/18/99 | Circuit Court for Baltimore City, Maryland | No. 98092004/C2841 |
| Deposition | Isuzu v. Consumers Union | 05/27/99 | U.S. District Court, Central District of California | No. 97-5685 RAP (RNBx) |
| Deposition | Chapman/Kemp v. R&L Transfer Inc., et al. | 06/09/99 | Circuit Court for Leon County, Florida | No. 96-3679 & 96-5651 |
| Deposition | Briggs v. Ford | 06/29/99 | District Court for Jefferson County, Texas | No. E-0155498 |
| Deposition | Sparks v. Ford | 07/06/99 | Circuit Court of Autauga County, Alabama | No. CV-98-106-B |
| Deposition | Sweeney v. Ford | 07/15/99 | Circuit Court of Cook County, Illinois | No. 94 L 16541 |
| Deposition | Tucker v. Ford | 07/26/99 | Circuit Court, 1st Judicial District, Panola County, MS | No. CV 97-64C(P1) |
| Deposition | Isuzu v. Consumers Union | 08/06/99 | U.S. District Court, Central District of California | No. CV 97-5685RAP |
| Deposition | Sweeney v. Ford | 10/11/99 | Circuit Court of Cook County, Illinois | No. 94 L 16541 |
| Deposition | Franklin v. Ford | 11/09/99 | Circuit Court of Baldwin County, Alabama | No. CV 98-937 |
| Deposition | Helms v. Blue Bird Corp., et al. | 11/11/99 | Circuit Court of Barbour County, Alabama | No. CV 99-015 |
| Deposition | Ricketts v. CPS Trailer Company | 12/02/99 | Circuit Court of Montgomery County, Alabama | No. CV-98-1042 |
| Deposition | Parker v. Ford | 01/12/00 | Circuit Court of Benton County, Mississippi | No. B-98-045 |
| Deposition | Petty v. Ford | 01/13/00 | Circuit Court of Faulkner County, Arkansas | No. 96-402 |
| Deposition | Isuzu v. Consumers Union | 01/27/00 | U.S. District Court, Central District of California | No. 97-5685 RAP (RNBx) |
| Deposition | Anderson v. Ford | 02/29/00 | Superior Court of Washington, Thurston County | No. 96-2-03662-2 |
| Deposition | Isuzu v. Consumers Union | 02/13/00 | U.S. District Court, Central District of California | No. 97-5685 RAP (RNBx) |
| Deposition | Moran v. Chrysler | 04/14/00 | County Court, Nueces County, Texas | No. 97-60542-1 |
| Deposition | Ford v. GM | 04/25/00 | Circuit Court of Ouachita County, Arkansas | No. CIV-97-59-2 |
| Deposition | Judson v. Nissan | 07/06/00 | Circuit Court of Dale County, Alabama | No. CV 98-338 |
| Deposition | Williams v. Toyota | 07/14/00 | District Court of Jefferson County, Texas | No. B-160530 |
| Deposition | Judson v. Nissan | 07/20/00 | Circuit Court of Dale County, Alabama | No. CV 98-338 |
| Deposition | Campa v. Ford | 07/21/00 | 332nd Judicial District, Hidalgo County, Texas | No. C-6376-98-F |
| Deposition | Parker v. R & L Carriers | 08/25/00 | State Court of Fulton County, Georgia | No. 96 VS 0120667 E |
| Deposition | Beefamerica, et al. v. Ford, et al. | 08/30/00 | Circuit Court, Hillsborough County, Florida | No. 96-4533 - Division "D" |
| Deposition | Garrard v. Everett Dykes Grassing Co. | 10/03/00 | Superior Court of Appling County, Georgia | No. 99-1-144C |
| Deposition | Pennington v. Isuzu Motors Limited, et al. | 10/24/00 | District Court of Harris County, Texas | No. 1999-31168 |
| Deposition | Bailey v. Ford | 12/11/00 | District Court of Nueces County, Texas | No. 00-02303-A |
| Deposition | Sepulvado v. Chrysler Corporation, et al. | 12/12/00 | District Court of Harris County, Texas | No. 98-39897 |
| Deposition | Townsend v. Ford | 01/25/01 | State Court of Chatham County, Georgia | No. I99-1694-F |
| Deposition | Fuqua v. Ford | 03/13/01 | Circuit Court of Jefferson County, Missouri | No. CV-199-3464-CC |
| Deposition | Valdespino v. Ford | 03/16/01 | District Court of Brazoria County, Texas | No. 11632*JG00 |
| Deposition | Rahn v. Murphy, Bird & Phillips, Inc., et al. | 06/06/01 | Circuit Court of Howard County, Maryland | No. 13-C-99-41009 |
| Deposition | Dunn v. Dotson, et al. | 06/07/01 | Circuit Court of Fairfax County, Virginia | No. 189234 |
| Deposition | Cliburn v. Ford | 06/20/01 | Circuit Court of Holmes County, Mississippi | No. 99-0280 |
| Deposition | Rosenbaum v. Cronkhite Industries | 07/09/01 | Circuit Court of Jefferson County, Indiana | No. 39C01-9705-CP-241 |
| Deposition | Goff v. Ford | 10/25/01 | Circuit Court of Jackson County, Missouri | No. 0CV207340 |
| Deposition | Blackmon v. Ford | 11/06/01 | Circuit Court of Hillsborough County, Florida | No. 99-07073 |
| Deposition | Berry/Taylor v. Nissan | 01/15/02 | Circuit Court of Macon County, Alabama | No. CV-2000-180 |
| Deposition | Shinhoster v. Bridgestone/Firestone | 01/16/02 | Circuit Court of Macon County, Alabama | No. CV-00-197 |
| Deposition | Trahan v. Ford | 01/31/02 | District Court of Harris County, Texas | No. 01-01-410 |
| Deposition | Mejares v. Isuzu, et al. | 02/27/02 | District Court of Nueces County, Texas | No. 99-4109-E |

TESTIMONY RECORD - IAN S. JONES, PH.D.

| Testimony | Case Title | Date | Court | Docket/Case No. |
|---|---|---|---|---|
| Deposition | Cintron v. Kia | 04/09/02 | Circuit Court of Palm Beach County, Florida | No. CL 99-10499 AN |
| Deposition | Smith v. Ford | 04/11/02 | District Court of Orange County, Texas | No. D010216-C |
| Deposition | Helmick Burst v. Roadway Express, Inc. | 05/07/02 | District Court of Beaumont Division, Texas | No. 01-CV-260 |
| Deposition | Long v. Freightliner | 08/28/02 | Circuit Court of Jefferson County, Alabama | No. CV-98-586 |
| Deposition | Fero v. Walker, et al. | 08/29/02 | Fifth Circuit Court of Florida in and for Marion County | No. 99-0163-CA-G |
| Deposition | Trumble v. Ford/General Tire | 10/16/02 | District Court of Bexar County, Texas | No. 2001-CI-02919 |
| Deposition | Gardiner v. City of Austin, et al. | 11/06/02 | Probate Court Number One of Travis County, Texas | No. 74758A |
| Deposition | Wilkins v. Ford | 11/19/02 | District Court for the Northern District of Oklahoma | No. 01-CV-931E(J) |
| Deposition | Glover v. ford/Bridgestone Firestone | 11/20/02 | Circuit Court of Holmes County, Mississippi | No. 2001-1087 |
| Deposition | Garcia v. Ford | 12/03/02 | District Court of Maverick County, Texas | No. 01-12-17778-MCV-AJA |
| Deposition | Todd v. GM | 12/10/02 | District Court for the Eastern Division of Texas | No. 2-02CV-54-TJW |
| Deposition | Bowles/Thomas v. Ford/Firestone | 02/05/03 | Circuit Court of Hinds County, Mississippi | No. 251-00-138-CIV |
| Deposition | Rodriguez v. First Transit Inc., et al. | 03/10/03 | District Court of Harris County, Texas | No. 2001-34768 |
| Deposition | Warren/Shumaker v. Ford | 03/11/03 | Superior Court of Delaware, New Castle County | No. 01C-07-018 RRC |
| Deposition | Lulla v. Ford | 06/10/03 | District Court, Southern District of Indiana | IP 02-C-5600-B/S |
| Deposition | Cooper v. Ford | 09/09/03 | District Court for the Northern District of Mississippi | No. 3:02CV094-BA |
| Deposition | Wilemon v. Ford | 09/23/03 | District Court for the Northern District of Mississippi | No. 1:02CV174-JAD |
| Deposition | Humphrey/Kirk v. Mazda/Ford | 09/24/03 | District Court of the First Judicial District of Idaho | No. CV 01-4501 |
| Deposition | Caballero v. GM | 12/02/03 | District Court of Starr County, Texas | No. DC-020375 |
| Deposition | Taylor/Damien v. GM | 12/02/03 | District Court for the District of Colorado | No. 0-WM-1268 |
| Deposition | Stacy Kaye v. Ford | 12/08/03 | Circuit Court of Mercer County West Virginia | No. 01-C-417-S |
| Deposition | Brotherton v. Medlock Bridge One | 12/11/03 | State Court for the County of Fulton, Georgia | No. 01 VS019296A |
| Deposition | Jimmy Ray Davis v. General Motors | 01/21/04 | District Court for the Eastern Division of Texas | No. 9:03-CV-123 |
| | | | | |
| Trial | Kelleher v. Strick Corporation | 04/12/95 | Illinois Circuit Court, Cook County | No. 90-L-20398 |
| Trial | Cammack v. Ford (Thompson) | 06/12/95 | Texas District Court, Harris County | No. 93-018019 |
| Trial | MTA Test Protocol | 09/11/95 | Baltimore City Circuit Court | No. 9415T054/CL181659 |
| Trial | Baskin v. Williams | 03/05/96 | Nashville Circuit Court, Davidson County | No. 92105 |
| Trial | Neveu v. Ford | 07/16/96 | District Court, Austin Division, Texas | No. A94-CA-714-JN |
| Trial | Wells v. Snowball Express, Inc. | 03/25/97 | Circuit Court for Montgomery County, Maryland | No. 14827V |
| Trial | Cutler v. Ford | 03/09-10/97 | Arkansas District Court, Western Division | No. LR-C-94-271 |
| Trial | Calvert v. General Insurance | 04/16/97 | US District Court, Eastern District of Pennsylvania | No. 95-CV-2041 |
| Trial | Greenwald v. Ford | 04/21-22/97 | Superior Court of Arizona, County of Maricopa | No. CV95-03064 |
| Trial | Greenwald v. Ford | 05/08/97 | Superior Court of Arizona, County of Maricopa | No. CV95-03064 |
| Trial | Brockie v. Ford | 08/28-29/97 | Jefferson Circuit Court, Division Two | No. 95-CI-06125 |
| Trial | Brockie v. Ford | 09/02-03/97 | Jefferson Circuit Court, Division Two | No. 95-CI-06125 |
| Trial | Harper v. Queens Surface Corp., et al. | 09/05/97 | Supreme Court of New York, County of Queens | Index No. 20246/95 |
| Trial | Lane v. Carbaugh, Elicker and Allen | 10/01/97 | Court of Common Pleas of Adams County, PA | No. 94-S-792 |
| Trial | Farley v. UDOT | 03/13/98 | Third Judicial District Court, Salt Lake City, Utah | No. 920901066 |
| Trial | Finkel v. Towamensing Trails | 03/20/98 | Court of Common Pleas, Carbon County, PA | No. 4:CV-961178 |
| Trial | Kirhagis v. Home Depot | 04/21/98 | Circuit Court for Baltimore County, Maryland | No. 03-C-97-001233 |
| Trial | Nave v. St. Patrick's, Inc., et al. | 04/22-23/98 | Circuit Court for Baltimore County, Maryland | No. 03-C-95-9506 |
| Trial | Nave v. St. Patrick's, Inc., et al. | 05/01/98 | Circuit Court for Baltimore County, Maryland | No. 03-C-95-9506 |
| Trial | Ryan v. Ford | 05/11-13/98 | U.S. District Court, District of Massachusetts | No. 96-10366(GAO) |

4

TESTIMONY RECORD - IAN S. JONES, PH.D.

| Testimony | Case Title | Date | Court | Docket/Case No. |
|---|---|---|---|---|
| Trial | Rosales v. Nissan | 08/19-20/98 | District Court, Hudspeth County, TX, 34th District | No. 3021-34 |
| Arbitration | Gaddis v. Maryland Casualty Ins. Co. | 08/28/98 | Uninsured Motorist Claim, Philadelphia, PA | |
| Trial | Cross v. Al Piedmonte Ford, et al. | 09/10/98 | Circuit Court of Cook County, Illinois | No. 95-L-02822 |
| Trial | Gibson v. Hodgson Concrete Co., et al. | 01/15/99 | Circuit Court for Montgomery County, Alabama | No. 97-153-PR |
| Trial | Gibson v. Hodgson Concrete Co., et al. | 01/19-20/99 | Circuit Court for Montgomery County, Alabama | No. 97-153-PR |
| Trial | MTA v. City of Baltimore | 05/26/99 | Circuit Court for Baltimore City, Maryland | No. 98092004/C2841 |
| Trial | Sweeney v. Ford | 05/02-03/00 | Circuit Court of Cook County, Illinois | No. 94 L 16541 |
| Trial | Moran v. Chrysler | 06/15/00 | County Court, Nueces County, Texas | No. 97-60542-1 |
| Trial | Parker v. R & L Carriers | 09/14/00 | State Court of Fulton County, Georgia | No. 96 VS 0120667 E |
| Trial | Pennington v. Isuzu Motors Limited, et al. | 2/5-6/01 | District Court of Harris County, Texas | No. 1999-31168 |
| Trial | LeBlanc v. Great Western Express, et al. | 05/10/01 | U.S. District Court, Southern District, Indianapolis Div. | No. IP96 1047C-G/T |
| Trial | Beefamerica, et al. v. Ford, et al. | 6/27-29/01 | Circuit Court, Hillsborough County, Florida | No. 96-4533 - Division "D" |
| Trial | Judson v. Nissan | 3/13-15/02 | Circuit Court of Dale County, Alabama | No. CV 98-338 |
| Trial | Cintron v. Kia | 8/12-14/02 | Circuit Court of Palm Beach County, Florida | No. CL 99-10499 AN |
| Trial | Fero v. Walker, et al. | 10/18/02 | Fifth Circuit Court of Florida in and for Marion County | No. 99-0163-CA-G |
| Trial | Gardiner v. City of Austin, et al. | 12/12/02 | Probate Court Number One of Travis County, Texas | No. 74758A |
| Trial | Ferguson, et al. v. Ford, et al | 8/4-5/03 | Court of Common Pleas Philadelphia County, PA | No. 1968 |
| Trial | Humphrey/Kirk v. Mazda/Ford | 10/28-31/03 | District Court of the First Judicial District of Idaho | No. CV 01-4501 |

5

# Ian S. Jones & Associates

## Engineering Consultants

1144-E Walker Road
Great Falls
Virginia 22066
Tel: (703) 759-4722
Fax: (703) 759-3358

### Lawrence A. Wilson, P.E.

### Summary

Certified Professional Mechanical Engineer specializing in vehicle accident investigation, reconstruction, analysis, and computer simulation.

## Areas of Expertise

- SUV Rollovers – VDANL used for 3-D analysis of SUVs involved in rollovers
- Commercial Vehicle Accident Reconstruction – M-SMAC and EDVTS used to analyze motion of tractor-trailers involved in accidents
- Guardrail Impacts – EDCRASH used for damage-based analysis of impact severity. EDSMAC used for analysis of vehicle motion prior to, during and after impact. Analysis of various guardrail end-treatments.
- Utility Pole Impacts - EDCRASH used for damage-based analysis of impact severity. EDSMAC used for analysis of vehicle motion prior to, during and after impact. Statistical analysis relating pole offset distances to accident frequency.
- Vehicle-to-Vehicle Collision Analysis - EDCRASH used for damage-based analysis of impact severity. EDSMAC used for analysis of vehicle motion prior to, during and after impact.
- Low-Speed Collision Analysis – Limited vehicle damage, Bumper-to-bumper impacts include highly varying coefficients of restitution. Analysis based on vehicle-to-vehicle and vehicle-to-barrier tests.
- Pedestrian Accident Reconstruction – analysis using empirically-based data.

## Professional Experience

- Senior Mechanical Engineer, Ian S. Jones and Associates, Great Falls, Virginia, 1995-present. Major responsibilities: accident scene investigation including laser-transit survey and, when applicable, reverse-projection photogrammetry, vehicle inspections, reconstruction and analysis of vehicle accidents using validated engineering and reconstruction software, and production of court boards, animations, and presentations for trial.

- Mechanical Engineer, FTI Corporation, Annapolis, Maryland, 1994-1995. Responsibilities included: low-speed vehicle-vehicle collision analysis, accident scene investigation including laser-transit survey, vehicle inspections, and reconstruction/analysis of vehicle accidents using validated engineering and accident reconstruction software.

- Associate Mechanical Engineer, FTI Corporation, Annapolis, Maryland, 1992-1994. Responsibilities included: assisting accident reconstructionists in the investigation of vehicle accidents, generating accident scene diagrams using AutoCAD, and performing computer simulations and analysis of vehicle accidents.

### Professional Training

- Commercial Vehicle Investigation and Reconstruction, Arkansas State University, Jonesboro, Arkansas, 1995
- Traffic Accident Reconstruction II, Traffic Institute, Northwestern University, Evanston, Illinois, 1993
- Traffic Accident Reconstruction I, Traffic Institute, Northwestern University, Evanston, Illinois, 1994

**Academic Background**

- M.S., Mechanical Engineering, University of Maryland, College Park, Maryland, 1992

- B.S., Mechanical Engineering, University of Maryland, College Park, Maryland, 1989

**Activities**

- Member, Society of Automotive Engineers (SAE)

- Consulted in development of syllabus and course content for graduate-level class on vehicle rollovers at George Washington University in Washington, D.C.

**Bibliography of Papers**

1. Jones, I.S., L.A. Wilson. "Techniques for the Reconstruction of Rollover Accidents Involving Sport Utility Vehicles, Light Trucks and Minivans," SAE Paper No. 2000-01-0851, *Detroit: International Congress and Exposition*, March 2000.

2. Jones, I.S., L.A. Wilson and R. Whitfield. "Emergency Steering in Fatal and Serious Injury, Sport Utility Vehicle Rollover Crashes," IMechE, Vehicle Safety 2000, London, England, June 7-9, 2000.

TESTIMONY RECORD - LAWRENCE A. WILSON, P.E.

| Testimony | Case Title | Date | Court | Docket/Case No. |
|---|---|---|---|---|
| Deposition | Liston v. Upton-Hall, et al. | 5/21/1997 | Circuit Court for Calvert County, MD | No. CA96-452 |
| Deposition | Kramer v. DOT, State of Georgia | 1/7/1999 | Superior Court of Athens, GA - Clarke County | No. SU-97-CV-0807J |
| Deposition | Myrick v. DOT, State of Georgia | 4/7/1999 | State Court of Cobb County, State of Georgia | No. 94A 4947-2 |
| Deposition | Silberman v. MTA | 8/23/1999 | Circuit Court for Baltimore City, MD | No. 98121127/CC3793 |
| Deposition | Muldrew/Musheer v. MTA | 9/28/1999 | Circuit Court for Baltimore City, MD | No. 98008003/CC145 |
| Deposition | Whittaker v. Pate | 7/24/2001 | Circuit Court for Prince George's County, MD | No. CAL 00-20566 |
| | | | | |
| Trial | Liston v. Upton-Hall, et al. | 8/11/1997 | Circuit Court for Calvert County, MD | No. CA96-452 |
| Trial | Kramer v. DOT, State of Georgia | 5/29/1999 | Superior Court of Athens, GA - Clarke County | No. SU-97-CV-0807J |
| Trial | Muldrew/Musheer v. MTA | 10/12-13/1999 | Circuit Court for Baltimore City, MD | No. 98008003/CC145 |
| Trail | Whittaker v. Pate | 1/8/2002 | Circuit Court for Prince George's County, MD | No. CAL 00-20566 |

Updated: 04/18/02



# MOTOR CARRIER SAFETY
# SERVICES INTERNATIONAL, INC.
### 45 ESOPUS DRIVE
### SPRING HILL ESTATES
### CLIFTON PARK, NY 12065

*Paul O'Neill*
*President*

*Phone: (518) 373-9655*
*FAX: (518) 383-3393*
*E-Mail: PONEILL524@AOL.COM*

April 30, 2004

Mr. William Stradley, Attorney
Ms. Janie Jordan, Attorney
Mithoff & Jacks, LLP
Law Offices
One Allen Center, Penthouse
500 Dallas
Houston, TX 77002

RE: Guerra, Garza, et al
vs.
Allied Van Lines, Inc.
Civil Action Number B-03-142

Dear Mr. Stradley and Ms. Jordan:

This report represents my findings, conclusions and opinions regarding the referenced Civil
Action Case. A list of documents reviewed and other sources of information on which I have
based my comments, opinions and conclusions are identified as Exhibit A and attached to this
report.

For the past 39 years I have been employed in the field of Motor Carrier Safety. For
approximately 30 of those years I was employed by the Federal Highway Administration and it's
predecessor, the Interstate Commerce Commission, in positions dedicated to the enforcement of
the Federal Motor Carrier Safety Regulations (FMCSR) applicable to motor carriers.

During the first 22 years of employment with the above named agencies, I was a Motor Carrier
Safety Investigator assigned to offices in Trenton, NJ and Scranton, PA. During that period of
time I conducted in excess of 1000 "Compliance Reviews" of motor carriers operations in

1

assessing their compliance with the Federal Motor Carrier Safety Regulations. I also conducted accident investigations, complaint investigations, enforcement investigations, driver/vehicle roadside inspections and provided training to agency and state personnel during that time period. The last 8 years of employment with the Federal Highway Administration was in management roles at the Albany, NY FHWA offices, first as a State Director and later as the Regional Program Coordinator for the Northeast Region. These positions were dedicated wholly to motor carrier safety.

Attached as Attachment B is a copy of my resume and Curriculum Vitae outlining my experience and duties over a period of about 39 years. I wish it to be incorporated into and be considered as part of this report.

<div align="center">

### Accident Overview

</div>

The accident occurred on Interstate 10 Eastbound in the Parish of Saint Martin, Louisiana, near mile marker 123, at approximately 5:20 pm CDST, July 20, 2003. The vehicles involved were a Commercial Motor Vehicle (CMV) driven by Wladyslaw (Vladek) Gorski operating under the of authority of Allied Van Lines, Inc., Fort Wayne, IN, and 10 other vehicles consisting of 2 commercial motor vehicles and 8 passenger autos.

The accident involved the driver of the Allied vehicle failing to slow or stop his vehicle as he approached the slower moving or stopped traffic causing his vehicle to strike several other vehicles.

### The Vehicles Involved

### The Allied Vehicle
The Allied vehicle consisted of a 1999 Volvo tractor equipped with a diesel engine, tandem drive axles and a sleeper cab, pulling a 1999 Kent van type tandem axle semi trailer. The tractor was owned by the driver; the semi trailer by an Allied Van Lines agent, Sorenson Moving and Storage Co., Melbourne, FL. The unit was being operated under the authority of Allied Van Lines, Inc., and engaged in the transportation of 6 shipments of household goods en route from points in AZ and CA to several locations in FL. The common industry terminology for the relationship between Allied and Gorski under that type arrangement would be that of an "owner operator".

### The Other vehicles
The other vehicles consisted of two commercial motor vehicles and 8 passenger automobiles. Since the police report identifies the type vehicles and their operators, I will not discuss it here or attach a copy of the report. You and other interested parties are in possession of certified copies of those reports.

<div align="center">2</div>

## Findings, Conclusions and Opinions

### Applicability of the Federal Motor Carrier
### Safety Regulations to Allied Van Lines, Inc.

The safety rules applicable to motor carriers are contained in 49 CFR, Parts 325 through 397 and are commonly referred to as the Federal Motor Carrier Safety Regulations (FMCSR). All references to the FMCSR in this report represent the regulations in effect at the time of the Allied accident in July, 2003.

Allied Van Lines operations fall within the definition of a "motor carrier" as defined in Section 390.5 of the FMCSR. A copy is included in Attachment C for reference. Allied is primarily engaged in the for hire transportation of household goods by motor vehicle and have been assigned US DOT Identification number 76235 by the US Department of Transportation .

Section 390.5 of the FMCSR also defines a "Commercial Motor Vehicle" (CMV). A copy is included with Attachment C. With regard to the vehicle operated by Allied, it met the definition of a CMV due to the gross vehicle weight and/or gross weight rating being 10,001 pounds or more. The Allied vehicle would far exceed the 10,001 pounds threshold.

Section 390.3 of the FMCSR establishes the general applicability of the regulations. A copy is attached as Attachment D. Since Allied's operations meet the definition of a motor carrier and the vehicle operated met the definition of a CMV, their operations in general, and with specific regard to this accident, clearly fall within jurisdiction of the US DOT (FMCSA) and the rules/regulations of the FMCSR. Those rules/regulations are covered in Parts 325 through 397 of the FMCSR.

The Federal Motor Carrier Safety Administration (FMCSA) is an operating element within the US Department of Transportation delegated the responsibility to administer and enforce the Federal Motor Carrier Safety Regulations (FMCSR). Two of their many areas of jurisdictional responsibility include Driver Qualification and Hours of Service. I will discuss driver qualification first. All references to the FMCSR in this report represent the rules in effect at the time Mr. Gorski's employment began with Allied including up until the time of the accident.

3

**Driver Qualification:**

The driver qualification rules are contained in Part 391 of the FMCSR. Section 391.21, copy attached as Attachment E, deals with the requirement that a driver prepare/submit/file an employment application listing certain information.

As mentioned earlier in this report, the driver of the Allied CMV was Mr. Wladyslaw Gorski, a resident of Palm Harbor, Florida. Mr. Gorski was 47 years of age at the time of the accident (DOB 9-12-55) and had been employed by Allied as an owner operator (private contractor) since about 4-29-99.

On March 31, 1999, driver Gorski filed an employment application with Allied. Attachment G to this report contains a copy of the employment application, identified as Court/Case Exhibit numbers 00184 through 00186. As required by FMCSR Sections 391.21 (b) (10) and (11), the application listed his employers for the past 10 years as well as his activities during those periods of employment. That information is as follows:

(1) From 1-98 to the present (3-31-99), he listed his employment as long distance interstate tractor trailer driver for Route 66 Trucking of Los Angeles, CA.

(2) From 1-97 through 1-98, he listed his employment as a long distance mover/driver assistant driving tractor trailers for United Van Lines, Inc., Oldsmar, FL.

(3) From 3-92 through 1-97, he lists his employment as a local driver towing trucks for LCM Auto Brokers of Clearwater, FL.

On the portion of the application listing driving experience, Gorski indicated that he drove a tractor and semi-trailer 86,000 interstate miles from 1998 to present (3-31-99). By referring to the dates shown on the employment application discussed above, that would encompass the period of time he showed as being employed by Route 66 Trucking and United Van Lines.

On that portion of the application listing "licenses held" (refer to Court/Case Exhibit 00185 in Attachment G), Gorski indicates that he was issued his Florida "CDL" license on 3-25-99. The same date of CDL issue is shown on the initial driving record abstract obtained from FL by Allied on 4-13-99. Please refer to Attachment H which includes FL MVR driving record report, Court/Case Exhibit 00200. The driving record also indicates that that date was the original issue date (of the CDL).

Obtaining a driving record report (commonly referred to as an MVR abstract) upon hiring a driver is required by FMCSR Section 391.23 (a) (1). A copy of that Section of the regulations attached as Attachment F.

4

A review of the information on Mr. Gorski's employment application and the FL MVR report reveals obvious inconsistencies. It would (or should) lead one to question the truthfulness of the information he provided concerning his past employment record and experience. It is my opinion that there were numerous "red flags" (alerts/questions regarding inconsistencies) that should have been obvious during Allied's pre-hire process, as follows.

How was it possible for him to have driven CMVs requiring a Commercial Driver's License for 86, 000 miles when his initial CDL was not issued until just 6 days before he filed his employment application with Allied? How was it possible for him to have driven a tractor trailer (requiring a CDL) for two past employers over 2 + year period (1-97 to present) when the **initial** CDL was not issued until 3-25-99?

The above information/discrepancies should have been of serious concern to Allied, ie; was the information provided by Gorski on his employment application false or did he drive a CMV illegally for over two years? That appears not to have been of concern to or taken into consideration by Allied.

Section 391.23 (a) (2) of the FMCSR (refer to Attachment F) requires motor carriers to investigate a driver's employment record during the past 3 years. That period of time would encompass the period that Gorski listed as being employed by Route 66 Trucking, United Van Lines and a portion of his employment with LCM Auto Brokers.

Allied delegated their "past employer investigation" responsibility to an entity called Baley, Hinchy, Downs and Associates, Inc. (will be referred to as BHD&A in this report). Outsourcing that requirement is not prohibited under the FMCSR but the carrier (Allied in this instance) is responsible that it be done.

BHD&A was successful in contacting Route 66 Trucking via phone on 4-15-99 in verifying that Gorski was employed by them as a tractor trailer driver during the period of time shown on his employment application (1-98 to present). There were no unfavorable comments. BHD&A reported the inquiry and responses back to Allied via an "Employment History Report". Please refer to Court/Case Exhibit numbers 00189 through 00191 contained in Attachment H.

BHD&A was also successful in contacting LCM Auto Brokers in verifying that Gorski was employed by them during the period of time shown on the employment application. There were no unfavorable comments. Please refer to the BHD&A Employment History Report, Exhibit number 00191.

HHD&A attempted to contact United Van Lines, Inc. at their corporate office in Fenton, MO on 4-14-99 to verify Gorski's employment with them. They were advised by United that they had no record of Gorski being employed by them.

5

BHD&A then attempted on 4-16-99 to contact United Van Lines in Oldsmar, FL, the address shown on Gorski's employment application. They reported back to Allied in substance, that they were unable to locate a company by that name at that location via the telephone numbers provided, directory assistance, public library or Chamber of Commerce. The unsuccessful attempts to verify Gorski's employment with United are included in Attachment H and identified as Court/Case Exhibits 00189, 00190 and 00191.

On that portion of the application where the applicant (Gorski) listed the education he had received, Gorski indicated that he attended a truck driving school named R & E of Tampa, Inc. Please refer to Court/Case Exhibit 00185 contained in Attachment G.

BHD&A attempted to contact R & E of Tampa on 4-14-99 but was unsuccessful via all the avenues attempted. That included directory assistance, the Chamber of Commerce and the library. None had a record of R & E of Tampa. They reported that to Allied via Court/Case Exhibit 00192 contained in Attachment H.

A question was asked on Mr. Gorski's application filed with Allied as to whether or not he had ever been convicted for drugs. He answered yes. There is no evidence that Allied pursued that issue.

In spite of the numerous inconsistencies between Mr. Gorski's application and the findings of BHD&A, Allied considered Mr. Gorski "qualified" as a driver on 4-29-99 and placed him into service. Please refer to Court/Case Exhibit 002881 contained in Attachment H.

That, in my opinion, was a gross error on behalf of Allied. The numerous inconsistencies between the information shown on Mr. Gorski's application and the findings of BHD&A were more than adequate to "red flag" (alert/stop) the hiring process until the inconsistencies were resolved or reconciled. They were obviously ignored and the driver placed in service.

On July 28, 1999, Teresa Gorski, spouse of Mr. Gorski, provided a statement to Allied stating that her husband was employed by Andrew Rozanski, Inc., an owner operator for United Van Lines, Inc. from January, 1997 through January, 1998. She provided an address and phone number for Rozanski in Oldsmar, FL. The statement was dated approximately 3 months after Mr. Gorski was placed in service.

Mrs. Gorski's statement was apparently meant to satisfy the FMCSR requirement contained in Section 391.23(a) (2) regarding past employer investigations. It is my opinion, based on almost 40 years experience in the field of motor carrier safety, it did not; the inconsistencies discovered by BHD&A during their inquiries raised serious issues that should not have been ignored or passed over with a statement from the driver's spouse. I doubt that Mrs. Gorski at the time was in a position where she would contradict her husband regarding the information he provided Allied on his employment application.

6

I have read the depositions of Allied employees regarding this accident, including several involved in the pre-hire process. Based on the testimony contained in several of the depositions, it appears to me that Allied considered the above method an acceptable means of investigation and verification of a driver's past employment.

In my 40 years of experience, I cannot recall another carrier having a policy to solicit and/or accept a close relative's statement as verification of employment or experience. There is no evidence that any effort was made by Allied to pursue the issue beyond the point of receiving Teresa Gorski's statement. As a minimum, Allied could have contacted United Van Lines to verify that Rozanski was an owner operator or agent for them.

Also, they could have attempted to contact Rozanski since an address and phone number were provided. There is no evidence that either contact was attempted, or that Mr. Gorski was contacted to discuss and reconcile the inconsistencies between BHD&A's findings and his employment application.

Discussed earlier in this report, were BHD&A's findings that they were unable to locate/verify the driving school, R&E of Tampa, Inc. There is no evidence that Allied pursued that issue beyond being notified by BHD&A.

On May 9, 2000, the FL Department of Highway Safety and Motor Vehicles notified Mr. Gorski in substance that he had received his CDL through a third party tester that had been decertified. He was requested to call a specific telephone number no later than June 8, 2000 to schedule an appointment to take an examination or receive further instructions. If he did not call the specified phone number by 5:00 pm on the date specified, his CDL was to be cancelled. A copy of this correspondence is included in Attachment I as Swygart Exhibit # 4.

There is no evidence that Allied had received a copy of the above correspondence. However, the FL MVR report obtained by Allied in late 2000 indicated a cancellation of his CDL effective 6-29-00. There is no evidence that Allied followed through with the State of FL to determine the reason for the cancellation. Had they done that, the reason would have been evident.

On or about 12-19-01, the State of Florida, Division of Driver Licenses, provided correspondence to Allied via facsimile regarding driver Gorski's CDL. A copy is included as Attachment I.

The correspondence, dated 12-20-01, was a copy of a letter to Mr. Gorski advising him in substance that his license is not under suspension and that he had 30 days to apply for a license.

The correspondence and FL MVR mentioned in the 4 preceding paragraphs indicating a CDL cancellation, in my opinion, should have been of very serious concern to Allied. There were clear signals of a potential problem with Mr. Gorski's CDL including the possibility that it was improperly issued. It appears to me that this was the CDL he was initially issued on 3-25-99 and listed on his Allied employment application.

7

In conclusion regarding Mr. Gorski being qualified as a driver by Allied Van Lines, in my opinion, they did not take the pre-hire and driver qualification process seriously in "qualifying" Mr. Gorski as an interstate tractor trailer driver. Facts in support of that opinion were covered in the preceding several paragraphs under this heading.

It appears to me that they went "through the motions" of investigating this driver's background simply to satisfy the regulatory requirements of FMCSR Section 391.23 rather than "weeding out" a potential problem driver. The serious inconsistent findings of BHD&A regarding Gorski's past employment, driving experience, CDL and education were ignored and never reconciled or resolved.

The above conclusions are based on approximately 40 years experience in enforcing the FMCSR safety rules and assisting carriers to effectively comply with them in all areas, first as a Federal Agent and now as a safety consultant. My advice to carriers has always been, "don't hire your problems; make sure that inconsistencies on employment applications are reconciled/resolved before a driver is allowed to drive."

Also, over a period of 2 years after he was hired, information Allied received from the State of Florida should have raised suspicions/concerns regarding the validity of Mr. Gorski's CDL. Based on the documents and depositions I have reviewed, there are indications that his CDL may have been fraudulently obtained.

**Hours of Service and Drivers Logs.**

The hours of service rules applicable to interstate carriers of property are contained in FMCSR Part 395, Sections 395.1 through 395.8. A copy regulations in effect at the time of this accident in July, 2003 are included with this report as Attachment J.

At the time of the accident on July 20, 2003, Mr. Gorski was en route to Florida with several household goods shipments loaded in AZ and CA. In the weeks prior to that, he had delivered a load of household goods from Florida to California points.

I have reviewed numerous documents regarding Mr. Gorski's activities covering a period beginning several weeks prior to the accident and continuing up to the accident time. Those documents included the LA State Police Accident Investigation report, drivers logs, satellite global positioning (GPS) records, cellular phone records, vehicle loading information, computerized communication records, dispatch documents and customer signed statements.

Based on the information and documents reviewed, I reconstructed Mr. Gorski's activities covering the time period from 7-12-03 through to the time of the accident on 7-30-03 using primarily QualCom GPS records and other timed documents. I have concluded that at the time of the accident, Mr. Gorski had been on duty approximately 81 hours during the 8 day period ending at the time of the accident, and on duty approximately 75 hours during the 7 day period ending at the time of the accident.

8

FMCSR Section 395.3 (b) (1) [Hours of service rule (See Exhibit J)] provides in substance that a driver may not drive after having been on duty 60 hours in 7 consecutive days. I have concluded that at the time of the accident, Mr. Gorski had been driving approximately 15 hours beyond his 60th hour on duty. That would place him in clear violation of the FMCSR rules governing driver's hours of service. He should not have been on the road at all on 7-20-03.

The facts in support of that conclusion are based on the documents/records reviewed as discussed above. The excess driving would be considered a very serious violation of the hours of service rules by FMCSA or any regulatory agency with jurisdiction, such that the driver would have been placed "out of service" on site if stopped during a roadside inspection. Had he undergone a driver/vehicle roadside inspection, he would have been placed "out of service" for at least 2 consecutive days based on the hours of service rules and driver "out of service criteria" in effect at the time.

FMCSR Section 395.3 (b) (2) provides an optional rule that carriers are permitted to use if they operate vehicles every day of the week. It provides in substance that a driver cannot drive after having been on duty 70 hours in 8 consecutive days. Based on the documents reviewed, I have concluded that driver Gorski had been driving approximately 11 hours since his 70th hour on duty at the time of the accident. Facts in support of that conclusion were previously discussed.

The excess driving time beyond the 70 hour/8 day limitation by Mr. Gorski would be considered a very serious violation of the rules by FMCSA or any regulatory agency with jurisdiction, such that the driver would have been placed out of service for 2 days if stopped during a roadside inspection. Consequently, he should not have been driving at all at the time of the accident.

In conclusion regarding FMCSR Sections 395.3 (b) (1) and (b) (2), I have concluded that Mr. Gorski was driving his vehicle grossly beyond the maximum time allowed regardless of whether his duty time is/was calculated using the 60 hour/7 day rule or the 70 hour/8 day rule. In calculating the past 7 or 8 days hours of service, I attempted to give Mr. Gorski every benefit of the doubt regarding his daily duty activities.

FMCSR Section 395.3 (a) provides in substance that a driver may not drive more than 10 hours following 8 consecutive hours off duty. The rules provide in Section 395.1 (g) that drivers may accumulate the 8 hours off duty in 2 periods of 2 or more hours each in a sleeper berth equipped vehicle. Mr. Gorski's vehicle was sleeper berth equipped.

In reconstructing Mr. Gorski's activities, I have concluded that on the trip east from CA, he had grossly exceeded the 10 hour driving limitation on that portion of the trip from a point near Boulevard, CA on 7-18-03 up until his arrival near Houston, TX (Highland, TX) in the early am of 7-20-03. It is my opinion that he drove approximately 25 hours since his last 8 consecutive hours off duty between the time he left Boulevard, CA at about 7:30 pm (EDST) on 7-18-03 and his arrival in the Houston, TX (Highland, TX) area at 1:30 am on 7-20-03. That is in gross

violation of the 10 hour driving rule; approximately 15 hours in excess of what is allowed by the regulation. The distance from Boulevard, CA to the Houston, TX area is approximately 1350/1400 miles.

FMCSR Section 395.3 (a) (2) provides in substance that a driver may not drive after 15 hours on duty following 8 consecutive hours off duty. I have concluded that on the portion trip from Boulevard, CA to the Houston, TX area described above, Mr. Gorski had driven approximately 9.75 hours beyond that by the time he arrived in the Houston, TX area in the early am of 7-20-03. That would also be considered a gross violation of the 15 hour driving rule.

At the time of the accident, Mr. Gorski was not driving in excess of the FMCSR 10 and 15 hour driving rule. My plotting of his trip indicates that he had the opportunity to obtain about 10.5 hours rest in the Houston/Highland, TX area before departing there about noon on (EDST) 7-20-03. It appears that he had driven between 4 and 5 hours at the time of the accident, making one stop along the way of about 1.5 hours, and traveled about 240 miles. However, as mentioned earlier in this report, he was in gross violation of the 70 hour/8 day rule at the time of the accident.

As stated earlier in this report, Mr. Gorski's activities over the several day period prior to the accident were "plotted" using QualCom GPS records primarily. The mileage distances were determined using several computerized mileage programs including DeLorme, PC Miler and Rand McNally MileMaker. There were slight variations between the several programs but nothing of significance.

I also reviewed Mr. Gorski's logs for several months prior to the accident to determine if they truly represented his activities, using whatever timed documents that were available, primarily the QualCom GPS records. I would estimate that the "mismatch rate" between Mr. Gorski's logs and the timed records that FMCSA would consider log falsification was about 20%. That is far in excess of FMCSA's acceptable threshold of 10 %.

In the review of Mr. Gorski's log I noted another distinct pattern of log falsification that I consider more serious than the GPS record mismatches. He consistently followed the practice of recording the major portion of his daily loading and unloading time on the logs as off duty or in the sleeper berth of his vehicle. Following that practice allowed him to conceal a major portion of his true on duty time, presumably to reduce the amount of on duty time accumulated over a 7 or 8 day period. That constitutes drivers' log falsification.

According to the testimony of several deposed witnesses, Allied had a log accuracy monitoring system in place which they considered adequate. It amounted to manual review of the logs of those drivers inspected during roadside inspections or involved in accidents. It appears that the reviews were limited to those drivers and that the review covered those dates (accident/inspection) only. Such a limited review of the logs is not an effective system for a carrier the size of Allied. In my opinion, it is akin to attacking an elephant with a needle.

10

Very few carriers of Allied's size in this day and age are monitoring logs manually. Unless a high number of personnel are assigned the task, it will not be very effective. If adequate personnel are assigned it becomes costly with many of the violations not being detected due to human error. Based on reading the depositions of Allied's personnel, it appeared that no more than one person was assigned to monitoring logs for accuracy and it was a collateral duty. In my opinion, that is inadequate.

There are many systems on the market to perform log monitoring both for log accuracy and hours of service. Both "in house" and outsourcing systems are available. Most of those system use internal (or external) timed data that can be downloaded and checked electronically against the logs to determine their accuracy. Typical timed data could be fuel purchase time and location data, loading/unloading data, electronic dispatch data and selective GPS data. In all probability Allied had access to much if not most of this data. According to one of the depositions I reviewed, Allied had considered using such a system but had not done so by the time the accident occurred, nor had they done so by February, 2004.

Allied had access to other more basic information available in their system that could be used to improve and enforce drivers' log accuracy. In my opinion, they well knew that the activities of Mr. Gorski (and other drivers as well) during the loading and unloading process of his vehicle were not "off duty" (or sleeper berth time). He was considered the "Van Foreman" and responsible for at least supervising the loading/unloading process and the other responsibilities such as load inventory and damage detection. The definition of "on duty time" in FMCSR Section 395.2 encompasses the duties of Driver Gorski while loading/unloading his vehicle.

No one knew better than Allied, the activities entailed by the drivers while the vehicle was being loaded or unloaded. In my opinion, it appears that they chose to "look the other way" and allow the drivers to record such time as off duty or in the sleeper berth. Concealing on duty time under the circumstances is considered log falsification. I would consider the log falsification in this regard in Allied's operation more serious than the time and location "mismatches" I noted.

### Final Conclusions

I have concluded that Allied did not act in a prudent and responsible way in the driver qualification process regarding driver Gorski. Facts in support of that conclusion were previously covered. There were numerous evident "red flags" based on a simple review of his application alone. They were previously discussed. However, Allied chose to pursue the pre-hire process without reconciling the inconsistencies with Mr. Gorski, instead, requesting past employer investigations be done by BHD&A. Then after BHD&A reported problems in verifying his past employment and education, Allied chose not to pursue the matter relying on Teresa Gorski's statement - obtained almost 3 months after he commenced driving.

11

The "red flags" continued to surface during Mr. Gorski's driving career with Allied regarding the validity of how his CDL was obtained. However, Mr. Gorski continued to drive up until the time of the accident.

I have formed the same conclusions regarding Mr. Gorski's hours of service and log accuracy. He was in gross violation of the 70 hour/8 day driving limitation at the time of the accident, and had been in gross violation of both the 10 and 15 hour driving limitations on the day preceding the accident and in the early am on the day of the accident . In my opinion Allied did not act in a prudent and responsible manner by not monitoring Mr. Gorski's log accuracy and thereby permitting him to grossly exceed the hours of service limitations (such as was detected/plotted) on the trip from CA to FL.  In my opinion, that constitutes gross negligence. Allied had the tools to electronically monitor and track his trip progress, communicate with him, and "shut him down" due to excess hours. They did not.

This report represents my final review, findings, opinions and conclusions regarding this accident. However I wish to retain the right to supplement or revise the report in the event of additional information coming to my attention.

Yours truly,

Paul L. O'Neill

12

# LIST OF ATTACHMENTS AND CONTENT

Attachment A - List of documents reviewed.

Attachment B - Resume, Curriculum Vitae and rates.

Attachment C - Copy of pertinent portions FMCSR Section 390.5 (definitions).

Attachment D - Copy of FMCSR Section 390.3, applicability of FMCSR.

Attachment E - Copy of FMCSR Section 391.21.

Attachment F - Copy of FMCSR Section 391.23.

Attachment G - Documents from driver Gorski's driver qualification file.
Court/Case Exhibit numbers 00181 through 00186.

Attachment H - (1) Initial MVR report obtained from FL by Allied. Exhibit 00200.

(2) Past employer record inquiries by BHD&A.

(3) Allied's driver qualifying record on Mr. Gorski. Exhibit 002881.

Attachment I - Letters from FL Motor Vehicle and Licensing Department to Mr.
Gorski.

Attachment J – FMCSR Part 395 (hours of Service)

**ATTACHMENT A**

# ATTACHMENT A

## DOCUMENTS REVIEWED
## AND REFERENCE MATERIAL USED

1. Louisiana State Police Accident Investigation Report.

2. Deposition of Chris Peotrowski.

3. Deposition of Mike Vaculik.

4. Deposition of Theresa Swygart.

5. Deposition of Judy Kindley.

6. Deposition of Sam Jameson.

7. Deposition of Jeff Moore.

8. Deposition of Mark Davison.

9. Deposition of Thomas Lambert.

10. Driver Wladyslaw Gorski's cellular phone records.

11. Driver Gorski's daily logs.

12. Driver Gorski's records from his driver qualification file.

13. QualCom GPS tracking record history on driver Gorski.

14 Allied Van Lines electronic loading and driver communication information.

15. Comdata/Allied contract documents.

16. Federal Motor Carrier Safety Regulations (FMCSR)

17. FMCSR Regulatory Guidance (Interpretations).

18. DeLorme trip mileage software.

19. Rand McNally Mile Maker software.

20. PC Miler mileage software.

21. Statements of witnesses to accident.

22. Statements of household goods shippers.

**ATTACHMENT B**

# *MOTOR CARRIER SAFETY SERVICES INTERNATIONAL, INC.*

### *45 Esopus Drive*
### *Spring Hill Estates*
### *Clifton Park, NY 12065*

*Paul O'Neill*
*President*

*Phone: (518) 373-9655*
*FAX: (518) 383-3393*

## EXPERIENCE OF COMPANY PRESIDENT

Retired in in December, 1994, after a career of 30 years with the US Department of Transportation, Office of Motor Carriers (now the Federal Motor Carrier Safety Administration). Experience includes over 20 years as a Field Investigator assigned to the Trenton, NJ and Scranton, PA field offices, covering all Mid-Atlantic and Northeast States. Promoted in 1986 to the position of OMC State Director at Albany, NY covering all New York OMC field offices - New York City, Syracuse, Buffalo and Albany. Promoted in 1991 to position of Regional Program Coordinator FHWA Region 1) covering New York, New Jersey, the New England States, Puerto Rico, the Virgin Islands, and the Canadian Provinces of Ontario and Quebec and all Atlantic Provinces (This position is second in command in the Region). During the period of 1986 through 1994, as a collateral duty, was an Associate Instructor at the Department of Transportation, OMC's training Institute in Oklahoma City, OK, the facility that trains State and Federal personnel in DOT regulatory matters. During the period of 1990 through 1994, again as a collateral duty, was heavily involved in policy, regulatory and procedural development at the National and International level.

## MOTOR CARRIER SERVICES PROVIDED

Today, this expertise is being used in assisting carriers to comply with the maze of Federal and State regulations and policies, and representing their interests in adversarial proceedings when necessary. These activities include:

(1) Assisting motor carriers in developing operational safety plans to aid in accident reduction and improve DOT compliance;

(2) Providing training in all DOT regulatory areas, including the Federal Motor Carrier Safety Regulations (FMCSR), hazardous materials, hazardous substances and hazardous waste;

(3) Conducting reviews (mock audits/reviews) of motor carriers operations to identify potentially vulnerable areas that could result in DOT sanctions being

1

imposed in the event of an audit or review. The processes used are the same as those utilized by DOT, and enable me to predict the results of a potential DOT review, including the probable Safety Rating, and whether or not other sanctions may be imposed. Following the review (mine), I assist the carriers in developing strategies to improve compliance in the vulnerable areas;

(4) Providing on site assistance while DOT reviews are being performed;

(5) Assistance in filing petitions for safety rating changes, or rating retention if DOT proposes to downgrade a motor carrier's Safety Rating;

(6) Assistance in filing requests for oral hearings in the event that DOT should impose a monetary penalty or other sanction;

(7) Assistance in developing strategies for mitigation of civil penalties or other potential sanctions;

(8) Providing interpretations and advice on DOT regulatory and procedural issues, including the FMCSR, Hazardous Materials, Regulatory Guidance, Safety Rating methodology and enforcement;

(9) Providing expert witness testimony and advice in civil and criminal procedures.

We offer these services on both US and Canadian regulatory issues. Gough & Associates an affiliate in Ontario, Canada handles the Canadian compliance issues, Canadian immigration matters, and can provide paralegal assistance when needed.

2

## PAUL O'NEILL
### 45 Esopus Drive
### Clifton Park, NY 12065

Phone: (518) 3739655
Fax:    (518) 383-3393

I retired from the US DOT, Office of Motor Carriers, in December, 1994 after 30 years of service. My entire career was motor carrier related, and with the Office of Motor Carriers or its' predecessor, the Interstate Commerce Commission. The specifics of my experience are as follows:

Over 20 years as a field Investigator assigned to Trenton, NJ and Scranton, PA, covering the Mid-Atlantic and Northeast states. Major duties included mechanical inspection of heavy duty motor vehicles, conducting motor carrier compliance reviews, preparing enforcement actions where warranted, **in depth accident investigations**, assisting carriers in various ways to comply with applicable regulations, and training. The training duties were collateral, and consisted of training of State, Federal and local Government personnel in vehicle components and maintenance.

In 1986 I was promoted to the position of State Director in New York, which carried the responsibility of administering all OMC programs and activities in the state. There are four OMC offices in New York; Albany, Syracuse, Buffalo, and New York City, and I was responsible for the motor carrier activities at all, including monitoring of the Federally funded New York State heavy duty vehicle inspection program.

In 1991 I was promoted to the position of Regional Program Coordinator in Region One, based in Albany, NY. Region One has the responsibility for administering OMC motor carrier programs in New York, New Jersey, the New England States, Puerto Rico and the Virgin Islands. It also covers the Canadian Atlantic Provinces, and Ontario and Quebec. The Regional Program Coordinator position has the responsibility of coordinating the overall National OMC program within the Regions. I was in that position from 1991 until retirement in 1994.

During the period of 1986 through 1994, as a collateral duty, I was an Associate Instructor at the US DOT Transportation Safety Institute in Oklahoma City, OK, which is the training facility for Federal and State personnel (motor carrier activity related). In that capacity, I developed the heavy duty vehicle **"Vehicle Components and Maintenance"** training course used by the Institute in the training of State and all

1

Federal personnel, and personally conducted the training in Oklahoma City and at other locations throughout the US, including Alaska. **I possess extensive knowledge and expertise in heavy duty vehicle components, more specifically, brakes, steering, frames and suspension components.** I was recognized Nationally by DOT for my knowledge and expertise in these areas.

Since January, 1995, I have been employed as an independent motor carrier consultant using my expertise in assisting motor carriers to comply with State and Federal regulations and policies. I specialize in conducting independent reviews/audits of motor carriers in determining their compliance with the Federal DOT regulations, then assisting them in improving their compliance. I also provide assistance/advice to other parties in Legal and Civil proceedings regarding motor carrier accidents and related activities. My clients are located throughout the US and Canada.

If further information is needed regarding my experience or expertise, feel free to give me a call.

Paul O'Neill

2

*PAUL O'NEILL*

# SPECIFICS OF EXTRACURRICULAR
# COLLATERAL DUTIES

From 1986 thru 1994 when I left the US DOT, I was involved in many collateral duties in addition to regular duties as the NY State Director, and later as the Region 1 Regional Program Coordinator. Descriptions follow:

From 1986 thru 1994 I was an Associate training instructor at the Transportation Safety Institute in Oklahoma City, OK, conducting training courses in motor carrier safety for Federal and State motor Carrier enforcement personnel. Each course was about one week long and I conducted between 50 and 100 in that time period. The training was given at the Training Institute in Oklahoma City and at other locations thruout the US. States/locations in addition to Oklahoma where I have given the training are Pennsylvania, Virginia, Massachusetts, Illinois, Missouri, Arkansas, Alaska, Montana, California, New York and Vermont. I believe there are other as well.

In my training efforts, I developed the Transportation Safety Institute course used in training of State and Federal personnel in vehicle/driver roadside inspection procedures. The course title was "Vehicle Inspection and Components". A copy will be provided for review if requested. This is the same basic course currently being used for the training of State and Federal personnel, but with a few updates added. I received commendations from the Safety Institute for training activities. A copy of that is attached

I was the coordinator/liaison of motor carrier related activities between the US and Canada from 1991 until my retirement in 1994, promoting the development of uniform rules, regulations, guidelines and policies regarding motor carrier safety. In that endeavor I was a member of the Canadian Council of Motor Transportation Administrators, a body of Provincial Transport Administrators responsible for regulatory uniformity between the Provinces. I attended most of their meetings during this time period promoting uniformity between Canada and the US, and was successful in accomplishing that goal. I co-authored an agreement between the US and Canada regarding reciprocity of Safety Ratings and working relationships. That agreement was eventually approved by the US State Department, the Canadian Department of External Affairs, and signed in 1994 by Mr. Rodney Slater, Federal Highway Administrator at the time. To the best of my knowledge, it is in effect at this time. I received a commendation and plaque from Canada for my efforts. Copies are attached.

In 1986 I was selected as a "counsellor" by DOT Headquarters to guide and assist a group of newly hired investigators through the Transportation Safety Institute initial training course in Oklahoma City. I remained there with them for the entire six weeks of the course. I received a commendation for my efforts from Mr. Samuel Skinner, then US Secretary of Transportation. A copy is enclosed.

Up until about 1992, DOT had issued no formal interpretations of any motor carrier safety rules. The policy up until that time was to issue informal interpretations based on specific regulation clarification requests and then distribute them to the field for broader application. The problem was that the same issue may have been addressed numerous times in individual memorandum and other correspondence, and in some instances, the answers/interpretations provided may have been in conflict with others given on the same issue. Under the circumstances, the FHWA Chief Counsel's office was of the opinion that the system no "legal" standing.

In 1992 working groups were selected by DOT H/Q to review the past interpretations, consolidate them under each FMCSR Part/Section, and provide one consolidated answer to similar question posed. I was selected to lead a group of 5 persons in reviewing and consolidating FMCSR Part 396 - Vehicle maintenance. That was done and a final report submitted to DOT H/Q.

The product of the working groups covering each FMCSR Part were consolidated, and a final group selected for review of the final work product and make any changes necessary. I was one of about 8 selected for participation in that group. Eventually, our final product was published in the "Federal Register" on November 17, 1993 and became the "Regulatory Guidance" criteria for DOT's Office of Motor Carriers. It was republished on April 4, 1997 with a few additions included.

Based on my efforts in the motor carrier safety field, I received recognition from Mr. Rodney Slater, Federal Highway Administrator at the time (now Secretary of transportation), and President Clinton. Copies are attached.

Since leaving the DOT, I have been engaged in the field of motor safety consulting, operating a consulting firm called Motor Carrier Safety Services International, Inc. My clients are located thruout US and Canada. Services provided include providing safety related services and regulatory guidance to motor carriers, and providing expert testimony in civil and criminal litigation cases.

I have extensive knowledge in vehicle components, their function and related regulatory requirements, hours of service and daily logs, regulatory requirements of driver qualification and alcohol and drug testing.

At the present time, and for the past several years, I am, and have been conducting training courses in motor carrier safety for the American Trucking Association, Alexandria, VA. The course locations have been in New York (many locations), Vermont, Massachusetts and Illinois (several locations). The courses encompass the entire DOT regulatory scheme.

## SCHEDULE OF RATES & EXPENSES

**Professional Services:** **Motor Carriers** - $ 100.00/hr, USF
**Legal proceedings** - $150.00, USF
(Legal proceedings include reports/document reviews, depositions, report writing, appearances, testimony, etc. in conjunction with civil proceedings or criminal cases).

**Travel Time:** Carriers - No charge when 40 or more billable hours (4 days or more) are spent on site at carrier's facility. If less than 5 days (40 hours) are on site, travel time is at 1/2 the professional rate ($50.00/hr).

**Travel Time:** Legal/litigation - Professional rate of $150.00/hr.

**Other Expenses** Reimbursement for all actual costs.

(1) Travel expenses, air, rail, rental car, etc.: Actual with receipts provided: POV: $.365/mile, round trip plus local mileage;

(2) Lodging: Actual with receipts provided

(3) Meals: Actual costs, average about $25.00/35.00 per day

(4) Phone calls from office: $.50/minute if not on an 800 number;

(5) Facsimiles: $.75/page when not on an 800 number.

(6) Any other item not identified: Actual cost.

The length of time spent conducting an on site review depends on the number of drivers/power units operated by a carrier. The following are generally what I have found it takes to do a good job covering all six DOT rating factors:

50 - 300 drivers/power units - 2/3 days on site

300 - 1000 drivers/power units - 3/4 days on site

1000 - 3000 drivers/power units- 4/5 days

Analyzing the results and preparing the narrative report addressing all rating factors normally takes 8-12 hours, dependent on the findings and carrier size.

Paul O'Neill
AC 518-373-9655
FAX 518-383-3393

## Training Received

During my motor carrier career with the US Department of Transportation and it's' predecessor, the Interstate Commerce Commission, I attended all available training schools, courses and seminars sponsored by the agencies, plus a few more offered by other entities. The following is a list of the training that I received:

| DATE | COURSE | LOCATION | HOURS |
|------|--------|----------|-------|
| 7-19-65/ 12-15-65 | Six months OJT training in field and in Washington, DC | ICC, Washington, DC | 1040 |
| 3-1-66/ 2-28-67 | Correspondence course on ICC Regulatory matters | Correspondence course, ICC | 400 |
| 2-10-70/ 2-12-70 | Report writing | Civil Service Commission | 24 |
| 11-16-70/ 11-20-70 | Motor Fleet Supervisory Training | Penn State University | 40 |
| 2-8-72/ 2-11-72 | Public Speaking | US Civil Service Commission | 32 |
| 10-18-72 & 11-9-72 | Political Subdivision Adm. | Penn State Univ. | 12 |
| 1-29-73/ 2-9-73 | Motor Carrier Accident Investigation | Transportation Safety Institute, OKC, OK | 80 |
| 12-10-73/ 12-20-73 | Hazardous Materials | Transportation Safety Institute, OKC, OK | 80 |
| 4-5-76/ 4-17-76 | Motor Carrier Regulatory Standardization Course | Transportation Safety Institute, OKC, OK | 80 |
| Date unknown | Defensive driving | Baltimore, MD Police Department/NSC | 8 |
| 10-16-77/ 10-21-77 | Advanced Hazardous Materials | Transportation Safety Institute, OKC, OK | 40 |
| 11-15-77/ 11-18-77 | Motor Carrier Enforcement Investigation | Federal Highway Adm. at Gettysburg, PA | 24 |

| | | |
|---|---|---|
| 7-13-79/<br>7-19-97 | Advanced Accident<br>Investigation | Transportation Safety<br>Institute, OKC, OK    40 |
| 11-6 &<br>11-7-80 | Hazardous Waste and<br>Substances | Federal Hwy. Adm. at<br>Harrisburg, PA    12 |
| 4-16-81 | FHWA Performance<br>Appraisal Course | Federal Hwy. Adm.<br>at Harrisburg, PA    8 |
| 2-16-82/<br>2-17-82 | Hazardous Materials<br>Training, Material Specific | Federal Highway Adm.<br>at Harrisburg, PA    16 |
| 4-26-83/<br>4-29-83 | Radioactive Materials<br>Training | Transportation Safety<br>Institute, OKC, OK    32 |
| 6-21-83/<br>6-24-83 | Radioactive Materials<br>Enforcement Training | Federal Highway Adm.<br>State College, PA    28 |
| 8-15-83/<br>8-19-83 | Field Monitoring and<br>Sampling, Hazardous Waste | US EPA at RidleyPark,<br>PA    40 |
| 12-19-83/<br>12-20-83 | Field Sampling of<br>Hazardous Waste | Federal Highway Adm.<br>at Baltimore, MD    12 |
| 10-30-84/<br>11-1-84 | Hazardous Waste Disposal | Transportation Safety<br>Institute, OKC, OK    24 |
| 9-9-85/<br>9-13-85 | Motor Carrier Enforcement | Transportation Safety<br>Institute, OKC, OK    40 |
| 9-28-87/<br>10-2-87 | Supervision and Group<br>Performance | General Services Adm.<br>at New York, NY    40 |
| 7-25-88/<br>7-29-88 | Motor Carrier Regulatory<br>Enforcement | Transportation Safety<br>Institute, OKC, OK    40 |
| 8-10-87/<br>8-14-87 | Motor Carrier Safety Assist-<br>ance Program Management | Transportation Safety<br>Institute, OKC, OK    40 |
| 12-12-88/<br>12-16-88 | Personnel Mgt. Training for<br>Supervisors | Office of Personnel<br>Mgt., Balt., MD    40 |
| 9-6-90/<br>9-7-90 | EEO Management for<br>Supervisors | McClure-Lunberg<br>Assoc., Latham, NY    16 |

| | | | |
|---|---|---|---|
| 9-17-91/<br>9-19-91 | Motor Carrier Controlled<br>Substance Training | Federal Highway Adm.<br>at Colonie, NY | 24 |
| 12-9-90/<br>12-14-90 | Executive Seminar | Office of Personnel<br>Management at<br>Lancaster, PA | 48 |
| Date unknown | Motor Carrier Train the<br>Trainer Course | Transportation Safety<br>Institute, OKC, OK | 40 |

Attached are copies of the majority of the training certificates received while employed by the US Department of Transportation and the Interstate Commerce Commission.

# PAUL L. O'NEILL

## CASES IN WHICH I HAVE TESTIFIED IN OR PROVIDED DEPOSITIONS OR REPORTS IN THE PAST 4 YEARS

1995 - Civil litigation in Maine based on a multiple fatal accident involving a commercial motor vehicle operated by Wal-Mart Corp. Wal-Mart was the defendant. I reviewed documents for plaintiff and provided a report of findings.

1995, 1996 & 1997 - Criminal case in US District Court brought by the US DOT against Paraco Gas Corporation as a result of serious hazardous materials accident in NY. I provided several reports over a period two years to defendant Paraco's attorneys to be used in their defense and penalty mitigation. Case settled.

1997 - Larue vs Southeastern Freightlines, Inc.- Civil litigation resulting from a commercial motor vehicle accident in Jacksonville, FL. I provided a report of findings to Southeastern's attorney's based on a review of documents and applicable regulations, and then gave a deposition. Case settled.

1997 - State of NH vs C&J Trucking, Inc. and their driver, Francis Rzasa - A criminal case in state court resulting from a multiple fatality accident in NH. I provided expert DOT regulatory advice and document review to attorneys representing the defendants. C&J Trucking and driver Rzasa were aquitted on the state charges..

1997 - A civil litigation against Trism, Inc., a trucking company based in Joplin, MO, based on their involvement in a fatal accident in OH. I conducted a review of Trism's operation and provided a verbal report of findings in preparation for an anticipated trial. Case settled prior to trial.

1998 - A Civil litigation against Donnelly Farms Ltd., a trucking company based in Stickney NB, Canada, based on an accident in Bangor, ME. I provided a report to defendant Donnelly Farms attorneys based on a review of documents. Case settled without trial.

1998 - A civil litigation against several trucking companies in Florida based on a non fatal accident occurring in Jacksonville in 1993. I reviewed numerous documents including eight or more depositions in preparation for trial and was deposed. The trial was to start in mid May of 1998 but settled before trial. I will provide the names of all the defendant companies if requested. There are about six. Case settled in mid-1998.

1998/1999 - US DOT vs C&J Trucking, Inc. and their principals. This was a criminal case in US District Court in NH resulting from a multiple fatality accident. The criminal action was divided into two separate criminal proceedings; the US DOT vs C & J Trucking, a corporation, and US DOT vs the corporate principals, with different defense counsel in each proceeding. I am the expert witness for the defense in both proceedings, reviewing documents and providing assistance and advice to their attorneys located in Boston, MA. Finalized in plea bargaining, June, 1999.

1999/2000 – A civil litigation case in MA resulting from the above 4 fatality accident in NH. I was the expert witness for the defense on applicability of the FMCSR dealing with hours of service and drivers' logs. Case finalized in 2000 with award to plaintiff.

1998 - Walker vs Builders Transport - A civil case involving an accident which occurred in the New York City area in 1996. I am the expert witness providing Builders attorney's guidance in DOT's regulatory scheme and the applicability of the Federal Motor Carrier Safety Regulations. Since Builders is/was self insured and has filed bankruptcy under Chapter 7. Case settled in 1999 following/during bankruptcy proceeding.

1988/1999 - A civil litigation case based on an a multiple fatality accident in Wyoming - Hess vs Bennett Trucking, Inc. - As an expert witness for the plaintiff, I provided a report, and was later deposed, concerning standard industry practices and the applicability of State law and the Federal Motor Carrier Safety Regulations to the situation at hand. Case settled in 1999 with award to plaintiff

1999 - A civil litigation case against Southeastern Freightlines, Inc., Columbia, SC, based on an accident in Alabama - Crowe vs Southeastern Freightlines, Inc. - I provided the defendant's attorneys expert advise in this case and have provided them a report on the applicability of Federal and State (Alabama) size and weight laws in the situation. Case settled in March, 1999.

1999/2000 – A civil litigation case in US court in NY, Weiner vs MS Carriers based on a fatal car/truck accident in NY. I provided expert advice, opinions and reports to the defendant's counsel regarding the applicability of the FMCSR to MS Carriers, specifically, heavy duty CMV brake components. Case settled in 200 or 2001 with reduced award to plaintiff.

2000/2001 – A civil litigation case in US court in LA: Robert Allen and others vs Ryder Truck Rentals and others, resulting from a multiple fatality accident on I-10 in LA. I provided the plaintiffs attorneys expert advice, opinions and reports regarding the applicability of the FMCSR to the operations of Ryder Truck Rentals and a for hire motor carrier from NY. My assistance to the attorneys dealt with applicability of the FMCSR; ie, driver qualification, driver licensing, CMV vehicle leasing, and hours of service of drivers. Case settled in 2002 with award to plaintiff.

2000/2001 - A civil litigation case in NJ – Rosenberg vs P&P Transport, Inc.  I provided expert advice, opinions and reports to the defendant's counsel regarding applicability of the FMCSR to P & P's trucking operations, including driver qualification, hours of service/drivers daily logs and applicability of the Hazardous Materials regulations. I was deposed and also testified in the civil trial in State court in NJ on this case.  Case settled in 2001 with reduced award to plaintiff.

2000- A civil litigation case in WV resulting from an accident in VA.  Rondal Charles vs Coal Power, et, al. I provided expert advice, opinions and reports to the defendant's attorneys regarding the applicability of the FMCSR to Coal Power (a shipper) and a trucking company involved in the case.  I was deposed and also testified at the civil trial in State court in WV in this case. Case settled in 2000 with no award to plaintiff.

2001/2002 – A civil litigation case in NJ, Skalski vs Quick Frozen Transport, Inc., resulting from an alleged unsafe loading incident in SC. I provided expert advice, opinions and reports to the defendant's counsel regarding the applicability of the FMCSR to Quick Frozen Transport (a shipper) and Sargent Trucking, a motor carrier. Case settled in 2002.  I do not know the exact final outcome, but believe that the plaintiff did not receive an award from the shipper's insurer (Quick Frozen).

2001/2004 – A civil litigation case in NY resulting from a serious injury accident, Farrell vs MS Carriers.  I provided expert advice, opinions and reports to the defendant's counsel regarding the applicability of specific rules to the operations of MS Carriers and shippers involved in the accident/incident.   Case settled in 2004 with negotiated award to plaintiff.

 2002/2003 – A civil litigation case in FL from a CMV/multiple passenger car accident; Harper vs C. Hayne Herndon Trucking. I provided expert advice, opinions and reports to counsel for the defendant concerning applicability of the FMCSR. Case was settled in 2003 but I am not sure of the outcome.  I do not believe there was an award to the plaintiff.

2003 – A civil case in LA involving a CMV injury accident: Augustus vs Southeastern Freightlines, Inc., Columbia, SC. I provided expert advice and opinions to the defendants attorney's regarding the applicability of  the FMCSR and their interpretations. To the best of my knowledge, this case is still active.

**ATTACHMENT C**

# PART 390 — GENERAL

**Subpart A — General Applicability and Definitions**

Sec.

390 1     Purpose
390 3     General applicability
390.5     Definitions
390.7     Rules of construction.

**Subpart B — General Requirements and Information**

390.9     State and local laws, effect on.
390.11    Motor carrier to require observance of driver regula-
          tions.
390.13    Aiding or abetting violations.
390.15    Assistance in investigations and special studies.
390.17    Additional equipment and accessories.
390.19    Motor carrier identification report.
390.21    Marking of CMVs.
390.23    Relief from regulations.
390.25    Extension of relief from regulations — emergencies.
390.27    Locations of regional motor carrier safety offices.
390 29    Location of records or documents.
390.31    Copies of records or documents.
390.33    Commercial motor vehicles used for purposes other
          than defined.
390.35    Certificates, reports, and records: falsification, repro-
          duction, or alteration.
390.37    Violation and penalty.

**Subpart C — [Removed and reserved.]**

**Subpart D — [Removed and reserved.]**

AUTHORITY: 49 U S C. 13301, 13902, 31132, 31133, 31136,
31502, and 31504; and sec. 204, Pub L 104-88, 109 Stat.
803, 941 (49 U S C. 701 note), and 49 CFR 1 73.

# Subpart A — General Applicability and Definitions

## §390.1 Purpose.

This part establishes general applicability, defini-
tions, general requirements and information as they
pertain to persons subject to this chapter.

## §390.3 General applicability.

(a) The rules in Subchapter B of this chapter are
applicable to all employers, employees, and commercial
motor vehicles, which transport property or passengers
in interstate commerce.

(b) The rules in Part 383, Commercial Driver's
License Standards; Requirements and Penalties, are
applicable to every person who operates a commercial
motor vehicle, as defined in §383.5 of this subchapter,
in interstate or intrastate commerce and to all employ-
ers of such persons.

(c) The rules in Part 387, Minimum levels of finan-
cial responsibility for motor carriers, are applicable to
motor carriers as provided in §§387 3 or 387 27 of this
subchapter.

(d) **Additional requirements.** Nothing in Sub-
chapter B of this chapter shall be construed to prohibit
an employer from requiring and enforcing more strin-
gent requirements relating to safety of operation and
employee safety and health.

(e) **Knowledge of and compliance with the reg-
ulations.**

(1) Every employer shall be knowledgeable of and
comply with all regulations contained in this subchapter
which are applicable to that motor carrier's operations.

(2) Every driver and employee shall be instructed
regarding, and shall comply with, all applicable regula-
tions contained in this subchapter.

(3) All motor vehicle equipment and accessories
required by this subchapter shall be maintained in
compliance with all applicable performance and design
criteria set forth in this subchapter.

(f) **Exceptions.** Unless otherwise specifically pro-
vided, the rules in this subchapter do not apply to—

(1) All school bus operations as defined in §390.5;

(2) Transportation performed by the Federal govern-
ment, a State, or any political subdivision of a State, or
an agency established under a compact between States
that has been approved by the Congress of the United
States;

(3) The occasional transportation of personal prop-
erty by individuals not for compensation nor in the fur-
therance of a commercial enterprise;

(4) The transportation of human corpses or sick and
injured persons;

(5) The operation of fire trucks and rescue vehicles
while involved in emergency and related operations.

(6) The operation of commercial motor vehicles
designed or used to transport between 9 to 15 passen-
gers (including the driver). However, motor carriers
operating these vehicles for compensation are required
to comply with 49 CFR 385.21, Motor carrier identifica-
tion report, 49 CFR 390.15, Assistance in investiga-
tions and special studies, and 49 CFR 390.21, Marking
of commercial motor vehicles (except §390.21(b)(1).

[53 FR 18052, May 19, 1988, ascended at 54 FR 12202, Mar.
24, 1989; 58 FR 33776, June 21, 1993; 59 FR 8752, Feb. 23,
1994; 59 FR 67554, Dec. 29, 1994, 62 FR 1293, Jan. 9, 1997; 63
FR 33276, June 18, 1998; 64 FR 48516, September 3, 1999, 66
FR 2766, Jan. 11, 2001]

## §390.5 Definitions.

Unless specifically defined elsewhere, in this sub-
chapter:

**Accident** means—

(1) Except as provided in paragraph (2) of this defini-
tion, an occurrence involving a commercial motor vehi-
cle operating on a highway in interstate or intrastate
commerce which results in:

(i) A fatality;

(ii) Bodily injury to a person who, as a result of the
injury, immediately receives medical treatment away
from the scene of the accident; or

(iii) One or more motor vehicles incurring disabling
damage as a result of the accident, requiring the motor
vehicles to be transported away from the scene by a
tow truck or other motor vehicle

(2) The term *accident* does not include

(i) An occurrence involving only boarding and alight-
ing from a stationary motor vehicle, or

§390.5

(ii) An occurrence involving only the loading or unloading of cargo.

**Alcohol concentration (AC)** means the concentration of alcohol in a person's blood or breath. When expressed as a percentage it means grams of alcohol per 100 milliliters of blood or grams of alcohol per 210 liters of breath.

**Bus** means any motor vehicle designed, constructed, and or used for the transportation of passengers, including taxicabs.

**Business district** means the territory contiguous to and including a highway when within any 600 feet along such highway there are buildings in use for business or industrial purposes, including but not limited to hotels, banks, or office buildings which occupy at least 300 feet of frontage on one side or 300 feet collectively on both sides of the highway.

**Charter transportation of passengers** means transportation, using a bus, of a group of persons who pursuant to a common purpose, under a single contract, at a fixed charge for the motor vehicle, have acquired the exclusive use of the motor vehicle to travel together under an itinerary either specified in advance or modified after having left the place of origin.

**Commercial motor vehicle** means any self-propelled or towed motor vehicle used on a highway in interstate commerce to transport passengers or property when the vehicle—

(1) Has a gross vehicle weight rating or gross combination weight rating, or gross vehicle weight or gross combination weight, of 4,536 kg (10,001 pounds) or more, whichever is greater; or

(2) Is designed or used to transport more than 8 passengers (including the driver) for compensation; or

(3) Is designed or used to transport more than 15 passengers, including the driver, and is not used to transport passengers for compensation; or

(4) Is used in transporting material found by the Secretary of Transportation to be hazardous under 49 U.S.C. 5103 and transported in a quantity requiring placarding under regulations prescribed by the Secretary under 49 CFR, subtitle B, chapter I, subchapter C.

**Conviction** means an unvacated adjudication of guilt, or a determination that a person has violated or failed to comply with the law in a court of original jurisdiction or by an authorized administrative tribunal, an unvacated forfeiture of bail or collateral deposited to secure the person's appearance in court, a plea of guilty or nolo contendere accepted by the court, the payment of a fine or court cost, or violation of a condition of release without bail, regardless of whether or not the penalty is rebated, suspended, or probated.

**Direct Assistance** means transportation and other relief services provided by a motor carrier or its driver(s) incident to the immediate restoration of essential services (such as, electricity, medical care, sewer, water, telecommunications, and telecommunication transmissions) or essential supplies (such as, food and fuel). It does not include transportation related to long-term rehabilitation of damaged physical infra-

structure or routine commercial deliveries after the initial threat to life and property has passed.

**Disabling damage** means damage which precludes departure of a motor vehicle from the scene of the accident in its usual manner in daylight after simple repairs.

(1) *Inclusions.* Damage to motor vehicles that could have been driven, but would have been further damaged if so driven.

(2) *Exclusions.*

(i) Damage which can be remedied temporarily at the scene of the accident without special tools or parts.

(ii) Tire disablement without other damage even if no spare tire is available.

(iii) Headlamp or taillight damage.

(iv) Damage to turn signals, horn, or windshield wipers which makes them inoperative.

**Driveaway-towaway operation** means any operation in which a motor vehicle constitutes the commodity being transported and one or more set of wheels of the motor vehicle being transported are on the surface of the roadway during transportation.

**Driver** means any person who operates any commercial motor vehicle.

**Driving a commercial motor vehicle while under the influence of alcohol** means committing any one or more of the following acts in a CMV: driving a CMV while the person's alcohol concentration is 0.04 percent or more; driving under the influence of alcohol, as prescribed by State law; or refusal to undergo such testing as is required by any State or jurisdiction in the enforcement of §383.51(b)(2)(i)(A) or (B), or §392.5(a)(2).

**Emergency** means any hurricane, tornado, storm (e.g. thunderstorm, snowstorm, icestorm, blizzard, sandstorm, etc.), high water, wind-driven water, tidal wave, tsunami, earthquake, volcanic eruption, mud slide, drought, forest fire, explosion, blackout or other occurrence, natural or man-made, which interrupts the delivery of essential services (such as, electricity, medical care, sewer, water, telecommunications, and telecommunication transmissions) or essential supplies (such as, food and fuel) or otherwise immediately threatens human life or public welfare, provided such hurricane, tornado or other event results in:

(1) A declaration of an emergency by the President of the United States, the Governor of a State, or their authorized representatives having authority to declare emergencies; by the FMCSA Field Administrator for the geographical area in which the occurrence happens; or by other Federal, State or local government officials having authority to declare emergencies; or

(2) A request by a police officer for tow trucks to move wrecked or disabled motor vehicles.

**Emergency relief** means an operation in which a motor carrier or driver of a commercial motor vehicle is providing direct assistance to supplement State and local efforts and capabilities to save lives or property or to protect public health and safety as a result of an emergency as defined in this section.

**Employee** means any individual, other than an employer, who is employed by an employer and who in

the course of his or her employment directly affects commercial motor vehicle safety. Such term includes a driver of a commercial motor vehicle (including an independent contractor while in the course of operating a commercial motor vehicle), a mechanic, and a freight handler. Such term does not include an employee of the United States, any State, any political subdivision of a State, or any agency established under a compact between States and approved by the Congress of the United States who is acting within the course of such employment.

**Employer** means any person engaged in a business affecting interstate commerce who owns or leases a commercial motor vehicle in connection with that business, or assigns employees to operate it, but such term does not include the United States, any State, any political subdivision of a State, or an agency established under a compact between States approved by the Congress of the United States.

**Exempt intracity zone** means the geographic area of a municipality or the commercial zone of that municipality described in Appendix F to Subchapter B of this Chapter. The term "exempt intracity zone" does not include any municipality or commercial zone in the State of Hawaii. For purposes of §391.62, a driver may be considered to operate a commercial motor vehicle wholly within an exempt intracity zone notwithstanding any common control, management, or arrangement for a continuous carriage or shipment to or from a point without such zone.

**Exempt motor carrier** means a person engaged in transportation exempt from economic regulation by the Federal Motor Carrier Safety Administration (FMCSA) under 49 U.S.C. 13506, "Exempt motor carriers" are subject to the safety regulations set forth in this subchapter.

**Farm vehicle driver** means a person who drives only a commercial motor vehicle that is—

(a) Controlled and operated by a farmer as a private motor carrier of property;

(b) Being used to transport either—

(1) Agricultural products, or

(2) Farm machinery, farm supplies, or both, to or from a farm;

(c) Not being used in the operation of a for-hire motor carrier;

(d) Not carrying hazardous materials of a type or quantity that requires the commercial motor vehicle to be placarded in accordance with §177.823 of this subtitle; and

(e) Being used within 150 air-miles of the farmer's farm.

**Farmer** means any person who operates a farm or is directly involved in the cultivation of land, crops, or livestock which—

(a) Are owned by that person; or

(b) Are under the direct control of that person.

**Fatality** means any injury which results in the death of a person at the time of the motor vehicle accident or within 30 days of the accident.

**Federal Motor Carrier Safety Administrator** means the chief executive of the Federal Motor Carrier Safety Administration, an agency within the Department of Transportation.

**FMCSA Field Administrator** means the Field Administrator, Federal Motor Carrier Safety Administration, for a given geographical area of the United States.

**For-hire motor carrier** means a person engaged in the transportation of goods or passengers for compensation.

**Gross combination weight rating (GCWR)** means the value specified by the manufacturer as the loaded weight of a combination (articulated) motor vehicle. In the absence of a value specified by the manufacturer, GCWR will be determined by adding the GVWR of the power unit and the total weight of the towed unit and any load thereon.

**Gross vehicle weight rating (GVWR)** means the value specified by the manufacturer as the loaded weight of a single motor vehicle.

**Hazardous material** means a substance or material which has been determined by the Secretary of Transportation to be capable of posing an unreasonable risk to health, safety, and property when transported in commerce, and which has been so designated.

**Hazardous substance** means a material, and its mixtures or solutions, that is identified in the appendix to §172.101, List of Hazardous Substances and Reportable Quantities, of this title when offered for transportation in one package, or in one transport motor vehicle if not packaged, and when the quantity of the material therein equals or exceeds the reportable quantity (RQ). This definition does not apply to petroleum products that are lubricants or fuels, or to mixtures or solutions of hazardous substances if in a concentration less than that shown in the table in §171.8 of this title, based on the reportable quantity (RQ) specified for the materials listed in the Appendix to §172.101.

**Hazardous waste** means any material that is subject to the hazardous waste manifest requirements of the EPA specified in 40 CFR Part 262 or would be subject to these requirements absent an interim authorization to a State under 40 CFR Part 123, Subpart F.

**Highway** means any road, street, or way, whether on public or private property, open to public travel, "Open to public travel" means that the road section is available, except during scheduled periods, extreme weather or emergency conditions, passable by four-wheel standard passenger cars, and open to the general public for use without restrictive gates, prohibitive signs, or regulation other than restrictions based on size, weight, or class of registration. Toll plazas of public toll roads are not considered restrictive gates.

**Interstate commerce** means trade, traffic, or transportation in the United States—

(1) Between a place in a State and a place outside of such State (including a place outside of the United States);

(2) Between two places in a State through another State or a place outside of the United States, or

PART 390

§390.5

(3) Between two places in a State as part of trade, traffic, or transportation originating or terminating outside the State or the United States.

**Intrastate commerce** means any trade, traffic, or transportation in any State which is not described in the term "interstate commerce."

**Medical examiner** means a person who is licensed, certified, and/or registered, in accordance with applicable State laws and regulations, to perform physical examinations. The term includes, but is not limited to, doctors of medicine, doctors of osteopathy, physician assistants, advanced practice nurses, and doctors of chiropractic.

**Motor carrier** means a for-hire motor carrier or a private motor carrier. The term includes a motor carrier's agents, officers and representatives as well as employees responsible for hiring, supervising, training, assigning, or dispatching of drivers and employees concerned with the installation, inspection, and maintenance of motor vehicle equipment and/or accessories. For purposes of subchapter B, this definition includes the terms **employer** and **exempt motor carrier.**

**Motor vehicle** means any vehicle, machine, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used upon the highways in the transportation of passengers or property, or any combination thereof determined by the Federal Motor Carrier Safety Administration, but does not include any vehicle, locomotive, or car operated exclusively on a rail or rails, or a trolley bus operated by electric power derived from a fixed overhead wire, furnishing local passenger transportation similar to street-railway service.

**Multiple-employer driver** means a driver, who in any period of 7 consecutive days, is employed or used as a driver by more than one motor carrier.

**Operator** — See driver.

**Other terms** — Any other term used in this subchapter is used in its commonly accepted meaning, except where such other term has been defined elsewhere in this subchapter. In that event, the definition therein given shall apply.

**Out-of-service order** means a declaration by an authorized enforcement officer of a Federal, State, Canadian, Mexican, or local jurisdiction that a driver, a commercial motor vehicle, or a motor carrier operation, is out-of-service pursuant to §§386.72, 392.5, 395.13, 396.9, or compatible laws, or the North American Uniform Out-of-Service Criteria.

**Person** means any individual, partnership, association, corporation, business trust, or any other organized group of individuals.

**Principal place of business** means the single location designated by the motor carrier, normally its headquarters, for purposes of identification under this subchapter. The motor carrier must make records required by parts 382, 387, 390, 391, 395, 396, and 397 of this subchapter available for inspection at this location within 48 hours (Saturdays, Sundays, and Federal holidays excluded) after a request has been made by a special agent or authorized representative of the Federal Motor Carrier Safety Administration.

**Private motor carrier** means a person who provides transportation of property or passengers, by commercial motor vehicle, and is not a for-hire motor carrier.

**Private motor carrier of passengers (business)** means a private motor carrier engaged in the interstate transportation of passengers which is provided in the furtherance of a commercial enterprise and is not available to the public at large.

**Private motor carrier of passengers (nonbusiness)** means private motor carrier involved in the interstate transportation of passengers that does not otherwise meet the definition of a private motor carrier of passengers (business).

**Radar detector** means any device or mechanism to detect the emission of radio microwaves, laser beams or any other future speed measurement technology employed by enforcement personnel to measure the speed of commercial motor vehicles upon public roads and highways for enforcement purposes. Excluded from this definition are radar detection devices that meet both of the following requirements:

(1) Transported outside the driver's compartment of the commercial motor vehicle. For this purpose, the *driver's compartment* of a passenger-carrying CMV shall include all space designed to accommodate both the driver and the passengers; and

(2) Completely inaccessible to, inoperable by, and imperceptible to the driver while operating the commercial motor vehicle.

**Residential district** means the territory adjacent to and including a highway which is not a business district and for a distance of 300 feet or more along the highway is primarily improved with residences.

**School bus** means a passenger motor vehicle which is designed or used to carry more than 10 passengers in addition to the driver, and which the Secretary determines is likely to be significantly used for the purpose of transporting preprimary, primary, or secondary school students to such schools from home or from such schools to home.

**School bus operation** means the use of a school bus to transport only school children and/or school personnel from home to school and from school to home.

**Secretary** means the Secretary of Transportation.

**Single-employer driver** means a driver who, in any period of 7 consecutive days, is employed or used as a driver solely by a single motor carrier. This term includes a driver who operates a commercial motor vehicle on an intermittent, casual, or occasional basis.

**Special agent** See Appendix B to Subchapter B — Special agents.

**State** means a State of the United States and the District of Columbia and includes a political subdivision of a State.

**Trailer** includes:

(a) **Full trailer** means any motor vehicle other than a pole trailer which is designed to be drawn by another motor vehicle and so constructed that no part of its weight, except for the towing device, rests upon the self-propelled towing motor vehicle. A semitrailer

equipped with an auxiliary front axle (converter dolly) shall be considered a full trailer.

(b) **Pole trailer** means any motor vehicle which is designed to be drawn by another motor vehicle and attached to the towing motor vehicle by means of a "reach" or "pole," or by being "boomed" or otherwise secured to the towing motor vehicle, for transporting long or irregularly shaped loads such as poles, pipes, or structural members, which generally are capable of sustaining themselves as beams between the supporting connections.

(c) **Semitrailer** means any motor vehicle, other than a pole trailer, which is designed to be drawn by another motor vehicle and is constructed so that some part of its weight rests upon the self-propelled towing motor vehicle.

**Truck** means any self-propelled commercial motor vehicle except a truck tractor, designed and/or used for the transportation of property.

**Truck tractor** means a self-propelled commercial motor vehicle designed and/or used primarily for drawing other vehicles.

**United States** means the 50 States and the District of Columbia.

[53 FR 18052, May 19, 1988, as amended at 53 FR 39051, Oct. 4, 1988; 53 FR 47543, Nov. 23, 1988; 55 FR 32916, Aug 13, 1990; 55 FR 35435, Aug. 27, 1990, 57 FR 33278, July 28, 1992; 57 FR 33646, July 30, 1992; 58 FR 6729, Feb. 2, 1993; 58 FR 33777, June 21, 1993; 58 FR 59196. Nov. 8, 1993; 58 FR 67375, Dec. 21, 1993; 59 FR 8752, Feb. 23, 1994; 59 FR 26028, May 18, 1994; 59 FR 60323, Nov. 23, 1994; 60 FR 38743, July 28, 1995; 60 FR 44440, Aug. 28, 1995; 62 FR 16709, Apr. 8, 1997; 62 FR 49942, Sept. 24, 1997; 63 FR 33276, June 18, 1998; 64 FR 48516, September 3, 1998]

## §390.7 Rules of construction.

(a) In Part 325 of Subchapter A and in this subchapter, unless the context requires otherwise:

(1) Words imparting the singular include the plural;

(2) Words imparting the plural include the singular;

(3) Words imparting the present tense include the future tense.

(b) In this subchapter the word—

(1) **"Officer"** includes any person authorized by law to perform the duties of the office;

(2) **"Writing"** includes printing and typewriting;

(3) **"Shall"** is used in an imperative sense;

(4) **"Must"** is used in an imperative sense;

(5) **"Should"** is used in a recommendatory sense;

(6) **"May"** is used in a permissive sense; and

(7) **"Includes"** is used as a word of inclusion, not limitation.

[53 FR 18052, May 19, 1988, as amended at 60 FR 38744, July 28, 1995]

# Subpart B — General Requirements and Information

## §390.9 State and local laws, effect on.

Except as otherwise specifically indicated, Subchapter B of this chapter is not intended to preclude States or subdivisions thereof from establishing or enforcing State or local laws relating to safety, the compliance with which would not prevent full compliance with these regulations by the person subject thereto.



## §390.11 Motor carrier to require observance of driver regulations.

Whenever in Part 325 of Subchapter A or in this subchapter a duty is prescribed for a driver or a prohibition is imposed upon the driver, it shall be the duty of the motor carrier to require observance of such duty or prohibition. If the motor carrier is a driver, the driver shall likewise be bound.

## §390.13 Aiding or abetting violations.

No person shall aid, abet, encourage, or require a motor carrier or its employees to violate the rules of this chapter.

## §390.15 Assistance in investigations and special studies.



(a) A motor carrier shall make all records and information pertaining to an accident available to an authorized representative or special agent of the Federal Motor Carrier Safety Administration upon request or as part of any inquiry within such time as the request or inquiry may specify. A motor carrier shall give an authorized representative of the Federal Motor Carrier Safety Administration all reasonable assistance in the investigation of any accident including providing a full, true and correct answer to any question of the inquiry.

(b) Motor carriers shall maintain for a period of one year after an accident occurs, an accident register containing at least the following information:

(1) A list of accidents containing for each accident:

(i) Date of accident,

(ii) City or town in which or most near where the accident occurred and the State in which the accident occurred,

(iii) Driver name,

(iv) Number of injuries,

(v) Number of fatalities, and

(vi) Whether hazardous materials, other than fuel spilled from the fuel tanks of motor vehicles involved in the accident, were released.

(2) Copies of all accident reports required by State or other governmental entities or insurers.

(Approved by the Office of Management and Budget under control number 2125-0526)

[58 FR 6729, February 2, 1993, as amended at 60 FR 38744, July 28, 1995; 60 FR 44441, Aug. 28, 1995]

## §390.16 [Reserved]

## §390.17 Additional equipment and accessories.

Nothing in this subchapter shall be construed to prohibit the use of additional equipment and accessories, not inconsistent with or prohibited by this subchapter, provided such equipment and accessories do not decrease the safety of operation of the commercial motor vehicles on which they are used.

[53 FR 18052, May 19, 1988, as amended at 60 FR 38744, July 28, 1995, 65 FR 35296, June 2, 2000]

PART 390

# ATTACHMENT D

# PART 390 — GENERAL

**Subpart A — General Applicability and Definitions**

Sec.
390.1    Purpose.
390.3    General applicability.
390.5    Definitions.
390.7    Rules of construction.

**Subpart B — General Requirements and Information**

390.9    State and local laws, effect on.
390.11   Motor carrier to require observance of driver regulations.
390.13   Aiding or abetting violations.
390.15   Assistance in investigations and special studies.
390.17   Additional equipment and accessories.
390.19   Motor carrier identification report.
390.21   Marking of CMVs.
390.23   Relief from regulations.
390.25   Extension of relief from regulations — emergencies.
390.27   Locations of regional motor carrier safety offices.
390.29   Location of records or documents.
390.31   Copies of records or documents.
390.33   Commercial motor vehicles used for purposes other than defined.
390.35   Certificates, reports, and records: falsification, reproduction, or alteration.
390.37   Violation and penalty.

**Subpart C — [Removed and reserved.]**

**Subpart D — [Removed and reserved.]**

AUTHORITY: 49 U.S.C. 13301, 13902, 31132, 31133, 31136, 31502, and 31504; and sec. 204, Pub. L. 104-88, 109 Stat. 803, 941 (49 U.S.C. 701 note); and 49 CFR 1.73.

## Subpart A — General Applicability and Definitions

### §390.1 Purpose.

This part establishes general applicability, definitions, general requirements and information as they pertain to persons subject to this chapter.

### §390.3 General applicability.

(a) The rules in Subchapter B of this chapter are applicable to all employers, employees, and commercial motor vehicles, which transport property or passengers in interstate commerce.

(b) The rules in Part 383, Commercial Driver's License Standards; Requirements and Penalties, are applicable to every person who operates a commercial motor vehicle, as defined in §383.5 of this subchapter, in interstate or intrastate commerce and to all employers of such persons.

(c) The rules in Part 387, Minimum levels of financial responsibility for motor carriers, are applicable to motor carriers as provided in §§387.3 or 387.27 of this subchapter.

(d) **Additional requirements.** Nothing in Subchapter B of this chapter shall be construed to prohibit an employer from requiring and enforcing more stringent requirements relating to safety of operation and employee safety and health.

(e) **Knowledge of and compliance with the regulations.**

(1) Every employer shall be knowledgeable of and comply with all regulations contained in this subchapter which are applicable to that motor carrier's operations.

(2) Every driver and employee shall be instructed regarding, and shall comply with, all applicable regulations contained in this subchapter.

(3) All motor vehicle equipment and accessories required by this subchapter shall be maintained in compliance with all applicable performance and design criteria set forth in this subchapter.

(f) **Exceptions.** Unless otherwise specifically provided, the rules in this subchapter do not apply to—

(1) All school bus operations as defined in §390.5;

(2) Transportation performed by the Federal government, a State, or any political subdivision of a State, or an agency established under a compact between States that has been approved by the Congress of the United States;

(3) The occasional transportation of personal property by individuals not for compensation nor in the furtherance of a commercial enterprise;

(4) The transportation of human corpses or sick and injured persons;

(5) The operation of fire trucks and rescue vehicles while involved in emergency and related operations.

(6) The operation of commercial motor vehicles designed or used to transport between 9 to 15 passengers (including the driver). However, motor carriers operating these vehicles for compensation are required to comply with 49 CFR 385.21, Motor carrier identification report, 49 CFR 390.15, Assistance in investigations and special studies, and 49 CFR 390.21, Marking of commercial motor vehicles (except §390.21(b)(1).

[53 FR 18052, May 19, 1988, ascended at 54 FR 12202, Mar. 24, 1989; 58 FR 33776, June 21, 1993; 59 FR 8752, Feb. 23, 1994; 59 FR 67554, Dec. 29, 1994; 62 FR 1293, Jan. 9, 1997; 63 FR 33276, June 18, 1998; 64 FR 48516, September 3, 1999; 66 FR 2766, Jan. 11, 2001]

### §390.5 Definitions.

Unless specifically defined elsewhere, in this subchapter:

**Accident** means—

(1) Except as provided in paragraph (2) of this definition, an occurrence involving a commercial motor vehicle operating on a highway in interstate or intrastate commerce which results in:

(i) A fatality;

(ii) Bodily injury to a person who, as a result of the injury, immediately receives medical treatment away from the scene of the accident; or

(iii) One or more motor vehicles incurring disabling damage as a result of the accident, requiring the motor vehicles to be transported away from the scene by a tow truck or other motor vehicle.

(2) The term *accident* does not include:

(i) An occurrence involving only boarding and alighting from a stationary motor vehicle; or



# ATTACHMENT E

(iv) **Special rule for hazardous materials and passenger offenses.** A driver is disqualified for a period of not less than 180 days nor more than two years if the driver is convicted of a first violation of an out-of-service order while transporting hazardous materials required to be placarded under the Hazardous Materials Transportation Act (49 U.S.C. 5101 *et seq.*), or while operating commercial motor vehicles designed to transport more than 15 passengers, including the driver. A driver is disqualified for a period of not less than three years nor more than five years if, during any 10-year period, the driver is convicted of any subsequent violations of out-of-service orders, in separate incidents, while transporting hazardous materials required to be placarded under the Hazardous Materials Transportation Act, or while operating commercial motor vehicles designed to transport more than 15 passengers, including the driver.

[37 FR 24902, Nov. 23, 1972, as amended at 49 FR 44215, Nov. 5, 1984; 51 FR 8200, Mar. 10, 1986; 53 FR 18057, May 19, 1988; 53 FR 39051, Oct. 4, 1988; 54 FR 40788, Oct. 3, 1989; 59 FR 26028, May 18, 1994; 60 FR 38744, 38745, July 28, 1995; 63 FR 33277, June 18, 1998]

# Subpart C — Background and Character

## §391.21 Application for employment.

(a) Except as provided in Subpart G of this part, a person shall not drive a commercial motor vehicle unless he/she has completed and furnished the motor carrier that employs him/her with an application for employment that meets the requirements of paragraph (b) of this section.

(b) The application for employment shall be made on a form furnished by the motor carrier. Each application form must be completed by the applicant, must be signed by him, and must contain the following information:

(1) The name and address of the employing motor carrier;

(2) The applicant's name, address, date of birth, and social security number;

(3) The addresses at which the applicant has resided during the 3 years preceding the date on which the application is submitted;

(4) The date on which the application is submitted;

(5) The issuing State, number, and expiration date of each unexpired commercial motor vehicle operator's license or permit that has been issued to the applicant;

(6) The nature and extent of the applicant's experience in the operation of motor vehicles, including the type of equipment (such as buses, trucks, truck tractors, semitrailers, full trailers, and pole trailers) which he/she has operated;

(7) A list of all motor vehicle accidents in which the applicant was involved during the 3 years preceding the date the application is submitted, specifying the date and nature of each accident and any fatalities or personal injuries it caused;

(8) A list of all violations of motor vehicle laws or ordinances (other than violations involving only parking) of which the applicant was convicted or forfeited bond or collateral during the 3 years preceding the date the application is submitted;

(9) A statement setting forth in detail the facts and circumstances of any denial, revocation, or suspension of any license, permit, or privilege to operate a motor vehicle that has been issued to the applicant, or a statement that no such denial, revocation, or suspension has occurred;

(10) A list of the names and addresses of the applicant's employers during the 3 years preceding the date the application is submitted, together with the dates he/she was employed by, and his/her reason for leaving the employ of, each employer;

(11) For those drivers applying to operate a commercial motor vehicle as defined by Part 383 of this subchapter, a list of the names and addresses of the applicant's employers during the 7-year period preceding the 3 years contained in paragraph (b)(10) of this section for which the applicant was an operator of a commercial motor vehicle, together with the dates of employment and the reasons for leaving such employment.

(12) The following certification and signature line, which must appear at the end of the application form and be signed by the applicant:

This certifies that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge.

_____   _____
(Date)                    (Applicant's signature)

(c) A motor carrier may require an applicant to provide information in addition to the information required by paragraph (b) of this section on the application form.

(d) Before an application is submitted, the motor carrier shall inform the applicant that the information he provides in accordance with paragraph (b)(10) of this section may be used, and the applicant's prior employers may be contacted, for the purpose of investigating the applicant's background as required by §391.23.

[35 FR 6460, Apr. 22, 1970, as amended at 35 FR 17420, Nov. 13, 1970; 52 FR 20589, June 1, 1987; 60 FR 38744, July 28, 1995]

## §391.23 Investigation and inquiries.

(a) Except as provided in Subpart G of this part, each motor carrier shall make the following investigations and inquiries with respect to each driver it employs, other than a person who has been a regularly employed driver of the motor carrier for a continuous period which began before January 1, 1971:

(1) An inquiry into the driver's driving record during the preceding 3 years to the appropriate agency of every State in which the driver held a motor vehicle operator's license or permit during those 3 years; and

(2) An investigation of the driver's employment record during the preceding 3 years.

(b) The inquiry to State agencies required by paragraph (a)(1) of this section must be made within 30 days of the date the driver's employment begins and shall be made in the form and manner those agencies prescribe.

# ATTACHMENT F

(iv) **Special rule for hazardous materials and passenger offenses.** A driver is disqualified for a period of not less than 180 days nor more than two years if the driver is convicted of a first violation of an out-of-service order while transporting hazardous materials required to be placarded under the Hazardous Materials Transportation Act (49 U.S.C. 5101 *et seq.*), or while operating commercial motor vehicles designed to transport more than 15 passengers, including the driver. A driver is disqualified for a period of not less than three years nor more than five years if, during any 10-year period, the driver is convicted of any subsequent violations of out-of-service orders, in separate incidents, while transporting hazardous materials required to be placarded under the Hazardous Materials Transportation Act, or while operating commercial motor vehicles designed to transport more than 15 passengers, including the driver.

[37 FR 24902, Nov. 23, 1972, as amended at 49 FR 44215, Nov. 5, 1984; 51 FR 8200, Mar. 10, 1986; 53 FR 18057, May 19, 1988; 53 FR 39051, Oct. 4, 1988; 54 FR 40788, Oct. 3, 1989; 59 FR 26028, May 18, 1994; 60 FR 38744, 38745, July 28, 1995; 63 FR 33277, June 18, 1998]

# Subpart C — Background and Character

## §391.21 Application for employment.

(a) Except as provided in Subpart G of this part, a person shall not drive a commercial motor vehicle unless he/she has completed and furnished the motor carrier that employs him/her with an application for employment that meets the requirements of paragraph (b) of this section.

(b) The application for employment shall be made on a form furnished by the motor carrier. Each application form must be completed by the applicant, must be signed by him, and must contain the following information:

(1) The name and address of the employing motor carrier;

(2) The applicant's name, address, date of birth, and social security number;

(3) The addresses at which the applicant has resided during the 3 years preceding the date on which the application is submitted;

(4) The date on which the application is submitted;

(5) The issuing State, number, and expiration date of each unexpired commercial motor vehicle operator's license or permit that has been issued to the applicant;

(6) The nature and extent of the applicant's experience in the operation of motor vehicles, including the type of equipment (such as buses, trucks, truck tractors, semitrailers, full trailers, and pole trailers) which he/she has operated;

(7) A list of all motor vehicle accidents in which the applicant was involved during the 3 years preceding the date the application is submitted, specifying the date and nature of each accident and any fatalities or personal injuries it caused;

(8) A list of all violations of motor vehicle laws or ordinances (other than violations involving only parking) of which the applicant was convicted or forfeited bond or collateral during the 3 years preceding the date the application is submitted;

(9) A statement setting forth in detail the facts and circumstances of any denial, revocation, or suspension of any license, permit, or privilege to operate a motor vehicle that has been issued to the applicant, or a statement that no such denial, revocation, or suspension has occurred;

(10) A list of the names and addresses of the applicant's employers during the 3 years preceding the date the application is submitted, together with the dates he/she was employed by, and his/her reason for leaving the employ of, each employer;

(11) For those drivers applying to operate a commercial motor vehicle as defined by Part 383 of this subchapter, a list of the names and addresses of the applicant's employers during the 7-year period preceding the 3 years contained in paragraph (b)(10) of this section for which the applicant was an operator of a commercial motor vehicle, together with the dates of employment and the reasons for leaving such employment.

(12) The following certification and signature line, which must appear at the end of the application form and be signed by the applicant:

This certifies that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge.

_____    _____
(Date)                     (Applicant's signature)

(c) A motor carrier may require an applicant to provide information in addition to the information required by paragraph (b) of this section on the application form.

(d) Before an application is submitted, the motor carrier shall inform the applicant that the information he provides in accordance with paragraph (b) (10) of this section may be used, and the applicant's prior employers may be contacted, for the purpose of investigating the applicant's background as required by §391.23.

[35 FR 6460, Apr. 22, 1970, as amended at 35 FR 17420, Nov. 13, 1970; 52 FR 20589, June 1, 1987; 60 FR 38744, July 28, 1995]

## §391.23 Investigation and inquiries.

(a) Except as provided in Subpart G of this part, each motor carrier shall make the following investigations and inquiries with respect to each driver it employs, other than a person who has been a regularly employed driver of the motor carrier for a continuous period which began before January 1, 1971:

(1) An inquiry into the driver's driving record during the preceding 3 years to the appropriate agency of every State in which the driver held a motor vehicle operator's license or permit during those 3 years; and

(2) An investigation of the driver's employment record during the preceding 3 years.

(b) The inquiry to State agencies required by paragraph (a) (1) of this section must be made within 30 days of the date the driver's employment begins and shall be made in the form and manner those agencies prescribe.

A copy of the response by each State agency, showing the driver's driving record or certifying that no driving record exists for that driver, shall be retained in the carrier's files as part of the driver's qualification file.

(c) The investigation of the driver's employment record required by paragraph (a) (2) of this section must be made within 30 days of the date his/her employment begins. The investigation may consist of personal interviews, telephone interviews, letters, or any other method of obtaining information that the carrier deems appropriate. Each motor carrier must make a written record with respect to each past employer who was contacted. The record must include the past employer's name and address, the date he/she was contacted, and his/her comments with respect to the driver. The record shall be retained in the motor carrier's files as part of the driver's qualification file.

[35 FR 6460, Apr. 22, 1970, as amended at 35 FR 17420, Nov. 13, 1970]

### §391.25 Annual inquiry and review of driving record.

(a) Except as provided in subpart G of this part, each motor carrier shall, at least once every 12 months, make an inquiry into the driving record of each driver it employs, covering at least the preceding 12 months, to the appropriate agency of every State in which the driver held a commercial motor vehicle operator's license or permit during the time period.

(b) Except as provided in subpart G of this part, each motor carrier shall, at least once every 12 months, review the driving record of each driver it employs to determine whether that driver meets minimum requirements for safe driving or is disqualified to drive a commercial motor vehicle pursuant to §391.15.

(1) The motor carrier must consider any evidence that the driver has violated any applicable Federal Motor Carrier Safety Regulations in this subchapter or Hazardous Materials Regulations (49 CFR chapter I, subchapter C).

(2) The motor carrier must consider the driver's accident record and any evidence that the driver has violated laws governing the operation of motor vehicles, and must give great weight to violations, such as speeding, reckless driving, and operating while under the influence of alcohol or drugs, that indicate that the driver has exhibited a disregard for the safety of the public.

(c) Recordkeeping. (1) A copy of the response from each State agency to the inquiry required by paragraph (a) of this section shall be maintained in the driver's qualification file.

(2) A note, including the name of the person who performed the review of the driving record required by paragraph (b) of this section and the date of such review, shall be maintained in the driver's qualification file.

[35 FR 6460, Apr. 22, 1970, as amended at 35 FR 17420, Nov. 13, 1970; 60 FR 38744, July 28, 1995; 63 FR 33277, June 18, 1998]

### §391.27 Record of violations.

(a) Except as provided in Subpart G of this part, each motor carrier shall, at least once every 12 months,

require each driver it employs to prepare and furnish it with a list of all violations of motor vehicle traffic laws and ordinances (other than violations involving only parking) of which the driver has been convicted or on account of which he/she has forfeited bond or collateral during the preceding 12 months.

(b) Each driver shall furnish the list required in accordance with paragraph (a) of this section. If the driver has not been convicted of, or forfeited bond or collateral on account of, any violation which must be listed he/she shall so certify.

(c) The form of the driver's list or certification shall be prescribed by the motor carrier. The following form may be used to comply with this section:

**Driver's Certification**

I certify that the following is a true and complete list of traffic violations (other than parking violations) for which I have been convicted or forfeited bond or collateral during the past 12 months.

| Date of conviction | Offense |
| --- | --- |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

| Location | Type of motor vehicle operated |
| --- | --- |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

If no violations are listed above, I certify that I have not been convicted or forfeited bond or collateral on account of any violation required to be listed during the past 12 months.

| (Date of certification) | (Driver's signature) |
| --- | --- |

(Motor carrier's name)

(Motor carrier's address)

| (Reviewed by: Signature) | (Title) |
| --- | --- |

(d) The motor carrier shall retain the list or certificate required by this section, or a copy of it, in its files as part of the driver's qualification file.

(e) Drivers who have provided information required by §383.31 of this subchapter need not repeat that information in the annual list of violations required by this section.

[35 FR 6460, Apr. 22, 1970, as amended at 35 FR 17420, Nov. 13, 1970; 52 FR 20589, June 1, 1987; 60 FR 38745, July 28, 1995]

## Subpart D — Tests

### §391.31 Road test.

(a) Except as provided in subpart G, a person shall not drive a commercial motor vehicle unless he/she has first successfully completed a road test and has been issued a certificate of driver's road test in accordance with this section.

**ATTACHMENT G**

00184

# ALLIED ®

## DRIVER QUALIFICATION REQUEST

*(To be completed by Driver Only)*

US DOT 079255

- Allied Van Lines, Inc      (U.S.A.)      ICC MC 15735
- Allied LTD                 (CN)          ICC MC 19735
- AVL Transportation, Inc.   (U.S.A./CN)   ICC MC 179281

FILL OUT FORM IN INK ONLY
Omissions and/or inaccuracies will void this qualification request.

| AGENT CODE | 2185-1 | | DATE SUBMITTED | 3/31/12 |
|---|---|---|---|---|
| AGENT NAME | Sorensen Movin | | | |
| CITY | Orlando | STATE FL | | ZIP |

| FULL NAME (LAST) | GORSKI | (FIRST) VLADEK | (FULL MIDDLE) | |
|---|---|---|---|---|
| PRESENT ADDRESS | 1770 EAGLE RIDGE BLVD | | HOME PHONE # ( 727 ) 789 2016 | |
| CITY | PALM HARBOR | STATE FL | ZIP 34685 | HOW LONG? YEARS __ MONTHS __ |
| Addresses | ADDRESS 3250 LANTANA DR | | | |
| For | CITY PALM HARBOR | STATE FL | ZIP 34684 | HOW LONG? YEARS __ MONTHS __ |
| The | ADDRESS | | | |
| Past | CITY | STATE | ZIP | HOW LONG? YEARS __ MONTHS __ |
| 3 Years | ADDRESS | | | |
| | CITY | STATE | ZIP | HOW LONG? YEARS __ MONTHS __ |

| SOCIAL SECURITY # | 595 - 68 - 4952 | AGE 43 | DATE OF BIRTH 09/12/1 |
|---|---|---|---|
| HEIGHT 5 - 08 | WEIGHT 180 | COLOR OF HAIR GRAY | COLOR OF EYES BLUE |

Notify in the case of an emergency - List at least one emergency contact.

| NAME | GORSKI TERESA | | |
|---|---|---|---|
| PHONE # ( 727 )789 2016 | ADDRESS 1770 EAGLE RIDGE BLVD | RELATIONSHIP WIFE | CITY PALM HARBOR | STATE FL 34... |
| NAME | MICLAWA BEATA | | |
| PHONE # (727 ) 789 ... | ADDRESS 8251 PINNACLE CIR N | RELATIONSHIP IDIEI N | CITY PALM HARBOR | STATE FL 346 |

SHOW ALL EMPLOYMENT PRIOR TO YEARS (Attach Additional Pages If Necessary)

| DATES | NAME AND ADDRESS OF EMPLOYER | DESCRIPTION OF DUTIES (IE. LOCAL DRIVER, LONG...) |
|---|---|---|

**PRESENT EMPLOYER**
FROM 01 MO. 98 YR.
TO ____ MO. ____ YR.

NAME ROUTE 66 TRUCKING    PHONE (310) 836 6038    POSITION DR
ADDRESS 10909 ROSE AVE    DUTIES LONG DISTANCE
CITY LOS ANGELES    STATE CA    TYPE OF VEHICLES DRIVEN TRACTOR
REASON FOR LEAVING PRESENT
SUPERVISOR'S NAME MARK SZYMANSKI    TITLE OWNER

**NEXT PREVIOUS**
FROM 01 MO. 97 YR.
TO 01 MO. 98 YR.

NAME UNITED VAN LINES    PHONE (727) 415 7915    POSITION MOVER
ADDRESS 1735 BAYHILL DR    DUTIES LONG DISTANCE
CITY OLDSMAR    STATE FL    TYPE OF VEHICLES DRIVEN TRACTOR
REASON FOR LEAVING AGRIMENT
SUPERVISOR'S NAME ANDREW ROZANSKI    TITLE TRUCK OPERATOR

**NEXT PREVIOUS**
FROM 03 MO. 92 YR.
TO 01 MO. 97 YR.

NAME LCM AUTO BROKERS    PHONE (727) 446 4647    POSITION ASSC
ADDRESS 1597 N. HERCULES AVE    DUTIES LOCAL DRIVER
CITY CLEARWATER    STATE FL    TYPE OF VEHICLES DRIVEN TOW IN
REASON FOR LEAVING AGRIMENT
SUPERVISOR'S NAME PETER KLESARIS    TITLE OWNER

**NEXT PREVIOUS**
FROM 03 MO. 88 YR.
TO 03 MO. 92 YR.

NAME W.G. CONTRACTOR    PHONE (727) 789 2016    POSITION OW
ADDRESS 138 PHILLIPPE PKWY    DUTIES LOCAL DRIVER
CITY SAFETY HARBOR    STATE FL    TYPE OF VEHICLES DRIVEN CLB
REASON FOR LEAVING BUSINES CLOSED
SUPERVISOR'S NAME VLADEK GORSKI    TITLE OWNER

**NEXT PREVIOUS**
FROM ____ MO. ____ YR.
TO ____ MO. ____ YR.

NAME ____    PHONE ( )    POSITION ____
ADDRESS ____    DUTIES ____
CITY ____    STATE ____    TYPE OF VEHICLES DRIVEN ____
REASON FOR LEAVING ____
SUPERVISOR'S NAME ____    TITLE ____

**EDUCATION**

Circle the last grade completed  1  2  3  4  5  6  7  8  9  10  11  (12)  College  1  2  3  4
Truck Driving School R & E OF TAMPA INC.    Location TAMPA    Date
Trade School ____    Type Of Course ____

| DRIVING EXPERIENCE CLASS OF EQUIPMENT | AREA OF OPERATION (LOCAL, INTERSTATE, ETC.) | FROM DATES TO | | | | | | APPROX. NO |
|---|---|---|---|---|---|---|---|---|
| | | Mo. | day | yr. | Mo. | day | yr. | |
| STRAIGHT TRUCK | LOCAL | 03 | 01 | 88 | 01 | 01 | 92 | 90,0 |
| TRACTOR & SEMI TRAILER | INTERSTATE | 01 | 01 | 98 | PRESENT | | | 86,0 |
| OTHER: | | | | | | | | |

| LIST ALL AWARDS OR SPECIAL TRAINING RECEIVED | AWARD OR COURSE | ISSUED BY | WHEN |
|---|---|---|---|
| | | | |

**YOU MUST BE LICENSED IN THE STATE OF YOUR LEGAL RESIDENCE**

| List all licenses held. | STATE | LICENSE NO. | TYPE / CLASS | ISSUE DATES | E |
|---|---|---|---|---|---|
| | FL | G 620-880-55-330-0 | CDL A | 03-25-99 | C |

| COL Endorsements | ☐ DOUBLES / ☐ TRIPLES | ☐ TANKER | ☐ HAZMAT |
|---|---|---|---|

LIST ANY RESTRICTIONS

**LIST ALL ACCIDENTS FOR THE PAST THREE YEARS***

| | DATE OF ACCIDENT | CITY AND STATE | NATURE OF ACCIDENT (HEAD-ON, REAR END, OVERTURN, ETC.) | AMOUNT OF LOSS | INJURE |
|---|---|---|---|---|---|
| 1. | / / | | | $ | |
| 2. | / / | | | $ | |
| 3. | / / | | | $ | |
| 4. | / / | | | $ | |

00185

□ NO   Have you EVER been convic~~ted~~ ~~of~~ a misdemeanor? Arrest Date____/____/____   _____ _____

List City, County & State of co_____on_____   V___)re the charges?_____

☐ NO   Have you EVER been convicted of a felony? Arrest Date____/____/____   Conviction Date____/____/____

List City, County & State of conviction_____   What were the charges?_____

☒ NO   Have you EVER been convicted for use of alcohol? If yes, where_____When_

☒ NO   Was a vehicle involved? If yes, what type   ☐ Personal   ☐ Commercial   If yes, what charge?_____

☒ NO   Will you take an alcohol/drug screen breath/urine test for drug and alcohol or controlled substances?

☐ NO   Have you EVER been convicted for use or possession of drugs or controlled substance? If yes, where_____Date_

☒ NO   Was a vehicle involved? If yes, what type   ☐ Personal   ☐ Commercial   If yes, what charge?_____

☒ NO   Have you EVER served a prison term?

If yes, where_____From____/____/____

☒ NO   Are you now or have you EVER been under court assigned supervision?

If yes, where_____From____/____/____

☒ NO   Are you now or have you EVER been under court assigned probation?

If yes, where_____From____/____/____

☒ NO   Are you now or have you EVER been under court assigned parole?

If yes, where_____From____/____/____

☒ NO   Are you currently involved in any incomplete court action?

If yes, the nature of action and location of the court_____

☒ NO   Have you EVER worked for an Allied Agent? If yes, when_____   Agent Name_____

Agent Location_____in what capacity_____Allied Van Lines Code No. If ap

☒ NO   Have you EVER been denied a license, permit or privilege to operate a motor vehicle_____

☒ NO   Is your license to drive suspended or revoked at this time, in any state? If yes, where_____ . _____

Why?_____When____

☒ NO   Has any license, permit or privilege EVER been suspended or revoked? If yes, where_____

Why?_____When____

☒ NO   Is your driving privilege limited in any way such as probation, area of operation, limitation of hours, etc., at this time?

If yes, why?_____

☒ NO   Are you a citizen of the United States? If no, what country are you a citizen from?_____

do you have an entry permit which allows you to work in the United States? If yes, attach a copy.

☐ NO   Can you read, speak and write english?

☒ NO   Are you considered one of these four groups?

If yes, please indicate by checking one of the following boxes   ☐ American Indian   ☐ Hispanic   ☐ Black

☐ NO   Are you familiar with D.O.T. Motor Carrier Safety Regulations?

☐ NO   Do you agree to follow them?

## MILITARY SERVICE

☒ NO   Have you served in the United States Military? If yes, what branch?_____   From____/____/____

What were your duties?_____

_____(Agent) an agent of Allied Van Lines (AVL) acknowledges and attests that I
s voluntarily requested and authorized an Investigative Consumer Report (ICR) to be completed to assist in determining his/her qualificat
j such other criteria that AVL may establish from time to time. As an AVL agent, authorized to receive all contents of such ICR, Agent acknow
oosed by the Fair Credit Reporting Act (FCRA) and related state and federal regulations to protect the confidentiality of all information from a

AVL should elect to not qualify, or at some time disqualify this applicant, and agent should desire to contract or employ this applicant in som
e responsibility and any liability emanating from this relationship is completely assumed by Agent. If any legal or administrative process al
med party. Agent agrees to defend and indemnify AVL from any and all liability and expenses, including but not limited to, attorneys fees,
sessed."

pplicant signature _____   Agent Witness_____

Date 03 / 31 / 99   Date 3 / 31 /

00186

**ATTACHMENT H**

```
                          DRIVER RECORD SERVICE REPORT OR (FL)              PAGE   0.

  REPORT DATE 04/13/99                          00-DQ- 00541-138843815-060
------------------------------------------------------------------------------------
  LICENSEE NAME/ADDRESS           :  MISCELLANEOUS INFORMATION
------------------------------------------------------------------------------------
  WLADYSLAW  GORSKI               :     COMMENT: DQ(21851)GORSKI,V
  1779 EAGLE RIDGE BLVD           :  REQUESTOR: CP
  PALM HARBOR FL 34685-3309       :     SSN: 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

  REPORT PREPARED FOR
------------------------------------------------------------------------------------
  ALLIED VAN LINES                :  ACCOUNT #: 500541/060
  215 WEST DIEHL ROAD             :  REPORT ID: 138843815
  NAPERVILLE      IL   60563      :  BATCH ID: DQ

  LIC. NO               DOB      LIC. CLASS      RESTRICTIONS      STATUS
  ----------            -------  ----------      ------------      ------
  G620880553320         09/12/55 CDL-A                                Y

  ISSUED    EXPIRES  DRIVER DESCRIPTION
  ------    -------  ------------------
  03/25/99 09/12/03 M HT:5'08    # EYE:     HR:

     - - - - - MISCELLANEOUS AND STATE SPECIFIC INFORMATION - - - - - -

  TYPE DESCRIPTION
  ---- -----------
  FCRA If this report is used for employment purposes, before taking adverse
  FCRA action based on the information on this report, the FCRA requires you
  FCRA to provide the consumer with a copy of the report, along with a written
  FCRA description of the consumer's rights under the FCRA. Your company has been
  FCRA provided with a copy of this consumer rights statement for this purpose.
  LICN CLASS: A - CDL COMBINATION VEHICLE >26K,TOW > 10K
  MISC EXAM: VISION=1  RD SIGN=1  RD RULES=1  DRIVE=1  MC RULES=0  MC SKILL=0
  MISC ORIGINAL ISSUE DATE: 04/13/88
  MISC ORIGINAL CDL ISSUE DATE: 03/25/99
  DEPT 03/05/91    REPLACEMENT LICENSE ISSUED    BATCH NO: J04
  DEPT 06/23/92    REPLACEMENT LICENSE ISSUED    BATCH NO: J11
  MISC AMOUNT OF HISTORY: 7 YEARS
  MISC ** THIS PERSON HAS A DIGITAL IMAGE **
  MISC   CMV - TEMPORARY DRIVING PERMIT ISSUED 03-18-99
  MISC            EXPIRES: 09-14-99
     - - - - - - - - - - - - DRIVING RECORD HISTORY - - - - - - - - - - -

  TYPE VIOL/SUS CONV/REI DESCRIPTION                          CODE       P?
  ---- -------- -------- -----------                          ----       --
  VIOL 08/25/92 09/21/92 UNLAWFUL SPEED-INTERSTATE HWY 084/65  581        2.
                         DISPOSTION: ESTREATURE
                         CNTY/ST: SC
                         TICKET NUMBER: 3067
  VIOL 01/28/94 03/09/94 UNLAWFUL SPEED               082/65  575        2.
                         DISPOSTION: ESTREATURE
                         CNTY/ST: GEORGIA
                    ** Continued on next page **
```

FL-A

00200

| FINAL | BACKGROUND INVESTIGATION SUMMARY REPORT | Date : 4/16/99 |
|-------|------------------------------------------|----------------|

**CLIENT**

Allied Van Lines, Inc.                    Agent - 21051
215 W. Diehl Road                         SORENSEN RELOCATION
Naperville, IL 60563                      #2273/105

**APPLICANT**

Gorski, Vladak                            S. S. N. : 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
1779 Eagle Ridge Blvd                     D. O. B. :   9/12/55
Palm Hrbr, FL 34685

**PENDING**

NONE

**SYNOPSIS**

Employment investigation revealed all favorable information about
Subject's work history.
No record of Criminal findings identified.

00187

_Quality Controller_                      _4/16/99_
Quality Controller                        Date Completed

                              VIA:  (✓) FAX
                                    ( ) MAIL
                                    ( ) Other_____
                                                Specify

HBA892-01
Baley Hinchy Downes & Associates, Inc.
650 W. Higgins Hwy
Park Ridge, IL 60068-2802                              PAGE - 1

### BACKGROUND EMPLOYMENT

FILE CONTROL

Client    :  Allied Van Lines, Inc.          #2273/105

Applicant:  Gorski, Vladek                   S. S. N. :  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

BACKGROUND SUMMARY

EMPLOYMENT HISTORY :

| | | | |
|---|---|---|---|
| * 1/97 | to | 1/98 | United Van Lines/Corporate |
| | | | No Record of Employment on File |
| * 1/97 | to | 1/98 | United Van Lines |
| | | | Unable To Locate Company  → 1/97 - 1/98 |
| 1/98 | to | 4/15/99 | Route 66 Trucking |
| 3/92 | to | 1/97 | LCM Auto Brokers |

ACADEMIC HISTORY :

| | | | |
|---|---|---|---|
| 9/96 | to | 9/96 | R & I ??? R & B ??? of Tampa Inc |

CRIMINAL CHECKS :

| | | | | |
|---|---|---|---|---|
| 92 | to | 99 | PINELLAS | FL ALL |

* = DATES NOT VERIFIED

DRUG & ALCOHOL :

| | | | |
|---|---|---|---|
| 1/98 | to | 4/15/99 | Route 66 Trucking |
| * 1/97 | to | 1/98 | United Van Lines |
| * 1/97 | to | 1/98 | United Van Lines/Corporate |
| 3/92 | to | 1/97 | LCM Auto Brokers |

* = NOT YET RESPONDED TO

00188

## EMPLOYMENT HISTORY

PHO CONTROL

Client   :  Allied Van Lines, Inc.          #2273/105

Applicant:  Gorski, Vladek          S. S. N. :  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

UNITED VAN LINES/CORPORATE
United Van Lines/Corporate          Dates Submitted :  1/00/97 -  1/00/98
1 United Drive                      Dates Verified  :          UNKNOWN
Fenton, MO 63026

        DATE OF CONTACT          :   4/14/99 JP
        METHOD OF CONTACT        :   No Record of Employment on File
        SOURCES PHONE NUMBER     :   (314) 343-3900
        SOURCE & POSITION        :   Theresa Cook, SubstAbuseCoord

UNITED VAN LINES
United Van Lines                    Dates Submitted :  1/00/97 -  1/00/98
1735 Bayhill Dr                     Dates Verified  :          UNKNOWN
Oldsmar, FL 34677

        Unable To Locate Company
        DATE OF CONTACT          :   4/16/99 JP
        REFERENCE NAME           :
        EXPERIENCE VERIFIED      :

Efforts to locate the above company have resulted in a negative
response, no listings with directory assistance, chamber of commerce, &
public library.  Contacted submitted phone number, left several messages
on voicemail, no response received as of date.

ROUTE 66 TRUCKING
Route 66 Trucking                   Dates Submitted :  1/00/98 - Present
10909 Rose Ave                      Dates Verified  :  1/00/98 - 4/15/99
Los Angeles, CA 90002

        DATE OF CONTACT          :   4/15/99 DC
        METHOD OF CONTACT        :   Telephonic
        SOURCES PHONE #          :   (310) 836-6038
        SOURCE & POSITION        :   Marek Szymanski, Owner

        POSITION HELD            :   Driver
        EXPERIENCE               :   Tractor-Trailer/Interstate
                                     Household Goods/Mileage N/A

00189

Haley Hingly Downs & Associates, Inc.

PAGE _ 2

EMPLOYMENT HISTORY

FILE CONTROL

Client   : Allied Van Lines, Inc.           #2273/105

Applicant: Gorski, Vladek                    S. S. N. :  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

ROUTE 66 TRUCKING

DISCIPLINARY HIST :  NO
ACCIDENTS -
    Chargeable      :  NO
    Non-Chargeable  :  NO

COMMENTS            :
Performance . . . .    Excellent
Attendance. . . . .    Excellent
Appearance. . . . .    Excellent
Attitude. . . . . .    Excellent
Logs. . . . . . . .    Excellent
Paperwork . . . . .    Excellent
Adherence to Policy    Excellent
Claim Record. . . .    Excellent
Safety Habits . . .    Excellent
Equipment Maint . . .  Excellent
Consumer Complaints    None
Outstanding Debts . .  None
ALCOHOL POSITIVE.      No
DRUGS POSITIVE :       No
        All Other Standard Questions were answered No Further
        Information Available.

The above employer verified the Subject's Social Security Number and
Date-of-Birth as submitted.

LCM AUTO BROKERS

LCM Auto Brokers            Dates Submitted :  3/00/92 - 1/00/97
1597 N Hercules Ave         Dates Verified  :  3/00/92 - 1/00/97
Clearwater, FL 34617

    DATE OF CONTACT   :   4/15/99 DC
    METHOD OF CONTACT :   Telephonic
    SOURCES PHONE #   :   (727) 446-4647
    SOURCE & POSITION :   Robert Hunt, Co-Owner

    POSITION HELD     :   Associate/Driver
    EXPERIENCE        :   Puck Up Truck & Cars/Cars/OTR/Local.Canada

00190

Daisy Finely Dawson & Associates, Inc.

```
                          EMPLOYMENT HISTORY

PHU CONTROL

 Client    :  Allied Van Lines, Inc.        #2273/105

 Applicant:  Gorski, Vladek                 S. S. N. :  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

LGM AUTO BROKERS

      DISCIPLINARY HIST :  NO
      ACCIDENTS -
         Chargeable     :  NO
         Non-Chargeable :  NO
      ELIGIBLE REHIRE    :  YES
      REASON TERMINATION:  Voluntary Termination
      COMMENTS           :
      Performance . . . .  Excellent
      Attendance. . . . .  Excellent
      Appearance. . . . .  Excellent
      Attitude. . . . . .  Excellent
      Logs. . . . . . . .  Excellent
      Paperwork . . . . .  Excellent
      Adherence to Policy  Excellent
      Claim Record. . . .  Excellent
      Safety Habits . . .  Excellent
      Equipment Maint . .  Excellent
      Consumer Complaints  None
      Outstanding Debts .  None
```

00191

## ACADEMIC VERIFICATION

PRO CONTROL

Client    :  Allied Van Lines, Inc.        #2273/105

Applicant:  Gorski, Vladek                S. S. N. :  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

R & I ??? R & E ??? of TAMPA INC

R & I ??? R & E ??? of Tampa Inc    Dates Submitted:    9/96 to    9/96
                                    Dates Verified :  Not Available
Tampa , FL 33600

```
DATE OF CONTACT         :   4/14/99 JK
METHOD OF CONTACT       :   Unable to Locate
SOURCES PHONE NUMBER    :
NAME OF SOURCE          :   . , .
LEVEL COMPLETED         :   NONE
RESIDENCE VERIFICATION  :   3250 Lantana Dr
                            Palm Hrbr, FL 34684
```

Attempts to contact the above have resulted in a negative response.
Directory Assistance, the Chamber of Commerce and the Library has no
listing.

00192

## CRIMINAL INVESTIGATION FINDINGS

FILE CONTROL

Client  :  Allied Van Lines, Inc.    #2273/105

Applicant:  Gorski, Vladek    S. S. N. :  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

PINELLAS / FLORIDA

```
PERIOD CHECKED          :   1992 to 1999
CITY/COUNTY/STATE       :   Clearwater/PINELLAS/Florida
TYPE OF RECORD          :   Felony & Misdemeanor
AGENCY CONTACTED        :   Karleen F.DeBlaker,Circuit Clerk
DATE OF CLEARANCE       :   4/15/99

COUNTY FINDINGS         :   NO RECORD
```

00193

Bales Hughy Downes & Associates, Inc.

```
EMSD     FORM     DRIVER NUMBER ISSUED        Edit Mode    Line:1
DATE: 29-Apr-99

/TO 2185001 DRESCHER ANDY                        AVL-AG-AK-007 OK

    : BOWEN LISA

DRIVER:  VLADEK GORSKI

  THE ABOVE DRIVER HAS BEEN PLACED INTO SERVICE.  THE DRIVER CODE NUMBER
  IS  36532 .

PHONE: (630) 717-3351              FAX: (630) 717-3039
/CC RICK CONNERLEY
/CC JOAN SIGNA

*** END OF MESSAGE ***




Function:
Functions(1/6): PF2=NExt 3=ENd 4=MEnu 5=Find 6=AMend 7=BWd 8=FWD     pf1=help
```

002881

Aug 04 99 04:58p    Andrew Drescher                    7-859-7635              P.1
                    Fax :                              Ju' 29 '99 13:58 P01

TO: SANDRA TURNER

EMPLOYMENT VERIFICATION FOR DRIVER

GIORSK - 36532

Palm Harbor 07.28.99

From:   Teresa Gorski
        1779 Eagle Ridge Blvd.
        Palm Harbor, FL 34685

To:     AVL
        Driver Qualifications
        Attn. Jeannie

**STATEMENT**

Andrew Rozanski Inc (owner/operator for United Van Lines) employed my husband
Vladek Gorski    from January 1997 to January 1998 as mover/driver assistant.

If you have any questions please contact :
Andrew Rozanski, Inc.
1735 Bayhill Dr
Oldsmar, FL 34677
tel. 727-415 7915         ← I called 3-25-04
                            wrong #

Teresa Gorski (wife )

00194

**ATTACHMENT I**

P.1

Dec 19 01 12:19p

'12/19/2001 18:43   8506147545   HSMV CUST SERV CTR   PAGE 01/02



**State of Florida**
DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR VEHICLES
TALLAHASSEE, FL 32399-0500

To: MoNAUS
AVL
SAFETY

1 OF 2

**FRED O. DICKINSON**
Executive Director

# FAX COVER SHEET

DATE: _12/18/01_

ATTENTION: _Lori_

FAX NUMBER: _(407) 859-7635_

NO. OF PAGES, INCLUDING COVER _2_

FROM: _Phil_
**CUSTOMER SERVICE CENTER**

CODER ID NUMBER: _852_

ROOM NUMBER: _A232_

**PLAINTIFF'S
EXHIBIT**
Swygart 8
3-31-04   A.O.

**FAX NUMBER   (850) 487-7080 or (850) 922-4456**

- **NOTE:** *Fax is in service 24 hours a day, seven days a week. Fax is attended Monday-Friday 8 am to 5 pm (excluding holidays).*

**PHONE NUMBER (850) 922-9000**

COMMENTS:
_LOC for Wladyslaw Torski_
_Q 620-880-55-332-0_

*This transaction is intended only for the use of the addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (850) 488-7481 or 487-0126.*
CSC1/5/01

002919

Dec 19 01 12:19p    P

12/19/2001  18:43   8504147545        HSMV CUST SERV CTR        PAGE 02/02



# STATE OF FLORIDA

DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

### DIVISION OF DRIVER LICENSES
### NEIL KIRKMAN BUILDING
### TALLAHASSEE, FLORIDA 32399-0570

DECEMBER  20,2001

X-235

WLADYSLAW  GORSKI
1779 EAGLE RIDGE BLVD
PALM HARBOR, FL  34685-3309
Ialll.l.I.ll.I.I.I.I.I..II..Ill.I..I.I..II.l...lll.I

Your driving privilege is not under revocation or suspension in the State of Florida. Please present this letter as your authority to apply for a license within 30 days from the above date. If you have any questions, contact the Bureau of Customer Services at (850)922-9000.

Sincerely,

*Sandra C. Lambert*

SANDRA C. LAMBERT, DIRECTOR
Division of Driver Licenses

Coder ID Num:          852
Record/Inquiry Data:
Ctl.No:
Type Issued:           G620-880 55 332-0
Endorsed:              CLASS A CDL DRIVER LICENSE
SSN:
Issued:                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
Exp:                   03-25-1999
DOB:                   09-12-2003
Race/Sex:              09-12-1955
                       W/M

# ATTACHMENT J

## PART 394
## [REMOVED AND RESERVED]

**Editor's Note:** Effective March 4, 1993, the Accident Reporting Requirements were deleted. An accident register is now required to be maintained in accordance with Sec. 390.15(b). DOT's definition of an "Accident" is contained in Sec. 390.5.

# PART 395 — HOURS OF SERVICE OF DRIVERS

Sec.
395.1    Scope of rules in this part.
395.2    Definitions.
395.3    Maximum driving time.
395.7    [Removed and reserved.]
395.8    Driver's record of duty status.
395.10   [Removed and reserved.]
395.11   [Removed and reserved.]
395.12   [Removed and reserved.]
395.13   Drivers declared out of service.
395.15   Automatic on-board recording devices.

AUTHORITY: 49 U.S.C. 31133, 31136, and 31502; sec. 345 of Pub.L. 104-59, 109 Stat. 568, 613; and 49 CFR 1.73.

§395.1 Scope of rules in this part.

(a) **General.** (1) The rules in this part apply to all motor carriers and drivers, except as provided in paragraphs (b) through (n) of this section.

(2) The exceptions from Federal requirements contained in paragraphs (l) through (n) do not preempt State laws and regulations governing the safe operation of commercial motor vehicles.

(b) **Adverse driving conditions.** (1) Except as provided in paragraph (i)(2) of this section, a driver who encounters adverse driving conditions, as defined in §395.2, and cannot, because of those conditions, safely complete the run within the 10-hour maximum driving time permitted by §395.3(a) may drive and be permitted or required to drive a commercial motor vehicle for not more than 2 additional hours in order to complete that run or to reach a place offering safety for the occupants of the commercial motor vehicle and security for the commercial motor vehicle and its cargo. However, that driver may not drive or be permitted to drive—

(i) For more than 12 hours in the aggregate following 8 consecutive hours off duty; or

(ii) After he/she has been on duty 15 hours following 8 consecutive hours off duty.

(2) **Emergency conditions.** In case of any emergency, a driver may complete his/her run without being in violation of the provisions of the regulations in this part, if such run reasonably could have been completed absent the emergency.

(c) **Driver-salesperson.** The provisions of §395.3(b) shall not apply to any driver-salesperson whose total driving time does not exceed 40 hours in any period of 7 consecutive days.

(d) **Oilfield operations.** (1) In the instance of drivers of commercial motor vehicles used exclusively in the transportation of oilfield equipment, including the stringing and picking up of pipe used in pipelines, and servicing of the field operations of the natural gas and oil industry, any period of 8 consecutive days may end with the beginning of any off-duty period of 24 or more successive hours.

(2) In the case of specially trained drivers of commercial motor vehicles which are specially constructed to service oil wells, on-duty time shall not include waiting time at a natural gas or oil well site; **provided,** that all such time shall be fully and accurately accounted for in records to be maintained by the motor carrier. Such records shall be made available upon request of the Federal Motor Carrier Safety Administration.

(e) **100 air-mile radius driver.** A driver is exempt from the requirements of Section 395.8 if:

(1) The driver operates within a 100 air-mile radius of the normal work reporting location;

(2) The driver, except a driver salesperson, returns to the work reporting location and is released from work within 12 consecutive hours;

(3) At least 8 consecutive hours off duty separate each 12 hours on duty;

(4) The driver does not exceed 10 hours maximum driving time following 8 consecutive hours off duty; and

(5) The motor carrier that employs the driver maintains and retains for a period of 6 months accurate and true time records showing:

(i) The time the driver reports for duty each day;

(ii) The total number of hours the driver is on duty each day;

(iii) The time the driver is released from duty each day; and

(iv) The total time for the preceding 7 days in accordance with §395.8(j)(2) for drivers used for the first time or intermittently.

(f) **Retail store deliveries.** The provisions of §395.3 (a) and (b) shall not apply with respect to drivers of commercial motor vehicles engaged solely in making local deliveries from retail stores and/or retail catalog businesses to the ultimate consumer, when driving solely within a 100-air mile radius of the driver's work-reporting location, during the period from December 10 to December 25, both inclusive, of each year.

(g) **Sleeper berths.** Drivers using sleeper berth equipment as defined in §395.2 or who are off duty at a natural gas or oil well location, may cumulate the required 8 consecutive hours off duty, as required by §395.3, resting in a sleeper berth in two separate periods totaling 8 hours, neither period to be less than 2 hours, or resting while off duty in other sleeping accommodations at a natural gas or oil well location.

(h) **State of Alaska.** (1) The provisions of §395.3 shall not apply to any driver who is driving a commercial motor vehicle in the State of Alaska. A driver who is driving a commercial motor vehicle in the State of Alaska must not drive or be required or permitted to drive–

(i) More than 15 hours following 8 consecutive hours off duty;

(ii) After being on duty for 20 hours or more follow-

PART 395

§395.2

ing 8 consecutive hours off duty;

(iii) After having been on duty for 70 hours in any period of 7 consecutive days, if the motor carrier for which the driver drives does not operate every day in the week; or

(iv) After having been on duty for 80 hours in any period of 8 consecutive days, if the motor carrier for which the driver drives operates every day in the week.

(2) A driver who is driving a commercial motor vehicle in the State of Alaska and who encounters adverse driving conditions (as defined in §395.2) may drive and be permitted or required to drive a commercial motor vehicle for the period of time needed to complete the run. After he/she completes the run, that driver must be off duty for 8 consecutive hours before he/she drives again.

(i) **State of Hawaii.** The rules in §395.8 do not apply to a driver who drives a commercial motor vehicle in the State of Hawaii, if the motor carrier who employs the driver maintains and retains for a period of 6 months accurate and true records showing—

(1) The total number of hours the driver is on duty each day; and

(2) The time at which the driver reports for, and is released from, duty each day.

(j) **Travel time.** When a driver at the direction of the motor carrier is traveling, but not driving or assuming any other responsibility to the carrier, such time shall be counted as on-duty time unless the driver is afforded at least 8 consecutive hours off duty when arriving at destination, in which case he/she shall be considered off duty for the entire period.

(k) **Agricultural operations.** The provisions of §395.3 shall not apply to drivers transporting agricultural commodities or farm supplies for agricultural purposes in a State if such transportation:

(1) Is limited to an area within a 100 air mile radius from the source of the commodities or the distribution point for the farm supplies, and

(2) Is conducted during the planting and harvesting seasons within such State, as determined by the State.

(l) **Ground water well drilling operations.** In the instance of a driver of a commercial motor vehicle who is used primarily in the transportation and operations of a ground water well drilling rig, any period of 7 or 8 consecutive days may end with the beginning of any off-duty period of 24 or more successive hours.

(m) **Construction materials and equipment.** In the instance of a driver of a commercial motor vehicle who is used primarily in the transportation of construction materials and equipment, any period of 7 or 8 consecutive days may end with the beginning of any off-duty period of 24 or more successive hours.

(n) **Utility service vehicles.** In the instance of a driver of a utility service vehicle, any period of 7 or 8 consecutive days may end with the beginning of any off-duty period of 24 or more successive hours.

[57 FR 33647, July 30, 1992, as amended at 58 FR 33777, June 21, 1993; 60 FR 38748, July 28, 1995; 63 FR 33279, June 18, 1998]

## §395.2 Definitions.

As used in this part, the following words and terms are construed to mean:

**Adverse driving conditions** means snow, sleet, fog, other adverse weather conditions, a highway covered with snow or ice, or unusual road and traffic conditions, none of which were apparent on the basis of information known to the person dispatching the run at the time it was begun.

**Automatic on-board recording device** means an electric, electronic, electromechanical, or mechanical device capable of recording driver's duty status information accurately and automatically as required by §395.15. The device must be integrally synchronized with specific operations of the commercial motor vehicle in which it is installed. At a minimum, the device must record engine use, road speed, miles driven, the date, and time of day.

**Driver-salesperson** means any employee who is employed solely as such by a private carrier of property by commercial motor vehicle, who is engaged both in selling goods, services, or the use of goods, and in delivering by commercial motor vehicle the goods sold or provided or upon which the services are performed, who does so entirely within a radius of 100 miles of the point at which he/she reports for duty, who devotes not more than 50 percent of his/her hours on duty to driving time. The term **selling goods** for purposes of this section shall include in all cases solicitation or obtaining of reorders or new accounts, and may also include other selling or merchandising activities designed to retain the customer or to increase the sale of goods or services, in addition to solicitation or obtaining of reorders or new accounts.

**Driving time** means all time spent at the driving controls of a commercial motor vehicle in operation.

**Eight consecutive days** means the period of 8 consecutive days beginning on any day at the time designated by the motor carrier for a 24-hour period.

**Ground water well drilling rig** means any vehicle, machine, tractor, trailer, semi-trailer, or specialized mobile equipment propelled or drawn by mechanical power and used on highways to transport water well field operating equipment, including water well drilling and pump service rigs equipped to access ground water.

**Multiple stops** means all stops made in any one village, town, or city may be computed as one.

**On duty time** means all time from the time a driver begins to work or is required to be in readiness to work until the time the driver is relieved from work and all responsibility for performing work. **On-duty time** shall include:

(1) All time at a plant, terminal, facility, or other property of a motor carrier or shipper, or on any public property, waiting to be dispatched, unless the driver has been relieved from duty by the motor carrier;

(2) All time inspecting, servicing, or conditioning any commercial motor vehicle at any time;

(3) All driving time as defined in the term **driving time;**

(4) All time, other than driving time, in or upon any commercial motor vehicle except time spent resting in a **sleeper berth;**

(5) All time loading or unloading a commercial motor vehicle, supervising, or assisting in the loading or unloading, attending a commercial motor vehicle being loaded or unloaded, remaining in readiness to operate the commercial motor vehicle, or in giving or receiving receipts for shipments loaded or unloaded;

(6) All time repairing, obtaining assistance, or remaining in attendance upon a disabled commercial motor vehicle;

(7) All time spent providing a breath sample or urine specimen, including travel time to and from the collection site, in order to comply with the random, reasonable suspicion, post-accident, or follow-up testing required by part 382, of this subchapter, when directed by a motor carrier.

(8) Performing any other work in the capacity, employ, or service of a motor carrier; and

(9) Performing any compensated work for a person who is not a motor carrier.

**Seven consecutive days** means the period of 7 consecutive days beginning on any day at the time designated by the motor carrier for a 24-hour period.

**Sleeper berth** means a berth conforming to the requirements of §393.76 of this chapter.

**Transportation of construction materials and equipment** means the transportation of construction and pavement materials, construction equipment, and construction maintenance vehicles, by a driver to or from an active construction site (a construction site between mobilization of equipment and materials to the site to the final completion of the construction project) within a 50 air mile radius of the normal work reporting location of the driver. This paragraph does not apply to the transportation of material found by the Secretary to be hazardous under 49 U.S.C. 5103 in a quantity requiring placarding under regulations issued to carry out such section.

**Twenty-four-hour period** means any 24-consecutive-hour period beginning at the time designated by the motor carrier for the terminal from which the driver is normally dispatched.

**Utility service vehicle** means any commercial motor vehicle:

(1) Used in the furtherance of repairing, maintaining, or operating any structures or any other physical facilities necessary for the delivery of public utility services, including the furnishing of electric, gas, water, sanitary sewer, telephone, and television cable or community antenna service;

(2) While engaged in any activity necessarily related to the ultimate delivery of such public utility services to consumers, including travel or movement to, from, upon, or between activity sites (including occasional travel or movement outside the service area necessi-

tated by any utility emergency as determined by the utility provider); and

(3) Except for any occasional emergency use, operated primarily within the service area of a utility's subscribers or consumers, without regard to whether the vehicle is owned, leased, or rented by the utility.

[57 FR 33648, July 30, 1992, as amended at 59 FR 7515, Feb. 15, 1994; 59 FR 60324, Nov. 23, 1994; 60 FR 38748, July 28, 1995; 63 FR 33279, June 18, 1998]

### §395.3 Maximum driving time.

(a) Except as provided in §§395.1(b)(1), 395.1(f), and 395.1(h), no motor carrier shall permit or require any driver used by it to drive nor shall any such driver drive:

(1) More than 10 hours following 8 consecutive hours off duty; or

(2) For any period after having been on duty 15 hours following 8 consecutive hours off duty.

(b) No motor carrier shall permit or require a driver of a commercial motor vehicle to drive, nor shall any driver drive, regardless of the number of motor carriers using the driver's services, for any period after—

(1) Having been on duty 60 hours in any 7 consecutive days if the employing motor carrier does not operate commercial motor vehicles every day of the week; or

(2) Having been on duty 70 hours in any period of 8 consecutive days if the employing motor carrier operates commercial motor vehicles every day of the week.

[57 FR 33649, July 30, 1992, as amended at 60 FR 38748, July 28, 1995]

### §395.7 [Removed and reserved.]

### §395.8 Driver's record of duty status.

(a) Except for a private motor carrier of passengers (nonbusiness), every motor carrier shall require every driver used by the motor carrier to record his/her duty status for each 24 hour period using the methods prescribed in either paragraphs (a)(1) or (2) of this section.

(1) Every driver who operates a commercial motor vehicle shall record his/her duty status, in duplicate, for each 24-hour period. The duty status time shall be recorded on a specified grid, as shown in paragraph (g) of this section. The grid and the requirements of paragraph (d) of this section may be combined with any company forms. The previously approved format of the Daily Log, Form MCS-59 or the Multi-day Log, MCS-139 and 139A, which meets the requirements of this section, may continue to be used.

(2) Every driver who operates a commercial motor vehicle shall record his/her duty status by using an automatic on-board recording device that meets the requirements of §395.15 of this part. The requirements of §395.8 shall not apply, except paragraphs (e) and (k)(1) and (2) of this section.

(b) The duty status shall be recorded as follows:

(1) "Off duty" or "OFF."

(2) "Sleeper berth" or "SB" (only if a sleeper berth used).



§395.8

(3) "Driving" or "D."

(4) "On-duty not driving" or "ON."

(c) For each change of duty status (e.g., the place of reporting for work, starting to drive, on-duty not driving and where released from work), the name of the city, town or village, with State abbreviation, shall be recorded.

Note: If a change of duty status occurs at a location other than a city, town, or village, show one of the following: (1) the highway number and nearest milepost followed by the name of the nearest city, town, or village and State abbreviation, (2) the highway number and the name of the service plaza followed by the name of the nearest city, town, or village and State abbreviation, or (3) the highway numbers of the nearest two intersecting roadways followed by the name of the nearest city, town, or village and State abbreviation.

(d) The following information must be included on the form in addition to the grid:

(1) Date;

(2) Total miles driving today;

(3) Truck or tractor and trailer number;

(4) Name of carrier;

(5) Driver's signature/certification;

(6) 24-hour period starting time (e.g., midnight, 9:00 a.m., noon, 3:00 p.m.);

(7) Main office address;

(8) Remarks;

(9) Name of co-driver;

(10) Total hours (far right edge of grid); and

(11) Shipping document number(s), or name of shipper and commodity.

(e) Failure to complete the record of duty activities of this section or §395.15, failure to preserve a record of such duty activities, or making of false reports in connection with such duty activities shall make the driver and/or the carrier liable to prosecution.

(f) The driver's activities shall be recorded in accordance with the following provisions:

(1) **Entries to be current.** Drivers shall keep their record of duty status current to the time shown for the last change of duty status.

(2) **Entries made by driver only.** All entries relating to driver's duty status must be legible and in the driver's own handwriting.

(3) **Date.** The month, day and year for the beginning of each 24-hour period shall be shown on the form containing the driver's duty status record.

(4) **Total miles driving today.** Total mileage driven during the 24-hour period shall be recorded on the form containing the driver's duty status record.

(5) **Commercial motor vehicle identification.** The driver shall show the number assigned by the motor carrier, or the license number and licensing State of each commercial motor vehicle operated during each 24-hour period on his/her record of duty status. The driver of an articulated (combination) commercial motor vehicle shall show the number assigned by the motor carrier, or the license number and licensing State of each motor vehicle used in each commercial motor vehicle combination operated during that 24-hour period on his/her record of duty status.

(6) **Name of motor carrier.** The name(s) of the motor carrier(s) for which work is performed shall be shown on the form containing the driver's record of duty status. When work is performed for more than one motor carrier during the same 24-hour period, the beginning and finishing time, showing a.m. or p.m., worked for each motor carrier shall be shown after each motor carrier's name. Drivers of leased commercial motor vehicles shall show the name of the motor carrier performing the transportation.

(7) **Signature/certification.** The driver shall certify to the correctness of all entries by signing the form containing the driver's duty status record with his/her legal name or name of record. The driver's signature certifies that all entries required by this section made by the driver are true and correct.

(8) **Time base to be used.**

(i) The driver's duty status record shall be prepared, maintained, and submitted using the time standard in effect at the driver's home terminal, for a 24-hour period beginning with the time specified by the motor carrier for that driver's home terminal.

(ii) The term "7 or 8 consecutive days" means the 7 or 8 consecutive 24-hour periods as designated by the carrier for the driver's home terminal.

(iii) The 24-hour period starting time must be identified on the driver's duty status record. One-hour increments must appear on the graph, be identified, and preprinted. The words "Midnight" and "Noon" must appear above or beside the appropriate one-hour increment.

(9) **Main office address.** The motor carrier's main office address shall be shown on the form containing the driver's duty status record.

(10) **Recording days off duty.** Two or more consecutive 24-hour periods off duty may be recorded on one duty status record.

(11) **Total hours.** The total hours in each duty status: off duty other than in a sleeper berth; off duty in a sleeper berth; driving; and on duty not driving, shall be entered to the right of the grid, the total of such entries shall equal 24 hours.

(12) Shipping document number(s), or name of shipper and commodity shall be shown on the driver's record of duty status.

(g) **Graph grid.** The following graph grid must be incorporated into a motor carrier recordkeeping system which must also contain the information required in paragraph (d) of this section.

## PRELIMINARY OPINION

### STATEMENT RE: GUERRA ET. AL VS. ALLIED VAN LINES
### ACCIDENT OCCURING AT APPROXIMATELY 5:07 P.M. ON JULY 20, 2003

WILLIAM C. DEMENT, M.D., Ph.D.
Stanford University
May 3, 2004

To whom it may concern:

This is a preliminary opinion. It may be revised following additional, careful scrutiny of the relevant documents.

The following factors were taken into account in reaching an opinion about the role of fatigue in the accident:

1. **The nature of the accident. Was the accident due to human error?**
   Traffic began to slow to a stop due to a previous crash on eastbound I10. The visibility of the road ahead was completely unimpaired and the driver was not looking into the sun. The Allied Van Line truck was said by witnesses to be moving at a speed in excess of 60mph. The impact must have been at such a high speed because the crash was so damaging. The Allied Van Line truck apparently made no attempt to slow, brake, or avoid the line of trucks and cars. The failure of driver number one (Mr. Gorski) to avoid the crash was an egregious human error.

2. **The age and general health of the driver (person thought to be cause of incident/accident):**
   Aside from being a cigarette smoker there was no indication of a health problem in the documents reviewed. The male driver was 47 years old.

3. **Time of Day:**
   The accident occurred between 5:10 and 5:20pm. This time of day is generally within the nadir of midday circadian alertness.

4. **Duration of continued wakefulness prior to accident:**
   It appears that the driver, Mr. Gorski, had been awake about six and one half hours up to the crash. Prior to this, he is reported to be in the sleeper berth approximately eight hours.

5. **Prior sleep history and likelihood of accumulated sleep debt:**
   Reconstructed driver's daily logs suggest the possibility that Mr. Gorski was continuously awake for an estimated maximum of 42 hours, followed by (as noted in #4) a possible 8 hours in the sleeper berth prior to his final period of wakefulness and driving. During this 42 hour period, he may have been asleep in the sleeper berth one or two hours and there were several relatively brief periods logged as "off duty." When "on duty" is logged, Mr. Gorski is assumed to be awake. There is other documentation

that hours of service regulations were violated. These data plus the nature of the accident strongly suggest that Mr. Gorski had accumulated a sleep debt of major magnitude.

6. **Presence of disordered sleep:**
No information was supplied regarding possible sleep disorders.

**Opinion:**
The cause of the accident involved an egregious error on the part of driver number one. Such an error is almost always caused by a lapse of consciousness. In a healthy younger or middle-aged persons, the only highly probable direct causes of such a lapse are sleep deprivation (fatigue) or drugs and alcohol. Drugs and alcohol were not found in the driver's remains. Since a strong sleep tendency due to sleep deprivation is only weakly opposed by circadian alerting in the afternoon, it is my very firm opinion that the cause of the accident was the impaired consciousness of driver number one due to sleep deprivation and fatigue.

Opinions were based on the documents provided for review and the studies listed as references on the report.

William C. Dement, M.D., Ph.D.

# References

1.  Effects of Sleep Schedules on Commercial Motor Vehicle Driver Performance. U.S. Department of Transportation. Federal Motor Carrier Safety Administration: Report No. DOT-MC-00-133, May 2000
    * The above studies show that many drivers remain pathologically sleepy when awake after three consecutive full nights of sleep and no driving in the daytime.

2.  Wake Up America: a national sleep alert. Final report of the National Commission on Sleep Disorders Research to the U.S. Congress, 1993. Chairman, William C. Dement

3.  Carskadon, M.A., Dement, W.C., Mitler, M.M., Roth, T., Westbrook, P.R., Keenan, S. Guidelines for the Multiple Sleep Latency Test (MSLT): a standard measure of sleepiness. Sleep 9(4):519-524, 1986

4.  Dement, WC, The perils of drowsy driving (editorial), New England Journal of Medicine 337 (11): 783-4 Sept. 1997

5.  Rosekind, M.R., Gregory, K.B., Miller, D.L., Co, ElL., & lebacqz, J.V. Analysis of Crew Fatigue Factors in AIA Guantanamo Bay Aviation Accident. In Aircraft Accident Report: Uncontrolled Collision with Terrain, American International Airways Flight 808, Douglas DC-8, N814CK, U.S. Naval Air Station, Guantanamo Bay, Cuba, August 18, 1993 (NTSB/AAR-94/04). Washington, DC: National Transportation Safety Board. 1994. (NTIS No. PB94-910406).

6.  Pack, A.I., Pack, M.A., Rodgman, E., Cucchiara, A., dinges, D.F., and Schwab, C.W. Characteristics of crashes attributed to the driver having fallen asleep. Accident Analysis and Prevention, 1995, 27(6):769-775

7.  Mitler MM, Miller JC, Lipsits JJ, Walsh JK, Wylie CD. The sleep of long-haul truck drivers. N Engl J Med 1997; 337:755-61

8.  Factors that affect fatigue in heavy truck accidents. Vol 1. Analysis. Washington, D.C.: National Transportation Safety Board, 1995. (Safety study NTSB/SS-95/01)

9.  Pack AI, Pack AM, Rodgman E, Cucchiara A, dinges DF, Schwab CW. Characteristics of crashes attributed to the driver having fallen asleep. Accid Anal Prev 1995; 27:769-75

## **MATERIALS REVIEWED AND CONSIDERED BY DR. DEMENT:**

Louisiana State Police Report and Supplemental Report

Driver qualification records regarding Wladyslaw Gorski

Satellite tracking records produced by Allied

Driver's logs for Wladyslaw Gorski

Driver fatigue documents produced by Allied

Selected pages from the Allied Van Foreman Manual for 2003

Reconstructed logs for Wladyslaw Gorski

Phone records for Wladyslaw Gorski

# Curriculum Vitae

# William Charles Dement

**Degrees**

| | |
|---|---|
| 1955 - 1957 | Ph.D., Neurophysiology, University of Chicago, Department of Physiology USPHS, postdoctoral research fellow in physiology |
| 1951 - 1955 | M.D., University of Chicago, School of Medicine, with honors in physiology |
| 1948 - 1951 | B.S., University of Washington, premedical, *cum laude* in Basic Medical Science |

**Professional Appointments**

| | |
|---|---|
| 1987 - | Endowed Chair, Lowell W. and Josephine Q. Berry Professorship |
| 1973 - | Faculty, Neurosciences Ph.D. Program, Stanford University, Stanford, California |
| 1970 - | Director, Sleep Disorders Clinic and Laboratory, Stanford University School of Medicine |
| 1967 - | Professor, Department of Psychiatry and Behavioral Sciences, Stanford University |
| 1963 - | Director, Sleep Research Laboratory, Stanford University School of Medicine |
| 1963 - 1967 | Associate Professor, Department of Psychiatry and Behavioral Sciences, Stanford University |
| 1958 - 1963 | Research Fellow, Department of Psychiatry, The Mount Sinai Hospital, New York City |

**Prizes and Honors**

Lifetime Achievement Award, National Sleep Foundation, March 2001

Mark O. Hatfield Public Policy Award, American Sleep Disorders Association 1997

Profound Thinkers of the Bay Area Award, San Francisco Focus Magazine, May, 1995

First Recipient of the Annual William C. Dement Award for Academic Excellence, American Sleep Disorders Association, 1994.

Arthur Cherkin Memorial Award, University of California Los Angeles, 1994

National Merit Award, for outstanding Achievement for Leadership and Participation on the National Commission on Sleep Disorders Research, 1993

Distinguished Scientist Award, Sleep Research Society, 1991

Outstanding Service Award, American Sleep Disorders Association, 1990

Golden Eagle Award, CINE, 1990

Lowell W. and Josephine Q. Berry Professor of Psychiatry and Behavioral Sciences, 1987

Outstanding Service Award, American Sleep Disorders Association, 1988

Outstanding Pioneering and Contribution Award, American Narcolepsy Association 1988

Nathaniel Kleitman Prize, Association of Sleep Disorders Centers, 1982, 1987

National Institute on Aging, MERIT Award, 1986-1996

Man of the Year, Societe de Distinction Internationale, 1985

Fellow, American Association for Advancement of Science, 1984

Distinguished Psychiatrist Award, American Psychiatric Association, 1984

Outstanding Contribution Award, National Academy of Sciences, 1983

Remarkable Service Award, Cornell University, 1985

Certificate of Appreciation Veterans Administration, 1982

Fellow, The American Electroencephalographic Society, 1982

Elected to membership in the Institute of Medicine of the National Academy of Sciences, 1982

Intra-Science Research Foundation Medalist, 1981
Rush Bronze Medal, American Psychiatric Association, 1981
Service Award, Stanford Black Premedical Organization, 1979
Rush Silver Medal, American Psychiatric Association, 1979
Rush Silver Medal, American Psychiatric Association, 1978
Distinguished Service Award, University of Chicago Medical Alumni Association, 1978
Film Festival Award, American Medical Writers Association, 1978
The Four-Way Test Award, Rotary Club of Burlingame, 1978

**Prizes and Honors (continued)**
John Muir Medical Film Award, John Muir Memorial Hospital, 1978
Bronze Award, International Film and TV Festival of NY, CIBA Pharmaceutical Corp., 1978
Silver Award, John Muir Medical Film Festival, 1976
Certificate of Merit, American Medical Association, 1975
Honorary Fellow, North Pacific Society of Neurology and Psychiatry, 1975
American College of Neuropsychopharmacology, 1974
Certificate of Merit, American Medical Association, 1972
Distinguished Scientist Award, Society of Experimental Biology and Medicine, 1971
Exceptional Service Award, Veterans' Administration, 1971
"Personnalite de L'Annee," International Distinction in the Sciences Award – France, 1970
Hofheimer Award, American Psychiatric Association, 1964


**Service**
Chairman, National Commission on Sleep Disorders Research, 1990-1992
President, Association of Sleep Disorders Centers, 1975-1987
Founding Co-Editor-in-Chief, *Sleep,* 1977-1997
Medical Advisor, American Narcolepsy Association, 1976-present
Chairman, United States Surgeon General's Council, Project Sleep: The National Program on Insomnia and Sleep Disorders, 1979-1997
International Scientific Advisory Board, Center for Design of Industrial Schedules, 1981-present
Chairman, Committee on Governmental Affairs and Public Policy, ASDA,1988-1990
Chairman, Board of Governors, Association of Professional Sleep Societies, 1986-1989
National Academy of Sciences of Institute of Medicine Committee on the Appropriate Use of Barbiturates, 1977-1979
Operations Committee for the VA Cooperative Study on Drugs and Sleep, 1976-1980
Founding Member, Society for Neuroscience, 1962
Co-Founder, Sleep Research Society, 1961


**Career Scientist Award**
National Institutes of Health Career Scientist, Seventh Consecutive Award
"...The committee recommended approval for support of Dr. Dement who is an outstanding scientist of great energy, enthusiasm, and productivity, and who, more than any other individual, is responsible for the creation of a modern, viable field of sleep research, especially as it relates to sleep related pathologies."


**Professional Affiliations**
Alpha Omega Alpha
American Sleep Disorders Association
American College of Neuropsychopharmacology

Sleep Research Society
American EEG Association
American Physiological Society
European Sleep Research Society
Phi Beta Kappa Gerontological Society of America
Psychiatric Research Society
Sigma Xi
Society of Neuroscience

## William Charles Dement, M.D., Ph.D.

William Charles Dement is the Lowell W. and Josephine Q. Berry Professor of Psychiatry and Behavioral Sciences at the Stanford University School of Medicine, and the director of the Stanford Sleep Disorders Clinic and Research Center. Dement was appointed in 1990 by Secretary of Health and Human Services Dr. Louis Sullivan to serve as Chairman of the National Commission on Sleep Disorders Research. The Commission is conducted a two year study in order to present Congress with recommendations to determine the future of sleep research in this country.

A native of the state of Washington, Dement received his M.D. from the University of Chicago in 1955 and his Ph.D. in Neurophysiology from the same institution in 1957. While a medical student, he began his career in sleep research when he joined the lab of Dr. Nathaniel Kleitman. There, he helped discover and describe Rapid Eye Movement (REM) sleep. From 1954 through 1957, Dement described the relationship between REM sleep and dreaming, established the all night sleep patterns in human beings, discovered REM sleep in animals and newborn babies, and demonstrated that the patterns of specific rapid eye movements are related to the visual experience of the dream.

In 1963, Dement joined the Psychiatry Department at Stanford University, where for the past thirty-five years he has continued his studies on the neurochemistry of sleep and the functional significance of the different sleep states. In 1964, Dement initiated a special narcolepsy clinic through which he demonstrated that the syndrome of narcolepsy involves disordered REM sleep processes. In 1970, Dement started the world's first Sleep Disorders Clinic which introduced all-night polysomnographic examination of patients with sleep-related complaints, medical responsibility and management of the patient, and objective assessment of the relationship between nighttime sleep and daytime function. For the latter, Dement developed the Multiple Sleep Latency Test which remains the standard diagnostic measure of daytime sleepiness. Dement and his colleagues were the first to understand the clinical implications and high prevalence of sleep apnea syndromes, periodic leg movement, narcolepsy, delayed sleep phase syndrome, psychophysiological insomnia, drug dependency insomnia, and a host of other disorders.

In 1973, Dement discovered narcolepsy in dogs and developed the world's only research colony of animals with this disease – this colony represents one of a handful of animal models of a neurological disease in the world. Dement's basic research team has discovered and described neurochemical abnormalities associated with narcolepsy in dogs. Currently, the research is focusing on the biological clock -- the overseer of all the body's many rhythmic processes – which is located in a single brain structure (the suprachiasmatic nucleus (SCN)) and can be kept alive in a dish, or transplanted from animal to animal. Dement's human research program elucidated sleep apnea and developed new and effective treatment strategies. Dement has conducted numerous studies on insomnia, circadian rhythms, sudden infant death syndrome (SIDS), jet lag, sleep loss, and sleep hygiene. Finally, Dement has helped develop a thorough understanding of the determinants of daytime sleepiness including the demonstration that partial sleep loss is cumulative, that the circadian curve of sleepiness is biphasic, and that sleep needs must be defined in terms of daytime alertness.

Dr. Dement was co-founder of the Sleep Research Society in 1961 and founding President of the American Sleep Disorders Association (ASDA) in 1975, a position he served for 12 years. During his Presidency, the ASDA grew from five sleep disorders centers with about

twenty individual members to about 140 accredited centers with over 2,000 members.

Dement is the author or co-author of approximately 500 scientific publications, including the popular overview of sleep, *Some Must Watch While Some Must Sleep*, the authoritative textbook for medical professionals, *Principles and Practices of Sleep Medicine*, and the Portable Stanford *The Sleepwatchers*.

## Published Articles/Chapters/Abstracts

**Publications:**

1. Dement, W.C. Dream recall and eye movements during sleep in schizophrenics and normals. J Nerv Ment Dis 122:263-269, 1955.
2. Chow, K., Dement, W.C., John, E. Conditioned electrocorticographic potentials and behavioral avoidance response in cat. J Neurophysiol 20:482-493, 1957.
3. Dement, W., Kleitman, N. The relation of eye movements during sleep to dream activity: An objective method for the study of dreaming. J Exp Psychol 53:339-346, 1957.
4. Dement, W., Kleitman, N. Cyclic variations in EEG during sleep and their relation to eye movements, body motility, and dreaming. Electroencephalogr Clin Neurophysiol 9:673-690, 1957.
5. Dement, W.C., Wolpert, E. Relationships in the manifest content on dreams occurring on the same night. J Nerv Ment Dis 126:568-578, 1958.
6. Dement, W., Wolpert, E. The relation of eye movements, body motility, and external stimuli to dream content. J Exp Psychol 55:543-553, 1958.
7. Dement, W. The occurrence of low voltage, fast electroencephalogram patterns during behavioral sleep in the cat. Electroencephalogr Clin Neurophysiol 10:291-296, 1958.
8. Chow, K., Dement, W., Mitchell, S. Effects of lesions of the rostral thalamus on brain waves and behavior in cats. Electroencephalogr Clin Neurophysiol 11:107-120, 1959.
9. Dement, W. The depth of sleep and dream deprivation. Science 132:1420-1422, 1960.
10. Dement. W. The effect of dream deprivation. Science 131:1705-1707, 1960.
11. Fisher, C., Dement, W.C. Manipulation experimentale du cycle reve-sommeil par rapport aux etats psychopathologiques. Rev Med Psychosom 4:5-12, 1962.
12. Dement, W. Manual for scoring EEG records for REM periods (dream time). Presented at the 2nd annual Meeting of the Association for the Psychophysiological Study of Sleep, March 1962.
13. Roffwarg, H., Dement, W., Muzio, J., Fisher, C. Dream imagery: Relationship to rapid eye movements of sleep. Arch Gen Psychiatr 7:235-258, 1962.
14. Kahn, E., Dement, W., Fisher, C., Barmack, J.R. Incidence of color in immediately recalled dreams. Science 137:1054-1055, 1962.
15. Rechtschaffen, A., Wolpert, E., Dement, W., Mitchell, S., Fisher, C. Nocturnal sleep of narcoleptics. Electroencephalogr Clin Neurophysiol 15:599-609, 1963.
16. Fisher, C., Dement, W. Studies on the psychopathology of sleep and dreams. Am J Psychiatr 119:1160-1168, 1963.
17. Dement, W., Fisher, C. Experimental interference with the sleep cycle. Can Psychiatr Assoc J 8:400-405, 1963.
18. Roffwarg, H., Dement, W., Fisher, C. Observations on the sleep-dream pattern in neonates, infants, children and adults. In Harms, E. (ed), Problems of Sleep and Dreams in Children. New York: Pergamon Press, p. 60-72, 1964.
19. Hodes, R., Dement, W. Depression of electrically induced reflexes ("H-reflexes") in man during low voltage EEG "sleep." Electroencephalogr Clin Neurophysiol 17:617-629, 1964.
20. Williams, H., Hammack, J., Daly, R., Dement, W., Lubin, A. Responses to auditory stimulation, sleep loss, and the EEG stages of sleep. Electroencephalogr Clin Neurophysiol 16:269-279, 1964.
21. Antrobus, J., Dement, W., Fisher, C. Patterns of dreaming and dream recall: An EEG study. J Abnorm Soc Psychol 69:341-344, 1964.
22. Dement, W. Eye movements during sleep. In Bender, M. (ed), The Oculomotor System. New York: Hoeber Medical Division, Harper & Row, 1964.
23. Dement, W. Experimental dream studies. In Masserman, J. (ed), Science and

Psychoanalysis, VII. New York: Grune and Stratton, 1964.

24. Dement, W. An essay on dreams: The role of physiology in understanding their nature. In New Directions in Psychology II. New York: Holt, Rinehart and Winston, 1965.

25. Dewson, J., Dement, W., Simmons, F. Middle ear muscle activity in cats during sleep. Exp Neurol 12:1-8, 1965.

26. Dement, W. Dreams and dreaming. Int J Neurol 5:168-186, 1965.

27. Dement, W. Studies on the function of rapid eye movement (paradoxical) sleep in human subjects. In Jouvet, M. (ed), Aspects Anatomo-fonctionnels de la Physiologie du Sommeil. Paris: Centre National de la Recherche Scientifique, 1965.

28. Dement, W., Kahn, E., Roffwarg, H. The influence of the laboratory situation on the dreams of the experimental subject. N Nerv Ment Dis 140:119-131, 1965.

29. Dement, W. Dreaming: A biologic state. Modern Medicine, July 5, p. 184-206, 1965.

30. Dement, W. Perception during sleep. In Zubin, J. (ed), The Psychopathology of Perception. New York: Grune and Stratton, 1965.

31. Dement, W. Through the door of dreams. Stanford Today 12:6-10, 1965.

32. Dement, W. REM sleep and the effect of its deprivation. Presented at Forest Hospital Lecture Series on Adaptation, 1965.

33. Cohen, H., Dement, W. Sleep: Changes in threshold to electroconvulsive shock in rats after deprivation of "paradoxical" phase. Science 150:1318-1319, 1965.

34. Johnson, L., Slye, E., Dement, W. Electroencephalographic and autonomic activity during and after prolonged sleep deprivation. Psychosom Med 27:415-423, 1965.

35. Dement, W. Recent studies on the biological role of rapid eye movements. Am J Psychiatr 122:404-408, 1965.

36. Dement, W. The nature and function of the D-state (Discussion). Int J Psychiatr 2:41-46, 1966.

37. Dement, W. Psychophysiology of sleep and dreams. In Arieti, S. (ed), American Handbook of Psychiatry, Vol. 3. New York: Basic Books, 1966.

38. Roffwarg, H., Muzio, J., Dement, W. Ontogenetic development of the human sleep-dream cycle. Science 152:604-619, 1966.

39. Dement, W., Greenberg, S. Changes in total amount of stage four sleep as a function of partial sleep deprivation. Electroencephalogr Clin Neurophysiol 20:523-526, 1966.

40. Gulevich, G., Dement, W., Johnson, L. Psychiatric and EEG observations on a case of prolonged (164 hours) wakefulness. Arch Gen Psychiatr 15:29-35, 1966.

41. Dement, W. Toward an evolutionary theory of dreaming. (Discussion) Am J Psychiatr 123:136-142, 1966.

42. Cohen, H., Dement, W. Sleep: Supression of rapid eye movement phase in the cat after electroconvulsive shock. Science 154:396-398, 1966.

43. Dement, W. The psychophysiology of dreaming. In von Grunebaum. G. and Caillos, R. (eds), The Dream and Human Societies. Berkeley and Los Angeles: University of California Press, 1966.

44. Dement, W., Greenberg, S., Klein, R. The effect of partial REM sleep deprivation and delayed recovery. J Psychiatr Res 4:141-152, 1966.

45. Dement, W., Rechtschaffen, A., Gulevich, G. The nature of the narcoleptic sleep attack. Neurology 16:18-33, 1966.

46. Ferguson, J., Dement, W. The effect of variations in total sleep time on the occurrence of rapid eye movement sleep in cats. Electroencephalogr Clin Neurophysiol 22:2-10, 1967.

47. Dement, W. Sleep and dreams. In Freedman, A. and Kaplan, J. (eds), Comprehensive Textbook of Psychiatry. New York: Williams and Wilkins, 1967.

48. Rechtschaffen, A., Dement, W. Studies on the relation of narcolepsy, cataplexy, and sleep with low voltage random EEG activity. In Kety, S., Evarts, E. and Williams, H. (eds), Sleep and Altered States of Consciousness. Baltimore: Williams and Wilkin, p. 488-

505, 1967.

49. Dement, W., Henry, P., Cohen, H., Ferguson, J. Studies on the effect of REM deprivation in humans and in animals. In Kety, S., Evarts, E. and Williams, H. (eds), Sleep and Altered States of Consciousness. Baltimore: Williams and Wilkins, p. 456-468, 1967.

50. Dement, W. Sleep. In Fisher, K., Dawe, A., Lyman, C., Schonbaum, E. and South, F. (eds), Mammalian Hibernation III. Edinburgh: Oliver and Boyd, p. 175-199, 1967.

51. Dement, W. Possible physiological determinants of a possible dream-intensity cycle. Exp Neurol 4:38-55, 1967.

52. Gulevich, G., Dement, W., Zarcone, V. All-night sleep recordings of chronic schizophrenics in remission. Compr Psychiatr 8:141-149, 1967.

53. Zarcone, V., Gulevich, G., Dement, W. Sleep and electroconvulsive therapy. Arch Gen Psychiatr 16:567-573, 1967.

54. Morden, B., Mitchell, G., Dement, W. Selective REM sleep deprivation and compensation phenomena in the rat. Brain Res 5:339-349, 1967.

55. Dewson, J., Dement, W., Wagener, T., Nobel, K. Rapid eye movement sleep deprivation: a central-neural change during wakefulness. Science 156:403-406, 1967.

56. Cohen, H., Duncan, R., Dement, W. Sleep: the effects of electroconvulsive shock in cats deprived of REM sleep. Science 156:1646-1648, 1967.

57. Clemes, S., Dement, W. Effect of REM sleep deprivation on psychological functioning. J Nerv Ment Dis 144:485-491, 1967.

58. Karadzic, V., Dement, W. Heart rate changes following selective deprivation of rapid eye movement (REM) sleep. Brain Res 6:786-788, 1967.

59. Dement, W.C. The psychophysiology of REM sleep, its function and possible clinical relationships. In Rupp, C. (ed), Mind as a Tissue. New York: Hoeber Medical Division, Harper and Row, 1968.

60. Cohen, H., Duncan, R., Dement, W. The effect of diphenylhydantoin on sleep in the cat. Electroencephalogr Clin Neurophsyiol 24:401-408, 1968.

61. Zarcone, V., Gulevich, G., Pivak, T., Dement, W. Partial REM phase deprivation and schizophrenia. Arch Gen Psychaitr 18:194-202, 1968.

62. Morden, B., Conner, R., Mitchell, G., Dement, W., Levine, S. Effects of rapid eye movement (REM) sleep deprivation on shock-induced fighting. Physiol Behav 3:425-432, 1968.

63. Rechtschaffen, A. and Kales, A. (eds), Berger, W., Dement, W., Jacobson, A., Johnson, L., Jouvet, M., Monroe, L., Oswald, I., Roffwarg, H., Roth, B., Walter, R. A Manual of Standardized Terminology, Techniques, and Scoring System for Sleep Stages of Human Subjects. Washington D.C.: USPHS, U.S. Govt. Printing Office, Publ. No. 204, 1968.

64. Dement, W., Rechtschaffen, A. Narcolepsy: polygraphic aspects, experimental and theoretical considerations. In Gastaut, H., Lugaresi, E., Berti Ceroni, G., Coccagna, G. (eds), The Abnormalities of Sleep in Man. Bologna: Gaggi, 1968.

65. Dement, W., Ferguson, J., Cohen, H., Barchas, J. Nonchemical methods and data using a biochemical model: the REM quanta. In Mandell, A., and Mandell, M. (eds), Psychochemical Research in Man: Methods, Strategy and Theory. New York: Academic Press, p. 275-325, 1969.

66. Dement, W. A new look at the third state of existence. Stanford M.D. 8:2-8, 1969.

67. Zarcone, V., Dement, W. Sleep disturbances in schizophrenia. In Kales, A. (ed), Sleep: Physiology and Pathology. Philadelphia: J.B. Lippincott Co., 1969.

68. Dement, W. The biological role of REM sleep (circa 1968). In Kales, A. (ed), Sleep: Physiology and Pathology. Philadelphia: J.B. Lippincott Co., 1969.

69. Rechtstchaffen, A., Dement, W. Narcolepsy and hypersomnia. In Kales, A. (ed), Sleep: Physiology and Pathology. Philadelphia: J.B. Lippincott Co., 1969.

70. Zarcone, V., Gulevich, G., Pivik, T., Azumi, K., Dement, W. REM deprivation and

schizophrenia. Biol Psychiatr 1:179-184, 1969.

71. Dement, W., Zarcone, V., Ferguson, J., Cohen, H., Pivik, T., Barchas, J. Some parallel findings in schizophrenic patients and serotonin-depleted cats. In Sankar, S. (ed), Schizophrenia: Current Concepts and Research. Hicksville, New York: PJD Publications, p. 775-811, 1969.

72. Ferguson, J., Dement, W. The behavioral effects of amphetamine on REM deprived rats. J Psychiatr Res 7:111-118, 1969.

73. Ferguson, J., Henriksen, S., Cohen, H., Mitchell, G., Barchas, J., Dement, W. "Hypersexuality" and behavioral changes in cats caused by administration of p-chlorophenylalanine. Science 168:499-501, 1970.

74. Dement, W., Cohen, H., Ferguson, J., Zarcone, V. A sleep researcher's odyssey: the function and clinical significance of REM sleep. In Madow, L. and Snow, L. (eds), The Psychodynamic Implications of the Physiological Studies on Dreams. Springfield, Illinois: Charles Thomas, p. 71-123, 1970.

75. Cohen, H., Thomas, J., Dement, W. Sleep stages, REM deprivation and electroconvulsive threshold in the cat. Brain Res 19:317-321, 1970.

76. Pivik, T., Dement, W. Phasic changes in muscular and reflex activity during non-REM sleep. Exp Neurol 27:115-124, 1970.

77. Dement, W., Halper, C., Pivik, T., Ferguson, J., Cohen, H., Henrikson, S., McGarr, K., Gonda, W., Hoyt, G., Ryan, L., Mitchell, G., Barchas, J., Zarcone, V. Hallucinations and dreaming. In Hamburg, D. (ed), Perception and its Disorders. Baltimore: Williams and Wilkins, p. 335-359, 1970.

78. Dement, W. The nature and function of sleep. In Reynolds, D., and Sjoberg, A. (eds), Neuroelectric Research: Electroneuroprosthesis, Electroanesthesia, and Nonconvulsive Electrotherapy. Springfield, Illinois: Charles Thomas, 1970.

79. Cohen, H., Shane, M., Dement, W. Sleep and REM deprivation in the rat: effect of dexamethasone, a preliminary study. Biol Psychiatr 2:401-403, 1970.

80. Cohen, H., Dement, W. Prolonged tonic convulsions in REM deprived mice. Brain Res 22:421-422, 1970.

81. Connor, R., Stolk, J., Barchas, J., Dement, W., Levine, S. The effect of parachlorophenylalanine (PCPA) on shock-induced fighting behavior in rats. Physiol Behav 5:1221-1224, 1970.

82. Zitrin, A., Beach, F., Barchas, J., Dement, W. Sexual behavior of male cats after administration of parachlorophenylalanine. Science 170:868-869, 1970.

83. Cohen, H., Ferguson, J., Henriksen, S., Stolk, J., Zarcone, V., Barchas, J., Dement, W. Effects of chronic depletion of brain serotonin on sleep and behavior. Proc Am Psychol Assoc 78:831-832, 1970.

84. Wyatt, R., Zarcone, V., Engelman, K., Dement, W., Snyder, F., Sjoerdsma, A. Effects of 5-hydroxytryptophan on the sleep of normal human subjects. Electroencephalogr Clin Neurophysiol 30:505-509, 1971.

85. Dement, W. Sleep deprivation and the organization of the behavioral states. In Clemente, C., Purpura, D., and Mayer, F. (eds), Sleep and the Maturing Nervous System. New York: Academic Press, 1972.

86. Kopell, B., Zarcone, V., de la Pena, A., Dement, W. Changes in selective attention as measured by the visual averaged evoked potential following REM deprivation in man. Electroencephalogr Clin Neurophysiol 32:322-325, 1972.

87. Mitler, M., Morden, B., Levine, S., Dement, W. The effects of parachlorophenylalanine on mating behavior of male rats. Physiol Behav 8:1147-1150, 1972.

88. Sinha, A., Smythe, H., Zarcone, V., Barchas, J., Dement, W. Human sleep electroencephalogram: a damped oscillatory phenomenon. J Theor Biol 35:387-393, 1972.

89. Pivik, T., Zarcone, V., Dement, W., Hollister, L.  Delta-9 tetrahydrocannabinol and synhexl: effects on human sleep patterns.  Clin Pharmacol Ther 13:426-435, 1972.

90. Dement, W., Mitler, M., Henriksen, S.  Sleep changes during chronic administration of parachlorophenylalanine.  Rev Can Biol 31(suppl):239-246, 1972.

91. Dement, W.  The effect of the chronic administration of parachlorophenylalanine on sleep parameters.  In Chase, M. (ed), Perspectives in the Brain Sciences, Vol. I, The Sleeping Brain.  University of California, Los Angeles:  Brain Information Service/Brain Research Institute, p. 153-158, 1972.

92. Jacobs, B., Henriksen, S., Dement, W.  Neurochemical bases of the PGO wave.  Brain Res 48:406-411, 1972.

93. Henriksen, S., Jacobs, B., Dement, W.  Dependence of REM sleep PGO waves on cholinergic mechanisms.  Brain Res 48:412-416, 1972.

94. Guilleminault, C., Eldridge, F., Dement, W.  Insomnia, narcolepsy, and sleep apnea.  Bull Physiopathol Respir 8:1127-1138, 1972.

95. Dement, W.  But still I cannot sleep at night.  The Stanford Alumni Almanac, December 1972.

96. Dement, W., Guilleminault, C., Zarcone, V., Mitler, M.  Disorders of "excessive" sleep.  In: First Canadian International Symposium on Sleep.  McClure, D.J. (ed), Ottawa, 1972.

97. Dement, W.  Some Must Watch While Some Must Sleep.  The Portable Stanford, Stanford Alumni Association, 1972.

98. Mitler, M., Cohen, H., Grattan, J., Dominic, J., Deguchi, T., Barchas, J., Dement, W., Kessler, S.  Sleep and serotonin in two strains of Mus musculus.  Pharmacol Biochem Behav 1:501-507, 1973.

99. Zarcone, V., Kales, A., Scharf, M., Tan, T., Simmons, J., Dement, W.  Repeated oral ingestion of 5-hydroxytryptophan:  the effect on behavior and sleep processes in two schizophrenic children.  Arch Gen Psychiatr 28:843-846, 1973.

100. Dement, W., Henriksen, S., Ferguson, J.  The effect of the chronic administration of parachlorophenylalanine (PCPA) on sleep parameters in the cat.  In Barchas, J. and Usdin, E. (eds), Serotonin and Behavior.  New York: Academic Press, 1973.

101. Hoddes, E., Zarcone, V., Smythe, H., Phillips, R., Dement, W.  Quantification of sleepiness: a new approach.  Psychophysiol 10:431-436, 1973.

102. Dement, W., Henriksen, S., Jacobs, B., Mitler, M.  Biogenic amines:  phasic events and behavior.  In Bloom, F. and Acheson, G. (eds), Pharmacology and the Future of Man.  Basel:  S. Karger Publishers, 1973.

103. Cohen, H., Dement, W., Barchas, J.  Effects of chloropromazine on sleep in cats pretreated with parachlorophenylalanine.  Brain Res 53:363-371, 1973.

104. Dement, W., Mitler, M.  New developments in the basic mechanisms of sleep.  In Usdin, G. (ed), Sleep Research and Clinical Practice.  New York:  Brunner/Mazel, 1973.

105. Dement, W., Zarcone, V., Hoddes, E., Smythe, H., Carskadon, M.  Sleep laboratory and clinical studies with flurazepam.  In Garattini, S., Mussini, E. and Randall, L. (eds), The Benzodiazepines.  New York:  Raven Press, 1973.

106. Dement, W.  Commentary: The biological role of REM sleep (circa 1971).  In Webb, W. (ed), Sleep: An Active Process.  Chicago:  Scott Foresman and Company, 1973.

107. Zitrin, A., Dement, W., Barchas, J.  Brain serotonin and male sexual behavior.  In Zubin, J. and Money, J. (eds), Critical Issues in Contemporary Sexual Behavior.  Baltimore:  Johns Hopkins Press, 1973.

108. Sinha, A., Ciaranello, R., Dement, W., Barchas, J.  Tryptophan and tyrosine hydroxylase activity in rat brain following REM sleep deprivation.  (short communication).  J Neurochem 20:1289-1290, 1973.

109. Rodden, A., Sinha, A., Dement, W., Barchas, J., Zarcone, V., MacLaury, M., DeGrazia, J.  14 CO2 elimination from [14C]tryptophan and [14C]tyrosine in human sleep and

wakefulness. Brain Res 59:427-431, 1973.

110. Sinha, A., Henriksen, S., Dement, W., Barchas, J. Cat brain amine content during sleep. Am J Physiol 224:381-383, 1973.

111. Guilleminault, C., Dement, W., Monod, N. Syndrome "mort subite nu nourrison:" apnees au cours du sommeil. Nouvelle hypothese. Nouv Presse Med 2:1355-1358, 1973.

112. Dement, W., Mitler, M., Zarcone, V. Some fundamental considerations in the study of sleep. Psychosom 14:89-94, 1973.

113. Guilleminault, C., Eldridge, F., Dement, W. Insomnia with sleep apnea: a new syndrome. Science 181:856-858, 1973.

114. Jacobs, B., Asher, R., Dement, W. Electrophysiological and behavioral effects of electrical stimulation of the raphe nuclei in cats. Physiol Behav 11:489-495, 1973.

115. Dement, W. Sleep disorders, nosology and treatment. Summarized by A.A. Aguirre. 13th Annual Meeting of the Association for the Psychophysiological Study of Sleep. Brain Information Service Conference Report #32, University of California, Los Angeles, p. 73-84, 1973.

116. Dement, W., Guilleminault, C. Sleep disorders: the state of the art. Hosp Pract 8:57-71, 1973.

117. Dement, W., Guilleminault, C., Wilson, R., Zarcone, V. The evaluation and treatment of sleep disorders: a new clinical discipline. The Bulletin, Santa Clara County Medical Society, September 1973.

118. Henriksen, S., Jacobs, B., Dement, W., Barchas, J. Catecholamine mechanisms: their presumptive role in the generation of REM sleep PGO waves. In Snyder, S. and Usdin, E. (eds), Frontiers in Catecholamine Research. New York: Pergamon Press, 1973.

119. De la Pena, A., Zarcone, V., Dement, W. Correlation between measures of the rapid eye movements of wakefulness and sleep. Psychophysiol 10:488-500, 1973.

120. Zarcone, V., Zukowsky, E., Gulevich, G., Dement, W., Hoddes, E. Rorschach responses following REM deprivation in schizophrenic and non-schizophrenic patients. J Clin Psychol 30:248-250, 1974.

121. Zarcone, V., de la Pena, A., Dement, W. Heightened sexual interest and sleep disturbance. Percept Mot Skills 39:1135-1141, 1974.

122. Dement, W., Mitler, M. An introduction to sleep. In Petre-Quadens, O. and Schlag, J. (eds), Basic Sleep Mechanisms. New York: Academic Press, 1974.

123. Dement, W., Villablanca, J. Clinical disorders in man and animal model experiments. In Petre-Quadens, O. and Schlag, J. (eds), Basic Sleep Mechanisms. New York: Academic Press, 1974.

124. Guilleminault, C., Dement, W. Pathologies of "excessive" sleep. In Weitzman, E. (ed), Advances in Sleep Research, Vol. 1. New York: Spectrum Publications, Inc., 1974.

125. Henriksen, S., Dement, W., Barchas, J. The role of serotonin (5HT) in the regulation of phasic event of REM sleep: the PGO wave. In Costa, E., Gessa, G. and Sandler, M. (eds), Advances in Biochemical Psychopharmacology, Vol. II. New York: Raven Press, p. 169-180, 1974.

126. Dement, W. Introductory remarks. In Chase, M., (ed), Perspectives in the Brain Sciences, Vol. II Operant Control of Brain Activity, Brain Information Service/Brain Research Institute, University of California, Los Angeles, p. 1-4, 1974.

127. Mitler, M., Dement, W. Cataplectic-like behavior in cats after micro-injections of carbachol in pontine reticular formation. Brain Res 68:335-343, 1974.

128. Guilleminault, C., Wilson, R., Dement, W. A study on cataplexy. Arch Neurol 31:255-261, 1974.

129. Guilleminault, C., Eldridge, F., Dement, W. Human pathology sleep induced apneas and cardiovascular changes. Bull Physiopathol Respir (Nancy) 10:244-247, 1974.

130. Kessler, S., Guilleminault, C., Dement, W. A family study of 50 REM narcoleptics. Acta

Neurol Scand 50:503-512, 1974.

131. Mitler, M., Boyson, B., Campbell, L., Dement, W.  Narcolepsy-cataplexy in a female dog. Exp Neurol 45:332-340, 1974.

132. Orem, J., Dement, W.  Spontaneous eyelid behavior in the sleeping cat. Exp Neurol 44:145-154, 1974.

133. Guilleminault, C., Carskadon, M., Dement, W.  On the treatment of Rapid Eye Movement narcolepsy. Arch Neurol 30:90-93, 1974.

134. Dement, W., Guilleminault, C.  Les troubles du sommeil. La Recherche 5:120-129, 1974.

135. Orem, J., Montplaisir, J., Dement, W.  Changes in the activity of respiratory neurons during sleep. Brain Res 82:309-315, 1974.

136. Dement, W., Guilleminault, C., Zarcone, V., Wilson, R., Carskadon, M.  The narcolepsy syndrome. In: Current Diagnosis Vol. 2., Conn, H. and Conn, R. (eds), Philadelphia: Saunders Co., p. 917-921. (revised 1977, see # 183), 1974.

137. Orem, J., Dement, W.  Neurophysiological substrates of the changes in respiration during sleep. In Weitzman, E. (ed), Advances in Sleep Research, Vol. 2. Flushing, New York: Spectrum Publications, 1975.

138. Dement, W.  Comments on the mental activity of sleep. In: The Experimental Study of Human Sleep:  Methodological Problems. Lairy, G.C. and Salzarulo, P. (eds), Amsterdam:  Elsevier, 1975.

139. Dement, W.  Proposals for future research.  In: The Experimental Study of Human Sleep:  Methodological Problems. Lairy, G.C. and Salzuro, P. (eds), Amsterdam:  Elsevier, 1975.

140. Deguchi, T., Sinha, A., Dement, W., Barchas, J.  Enzyme activity in sleep and sleep deprivation. Pharmacol Biochem Behav 3:957-960, 1975.

141. Zarcone, V., Azumi, K., Dement, W., Gulevich, G., Kraemer, H., Pivik, T.  REM phase deprivation and schizophrenia II. Arch Gen Psychiatr 32:1431-1436, 1975.

142. Dement, W., Mitler, M.  An overview of sleep research:  past, present and future.  In: American Handbook of Psychiatry Vol. 6., Hamburg, D. and Brodie, K. (eds), New York:  Basic Books, 1975.

143. Guilleminault, C., Eldridge, F., Simmons, F., Dement, W.  Sleep apnea syndrome:  can it induce hemodynamic changes? West J Med 123:7-16, 1975.

144. Dement, W.  Some considerations and implications of the monoamine theory of sleep and wakefulness. Int J Neurol 10:252-258, 1975.

145. Guilleminault, C., Eldridge, F., Dement, W.  Une anomalie du systeme nerveux central peut-elle etre responsable de troubles hemodynamiques? Nouv Press Med 4:1343-1348, 1975.

146. Guilleminault, C., Phillips, R., Dement, W.  A syndrome of hypersomnia with automatic behavior.  Electroencephalogr Clin Neurophysiol 38:403-413, 1975.

147. Billiard, M., Guilleminault, C., Dement, W.  A menstruation-linked periodic hypersomnia (Kleine-Levin syndrome or new clinical entity). Neurology 25:436-443, 1975.

148. Guilleminault, C., Dement, W.  La mort subite du nourrisson. La Recherche 57:579-581, 1975.

149. Guilleminault, C., Billiard, M., Montplaisir, J., Dement, W.  Altered states of consciousness in disorders of daytime sleepiness. J Neurol Sci 26:377-393, 1975.

150. Mitler, M., Guilleminault, C., Orem, J., Zarcone, V., Dement, W.  Sleeplessness, sleepiness, and things that go wrong in the night. Psychol Today 9:45-50, 1975.

151. Guilleminault, C., Dement, W., Holland, J.  Sleep apneas and sleep disturbances. In Levin, P. and Koella, W. (eds), Sleep 1974, Second European Congress on Sleep Research. Basel:  S. Karger Publishers, 1975.

152. Phillips, R., Guilleminault, C., Dement, W.  Polygraphic analysis and effect of perlapine on short arousals in insomnia.  In Levin, P. and Koella, W. (eds), Sleep 1974, Second European Congress on Sleep Research.  Basel:  S. Karger Publishers, 1975.

153. Carskadon, M., Dement, W. Sleep studies on a 90-minute day. Electroencephalogr Clin Neurophysiol 39:145-155, 1975.

154. Dement, W., Guilleminault, C., Zarcone, V. The pathologies of sleep: a case series approach. In: The Nervous System, Tower, D. (ed),Vol. 2: The Clinicial Neurosciences. New York: Raven Press, p. 501-518, 1975.

155. Guilleminault, C., Raynal, D., Wietzman, E., Dement, W. Sleep-related periodic myoclonus in patients complaining of insomnia. Trans Am Neurol Assoc 100:19-22, 1975.

156. Guilleminault, C., Peraita, R., Souquet, M., Dement, W. Apneas during sleep in infants: possible relationship with sudden infant death syndrome. Science 190:677-679, 1975.

157. Guilleminault, C., Dement, W. Analytic data about some forms of insomnia. In Lugaresi, E., Coccagna, G. (eds), Le Insomnie: Clinica e Terapia, Symposio Internazionale, 1975.

158. Naitoh, P., Dement, W. Sleep deprivation in humans. In Passouant, P. (ed), Handbook of Electroencephalography and Clinical Neurophysiology, Vol. 7, Part A. Amsterdam: Elsevier, 1975.

159. Ursin, R., Cohen, H., Henriksen, S., Mitchell, G., Dement, W. Effects on sleep of restricted sleep: A cat case study. Electroencephalogr Clin Neurphysiol 41:96-101, 1976.

160. Guilleminault, C., Eldridge, F., Phillips, J., Dement, W. Two occult causes of insomnia and their therapeutic problems. Arch Gen Psychiatr 33:1241-1245, 1976.

161. Guilleminault, C., Eldridge, F., Simmons, F., Dement, W. Sleep apnea in eight children. Pediatrics 58:23-30, 1976.

162. Guilleminault, C., Dement, W., Passouant, P. (eds), Narcolepsy. Flushing, New York: Spectrum Publications, p. 684, 1976.

163. Dement, W. Daytime sleepiness and sleep "attacks." In Guilleminault, C., Dement, W., and Passouant, P. (eds), Narcolepsy. Flushing, New York: Spectrum Publications Inc., p. 17-42, 1976.

164. Guilleminault, C., Tilkian, A., Dement, W. Sommeil et respiration dans le syndrome "apnee au cours du sommeil" chez l'enfant. Electroencephalogr Clin Neurophysiol 41:367-368, 1976.

165. Guilleminault, C., Tilkian, A., Dement, W. The sleep apnea syndromes. Annu Rev Med 27:465-484, 1976.

166. Carskadon, M., Dement, W., Mitler, M., Guilleminault, C., Zarcone, V., Spiegel, R. Self-reports versus sleep laboratory findings in 122 drug-free subjects with complaints of chronic insomnia. Am J Psychiatr 133:1382-1388, 1976.

167. Mitler, M., Soave, O., Dement, W. Narcolepsy in seven dogs. J Am Vet Med Assoc 168:1036-1038, 1976.

168. Guilleminault, C., Raynal, D., Takahashi, S., Carskadon, M., Dement, W. Evaluation of short-term and long-term treatment of the narcolepsy syndrome with clomipramine hydrochloride. Acta Neurol Scand 54:71-87, 1976.

169. Dement, W., Holman, R.B., Guilleminault, C. Neurochemical and neuropharmacological foundations of the sleep disorders. Psychopharmacol Commun 2:77-90, 1976.

170. Guilleminault, C., Ariagno, R., Souquet, M., Dement, W. Abnormal polygraphic findings in near-miss sudden infant death syndrome (SIDS) infants. Lancet I:1326-1327, 1976.

171. Tilkian, A., Guilleminault, C., Schroeder, J., Lehrman, K., Simmons, F., Dement, W. Hemodynamics in sleep-induced apnea. Studies during wakefulness and sleep. Ann Intern Med 85:714-719, 1976.

172. Dement, W., Carskadon, M., Guilleminault, C., Zarcone, V. Narcolepsy diagnosis and treatment. Primary Care 3:609-623, 1976.

173. Babcock, D., Narver, E., Dement, W., Mitler, M. Effects of imipramine, chlorimipramine, and fluoxetine on cataplexy in dogs. Pharmaco. Biochem Behav 5:599-602, 1976.

174. Netick, A., Orem, J., Dement, W. Neuronal activity specific to REM sleep and its relationship to breathing. Brain Res 120:197-207, 1977.

175. Guilleminault, C., Dement, W.  235 cases of excessive daytime sleepiness.  Diagnosis and tentative classification.  J Neurol Sci 31:13-27, 1977.

176. Simmons, F., Guilleminault, C., Dement, W., Tilkian, A., Hill, M.  Surgical management of airway obstructions during sleep.  Laryngoscope 87:326-338, 1977.

177. Carskadon, M., Dement, W.  Sleepiness and sleep state on a 90-minute schedule.  Psychophysiol 14:127-133, 1977.

178. Guilleminault, C., Eldridge, F., Tilkian, A., Simmons, F., Dement, W.  Sleep apnea syndrome due to upper airway obstruction: a review of 25 cases.  Arch Intern Med 137:296-300, 1977.

179. Guilleminault, C., Dement, W.  Amnesia and disorders of excessive daytime sleepiness.  In McGaugh, J. and Drucker-Colin, R. (eds), Neurobiology of Sleep and Memory.  New York:  Academic Press, Inc., p. 439-456, 1977.

180. Holman, R., Dement, W., Guilleminault, C.  Sleep disorders and neurotransmitters.  In Usdin, E., Hamburg, D., Barchas, J. (eds), Neuroregulators and Psychiatric Disorders.  New York:  Oxford University Press, p. 312-318, 1977.

181. Orem, J., Netick, A., Dement, W.  Increased upper airway resistance to breathing during sleep in the cat.  Electroencephalogr Clin. Neurophysiol 43:14-22, 1977.

181.1  Dement, W., Baird, W.  Narcolepsy:  Care and Treatment.  A guide for the primary care physician whose patient is afflicted with narcolepsy.    Stanford:  American Narcolepsy Association, p. 22, 1977.

182. Dement, W., Guilleminault, C., Zarcone, V., Wilson, R., Carskadon, M.  The narcolepsy syndrome.  In Conn, H. and Conn, R. (eds), Current Diagnosis, Vol. 5.  Philadelphia:  W.B. Saunders Company, p. 985-989, 1977.

183. Mitler, M., Lund, R., Sokolove, P., Pittendrigh, C., Dement, W.  Sleep and acitivity rhythms in mice: a description of circadian patterns and unexpected disruption in sleep.  Brain Res 131:129-145, 1977.

184. Dement, W., Zarcone, V.  Pharmacological treatment of sleep disorders.  In Barchas, J., Berger, P., and Ciaranello, R. (eds), Psychopharmacology from Theory to Practice.  New York:  Oxford University Press, p. 243-259, 1977.

185. Orem, J., Netick, A., Dement, W.  Breathing during sleep and wakefulness in the cat.  Respir Physiol 30:265-289, 1977.

186. Tilkian, A., Guilleminault, C., Schroeder, J., Lehrman, K., Simmons, R., Dement, W.  Sleep-induced apnea syndrome.  Prevalence of cardiac arrhythmias and their reversal after tracheostomy.  Am J Med 63:348-358, 1977.

187. Guilleminault, C., Tilkian, A., Lehrman, K., Forno, L, Dement, W.  Sleep apnea syndrome: states of sleep and autonomic dysfunction.  J Neurol Neurosurg Psychiatr 40:718-725, 1977.

188. Dement, W., Carskadon, M., Guilleminault, C., Zarcone, V.  Narcolepsy:  a major cause of excessive sleepiness.  Consultant 17 (No. 12):25-28, 1977.

189. Mitler, M., Dement, W.  Sleep studies on canine narcolepsy:  pattern and cycle comparisons between affected and normal dogs.  Electroencephalogr Clin Neurophysiol 43:691-699, 1977.

190. Guilleminault, C., Speigel, R., Dement, W.  A propos des insomnies.  Confront Psychiatr 15:151-172, 1977.

191. Guilleminault, C., Korobkin, R., Ariagno, R., Peraita, R., Souquet, M., Baldwin, R., Dement, W.  Sudden infant death syndrome: 24-hour polygraphic recording of "near miss" infants.  In Koella, W.P. and Levin, P. (eds), Sleep 1976, Third European Congress on Sleep Research. Basil: S. Karger, p. 338-340, 1977.

192. Guilleminault, C., Lehrman, K., Forno, L., Dement, W.  Sleep-related cardiac arrhythmia in upper airway sleep apnea patients (comparative study between pure upper airway apnea syndrome and Shy-Drager syndrome with sleep apnea).  In Koella, W.P. and Levin, P.

(eds.), Sleep 1976, Third European Congress on Sleep Research. Basel: S. Karger, p. 433-434, 1977.

193. Montplaisir, J., Billiard, M., Takahashi, S., Bell, I., Guilleminault, C., Dement, W. Twenty-four hour recordings in REM narcoleptics with special reference to nocturnal sleep deprivation. Biol Psychiatr 13:73-89, 1978.

194. Dement, W., Holman, R., Guilleminault, C. Neurochemical and neuropharmacological foundations of the sleep disorders. In Usdin, E. and Mandell, A. (eds), Biochemistry of Mental Disorders: New Vistas. New York: Marcel Dekker, Inc., p. 121-143, 1978.

195. Carskadon, M., Harvey, K., Dement, W., Guilleminault, C., Simmons, F., Anders, T. Respiration during sleep in children. West J Med 128:477-481, 1978.

196. Guilleminault, C., Flagg, W., Coburn, S., Dement, W. Baclofen trial in six myotonic dystrophy patients. Acta Neurol Scand 57:232-238, 1978.

197. Dement, W. Sleep and the sleep disorders part I: normal sleep and polysomnography. Weekly Psychiatry Update Series, Lesson 29, Volume 2, p. 12, 1978,

198. Dement, W. Sleep and the sleep disorders part II: clinical symptoms and diagnosis. Weekly Psychiatry Update Series, Lesson 30, Volume 2, p. 8, 1978.

199. Dement, W. Sleep and the sleep disorders part III: the insomnia and parasomnias. Weekly Psychiatry Update Series, Lesson 31, Volume 2, p. 8, 1978.

200. Guilleminault, C., Dement, W. (eds), Sleep Apnea Syndromes. New York: Alan R. Liss, Inc., p. 390, 1978.

201. Dement, W., Carskadon, M., Richardson, G. Excessive daytime sleepiness in the sleep apnea syndrome. In Guilleminault, C., Dement, W. (eds), Sleep Apnea Syndromes. New York: Alan R. Liss, Inc., p. 23-46, 1978.

202. Dement, W., Carskadon, M., Mitler, M., Phillips, R., Zarcone, V. Prolonged use of flurazepam: a sleep laboratory study. Behav Med 5(10):25-31, 1978.

203. Motta, J., Guilleminault, C., Schroeder, J., Dement, W. Tracheostomy and hemodynamic changes in sleep-induced apnea. Ann Intern Me. 89:454-458, 1978.

204. Anders, T., Carskadon, M., Dement, W., Harvey, K. Sleep habits of children and the identification of pathologically sleepy children. Child Psychiatr Hum Dev 9(1):56-63, 1978.

205. Richardson, G., Carskadon, M., Flagg, W., van den Hoed, J., Dement, W., Mitler, M. Excessive daytime sleepiness in man: multiple sleep latency measurement in narcoleptic and control subjects. Electroencephalogr Clin Neurophysiol 45:621-627, 1978.

206. Guilleminault, C., Hill, M., Simmons, F., Dement, W. Obstructive sleep apnea: electromyographic and fiberoptic studies. Exp Neurol 62:48-67, 1978.

207. Guilleminault, C., Dement, W. Sleep apnea syndromes and related sleep disorders. In Williams, R. and Karacan, I. (eds), Sleep Disorders: Diagnosis and Treatment. New York: John Wiley & Sons, Inc., p. 9-28, 1978.

208. Bell, I., Guilleminault, C., Dement, W. Hypersomnia, multiple-system symptomology, and selective IgA deficiency. Biol Psychiatr 13(6):751-757, 1978.

209. Dement, W. Normal sleep and sleep disorders. In Usdin, G. and Lewis, J. (eds), Psychiatry in General Medical Practice. New York: McGraw-Hill, p. 414-437, 1979.

211. Glenn, L., Foutz, A., Dement, W. Membrane potential of spinal motoneurons during natural sleep in cats. Sleep 1(2):199-204, 1978.

212. Glenn, L., Foutz, A., Dement, W. A method for intracellular recording and identification of spinal motoneurons during natural sleep in cats. Brain Res 163:328-332, 1979.

213. Zarcone, V., Dement, W. Diagnosis and treatment of sleep disorders. In Freeman, A., Sack, R., Berger, P. (eds), Psychiatry for the Primary Care Physician. Baltimore: Williams and Wilkins, p. 303-315, 1979.

214. Dement, W. The relevance of sleep pathologies to the function of sleep. In Drucker-Colin, R., Shkurovich, M. and Sterman, M.B. (eds), The Functions of Sleep. New York:

Academic Press, p. 273-293, 1979.

215. Mitler, M., van den Hoed, J., Carskadon, M., Richardson, G., Park, R., Guilleminault, C., Dement, W. REM sleep episodes during the multiple sleep latency test in narcoleptic patients. Electroencephalogr Clin Neurophysiol 46:479-481, 1979.

216. Carskadon, M., Dement, W. Effects of total sleep loss on sleep tendency. Percept Mot Skills 48:495-506, 1979.

217. Faull, K., Foutz, A., Holman, R., Anderson, P., Dement, W. Assays of monoamine metabolites in CSF samples from control and narcoleptic canines. In Usdin, E., Kopin, I. and Barchas, J. (eds), Catecholamines: Basic and Clinical Frontiers, Volume 2. New York: Pergamon Press, p. 1602-1604, 1979.

218. Foutz, A., Netick, A., Dement, W. Sleep state effects on breathing after spinal cord transection and vagotomy in the cat. Respir Physiol 37:89-100, 1979.

219. van den Hoed, J., Lucas, E., Dement, W. Hallucinatory experiences during cataplexy in patients with narcolepsy. Am J Psychiatr 136:1210-1211, 1979.

220. Mitler, M., Dement, W. Narcolepsy. In Andrews, E., Ward, B. and Altman, N. (eds), Spontaneous Animal Models of Human Diseases, Volume 2. New York: Academic Press, p. 165-170, 1979.

221. Foutz, A., Mitler, M., Cavalli-Sforza, L., Dement, W. Genetic factors in canine narcolepsy. Sleep 1:413-422, 1979.

222. Mitler, M., Carskadon, M., Phillips, R., Sterling, W., Zarcone, V., Jr., Speigel, R., Guilleminault, C., Dement, W. Hypnotic efficacy of temazepam: a long-term sleep laboratory evaluation. Br J Clin Pharmac 8:63S-68S, 1979.

223. Lucas, E., Goutz, A., Dement, W., Mitler, M. Sleep cycle organization in narcoleptic and normal dogs. Physiol Behav 23:737-743, 1979.

224. Delashaw, J., Foutz, A., Guilleminault, C., Dement, W. Cholinergic mechanisms and cataplexy in dogs. Exp Neurol 66:745-757, 1979.

225. Foutz, A., Mitler, M., Dement, W. Narcolepsy. In Chrisman, C. (ed), Advances in Neurology, The Veterinary Clinics of North America, Vol. 10. Philadelphia: Saunders Co., p. 65-80, 1980.

226. Anders, T., Carskadon, M., Dement, W. Sleep and sleepiness in children and adolescents. In Litt, I. (ed), Pediatric Clinics of North America, Vol. 27, No. 1, p. 29-43, 1980.

227. Orr, W. Stahl, M., Dement, W., Redington, D. Physician education in sleep disorders. J Med. Educ 55:367-369, 1980.

228. Carskadon, M., Dement, W. Distribution of REM sleep on a 90 minute sleep-wake schedule. Sleep 2:309-317, 1980.

229. Carskadon, M., Harvey, K., Duke, P., Anders, A., Litt, I., Dement, W. Pubertal changes in daytime sleepiness. Sleep 2:453-460, 1980.

230. Glenn, L., Foutz, A., Dement, W. Sleep during neuromuscular blockade in cats. Electroencephalogr Clin Neurophysiol 50:141-150, 1980.

231. Guilleminault, C., Cummiskey, J., Dement, W. Sleep apnea syndromes: recent advances. In Stollerman, H. (ed), Advances in Internal Medicine, Vol. 26. Chicago: Yearbook Medical Publishers, Inc., p. 347-372, 1980.

232. Mitler, M., Dement, W., Guilleminault, C., Foutz, A. Canine narcolepsy. In Rose, F. and Behan, P. (eds), Animal Models of Neurological Disease. Kent, England: Pitman Medical Ltd., p. 226-238, 1980.

233. Miles, L, Dement, W. Sleep and aging. Sleep 3(2):1-151, 1980.

234. Carskadon, M., van den Hoed, J., Dement, W. Insomnia and sleep disturbance in the aged: sleep and daytime sleepiness in the elderly. J Geriatr Psychiatr 13(2):135-151, 1980.

235. Mitler, M., Dement, W. Sleep disorders centers -- for which patients? Consultant

21:155-164, 1981.

236.    Czeisler, C., Richardson, G., Coleman, R., Zimmerman, J., Moore-Ede, M., Dement, W., Weitzman, W. Chronotherapy: resetting the circadian clocks of patients with delayed sleep phase insomnia. Sleep 4:23-37, 1981.

237.    van den Hoed, J., Kraemer, H., Guilleminault, C., Zarcone, V., Miles, L., Dement, W., Mitler, M. Disorders of excessive daytime somnolence: polygraphic and clinical data for 100 patients. Sleep 4:23-37, 1981.

238.    Carskadon, M., Dement, W. Cumulative effects of sleep restriction on daytime sleepiness. Psychophysiol 18(2):107-113, 1981.

239.    LaBerge, S., Nagel, L., Dement, W., Zarcone, V., Jr. Lucid dreaming verified by volitional communication during REM sleep. Percept Mot Skills 52:727-732, 1981.

240.    Glenn, L., Dement, W. Membrane potential and input resistance of cat spinal motoneurons in wakefulness and sleep. Behav Brain Res 2:231-236, 1981.

241.    Guilleminault, C., Dement, W. Polysomnography. In Sackner, M. (ed), Diagnostic Techniques in Pulmonary Disease (Part II). New York: Marcel Dekker, Inc., p. 849-860, 1981.

242.    Carskadon, M., Dement, W. Respiration during sleep in the aged human. J Gerontol 36 (4):420-423, 1981.

243.    Carskadon, M., Harvey, K., Dement, W. Acute restriction of nocturnal sleep in children. Percept Mot Skills 53:103-112, 1981.

244.    Guilleminault, C., Simmons, F.B., Motta, J., Cummiskey, J., Rosekind, M., Schroeder, J.S., Dement, W.C. Obstructive sleep apnea syndrome and tracheostomy: long-term follow up experience. Arch Intern Med 141:985-988, 1981.

245.    Coleman, R., Miles, L., Guilleminault, C., Zarcone, V., van den Hoed, J., Dement, W. Sleep-wake disorders in the elderly: a polysomnographic analysis. J Am Geriatr Soc 29:289-296, 1981.

246.    Carskadon, M., Harvey, K., Dement, W. Sleep loss in early adolescents. Sleep 4:299-312, 1981.

247.    Dement, W., Karacan, I. Will sleep research survive the 1980's? Obstacles and prospects. In Karacan, I. (ed), Psychophysiological Aspects of Sleep. Proceedings of the Third International Congress on Sleep Research. New Jersey: Noyes Medical Publication, p. 1-8, 1981.

248.    Foutz, A., Delashaw, J., Guilleminault, C., Dement, W. Monoaminergic mechanisms and experimental cataplexy. Ann Neurol 10:369-376, 1981.

249.    Richardson, G., Lewis, P., Orav, E., Dement, W. Local serial correlation in behavioral states in the mouse, Technical Report. Monterey: Naval Postgraduate School, p. 16, 1981.

250.    Carskadon, M., Harvey, K., Dement, W. Multiple sleep latency tests in the development of narcolepsy. West J Med 135:414-418, 1981.

251.    Dement, W., Carskadon, M. An essay on sleepiness. In Actualites en Medecine Experimentale, En hommage au Professeur P. Passouant. Montpellier, France: Euromed, p. 47-71, 1981.

252.    Weitzman, E., Czeisler, C., Coleman, R., Spielman, A., Zimmerman, J., Dement, W. Delayed sleep phase syndrome. Arch Gen Psychiat 38:737-746, 1981.

253.    Glenn, L., Dement, W. Membrane potential, synaptic activity, and excitability of hindlimb motoneurons during wakefulness and sleep. J Neurophysiol 46:839-854, 1981.

254.    Glenn, L., Dement, W. Group I excitatory and inhibatory potentials in hindlimb motoneurons during wakefulness and sleep. J Neurophysiol 46:1089-1101, 1981.

255.    Glenn, L., Dement, W. Membrane resistance and rheobase of hindlimb motoneurons during wakefulness and sleep. J Neurophysiol 46:1076-1088, 1981.

256.    Baker, T., Netick, A., Dement, W. Sleep-related apneic and apneustic breathing

following pneumotaxic lesion and vagotomy. Respir Physiol 46:271-294, 1981.

257. Dement, W. Does clinical polysomnography (somnology) exist? Association of Sleep Disorders Centers Newsletter 3(3):3-5, 1981.

258. Dement, W. Foreword to Disorders of Sleeping and Waking: Indications and Techniques, Guilleminault, C. (ed). Menlo Park: Addison Wesley, p. xi-xix, 1981.

259. Coleman, R., Roffwarg, H., Kennedy, S. Guilleminault, C., Cinque, J., Cohn, M., Karacan, I., Kupfer, D., Lemmi, H., Miles, L., Orr, W., Phillips, E., Roth, T., Sassin, J., Scmidt, H., Weitzman, E., Dement, W. Sleep-wake disorders based on a polysomnographic diagnosis: a national cooperative study. JAMA 247:997-1003, 1982.

260. Dement, W., Miles, L., Carskadon, M. "White paper" on sleep and aging. J Am Geriatr Soc 30:25-50, 1982.

261. Baker, T., Foutz, A., McNerney, V., Mitler, M., Dement, W. Canine model of narcolepsy: genetic and developmental determinants. Exp Neurol 75:729-742, 1982.

262. Mefford, I., Foutz, A., Noyce, N., Jurik, S., Handen, C., Dement, W., Barchas, J., Distribution of norepinephrine, epinephrine, dopamine, serotonin, 3,4-dihydroxyphenylactic acid, homovanillic acid and 5-hydroxyindole-3-acetic acid in dog brain. Brain Res 236:339-349, 1982.

263. Dement, W., Seidel, W.F., Carskadon, M. Daytime alertness, insomnia, and benzodiazepines. Sleep 5:S28-S45, 1982.

264. Dement, W., Miles, L., Bliwise, D. Physiological markers of aging: human sleep pattern changes. In Reff, M. and Schneider, E. (eds), Biological Markers of Aging, NIH Publication No. 82-2221, Bethesda, Maryland, 1982.

265. Faull, K., Barchas, J., Foutz, A., Dement, W., Holman, R. Monoamine metabolite concentrations in cerebrospinal fluid of normal and narcoleptic dogs. Brain Res 242:137-143, 1982.

266. Dement, W. Sleep disorders and their substrates. Nouv Presse Med 11:2967-2980, 1982.

267. Dement, W., Carskadon, M. Current perspectives on daytime sleepiness: the issues. Sleep 5:S56-S66, 1982.

268. Carskadon, M., Dement, W. Multiple sleep latency test: What does it measure? Sleep 5:S67-S72, 1982.

269. Carskadon, M., Dement, W. Nocturnal determinants of daytime sleepiness. Sleep 5:S73-S81, 1982.

270. Richardson, G.S., Carskadon, M.A., Orav, E.J., Dement, W.C. Circadian variation of sleep tendency in elderly and young adult subjects. Sleep 5:S82-S94, 1982.

271. Seidel, W.F., Dement, W. Sleepiness in insomnia: evaluation and treatment. Sleep 5:S182-S190, 1982.

272. Coleman, R., Bliwise, D., Boomkamp, A., de Bruyn, L., Dement, W. Daytime sleepiness in patients with periodic movements in sleep. Sleep 5:S191-S202, 1982.

273. Carskadon, M., Seidel, W.F., Greenblatt, D., Dement, W. Daytime carryover of triazolam and flurazepam in elderly insomniacs. Sleep 5(4):361-371, 1982.

274. Carskadon, M., Brown, E., Dement, W. Sleep fragmentation in the elderly: relationship to daytime sleep tendency. Neurobiol of Aging 3:321-327, 1982.

275. Dement, W., Seidel, W.F., Carskadon, M., Bliwise, D. Changes in daytime sleepiness/alertness with nighttime benzodiazepines. In Usdin, W., Skolnick, P., Tallman, J.F., Greenblatt, D. and Paul, S.M. (eds), Pharmacology of Benzodiazepines. London: MacMillan Press Ltd., p. 219-228, 1982.

276. Glenn, L., Dement, W. Motoneurons properties during electromyogram pauses in sleep. Brain Res 243:11-23, 1982.

277. Guilleminault, C., Seidel, W.F., Chernik, D.A., Dement, W.C. Objective long term nocturnal and daytime evaluation of flunitrazepam. In: Sleep 1982. Koella, W. (ed),

Basel: S. Karger, p. 1-3, 1982.

278. Dement, W., Carskadon, M. Daytime drowsiness: when it indicates a clinically significant problem. Consultant 23(3):182-199, 1983.

279. Dement, W. A life in sleep research. In: Sleep Disorders: Basic and Clinical Research. Chase, M. and Weitzman, E. (eds), New York: Spectrum Publications, Inc., p. 525-548, 1983.

280. Mefford, I., Baker, T., Boehme, R., Foutz, A., Ciaranello, R., Barchas, J., Dement, W. Narcolepsy: biogenic amine deficits in an animal model. Science 220:629-632, 1983.

281. Bliwise, D., Seidel, W.F., Karacan, I., Mitler, M., Roth, T., Zorick, F., Dement, W. Daytime sleepiness as a criterion in hypnotic medication trials: comparison of triazolam and flurazepam. Sleep 6(2):156-163, 1983.

282. Baker, T., Mitler, M., Foutz, A., Dement, W. Diagnosis and treatment of narcolepsy in animals. In: Current Veterinary Therapy, VIII, Small Animal Practice. Kirk, R. W. (ed), Philadelphia: W.B. Saunders Co., p. 755-759, 1983.

283. Johnson, L.C., Spinweber, C.L., Seidel, W.F., Dement, W.C. Sleep spindle and delta changes during chronic use of a short-acting and a long-acting benzodiazepine hypnotic. Electroencephalogr Clin Neurophysiol 55:662-667, 1983.

284. Bliwise, D.L., Carey, E., Dement, W.C. Nightly variation of sleep-related respiratory disturbance in older adults. Exp Aging Res 9(2):77-81, 1983.

285. Welstein, L., Redington, D., Dement, W., Guilleminault, C., Mitler, M. Insomnia in the San Francisco Bay Area: a telephone survey. In: Sleep/Wake Disorders: Natural History, Epidemiology, and Long-Term Evolution. Guilleminault, C. and Lugaresi, E. (eds), New York: Raven Press, p. 73-85, 1983.

286. Carskadon, M., Orav, J., Dement, W.C. Evolution of sleep and daytime sleepiness in adolescents. In: Sleep/Wake Disorders: Natural History, Epidemiology, and Long-Term Evolution. Guilleminault, C. and Lugaresi, E. (eds), New York: Raven Press, p. 201-216, 1983.

287. Coleman, R., Bliwise, D., de Bruyn, L., Boomkamp, A., Sajben, N., Menn, M., Dement, W. Epidemiology of periodic movements during sleep. In: Sleep/Wake Disorders: Natural History, Epidemiology, and Long-Term Evolution. Guilleminault, C. and Lugaresi, E. (eds), p. 217-229, 1983.

288. Dement, W.C. Signs and symptoms of sleep disorders. In: Clinical Aspects of Sleep Disorders, Proceedings of a Symposium. Walsh, J., Bertelson, A. and Schweitzer, P. (eds), St. Louis: Deaconess Hospital, p. 13-32, 1983.

289. Dement, W.C. Insomnia: clinical implications. In: Clinical Aspects of Sleep Disorders, Proceedings of a Symposium. Walsh, J., Bertelson, A. and Schweitzer, P. (eds), St. Louis: Deaconess Hospital, p. 33-49, 1983.

290. Bliwise, D., Seidel, W.F., Schanfald, D., Dement, W. Short-term trial of estazolam in geriatric insomniacs. Curr Ther Res 34:1009-1013, 1983.

291. Dement, W. Rational basis for the use of sleeping pills. Pharmacology 27:3-38, 1983.

292. Mitler, M.M., Seidel, W.F., van den Hoed, J., Greenblatt, D.J., Dement, W.C. Comparative hypnotic effects of flurazepam, triazolam, and placebo: a long-term simultaneous nighttime and daytime study. J Clin Psychopharm 4:2-13, 1984.

293. Boehme, R., Baker, T., Mefford, I., Barchas, J., Dement, W., Ciaranello, R. Narcolepsy: cholinergic receptor changes in an animal model. Life Sci 34:1825-1828, 1984.

294. Dement, W., Miles, L. Aspects of sleep and aging. In: Clinical Neurology of Aging. Albert, M. (ed), New York: Oxford University Press, p. 197-215, 1984.

295. Seidel, W.F., Roth, T., Roehrs, T., Zorick, F., Dement, W.C. Treatment of a 12-hour shift of sleep schedule with benzodiazepines. Science 224:1262-1264, 1984.

296. Dement, W., Seidel, W.F., Carskadon, M. Issues in the diagnosis and treatment of insomnia. In: Sleep, Benzodiazepines and Performance. Hinmarch, I., Ott, H., Roth, T.

(eds), Berlin: Springer Verlag, p. 11-43, 1984.

297. Dement, W. Disordered sleep -- why? Diagnosis 6:106-114, 1984.

298. Bliwise, D., Carskadon, M., Carey, E., Dement, W. Longitudinal development of sleep-related respiratory disturbance in adult humans. J Gerontol 39:290-293, 1984.

299. Dement, W. Sleep disorders centers: resources for primary care physicians. In: Physician's Guide to the Recognition and Treatment of Sleep Disorders in the Elderly. Kupfer, D. and Crook, T. (eds), New Canaan: Mark Powley Association, Inc., p. 51-52, 1984.

300. Seidel, W.F., Ball, S., Cohen, S., Patterson, N., Yost, D., Dement, W.C. Daytime alertness in relation to mood, performance, and nocturnal sleep in chronic insomniacs and noncomplaining sleepers. Sleep 7:230-238, 1984.

301. Bliwise, D., Seidel, W.F., Greenblatt, D.J., Dement, W.C. Nighttime and daytime efficacy of flurazepam and oxazepam in chronic insomnia. Am J Psychiatr 141:191-195, 1984.

302. Bowersox, S., Baker, T., Dement, W. Sleep/wakefulness patterns in the aged cat. Electroencephalogr Clin Neurophysiol 58:240-252, 1984.

303. Bowersox, S.S., Floyd, T., Dement, W. Electroencephalogram during sleep in the cat: age effects on slow-wave activity. Sleep 7:380-385, 1984.

304. Johnson, L., Mitler, M., Dement, W. Comparative hypnotic effects of flurazepam, triazolam and placebo: a reanalysis. Naval Health Research Center Report No. 84-13, p. 25, 1984.

305. Bliwise, D., Bliwise, N.G., Kraemer, H.C., Dement, W. Measurement error in visually scored electrophysiological data: respiration during sleep. J Neurosci Meth 12:49-56, 1984.

306. Bowersox, S.S., Baker, T., Dement, W.C. Rapid eye movement sleep and its relationship to feeding behavior in the adult cat. Physiol Behav 32:907-909, 1984.

307. Richardson, G., Moore-Ede, M., Czeisler, C., Dement, W. Circadian rhythms of sleep and wakefulness in mice: analysis using long-term automated recording of sleep. Am J Physiol 248:R320-R330, 1985.

308. Yesavage, J., Bliwise, D., Guilleminault, C., Carskadon, M., Dement, W. Preliminary communication: intellectual deficit and sleep-related respiratory disturbance in the elderly. Sleep 8:30-33, 1985.

309. Kotagal, S., Dement, W. Overview of sleep apnea and its prevalence in the elderly. Consultant 25:86-105, 1985.

310. Baker, T.L., Dement, W.C. Canine narcolepsy-cataplexy syndrome: evidence for an inherited monoaminergic-cholinergic imbalance. In D.J. McGinty et al. (eds), Brain Mechanisms of Sleep. New York: Raven Press, p. 199-234, 1985.

311. Bowersox, S., Kaitin, K., Dement, W. EEG spindle activity as a function of age: relationship to sleep continuity. Brain Res 334:303-308, 1985.

312. Dement, W., Richardson, G., Prinz, P., Carskadon, M., Kripke, D., Czeisler, C. Changes of sleep and wakefulness with age. In C.E. Finch and E.L. Sneider (eds), Handbook of the Biology of Aging, 2nd ed. New York: Van Nostrand Reinhold Co., p. 692-717, 1985.

313. Kushida, C.A., Baker, T.L., Dement, W.C. Electroencephalographic correlates of cataplectic attacks in narcoleptic canines. Electroencephalogr Clin Neurophysiol 61:61-70, 195.

314. Welsh, D., Richardson, G., Dement, W. A circadian rhythm of hippocampal theta activity in the mouse. Physiol Behav 35:533-538, 1985.

315. Seidel, W.F., Cohen, S.A., Wilson, L., Dement, W.C. Effects of alprazolam and diazepam on the daytime sleepiness of nonanxious subjects. Psychopharmacol 87:194-197, 1985.

316.   Carskadon, M.A., Dement, W.C.  Sleep loss in elderly volunteers.  Sleep 8:207-221, 1985.

317.   Bliwise, D., Petta, D., Seidel, WF., Dement, W.  Periodic leg movements during sleep in the elderly.  Arch Gerontol Geriat 4:273-281, 1985.

318.   Baker, T.L., Bowersox, S.S., Kaitin, K.I., Dement, W.C.  Pharmacological mechanisms of cataplexy in the genetic form of the narcolepsy/cataplexy syndrome in dogs.  In Sleep '84:  Proceedings of the 7th European Congress on Sleep Research, p. 377-384, 1985.

319.   Glenn, L.L., Dement, W.C.  Membrane potential and input resistance in alpha motoneurons of hindlimb extensors during isolated and clustered episodes of phasic events in REM sleep.  Brain Res 339:79-86, 1985.

320.   Seidel, W.F., Cohen, S.A., Bliwise, N.G., Dement, W.C.  Buspirone:  an anxiolytic without sedative effect.  Psychopharmacol 87:371-373, 1985.

321.   Kilduff, T.S., Bowersox, S., Kaitin, K., Baker, T.L., Ciaranello, R.D., Dement, W.C.  Muscarinic cholinergic receptors and the canine model of narcolepsy.  Sleep 9:102-106, 1986.

321.1  LaBerge, S., Levitan, L., Dement, W.  Lucid dreaming:  physiological correlates of consciousness during REM sleep.  J Mind Behav 7:251-258, 1986.

322.   Faull, K.F., Zeller-DeAmicis, L., Radde, L., Bowersox, S.S., Baker, T.L., Kilduff, T.S., Dement, W.C.  Biogenic amine concentrations in the brains of normal and narcoleptic canines:  current status.  Sleep 9:107-110, 1986.

323.   Bowersox, S., Kilduff, T., Kaitin, K., Dement, W.C., Ciaranello, R.  Brain benzodiazepine receptor characteristics in canine narcolepsy.  Sleep 9:111-115, 1986.

324.   Kaitin, K., Kilduff, T.S., Dement, W.C.  Sleep fragmentation in genetically narcoleptic dogs.  Sleep 9:116-119, 1986.

325.   Schwartz, W.J., Morton, M.T., Williams, R.S., Tamarkin, L., Baker, T.L., Dement, W.C.  Circadian timekeeping in narcoleptic dogs.  Sleep 9:120-125, 1986.

326.   Siegel, J.M., Fahringer, H. Tomaszewski, K.S., Kaitin, K., Kilduff, T., Dement, W.C.  Heart rate and blood pressure changes associated with cataplexy in canine narcolepsy.  Sleep 9:216-221, 1986.

327.   Welsh, D.K., Nino-Murcia, G., Gander, P.H., Keenan, S., Dement, W.C.  Regular 48-hour cycling of sleep duration and mood in a 35-year old woman:  use of lithium in time isolation.  Biol Psychiatr 21:527-537, 1986.

327.1  Bliwise, N.G., Bliwise, D.L., Dement, W.C.  Age psychopathology in insomnia.  Clin Gerontol 4(2):3-9, 1985.

328.   Welsh, D.K., Engel, M.R.A., Richardson, G.S., Dement, W.C.  Precision of circadian wake and activity onset timing in the mouse.  J Comp Physiol A 158:827-834, 1986.

329.   Sink, J.E., Bliwise, D.L., Dement, W.C.  Self-reported excessive daytime somnolence and impaired respiration in sleep.  Chest 90:177-180, 1986.

330.   Seidel, W.F., Cohen, S.A., Bliwise, N.G., Roth, T., Dement, W.C.  Dose-related effects of triazolam and flurazepam on a circadian rhythm insomnia.  Clin Pharmacol Therap 40 (3):314-320, 1986.

331.   Bliwise, D., Yesavage, J., Sink, J., Widrow, L., Dement, W.C.  Depressive symptoms and impaired respiration in sleep.  J Consult Clin Psychol 54(5):734-735, 1986.

332.   Welsh, D.K., Richardson, G.S., Dement, W.C.  Effect of age on the circadian pattern of sleep and wakefulness in the mouse.  J Gerontol 41(5):579-586, 1986.

333.   Carskadon, M.A., Dement, W.C., Mitler, M.M., Roth, T., Westbrook, P.R., Keenan, S.  Guidelines for the Multiple Sleep Latency Test (MSLT):  a standard measure of sleepiness.  Sleep 9(4):519-524, 1986.

334.   Dement, W.C., Seidel, W.F., Cohen, S.A., Bliwise, N.G., Carskadon, M.A.  Sleep and wakefulness in aircrew before and after transoceanic flights.  Aviat Space Environ Med 57:B14-B28, 1986.

335. Kaitin, K.I., Bliwise, D.L., Gleason, K., Nino-Murcia, G., Dement, W.C., Libet, B. Sleep disturbances produced by electrical stimulation of the locus coeruleus in a human subject. Biol Psychiatr 21:710-716, 1986.

336. Kaitin, K.I., Kilduff, T.S., Dement, W.C. Evidence for excessive sleepiness in canine narcoleptics. Electroencephalogr Clin Res 64:447-454, 1986.

337. Dement, W.C. Normal sleep, disturbed sleep, transient and persistent insomnia. Acta Psychiatr Scand Suppl 332(7):41-46, 1986.

338. Graeber, R.C., Dement, W.C., Nicholson, A.N., Sasaki, M., Wegmann, H.M. International cooperative study of aircrew layover sleep: operational summary. Aviat Space Environ Med 57(12, Suppl.):B10-13, 1986.

339. Lerman, J.A., Kaitin, K.I., Dement, W.C., Peroutka, S.J. The effects of buspirone on sleep in the rat. Neurosci Lett 72:64-68, 1986.

340. Baker, T., Guilleminault, C., Nino-Murcia, G., Dement, W.C. Comparative polysomnographic studies of narcolepsy and idiopathic central nervous system hypersomnia. Sleep 9:232-242, 1986.

341. Bliwise, D.L., Feldman, D.E., Bliwise, N.G., Carskadon, M.A., Kraemer, H.C., North, C.S., Petta, D.E., Seidel, W.F., Dement, W.C. Risk factors for sleep disordered breathing in heterogenous geriatric populations. J Am Geriatr Soc 35:132-141, 1987.

342. Bowersox, S.S., Kilduff, T.S., Faull, K.F., Dement, W.C., Ciaranello, R.D. Brain dopamine levels elevated in canine narcolepsy. Brain Res 402:44-48, 1987.

343. Kilduff, T.S., Bowersox, S.S., Faull, K.F., Zeller-DeAmicis, L., Radeke, C.M., Ciaranello, R.D., Heller, H.C., Barchas, J.D., Dement, W.C. Modulation of activity of the striatal dopaminergic system during the hibernation cycle. J Neurosci 7(9):2732-2736, 1987.

344. Carskadon, M.A., Dement, W.C. Daytime sleepiness: quantification of a behavioral state. Neurosci Biobehav Rev 11:307-317, 1987.

345. Guilleminault, C., Mondini, S., Montplaisir, J., Mancuso, J., Cobasko, D., Dement, W.C. Periodic leg movement, L-dopa, 5-hydroxytryptophan, and L-tryptophan. Sleep 10 (4):393-7, 1987.

346. Holloman, J.D., Bell, J.I., Kilduff, T.S., Dement, W.C., Guilleminault, C. McDevitt, H.O. HLA-DR restriction-fragment-length polymorphisms in narcolepsy. J Neurosci Res 18(1):239-244, 1987.

347. Seidel, WF., Cohen, S., Bliwise, N.G., Dement, W.C. Ceterizine effects on objective measures of daytime sleepiness and performance. Ann Allergy 59(6 Pt 2):58-62, 1987.

348. Nino-Murcia, G., Dement, W.C. Psychophysiological and pharmacological aspects of somnambulism and night terrors in children. In Herbert Meldzer (ed), Psychopharmacology: the third generation of progress. New York: Raven Press, 1987

349.1. Nino-Murcia, G., Bliwise, D., Keenan, S., Dement, W.C. The assessment of a new technology for evaluating respiratory abnormalities in sleep: a comparison of the polysomnogram and an ambulatory microprocessor. Int J Tech Assess 3: 427-445, 1987.

350. Medical School Curriculum Task Force, Association of Professional Sleep Societies (Chaired by William C. Dement, M.D., Ph.D.). The medical school curriculum consensus workshop: consensus document. Sleep 11(6):566-570, 1988.

351. Bowersox, S.S., Dement, W.C., Glotzbach, S.F. The influence of ambient temperature on sleep characteristics in the aged cat. Brain Res 457:200-203, 1988.

352. Bliwise, D.L., Bliwise, N.G., Partinen, M., Pursley, A.M., Dement, W.C. Sleep apnea and mortality in an aged cohort. Am J Public Health 78(5):544-547, 1988.

353. Bliwise, D.L., Seidel, W.F., Cohen, S.A., Bliwise, N.G., Dement, W.C. Profile of mood states changes (POMS) during and after 5 weeks of nightly triazolam administration. J Clin Psychiatr 49(9):349-355, 1988.

354. Faull, K.F., Bowersox, S.S., Zeller DeAmicis, L., Maddaluno, J.F., Ciaranello, R.D., Dement, W.C. Influence of freezer storage time on cerebral biogenic amine and metabolite concentrations and receptor ligand binding characteristics. Brain Res 450:225-230, 1988.

355. Guilleminault, C., Holloman, J., Grumet, C., Kilduff, T., McDevitt, H.O., Dement, W.C., Mitler, M.M. HLA-DR2 and the narcolepsy syndrome: the Stanford experience. In Honda, Y. and Juji, T. (eds), HLA in Narcolepsy. New York: Springer Verlag, p. 108-113, 1988.

356. Guilleminault, C., Partinen, M., Quera Salva, M.A., Hayes, B., Dement, W.C., Nino-Murcia, G. Determinants of daytime sleepiness in obstructive sleep apnea. Chest 94 (1):32-37, 1988.

357. Mignot, E., Guilleminault, C., Bowersox, S., Rappaport, A., Dement, W.C. Effect of alpha-1 adrenoceptors blockade with prazosin in canine narcolepsy. Brain Res 444 (1):184-186, 1988.

358. Mignot, E., Guilleminault, C., Bowersox, S., Rappaport, A., Dement, W.C. Role of central alpha-1 adrenoceptors in canine narcolepsy. J Clin Invest 82(3):885-94, 1988.

359. Mitler, M.M., Carskadon, M.A., Czeisler, C.A., Dement, W.C., Dinges., D.F., Graeber, R.C. Catastrophes, sleep, and public policy: consensus report. Sleep 11(1):100-109, 1988.

360. Welsh, D.K., Richardson, G.S., Dement, W.C. Effect of running wheel availability on circadian patterns of sleep and wakefulness in mice. Physiol Behav 43(6):771-777, 1988.

361. Maidment, N.T., Brumbaugh, D.R., Rudolph, V.D., Erdelyi, E., Faull, K.F., Dement, W.C., Barchas, J.D., Evans, C.J. In vivo dialysis: insights into the profile of opioid peptides released in discrete regions of the rat brain. Presented at the International Narcotics Conference, Alibi, France, 1988.

362. Bliwise, D.L., Carskadon, M.A., Dement, W.C. Nightly variation of periodic leg movements in sleep in middle aged and elderly individuals. Arch Gerontol Geriatr 7:273-279, 1988.

363. Bliwise, D.L., Tinklenberg, J., Yesavage, J.A., Davies, H., Pursley, A.M., Petta, D.E., Widrow, L., Guilleminualt, C., Zarcone, V.P., Dement, W.C. REM latency in Alzheimer's disease. Biol Psychiatr 25:320-328, 1989.

364. Kryger, M.H., Roth, T., Dement, W.C. (eds.). Principles and Practice of Sleep Medicine. Philadelphia: W.B. Saunders Co., p. 718, 1989.

364.1. Carskadon, M.A., Dement, W.C. Normal human sleep: an overview. In Principles and Practice of Sleep Medicine, M. Kryger, T. Roth and W. Dement (Eds.), WB Saunders Co, p. 3-13, 1989.

364.2. Roth, T., Roehrs, T., Caskadon, M., Dement, W.C. Daytime sleepiness and alertness. In Principles and Practice of Sleep Medicine, M. Kryger, T. Roth and W. Dement (Eds.), WB Saunders Co, p. 14-23, 1989.

364.3. Coleman, R.M., Dillingham, J., Dement, W.C. Sleepiness and alertness in American industries. Transact Am Nucl Soc 59:116-118, 1989.

365. Motoyama, M., Kilduff, T.S., Dement, W.C., Lee, B.S.M., McDevitt, H.O. Restriction fragment length polymorphism in canine narcolepsy. Immunogenetics 29:124-126, 1989.

366. Dean, R.R., Kilduff, T.S., Dement, W.C., Grumet, F.C. Narcolepsy without unique MHC class II antigen association: studies in the canine model. Hum Immunol 25:27-35, 1989.

367. Fruhstorfer, B., Mignot, E., Bowersox, S., Nishino, S., Dement, W.C., Guilleminault, C. Canine narcolepsy is associated with an elevated number of alpha-2 receptors in the locus coeruleus. Brain Res 500:209-214, 1989.

368. Bliwise, D.L., Ingham, R.H., Date, E.S., Dement, W.C. Nerve conduction and creatinine

clearance in aged subjects with periodic movements in sleep. J Gerontol (US) 44 (5):M164-M167, 1989.

369.    Nino-Murcia, G., McCann, C.C., Bliwise, D.L., Guilleminault, C., Dement, W.C. Compliance and side effects in sleep apnea patients treated with nasal CPAP. West J Med 150:165-169, 1989.

370.    Nishino, S., Mignot, E., Fruhstorfer, B., Dement, W.C., Hayaishi, O. Prostaglandin E2 and its methyl ester reduce cataplexy in canine narcolepsy. Proc Natl Acad Sci 86 (7):2483-2487, 1989.

371.    Carroll, J.S., Bliwise, D.L., Dement, W.C. A method for checking inter-observer reliability in observational sleep studies. Sleep 12:363-367, 1989.

372.    Edgar, D.M., Dement, W.C., Guilleminault, C. Sleep, exercise and age related changes in timekeeping. In A. Homma (ed), Proceedings, Fourth Congress of the International Psychogeriatric Association. Tokyo, Japan, Sept. 5-8, 1989.

373.    Siegel, J.M., Tomaszewski, K.S., Fahringer, H., Cave, G., Kilduff, T., Dement, W.C. Heart-rate and blood pressure changes during sleep-wake cycles and cataplexy in narcoleptic dogs. Am J Physiol 256:111-119, 1989.

374.    Mignot, E., Guilleminault, C., Bowersox, S., Fruhstorfer, B., Nishino, S., Maddaluno, J., Ciaranello, R., Dement, W.C. Central alpha-1 adrenoceptor subtypes in narcolepsy-cataplexy: a disorder of REM sleep. Brain Res 490:186-191, 1989.

375.    Mignot, E., Bowersox, S.S., Maddaluno, J., Dement, W.C., Ciaranello, R. Evidence for multiple [3H]-prazosin binding sites in canine brain membranes. Brain Res 486:56-66, 1989.

376.    Bliwise, D.L., Yesavage, J.A., Tinklenberg, J., Dement, W.C. Sleep apnea in Alzheimer's disease. Neurobiol of Aging 10(4):343-346, 1989.

377.    Mignot, E., Nishino, S., Dean, R., Valtier, D., Guilleminault, C., Dement, W.C. Noradrenergic and cholinergic control of cataplexy: evidence using a canine model of narcolepsy and therapeutic implications. In ICI Pharmaceuticals, ICI America Inc. (eds), Narcolepsy 3rd International Symposium, Selected Symposium Proceedings, p. 37-54, 1989.

378.    Nishino, S., Haak, L, Shepard, H., Guilleminault, C, Sakai, T., Dement, W.C., Mignot, E. Effects of central alpha-2 adrenergic compounds on canine narcolepsy, a disorder of rapid eye movement sleep. J Pharmacol Exp Ther 253(3):1145-1152, 1990.

379.    Kilduff, T.S., Dement, W.C., Heller, H.C. Functional mapping of brain activity during arousal states: mammalian hibernation as a model system. In: Endogenous Sleep Factors. Inoue, S. and Krueger, J.M. (eds). The Hague: SPB Academic Publishing, p. 229-239, 1990.

380.    Mignot, E., Nishino, S., Guilleminault, C., Dement, W.C. Noradrenergic and cholinergic control of cataplexy: pharmacological evidence. In: Endogenous Sleep Factors. Krueger, J.M. and Inoue, S. (eds), The Hague: SPB Academic Publishing, p. 203-215, 1990.

381.    Miller, J.D., Faull, K.F., Bowersox, S.S., Dement, W.C. CNS monoamines and their metabolites in canine narcolepsy: a replication study. Brain Res (Netherlands) 509 (1):169-171, 1990.

382.    Nishino, S., Mignot, E., Kuroda, K., Sakai, T., Dement, W.C. Noradrenergic and cholinergic control of cataplexy in canine narcolepsy: neuropharmacological evidence. Shinkei Kenkyo no Shinpo 34:461-473, 1990.

383.    Bliwise, D.L., Bevier, W.C., Bliwise, N.G., Edgar, D.M., Dement, W.C. Systematic 24-hour behavioral observations of sleep/wakefulness in a skilled care nursing facility. Psychol and Aging 5:16-24, 1990.

384.    Bliwise, D.L., Carroll, J.S., Dement, W.C. Predictors of observed sleep/wakefulness in residents in long term care. J Gerontol: Medical Sciences 45:M126-M130, 1990.

385. Nishino, S., Mignot, E., Kilduff, T.S., Sakai, T., Hayaishi, O, Dement, W.C. Prostaglandin E2 levels in cerebrospinal fluid of normal and narcoleptic dogs. Biol Psychiatr 28:904-910, 1990.

386. Nishino, S., Mignot, E., Fruhstorfer, B., Kilduff, T.S., Ueno, R., Hayaishi, O., Dement, W.C. Effects of intravenous administration of PGs on canine narcolepsy. In: Endogenous Sleep Factors. Inoue, S., Krueger, J.M. (eds), The Hague: SPB Academic Publishing, p. 77-83, 1990.

387. Van Gelder, R.N., von Zastrow, M.E., Yool, A., Dement, W.C., Barchas, J.D., Eberwine, J.H. Amplified RNA synthesized from limited quantities of heterogeneous cDNA. Proc Natl Acad Sci, USA 87:1663-1667, 1990.

388. Dement, W.C . A personal history of sleep disorders medicine. J Clin Neurophysiol 7 (1):17-47, 1990.

389. Mignot, E., Nishino, S., Valtier, D., Guilleminault, C., Dement, W.C. Role des systemes cholinergiques et noradrenergiques centraux dans le controle de la narcolepsie, une maladie du sommeil paradoxal. In Meyer, P., Elghozi, J.L., Quera Salva, A. (eds) 1990.

390. Mignot, E., Nishino, S., Valtier, D., Renaud, A., Guilleminault, C., Dement, W.C. Pharmacological control of narcolepsy. In Horne, J. (ed), Sleep '90. Bochum: Pontenagel Press, p. 409-415, 1990.

390.1. Seidel, W.F., Cohen, S.A., Bliwise, N.G., Dement, W.C. Direct measurement of daytime sleepiness after administration of cetirizine and hydroxyzine using a standardized EEG assessment. J Allergy Clin Immunol 86(6):1029-1033, 1990.

391. Hawkins, M., O'Connor, S., Radulavacki, M., Bowersox, S., Mignot, E., Dement, W.C. Radioligand binding to adenosine receptors and adenosine uptake sites in different brain regions of normal and narcoleptic dogs. Pharmacol Biochem Behav 38(1):1-6, 1991.

392. Valtier, D., Nishino, S., Guilleminault, C., Dement, W.C., Mignot, E. Platelet alpha-2 adrenoceptors in human and canine narcolepsy. Biol Psychiatr 29:376-382, 1991.

393. Bliwise, D.L., Nekich, J.C., Dement, W.C. Relative validity of self-reported snoring as a symptom of sleep apnea in a sleep clinic population. Chest 99:600-608, 1991.

394. Mignot, E., Wang, C., Rattazzi, C., Gaiser, C., Lovett, M., Guilleminault, C., Dement, W.C., Grumet, F.C. Genetic linkage of autosomal recessive narcolepsy with an immunoglobulin µ chain switch-like segment. Proc Natl Acad Sci (USA) 88: 3475-3478, 1991.

395. Edgar, D.M., Seidel, W.F., Martin, C.E., Sayeski, P.P., Dement, W.C. Triazolam fails to induce sleep in SCN-lesioned rats. Neurosci Lett 125:125-128, 1991.

396. Van Gelder, R.N., Edgar, D.M., Dement, W.C. Real-time automated sleep scoring: Validation of a microcomputer-based system for mice. Sleep 14(1):48-54, 1991.

397. Siegel, J.M., Nienhuis, R., Fahringer, H., Paul, R., Shiromani, P., Dement, W.C., Mignot, E., Chiu, C. Neuronal activity in narcolepsy: identification of cataplexy related cells in the medial medulla. Science 252:1315-1318, 1991.

398. Nishino, S., Arrigoni, J., Valtier, D., Miller, J., Guilleminault, C., Dement, W.C., Mignot, E. Dopamine D2 mechanisms in canine narcolepsy. J Neurosci 11:2666-2671, 1991.

399. Guilleminault, C., Dement, W.C. General physiology of sleep. In The Lung: Scientific Foundations, Volume 2, R Crystal & J West (Eds.), Raven Press, New York, p. 1609-1614, 1991.

400. Dement, W.C., Seidel, W.F., Cohen, S.A., Bailey, R.R., Rountree, M., Yost, D. Effects of alprazolam, buspirone and diazepam on daytime sedation and performance. Drug Invest 3(3):148-156, 1991.

401. Edgar, D.M., Kilduff, T.S., Martin, C.E., Dement, W.C. Influence of wheel activity on free-running sleep-wake and drinking circadian rhythms in mice. Physiol Behav 50:373-378, 1991.

402.   Edgar, D.M., Martin, C.E., Dement, W.C.  Activity feedback to the mammalian circadian pacemaker:  Influence on observed measures of rhythm period length.  J Biol Rhythms 6:185-199, 1991.

403.   Dement, W.C.  Introduction: clinical considerations.  Overview of the efficacy and safety of benzodiazepine hypnotic using objective methods.  J Clin Psychiatr 52(9,suppl): 27-30, 1991.

404.   Dement, W.C.  Objective measurements of daytime sleepiness and performance comparing quazepam with flurazepam in two adult populations using the Multiple Sleep Latency Test.  J Clin Psychiatr 52(9,suppl):31-37, 1991.

405.   Edgar, D.M., Dement, W.C.  Regularly scheduled voluntary exercise synchronizes the mouse circadian clock.  Am J Physiol 261(30):R928-R933, 1991.

406.   Edgar, D.M., Seidel, W.F., Dement, W.C.  Triazolam-induced sleep in the rat:  influence of prior sleep, circadian time, and light/dark cycles.  Psychopharmacol 105:374-380, 1991.

407.   Dement, W.C.  The Sleepwatchers.  Portable Stanford, Stanford Alumni Association, p. 164, 1991.

408.   Haak, L., Mignot, E., Kilduff, T.S., Dement, W.C., Heller, H.C.  Regional changes in central monoamine and metabolite levels during the hibernation cycle in the golden-mantled ground squirrel Citellus lateralis.  Brain Res 563:215-220, 1991.

409.   Bliwise, D., Carskadon, M., Seidel, W., Nekich, J., Dement, W.C.  MSLT-Defined sleepiness and neuropsychogical test performance do not correlate in the elderly.  Neurobiol of Aging 12(5):463-468, 1991.

410.   Renaud, A., Nishino, S., Dement, W.C., Guilleminault, C., Mignot, E.  Effects of SDZ NVI-085, a putative subtype selective alpha-1 agonist on canine cataplexy, a disorder of REM sleep.  Eur J Pharm 205:11-16, 1991.

411.   Edgar, D.M., Dement, W.C., Guilleminault, C.  Circadian and homeostatic determinants of sleep and aging.  In Sleep and Respiration in Aging Adults (ST Kuna, PM Suratt, JE Remmers, eds), New York: Elsevier, p. 57-60, 1991.

412.   Mignot, E., Guilleminault, C., Dement, W.C., Grumet, C.  Genetically determined animal models of narcolepsy, a disorder of REM sleep.  In Driscoll, D. (ed), Genetically Determined Animal Models of Neurobehavioral Dysfunction.  Cambridge:  Birkhauser Boston, Inc., p. 90-110, 1992.

413.   Reid, M.S., Kilduff, T.S., Romero, L.M., Florant, G.L., Dement, W.C, Heller, H.C.  Monoamine and metabolite levels in the cerebrospinal fluid of hibernating and euthermic yellow-bellied marmots.  J Sleep Res 1:45-50, 1992.

414.   Siegel, J.M., Nienhuis, R., Fahringer, H.M., Chiu, C., Dement, W.C., Mignot, E., Lufkin, R.  Activity of medial mesopontine units during cataplexy and sleep-waking states in the narcoleptic dog.  J Neurosci 12(5):1640-1646, 1992.

415.   Dement, W.C., Mignot, E.  Can narcolepsy be eradicated in this millennium?  Loss, Grief & Care 5(3/4):193-203, 1992.

416.   Valtier, D., Dement, W.C., Mignot, E.   Monoaminergic uptake in synaptosomes prepared from frozen brain tissue samples of normal and narcoleptic canines.  Brain Research 588:115-119, 1992.

417.   Mignot, E., Edgar, D.M., Miller, J., Prosser, R.A., Van Gelder, R.N., Nishino, S., Dement, W.C.  Strategies for the Development of New Treatments in Sleep Disorder Medicine.  In Mendlewicz J, Racagni G (eds): Target Receptors for Anxiolytics and Hypnotics: From Molecular Pharmacology to Therapeutics. Int  Acad Biomed Drug Res. 3(11):129-150, 1992.

418.   Carskadon, M.A., Dement, W.C.  Multiple sleep latency tests during the constant routine.  Sleep 15(5):396-399, 1992.

419.   Mignot, E., Lin, X.,  Kalil, J., George, C., Singh, S., Billiard, M., Montplaisir, J.,

Arrigoni, J., Guilleminault, C., Dement, W.C., Grumet, C.  DQB1-0602 (DQw1) is not present in most nonDR2 Caucasian narcoleptics. Sleep 15(5):415-422, 1992.

420.  Matsuki, K., Grumet, F.C., Lin, X., Gelb, M., Guilleminault, C., Dement, W.C., Mignot, E.  DQ (rather than DR) gene marks susceptibility to narcolepsy. Lancet 339:1052, 1992. (letter)

421.  Trachsel, L., Edgar, D.M., Seidel, W.F., Heller, H.C., Dement, W.C.  Sleep homeostasis in suprachiasmatic nuclei-lesioned rats:  Effects of sleep deprivation and triazolam administration. Brain Res 589:253-261, 1992.

422.  Dement WC, Gelb M.  Somnolence: its importance in society. Neurophysical Clin 23:5-14, 1993.

423.  Edgar DM, Dement WC, Fuller CA.  Effect of SCN Lesions on Sleep in Squirrel Monkeys:  Evidence for Opponent Processes in Sleep-Wake Regulation. Journal of Neuroscience 13(3):1065-1079, 1993.

424.  Mignot, E., Nishino, S., Hunt Sharp, L., Arrigoni, J., Siegel, J.M., Reid, M., Edgar, D., Ciaranello, R., Dement, W.C.  Heterozygocity at the canarc-1 locus can confer susceptibility for narcolepsy: Induction of cataplexy in heterozygous asymptomatic dogs after administration of a combination of drugs acting on monoaminergic and cholinergic systems. J Neuroscience 13(3): 1057-1064, 1993.

425.  Itoi A, Cilveti R, Voth M, Dantz B, Hyde P, Gupta A, Dement WC.  Can drivers avoid falling asleep at the wheel? AAA Foundation for Traffic Safety, February 1993.

426.  Rosen RC, Rosekind M, Rosevear C, Cole WE, Dement WC.  Physician education in sleep and sleep disorders:  a national survey of U.S. medical schools. Sleep 16(3):249-254, 1993.

426.  Mignot E, Guilleminault C, Grumet FC, Dement WC.  Is narcolepsy an autoimmune disease? In: Sleep, Hormones and Immunological System: Smirne, S., Franceschi, M., Ferini-Strambi, L., Zucconi, M. (Editors, Masson), 1992.

427.  Kilduff, T.S., Landel, H.B., Nagy, S., Sutin, E.L., Dement, W.C.  Melatonin Influences Fos Expression in the Rat Suprachiasmatic Nucleus. Molecular Brain Research 16:47-56; 1992.

428.  Edgar DM, Miller JD, Prosser RA, Dean RR, Dement WC.  Serotonin and the mammalian circadian system:  II. Phase-shifting rat behavioral rhythms with serotonergic agonists. J Biol Rhythms 8(1):17-31, 1993.

429.  Mignot E, Tafti M, Dement WC.  Genetique moleculaire et sommeil. Le Sommeil et ses troubles, Masson, Paris, France; M. Billiard, ed. p. 53-66, 1994.

431.  Dement WC.  It's time to wake up to the importance of sleep disorders.  JAMA 269 (12):1548-1550. Commentary. 1993.

432.  Dement WC.  The history of narcolepsy and other sleep disorders. J Hist Neurosci 2,121-134, 1993.

433.  Shapiro CM, Dement WC.  Impact and epidemiology of sleep disorders. BMJ 306:1604-1608, 1993.

434.  Nishino S, Arrigoni J, Shelton J, Dement WC, Mignot E.  Desmethyl metabolites of serotonergic uptake inhibitors are more potent for suppressing canine cataplexy than their parent compounds. Sleep 16(8):706-712, 1993.

435.  Mignot, E.J.M., Dement, W.C.  Narcolepsy in Animals and Man. Equine vet. J. 25(6) 476-477, 1993.

436.  Sutin, E.L., Dement, W.C., Heller, C., Kilduff, T.S.  Light-Induced Immediate Early Gene Expression in the Suprachiamatic Nucleus of Young and Aging Rats. Neurobiology of Aging, Vol. 14, p. 441-446, 1993.

436.1.  Nishino, S., Fruhstorfer, B., Arrigoni, J., Guilleminault, C., Dement, W.C., Mignot, E. Further characterization of the alpha-1 receptor subtype involved in the control of cataplexy in canine narcolepsy.  J Pharm Exp Ther, Vol. 264 (3):1079-1084, 1993.

437. Dement, W.C. History of Sleep Physiology and Medicine. In Principles and Practice of Sleep Medicine, M. Kryger, T. Roth and W. Dement (eds.), WB Saunders Co., p.16-25, 1994.

438. Carskadon, M., Dement, W.C. Normal Human Sleep: An Overview. In Principles and Practice of Sleep Medicine, M. Kryger, T. Roth and W. Dement (eds.), WB Saunders Co., p. 3-15, 1994.

439. Roth, T., Roehrs, T.A., Carskadon, M.A., Dement, W.C. Daytime Sleepiness and Alertness. In Principles and Practice of Sleep Medicine, M. Kryger, T. Roth and W. Dement (eds.), WB Saunders Co., p. 40-49, 1994.

440. Mitler, M.M., Dinges, D.F., Dement, W.C. Sleep Medicine, Public Policy, and Public Health. In Principles and Practice of Sleep Medicine, M. Kryger, T. Roth and W. Dement (eds.), WB Saunders Co., p. 453-462, 1994.

442. Mignot, E., Renaud, A., Nishino, S., Arrigoni, J., Guilleminault, C., Dement, W.C. Canine cataplexy is preferentially controlled by adrenergic mechanisms: evidence using monoamine selective uptake inhibitors and release enhancers. Psychopharmacology, 113 (1):76-82,1993.

443. Nishino, S., Arrigoni, J., Sharp, L., Shelton, J., Dement, W.C., Mignot, E. Serum Prolactin Response to a D2 Antagonist in Narcoleptic and Control Canines. Sleep 15(5): 474-475, 1992.

444. Mignot, E., Dement, W.C. Canine narcolepsy: a model of the human disorder. Neurosciences Facts (FIDIA Research Foundation), 3(3):1,1992.

445. Mignot, E.M., Dement, W.C., Grumet, F. C. Narcolepsy and immune related genes. HLA 1991: Proceedings of the 11th International Histocompatability Workshop and Conference, Vol. II, 6-13, November 1991, Yokohama, Tsuji K, Aizawa M, Saszuki T. (eds.) Oxford University Press, New York, 554-557, 1992.

446. Reid, M.S., Siegel, J.M., Dement, W.C., Mignot, E. Cholinergic mechanisms in canine narcolepsy: II. Acetylcholine release in the pontine reticular formation is enhanced during cataplexy. Neurosci 59(3):523-530, 1994.

447. Dantz B, Edgar D, Dement WC. Circadian rhythms in narcolepsy: Studies on a 90 minute day. Electroencephalography and Clinical Neurophysiology, 90: 24-35, 1994.

448. Reid, M.S., Geary, J.N., Nishino, S., Siegel, J.M., Dement, W.C., Mignot, E. Cholinergic mechanisms in canine narcolepsy: I. Modulation of cataplexy via local drug administration into the pontine reticular formation. Neuroscience 59(3):511-522, 1994.

448.1. Stoohs, R., Dement, W. Snoring and sleep-related breathing abnormality during partial sleep deprivation. New England Journal of Medicine 328(17):1279, 1993.

449. Mignot, E., Hesla, P., Pask, S., Lin, X., Kayed, K., Arrigoni, J., Dement, W.C., Grumet, F.C. A novel HLA DR17, (DQA1-0102/DQB1-0602 positive) predisposing to narcolepsy in Caucasians. Sleep 22:42, 1993.

450. Mignot, E., Edgar, D., Prosser, R., Dement, W.C. Nouveaux concepts pour le development d'hypnotiques. Le bulletin du FRM, numero special de mars 1993, publication medicale scientifique, fonds de recherche medicale-Generale de Sante Cliniques 4-5, 1993.

451. Gelb, M., Guilleminault, C., Lin, S., Moon, S., Dement, W.C., Mignot, E. Stability of cataplexy over several months - information for the design of therapeutic trials. Sleep 17 (3): 265-273, 1994.

453. Stoohs, R., Guilleminault, C., Dement, W. Sleep Apnea and Hypertension in Commercial Truck Drivers. Sleep 16:S11-S14, 1993.

454. Mignot, E., Nishino, S., Guilleminault, C., Dement, W.C. Modafinil Binds to the Dopamine Uptake Carrier Site with Low Affinity. Sleep 17(5):436-437, 1994.

455. Reid, M., Tafti, M., Nishino, S., Siegel, J., Dement, W.C., Mignot, E. Cholinergic regulation of cataplexy in canine narcolepsy in the pontine reticular formation is

mediated by M2 muscarinic receptors. Sleep 17(5):424-435, 1994.

456.  Stoohs, R.A., Guilleminault, C., Itoi, A., Dement, W.C.  Traffic Accidents in Commercial Long-Haul Truck Drivers:  The Influence of Sleep Disordered Breathing and Obesity.  Sleep 17(7):619-623, 1994.

457.  Mignot E, Lin X, Arrigoni J, Macaubas C, Olive F, Hallmyer P, Guilleminault C, Dement WC, Grumet FC.  DQB1-0602 and DQA1-0102 (DQ1) Are Better Markers Than DR2 for Narcolepsy in Caucasian and Black Americans. Sleep 17(8):560-567, 1994.

458.  Nishino, S., Reid, M., Dement, W.C., Mignot, E.  Neuropharmacology and Neurochemistry of Canine Narcolepsy.  Sleep 17:S84-S92, 1994.

459.  Mignot, E., Bell, R.A., Lovett, M., Dement, W.C., Grumet, F.C.  An Immunoglobulin Switch like gene is genetically linked with canine narcolepsy.  Sleep 17:S68-S76, 1994.

460.  Mignot, E., Dement, W.C.  La Narcolepsie.  Le Bulletin du FRM, number special de novembre 1993, publication medicale scientifique, fonds de recherche medicale-Generale de Sante Cliniques, 2-3, 1993.

460.1.  Nishino, S., Shelton, J., Renaud, A., Dement, W.C., Mignot, E.  Effect of 5-HT1A Receptor Agonists and Antagonists on Canine Cataplexy.  Journal of Pharmacology and Experimental Therapeutics 272(3):1170-1175, 1995.

461.  Stoohs, R.A., Bingham, L., Itoi, A., Guilleminault, C., Dement, W.C.  Sleep and Sleep Disordered Breathing in Commercial Long-Haul Truck Drivers. Chest 107(5):1275-1282, 1995.

462.  Nishino, S., Tafti, M., Reid, M., Shelton, J., Siegel, J.M., Dement, W.C., Mignot, E. Muscle Atonia is Triggered by Cholinergic Stimulation of the Basal Forebrain: Implication for the Pathophysiology of Narcolepsy. J. Neuroscience 15(7):4806-4814, 1995.

463.  Mignot, E., Tafti, M., Dement, W., Grumet, C.  Narcolepsy and Immunity. Adv. Neuroimmunology 5(1):23-37, 1995.

464.  Shelton J, Nishino S, Vaught J, Dement WC, Mignot E. Comparative Effects of Modafinil and Amphetamine on Cataplexy and Daytime Sleepiness of Narcoleptic Dogs. Sleep 18(10):817-826, 1996.

466. Mignot, E., Nishino, S., Dement, W.C.  Narcolepsy:  A disorder of REM sleep that involves the immune system.  Proceeding of the First International Conference "Toward the Cause of Narcolepsy", Washington DC, July 1995.

467. Siedel, W.F., Maze, M., Dement, W.C., Edgar, D.M.  Alpha-2 adrenergic modulation of sleep: Time-of-day-dependent pharmacodynamic profiles of dexmedetomidine and clonidine in the rat. J. Pharmacol. Exp. Ther. 275(1):263-273, Oct 1995.

468. Mignot, E., Nishino, S., Dement, W.C.  Narcolepsie, sommeil et immunite. Neuropsychiatrie, 10(8):392-399, 1995.

470.  Nishino, S., Mignot, E., Dement, W.C.  Sedative Hypnotics, In: Schatzberg A, Nemeroff C (eds.)  Textbook of Psychopharmacology American Psychiatric Press. Washington, DC, p. 405 - 416, 1994.

470.1.  Kushida CA, Heller C, Kilduff TS, Baker TL, Dement WC, Guilleminault C, Mignot E, and Clerk AA.  Autoradiographic analysis of narcoleptic canine brains following 14C-2-deoxyglucose administration during drug-induced cataplectic attacks.  Sleep Research, 25:276, 1996.

471.  Kanbayashi T, Nishino S, Tafti M, Hishikawa Y, Dement WC, Mignot E. Thalidomide, immune modulation and narcolepsy. Sleep 19(2):116, (letter), 1996.

472.  Tafti M, Nishino S, Aldrich MS, Liao W, Dement WC, Mignot E.  Major Histocompatibility Class II Molecules in the CNS: Increased Microglial Expression at the Onset of Narcolepsy in a Canine Model. J. Neurosci. 16(15):4588-4595; 1996.

473.  Singh, S., George, C., Ott, R., Rattazzi, C., Guilleminault, C., Dement, W., Mignot, E. IgH (μ-switch & g-1) Region Restriction Fragment Length Polymorphism in Human

Narcolepsy. J. Clin. Immuno 16(4):208-215; 1996.

474.    Kanbayashi T., Nishino S, Tafti M, Hishikawa Y, Dement WC, Mignot E. Thalidomide, a hypnotic with immune modulating properties, increases cataplexy in canine narcolepsy. NeuroReport 7(12):1881-1886; 1996.

475.    Singh SM, George CFP, Ott RN, Rattazzi C, Guilleminault C, Dement WC, Mignot E. IgH (μ-switch & g-1) region restriction fragment length polymorphism in human narcolepsy. J. Clin. Immunol., 16(4):208-215, 1996.

476.    Tafti M., Nishino S., Liao W., Dement W.C., and Mignot E. Mesopontine organization of cholinergic and catecholaminergic cell groups in the Normal and Narcoleptic dog. J. Comp. Neurology, 379(2):185-197; 1997.

480. Mignot E, Kimura A, Lattermann A, Lin X, Yasunaga S, Mueller-Eckhardt G, Rattazzi C, Lin L, Guilleminault C, Grumet FC, Mayer G, Dement WC and Underhill P. Extensive HLA class II studies in 58 non-DRB1*15 (DR2) narcoleptic patients with cataplexy. Tissue Antigens 49(4):329-341; 1997.

481. Dement WC, Pelayo R. Public health impact and treatment of insomnia. Eur Psychiatry 12 (Suppl 1) 31s - 39s; 1997.

482. Stoohs RA, Barger K, Dement WC. Sleep disordered breathing in primary care medicine. Sleep & Breathing 1:11-22, 1997.

483. Edgar DM, Reid MS, Dement WC. Serotonergic afferents mediate activity-dependent entrainment of the mouse circadian clock. American Physiology Society: 42:R265-269, 1997.

484. Nishino S, Tafti M, Sampathkumaran R, Dement WC, Mignot E. Circadian distributions of rest/activity in narcoleptic and control dogs: assessment with ambulatory activity monitoring. J. Sleep Res 6(2):120-127, 1997.

485. Nishino S, Arrigoni J, Shelton J, Kanbayashi T, Dement WC, Mignot E. Effects of Thyrotropin - releasing hormone and its analogs on daytime sleepiness and cataplexy in canine narcolepsy. J Neurosci. 17(16):6401-6408; 1997.

487 Kushida, C., Guilleminault, C., Dement, W., Simon, R., Ball, E. Diagnostic and treatment strategies for the obstructive sleep apnea syndrome. J Clin Outcomes Management 5 (1):49-65, Jan/Feb 1998.

488.    Cederberg R, Nishino S, Dement WC, Mignot E. Breeding history of the Stanford colony of narcoleptic dogs. The Veterinary Record, 142(2):31-36, 1998.

489.    Nishino S, Dement WC. Neuropharmacology of sedative-hypnotics and CNS stimulants in sleep medicine. Psychiatr Clin North Am: Annual Drug Therapy, W.B. Saunders, Philadelphia, Pennsylvania, p85-144, 1998.

490.    Stoohs RA, Blum HC, Haselhorst M, Duchna HW, Guilleminault C, Dement WC. Normative data on snoring: a comparison between younger and older adults. Eur Respir J 11:451-457, 1998.

491.    Cederberg R, Nishino S, Dement WC, Mignot E: The Stanford narcoleptic canine colony: twenty years of breeding history. Am J Vet Res 142:31-36, 1998.

491.1.    Dement, William C. Introduction. Sleep Disorders Medicine (2nd Edition) Ed. Sudhansu Chokroverty, p. 3-5, 1999.

492.    Reid MS, Nishino S, Tafti M, Siegel JM, Dement WC, Mignot E. Neuropharmacological characterization of basal forebrain cholinergic stimulated cataplexy in narcolepsy canines. Exp Neurology 151:89-104, 1998.

493.    Riehl J, Nishino S, Cederberg R, Dement WC, Mignot E. Development of cataplexy in genetically narcoleptic dobermans. Exp Neurology 152:292-302, 1998.

495. Kushida CA, Guilleminault C, Simon D, Ball E, and Dement WC. Diagnostic and treatment strategies for the obstructive sleep apnea syndrome. J Clin Outcomes Management 5 (1):49-65, 1998.

496. Nishino S, Mignot E, Kuroda K, Sakai T, Dement WC. Involvement of central

noradrenergic and cholinergic mechanisms in control of cataplexy in canine narcolepsy (in Japanese). Shinkei Kenkyu no Shinpo (Advances in Neurological Sciences) 34: 461-473, 1990.

497. Mignot E, Nishino S, Valtier D, Dean R, Renaud A, Guilleminault C, Dement WC. Pharmacological control of narcolepsy. Sleep, (ed.) Horne J. ESRS, p 409-415, 1990.

498. Dement WC, The perils of drowsy driving (editorial), New England Journal of Medicine 337(11):783-4, Sep 1997.

499. Bradbury, M.J., W.C. Dement, and D.M. Edgar. Effects of adrenalectomy and subsequent corticosterone treatment on sleep state and EEG power spectra. Am. J. Physiol. 275(2 Pt 2):R555-65, Aug 1998.

500. Rosen R., Mahowald M., Chesson A., Doghramji K., Goldberg R., Moline M. Millman R., Zammit G., Mark B., Dement W. The Taskforce 2000 survey on medical education in sleep and
sleep disorders. Sleep 21(3):235-8, May 1, 1998.

501. Bradbury MJ, Dement WC, Edgar DM. Serotonin-containing fibers in the suprachiasmatic hypothalamus attenuate light-induced phase delays in mice. Brain Res 768(1-2):125-134, Sep 12, 1997.

502. Weissman MM., Greenwald S., Nino-Murcia G., Dement WC. The morbidity of insomnia uncomplicated by psychiatric disorders. General Hospital Psychiatry 19(4):245-50, July 1997.

503. Ball EM., Simon RD Jr., Tall AA., Banks MB., Nino-Murcia G., Dement WC. Diagnosis and treatment of sleep apnea within the community. The Walla Walla Project. Archives of Internal Medicine. 157(4):419-24, Feb 24, 1997.

504. Kushida CA., Guilleminault C., Clerk AA., Dement WC. Nasal obstruction and obstructive sleep apnea: a review. Allergy & Asthma Proceedings. 18(2):69-71, Mar-Apr 1997.

505. Dement W, The study of human sleep: a historical perspective. Thorax 53(Suppl 3):S2-7, 1998.

506. Dement, William C., Vaughan, Christopher C. Promise of Sleep. Delacorte Press, Random House Inc., New York 1999.

507. Kushida C, Rao S, Guilleminault C, Giraudo S, Hsieh J, Hyde P, and Dement W. Cervical positional effects on snoring and apneas. Sleep Research Online 2(1): 7-10, 1999.

516. Dement WC & Netzer N. Primary Care: Is it the Setting to Address Sleep Disorders? Editorial Review. Sleep and Breathing. Vol 4:1 p 1-9, 2000.

517. Kushida, C., Nichols, D., Simon, R., Young, T., Grauke, J., Britzmann, J., Hyde, P., Dement, W. Symptom-Based Prevalence of Sleep Disorders in an Adult Primary Care Population.† Sleep and Breathing, 4(1): 11-15, 2000.

324o. Mignot E. Pathophysiology of Narcolepsy. In: Principles and Practice in Sleep Medicine, 3rd Edtiton, (eds) MH Kyger, T Roth, WC Dement, WB Saunders Company, Philadelphia, PA p 636-675, 2000.

411o. Kushida CA, Poyares D, Colrain I, Sherrill C, Tu T, Gelber S, Hyde P, Dement WC. Subjective and objective measures of drowsiness in relation to sleep debt.† Sleep, 23 (Suppl 2):A247, 2000.

412o. Kushida CA, Sherrill CM, Hong SC, Palombini L, Hyde P, Dement WC. Cervical positioning for reduction of sleep-disordered breathing in mild-to-moderate OSAS.† Sleep and Breathing, 5(2):71-78, 2001.

413o. Kushida CA, Cardell CY, Buckley TM, Hyde PR, Dement WC. Effects of modafinil on PLMD-associated daytime sleepiness.† Sleep, 25(Suppl):A67, 2002.

414o. Kushida CA, Kuo TF, Manber R, Cardell C, Behari S, Hyde P, Dement WC. Polysomnographic and REMview assessment of treatment outcomes in patients with insomnia.† Sleep, 26(Suppl):A292, 2003.

415o. Nichols DA, Allen RP, Grauke JH, Brown JB, Rice ML, Hyde PR, Dement WC,

Kushida CA.  Restless legs syndrome symptoms in primary care: A prevalence study.†
Arch Inter Med, 163: 2323-2329, 2003.

518. Dement, WC. Knocking on Kleitman's Door: the view from 50 years later. Sleep Medicine
Reviews, 7(4): 289-292, August 2003.

519. Dement, WC. Bridging the Knowledge Gap. The Journal for Respiratory Care Practitioners,
June/July 1999.

520. Dement, WC. Bridging the Knowledge Gap II – Sleepy Teenagers. The Journal for
Respiratory Care Practitioners, June/July 2000.

521. Dement WC, Remembering Nathaniel Kleitman, Archives Italiennes de Biologie, 139: 11-
17, 2001.

522. Kamdar  B, Kaplan K, Kezeirian E, Dement WC, The impact of extended sleep on daytime
alertness, vigilance, and mood. (Submitted for publication.)

523. Dement WC,  Discovery of REM during sleep: the early years. (Submitted for publication.)

524. Dement WC, The paradox of sleep: the early years. (Submitted for publication.)

**Abstracts:**

1a.   Dement, W., Kleitman, N. Incidence of eye motility during sleep in relation to varying EEG patterns. Fed Proc 14:216, 1955.

2a.   Dement, W., Kleitman, N. Body motility during sleep and dream-duration recall. Fed Proc 15:408, 1956.

3a.   Roffwarg, H., Muzio, J., Dement, W. A sleep EEG-rapid eye movement cycle in newborn infants associated with specific physiological variations. Electroencephalogr Clin Neurophysiol 17:611, 1964.

4a.   Dement, W., Rechtschaffen, A., Gulevich, G. A polygraphic study of the narcoleptic sleep attack. Electroencephalogr Clin Neurophysiol 17:608-609, 1964.

5a.   Dement, W. Does rapid eye movement sleep have a function? Electroencephalogr Clin Neurophysiol 17:443, 1964.

6a.   Dement, W. Review of Psychology of Sleep, by David Foulkes. JAMA (The Book Forum) 200:194, 1967.

7a.   Cohen, H., Duncan II, R., Dement, W. Dilantin and REM sleep in cat. Psychophysiol 4:377, 1968.

8a.   Henry, P., Duncan II, R., Dement, W. Methods for long term sleep recording in the rat. Psychophysiol 4:379, 1968.

9a.   Duncan II, R., Henry, P., Karadzic, V., Mitchell, G., Pivik, T., Cohen, H., Dement, W. Manipulation of the sleep-wakefulness cycle in the rat: a longitudinal study. Psychophysiol 4:379, 1968.

10a.   Morden, B., Conner, R., Dement, W., Levine, S. Aggressive behavior and REM sleep deprivation in the rat. Psychophysiol 4:379-380, 1968.

11a.   Ferguson, J., Dement, W. The effect of dextroamphetamine sulfate on the behavior of REM sleep deprived rats. Psychophysiol 4:380, 1968.

12a.   Ferguson, J., Dement, W. The effect of REM sleep deprivation on the lethality of dextroamphetamine sulfate in grouped rats. Psychophysiol 4:380, 1968.

13a.   Ferguson, J., Dement, W. Changes in the intensity of REM sleep with deprivation. Psychophysiol 4:380-381, 1968.

14a.   Cohen, H., Dement, W. Electrically induced convulsions in REM deprived mice: prolongation of the tonic phase. Psychophysiol 4:381, 1968.

15a.   Zarcone, V., Gulevich, G., Pivik, T., Dement, W. Schizophrenia and partial REM sleep deprivation. Psychophysiol 4:383, 1968.

16a.   Dement, W., Levine, S., Morden, B., Conner, R. Steroid responses to stress of rats deprived of REM sleep by the water tank method. Psychophysiol 4:394, 1968.

17a.   Mitchell, S., Dement, W. Narcolepsy syndromes: antecedent, contiguous, and concomitant nocturnal sleep disordering and deprivation. Psychophysiol 4:398, 1968.

18a.   Cohen, H., Mitchell, G., Dement, W. Chlorpromazine and sleep in the cat. Psychophysiol 5:207, 1968.

19a.   Weiss, E., Bordwell, B., Seeger, M., Lee, J., Dement, W., Barchas, J. Changes in brain serotonin (5HT) and 5-hydroxy-indole 3-acetic acid (5HIAA) in REM sleep deprived rats. Psychophysiol 5:209, 1968.

20a.   Ferguson, J., Henriksen, S., McGarr, K., Belenky, G., Mitchell, G., Gonda, W., Cohen, H., Dement, W. Phasic deprivation in the cat. Psychophysiol 5:238-239, 1968.

21a.   Zarcone, V., Pivik, T., Gulevich, G., Azumi, K., Dement, W. Partial deprivation of the REM state in schizophrenics with active symptomatology. Psychophysiol 5:239, 1968.

22a.   Ferguson, J., Dement, W. The effect of REM sleep deprivation on the body temperature of rats. Psychophysiol 5:240, 1968.

23a.   Pivik, T., Dement, W. Amphetamine, REM deprivation and K-complexes. Psychophysiol 5:241, 1968.

24a. Morden, B., Mullins, R., Levine, S., Cohen, H., Dement, W. Effect of REMs deprivation on the mating behavior of male rats. Psychophysiol 5:241-242, 1968.

25a. Belenky, G., Henriksen, S., McGarr, K., Ferguson, J., Cohen, H., Dement, W. Effect of anticholinesterase (DFP) on the sleep-wakefulness cycle of the cat. Psychophysiol 5:243, 1968.

26a. Feldman, R., Dement, W. Possible relationships between REM sleep and memory consolidation. Psychophysiol 5:243, 1968.

27a. Pivik, T., Halper, C., Dement, W. Phasic events and mentation during sleep. Psychophysiol 6:215, 1969.

28a. Pivik, T., Halper, C., Dement, W. NREM phasic EMG suppressions in the human. Psychophysiol 6:217, 1969.

29a. Ferguson, J., Cohen, H., Henriksen, S., McGarr, K., Mitchell, G., Hoyt, G., Barchas, J., Dement, W. The effect of chronic administration of parachlorophenylalanine on sleep in the cat. Psychophysiol 6:220-221, 1969.

30a. Stolk, J., Barchas, J., Dement, W., Schanberg, S. Brain catecholamine metabolism following parachlorophenylalanine (PCPA) treatment. The Pharmacologist 11:258, 1969.

31a. Ferguson, J. Henriksen, S., Cohen, H., Dement, W. The effect of REM sleep deprivation on the response to 5-hydroxytryptophan in cats. Psychophysiol 6:221, 1969.

32a. Ferguson, J., Henriksen, S., Cohen, H., Hoyt, G., Mitchell, G., McGarr, K., Rubenson, D., Ryan, L., Dement, W. The effect of chronic administration of parachlorophenylalanine on the behavior of cats. Psychophysiol 6:221, 1969.

33a. Cohen, H., Ferguson, J., Henriksen, S., Barchas, J., Dement, W. Reversal of parachlorophenylalanine (PCPA) effects with chlorpromazine. Psychophysiol 6:221-222, 1969.

34a. Pivik, T., Azumi, K., Dement, W. Sleep patterns during pregnancy. Psychophysiol 6:236, 1969.

35a. Zarcone, V., Kales, A., Jacobson, A., Tan, T., Simmons, J., Scharf, M., Dement, W. REM period deprivation in two schizophrenics children. Psychophysiol 6:238-239, 1969.

36a. Zarcone, V., Azumi, K., de la Pena, A., Cartwright, R., Dement, W. Individual differences in response to REM deprivation. Psychophysiol 6:239, 1969.

37a. Halper, C., Pivik, T., Dement, W. An attempt to reduce a REM rebound with induced hypnotic hallucinations. Psychophysiol 6:241, 1969.

38a. Pivik, T., Zarcone, V., Hollister, L., Dement, W. The effects of hallucinogenic agents on sleep. Psychophysiol 6:261, 1969.

39a. Ferguson, J., Cohen, H., Barchas, J., Dement, W. Sleep and Wakefulness: A Closer Look. Presented at a meeting of the Federation of American Societies for Experimental Biology, Symposium on Neurohumoral Aspects of Sleep and Wakefulness, Atlantic City. Academic Press: New York, April 1969.

40a. Barchas, J., Dement, W., Ferguson, J., Cohen, H., Henriksen, S. Effect of chronic treatment with para-chlorophenylalanine (PCPA) on brain serotonin and behavior. Fed Proc 29:747, 1970.

41a. de la Pena, A., Zarcone, V., Dement, W. Effects of REM sleep deprivation on waking perception. Psychophysiol 7:300, 1970.

42a. Zarcone, V., de la Pena, A., Kopell, B., Dement, W. Visual evoked response following REM deprivation. Psychophysiol 7:301, 1970.

43a. Rodden, A., Sinha, A., Dement, W., Barchas, J. Altered 14C-leucine incorporation into brain protein of sleeping rats. Psychophysiol 7:312, 1970.

44a. Zarcone, V., Hollister, L., Dement, W. The effect of L-D hydroxyphenylalanine (L-Dopa) on the sleep of two depressed patients. Psychophysiol 7:314, 1970.

45a.    Zarcone, V., Kales, A., Scharf, M., Tan, L., Simmons, J., Barchas, J., Dement, W. The effects of chronic oral ingestion of 5-hydroxytryptophan (5-HTP) on physiology and blood levels of 5-hydroxytryptamine (5-HT) in two schizophrenic children. Psychophysiol 7:319, 1970.

46a.    Henriksen, S., Ferguson, J., Mitchell, G., Hoyt, G., Glick, J., Ryan, L., Cohen, H., McGarr, K., Dement, W. A PGO spike profile in the PCPA cat. Psychophysiol 7:319-320, 1970.

47a.    Henriksen, S., Ferguson, J., McGarr, K., Cohen, H., Dement, W. Amorphogenic effect of parachlorophenylalanine (PCPA) in neonatal cat. Psychophysiol 7:320, 1970.

48a.    Henriksen, S., Gonda, W., Cohen, H., Barchas, J., Dement, W. The effect of monoamine oxidase inhibitor (pargyline) on the central monoamine levels and sleep in the PCPA cat. Psychophysiol 7:321, 1970.

49a.    Zarcone, V., Dement, W. The effect of oral 5-hydroxytryptophan (5-HTP) on sleep in one paranoid and two normal subjects. The Pharmacologist 12:219, 1970.

50a.    Dement, W., Zarcone, V. Narcolepsy and cataplexy -- innovations in diagnosis. Calif Med 115:47, 1971.

51a.    Rodden, A., Zarcone, V., DeGrazia, J., Sinha, A., Barchas, J., Dement, W. An effect of sleep on the in vivo rate of tryptophan decabroxylation. Psychophysiol 9:85, 1972.

52a.    Bauman, S., Henriksen, S., Barchas, J., Dement, W. Intraventricular 6-hydroxydopamine and sleep patterns in the rat. Psychophysiol 9:86-87, 1972.

53a.    Spitzer, H., Zarcone, V., Barchas, J., Ryan, R., Smythe, H., Dement, W. Administration of 5-hydroxytryptophan (5-HTP) to a L-dihydroxyphenylalanine (L-dopa) treated patient with Shy-Drager syndrome. Psychophysiol 9:87, 1972.

54a.    Kales, A., Dement, W., Allen, C., Zarcone, V., Howell, E., Pivik, T. Effects of placidyl on sleep of normal subjects. Psychophysiol 9:93, 1972.

55a.    Kales, A., Dement, W., Tan, T., Zarcone, V., Hoddes, E., Carskadon, M., Kales, J. Effects of Sinequan on sleep in insomniac subjects. Psychophysiol 9:93, 1972.

56a.    Mitler, M., Grattan, J., Dement, W. Sleep changes after stimulation to nucleus principalis vestibularis or medial forebrain bundle. Psychophysiol 9:104, 1972.

57a.    Cohen, H., Guilleminault, C., Dement, W. Sleep and REM deprivation in the hamster. Psychophysiol 9:121, 1972.

58a.    Henriksen, S., Dement, W. Further studies in cats chronically treated with p-chlorophenylalanine (PCPA). Psychophysiol 9:132, 1972.

59a.    Dement, W., Kelley, J., Laughlin, E., Carpenter, S., Simmons, J., Sidoric, K., Lentz, R. Life on the basic rest-activity cycle (BRAC): sleep studies of a ninety minute day. Psychophysiol 9:132, 1972.

60a.    Zarcone, V., Dement, W. Sleep in alcoholics. Psychophysiol 9:136-137, 1972.

61a.    Dement, W., Kales, A., Zarcone, V., Scharf, L., Smythe, H., Kuck, L. Effects of the fluidized bed on sleep patterns of normal subjects. Psychophysiol 9:144, 1972.

62a.    Smythe, H., Sinha, A., Barchas, J., Dement, W. Additional information obtained from human sleep-EEG recorded on slow-moving paper. Psychophysiol 9:147, 1972.

63a.    Hoddes, E., Dement, W., Zarcone, V. The development and use of the Stanford Sleepiness Scale (SSS). Psychophysiol 9:150, 1972.

64a.    Bussel, J., Dement, W., Pivik, T. The eye movement-imagery relationship in REM sleep and waking. Sleep Res 1:100, 1972.

65a.    Cohen, H., Edelman, A., Bowen, R., Dement, W. Sleep and self-stimulation in the rat. Sleep Res 1:158, 1972.

66a.    de la Pena, A., Zarcone, V., Dement, W. Correlation between measures of waking and sleeping eye movement activity. Sleep Res 1:38, 1972.

67a.    Dement, W., Zarcone, V., Guilleminault, C., Carskadon, M., Hoddes, E., Smythe, H., Glass, R., Phillips, R., Chagrasulis, C., Shepard, J., Corday, S., Varner, V., Nassau, S.,

Brown, J., Horan, K.  Daytime sleep recordings in narcoleptics and hypersomniacs. Sleep Res 1:147,1972.

68a.   Dement, W., Zarcone, V., Varner, V., Hoddes, E., Nassau, S., Jacobs, B., Brown, J., McDonald, A., Horan, K., Glass, R., Gonzales, P., Friedman, E., Phillips, R.  The prevalence of narcolepsy.  Sleep Res 1:148, 1972.

69a.   Guilleminault, C., Dement, W., Wilson, R., Zarcone, V.  Respiration problems and sleep disorders.  Sleep Res 1:151, 1972.

70a.   Henriksen, S., Dement, W.  Effect of chronic intravenous administration of l-alpha methyl paratyrosine on sleep in the cat:  a preliminary investigation.  Sleep Res 1:55, 1972.

71a.   Henriksen, S., Jacobs, B., Dement, W.  LSD-25 induced "hallucinatory" behavior in cats: relationship to REM PGO waves.  Sleep Res 1:36, 1972.

72a.   Henriksen, S., Jacobs, B., Dement, W.  The effect of anticholinergic drugs on the tonic and phasic aspects of REM sleep in the cat.  Sleep Res 1:56, 1972.

73a.   Hoddes, E., Carskadon, M., Phillips, R., Zarcone, V., Dement, W.  Total sleep time in insomniacs.  Sleep Res 1:152, 1972.

74a.   Hoddes, E., Zarcone, V., Dement, W.  Cross-validation of the Stanford Sleepiness Scale. Sleep Res 1:91, 1972.

75a.   Jacobs, B., Asher, R., Henriksen, S., Dement, W.  Electroencephalographic and behavioral effects of stimulation on the raphe nuclei in cats.  Sleep Res 1:23, 1972.

76a.   Jacobs, B., Henriksen, S., Dement, W.  The pharmacological bases of the ponto-geniculate-occipital cortex (PGO) waves in cats.  Sleep Res 1:58, 1972.

77a.   Mitler, M., Cohen, H., Grattan, J., Dominic, J., Deguchi, T., Kessler, S., Barchas, J., Dement, W.  Sleep and serotonin in two inbred strains of mice.  Sleep Res 1:69, 1972.

78a.   Phillips, R., Hoddes, E., Zarcone, V., Dement, W.  A technique for eliciting sleep "attacks."  Sleep Res 1:153, 1972.

79a.   Smythe, H., Zarcone, V., Dement, W.  Sleep stage distribution indices:  a new approach. Sleep Res 1:97, 1972.

80a.   Zarcone, V., Barchas, J., Brodie, K., Dement, W.  Oral 5-hydroxytryptophan (5HTP) effects on sleep in psychotic depression.  Sleep Res 1:77, 1972.

81a.   Zarcone, V., Dement, W., Smythe, H., Hoddes, E., Phillips, R.  Oral L-5-hydroxytryptophan in narcolepsy.  Sleep Res 1:78, 1972.

82a.   Zarcone, V., Tharp, B., Dement, W.  Sleep parameters in two patients with Gilles de la Tourette's syndrome.  Sleep Res 1:155, 1972.

83a.   Dement, W.  Brain and mind:  are they related during REM sleep?  Proceedings of the XXth International Congress of Psychology, Tokyo, Japan, August, 1972.

84a.   Guilleminault, C., Eldridge, F., Dement, W.  Sleep apnea:  a syndrome associated with several sleep disorders.  Neurology 23:389, 1973.

85a.   Dement, W., Guilleminault, C., Mitler, M.  Cataplectic attacks:  polygraphic recording in man and experimental induction in cat.  Neurology 23:403-404, 1973.

86a.   Zarcone, V., Gibson, W., Widrow, B., Linsenbardt, D., Dickerson, P., Smythe, H., Hoddes, E., Phillips, B., Dement, W.  Sleep K-complex analysis, computer and human scorer reliability.  Electroencephalogr Clin Neurophysiol 35:220, 1973.

87a.   Dement, W., Zarcone, V., Guilleminault, C., Hoddes, E., Smythe, H., Glass, R., Phillips, R., Chagrasulis, S., Shephard, J., Corday, S., Varner, V., Nassau, S., Brown, J., Horan, K.  Diagnostic sleep recordings in narcoleptics and hypersomniacs.  Electroenceph J 10:220, 1973.

88a.   Guilleminault, C., Eldridge, F., Dement, W.  Insomnia secondary to central nervous system defects.  Electroencephalogr Clin Neurophysiol 34:749, 1973.

89a.   Guilleminault, C., Phillips, R., Dement, W.  A new approach utilizing EEG spectral analysis and vigilance test to study idiopathic hypersomnia.  Electroencephalogr Clin

Neurophysiol 34:749, 1973.

90a.   Dement, W., Guilleminault, C.  H-reflex and cataplexy.  Electroencephalogr Clin Neurophysiol 34:823, 1973.

91a.   Dement, W., Guilleminault, C.  Sleep changes in drug dependency hypersomnia and insomnia:  causes, manifestations, and treatment.  Excerpta Med 296:42-43, 1973.

92a.   Henriksen, S., Jacobs, B., Dement, W.  LSD-25 induced "hallucinatory" behavior in cats:  relationship to PGO waves.  Proceedings of the Third Annual Meeting of the Society for Neuroscience, San Diego, California, 1973.

93a.   Orem, J., Henriksen, S., Dement, W.  Do eye movement potentials and REM PGO waves involve independent neural systems?  Sleep Res 2:41, 1973.

94a.   Mitler, M., Holman, R., Dement, W.  Cataplectic-like behavior in cats after micro-injections of carbachol in the pontine reticular formation.  Sleep Res 2:68, 1973.

95a.   Mitler, M., Sokolove, P., Pittendrigh, C., Dement, W.  Activity-inactivity and wakefulness-sleep rhythms in the hamster under three lighting conditions.  Sleep Res 2:189, 1973.

96a.   Phillips, R., Hetherington, A., Zarcone, V.,  Dement, W.  Content analysis of aggressive interactions in dreams.  Sleep Res 2:126, 1973.

97a.   Phillips, R., Zarcone, V., Dement, W.  Some characteristics of the recall of high intensity dream experiences.  Sleep Res 2:127, 1973.

98a.   Dement, W., Carskadon, M., Ley, R.  The prevalence of narcolepsy II.  Sleep Res 2:147, 1973.

99a.   Guilleminault, C., Eldridge, F., Dement, W.  Sleep apnea:  a unique syndrome with important cardio-respiratory change.  Sleep Res 2:150, 1973.

100a.   Guilleminault, C., Henriksen, S., Wilson, R., Dement, W.  Nocturnal myoclonus and phasic events.  Sleep Res 2:151, 1973.

101a.   Guilleminault, C., Raynal, D., Wilson, R., Dement, W.  Continuous polygraphic recording in narcoleptic patients.  Sleep Res 2:152, 1973.

102a.   Guilleminault, C., Smythe, H., Dement, W.  Cataplexy, H-reflex and therapeutic trial.  Sleep Res 2:153, 1973.

103a.   Kessler, S., Guilleminault, C., Dement, W.  A genetic study on REM narcolepsy.  Sleep Res 2:160, 1973.

104.1a.   Phillips, R., Zarcone, V., Dement, W.  Some characteristcs, medical histories, psychosocial scales, and basal sleep characteristics.  Sleep Res 2:139, 1973.

104a.   Phillips, R., Guilleminault, C., Dement, W.  A study on hypersomnia.  Sleep Res 2:161, 1973.

105a.   Wilson, R., Raynal, D., Guilleminault, C., Zarcone, V., Dement, W.  REM sleep latencies in daytime sleep recordings of narcoleptics.  Sleep Res 2:166, 1973.

106a.   Dement, W., Smythe, H., Hoddes, E., Guilleminault, C., Carskadon, M., Wilson, R., Raynal, D., Zarcone, V.  Should clinical electroencephalography laboratories do all-night sleep recordings?  Electroencephalogr Clin Neurophysiol 36(2):210, 1974.

107a.   Guilleminault, C., Eldridge, F., Wilson, R., Zarcone, V., Dement, W.  Occult pathophysiology in sleep disorder symptoms.  Electroencephalogr Clin Neurophysiol 26 (2):211, 1974.

108a.   Billiard, M., Guilleminault, C., Dement, W.  Periodic hypersomnolence and anorexia in a female adolescent--a Kleine-Levin Syndrome?  Sleep Res 3:128, 1974.

109a.   Carskadon, M., Mitler, M., Dement, W.  Description of selected sleep parameters in insomniacs.  Sleep Res 3:130, 1974.

110a.   Guilleminault, C., Dement, W., Holland, J.  Action of imipraminic medications on sleep-induced apneas.  Sleep Res 3:136, 1974.

111a.   Guilleminault, C., Dement, W., Simmons, F.  Obstructive sleep apnea and tracheostomy in two children.  Sleep Res 3:137, 1974.

112a.   Guilleminault, C., Raynal, D., Dement, W.  Comparison of Pickwickian and non-obese sleep apneic patients.  Sleep Res 3:138, 1974.

113a.   Mitler, M., Boyson, B., Campbell, L., Dement, W.  Narcolepsy-cataplexy in a female miniature poodle.  Sleep Res 3:140, 1974.

114a.   Montplaisir, J., Raynal, D., Dement, W.  Distribution of K-alpha events.  Sleep Res 3:142, 1974.

115a.   Phillips, R., Mitler, M., Dement, W.  Alpha sleep in chronic insomniacs.  Sleep Res 3:143, 1974.

116a.   Raynal, D., Montplaisir, J., Dement, W.  K-alpha events in hypersomniacs and normals.  Sleep Res 3:144, 1974.

117a.   Takahashi, S., Guilleminault, C., Dement, W.  Various approaches to a study of body movements during different sleeping conditions.  Sleep Res 3:35, 1974.

118a.   Takahashi, S., Guilleminault, C., Dement, W.  A study of body movements in pseudo-insomniacs.  Sleep Res 3:146, 1974.

119a.   Zarcone, V., Dement, W., Wilson, R.  Personality factors in narcolepsy.  Sleep Res 3:148, 1974.

120a.   Orem, J., Montplaisir, J., Dement, W.  Facial units and lid closure in sleep.  Proceedings of the Fourth Annual Meeting of the Society for Neuroscience, St. Louis, Missouri, 1974.

121a.   Guilleminault, C., Montplaisir, J., Dement, W.  Nocturnal myoclonus and 5-HTP.  Proceedings of the Fourth Annual Meeting of the Society for Neuroscience, St. Louis, Missouri, 1974.

122a.   Guilleminault, C., Raynal, D., Weitzman, E., Dement, W.  Sleep related periodic myoclonus in patients complaining of insomnia.  Arch Neurol 32:348, 1975.

123a.   Guilleminault, C., Montplaisir, J., Billiard, M., Dement, W.  Automatic behavior syndrome in patients with excessive daytime somnolence.  Electroencephalogr Clin Neurophysiol 39:432, 1975.

124a.   Guilleminault, C., Liebhaber, M., Navelet, Y., Dement, W.  Sleep-induced apnea syndrome in 6 children.  Electroencephalogr Clin Neurophysiol 39:432, 1975.

125a.   Bell, I., Guilleminault, C., Dement, W.  Questionnaire survey of eating habits of narcoleptics versus normals.  Sleep Res 4:208, 1975.

126a.   Bell, I., Guilleminault, C., Dement, W.  Hypersomnolent dyssomnia and specific food sensitivities.  Sleep Res 4:207, 1975.

127a.   Billiard, M., Montplaisir, J., Takahashi, S., Bell, I., Dement, W.  Compared human performances after NREM sleep and REM sleep: a direct approach.  Sleep Res 4:210, 1975.

128a.   Carskadon, M., Dement, W.  A 90-minute schedule of sleep and wakefulness.  Sleep Res 4:156, 1975.

129a.   Carskadon, M., Mitler, M., Billiard, M., Phillips, R., Dement, W.  A comparison of insomniacs and normals:  total sleep time and sleep latency.  Sleep Res 4:212, 1975.

130a.   Dement, W., Phillips, R., Mitler, M., Billiard, M., Zarcone, V.  Long-term effectiveness of flurazepam 30 mg h.s. on chronic insomniacs.  Sleep Res 4:94, 1975.

131a.   Gleen, L., Lewis, D., Mitler, M., Dement, W.  Behavioral observation versus polygraphic recording in the mouse:  evaluation of sleep scoring errors.  Sleep Res 4:144, 1975.

132a.   Guilleminault, C., Peraita, M., Souquet, M., Watson, E., Dement, W.  Apneic episodes in premature and near-miss infants.  Sleep Res 4:218, 1975.

133a.   Guilleminault, C., Raynal, D., Souquet, M., Dement, W.  A clinical definition of the sleep apnea syndrome in children.  Sleep Res 4:220, 1975.

134a.   Guilleminault, C., Montplaisir, J., Zarcone, V., Dement, W.  Excessive daytime sleepiness (EDS) patients and a sleep disorders clinic.  Sleep Res 4:217, 1975.

135a.   Guilleminault, C., Raynal, D., Phillips, R., Dement, W.  Action of GABA derivative

(BA-34647) on sleep of patients with nocturnal myoclonus and idiopathic insomnia. Sleep Res 4:219, 1975.

136a.  Mitler, M., Sokolove, P., Lund, R., Pittendrigh, C., Dement, W.  Activity-inactivity and wakefulness-sleep in mice:  induced changes in cyclic relationships by prolonged exposure to constant conditions.  Sleep Res 4:267, 1975.

137a.  Mitler, M., Phillips, R., Billiard, M., Spiegel, R., Zarcone, V., Dement, W.  Long-term effectiveness of temazepam 30 mg h.s. on chronic insomniacs.  Sleep Res 4:109, 1975.

138a.  Netick, A., Orem, J., Dement, W.  Twitch-tone dissociation in M. Orbicularis Oculi during sleep in the cat.  Sleep Res 4:37, 1975.

139a.  Orem, J., Montplaisir, J., Dement, W.  Changes in the activity of brain stem respiratory neurons during sleep.  Sleep Res 4:39, 1975.

140a.  Orem, J., Montplaisir, J., Dement, W.  Facial units and eyelid closure in sleep.  Sleep Res 4:40, 1975.

141a.  Phillips, R., Speigel, R., Clayton, D., Dement, W.  A study of short arousals in insomniacs and normals.  Sleep Res 4:231, 1975.

142a.  Raynal, D., Guilleminault, C., Takahashi, S., Dement, W.  A dissociation of sleep variables in medicated narcoleptics.  Sleep Res 4:232, 1975.

143a.  Dement, W.  Neurochemical and neuropharmacological study relevent to the sleep disorders.  Proceedings of the Intra-Science Research Foundation, San Diego, California, December, 1975.

144a.  Tilkian, A., Guilleminault, C., Schroeder, J., Lehrman, K., Simmons, F., Dement, W.  Sleep-induced apnea syndrome:  reversal of serious arrhythmias after tracheostomy.  Circulation 52:131, 1975.

145a.  Guilleminault, C., Tilkian, A., Lehrman, K., Dement, W.  Cardiac arrhythmias and sleep apnea.  Sleep Res 5:172, 1976.

146a.  Carskadon, M., Dement, W.  Sleep state and sleepiness on the 90-minute day.  Sleep Res 5:213, 1976.

147a.  Mitler, M., Orem, J., Dement, W.  Cataplexy in dogs I:  patterns of tendon reflex and H-reflex suppression.  Sleep Res 5:49, 1976.

148a.  Babcock, D., Narver, E., Mitler, M., Dement, W.  Cataplexy in dogs II:  effects of imipramine, chlorimipramine, and fluoxetine on cataplexy in dogs.  Sleep Res 5:154, 1976.

149a.  Souquet, M., Peraita, R., Guilleminault, C., Dement, W.  Scoring system for infants during the first year of life.  Sleep Res 5:209, 1976.

150a.  Rosekind, M., Phillips, R., Rappaport, J., Babcock, D., Dement, W.  Effects of waterbed surface on sleep:  a pilot study.  Sleep Res 5:132, 1976.

151a.  Stocker, A., Joyce, C., Mitler, M., Dement, W.  Insomnia in the San Francisco Bay Area:  a survey of complaints and remedies.  Sleep Res 5:190, 1976.

152a.  Bell, I., Rosekind, M., Isaacs, J., Guilleminault, C., Dement, W.  Provocation-neutralization food injection testing in EDS patients.  Sleep Res 5:158, 1976.

153a.  Bell, I., Hawley, C., Guilleminault, C., Dement, W.  Diet and symptom histories in food allergics versus narcoleptics and normals.  Sleep Res 5:155, 1976.

154a.  Bell, I., Blair, S., Owens, M., Guilleminault, C., Dement, W.  Post-prandial sleepiness after specific foods in normals.  Sleep Res 5:41, 1976.

155a.  Bell, I., Isaacs, J., Guilleminault, C., Dement, W.  Specific food and chemical sensitivities in narcolepsy.  Sleep Res 5:156, 1976.

156a.  Guilleminault, C., Raynal, D., Flagg, W., Dement, W.  Upper airway sleep apnea:  recording data and prognostic value.  Sleep Res 5:171, 1976.

157a.  Peraita, R., Guilleminault, C., Flagg, W., Baldwin, R., Souquet, M., Dement, W.  Comparison of 6 control infants and 6 infants "near miss" for SIDS at 3 months of age.  Sleep Res 5:185, 1976.

158a.   Orem, J., Netick, A., Dement, W.  Breathing during sleep and wakefulness in the cat. Sleep Res 5:50, 1976.

159.1a.  Guilleminault, C., Ariagno, R., Korobkin, R., Baldwin, R., Dement, W.C.  24-hour polygraphic recordings in "near miss" sudden infant death syndrome (SIDS) infants. Proceedings of Fifth Annual Child Neurology Society, Monterey, 1976, p. 25.

159a.   Netick, A., Orem, J., Dement, W.  Tonic-phasic REM specific neurons in the medulla of the cat. Sleep Res 5:30, 1976.

160a.   Mitler, M., Dement, W.  Sleep studies on canine narcolepsy:  pattern and cycle comparisons between affected dogs and normal controls. Sleep Res 6:176, 1977.

161a.   Carskadon, M., Harvey, K., Dement, W., Anders, T.  Acute parital sleep deprivation in children. Sleep Res 6:92, 1977.

162a.   Rosekind, M., Babcock, D., Carskadon, M., Mitler, M., Dement, W.  Dose level and efficacy study of Sandoz 51-676 on chronic insomniacs. Sleep Res 6:80, 1977.

163a.   Bell, I., Isaacs, J., Guilleminault, C., Dement, W.  Eating habits and symptom histories of young adults with different degrees of postprandial drowsiness. Sleep Res 6:137, 1977.

164a.   Bell, I., Rosekind, M., Hargrave, V., Guilleminault, C., Dement, W.  Lunchtime sleepiness and nap sleep after specific foods in normals. Sleep Res 6:45, 1977.

165a.   Bell, I., Rosekind, M., Palmer, M., Babcock, D., Guilleminault, C., Dement, W.  MMPI and sleep-habit profiles of young adults with different degrees of postprandial drowsiness. Sleep Res 6:138, 1977.

166a.   Vincent, F., Dement, W., Mitler, M.  A computer algorithm for the real time automatic sleep state scoring of mouse electroencephalogram. Sleep Res 6:216, 1977.

167a.   Carskadon, M., Harvey, K., Dement, W.  Sleep tendency in children. Sleep Res 6:91, 1977.

168a.   Carskadon, M., Harvey, K., Dement, W.  Respiration and sleep in children.  Sleep Res 6:47, 1977.

169a.   Carskadon, M., Dement, W.  Sleep tendency:  an objective measure of sleep loss. Sleep Res 6:200, 1977.

170a.   Weiss, G., Mitler, M., Dement, W.  Do changes in blood pressure induce attacks in spontaneously narcoleptic dogs? Sleep Res 6:181, 1977.

171a.   Guilleminault, C., Pedley, T., Dement, W.  Sleepwalking and epilepsy. Sleep Res 6:170, 1977.

172a.   Guilleminault, C., Korobkin, R., Anders, T., Dement, W.  Nocturnal disturbances in children: NREM dyssomnia or other? Sleep Res 6:169, 1977.

173a.   Glenn, L., Mancina, R., Dement, W.  Antidepressants and REM sleep:  I.  Polygraphic observations on dissociated REM sleep. Sleep Res 6:69, 1977.

174a.   Glenn, L., Mancina, R., Dement, W.  Antidepressants and REM sleep:  II. Neurochemical substrates. Sleep Res 6:70, 1977.

175a.   Sterman, M., Dement, W., Guilleminault, C., McGinty, D., Wyler, A.  Physiological abnormalities and the states of sleep. Tenth Annual Conference on Brain Research, BIS Conference Report #45, 1977.

176a.   Mancina, R., Glenn, L., Dement, W.  Antidepressants and REM sleep.  Proceedings of the Biological Sciences Undergraduate Research Conference, Santa Clara, California, May, 1977.

177a.   Glenn, L., Leung, W., Dement, W.  Comparison of reversible cryogenic blockade to irreversible lesions in the pontine tegmentum of cats. Society for Neuroscience Abstracts, Volume III, Seventh Annual Meeting, Anaheim, California, November, 1977.

178a.   Netick, A., Foutz, A., Dement, W.  Sleep state effects upon respiration following vagotomy and cord transections in the cat. Society for Neuroscience Abstracts, Volume III, Seventh Annual Meeting, Anaheim, California, November, 1977.

179a.   Mitler, M., Vincent, F., Dement, W.  Circadian disruptions of sleep in mice: can the

sleep rhythm dissociate from the activity rhythm? Society for Neuroscience Abstracts, Volume III, Seventh Annual Meeting, Anaheim, California, November, 1977.

180a.  Guilleminault, C., Motta, J., Cummiskey, J., Dement, W.  Breathing control mechanisms in REM vs. NREM sleep: effect of oxygen in sleep apnea syndrome.  Neurology 28:334, 1978.

181a.  Glenn, L., Foutz, A., Dement, W.  Intracellular potential of motoneurons during sleep.  Physiologist 21:44, 1978.

182a.  Netick, A., Baker, T., Foutz, A., Dement, W.  State dependent effects of pneumotaxic center lesions and vagotomies on breathing in the cat.  Soc for Neurosci Abstr 4:542, 1978.

183a.  Glenn, L., Foutz, A., Dement, W.  Method for intracellular recording of lumbosacral motoneurons during natural sleep in cats.  Soc Neurosci Abstr 4:539, 1978.

184a.  Lucas, E., Foutz, A., Mitler, M., Brown, D., Dement, W.  Multiple sleep latency test in normal and narcoleptic dogs.  Soc Neurosci Abstr 4:541, 1978.

185a.  Foutz, A., Netick, A., Dement, W.  Breathing during sleep in the deafferented, curarized cat.  Sleep Res 7:68, 1978.

186a.  Carskadon, M., Dement, W., Harvey, K., Anders, T.  Adolescent maturation and changes in sleep tendency: preliminary report.  Sleep Res 7:127, 1978.

187a.  Carskadon, M., Harvey, K., Dement, W.  Total sleep loss in children: sleep tendency and performance.  Sleep Res 7:128, 1978.

188a.  Baker, T., Netick, A., Foutz, A., Dement, W.  Repetitive, prolonged apnea following bilateral pneumotaxic lesions.  Sleep Res 7:207, 1978.

189a.  Foutz, A., Mitler, M., Dement, W.  Genetic factors in canine narcolepsy.  Sleep Res 7:223, 1978.

190a.  Guilleminault, C., Ariagno, R., Nagel, L., Baldwin, R., Owen, M., Dement, W.  Near miss for SIDS and mixed and obstructive apnea.  Sleep Res 7:225, 1978.

191a.  Guilleminault, C., Nagel, L., Baldwin, R., Owen, M., Dement, W.  Polygraphic monitoring of a near miss 24 hours before SIDS.  Sleep Res 7:226, 1978.

192a.  Guilleminault, C., Nagel, L., Baldwin, R., Owen, M., Dement, W.  How long should we record a near miss infant and when?  Sleep Res 7:227, 1978.

193a.  Guilleminault, C., Hill, M., Simmons, F.B., Flagg, W., Coburn, S., Dement, W.  Some EMG studies in obstructive sleep apnea.  Sleep Res 7:228, 1978.

194a.  Guilleminault, C., Motta, J., Cummiskey, J., Flagg, W., Coburn, S., Dement, W.  Myotonic dystrophy and EDS: ventilatory and cardiovascular study.  Sleep Res 7:229, 1978.

195a.  Guilleminault, C., Motta, J., Flagg, W., Coburn, S., Dement, W.  Poliomyelitis and sleep apnea.  Sleep Res 7:230, 1978.

196a.  Guilleminault, C., Motta, J., Flagg, W., Dement, W.  Asytole and rapid eye movement sleep: a life-threatening disease related to phasic events?  Sleep Res 7:231, 1978.

197a.  Kamei, B., Davison, H., Gross, S., Hill, C., Richardson, G., Seidel, W., Weber, S., Whitson, P., Zarcone, V., Miles, L., Dement, W.  Sleep parameters of narcoleptic females who were isolated from all time cues.  Sleep Res 7:235, 1978.

198a.  van den Hoed, J., Lucas, E., Dement, W.  Dreamlike experiences during cataplectic attacks in patients with a narcolepsy-cataplexy syndrome.  Sleep Res 7:253, 1978.

199a.  Welstein, L., Dement, W., Mitler, M.  Insomnia in the San Francisco Bay Area. A continuing survey on complaints and remedies.  Sleep Res 7:254, 1978.

200a.  Richardson, G., Carskadon, M., Flagg, W., van den Hoed, J., Dement, W., Mitler, M., Quantititative differences between narcoleptic humans and control subjects, measured by a new clinical procedure, the multiple sleep latency test.  Sleep Res 7:297, 1978.

201a.  Miles, L., Cutler, R., Drake, K., Rule, B., Dement, W.  Use of a temperature/activity monitor to investigate chronobiological dysfunction in patients presenting to a sleep

disorders clinic. Sleep Res 7:293, 1978.

202a. Richardson, G., Davison, H., Gross, S., Hill, C., Kamei, B., Seidel, W., Weber, S., Miles, L., Dement, W. Development and use of microcomputer-controlled time isolation facility. Sleep Res 7:298, 1978.

203a. Barchas, J., Dement, W., Faull, K., Foutz, A., Holman, R. The concentrations of amine metabolized in cerebrospinal fluid from normal and narcoleptic dogs. Proceedings of the Physiological Society, July 13-14, 1979.

204a. Delashaw, J., Foutz, A., Guilleminault, C., Dement, W. Effects of pharmacological alterations of acetylcholine on cataplexy in dogs. Sleep Res 8:180, 1979.

205a. Foutz, A., Neyman, V., Dement, W. Narcolepsy in equines. Sleep Res 8:186, 1979.

206a. Pulliam, T., Baker, T., Dement, W. Respiration in cats during catecholamine depletion. Sleep Res 8:66, 1979.

207a. Baker, T., Pulliam, T., Dement, W. Serotonin depletion augments breathing in cats. Sleep Res 8:50, 1979.

208a. Baker, T., Sizer, K., Dement, W. Respiratory responses to hypercapnia in cats during sleep and waking. Sleep Res 8:51, 1979.

209a. Glenn, L., Dement, W. Effect of physostigmine on postural tone of cats with pontine lesions. Sleep Res 8:57, 1979.

210a. Glenn, L., Foutz, A., Dement, W. Effect of neuromuscular blockade on sleep in cats. Sleep Res 8:97, 1979.

211a. Glenn, L., Dement, W. PCPA and sleep in curarized cats. Sleep Res 8:96, 1979.

212a. Martin, C., Zarcone, V., La Barber, G., Stavosky, J., Miles, L., Dement, W. Insomnia as presented to the private practice of a general physician. Sleep Res 8:201, 1979.

213a. Czeisler, C., Richardson, G., Coleman, R., Dement, W., Weitzman, E. Successful non-drug treatment of delayed sleep phase syndrome with chronotherapy: resetting a biological clock in man. Sleep Res 8:179, 1979.

214a. Weitzman, E., Czeisler, C., Coleman, R., Dement, W., Richardson, G., Pollak, C. Delayed sleep phase syndrome: a biological rhythm disorder. Sleep Res 8:221, 1979.

215a. Welstein, L., Dement, W., Mitler, M. Insomnia in the San Francisco Bay Area: a continuing survey on complaints and remedies. Sleep Res 8:222, 1979.

216a. Carskadon, M., Dement, W. Nocturnal sleep and daytime alertness in the aged: pilot study. Sleep Res 8:120, 1979.

217a. Carskadon, M., Dement, W. Sleep tendency during extension of nocturnal sleep. Sleep Res 8:147, 1979.

218a. Carskadon, M., Harvey, K., Anders, T., Dement, W. Case report: the development of narcolepsy. Sleep Res 8:174, 1979.

219a. Carskadon, M., Dement, W. Sleepiness during sleep restriction. Sleep Res 8:254, 1979.

220a. Rosekind, M., Seidel, W., Brown, E., Davison, H., van den Hoed, J., Dement, W. 28-night sleep laboratory evaluation of flunitrazepam. Sleep Res 8:104, 1979.

221a. Rosekind, M., Seidel, W., Brown, E., Davison, H., van den Hoed, J., Carskadon, M., Dement, W. The evaluation of daytime sleepiness in insomnia. Sleep Res 8:214, 1979.

222a. van den Hoed, J., Kraemer, H., Guilleminault, C., Zarcone, V., Miles, L., Dement, W., Mitler, M. Disorders of excessive somnolence: polygraphic and clinical data for 100 patients. Sleep Res 8:218, 1979.

223a. van den Hoed, J., Guilleminault, C., Coburn, S., Zeiger, D., Dement, W. Cardiorespiratory risk in agromegaly patients during sleep. Sleep Res 8:249, 1979.

224a. Miles, L., Flagg, W., Rule, R., Redington, D., Dement, W. Establishment of a low-cost ambulatory monitoring service in a sleep disorders clinic using microcomputer-based solid-state technology. Sleep Res 8:265, 1979.

225a. Redington, D., Stavosky, J., Cooper, G., van den Hoed, J., Zarcone, V., Miles, L., Dement, W. A new approach to sleep disorders patient records: computerized time

247a.   Dement, W.  Effect of benzodiazepines on daytime alertness/sleepiness in chronic insomnia.  Collegium Internationale Neuro-Psychopharmacologicum, 13th C.I.N.P. Congress Abstracts, Volume 1, Jerusalem, Israel, 1982.

248a.   Dement, W.  The rationale basis of hypnotic therapy.  Collegium Internationale Neuro-Psychopharmacologicum, 13th C.I.N.P. Congress Abstracts, Volume 1, Jerusalem, Israel, 1982.

249a.   Bliwise, D.L., Carskadon, M.A., Coleman, R.M., Seidel, W.F., Dement, W.C.  Prevalence of sleep-related respiratory disturbance in elderly populations.  Gerontologist 22:201, 1982.

250a.   Dement, W.C.  Symposium: sleep disturbance and aging.  Gerontologist 22:187, 1982.

251a.   Carskadon, M., Dement, W.  Flurazepam and triazolam in elderly insomniacs: carryover effects on multiple sleep latency tests.  Sleep Res 11:55, 1982.

252a.   Coburn, S.C., Zeiger, D., Guilleminault, C., Dement, W.  Effects of a hypnotic (flurazepam 30 mg) on respiration and blood oxygen saturation during nocturnal sleep in ten, elderly, "normal" volunteers: a pilot study.  Sleep Res 11:81, 1982.

253a.   Seidel, W., Dement, W.  Long-term efficacy of triazolam, flurazepam and placebo.  Sleep Res 11:73, 1982.

254a.   Boehme, R., Baker, T.L., Mefford, I.M., Ciaranello, R., Dement, W.C.  Muscarinic cholinergic receptor abnormalities in canine narcolepsy.  Sleep Res 11:45, 1982.

255a.   Miles, L., Rule, B., Benson, K., Herekar, S., Dement, W.  Screening outpatients for sleep apnea: continuous measurement of tidal volumes and other parameters using the Vitalog portable microcomputer.  Sleep Res 11:204, 1982.

256a.   LaBerge, S.P., Dement, W.  Voluntary control of respiration during lucid REM dreaming.  Sleep Res 11:107, 1982.

257a.   Baker, T., Coleman, R., Miles, L., Zarcone, V.P., Guilleminault, C., Dement, W.  Daytime somnolence and nocturnal sleep of narcoleptic patients: effects of aging.  Sleep Res 11:136, 1982.

258a.   Coleman, R.M., Baker, T.L., Zarcone, V.P., Guilleminault, C., Dement, W.C.  Relationship between REM sleep and daytime sleepiness on the multiple sleep latency test.  Sleep Res 11:140, 1982.

259a.   Seidel, W.F., Zarcone, V.P., Dement, W.C.  Nocturnal sleep and daytime insomniacs: older versus younger chronic insomniacs.  Sleep Res 11:172, 1982.

260a.   Seidel, W.F., Dement, W.C.  Chronic insomnia and daytime sleepiness.  Sleep Res 11:171, 1982.

261a.   Silvestri, R., Guilleminault, C., Coleman, R., Roth, T., Dement, W.C.  Nocturnal sleep versus daytime nap findings in patients with breathing abnormalities during sleep.  Sleep Res 11:174, 1982.

262a.   Bowersox, S., Baker, T.L., Dement, W.C.  Circadian sleep and waking patterns in the aged cat.  Sleep Res 11:17, 1982.

263a.   Mefford, I., Baker, T., Boehme, R., Barchas, J., Dement, W.  Biogenic amine deficits in CNS of genetically narcoleptic canines.  Sleep Res 11:46, 1982.

264a.   Johnson, L., Spinweber, C., Seidel, W., Dement, W.  EEG sleep changes during chronic use of short- and long-acting benzodiazepines.  Sleep Res 11:57, 1982.

265a.   LaBerge, S.P., Dement, W.C.  Laterilization of alpha activity for dreamed singing and counting during REM sleep.  Psychophysiol 19:331-332, 1982.

266a.   Bowersox, S., Dement, W.  Sleep spindles: density measures correlate with incidence of intrasleep arousals.  Soc Neurosci Abstr 9:1203, 1983.

267a.   Dement, W., Rosenberg, R., Bowersox, S., Richardson, G., Welsh, D.  Animal models of sleep in the aged human.  Gerontologist 23:88, 1983.

268a.   Dement, W.  Issues in the evaluation of hypnotic efficacy vs. the clinical management of insomnia.  American College of Neurophysiology Abstracts, Dec. 12-16, 1983.

269a.  Karacan, I., Dement, W., Roth, T., Seidel, W., Zorick, F., Thornby, J., Koshorek, G., Moore, C., Bowers, P. The long term efficacy of brotizolam. Sleep Res 12:103, 1983.

270a.  Mitler, M., Seidel, W., van den Hoed, J., Greenblatt, D., Dement, W. Comparative hypnotic effects of flurazepam, triazolam and placebo: a long-term simultaneous and daytime study. Sleep Res 12:113, 1983.

271a.  Carey, E., Bliwise, D., Dement, W. Nightly variation in sleep-related respiratory disturbance in older clinic EDS patients. Sleep Res 12:231, 1983.

272a.  Benson, K., Miles, L., Rule, R.B., Miles, S., Dement, W. Monitoring tidal volume, respiratory effort, ECG, blood oxygen saturation, and body movement, with the Vitalog PMS-8 portable microcomputer. Sleep Res 12:324, 1983.

273.1a  Carskadon, M.A., Dement, W.C. Gauging the need for sleep. Consultant November:296, 1983.

273a.  Bliwise, D., Bliwise, N., Kraemer, H., Dement, W. Error of measurement of respiratory disturbance during sleep. Sleep Res 12:343, 1983.

274a.  Carskadon, M.A., Kerr, E., Dement, W. Phase reversal: effects of flurazepam (30 mg), temazepam (30 mg), and placebo on sleep, sleepiness, performance, and mood. Sleep Res 13:45, 1984.

275a.  Karacan, I., Dement, W., Roth, T., Seidel, W., Zorick, F., Thornby, J., Koshorek, G., Moore, C., Bowers, P. Investigation of early morning and rebound insomnia following long-term use of brotizolam. Sleep Res 13:48, 1984.

276a.  Seidel, W., Roth, T., Roehrs, T., Zorick, F., Dement, W. Treatment of simulated jet-lag with benzodiazepines. Sleep Res 13:67, 1984.

277a.  Bowersox, S.S., Tillery, D., Greenleaf, W., Dement, W. Apnea in the aged cat. Sleep Res 13:75, 1984.

278a.  Carskadon, M.A., Bliwise, D., Gourash Bliwise, N., Dement, W. Effects of two sleep regimens on sleep and sleepiness in elderly volunteers. Sleep Res 13:76, 1984.

279a.  Petta, D., Carskadon, M., Dement, W. Sleep habits in children aged 7 to 13 years. Sleep Res 13:86, 1984.

280a.  Yesavage, J., Bliwise, D., Guilleminault, C., Carskadon, M., Dement, W. Sleep-related respiratory disturbance is associated with cognitive impairment in elderly community population. Sleep Res 13:89, 1984.

281a.  Bliwise, D., Carskadon, M., Carey, E., Dement, W. Longitudinal development of sleep-related respiratory disturbance. Sleep Res 13:134, 1984.

282a.  Seidel, W., Ball, S., Cohen, S., Patterson, N., Yost, D., Dement, W. Daytime sleepiness in chronic insomniacs and non-complaining sleepers: the multiple sleep latency test. Sleep Res 13:165, 1984.

283a.  Bliwise, D., Gourash Bliwise, N., Kraemer, H., Dement, W. Selective unreliability of visually scored measures of sleep-related disturbance. Sleep Res 13:195, 1984.

284a.  Bliwise, D., Petta, D., Dement, W. Coding reliability of retrospective data for chief complaint and chief complaint duration: implications for database utility. Sleep Res 13:196, 1984.

285a.  Bowersox, S.S, Floyd, T., Feinberg, I., Dement, W.C. Changes in EEG spectral characteristics with age in the cat. (1) Annual Meeting, American Electroencephalographic Society, October 16-24, 1983, New Orleans, Louisiana. (2) Electroencephalogr Clin Neurophysiol 58(2):42P, 1984.

286a.  Welsh, D., Richardson, G.S., Dement, W. A circadian rhythm of theta EEG activity in the mouse. Sleep Res 13:228, 1984.

287.1a. Bliwise, D., Feldman, D., Bliwise, N., Caskadon, M., Kraemer, H., North, C., Petta, D., Seidel, W., Dement, W.C. Cross-sectional and longitudinal predictors of sleep-related respiratory disturbance in elderly persons. Chest 86(2):320, 1984.

287.2a. Yesavage, J., Bliwise, D.,, Guilleminault, C., Carskadon, M., Dement, W.C. Respiratory

disturbance during sleep and neuropsychological deficit. Chest 86(2):321, 1984.

287a. Baker, T.L., Kaitin, K.I., Bowersox, S.S., Dement, W.C. Pharmacological mechanisms of cataplexy in the genetic form of narcolepsy/cataplexy syndrome in dogs. European Sleep Society Meeting, 1984.

288a. Kaitin, K.I., Kilduff, T.S., Dement, W.C. A comparison of twenty-four hour sleep recordings in genetically narcoleptic and control dogs. Soc Neurosci Abstr 11:1284, 1985.

289a. Johnson, L.C., Mitler, M.M., Dement, W.C. Comparative hypnotic effects of flurazepam, triazolam, and placebo: another look. J Clin Psychopharmacol 5:1980-1981, 1985.

290a. Bliwise, D., Tinklenberg, J., Davies, H., Pursley, A., Petta, D., Yesavage, J., Widrow, L., Guilleminault, C., Zarcone, V., Dement, W. Variation in dementia over time: overnight change in face-hand test (FHT) and sleep-related hypoxemia. Proceedings of 38th Annual Meeting, Gerontologist 25:116; 1985.

291a. Bliwise, N.G., Bliwise, D., Dement, W. Age and MMPI scores in insomnia. Sleep Res 14:126, 1985.

292a. Bliwise, D.L., Feldman, D.E., Bliwise, N.G., Carskadon, M.A., Kraemer, H.C., North, C.S., Petta, D.E., Seidel, W.F., Dement, W.C. Risk factors for sleep disordered breathing (SDB) in heterogeneous geriatric populations. Sleep Res 14:147, 1985.

293a. Bliwise, D., Petta, D., Seidel, W., Dement, W. The relationship of periodic leg movements in sleep (PLMs) to renal function and subjective sleep complaints in elderly insomniacs. Sleep Res 14:68, 1985.

294a. Carskadon, M.A., Dement, W.C. Sleep deprivation in elderly volunteers: effects on sleep, breathing, and periodic leg movements. Sleep Res 14:251, 1985.

295a. Carskadon, M.A., Dement, W.C. Sleep deprivation in insomniacs: effects on daytime alertness and recovery sleep. Sleep Res 14:148, 1985.

296a. Carskadon, M.A., Dement, W.C. Midafternoon decline in MSLT scores on a constant routine. Sleep Res 14:292, 1985.

297a. Carskadon, M.A., Littell, W.P., Dement, W.C. Constant routine: alertness, oral body temperature and performance. Sleep Res 14:293, 1985.

298a. Kaitin, K.I., Kilduff, T.S., Dement, W.C. Sleep organization in the genetically narcoleptic dog. Sleep Res 14:174, 1985.

299a. Lim, K., Van Gelder, R., Hayes, B., Guilleminault, C., Dement, W.C. An actioculographic ambulatory monitoring and analysis system. Sleep Res 14:272, 1985.

300a. Nino-Murcia, G., Bliwise, D., Keenan, S., MacGregor, P., Foster, R., Butkov, N., Hutchinson, D., Siegel, D., Kraemer, H., Sink, V., Dement, W., Miles, L. Respiration monitoring in sleep: comparison of judgments based on conventional polysomnography (PSG) and an ambulatory, microprocessor-derived recording (AMR). Sleep Res 14:274, 1985.

301a. Seidel, W.F., Bliwise, N.G., Cohen, S.A., Dement, W.C. Buspirone: an anxiolytic without sedative effects. Sleep Res 14:56, 1985.

302a. Seidel, W.F., Roth, T., Cohen, S.A., Dement, W.C. Phase-shift of REM distribution with triazolam. Sleep Res 14:311, 1985.

303a. Welsh, D.K., Richardson, G.S., Dement, W.C. Effect of running wheel availability on the circadian pattern of sleep and wakefulness in the mouse. Sleep Res 14:316, 1985.

304a. Welsh, D.K., Nino-Murcia, G., Keenan, S., Dement, W.C. Regular 48-hour cycling in sleep duration and mood in a 35 year old woman. Sleep Res 14:315, 1985.

305a. Welsh, D.K., Richardson, G.S., Dement, W.C. Age differences in the circadian pattern of sleep and wakefulness in the mouse. Sleep Res 14:82, 1985.

306a. Welsh, D.K., Kronauer, R.E., Richardson, G.S., Dement, W.C. Precision analysis of circadian wake and activity onset timing in the mouse. Sleep Res 14:314, 1985.

307a.   Coleman, R.M., Seidel, W., Dement, W.C.  Effect of acrivastine+ pseudoephedrine on daytime sleepiness. Ann Allergy 5:232, 1985.

308.1a. Patterson, N., Ball, S., Cohen, S., Seidel, W., Yost, D., Dement, W.C.  Medilog 9000: Recording quality and visual scoring reliability. Sleep Res 14:252, 1985.

309a.   Bliwise, D.L., Bliwise, N.G., Dement, W.C.  Relationships among self-report items of excessive daytime sleepiness (EDS) in a sleep clinic sample:  validation with the multiple sleep latency test (MSLT). Sleep Res 15:66, 1986.

310a.   Bliwise, D.L., Bliwise, N.G., Coleman, R.M., Dement, W.C.  Relationships among self-report items of excessive daytime sleepiness (EDS) in a general practice sample: replication of factor structure. Sleep Res 15:65, 1986.

311a.   Bowersox, S.S., Kilduff, T.S., Faull, K.S., Dement, W.C., Ciaranello, R.D.  Brain dopamine receptor levels are elevated in canine narcolepsy. Sleep Res 15:107, 1986.

312a.   Siegel, J.M., Fahringer, H., Tomaszewski, K.S., Kaitin, K., Kilduff, T., Dement, W.C.  Heart rate and blood pressure changes associated with cataplexy in canine narcolepsy. Sleep Res 15:13, 1986.

313a.   Kilduff, T.S., Bowersox, S.S., Hammer, R.P., Radeke, C.M., Ciaranello, R.D., Heller, H.C., Dement, W.C.  Striatal dopamine D2 concentrations decrease during the hibernation cycle. Soc Neurosci Abstr 12:1140, 1986.

314a.   Nino-Murcia, G., Bliwise, D.L., Keenan, S., Dement, W.C.  Inter-rater reliability of respiratory disturbance variables using two recording systems. Sleep Res 15:251, 1986.

315a.   Bliwise, D.L., Pursley, A.M., Bliwise, N.G., Dement, W.C.  Impaired respiration in sleep is associated with mortality in an ambulatory, non-institutionalized aged sample. Sleep Res 15:104, 1986.

316a.   Bliwise, D., Tinklenberg, J., Davies, H., Pursley, A., Petta, D., Yesavage, J., Widrow, L., Guilleminault, C., Zarcone, V., Dement, W.C.  Sleep patterns in Alzheimer's Disease (AD). Sleep Res 15:49, 1986.

317a.   Bliwise, D., Tinklenberg, J., Davies, H., Pursley, A., Petta, D., Yesavage, J., Widrow, L., Guilleminault, C., Zarcone, V., Dement, W.C.  REM latency in Alzheimer's disease. Gerontologist 26:18A, 1986.

318a.   Kilduff, T.S., Radde, L., Burtch, M., Steinman, L., Dement, W.C.  Immunosuppression with cyclosporine as a treatment for canine narcolepsy. Sleep Res 16:369, 1987.

319a.   Siegel, J.M., Nienhuis, R., Paul, R., Fahringer, H., Kilduff, T., Dement, W.  Unit activity during cataplexy:  first recordings of single nueron activity in the narcoleptic animal. (1) Sleep Res 16:434, 1987. (2) Soc Neurosci Abstr 13:261, 1987.

320a.   Bowersox, S.S., Kilduff, T.S., Dement, W.C., Ciaranello, R.D.  Brainstem cholinergic receptor abnormalities in canine narcolepsy are not associated with abnormalities in acetylcholinesterase, choline acetyltransferase, or choline uptake. Sleep Res 16:3; 1987.

321a.   Bowersox, S.S., Dement, W.C., Ciaranello, R.D.  Cholinergic receptor abnormalities in narcolepsy: regional variations within ponto-medullary reticular formation of the narcoleptic dog. Sleep Res 16:311, 1987.

322a.   Bowersox, S.S., Dement, W.C., Ciaranello, R.D.  Brainstem muscarinic receptor abnormalities fail to predict severity of cataplexy in narcoleptic canines. Sleep Res 16:312, 1987.

323a.   Mignot, E., Guilleminault, C., Bowersox, S.S., Kilduff, T., Dement, W.C.  The effects of alpha-1 adrenoceptor agonist and antagonist in canine narcolepsy. Sleep Res 16:393, 1987.

324a.   Bowersox, S.S., Dement, W.C.  Effects of ambient temperature vs. sleep/wake behavior in the aged cat. Sleep Res 16:171, 1987.

325a.   Edgar, D.M., Welsh, D.K., Wheatland, R.D., Kilduff, T.S., Dement, W.C.  Influence of activity restriction on sleep-wake architecture in the mouse. Sleep Res 16:607, 1987.

326a.   Kilduff, T.S., Bowersox, S.S., Faull, K.F., Zeller-DeAmicis, L., Radeke, C.M.,

Ciaranello, R.D., Heller, H.C., Dement, W.C.  Modulation of the activity of the striatal dopaminergic system during the hibernation cycle.  Sleep Res 16:63, 1987.

327a.  Dean, R., Kilduff, T.S., Grumet, C., Dement, W.C.  Canine DLA type and narcolepsy:  is there an association?  Soc Neurosci Abstr 13:1687, 1987.

328a.  Edgar, D.M., Wheatland, R.D., Kilduff, T.S., Dement, W.C.  Influence of age and activity restriction on sleep-wake architecture in the mouse.  Soc Neurosci Abstr 13:51, 1987.

329a.  Motoyama, M., Kilduff, T.S., Dement, W.C., Lee, B.S.M., McDevitt, H.O.  Restriction fragment length polymorphism study of canine narcolepsy.  Soc Neurosci Abstr 13:1687, 1987.

330.10a.  Bliwise, D., Ingham, R., Date, E., Dement, W.C.  Peripheral neuropathy and metabolism in the elderly with periodic leg movements in sleep.  Arch Phys Med Rehab, 68:661, 1987.

330.11a.  Sink, J., Bliwise, D., Dement, W.C.  Self-reported excessive daytime somnolence and impaired respiration in sleep.  Geriatr Dig 7: 21, 1987.

330.12a.  Guilleminault, C., Mondini, S., Montplaisir, J., Manusco, J., Cobasko, D., Dement, W.C.  Periodic leg movements (PLM), L-DOPA, 5-HTP, and L-Tryptophan.  Sleep Res 17:342, 1987.

330.1a.  Mignot, E.J.M., Guilleminault, C., Bowersox, S.S., Dement, W.C.  Role of alpha-1 adrenoceptors in REM sleep and cataplexy.  Soc Neurosci Abstr 13, 1987.

330.2a.  Hayes, B., Guilleminault, C., Partinen, M., Quera-Salva, M., Nino-Murcia, G., Dement, W.C.  OSAS:  Factors affecting daytime sleepiness.  Sleep Res 16:353, 1987.

330.3a.  Seidel, W., Cohen, S., Guilleminault, C., Dement, W.C.  Sleep pathology in aircrew.  Sleep Res 16:428,1987.

330.4a.  Cobasko, D., Guilleminault, C., Hayes, B., Manusco, J., Quera-Salva, M., Dement, W.C.  Viloxazine HCL and narcolepsy syndrome.  Sleep Res 16:323, 1987.

330.5a.  Bliwise, D., Ingham, R., Date, E., Dement, W.C.  Peripheral neuropathy and metabolism in the elderly with periodic leg movements in sleep.  Arch Phys Med Rehab, 68:661, 1987.

330.6a.  Nino-Murcia, G., Crowe, C., Bliwise, D., Guilleminault, C., Dement, W.C.  Nasal CPAP:  follow-up of compliance and adverse effects.  Sleep Res 16:398, 1987.

330.7a.  Bliwise, D., Bevier, W., Bliwise, N., Dement, W.C.  Systematic behavioral observation of sleep/wakefulness in a skilled care nursing home.  Sleep Res 16:170, 1987.

330.8a.  Bevier, W., Bliwise, D., Bliwise, N., Dement, W.C.  A pilot study of the correlates of observed sleep/wakefulness in a nursing home.  Sleep Res 16:169, 1987.

330.9a.  Bliwise, D., Bliwise, N., Bevier, W., Dement, W.C.  Systemic behavioral observation of sleep/wakefulness in a nursing home.  Gerontologist 27:128A, 1987.

330a.  Bliwise, D., Seidel, W., Cohen, S., Bliwise, N., Dement, W.C.  Profile of mood states (POMS) changes during long-term use of triazolam.  Sleep Res 16:77, 1987.

331a.  Bliwise, D.L., Carroll, J.S., Dement, W.C.  Predictors of observed sleep/wakefulness (s/w) in aged nursing home patients.  Sleep Res 17:71, 1988.

332a.  Bliwise, D.L., Pursley, A.M., Dement, W.C.  Day/night relationships of observed sleep/wakefulness (s/w) in aged nursing home patients.  Sleep Res 17:72, 1988.

333a.  Carroll, J.S., Bliwise, D.L., Dement, W.C.  A method for checking inter-rater reliability in observational sleep studies.  Sleep Res 17:81, 1988.

334a.  Dean, R.R., Kilduff, T.S., Grumet, F.C., Dement, W.C.  Investigation of MHC class II antigens in canine narcolepsy.  Sleep Res 17:166, 1988.

335a.  Edgar, D.M., Bliwise, D.L., Dement, W.C.  Sleep-wakefulness rhythms in elderly demented patients:  assessment of rhythm amplitude under different medication regiments.  Sleep Res 17:373, 1988.

336.1a.  Edgar, D.M., Kilduff, T.S., Dement, W.C.  Running wheel availability entrains sleep-

wake and drinking circadian rhythms in the mouse. Proceedings: Society for Research on Biological Rhythms, Charleston, S.C., p. 53, 1988.

336a. Edgar, D.M., Kilduff, T.S., Dement, W.C. Temporal distribution of EEG delta power density during activity restriction in the mouse. Sleep Res 17:374, 1988.

337a. LaBerge, S., Levitan, L., Rich, R., Dement, W.C. Induction of lucid dreaming by light stimulation during REM sleep. Sleep Res 17:104, 1988.

338a. LaBerge, S., Levitan, L., Brylowski, A., Dement, W.C. Out-of-body experiences occurring in REM sleep. Sleep Res 17:115, 1988.

339a. Mignot, E., Bowersox, S., Guilleminault, C., Fruhstorfer, B., Nishino, S., Maddaluno, J., Dement, W.C. Low affinity [3H]-prazosin binding sites and canine narcolepsy. Sleep Res 17:53, 1988.

340a. Motoyama, M., Kilduff, T.S., McDevitt, H.O., Lee, B.S.M., Dement, W.C. Restriction fragment length polymorphism study of canine narcolepsy. Sleep Res 17:226, 1988.

341a. Nino-Murcia, G., Bliwise, D.L., McCann, C.C., Dement, W.C. Maintenance CPAP versus discontinued CPAP in the treatment of sleep apnea: self-reported outcomes. Sleep Res 17:228, 1988.

342a. Seidel, W.F., Cohen, S.A., Bliwise, N.G., Dement, W.C. Treatment of a 7-hour, advanced sleep schedule with triazolam 0.5 mg, 0.25 mg, or placebo. Sleep Res 17:398, 1988.

343a. Seidel, W.F., Cohen, S.A., Dement, W.C. Improved method for portable polysomnography. Sleep Res 17:351, 1988.

344a. Seidel, W.F., Cohen, S.A., Bliwise, N.G., Dement, W.C. Direct measurement of H1-antihistimine sedation with the MSLT: ceterizine and hydroxyzine. Sleep Res 17:63, 1988.

345a. Seidel, W.F., Cohen, S.A., Bliwise, N.G., Dement, W.C. Sleep and MSLT in volunteers complaining of chronic insomnia after brotizolam 0.5 mg and flurazepam 30 mg. Sleep Res 17:62, 1988.

346.1a. Bliwise, D., Bliwise, N., Partinen, N., Yesavage, J., Pursley, A., Dement, W.C. Sleep apnea and mortality in an aged cohort. J Am Geriatr Soc 36:581, 1988.

346.2a. Bliwise, D., Carroll, J., Dement, W.C. Sleep/wakefulness (S/W) in a SNF. Gerontologist 28:73A-74A, 1988.

346a. Seidel, W.F., Edgar, D.M., Wheatland, R., Cohen, S.A., Eder, D., Dement, W.C. Spectral correlates of MSLT during relaxed wakefulness. Sleep Res 17:352, 1988.

347a. Bliwise, D.L., Carroll, J.S., Dement, W.C. Apparent seasonal variation in sundowning behavior in a skilled nursing facility. Sleep Res 18:408, 1989.

348a. Bliwise, D.L., Lee, K., Carroll, J.S., Dement, W.C. A rating scale for assessing sundowning in nursing home patients. Sleep Res 18:111, 1989.

349a. Bliwise, D.L., Ingham, R.H., Nino-Murcia, G., Pursley, A.M., Dement, W.C. Five-year follow-up of sleep related respiratory disturbance and neuropsychological variables in elderly subjects. Sleep Res 18:202, 1989.

350a. Dean, R.R., Mignot, E., Dement, W.C. Autoradiographic studies of narcoleptic vs. normal Doberman pinschers: changes in alpha-1 adrenergic and muscarinic receptors. Sleep Res 18:218, 1989.

351a. Edgar, D.M., Seidel, W.F., Dement, W.C. Effect of suprachiasmatic nuclei lesions on sleep bout-lengths in the rat. Sleep Res 18:419, 1989.

352a. Gaiser, C., Burtch, M., Radde, L., Dement, W., Steinman, L. Evidence for an autoimmune etiology in canine narcolepsy. Sleep Res 18:230, 1989.

353a. Mignot, E., Kilduff, T., Bangs, C., Guilleminault, C., Dement, W.C., Donlon, T. Karyotypes in narcoleptic dogs. Sleep Res 18:263, 1989.

354a. Mignot, E., Motoyama, M., Wang, C., Dean, R., Gaiser, C., McDevitt, H., Dement, W.C. Absence of tight genetic linkage of CANARC-1 and DLA in autosomal recessive canine

narcolepsy. Sleep Res 18:264, 1989.

355a. Mignot, E., Guilleminault, C., Bowersox, S., Fruhstorfer, B., Nishino, S., Maddaluno, J., Dement, W.C. Alpha-1 adrenergic/muscarinergic interactions in canine narcolepsy. Sleep Res 18:262, 1989.

356a. Motoyama, M., Lee, B.S.M., Timmerman, L., Mignot, E., McDevitt, H.O., Dement, W.C. Narcoleptic dog major histocompatibility complex (MHC) class II sequence analysis. Sleep Res 18:274, 1989.

357a. Nishino, S., Mignot, E., Fruhstorfer, B., Kilduff, T., Hayaishi, O., Dement, W.C. Reducing effects of prostaglandin E2 and its methyl ester on canine cataplexy. Sleep Res 18:278, 1989.

358a. Patterson-Rhoads, N., Hayes, B., Guilleminault, C., Nino-Murcia, G., Dement, W. Marital status of patients with sleep disorders. Sleep Res 18:295, 1989.

359a. Patterson-Rhoads, N., Hayes, B., Guilleminault, C., Nino-Murcia, G., Dement, W.C. The narcoleptic tetrad and objective polysomnographic tests. Sleep Res 18:294, 1989.

360a. Valtier, D., Mignot, E., Guilleminault, C., Dement, W.C. Monoamine uptake and release parameters in narcoleptic dog brain synaptosomes. Sleep Res 18:317, 1989.

361a. Mignot, E., Nishino, S., Fruhstorfer, B., Valtier, D., Haak, L., Dement, W.C., Guilleminault, C. Alpha-2 adrenergic mechanisms in canine narcolepsy. Sleep Res 18:265, 1989.

362a. Fruhstorfer, B., Mignot, E., Nishino, S., Dement, W.C., Guilleminault, C. Health risk narcolepsy: alpha adrenoceptors involved in sleep and arousal mechanism. Internal Symposium: Sleep and Health Risk. Philipps-Universitat, Marburg, p.29, 1989.

363a. Dean, R.R., Mignot, E., Dement, W.C. Autoradiographic localization of two subtypes of the canine alpha-1 adrenergic receptor. Soc Neurosci Abstr 15(1):584, 1989.

364a. Edgar, D.M., Seidel, W.F., Dement, W.C. Effect of suprachiasmatic nuclei lesions on benzodiazepine-induced sleep in the rat. Soc Neurosci Abstr 15(1):493, 1989.

366a. Crowe McCann, C., Quera Salva, M.A., Guilleminault, C., Nino-Murcia, G., Dement, W.C. Sleep architecture recovery patterns after CPAP. Sleep Res 18:371, 1989.

367a. Bliwise, D.L., Carroll, J.S., Lee, K., Dement, W.C. Illumination and seasonal variation in sundowning in a SNF. Gerontologist 29:69A, 1989.

368a. Dinges, D.F., Graeber, R.C., Carskadon, M.A., Czeisler, C.A., Dement, W.C. Attending to inattention. Science 245:342, 1989.

369a. Kilduff, T.S., Castro, R., Dement, W.C., Heller, H.C. Protein synthesis in ground squirrel brain during hibernation and euthermia. (1) Sleep Res 19:48, 1990. (2) Soc Neurosci Abstr 15:724, 1989.

370a. Kilduff, T.S., Landel, H.B., Nagy, G.S., Heller, H.C., Dement, W.C. Circadian phase-dependent induction of the FOS protein in the suprachiasmatic nucleus by melatonin. Sleep Res 19:49, 1990.

371a. Mignot, E., Wang, C., Ratazzi, C., Gaiser, C., Hunt-Sharp, L., Guilleminault, C., Dement, W.C., Grumet, F.C. Linkage studies in autosomal recessive canine narcolepsy. Sleep Res 19:255, 1990.

372a. Edgar, D.M., Seidel, W.F., Dement, W.C. Effects of buspirone on sleep-wake and body temperature circadian rhythms in the rat. Sleep Res 19:58, 1990.

373a. Edgar, D.M., Trachsel, L., Seidel, W.F., Heller, H.C., Dement, W.C. Hypnotic efficacy of triazolam is restored in sleep-deprived SCN-lesioned rats. Sleep Res 19:352, 1990.

374a. Rosekind, M.R., Yost, D., Rountree, M., Welsh, B., Cohen, S., Seidel, W.F., Dement, W.C. Laboratory investigation of sleepiness in night shiftworkers. Sleep Res 19:403, 1990.

375a. Nishino, S., Mignot, E., Valtier, D., Miller, J., Guilleminault, C., Dement, W.C. Involvement of dopamine D-2 receptor mechanisms in canine narcolepsy. Abstract Book: 10th Congress of the European Sleep Research Society, 141, 1990.

376a.  Mignot, E., Nishino, S., Valtier, D., Dean, R., Renaud, A., Guilleminault, C., Dement, W.C. Pharmacological control of canine narcolepsy. Abstract Book: 10th Congress of the European Sleep Research Society 24, 1990.

377.1a. Douglass, A., Bornstein, R., Nino-Murcia, G., Keenan, S., Miles, L., Zarcone, V., Guilleminault, C., Dement, W.C., Abelseth, D. Item test-retest reliability of the Sleep Disorders Questionnaire (SDQ). Sleep Res 19:215, 1990.

377a.  Valtier, D., Nishino, S., Guilleminault, C., Dement, W.C., Mignot, E. [3H] yohimbine binding sites in platelets of canine and human narcoleptics. Abstract Book: 10th Congress of the European Sleep Research Society, 248, 1990.

378a.  Renaud, A., Nishino, S., Valtier, D., Guilleminault, C., Dement, W.C., Mignot, E. Effects of buspirone on canine cataplexy. Abstract Book: 10th Congress of the European Sleep Research Society, 249, 1990.

379a.  Dean, R.R., Miller, J.D., Dement, W.C. Serotonin receptor subtypes in the suprachiasmatic nucleus. Society for Research on Biological Rhythms, 1990.

380a.  Sayeski, P.P., Edgar, D.M., Miller, J.D., Dement, W.C. The role of aminergic agents in circadian timekeeping. Society for Research on Biological Rhythms, Amelia Island, Florida, p. 59, 1990.

381a.  Nishino, S., Mignot, E., Valtier, D., Miller, J., Guilleminault, C., Dement, W.C. Dopamine D-2 receptor mechanisms in canine narcolepsy. Sleep Res 19:266, 1990.

382a.  Edgar, D.M., Martin, C.E., Dement, W.C. Quantitative assessment of exercise dependent entrainment in the mouse. Proceedings: Society for Research on Biological Rhythms, Amelia Island, Florida, p. 80, 1990.

383a.  Martin, C.E., Edgar, D.M., Dement, W.C. Wheel running activity is a determinant of circadian rhythm period in the mouse. Proceedings: Society for Research on Biological Rhythms, Amelia Island, Florida, p. 49, 1990.

384a.  Trachsel, L., Edgar, D.M., Dement, W.C. EEG spectral analysis: the fast hardly is faster than the fast fourier transform. Sleep Res 19:382, 1990.

385a.  Nishino, S., Mignot, E., Kilduff, T., Sakai, T., Hayaishi, O., Dement, W.C. Prostaglandin E2 levels in cisternal CSF of normal and narcoleptic dogs. Sleep Res 19:265, 1990.

386a.  Bliwise, D.L., Nekich, J.C., Dement, W.C. Accuracy of self-reported snoring for sleep apnea. Sleep Res 19:192, 1990.

387a.  Cohen, S.A., Dement, W.C. Goals and perceived benefits of a narcolepsy support group. Sleep Res 19:204, 1990.

388a.  Rosekind, M.R., Cohen, S., Welsh, B., Yost, D., Rountree, M., Dement, W.C. Recent experience recruiting a population of older insomniacs. Sleep Res 19:273, 1990.

389a.  Valtier, D., Nishino, S., Guilleminault, C., Mignot, E., Dement, W.C. Platelet alpha-2 adrenoceptors in canine and human narcolepsy. Sleep Res 19:304, 1990.

390a.  Valtier, D., Dement, W.C., Mignot, E. Synaptosome uptake of [3H] norepinephrine, [3H] dopamine and [3H] serotonin in canine narcolepsy. 10th Congress of the European Sleep Research Society, 128, 1990.

391a.  Mignot, E., Wang, C., Ratazzi, C., Hunt Sharp, L., Guilleminault, C., Dement, W.C., Grumet, C. Linkage markers in canine narcolepsy. 10th Congress of the European Sleep Research Society, 129, 1990.

392.1a. Rosekind, M., Townsend, B., Rountree, M., Connell, L., Yost, D., Graeber, R.C., Spinweber, C., Dinges, D, Dement, W.C. Modification of the Medilog-9000 II Recorder to reduce 400 Hz noise in the cockpit environment. Sleep Res 19:377, 1990.

392a.  Edgar, D.M., Martin, C.E., Sayeski, P.P., Seidel, W.F., Trachsel, L., Dement, W.C. Circadian and homeostatic determinants of benzodiazepine induced sleep. Proceedings: 10th Congress of the European Sleep Research Society, p. 137, 1990.

393a.  Fruhstorfer, B., Mignot, E., Nishino, S., Dement, W.C., Guilleminault, C. Health risk

narcolepsy: evidence for involvement of alpha-adrenergic mechanisms. International Symposium: Sleep and Health Risk. Philipps-Universitat, Marburg, 1990.

394a.   Edgar, D.M., Martin, C.E., Dement, W.C. Effect of active-phase enforced waking in young and aged mice. Sleep Res 20:407, 1991.

395a.   Hunt Sharp, L., Arrigoni, J., Nishino, S., Mignot, E., Dement, W.C., Ciaranello, R. Developmental aspects of narcolepsy in Doberman pinschers. Sleep Res 20:259, 1991.

396a.   Nishino, S., Arrigoni, J., Dement, W.C., Mignot, E. Effect of L-threo-DOPS on canine narcolepsy. Sleep Res 20:72, 1991.

397a.   Reid, M., Mignot, E., Gallego, S., Dement, W.C. Local infusion of dopaminergic drugs into the amygdala modulates cataplexy in the narcoleptic Doberman. Sleep Res 20:315, 1991.

398a.   Mignot, E., Hunt Sharp, L., Arrigoni, J., Nishino, S., Guilleminault, C., Dement, W.C., Ciaranello, R. Gene dosage effects in canine narcolepsy: induction of cataplexy-like behaviors in heterozygous dogs after drug challenge. Sleep Res 20:294, 1991.

399a.   Renaud, A., Nishino, S., Arrigoni, J., Guilleminault, C., Mignot, E., Dement, W.C. Effects of selective monoamine uptake inhibitors and release enhancers on canine cataplexy. Sleep Res 20:76, 1991.

400a.   Arrigoni, J., Nishino, S., Hunt Sharp, L., Mignot, E., Dement, W.C. Effect of selegiline, a selective MAO-B inhibitor, on canine cataplexy. Sleep Res 20: 57, 1991.

401a.   Mignot, E., Wang, C., Ratazzi, C., Gaiser, C., Lovett, M., Hunt Sharp, L., Arrigoni, J., Gelb, M., Guilleminault, C., Dement, W.C., Grumet, C. Genetic linkage of autosomal recessive canine narcolepsy with an immunoglobulin μ chain switch-like segment. Sleep Res 20:295, 1991.

402a.   Bliwise, D.L., Carskadon, M.A., Seidel, W.F., Nekich, J.C., Dement, W.C. Daytime sleepiness and neuropsychological test performance in the elderly. Sleep Res 20:114, 1991.

403a.   Bliwise, D.L., Nekich, J.C., Partinen, M., Dement, W.C. Neuropsychological test performance and sleep apnea in the elderly. Sleep Res 20:209, 1991.

404a.   Dement, W.C. Changing the way society deals with sleep. Universities Space Research Association Lecture Program, Houston, TX, August 1991.

405a.   Hunt Sharp, L., Mignot, E., Murray, W.J., duFosse, A., Dement, W.C., and Ruehl, W.W. Bleeding times and von Willebrand's factor reactivity in a colony of narcoleptic Doberman dogs. Annual Meeting of American College of Veterinary Pathologists, Dec 10-13, 1991.

406a.   Renaud, A., Guilleminault, C., Nishino, S., Mignot, E., Dement, W.C. Anticataplectic effects of SDZ NVI-085, a putative subtype selective alpha-1 agonist. Sleep Res 20:75,1991.

407a.   Cohen, S.A., Seidel, W.F., Yost, D., Rountree, M., Bailey, R., Rosekind, M., Dement, W.C. Triazolam used in the treatment of jet lag: effects on sleep and subsequent wakefulness. Sleep Res 20:61, 1991.

408a.   Seidel, W.F., Edgar, D.M., Dement, W.C. Triazolam-induced sleep in the rat: Influence of prior sleep, circadian time, and light/dark cycles. Sleep Res 20:86, 1991.

409a.   Edgar, D.M., Dement, W.C. Evidence for opponent processes in sleep wake/regulation. Sleep Res 20A:2, 1991.

410a.   Reid, M.S., Mignot, E., Siegel, J.M., Dement, W.C. In vivo microdialysis in the amygdala and the pontine tegmental area of narcoleptic Doberman pinschers as a method for modifying cataplectic behavior after local and systemic drug administration. Symposium Microdialysis and Allied Analytical Techniques, Curr Separ 10:86, 1991.

411a.   Trachsel, L., Heller, H.C., Dement, W.C., Miller, J.D. Effect of nicotine and carbachol on the circadian rhythm of the suprachiasmatic nuclei in vitro. Soc Neurosci Abstr 17:672, 1991.

412a.   Benington, J.H., Trachsel, L., Edgar, D.M., Heller, H.C., Dement, W.C. REM-sleep expression increases progressively during recovery sleep in rats with lesions of the suprachiasmatic nuclei. Sleep Res 20A:21, 1991.

413a.   Mignot, E., Matsuki, K., Lovett, M., Bell, R.A., Lin, X., Gelb, M., Ratazzi, C., Hunt Sharp, L., Arrigoni, J., Guilleminault, C., Dement, W.C., Grumet, C. Genetic aspects of canine narcolepsy and its implication for the human pathology. Sleep Res 20A:11, 1991.

414a.   Nishino, S., Renaud, A., Dement, W.C., Mignot, E. Control of cataplexy, a model of pathological REM sleep atonia by a D2-like receptor. Sleep Res 20A:167, 1991.

415a.   Nishino, S., Arrigoni, J., Sharp, L., Dement, W.C., Mignot, E. Plasma prolactin response to racloprode (D2 antagonist) in narcoleptic and control canines. Sleep Res 20A:361, 1991.

416a.   Nishino, S., Fruhstorfer, B., Arrigoni, J., Guilleminault, C., Dement, W.C., Mignot, E. Further characterization of the alpha-1 receptor subtype involved in the control of cataplexy. Sleep Res 20A:362, 1991.

417a.   Seidel, W.F., Edgar, D.M., Dement, W.C. Determinants of drug-induced sleep in rats: prior sleep versus circadian phase. Sleep Res 20A:172, 1991.

418a.   Trachsel, L., Edgar, D.M., Seidel, W., Heller, H.C., Dement, W.C. EEG power spectra during baseline and after sleep deprivation in rats with lesions of the suprachiasmatic nuclei. Sleep Res 20A:72, 1991.

419a.   Siegel, J., Nienhuis, R., Fahringer, H., Chiu, C., Dement, W.C., Mignot, E., Lufkin, R. Pontine neuronal activity in cataplexy differs from REM sleep pattern. Sleep Res 20:32, 1991.

420a.   Coleman, R., Dement, W.C. Sleep loss and subjective sleepiness in continuous shiftwork. Sleep Res 20:118, 1991.

421a.   Reid, M., Watson, F., Romero, L., Kilduff, T., Mignot, E., Heller, H.C., Dement, W.C. Monoamine and metabolite levels in cerebrospinal fluid of hibernating and euthermic yellow-bellied marmots. Soc Neurosci Abstr 17:882, 1991.

422a.   Mignot, E., Matsuki, K.,. Lin, X., Gelb, M., Arrigoni, J., Guilleminault, C., Dement, W.C., Grumet, F.C. Susceptibility to human narcolepsy across ethnic groups is more tightly associated with a DQw1 allelic gene, DQB1-0602 than with DR2. Sleep Res 21:233, 1992.

423a.   Dantz, B., Edgar, D., Clerk, A., Keenan, S., Seidel, W.F., Dement, W.C. Narcoleptics on a 90 minute day: circadian variations in sleep latencies and tympanic temperature. Sleep Res 21:369, 1992.

424a.   Seidel, W.F., Edgar, D.M., Dement, W.C. SCN-lesioned rats: 4-hour ultradian rhythms of sleep, wake and activity. Sleep Res 21:387, 1992.

425a.   Edgar, D.M., Ralph, M.R., Seidel, W.F., Lee, L.K., Dement, W.C. Fetal SCN-transplants restore sleep-wake and body temperature circadian rhythms in SCN-lesioned rats. Sleep Res 21:371, 1992.

426a.   Nishino, S., Shelton, J., Arrigoni, J., Dement, W.C, Mignot, E. Effects of chronic administration of yohimbine (alpha-2 antagonist) on cataplexy and platelet alpha-2 receptors of narcoleptic canines. Sleep Res 21:246, 1992.

427a.   Nishino, S., Arrigoni, J., Shelton, J., Fruhstorfer, B., Guilleminault, C., Dement, W.C., Mignot, E. Further characterization of the alpha-1 receptor subtype involved in the regulation of cataplexy. Sleep Res 21:245, 1992.

428a.   Nishino, S., Arrigoni, J., Shelton, J., Dement, W.C., Mignot, E. Further analysis of the effects of serotonergic and noradrenergic uptake inhibitors on canine cataplexy. Sleep Res 21:66, 1992.

429a.   Reid, M.S., Geary, J.N., Siegel, J., Dement, W.C., Mignot, E. Acetylcholine release in the medial pontine reticular formation is enhanced during cataplexy in the narcoleptic canine. Sleep Res 21:253, 1992.

430a.  Gelb, M., Mignot, E., Guilleminault, C., Dement, W.C.  Assessment of fluctuation of cataplexy over time in narcoleptic patients.  Sleep Res 21:200, 1992.

431a.  Cohen, S.A., Olive, M.F., Seidel, W.F., Dement, W.C.  Sleep-wake complaints in primary care patients: a waiting room questionnaire study.  Sleep Res 21:188, 1992.

433a.  Reid, M.S., Geary J.N., Siegel, J.M., Dement, W.C., Mignot, E.  Local infusion of cholinergic drugs into the pontine reticular formation modulates cataplexy in the narcoleptic canine.  Abstract Book:  11th Congress on European Sleep Research Society, J. Sleep Res. 1 (suppl): 192, 1992.

434a.  Nishino, S., Shelton, J., Reid, M.S., Siegel, J.M., Dement, W.C., Mignot, E.  A cholinoceptive site in the basal forebrain is involved in canine narcolepsy.  Soc Neurosci 18:880, 1992.

435a.  Matsuki, K., Grumet, F.C., Lin, X., Gelb, M., Guilleminault, C., Dement, W.C., Mignot, E.  DQ (rather than DR) gene marks susceptibility to narcolepsy.  Lancet 339:1052, 1992. (letter)

436a.  Douglass, A.B., Shipley, J.E., Nino-Murcia, G., Keenan, S., Miles, L., Guilleminault C., Zarcone V.P., Dement, W.C.  Validation of the "Psych" scale of the Sleep Disorders Questionnaire (SDQ).  Sleep Res 21:150, 1992.

437a.  Stoohs, R., Bingham, L., Itoi, A., Nino-Murcia, G., Guilleminault, C., Dement, W.C.  Obstructive sleep apnea, snoring and accidents in commercial truck drivers.  J Sleep Res 1 (suppl 1):221, 1992.

438a.  Martin, C.E., Seidel, W.F., Dement, W.C., Edgar, D.M.  Sleep-wake rhythms of aging rats.  Soc Res Biol Rhythmns Abstr, p. 53, 1992.

439a.  Edgar, D.M., Ralph, M.R., Seidel, W.F., Dement, W.C.  Restoration of sleep-wake and body temperature circadian rhythms by fetal SCN transplants.  Soc Res Biol Rhythmns Abstr, p. 31, 1992.

440a.  Seidel, W.F., Dement, W.C., Edgar, D.M.  Sleep-wake rhythms in SCN-lesioned rats induced by methamphetamine.  Soc Res Biol Rhythmns Abstr, p. 105, 1992.

441a.  O'Hara, B.F., Young, K.A., Watson, F.L., Roldan, L.A., Dement, W.C., Kilduff, T.S.  Neuronal gene expression during sleep deprivation.   Society for Neuroscience Abstracts 18:1229; 1992.

443a.  Nishino, S., Arrigoni, J., Shelton, J., Fruhstorfer, B., Guilleminault, C., Dement, W.C., Mignot, E.  Characterization of the Alpha-1 receptor subtype involved in the regulation of cataplexy.  Folia Psychiatr Jpn 46:993-994, 1992.

444a.  Nishino, S., Mignot, E., Arrigoni, J., Renaud, A., Valtier, D., Miller, J.D., Guilleminault, C., Dement, W.C.  Involvement of D2-like receptor mechanisms for the control of cataplexy in canine narcolepsy.  Folia Psychiatr Neurol Jpn , 45(4):962, 1991.

445a.  Shelton, J., Nishino, S., Renaud, A., Dement, W.C., Mignot, E.  Effects of 5HT1A compounds on canine cataplexy.  Sleep Res 22:571, 1993.

446a.  Nishino, S., Shelton, J., Reid, M.S., Siegel, J.M., Dement, W.C., Mignot, E.  Involvement of a cholinoceptive site in the basal forebrain in canine narcolepsy.  Sleep Res 22:568, 1993.

447a.  Mignot, E., Lin, X., Arrigoni, J., Guilleminault, C., Grumet, F.C., Dement, W.C.  Mapping the MHC susceptibility genes for narcolepsy by comparing ancestral haplotypes.  Sleep Res 22:236, 1993.

448a.  Mignot, E., Lin, X., Arrigoni, J., Olive, F., Guilleminault, C., Dement, W.C., Grumet, F.C.  DQA1-0102 and DQB1-0602 are better markers for narcolepsy than DR2.  Sleep Research 22:565, 1993.

449a.  Itoi, A., Cilveti, R., Voth, M., Dantz, B., Gupta, A., Dement, W.C.  Relationship between awareness of sleepiness and ability to predict sleep onset.  Sleep Research 22:335, 1993.

450a.  Nishino, S., Shelton, J., Renaud, A., Dement, W.C., Mignot, E.  The role of the 5HT1A receptor mechanisms in canine narcolepsy.  Sleep Research 22:42, 1993.

451a.  Nishino, S., Shelton, J., Reid, M.S., Geary, J.N, Siegel, J.M., Dement, W.C., Mignot, E. The role of a cholinoceptive site in the basal forebrain in canine narcolepsy.  Sleep Research 22:246, 1993.

452a.  Reid, M.S., Nishino, S., Geary J.N., Siegel, J.M., Dement, W.C., Mignot, E.  Cholinergic stimulation of cataplexy in the narcoleptic canine:  Evidence for M2 muscarinic receptor mediation in the pontine reticular formation and basal forebrain. Sleep Res 22:18, 1993.

453a.  Reid, M.S, Geary, J.N., Siegel, J.M., Dement, W.C., Mignot, E.  Modulation of cataplexy in the narcoleptic canine by local infusion of monoaminergic compounds.  Sleep Research 22:17, 1993.

454a.  Stoohs, R., Itoi, A., Hyde, P., Guilleminault, C., Dement, W.C.  The effect of partial, prolonged sleep deprivation on snoring and obstructive sleep apnea.  Sleep Research 22:349, 1993.

455a.  Reid M, Mignot E, Geary JN, Dement WC.  Brainstem cholinergic regulation of cataplexy in the narcoleptic canine.  Current Separations 12:2, 1993.
        Dexmedetomidine.  Sleep Research  22: 507, 1993.

457a.  Gaus S, Dement WC, Edgar D.  Circadian and Homeostatic Control of Sleep and Wakefulness in the Brattleboro Rat.  Sleep Res 22:618, 1993.

458a.  Reid M, Nishino S, Geary JN, Siegel JM, Dement WC, Mignot EM.  Local perfusion of cholinergic drugs into the basal forebrain modulates cataplexy in the narcoleptic canine: evidence for non-M1 muscarinic receptor mediation.  Sleep Res 22:453, 1993.

459a.  Vugrincic, C.A., Seidel, W.F., Dement, W.C., Edgar, D.M.  The soporific effects of triazolam at CT-5 are augmented by an induced period of prior wakefulness.  Sleep Research 22:510, 1993.

460a.  Lee JH, Bliwise DL, Lebret-Bories E, Guilleminault C, Dement WC.  Dream Disturbed Sleep in Insomnia and Narcolepsy.  Sleep Research 21, p.128, 1992.

461a.  Nino-Murcia G, Dement WC, Simon R.  A Project to Increase the Diagnosis and Treatment of Sleep Disorders in Primary Care Medicine.  Sleep Res 22:245, 1993.

462a.  Arrigoni J, Nishino S, Shelton S, Elizaga R, Dement WC, Mignot E.  Effects of the TRH analog CG3703 in canine narcolepsy.  Sleep Res 22:488, 1993.

463a.  Edgar DM, King CM, Halaas ME, Page JC, Dement WC, Heller HC.  Delta EEG Timing in the Neonatal Rat.  Sleep Res 23:494, 1994.

464a.  Seidel WF, Dement WC, Edgar DM.  NREM sleep homeostasis in rats after caffeine or methamphetamine.  Sleep Res 23:82, 1994.

467a.  Stoohs RA, Haselhorst M, Meehan J, Chu R, Dement WC.  Normative Data on Snoring from a Young and Healthy College Student Population.  Sleep Res 23:330, 1994.

468a.  Stoohs RA, Meehan J, Cuilleminault C, Dement WC.  Traffic Accidents in Commercial Long-Haul Truck Drivers:  Association with Sleep Disordered Breathing and Obesity. Sleep Res 23:331, 1994.

469a.  Mignot E, Bell RA, Rattazzi C, Hunt-Sharp L, Grumet FC, Dement WC.  Further Studies of the μ-Switch Like Gene in Canine Narcolepsy.  Sleep Res 23:292, 1994.

471a.  Tafti M, Dement WC, Mignot E.  CNS Expression of HLA Class II Molecules in Canine Narcolepsy.  Sleep Res 1994.

472a.  Mignot E, Dement WC, Grumet FC.  Narcolepsy and immune-related genes. Proceedings of the 11th HLA Conference in Yokahama, Japan, p. 554-556, 1991.

473a.  Edgar D, Seidel WF, King CM, Dement WC, Ralph MR.  Entrained and Free-Running Sleep-Wake Circadian Rhythms in the Tau-Mutant Hamster. Society for Research on Biological Rhythms, p.60, May 1994.

474a.  Seidel WF, Dement WC, Edgar DM.  Circadian Variation in Wake and Sleep Bout-lengths:  Evidence for SCN-Dependent Alerting in the Rat.  Society for Research on Biological Rhythms, 119:1994.

477a.  Edgar, D.M., Dement, W.C.  Functional role of the suprachiasmatic nuclei in sleep/wake

regulation: Insights from lesion and transplantation studies. J. Sleep Res 3:72 Supplement 1, 1994.

478a.   Edgar, D.M., Seidel, W.F., Contreras, P.C., Vaught, J.L., Dement, W.C. Modafinil promotes EEG wake without intensifying motor activity in the rat. Can. J. Physiol. Pharmacol. 72(suppl 1): 362, 1994.

479a.   Mignot, E., Ratazzi, C., Lovett, M., Hunt-Sharp, L., Arrigoni, J., Gelb, M., Dement, W.C., Grumet, C. Genetic linkage of autosomal recessive canine narcolepsy with an immunoglobulin switch-like segment. In: HLA 1991 Abstract Book: Proceedings of the 11th International Histocompatibility Workshop and Conference, Yokohama, November 6-13, 554-556, 1991.

480a.   Mignot, E., Nishino, S., Reid, M., Dement, W.C. How do stimulant and anticataplectic compounds work? Abstract book: Proceedings of the Life of the Sleepy Person II Conference: New Perspectives on Disorders of Excessive Sleepiness, Chicago, March 4-5, 1993.

481a.   Vaught, J.L., Nishino, S., Shelton, J., Dement, W.C., Mignot, E. Differential effects of modafinil and amphetamine in canine narcolepsy: evidence for a unique mechanism for modafinil. Soc. Neurosci. Abstr. 19:1487, 1993.

482a.   Reid, M., Greary, J., Nishino, S., Siegel, J.M., Dement, W.C., Mignot, E. Modulation of cataplexy in the narcoleptic canine by local perfusion with dopaminergic drugs. Soc. Neurosci. Abstr. 19:1816, 1993.

483a.   Frank, M.G., Heller, C.H., Dement, W.C. The Ontogeny of Vigilance States: Is Neonatal Active Sleep Really Paradoxical Sleep? Society for Neuroscience 1994.

484a.   Mignot, E., Lin, X., Arrigoni, J., Guilleminault, C., Grumet, F.C., Dement, W.C. Genetic studies of excessive daytime sleepiness and narcolepsy: Value of transethnic studies. Abstract book: Journees internationales des troubles du sommeil. Bordeaux, April 15-16, 1993.

485a.   Mignot, E., Lin, X., Arrigoni, J., Macaubas, C., Guilleinault, C., Grumet, F.C., Dement, W.C. Genetics studies of narcolepsy: value of cross ethnic studies. Abstract book, International Conference on Narcolepsy, Paris October 17-18, P.6-7, 1993.

486a.   Mignot, E., Bell, R.A., Rattazzi, C., Hunt-Sharp, L. , Grumet, F.C., Dement, W.C. Genetical aspects of canine narcolepsy. Abstract book, International Conference on Narcolepsy, Paris October 17-18, p.8-9, 1993.

487a.   Wu, M.F., Nienhus, B., Mignot, E., Dement, W.C., Siegel, J. Pontine cataplexy-related cells in the narcoleptic dog. Sleep Res 23:42, 1994.

489a.   Nishino, S., Shelton, J., Vaught, J., Dement, W.C., Mignot, E. Effects of modafinil and amphetamine on cataplexy and daytime sleepiness in narcoleptic canines. Folia Psychiatr Neurol Jpn 49: S25., 1995.

490a.   Nishino, S., Sampathkumara, R., Tafti, M., Dement, W.C., Mignot, E. Ambulatory rest-activity monitoring in narcoleptic and control dogs. Sleep Res 24:309, 1995.

500a.   Nishino, S., Sampathkumara, R., Tafti, M., Kanbayashi, T., Lister, E., Dement, W.C., Mignot, E. Is presynaptic activation of dopaminergic transmission important for the EEG arousal effect of stimulants? Sleep Res 24:310, 1995.

502a.   Mignot, E., Lister, E., Burnett, R., Deeg, H.J., Nishino, S., Dement, W.C., Strob, R. Bone marrow transplantation studies in canine narcolepsy. Sleep Res 24:297; 1995.

503a.   Mignot, E, Reid, M., Tafti, M., Nishino, S., Sampathkumaran R., Dement, W.C. Local administration of dopaminergic drugs into the ventral tegmental are modulates cataplexy in narcoleptic canines. Sleep Res 24:298, 1995.

501a.   Tafti M., Nishino,S., Liao,W., Dement W.C., Mignot E. Mesopontine organization of cholinergic and catecholaminergic cell groups in canine narcolepsy. Sleep Res 24:17; 1994.

504a.   Shelton, J., Nishino, S., Vaught, J., Dement, W.C., Mignot, E. Comparative effects of

amphetamine and modafinil on cataplexy and daytime sleepiness in narcoleptic canines. Sleep Res. 23:83; 1994.

505a.  Mignot, E., Bell, R.A., Rattazzi, C., Hunt-Sharp, L., Grumet, F.C., Dement, W.C. Further studies of the μ-switch like gene in canine narcolepsy.  Sleep Res 23:292; 1994.

506a.  Nishino, S., Tafti, M., Shelton, J., Reid, M.S., Dement, W.C., Mignot, E.  Further study on the role of a cholinoceptive site in the basal forebrain in canine narcolepsy.  Sleep Res. 23:299, 1994.

507a.  Reid, M.S., Nishino, S., Shelton, J., Arrigoni, J., Geary, J., Dement, W.C., Mignot, E. Evidence for excessive daytime sleepiness in narcoleptic Doberman pinschers.  Sleep Res 23:309; 1994.

508a.  Tafti, M., Dement, W.C., Mignot, E.  CNS expression of HLA class II molecules in canine narcolepsy.  Sleep Res 23:335; 1994.

509a.  Mignot, E., Bell, R.A., Rattazzi, C., Hunt-Sharp, L., Grumet, F.C., Dement, W.C. Genetic studies in canine narcolepsy.  Abstract book, 4th international conference on narcolepsy, Tokyo June 16-17, p. 16, 1994.

510a.  Mignot, E., Kimura, A., Lin, X., Macaubas, C., Arrigoni, J., Guilleminault, C., Dement, W.C. Grumet, F.C.  HLA DQA1-0102 and HLA DQB1-00602 predispose to narcolepsy across ethnic groups. Abstract book, 4th international conference on narcolepsy, Tokyo June 16-17, p. 11-12, 1994.

511a.  Nishino, S., Tafti, M., Shelton, J., Reid, M.S., Dement, W.C., Mignot, E.  The role of a cholinoceptive site in the basal forebrain in canine narcolepsy. J. Sleep Res. 3, suppl 1:181, 1994.

512a.  Tafti, M., Nishino, S., Dement, W.C., Mignot, E.  Canine narcolepsy and immunity.  J. Sleep Res. 3, suppl.1:247,1994.

513a.  Mignot, E., Lin, X., Grumet, F.C., Dement, W.C.  Canine narcolepsy is genetically linked with a genomic segment with high homology with the human μ-switch gene. Abstract Book, First Molecular Genetics inandd Canine Health Conference.  October 7-8, 1994.

514a.  Mignot, E., Bell, R.A., Rattazzi, C., Lin, X., Tafti, M., Macaubas, C., Guilleminault, C., Grumet, F.C., Dement, W.C.  Immune related genes and narcolepsy.  J. Sleep Res 3 (suppl 1):166, 1994.

515a.  Kilduff, T.S., O'Hara, B, Heller, H.C., Dement, W.C., Edgar, D.M.  Abnormal expression of circadian activity rhythms in mice lacking the gene for the tyrosine kinase fyn. Society for Neuroscience Abstracts 20 (part 2):1219, 1994.

516a.  Nishino, S., Arrigoni, J., Kanbayashi, T., Sampathkumaran, R., Tafti, M., Dement, W.C., Mignot, E.  TRH and Its Analogs Significantly Reduce Canine Cataplexy.  Sleep Res 24A:352, 1995.

517a.  Tafti, M., Nishino, S., Aldrich, M.S., Dement, W.C., Mignot, E.  Narcolepsy Is Associated  with Increased Microglia Expression of MHC Class II Molecules. Sleep Res 24A:372, 1995.

518a.  Kanbayashi, T., Nishino, S., Tafti, M., Hishikawa, Y., Dement, W.C., Mignot, E. Thalidomide Dramatically Aggravates Canine Cataplexy.  Sleep Res 24A:335, 1995.

519a.  Edgar, D., Seidel, W., Dement, W., Mignot, E.  Low-Dose Treatment with the Selective Dopamine Uptake Blocker GBR-12909 Increases Wakefulness without Intensifying Motor Activity in the Rat. Soc. of Neuroscience Abst 21:180, 1995.

520a.  Frank, M., Heller, C., Dement, W.  The Development of Sleep Homeostasis in the Rat. Society for Neuroscience Abstracts 21, 1995.

521a.  Edgar, E., Seidel, W., Bradbury, M., Dement, W.  Sleep Bout-Length, Non-REM Sleep Time, and EEG Delta Power as Indices of Compensatory Responses to Sleep Deprivation.  Sleep Res 24A:430, 1995.

522a.  Bradbury, M., Dement, W., Edgar, D.  NonREM Delta EEG Activity Following

Adrenalectomy and Subsequent Corticosterone Replacement: Circadian Variation and Response to Sleep Deprivation. Sleep Res 24A:161, 1995.

523a.   Seidel, W., Bradbury, M., Dement, W., Edgar, D.  Is Sleep Homeostasis Impaired with Aging? Sleep Res 24A:452, 1995.

524a.   Edgar, D., Seidel, W., Contreras, P., Dement, W.  Wakefulness, Motor Activity, and Compensatory Sleep Responses Following Caffeine, Methamphetamine, and Modafinil Treatment in Rats.  Sleep Res 24A: 121, 1995.

525a.   Cao, V., Edgar, D., Heller, C., Dement, W., Miller, J.  Basal and Phase-Shifted Neuronal Rhythms in the Aged SCN in Vitro.  Society for Neuroscience Abstracts 21 (Part2):1235, 1995.

526a.   Bradbury, M., Dement, W., Edgar, D.  Selective Destruction of 5HT-Containing Fibers in the SCN Augment Light-Induced Phase Shifts in Mice. Soc. for Neurosci 1995.

527a.   Edgar, D., King, C., Dement, W., Heller, C.  Lignt-Dark Cycle Modulation of Delta-Dominated EEG Activity in the Neonatal Rat.  Sleep Res 25:548, 1996.

528a.   Kanbayashi, T., Nishino, S., Tafti, M., Hishikawa, Y., Dement, W., Mignot, E.  Thalidomide Exacerbates Cataplexy in Canine Narcolepsy. Sleep Res 25:260, 1996.

529a.   Mignot, E., Meehan, J., Grumet, F.C., Hallmeyer, J., Guilleminault, C., Hesla, P., Nevsimalova, S., Mayer, G., Dement, W.  HLA Class II and Narcolepsy in Thirty-Three Multiplex Families. Sleep Res 25:303, 1996.

530a.   Mignot, E., Kimura, A., Lin, X., Grumet, F.C., Guilleminault, C., Dement, W.  HLA Studies in Forty-Seven Non-DR15 (DR2) Patients. Sleep Res 25: 302, 1996.

531a.   Nishino, S., Cederberg, R., Dement, W., Mignot, E.  Canine Narcolepsy, A Naturally Occurring Animal Model of Human Narcolepsy:  Developmental Aspects. Sleep Res 25:316, 1996.

532a.   Nishino, S., Arrigoni, J., Kanbayashi, T., Dement, W., Mignot, E.  Comparative Effects of MAO-A and MAO-B Selective Inhibitors on Canine Cataplexy.  Sleep Res 25:315, 1996.

533a.   Nishino, S., Mao, J., Sampathkumaran, R., Honda, K., Dement, W., Mignot, E.  Differential Effects of Dopaminergic and Noradrenergic Uptake Inhibitors on EEG Arousal and Cataplexy of Narcoleptic Canines. Sleep Res 25:317, 1996.

535a.   Smith, R., Jamieson, M., Dement, W.  A Comparison of Peak Performance, Competition and Training Times in Elite Athletes.  Sleep Research 25, 574; 1996.

536a.   Stoohs, R., Barger, K., Dement, W.  Prevalence of Sleep-Disordered Breathing in Primary Care.  Sleep Res 25:376, 1996.

537a.   Kushida, C., Heller, C., Kilduff, T., Baker, T., Dement, W., Guilleminault, C., Mignot, E., Clerk, A.  Autodiographic Analysis of Narcoleptic Canine Brains Following 14C-2-Deoxyglucose Administration During Drug-Induced Cataplectic Attacks.  Sleep Res 25:276, 1996.

538a.   Mignot, E., Nishino, N, Tafti, M., Dement, W.C.  Aspects physiopathologiques et gÈnetiques de la narcolepsie.  Abstract Book, 2eme colloque de la Societe des Neurosciences, Lyon, p. 60-61, May 14-18, 1995.

539a.   Mignot, E., Nishino, S., Dement, W.C.  Toward a Neuroanatomical Model for Narcolepsy.  American College of Neuropsychopharmacology, 33rd Annual Meeting, San Juan, Puerto Rico, p. 137, December 12-16, 1994.

540a.   Nishino, S., Reid, M., Dement, W.C., Mignot, E.  Toward a neurochemical model for narcolepsy and excessive daytime sleepiness.  Abstract book: 2nd International Meeting on Sleep Disorder, April 20-21, p.153, 1995.

541a.   Nishino, S., Dement, W.C., Mignot, E:  Toward a pathophysiological model for narcolepsy.  Abstract Book:  Proceedings of the Life of the Sleepy Person II Conference: New Perspectives on Disorders of Excessive Sleepiness, Chicago, February 29-March 1, 1996.

542a.    Seidel, W.F., Dement, W.C., Edgar, D.M. NonREM-sleep in rats after various wake-promoting agents. Sleep Res 25:478, 1996.

543a.    Honda, K., Nishino, N., Damm, D.M., Inoue, S., Dement, W.C., Mignot, E. Intracerebral Perfusion of Vitamin B12 Aggravates Cataplexy in Narcoleptic Canines. Society of Neuroscience abstract 22:188, 1996.

544a.    Mignot, E., Guilleminault, C., Bowersox, S., Kilduff, T., Dement, W.C. The effects of alpha-1 adrenoceptor agonist and antagonist in canine narcolepsy. Proceedings of the 5th International Congress of Sleep Research, Copenhagen, Denmark, p. 548, 1987.

545a.    Bowersox, S.M., Mignot, E., Guilleminault, C., Dement, W.C., Ciranello, R. Neurochemical correlates of canine narcolepsy. Proceedings of the 5th International Congress of Sleep Research, Copenhagen, Denmark, p. 433, 1987.

546a.    Nishino S, Honda K, Reid M, Dement WC, and Mignot E. Acetylcholine release and neuronal activity in the basal forebrain of freely-moving narcoleptic dobermans. Sleep Res 26:444, 1997.

547a.    Nishino S, Mao J, Sampathkumaran R, Shelton J, Dement WC and Mignot E. Adrenergic, but not dopaminergic, uptake inhibition reduces REM sleep and cataplexy concomitantly. Sleep Res 26:445, 1997.

548a.    Honda K, Nishino S, Inoue S, Dement W, and Mignot E. Central administration of vitamin B12 aggravates cataplexy in narcoleptic canine. Sleep Res 26:376, 1997.

549a.    Mignot E, Won C, Grumet FC, Dement WC, and Guilleminault C. DQB1*0602 negative narcolepsy: A different trigger for cataplexy? Sleep Res 26:434, 1997.

550a.    Riehl J, Nishino S, Honda K, Dement WC, and Mignot E. Effects of oral administration of a thyrotropin releasing hormone (TRH) analog on cataplexy and daytime sleep in canine narcolepsy. Sleep Res 26:123, 1997.

551a.    Wurts S, Seidel W, Dement W, and Edgar D. Effects of suprachiasmatic nucleus lesions on REM sleep continuity. Sleep Res 26:758, 1997.

552a.    Kushida C, Guilleminault C, Mignot E, Ahmed O, Hsieh J, O'Hara B, Clerk A, and Dement W. Familial patterns of craniofacial dysmorphism and obstructive sleep apnea. Sleep Res 26:404, 1997.

553a.    Seidel W, Dement W, Mignot E, and Edgar D. Non REM sleep recovery in rats: comparison of dopamine uptake inhibitors with other wake-promoting agents. Sleep Res 26:629, 1997.

554a.    Hsieh J, Kushida C, Guilleminault C, Clerk A, and Dement W. Obstructive sleep apnea patient survey on failure to return for treatment. Sleep Res 26:377, 1997.

555a.    Barger K, Walden N, Watts J, and Dement W. Prevalence of self reported sleep disturbances in a primary care patient population. Sleep Res 26:319, 1997.

556a.    Kushida C, Guilleminault C, Ahmed O, Clerk A, and Dement W. Reliability studies of the morphometric model for obstructive sleep apnea. Sleep Res 26:405, 1997.

557a.    Kas M, Dement W, and Edgar D. Sleep-wake architecture in a diurnal rodent, octodon degus. Sleep Res 26:721, 1997.

558a.    Cho L, Kushida C, Guilleminault C, Clerk A, and Dement W. Upper airway resistance syndrome: sleep stage thresholds for esophageal-pressure-related arousals. Sleep Res 26:344, 1997.

559a.    Clerk A, Dement WC, and E. Mignot. Daily Log Assessment of Therapeutic Efficacy of Anafranil on Sleep Attacks, Cataplexy, Sleep Paralysis and Hypnogogic Hallucinations in Narcoleptic Patient. Sleep Res 26:346, 1997.

560a.    Mignot E, Meehan J, Grumet FC, Hallmeyer J, Guilleminault C, Hesla PE, Nevsimalova S, Mayer G, Nishino S, Dement WC. HLA studies in sporadic and familial narcolepsy. 13th Congress of the European Sleep Research Society, Brussels, Belgium June 16-21, J. Sleep Res 5 (suppl 1): 143, 1996.

562a.    Kanbayashi T, Nishino S, Tafti M, Hishikawa Y, Dement WC, Mignot E. Thalidomide

induces canine cataplexy in canine narcolepsy. 13th Congress of the European Sleep Research Society, Brussels, Belgium, June 16-21, J. Sleep Res. 5(S1):204, 1996. Nishino S, Dement WC. HLA studies in sporadic and familial narcolepsy. J Sleep Res 5 (S1):143, 1996.

565a.   Mignot E, Nishino S, Dement WC. Pathophysiological and genetical aspects of narcolepsy. The 9th Takeda Science Foundation Symposium on Bioscience, Sleep and Sleep Disorders: from molecules to behavior. Kyoto, Japan, December 4 - 7, 1996.

566a.   Nishino S, Arrigoni J, Shelton J, Kanbayashi T, Tafti M, Dement WC, Mignot E. TRH and its analogs significantly reduce canine cataplexy. Folia Psychiatr Neurol Jpn 50:S39; 1996.

567a.   Nishino S, Mao J, Sampathkumaran R, Honda K, Dement WC, Mignot E. Effects of dopaminergic and noradrenergic uptake inhibitors on EEG arousal of narcoleptic canines. J. Sleep Res. 5 (S1):156, 1996.

568a.   Taft M, Nishino S, Aldrich MS, Liao W, Dement WC, Mignot E. Age dependent expression of MHC class II genes in the central nervous system: Implication for the development of narcolepsy. J Sleep Res 5 (S1):224; 1996.

569a.   Tafti M, Nishino S, Liao W, Dement WC, Mignot E. Stimulation of canine cataplexy does not trigger c–fos expression. J Sleep Res 5 (S1):225; 1996.

570a.   Honda K, Nishino S, Inoue S, Dement WC, Mignot E. Roles of vitamin B12 in canine narcolepsy. Second Congress Asian Sleep Research Society; Jerusalem, Israel August 24-29, 1997.

571a.   Honda K, Nishino S, Inoue S, Dement WC, Mignot E. Roles of vitamin B12 in canine narcolepsy. Second Congress Asian Sleep Research Society; Jerusalem, Israel August 24-29, 1997.

572a.   Kanbayashi T, Nishino S, Tafti M, Hishikawa Y, Dement WC, Mignot E. The effects of thalidomide on cataplexy in canine narcolepsy. Japanese Society of Sleep Research, Psychiatr Clin Neurosci 51, 1997

573a.   Nishino S, Honda K, Reid M, Dement WC, Mignot E. Acetylcholine release and neuronal activity in the basal forebrain of freely-moving narcoleptic Dobermans. Second Congress of Asian Sleep Research Society, Jerusalem, Israel 24 -29, 1997.

574a.   Nishino S, Honda K, Reid M, Dement WC, Mignot E. Acetylcholine release and neuronal activity in the basal forebrain of freely-moving narcoleptic Dobermans. 22nd Annual Meeting of the Japanese Society of Sleep Research, Psychiatr Clin Neurosci 52, 1997.

575a.   Nishino S, Mao J, Shelton J, Honda K, Dement WC, Mignot E. Adrenergic, but not dopaminergic, uptake inhibition reduces REM sleep and cataplexy concomitantly. Second Congress of Asian Sleep Research Society, Jerusalem, Israel 24-29 August, 1997.

576a.   Nishino S, Mao J, Sampathkumaran R, Shelton J, Dement WC, Mignot E. Effects of dopaminergic and noradrenergic uptake inhibitors on EEG arousal and cataplexy of narcoleptic canines. Japanese Society of Sleep Research, Psychiatr Clin Neurosci 51, 1997.

577a.   Bradbury MJ, Kas MJH, Dement WC, Edgar DM. Light-dark cycle masking of wheel-running is reduced in aged mice. Soc. Neuroscience Abstracts 22:9 Part 1 697, 1996.

578a.   Tafti M, Nishino S, Aldrich MS, Dement WC, Mignot E. Narcolepsy is associated with increased microglia expression of MHC class II molecules. World Federation of Sleep Research Science 1995.

579a.   Kanbayashi T, Nishino S, Tafti M, Hishikawa Y, Dement WC, Mignot E. Thalidomide dramatically aggravates canine cataplexy. World Federation of Sleep Research Science 1995.

580a.   Nishino S, Arrigoni J, Kanbayashi T, Sampathkumran R, Tafti M, Dement WC, Mignot

E. TRH and its analogs significantly reduce canine cataplexy. World Federation of Sleep Research Society 1995.

582a.    Rosen R, Mahowald M, Chesson A, Doghramji K, Goldberg R, Moline M, Zammit G, Dement W. Medical education in sleep: Final results of the medschool 2000 survey. Sleep Research 26:590, 1997.

583a.    Nishino S, Honda K, Dement WC, Mignot E. Neuronal activity in the basal forebrain of narcoleptic Doberman pinschers. Society for Neuroscience 23:2133, 1997.

584a.    Kushida CA, Guilleminault C, Mignot E, Hsieh J, O'Hara B, Clerk AA, Dement WC. Male twin concordance of craniofacial dysmorphism and obstructive sleep apnea. Sleep 21:(Suppl 3):141, 1998.

585a.    Anic-Labat S, Guilleminault C, Kraemer H, Meehan J, Dement WC, Mignot E. Validation of a cataplexy questionnaire in 983 sleep disorder patients. Sleep 21(Suppl 3):198, 1998.

586a.    Pelin Z, Guilleminault C, Risch N, Grumet FC, Dement WC, Mignot E, and US Modafinil in Narcolepsy Multicenter Study Group. HLA-DQB1*0602 homozygosity increases relative risk for narcolepsy but not severity in two ethnic groups. Sleep 21 (Suppl 3):197, 1998.

587a.    Honda K, Nishino S, Inoue S, Dement W, and Mignot E. Central administration of vitamin B12 aggravates cataplexy in narcoleptic canine. Japanese Society of Sleep Research, Psychiatr Clin Neurosci, 52, 1997.

588a.    Nishino S, Riehl J, Hong J, Kwan M, Honda K, Dement W, Mignot E. REM sleep cyclicity is intact in narcoleptic canines. Abstract Soc Neurosci 24:938, 1998.

589a.    Simon R, Ball E, Falcon II J, Hurlburt K, Caldwell J, Camp S, Dement W. Sleep Disorders in a Rural Community: Follow-up of the Walla Walla Project. Sleep, 22 (Suppl 1):S239, 1999.

590a    Zerrin P, Guilleminault C, Risch N, Grumet FC, Dement WC, US Modafinil in Narcolepsy Multicenter Study Group, Mignot E, HLA_dqb1-*0602 homozygosity increases relative risk for narcolepsy but not severity in two ethnic groups. Abstract Book: Sleep, 21(3): 197, 1998.

591a.    Smith R, Walsh J, and Dement W. Sleep deprivation and the race across America (RAAM). Sleep, 22(Suppl 1):S303, 1999.

246oa.   Kushida C, Edgar D, Hindman J, Seidel W, Palombini L, Abuazza G, Hyde P, Dement WC. Pharmacologic-induced reduction of human sleep debt.† Sleep, 22(Suppl 1):S118, 1999.

248oa.   Maung C, Kushida C, Van Derbur M, Jones J, Hsieh J, Laufer E, Hyde P, Dement W. Sleep complaints in incest survivors.† Sleep, 22(Suppl 1):S203, 1999.

249oa.   Murthy H, Kushida CA, McKee A, Adornato B, Guilleminault C, Dement WC. Oromuscular correlates of patients with the Obstructive Sleep Apnea Syndrome. Sleep, 22(Suppl 1):S193, 1999.

250oa.   Nichols D, Kushida C, Simon R, Young T, Grauke J, Britzmann J, Hyde P, Dement W. Symptom-based prevalence of sleep disorders in a primary care population.† Sleep, 22 (Suppl 1):S237-8, 1999.

251oa.   Sherrill C, Kushida C, Hong S, Palombini L, Jones J, Hyde P, Dement W. Cervical positional effects on the Obstructive Sleep Apnea Syndrome.† Sleep, 22(Suppl 1):S61, 1999.

## WILLIAM C. DEMENT, M.D., PH.D.

| Law Firm | Case | Year |
|----------|------|------|
| James F. Brook<br>4450 S. Rural Rd., Bldg. A, Ste. 140<br>Tempe, AZ 85282 | Popoff vs. Alvarado et al. | 1988 |
| Eberle, Berlin, Kading, Turnbow & Gillespie<br>300 N. Sixth Street<br>Boise, ID 83701 | Jensen vs. Muse et al. | 1989 |
| Nixon, Hall & Hess | Michael D. Furgal by his Parent and Next Friend, Marjorie Furgal and Marjorie<br>Furgal, Individually vs.Frank DiPietro and Theresa DePietro, d.b.a. Lake<br>Street Associates | 1989 |
| Pappas & Tinsley<br>645 N. Halifax Avenue<br>Daytona Beach, FL 32115-2196 | Albies vs. Delta | 1990 |
| Crowley & Waltman<br>3833 So. Texas Ave., Ste. 150<br>Bryan, TX 77802 | Ettore Giovanettina et al. vs. John Anthony Racco et al. | 1990 |
| Heller, Ehrman, White & McAuliffe<br>1900 Enserch Center<br>550 W. Seventh Avenue<br>Anchorage, AL 99501-3571 | Dr. Robert G. Thompson | 1990 |
| Karr Tuttle Campbell<br>One Bellevue Center, Ste. 1600<br>411 108th Avenue, N.E.<br>Bellevue, WA 98004 | Walker vs. Seton Construction et al.<br>Jefferson County No. 86-2-00300-1 | 1990 |
| Cannon & Dunphy, S.C.<br>1110 No. Old World St., Ste. 600<br>Milwaukee, WI 53203 | Bittner vs. American Honda Motor Co. et al.<br>Case No. 89-CV-490 | 1991 |
| Duhigg, Cronin & Spring, P.A.<br>708 Marquette, N.W.<br>Albuquerque, NM 87103 | Ramirez et al. vs. H.M.H. | 1991 |
| Ortega & Moreno, P.C.<br>802 N. Third Avenue<br>Phoenix, AZ 85003-2184 | Otoniel Marquez vs. Allied Van Lines et al. | 1992 |

| Law Firm | Case | Year |
|---|---|---|
| Archer, McComas & Lageson<br>2033 N. Main St., Ste. 800<br>Walnut Creek, CA  94596-3728 | Price, Robbie vs. Kaiser et al. | 1993 |
| Gibbs & Houston<br>650 Colman Bldg.811 First Avenue<br>Seattle, WA  98104 | Bersos vs. Johnson Controls<br>No. C92-1014Z | 1993 |
| Johnson, McLean, Riccelli & Devlin<br>1206 N. Lincoln Street<br>Spokane, WA  99201-2559 | Turner vs. American States | 1993 |
| Moss, Hovden & Lindsey<br>7915 So. Painter Avenue<br>Whittier, CA  90602 | Idilbi vs. Domino's Pizza, Inc.<br>LASC Case No. EAC 78877 | 1993 |
| County of Santa Clara<br>Office of the District Attorney<br>70 West Hedding Street<br>San Jose, CA  95110 | People vs. Donna Marie Ball | 1993 |
| Goff, Kaplan, Wolf and Shapiro<br>701 Fourth Avenue, Ste. 810<br>Minneapolis, MN  55415-1631 | Jerry Greer<br>D/L 09-19-87<br>GKWS File No. 90-4987 | 1993 |
| Christianson, Jensen and Powell<br>175 S.W. Temple, Ste. 510<br>Salt Lake City, UT  84101 | Mendoza/Vasquez vs. Jordan-Jackson Tamper | 1993 |
| Reinhart, Boerner, Van Deuren, Norris &<br>Rieselbach, S.C.<br>1000 N. Water Street<br>Milwaukee, WI  53202-0900 | Robert E. Taylor, Sr. and Allied Systems vs. Dallas & Mavis Forwarding Co,<br>Inc. | 1993 |
| Stern, Gordon & Schecter<br>5821 Southwest Freeway, Ste. 501<br>Houston, TX  77057 | Ramon Tamez<br>Case No. 93-C1-07001 | 1993 |
| Jay BloomBecker, Esq.<br>1222 17th Avenue<br>Santa Cruz, CA  95062 | Jeffrey Long | 1994 |

| **Law Firm** | **Case** | **Year** |
|---|---|---|
| Attorney General of Washington<br>900 Fourth Avenue, #2000<br>Seattle, WA  98164-1012 | Siu vs. Suzuki and State of Washington<br>Skagit Co. No. 91-2-00229-3 | 1994 |
| Theodore H. Friedman<br>52 Duane Street<br>New York, NY  10007 | Zion vs. New York Hospital | 1994 |
| Eshelman Legal Group<br>27 S. Forge Street, Ste. A<br>Akron, OH  44304 | James Wolfe | 1994 |
| Lokey and Bowden<br>3340 Peachtree Road, N.E.<br>Atlanta, GA  30326 | Gary L. Greene vs. Taco Bell, Inc.and Traveler's Indemnity Co. of IL Georgia<br>State Board of Workers' Comp.<br>Claim No. 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 | 1994 |
| The SALT Institute<br>3429 W. Augusta Avenue<br>Phoenix, AZ  85051-6532 | Kasper vs. Hammond Yellow<br>Cook County Cir. Ct. No. 90 L 3330 | 1994 |
| Crosby, Heafy, Roach & May<br>1999 Harrison Street<br>Oakland, CA  94612-3573 | Rudolph vs. Mazda et al.<br>Sacramento Sup. Ct. #248857<br>File No. 15318-00034 | 1994 |
| Ramsdell & Associates<br>1910 E. Battlefield, Ste. A<br>Springfield, MO  65804 | Good et al. vs. Nick's Transport, Inc.<br>Case No. 192CC2232 | 1994 |
| Rubino & Jones<br>622 Ridge Road<br>Munster, IN  46321 | Miksis vs. Schneider National Carriers and Henry Howard<br>Case No. 2-94 CV160JM | 1995 |
| Attorney General of Washington<br>Tort Claims Division<br>900 Fourth Avenue, Ste. 2200<br>Seattle, WA  98164-1012 | Sherman vs. State of Washington<br>Snohomish County No. 94-2-06190-7 | 1995 |
| Graham & James<br>One Maritime Plaza, Ste. 300<br>San Francisco, CA  94111-3492 | Gary Cates vs. Castle Rock Seafood | 1995 |

| Law Firm | Case | Year |
|----------|------|------|
| Straw & Gilmartin<br>100 Wilshire Blvd., Ste. 1325<br>Santa Monica, CA 90401 | Craig Atzberger vs. Carlos Galvaz and Certified Freight Lines | 1995 |
| Paul Smith & Associates<br>745 Campbell Centre II<br>8150 N. Central Expressway<br>Dallas, TX 75206 | Karen Claney et al. vs. Boulders Transport, Inc. et al.<br>Case No. B148840 | 1995 |
| Stafford, Trombley, Purcell, Lahitnen, Owens &<br>Curtin, PC<br>One Cumberland Avenue<br>P.O. Box 2947<br>Plattsburgh, NY 12901-0269 | Rabideau et al. vs. Young et al. | 1995 |
| Stern, Gordon & Schecter<br>5821 Southwest Freeway, Ste. 501<br>Houston, TX 77057 | Raul Salamanca vs. B & G Wine Line Service<br>Case No. 95-019877 | 1996 |
| Gregory Jon Anthony, Esq.<br>5445 Oberlin Drive, 2nd Fl.<br>San Diego, CA 92121 | Michno vs. O'Rourke, Hendrickson & Contractor<br>Court Case No. 693989 | 1996 |
| Robert J. Glynn, Esq.<br>One Daniel Burnham Ct., Ste. 365C<br>San Francisco, CA 94109-5460 | Accusation vs. Richard A. Witzig, M.D.<br>No. 03-93-29859 | 1996 |
| Gibbons & Conley<br>1850 Mt. Diablo Blvd., Ste. 600<br>Walnut Creek, CA 94596-4498 | Mlynar vs. Carmel Oaks Homeowners' Association | 1997 |
| Norris & McLenachen, PC<br>343 S. Dearborn Street, Ste. 1400<br>Chicago, IL 60604 | Estate of William Crawley vs. Lionel Robinson et al.<br>Civil Action No. 96-C-83K | 1997 |
| Auburn Calloway<br>C-Unit Annex<br>P.O. Box 1000/14601-076<br>Lewisburg, PA 17837-1000 | U.S.A. vs. Auburn Calloway | 1997 |
| Law Offices of Al Alvarez<br>4409 N. McColl Road<br>Crosspointe Center<br>McAllen, TX 78504 | Guardiola vs. Camionetas Del Noreste | 1997 |

| Law Firm | Case | Year |
|----------|------|------|
| Glover, Lewis & Prebeg<br>3700 Montrose Blvd, Suite 200<br>Houston, TX 77006 | Orta et al. v. Houston | 1997 |
| Cameron & Dreyfuss<br>1750 E. Fourth Street, Ste. 500<br>Santa Ana, CA 92705-3929 | Meyers vs. Floramar et al. | 1998 |
| 30 Rockefeller Plaza<br>New York, NY 10112<br>National Broadcasting Co., Inc. | Veilleux vs. NBC<br>settled July 1998 | 1998 |
| Hood Law Firm, LLC<br>172 Meeting Street<br>Post Office Box 1508<br>Charleston, SC 29402 | Eller v. Cargo Transporters, et al.<br>settled July 1998 | 1998 |
| Richard T. Treon<br>Treon, Strick, Lucia & Aguirre<br>2700 North Central Avenue Suite 1400<br>Phoenix, AZ 85004-1133 | Rocky Cushman vs. Jeffrey Chambers & Osborn Transportation | 1998 |
| Stern and Miller<br>5821 Southwest Freeway, Ste. 501<br>Houston, TX 77057 | R. Morales and E. Lopez vs. Amador Moreno and Rochester Armored Car Co. | 1998 |
| Richter-Wimberly, P.S.<br>Seafirst Financial Center, Suite 1300<br>601 West Riverside Avenue<br>Spokane, WA 99201-0611 | Hinkle/Snow vs. Fred Hill, Materials | 1999 |
| Marrone, Robinson, Frederick & Foster<br>111 North First Street, Suite 300<br>Burbank, CA 91502-1851 | George Nunez v. The Investment Committee; Stephen Moses | 1999 |
| Erickson, Beasley, Hewitt & Wilson<br>491 Ninth St.<br>Oakland, CA 94607 | Phister et al. v. BART, City of Concord, Tutor-Saliba Corporation, and consolidated cases | 1999 |
| Marvin Kay<br>Law Offices of Marvin Kay<br>2516 Crest View Drive<br>Los Angeles, CA 90046 | Karlsson vs. Savage et al. | 1999 |

| Law Firm | Case | Year |
|---|---|---|
| Reinwald, O'Connor & Playdon<br>733 Bishop St., Suite 2400<br>Honolulu, HI 96813-4070 | McKenzie vs. Kaiser Permanente, Inc. | 1999 |
| Layman, Layman & Fennessy<br>601 South Division St.<br>Spokane, WA 99202-1335 | Cronin v. Air Liquide | 1999 |
| Kalil & LaCount<br>681 Wallis Road<br>Rye, NH 03870 | Robert E. Ricci, Jr., et al. v. Brooks Drugs, Inc. and Maxi Drugs, Inc. | 1999 |
| State of California<br>Department of Transportation<br>Legal Division<br>865 South Figueroa St., Ste. 400<br>Los Angeles, CA 90017-5472 | Carol Adkins, et al. v. City of Los Angeles et al. | 1999 |
| Carson & Nicholson<br>4950 W. Kennedy Blvd., Ste. 305<br>Tampa, FL 33609 | John and Leisa Freeman v. Trevor Whyte, Bob Singh and Somerset Transportation Corp. | 1999 |
| Paul D. Hermann P.C.<br>127 Peachtree St. NE, Ste. 822<br>Atlanta, GA 30303 | Family of Donny Mitchell v. Columbia Medical Ctr. et al. | 1999 |
| Ungaretti & Harris<br>3500 Three First National Plaza<br>Chicago, IL 60602-4283 | National Union Insurance Co. v. Dowd & Dowd et al. | 1999 |
| Shook, Hardy & Bacon<br>One Kansas City Place<br>1200 Main Street<br>Kansas City, MO 64105-2118 | Saar v. Riley Whittle et al. | 1999 |
| Paul B. Episcope, Ltd.<br>77 W. Washington St., Ste. 300<br>Chicago, IL 60602 | Alison and Richard Lester v. UPS Inc. and Jeffrey Krueger | 2000 |
| Milton J. Silverman<br>2404 Broadway St.<br>San Diego, CA 92102 | Robinson v. Superior Ready Mix | 2000 |

| Law Firm | Case | Year |
|----------|------|------|
| State of California<br>Mark Dames<br>Santa Clara Public Defender's Office<br>120 West Mission Street<br>San Jose, CA  95110 | People of the State of CA v. Peter Wieland | 2000 |
| Edmund J. Scanlan<br>134 No. LaSalle, Ste. 1700<br>Chicago, IL  60602 | Estates of Boomsma  and Spencer v. Star   Transport Inc. et al. | 2000 |
| Reinwald, O'Connor & Playdon<br>733 Bishop Street, 24th Floor<br>Honolulu, HI  96813 | Laronal v. Kaiser | 2000 |
| Tennant & Ingram<br>11344 Coloma Road, Suite 445<br>Gold River, CA  95670 | Judith Pavlick v. Albertson's | 2000 |
| Rust, Armenis, Schwartz, Lamb & Bills<br>4380 Auburn Boulevard<br>P.O. Box 41958<br>Sacramento, CA  41958 | Glander v. V. Peeler, et al. | 2000 |
| Epstein, Becker & Green<br>Two Embarcadero Center, Suite 1650<br>San Francisco, CA  94111-3994 | Carlos Morazan v. HealthNet | 2000 |
| Pierce, Herns, Sloan & McLeod, LLC<br>The Blake House<br>321 East Bay Street<br>Charleston, SC  29413 | Robert White v. Mack Trucks | 2001 |
| Turner & Associates<br>The Justice Company Building<br>P. O. Drawer 1500 - 103 West Main Street<br>West Point, MI  39773-1500 | Bland v. Cardinal Transport, Inc. et al. | 2001 |
| Stern and Miller<br>5821 Southwest Freeway, Suite 501<br>Houston, TX  77057 | Wanda Fitzpatrick et al. v. Rodney Keith Davison & Republic Waste Services | 2002 |
| Josephs, Jack, Miranda & McKeown<br>Grove Professional Building<br>2950 S.W. 27th Avenue, Suite 100<br>Miami, FL 33233-0519 | Sieb et al. v. Volkswagen, et al. | 2003 |

| Law Firm | Case | Year |
|---|---|---|
| Reinwald, O'Connor & Playdon LLP<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 240<br>Honolulu, HI 96813 | McKensiie vs. Hawaii Permanente Medical Group, Inc., et al.<br>Civil No. 98-00726 DAE | 2003 |
| Michael A. Simpson, Esq.<br>Simpson & Boyd, P.L.L.C.<br>1119 Halsell Street<br>PO Box 685<br>Bridgeport, TX 76426 | Phelps, et al. v. Greer, et al. | 2003 |
| McMurry & Livingston, PLLC<br>333 Broadway, 7th Floor<br>P.O. Box 1700<br>Paducah, Kentucky 72002-1700 | Jackson vs. Greyhound | 2003 |

**Law Firm**                    **Case**                                              **Year**

William C. Dement, M.D., Ph.D.
Stanford University
Revised 2/23/04

### *Legal Fee Schedule for William C. Dement*

In order to retain Dr. Dement for legal services, there is a non-refundable fee of $3,000.00.

Dr. Dement's fee for study, consultation and evaluation work in this case is $700.00 per hour. When he travels to appear for any related engagements or testimonies, his travel time is $500.00 per hour. His fee is $6,000.00 per day to testify live at a trial, plus reimbursement for expenses including travel.

P.O. Box 270209
Flower Mound, Tx. 75027

972-355-7096

# RMR CONSULTANTS

May 6, 2004

William Stradley
Mithoff & Jacks, L.L.P.
One Allen Center
Penthouse
500 Dallas
Houston, TX 77002

Re: Civil Action No. B-03-142; *Guadalupe and Amelia Guerra, Individually and as Personal Representatives of the Estate of Cindy Guerra, Deceased; Lisa Guerra, Individually; Rene Garza and Patricia Garza, Individually and as Personal Representatives of the Estate of Jennifer Garza, Deceased; and Joe Alfaro, Individually vs. Allied Van Lines, Inc.,* In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Stradley:

Per your request, I have reviewed the following material in the above referenced case in order to form opinions and make this report to you. I may use these documents as exhibits to support my opinions:

1. Plaintiffs' Second Set of Written Questions To Defendant Allied Van Lines, Inc.
2. Plaintiffs' Second Request For Production To Defendant, Allied Van Lines, Inc,
3. Responses to Plaintiffs' First Set Of Written Questions To Defendant Allied Van Lines, Inc.
4. Defendant's Objections and Responses To Plaintiffs' First Request For Production
5. Plaintiffs' Third Set Of Written Questions To Defendant Allied Van Lines, Inc.
6. Plaintiffs' Fourth Request For Production To Defendant, Allied Van Lines, Inc.
7. Plaintiff's Sixth Request for Production to Defendant, Allied Van Lines, Inc.
8. Defendant Allied's Responses to Plaintiff's Sixth Request for Production
9. Defendant Allied's Responses to Plaintiff's Second set of Written Questions
10. Driver Revenue information produced by Allied Van Lines, Inc.
11. Satellite message history ( Bates stamp nos. 00215-00244)
12. Log tracking records (Bates stamp nos. 00245-00248)
13. Trip History records (Bates stamp nos. 00249-00252)
14. Mr. Gorski's phone records (Bates stamp nos. 00258-00259)
15. Mr. Gorski's driver daily log (Bates stamp nos. 00260-00405)
16. Satellite message history records (Bates stamp nos. 002793-02806)
17. Satellite message history (Bates stamp nos. 003086-003116)
18. Combination report (Bates stamp nos. 001140-001141)
19. Miles and Fuel by state (Bates stamp nos. 001148-001222)
20. Comdata Documents produced by Allied Van Lines, Inc. (Bates stamp nos. 003136-003155)
21. Deposition of Mark Davison
22. Deposition of Thomas M. Lambert
23. Deposition of Chris Peotrowski
24. Deposition of Theresa M. Swygart
25. Deposition of Judy K. Kindley

*Consultants to the Transportation Industry*

26. Deposition of Michael J. Vaculik
27. Deposition of Samuel Y. Jameson
28. Deposition of Jeff Moore
29. Reports produced by, log auditing software
30. PC Miler mileage software
31. Federal Highway Administration website, www.Safersys.org and MCMIS Report
32. State of Louisiana Department of Public Safety's Commercial Vehicle Post Crash Investigative Report
33. Certified copy of Louisiana State Police accident report
34. Documents produced by Allied Van Lines, Inc. numbered 1-5
35. AT&T Wireless phone records for Mr. Gorski
36. Federal Motor Carrier Safety Regulations
37. Trip records for Mr. Gorski (Bates Stamp nos. 3278-3401)
38. Trip detail reports (Bates stamp nos. 1143-1147)
39. Trip information records (bates nos. 2387-2394)
40. Shipping documents from Mr. Gorski's shipments (Bates nos. 3402-3981; 253-257 and 2429-2772)
41. Definition of Malice provided

The following is a preliminary report of my opinions in this matter, which are given with reasonable certainty and are based upon a review of the above materials, my education and experience in the Transportation Industry. I reserve the right to add to, change and or modify my opinions, should additional information become available. I am attaching as Exhibit 1 to this report a current copy of my Curriculum Vitae as evidence of my qualifications to review the information requested and to formulate the opinions I have offered.

You have asked me to review these documents and other items needed in order to formulate opinions as to:

1. How does a prudent motor carrier perform normal log audits for compliance with the Federal Motor Carrier Safety Regulations and how do they perform false log audits.
2. Whether or not Allied Van Lines, Inc. acted as a prudent motor carrier in their log falsification audit program.
3. Accuracy of Vladek Gorski's logs when compared to supporting documents that are maintained by Allied Van Lines, Inc. in their normal course of business.
4. In addition, reconstruct Vladek Gorski's driving, on duty and off duty times from 7-2-03 until time of accident on 7-20-03, using the supporting documents furnished by Allied Van Lines, Inc.

**Summary of facts**

Allied Van Lines, Inc. (Allied) is a Interstate Motor Carrier authorized to handle Household Goods authorized under MC-15735 and USDOT number 76235.

Vladek Gorski (Gorski) was an Independent Contractor, operating a commercial motor vehicle, under the control of Allied and their Interstate operating authority since approximately April of 1999.

Allied was responsible, under the Federal Motor Carrier Safety Regulations, to insure Gorski was properly qualified, and licensed and was responsible for insuring he complied with the Federal Motor Carrier Safety Regulations.

Gorski was fatally injured in an accident at milepost 123 of Interstate 10, eastbound lane, at approximately 5:20 PM CDT on July 20, 2003 which resulted in 5 total fatalities, 7 non fatal injuries and involving 10 other vehicles.

The accident was investigated by the Louisiana State Police, by Trooper Richard C. Elliott, report number LABF003584.

2

Allied performs audits on its drivers' logs to insure that when they are turned in, they meet Federal Regulations.

Allied's falsification audit, to insure the logs turned in are true and correct, consists of when and if a driver receives a roadside inspection that inspection is matched up to the drivers' log for that day for accuracy. In addition, if a driver is involved in an accident, the log for that day is again matched for accuracy. Allied has no other falsification audit to monitor drivers on a regular basis.

Allied has a policy on log violations and assigns a point value to the different violations based on severity. A driver can accumulate 150 points, in a twelve month period classified as retrainable violations, before he/she is disqualified. They must go through retraining at the 50 and 100 point levels.

Allied has a policy on other compliance violations which includes false logs, in which if a driver accumulates 100 points they will be placed in a final warning status. Should the driver receive an additional 25+, they will be disqualified.

From the Allied documents provided to me so far, Allied has various documents that are maintained in their normal course of business, to determine if a drivers' logs are false:

1. Qualcomm position report
2. Log tracking report showing pickup and deliveries
3. Fueling information
4. Roadside inspections and/or accident reports

**Regulations and Practices**

**390.5 Definitions.**

Employee means any individual, other than an employer, who is employed by a employer and who in the course of his or her employment directly affects commercial motor vehicle safety. Such term includes a driver of a commercial motor vehicle (including an independent contractor while in the course of operating a commercial motor vehicle), a mechanic, and a freight handler. Such term does not include an employee of the United States, any State, any political subdivision of a State, or any agency established under a compact between States and approved by the Congress of the United States who is acting within the course of such employment.

**395.3 Maximum driving time**

(a) Except as provided in 395.1(b)(1), 395.1(f), and 395.1(h), no motor carrier shall permit or require any driver used by it to drive nor shall any such driver drive:
   (1) More than 10 hours following 8 consecutive hours off duty; or
   (2) For any period after having been on duty 15 hours following 8 consecutive hours off duty.
(b) No motor carrier shall permit or require a driver of a commercial motor vehicle to drive, nor shall any driver drive, regardless of the number of motor carriers using the driver's services, for any period after –
   (1) Having been on duty 60 hours in any 7 consecutive days if the employing motor carrier does not operate commercial motor vehicles every day of the week; or
   (2) Having been on duty 70 hours in any period of 8 consecutive days if the employing motor carrier operates commercial motor vehicles every day of the week.

*DOT Interpretations – 395.3*

*Question 7:* What is the liability of a motor carrier for hours of service violations?

*Guidance:* The carrier is liable for violations of the hours of service regulations if it had or should have had the means by which to detect the violations. Liability under the FMCSRs does not depend upon actual knowledge of the violations.

3

*Question 8:* Are carriers liable for the actions of their employees e... though the carrier contends that it did not require or permit the violations to occur?

*Guidance:* Yes. Carriers are liable for the actions of their employees. Neither intent to commit, nor actual knowledge of, a violation is a necessary element of that liability. Carriers "permit" violations of the hours of service regulations by their employees if they fail to have in place management systems that effectively prevent such violations.

**395.8 Driver's record of duty status**

(e) Failure to complete the record of duty activities of this section or 395.15, failure to preserve a record of such duty activities, or making of false reports in connection with such duty activities shall make the driver and/or the carrier liable to prosecution.

**(k) Retention of driver's record of duty status.**
    (1) Each motor carrier shall maintain records of duty status and all supporting documents for each driver it employs for a period of six months from the date of receipt.

*DOT Interpretations – 395.8*

*Question 10:* What regulation, interpretation, and/or administrative ruling requires a motor carrier to retain supporting documents and what are those documents?

*Guidance:* Section 395.8(k)(1) requires motor carriers to retain all supporting documents at their principal places of business for a period of 6 months from date of receipt.

Supporting documents are the records of the motor carrier which are maintained in the ordinary course of business and used by the motor carrier to verify the information recorded on the driver's record of duty status. Examples are: bills of lading, carrier pros, freight bills, dispatch records, driver call-in records, gate record receipts, weight/scale tickets, fuel receipts, fuel billing statements, toll receipts, international registration plan receipts, international fuel tax agreement receipts, trip permits, port of entry receipts, cash advance receipts, delivery receipts, lumper receipts, interchange and inspection reports, lessor settlement sheets, over/short and damage reports, agricultural inspection reports, CVSA reports, accident reports, telephone billing statements, credit card receipts, driver fax reports, on-board computer reports, border crossing reports, custom declarations, traffic citations, overweight/oversize reports and citations, and/or other documents directly related to the motor carrier's operation, which are retained by the motor carrier in connection with the operation of its transportation business. Supporting documents may include other documents which the motor carrier maintains and can be used to verify information on the driver's records of duty status. If these records are maintained at locations other than the principal place of business but are not used by the motor carrier for verification purposes, they must be forwarded to the principal place of business upon a request by an authorized representative of the FHWA or State official within 2 business days.

*Question 21:* What is the carrier's liability when its drivers falsify records of duty status?

*Guidance:* A carrier is liable both for the actions of its drivers in submitting false documents and for its own actions in accepting false documents. Motor carriers have a duty to require drivers to observe the FMCSRs.

The practice of reasonably prudent motor carriers is to perform "falsification audits" on its drivers' record of duty status (log) to insure that the logs reflect the accurate recording of work and driving activities of the driver.

Motor carriers normally use the following documents in performing "falsification audits":
1. Satellite positioning reports (Qualcomm)
2. Fueling reports from credit card fueling companies that reflect the date and time of fuel purchases and/or cash advances.
3. Bills of lading or reports that show the pickup and delivery activities of the driver.
4. Driver call in records or other dispatch records that would contain the call in or reporting times and locations of the drivers.

4

5. Roadside inspection reports and/or accident reports
6. Any other document that could verify the driver's location with a date and time at that location.

**Analysis of facts and opinions formulated**

**Prudent motor carrier log audits and falsification audits of drivers logs**

It is my opinion that reasonably prudent motor carriers perform hours of service and falsification audits of its company's driver logs. The audit of the drivers' log for compliance with the Federal Motor Carrier Safety Regulations is normally performed by inputting the log into a specialized computer program. The log auditing program reads the information inputted and compares the log information to the hours of service rules, in the regulations, for compliance.

The falsification audit process is normally a manual process or a combination manual/computer assisted process. The computer checks for a specific driver duty status, on specific days, with the information that is manually entered or imported from another source, such as, fuel card purchase data.

The carrier normally selects its best sources of information to ease the process. In this case, the best source of information that Allied would have available to it would be the Qualcomm position reports and fuel/cash advance information from Comdata. The Qualcomm information, where available would be the best source of information, providing multiple date, time and location information. This information can be easily compared to the drivers' logs and determine if the driver is filling his/her logs out accurately and honestly. The Comdata fuel/cash advance information could be automatically imported into the log audit program and automatically verified for accuracy.

All prudent motor carriers perform log and falsification audits to insure the drivers are compliant with the DOT regulations and identify the drivers that are not compliant and take corrective action. This is done because the motor carrier is expected to perform these type audits in order to insure they are not "permitting" a driver to violate the DOT rules and regulations, which is one of their most important responsibilities under the regulations, leading to fatigue and the potential for serious accidents.

**Allied's log falsification audits**

It is my opinion that Allied does not have a falsification audit that would effectively identify drivers that are falsifying their logs, in order to conceal violations of the hours of service rules and regulations, as specified in 49CFR395. Their process is to only check drivers who receive roadside inspections and/or have a accident. Then they only check that specific day.

Any driver who has been with Allied for a period of time, would have had knowledge of what Allied checks for in their audit process. Drivers can avoid log falsification issues by avoiding roadside inspection stations and when they do receive an inspection insure they are accurate on that one day, for the time of the inspection and/or accident. This type of audit in no way will deter drivers from falsifying their logs.

It is my opinion that Allied permits its drivers to falsify their logs and that Allied does not have an effective management system in place to insure logs are accurate.

It is my opinion that Allied is aware of the risks of an inadequate falsification audit and that Allied nevertheless proceeded to retain Gorski, among others, as a qualified driver in conscious disregard for the safety of the motoring public:

> Q. **. Have you or has anyone at Allied ever undertaken to put together existing technology such as that, such as technology that allows you to actually track where a ***driver is and compare that to what his logbook says he's doing?
>
> A. No, we have never done that.
> ******

5

Q.  It's pretty important, is it not, for safety reasons, that drivers stay within the Department of Transportation regulations?

A.  Sure it is.

Q.  It's pretty important that logs not be falsified?

A.  Yes, that's important.

Q.  It's pretty important that drivers not be off running routes and accumulating more hours that they should safely?

A.  That's correct.

Q.  It can be a very, very dangerous thing if drivers are falsifying logs and doing things that allow them to drive while too fatigued, too tired to make correct decisions?

A.  Assuming if they are running over their hours and they are fatigued, yeah, that would be a dangerous situation.

Q.  Since this accident, have you or has anyone with Allied undertaken any kind of investigation into a way to combine existing technology and monitor a driver so that you can compare what a driver is actually doing versus what his log is saying he's doing?

A.  We have had discussions, but we have not gotten to a point where we have put anything -- did an analysis or put a program in place to do that.

Q.  That could potentially prevent a lot of deadly accidents, could it not?

A.  It's possible.

From the deposition of Mark Davison, Director of Safety Administration, P. 81-83.


**Gorski log falsification audit January 20, 2003 through July 13, 2003**

I performed a falsification audit on the logs supplied for the above dates, I found the following falsifications:
1.  **January**
    a.  1-23-03 Fueled in Albuquerque, NM – No time logged for fuel stop.
    b.  1-24-03 Fueled in Pearl, MS – No time logged for fuel stop.
    c.  1-25-03 Fueled in Brunswick, GA – No time logged for fuel stop.
    d.  1-28-03 Unloaded two shipments in Miami, FL – Log shows off duty.
    e.  1-29-03 Unloaded Naples, FL – No time logged for stop or time unloading.

2.  **February**
    a.  2-3-03 Loaded at Boca Raton, FL - No time logged for the stop or time for loading.
    b.  2-3-03 Fueled in Punta Gorda, FL – No time logged for fuel stop.
    c.  2-6-03 Fueled in St. Augustine, FL – No time logged for fuel stop.
    d.  2-6-03 Fueled in Brunswick, GA – No time logged for fuel stop.
    e.  2-11-03 Unloaded Westerly, RI – No time logged for stop or time for unloading.
    f.  2-14-03 Fueled in Carmel Church – No time logged for fuel stop.
    g.  2-17-03 Unloaded Atlanta, GA – No time logged for stop or time for unloading.
    h.  2-17-03 Fueled in Atlanta, GA – No time logged for fuel stop.
    i.  2-19-03 Fueled in Seffner, FL – No time logged for fuel stop.
    j.  2-24-03 Fueled in Seffner, FL – No time logged for fuel stop.
    k.  2-25-03 Fueled in Seffner, FL – No time logged for fuel stop.
    l.  2-28-03 Loaded at Pine Hills, FL and Casselberry, FL- Only one stop shown being picked up from Orlando, FL.

6

2. **March**
   a. 3-1-03 Loaded at Newport, FL – No time logged for stop or time for unloading.
   b. 3-1-03 Fueled in Gulfport, MS – No time logged for fuel stop.
   c. 3-2-03 Fueled in Orange, TX – No time logged for fuel stop.
   d. 3-3-03 Fueled in Phoenix, AZ – No time logged for fuel stop.
   e. 3-4-03 Unloaded Burbank, CA – All time logged at stop was off duty. No time logged for unloading.
   f. 3-7-03 Unloaded Escondido, CA - All time logged at stop was off duty. No time logged for unloading.
   g. 3-7-03 Unloaded at Lemore, CA – Log shows off duty for entire day. The delivery stop was not logged.
   h. 3-8-03 Unloaded Roseville, CA – All time logged at stop was off duty. No time logged for unloading.
   i. 3-10-03 Fueled in Ripon, CA – No time logged for fuel stop.
   j. 3-12-03 Fueled in Bakersfield, CA – No time logged for fuel stop.
   k. 3-16-03 Fueled in Thousand Oaks, CA – No time logged for fuel stop.
   l. 3-17-03 Fueled in Eloy, AZ – No time logged for fuel stop.
   m. 3-17-03 Fueled in Las Cruces, NM – No time logged for fuel stop.
   n. 3-18-03 Fueled in San Antonio, TX – No Time logged for fuel stop.
   o. 3-19-03 Fueled in New Orleans, LA – No time logged for fuel stop.
   p. 3-19-03 Fueled in Gulfport, MS – No time logged for fuel stop.
   q. 3-20-03 Unloaded Dunedin, FL – Log shows off duty for entire day. The delivery stop was not logged.
   r. 3-21-03 Unloaded Tampa, FL - Log shows off duty for entire day. The delivery stop was not logged.
   s. 3-26-03 Fueled in Ocala, FL – No time logged for fuel stop.
   t. 3-28-03 Fueled in Florence, SC – No time logged for fuel stop.
   u. 3-28-03 Fueled in Rutherglen, VA – No time logged for fuel stop.

3. **April**
   a. 4-1-03 Fueled in Milford, CT – No time logged for fuel stop.
   b. 4-4-03 Fueled in Carney's Point, NJ – No time logged for fuel stop.
   c. 4-5-03 Fueled in Carmel Church, VA – No time logged for fuel stop.
   d. 4-6-03 Fueled in Brunswick, GA – No time logged for fuel stop.
   e. 4-10-03 Unloaded Miami, FL – No time logged for stop or time for unloading.
   f. 4-24-03 Fueled in Punta Gorda, FL – No time logged for fuel stop
   g. 4-25-03 Fueled in Seffner, FL – No time logged for fuel stop.
   h. 4-28-03 Fueled in Midway, FL – No time logged for fuel stop.
   i. 4-28-03 Fueled in Gulfport, MS – No time logged for fuel stop.
   j. 4-29-03 Fueled in San Antonio, TX – No time logged for fuel stop.
   k. 4-30-03 Fueled in Anthony, TX – No time logged for fuel stop.

4. **May**
   a. 5-3-03 Unloaded Huntington Beach, CA – No time logged for stop or time for unloading.
   b. 5-9-03 Fueled in Ripon, CA – No time logged for fuel stop.
   c. 5-11-03 Fueled in Portland, OR – No time logged for fuel stop.
   d. 5-12-03 Fueled in Tacoma, WA – No time logged for fuel stop.
   e. 5-13-03 Fueled in Lodi, CA – No time logged for fuel stop.
   f. 5-17-03 Fueled in Las Cruces, NM – No time logged for fuel stop.
   g. 5-30-03 Fueled in Polk City, FL – No time logged for fuel stop.

5. **June**
   a. 6-4-03 Fueled in Jackson, GA – No time logged for fuel stop.
   b. 6-4-03 Fueled in San Antonio, FL – No time logged for fuel stop.
   c. 6-5-03 Fueled in Knoxville, TN – No time logged for fuel stop.
   d. 6-8-03 Fueled in Pensacola, FL – No time logged for fuel stop.
   e. 6-9-03 Loaded Pensacola, FL – No time logged for stop or time for loading.
   f. 6-9-03 Fueled in Gulfport, MS – No time logged for fuel stop.
   g. 6-12-03 Fueled in Kansas City, MO – No time logged for fuel stop.
   h. 6-13-03 Fueled in Emporia, KS – No time logged for fuel stop.
   i. 6-13-03 Fueled in Oklahoma City, Ok – No time logged for fuel stop.
   j. 6-14-03 Fueled in Albuquerque, NM – No time logged for fuel stop.

7

    k.  6-15-03 Fueled in Barstow, CA – No time logged for fuel stop.
    l.  6-18-03 Loading at two stops in Ojai, CA . Log shows off duty Ventura, Ca. No time logged for stop or time for loading.
    m.  6-18-03 Fueled in Thousand Oaks, CA – No time logged for fuel stop.
    n.  6-19-03 Fueled in Phoenix, AZ – No time logged for fuel stop.
    o.  6-21-03 Pickup Dallas, TX – No time logged for stop or time for loading.
    p.  6-21-03 Fueled in Dallas, TX – No time logged for fuel stop.
    q.  6-21-03 Fueled in Greenwood, LA – No time logged for fuel stop.
    r.  6-21-03 Unloaded Shreveport, LA – Log shows off duty. No time logged for unloading.
    s.  6-24-03 Unloaded Cape Coral, FL – No time logged for stop or time for unloading.
    t.  6-24-03 Fueled in Punta Gorda, FL – No time logged for fuel stop.
    u.  6-25-03 Unloaded Groveland, FL – Log shows off duty for entire day. The delivery stop was not logged.
    v.  6-30-03 Loaded St. Petersburg, FL – No time logged for stop or time for loading.
    w.  6-30-03 Loaded Belleair, FL – No time logged for stop or time for loading.
    x.  6-30-03 Fueled in Punta Gorda, FL – No time logged for fuel stop.

**6.  July**
    a.  7-2-03 Loaded Orlando, FL – Log shows off duty. No time logged for loading (3580 lbs.).
    b.  7-3-03 Loaded Pensacola, FL – No time logged for stop or time for loading (4920 lbs.).
    c.  7-3-03 Fueled in Gulfport, MS – No time logged for fuel stop.
    d.  7-4-03 Log shows starting to drive in Beaumont, TX at 8:15 AM. Qualcomm shows starting to drive in Lake Charles, LA at 11:09 AM.
    e.  7-4-03 Fueled in San Antonio, TX – No time logged for fuel stop.
    f.  7-5-03 Log shows in sleeper and off duty between 12:15 PM and 8:15 PM at Phoenix, AZ. Qualcomm shows driving from 93 miles ESE El Paso, TX at 12:12 PM to 31 miles SSE Chandler, AZ at 8:07 PM.
    g.  7-5-03 Fueled in Anthony, TX – No time logged for fuel stop.
    h.  7-5-03 Fueled in Las Cruces, NM – No time logged for fuel stop.
    i.  7-6-03 Unloaded Newport Beach, CA No time logged for stop or time unloading (3580 lbs.).
    j.  7-7-03 Unloaded Moorpark, CA – No time logged for stop or time for unloading (3084 lbs.).
    k.  7-7-03 Unloaded Carpinteria, CA dropped at Santa Maria – Log shows off duty. No time logged for unloading (1840 lbs.).
    l.  7-8-03 Unloaded Lemore, CA – Log shows off duty. No time logged for unloading (4920 lbs.).
    m.  7-9-03 Unloaded Alameda, CA dropped at Hayward, CA – No time logged for stop or time for unloading (7240 lbs.).
    n.  7-9-03 Unloaded Castro Valley, CA – No time logged for stop or time unloading (1359 lbs.).
    o.  7-10-03 Fueled in Lebec, CA – No time logged for fuel stop.
    p.  7-10-03 Fueled in Santa Nella, CA – No time logged for fuel stop.
    q.  7-11-03 Loaded in San Diego, CA – No time logged for loading.

Summary –97 log falsifications on 73 days of logs

In addition to the above apparent falsifications there are numerous suspicious log entries involving times for loading and unloading. Gorski shows some time for loading and/or unloading, on the stops he actually logs, but will include additional time as off duty or sleeper berth time at the same location.

It is my opinion that Gorski intentionally falsified his logs in order to cover up hours of service violations and that these falsifications should have been easily detected by Allied.

In conclusion, it is further my opinion that Gorski and Allied, based on the definitions provided to me, acted with gross neglect and malice in operating a commercial motor vehicle and with total disregard of the Federal Motor Carrier Safety Regulations.

8

**Gorski's time and logs audited, verified and reconstructed from 7-2-03 through 7-20-03**
(Includes total hours worked from 6-25 through 7-1-03)

I audited and reconstructed Gorski's logs from the above dates and found the following driving rule violations.

1. 7-5-03 Drove while being on duty for 32.75 hours
2. 7-5-03 Drove while being on duty for 78.75 hours in 8 days
3. 7-5-03 Drove after driving 10 hours by 24.75 hours
4. 7-6-03 Drove while being on duty for 89.25 hours in 8 days
5. 7-7-03 Drove after being on duty for 102.75 hours in 8 days
6. 7-8-03 Drove after being on duty for 107.75 hours in 8 days
7. 7-8-03 Drove while being on duty for 19.25 hours
8. 7-8-03 Drove after driving 10 hours by 1 hour
9. 7-9-03 Drove after being on duty for 104.5 hours in 8 days
10. 7-10-03 Drove after being on duty for 91.50 hours in 8 days
11. 7-11-03 Drove after being on duty for 92.5 hours in 8 days
12. 7-11-03 Drove after driving for 10 hours by 2.5 hours
13. 7-11-03 Drove while being on duty for 16.5 hours
14. 7-13.03 Drove after being on duty for 70.5 hours in 8 days
15. 7-14-03 Drove after being on duty for 73 hours in 8 days
16. 7-15-03 Drove after being on duty for 70.5 hours in 8 days
17. 7-19-03 Drove after driving for 10 hours by 16.75 hours
18. 7-19-03 Drove while being on duty for 30 hours
19. 7-19-03 Drove after being on duty for 72.5 hours in 8 days
20. 7-20-03 At time of accident on duty for 78.25 hours in 8 days

It is my opinion, all time spent driving on 7-20-03, the day of the accident, was in violation of the 70 hour driving rule in the Federal Motor Carrier Safety Regulations and Gorski should not have been driving on 7-20-03. Gorski would not have had any substantial driving hours available until 7-22-03.

Enclosed with this report are copies of the logs that I reconstructed from July 2, 2003 through July 20, 2003. I used the material supplied and reviewed along with other items and software listed in this report to reconstruct the logs for this time period.

**Summary of violations:**
4– 10 Hour driving rule violations
4 – 15 Hour driving rule violations
12 – 70 Hour driving rule violations
20– Total driving rule violations in 16 work days (2 days off duty)

I am being compensated for my time to review and provide expert opinions in this case and if asked or required to give testimony by deposition and/or trial. My fees are as follows:

$150.00 per hour to review and write reports
$250.00 per hour to appear for depositions and/or trial. Plus all expenses

I have testified as an expert witness one time at trial.

November 2002
*Walter Shook v. Williams Insulation Co. of Austin and Glenn Watson, Jointly and Severally*
40th District Court, Waxahachie, TX

9

I have been deposed as an expert witness in the below cases:

November 2001
*Western American, L.L.C. v Robbie Morrow, et al*
U.S. District Court, Western District, Lafayette Division.
Case No. CV99-2217

June 2002
*Health Settings leasing, LLC and Donald Stadler d/b/a Biotek vs. Gainey Transportation Services, Inc. and Sullivan Transfer Company*
Cause No. 01-812
Dallas , TX

September 2002
*Walter Shook v. Williams Insulation Co. of Austin and Glenn Watson, Jointly and Severally*
40th District Court, Waxahachie, TX

June 2003
*Daniel Joseph Skaggs, et al v. Safe Tire Disposal Corp. Of Texas, et al.*
172nd District Court of Jefferson County, TX
Cause No. E164484

July 2003
*Renee Ledezma and Fernando Garza v. Willie Forrest, Individually, and Dr. Pepper Bottling Company of Texas.*
County Court at Law No. 2 of Dallas County, TX

January 2004
*Heiskell v. Metal Chemicals Corporation, et al.*
Circuit Court of Marion County, West Virginia
Civil Action No.: 02-C-114

If you have any questions, please do not hesitate to contact this office.

Sincerely,

Mike Rone
CFS/D

10

**EXHIBIT 1**

RAYMOND M.(MIKE) RONE, CFS/D                    HM. PHONE: 972-355-6258
5304 COLONIAL DR.                               WK. PHONE: 972-355-7096
FLOWER MOUND, TX 75028                          FAX: 972-539-3958

*Curriculum Vitae*                              ***SEPTEMBER 22, 2003***

### EXPERIENCE

1999 – Present          RMR Consultants              Flower Mound, TX
**President – DOT Compliance Specialty Company**

- Consulting on DOT Compliance issues
- Extensive  Driver/Management Training on Logs, Drug testing, DOT Regulations, Hazardous Materials
- Setup and Maintain Driver Qualification Files
- On-site Compliance reviews
- Procedure/Policy Development
- File for FHWA operating authority
- Consult with Carriers and Brokers on Freight Claims
- Expert Witness in areas of Safety, Carrier Operations, Shipper responsibilities, Transportation practices, DOT regulations, FHWA regulations

1987-1999          LD Brinkman & Co.              Lewisville, TX
**Vice-President Transportation**

**FLEET OPERATIONS**
- Responsible for overall Safety of fleet operations
- Responsible for DOT Compliance for 150 drivers in 26 locations
- Had responsibility for Profit/Loss and Budgets
- Negotiated and responsible for all equipment in main fleet
- Responsible for all Fleet Tractor and Trailer maintenance
- Responsible for all Safety Training development and implementation for Management and Drivers
- Setup and maintained the Drug Testing Program

**TRAFFIC MANAGEMENT**
- Responsible for all Carrier rate negotiations, Transportation contracts
- Responsible for all pickup and delivery schedules at facilities and vendors
- Developed and maintained Bill of Lading for use in shipping
- Provide Hazmat training for warehouse personnel

1981 – 1987          Red Arrow Freightlines          Hutchins, TX
**Terminal Manager**
- Operated the Truckload Division which consisted of up to 100 Drivers and Owner-Operators
- Responsible for overall Safety Development and Driver Qualifications
- Responsible for Driver Recruitment and retention
- Managed Office Staff of 8 including Dispatch Managers, Traffic Manager, Office Manager and  Shop Manager
- Worked directly with customers negotiating rates and customer satisfaction

1980 – 1981          United Traffic Management System          Dallas, TX
**Partner**
- Developed and maintained a Freight Bill Payment System
- Audited Clients Freight Bills for proper classification and rates
- Filed and collected overcharge claims from carriers on behalf of client
- Worked directly with clients in developing Bill of Lading, Contracts and Packaging requirements

11

Raymond M. Rone
Curriculum
Vitae_____Page 2

## EXPERIENCE (cont.)

1974-1980          Red Ball Motor Freight          Dallas, TX
   **Traffic Manager – Rates**

- Setup Weighing and Inspection program to insure compliance of ICC regulations concerning Classifications, Packaging, Loading, Labeling and proper weights
- Worked with the Southwestern Claims Conference on Packaging, Loading and Bill of Lading issues
- Worked directly with Shippers on Bill of Lading issues to include proper Classifications of products
- Held positions on various Rate Bureaus Representing Red Ball to include the Rocky Mountain Motor Tariff Bureau, Eastern Central Rate Conference, Southern Motor Carriers Rate Conference
- Work directly with Sales in negotiating rates and maintaining revenue requirements
- Worked directly with Truckload and Container Division on rates

1971 – 1974          Sears Roebuck & Co.          Dallas, TX
   **Traffic Routing Clerk**
- Responsible for routing shipments from vendors to Sears Store Locations in the Southwest Territory
- Negotiated Rates and Discounts with LTL and Truckload Carriers

1969 – 1971
   **U.S. Army**

- Successfully completed the Warrant Officer Helicopter Pilot training program
- Received Honorable Discharge after serving one tour in Vietnam

*EDUCATION*

Eastfield College
- Associate in Applied Science (Transportation Technology and Management)

**Industry Related Education and Training**

- 1988 – JJ Keller – "How to Pass a DOT Audit"
- 1988 –NPTC –Drug and Alcohol Regulations Seminar
- 1990 – Fred Hammond & Associates - "Preparing for a DOT Audit"
- 1991 – JJ Keller - Hazmat Regulation training
- 1994 – NPTC – Auditing Driver Logs, Complying With DOT Regulations
- 1998 – TMTA – How to Pass a DOT Audit
- 1998 – ATA – Driver Retention, DOT Regulations – How to Comply
- 2002 – DFWCSP – Transportation Safety and Security
- 2002 – KROLL LAB – DOT Urine Collection Certification Training
- 2002 -  TMTA – Fundamentals of  Motor Fleet Safety Supervision
- 2003 -  TMTA – Spring Safety Management Council Meeting
- 2003 -  TMTA – Fall Safety Management Council Meeting

*PROFESSIONAL AFFILIATIONS*
- American Trucking Association (ATA)
- National Private Truck Council (NPTC)
- Registered ICC Practitioner  (Class B)
- Texas Motor Carrier Transportation Association (TMTA)
- Safety Management Council
- Dallas Ft. Worth Safety Professionals Association

# DRIVER'S DAILY LOG

ATA Form CO620
Meets U.S. Dept. of
Transportation Requirements

ORIGINAL—submit to carrier
DUPLICATE—Retain in possession for 8 d...

**Month** 7   **Day** 2   **Year** 03

Name of Carrier or Carriers

Main Office Address

Total mileage today

Total miles driving today

I certify these entries are true and correct:

Driver's signature in full

**V. GORSICZ**

Name of co-driver

Home Terminal Address

Vehicle numbers – Show each unit

**REMARKS**

| | MID-NIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | NOON | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OFF DUTY | | | | | | | | | | | | | | | | | | | | | | | | | 12.0 |
| SLEEPER BERTH | | | | | | | | | | | | | | | | | | | | | | | | | 2.0 |
| DRIVING | | | | | | | | | | | | | | | | | | | | | | | | | 9.5 |
| ON-DUTY (NOT DRIVING) | | | | | | | | | | | | | | | | | | | | | | | | | 11. |
| | | | | | | | | | | | | | | | | | | | | | | | | | 24 |

Remarks entries:
- 1 MILE SSR WEST PALM BEACH, FL
- 2 MILES NNR WEST PALM BEACH FL
- 2 MILES NNR WEST PALM BEACH FL
- 14 MILES NORTH WEST PALM BEACH FL
- 2 MILES NW PT. PIERCE, FL
- 2 MILES NW PT PIERCE, FL
- 23 MILES SOUTH ORLANDO FL
- 6 MILES SOUTH ORLANDO, FL
- 6 MILES SOUTH ORLANDO, FL
- 12 MILES SSR GAINESVILLE FL
- 10 MILES WNW TALLAHASSEE, FL

Manifest No.

Commodity

Shipper

Check the time and enter name of place you reported and where released from work and where each change of duty occurred. Explain excess hours

FROM:

Starting point or place

TO:

Destination or turn around point or place

USE TIME STANDARD AT HOME TERMINAL

# DRIVER'S DAILY LOG

ATA Form C0280
Meets U.S. Dept. of
Transportation Requirements

ORIGINAL—submit to carrier
DUPLICATE—Retain in possession for 8 d:

Month **7** Day **3** Year **03**

Name of Carrier or Carriers

Total miles driving today

Total mileage today

Vehicle numbers – Show each unit

I certify these entries are true and correct:

Driver's signature in full

**V. GORSKI**

Name of co-driver

Home Terminal Address

## REMARKS

| | MID-NIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | NOON | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OFF DUTY | | | | | | | | | | | | | | | | | | | | | | | | | 5.25 |
| SLEEPER BERTH | | | | | | | | | | | | | | | | | | | | | | | | | 5.5 |
| DRIVING | | | | | | | | | | | | | | | | | | | | | | | | | 8.25 |
| ON-DUTY (NOT DRIVING) | | | | | | | | | | | | | | | | | | | | | | | | | 5 |
| | | | | | | | | | | | | | | | | | | | | | | | | | 24 |

Main Office Address

10 MILES WNW TALLAHASSEE, FL

8 MILES NW - PENSACOLA FL
2 MILES SW - PENSACOLA FL

CHOCTAW JUNCTION

2 MILES SW PENSACOLA, FL

25 MILES SW MOBILE, AL

49 MILES WSW MOBILE, AL

65 MILES RNR NEW ORLEANS
(GULFPORT MS - FUEL + SCALE)

38 MILES NNW MCTAIRIE, LA

21 MILES RNR LAFAYETTE, LA

Manifest No.

Commodity

Shipper

Check the time and enter name of place you reported and where released from work and when, and where each change of duty occurred. Explain excess hours

# DRIVER'S DAILY LOG

ATA Form CO520
Meets U.S. Dept. of
Transportation Requirements

ORIGINAL—submit to carrier
DUPLICATE—Retain in possession for 6 d.

Month __7__   Day __4__   Year __03__

Name of Carrier or Carriers

Total mileage today

I certify these entries are true and correct:

Driver's signature in full    _V. GORSICI_

Name of co-driver

Main Office Address

Home Terminal Address

Total miles driving today

Vehicle numbers — Show each unit

| | Total Hours |
|---|---|
| OFF DUTY | 6.75 |
| SLEEPER BERTH | 5.25 |
| DRIVING | 11.0 |
| ON-DUTY (NOT DRIVING) | 1.0 |
| | 24 |

REMARKS

0 miles    NW    Lake Charles, La

17 miles East    Beaumont, T

45 miles west    Houston, Tx

Fuel    San Antonio, Tx

108 miles SSA    Midland, Tx

Manifest No.

Commodity

Shipper

Check the time and enter name of place you reported and, where released from work and when and where each change of duty occurred. Explain excess hours

FROM:

Starting point or place

TO:

Destination or turn around point or place

USE TIME STANDARD AT HOME TERMINAL

# DRIVER'S DAILY LOG

ATA Form CO620
Meets U.S. Dept. of
Transportation Requirements

ORIGINAL-submit to carrier
DUPLICATE-Retain in possession for 6 d...

| Month | Day | Year |
|---|---|---|
| 7 | 5 | 03 |

Name of Carrier or Carriers

Main Office Address

Total miles driving today

Total mileage today

I certify these entries are true and correct:

Vehicle numbers – Show each unit

Driver's signature in full — V. GORSICI

Name of co-driver

Home Terminal Address

**REMARKS**

| | Total Hours |
|---|---|
| OFF DUTY | 3.5 |
| SLEEPER BERTH | 5.0 |
| DRIVING | 13.5 |
| ON-DUTY (NOT DRIVING) | 2.0 |
| | 24 |

Time grid: MID-NIGHT 1 2 3 4 5 6 7 8 9 10 11 NOON 1 2 3 4 5 6 7 8 9 10 11

Remarks notations:
- P MILES SSW ODESSA, TX
- 73 MILES SSW ODESSA, TX
- 112 MILES ESE EL PASO, TX
- 110 MILES SSE EL PASO, TX
- 93 MILES ESE EL PASO, TX
- 18 MILES BRA EL PASO, TX - FUEL
- 17 MILES NNW EL PASO, TX FUEL
- LAS CRUCES, NM
- FUEL PHOENIX, AZ

FROM:
Starting point or place

TO:
Destination or turn around point or place

Check the time and enter name of place you reported and where released from work and when and where each change of duty occurred. Explain excess hours.

Manifest No.
Commodity
Shipper

USE TIME STANDARD AT HOME TERMINAL



# DRIVER'S DAILY LOG

ATA Form CO520
Meets U.S. Dept. of
Transportation Requirements

ORIGINAL-Submit to carrier
DUPLICATE-Retain in possession for 8 days

Month __7__  Day __6__  Year __03__

Name of Carrier or Carriers

Total mileage today

Total miles driving today

I certify these entries are true and correct:

Driver's signature in full  _V. GORSKI_

Vehicle numbers — Show each unit

Name of co-driver

Main Office Address

Home Terminal Address

REMARKS

OFF DUTY
SLEEPER BERTH
DRIVING
ON-DUTY (NOT DRIVING)

Total Hours
8
5.25
6.0
4.75
24

57 MILES PAST MORGAN VALLEY CO

44 MILES PAST MORGAN VALLEY CO

8 MILES NORTH SANTA ANA CA

miles South

4 MILES PAST ONTARIO, CA

Manifest No.

Commodity

Shipper

Check the time and enter name of place you reported and where released from work and when and where each change of duty occurred. Explain excess hours

FROM:
Starting point or place

TO:
Destination or turn around point or place

USE TIME STANDARD AT HOME TERMINAL

# DRIVER'S DAILY LOG

ATA Form CO520
Meets U.S. Dept. of
Transportation Requirements

ORIGINAL-Submit to carrier
DUPLICATE-Retain in possession for 8 da

Month: **7**   Day: **7**   Year: **03**

Name of Carrier or Carriers

Total mileage today

Total miles driving today

I certify these entries are true and correct:

Driver's signature in full: **V. GORSKI**

Vehicle numbers – Show each unit

Name of co-driver

Home Terminal Address

**REMARKS**

Manifest No.

Commodity

Shipper

FROM:

Main Office Address

| | | Total Hours |
|---|---|---|
| OFF DUTY | | 4.75 |
| SLEEPER BERTH | | 6.5 |
| DRIVING | | 5.25 |
| ON DUTY (NOT DRIVING) | | 8.0 |
| | | 24 |

Check the time and enter name of place you reported and where released from work and when and where each change of duty occurred. Explain excess hours

Remarks entries:
- SIMIS RANT ONTARIO, CA
- 1 MILE SB VENTURA, CA
- ATT BATH DELIVERY VENTURA, CA
- 7 MILES NORTH THOUSAND OAKS, CA
- 7 MILES NORTH THOUSAND OAKS, CA
- 1 MILE SSE VENTURA, CA
- MILES HERE
- 54 MILES NW SANTA BARBARA, CA
- SILL REST SANTA MONICA CALIFORNIA, SUNDAY
- 53 MILES NW SANTA BARBARA, CA

Starting point or place    TO:    Destination or turn around point or place

USE TIME STANDARD AT HOME TERMINAL



# DRIVER'S DAILY LOG

ATA Form CO520
Meets U.S. Dept. of
Transportation Requirements

ORIGINAL—Submit to carrier
DUPLICATE—Retain in possession for 8 d.

| Month | Day | Year |
|---|---|---|
| 7 | 9 | 03 |

Name of Carrier or Carriers

Main Office Address

Total mileage today

Total miles driving today

I certify these entries are true and correct:

Vehicle numbers — Show each unit

Driver's signature in full — V. GORSKI

Name of co-driver

Home Terminal Address

**REMARKS**

| | Total Hours |
|---|---|
| OFF DUTY | 6.75 |
| SLEEPER BERTH | |
| DRIVING | 9.0 |
| ON DUTY (NOT DRIVING) | 2.25 |
| | 6 |
| | 24 |

MID-NIGHT 1 2 3 4 5 6 7 8 9 10 11 NOON 1 2 3 4 5 6 7 8 9 10 11

Remarks entries:
- 19 MILES NW FREMONT, CA
- 4 MILES SOUTH HAYWARD, CA
- 1 MILE NORTH HAYWARD, CA
- 4 MILES SSR HAYWARD, CA
- 4 MILES SSR HAYWARD, CA
- 4 MILES SOUTH HAYWARD, CA
- 19 MILES NW FREMONT, CA

Manifest No.

Commodity

Shipper

FROM: _____ TO: _____

Starting point or place

Destination or turn around point or place

Check the time and enter name of place you reported and where released from work and when and where each change of duty occurred. Explain excess hours

USE TIME STANDARD AT HOME TERMINAL

# DRIVER'S DAILY LOG

ATA Form CO520
Meets U.S. Dept. of
Transportation Requirements

ORIGINAL-Submit to carrier
DUPLICATE-Retain in possession for 8 da

**Month** 7   **Day** 18   **Year** 03.

**Name of Carrier or Carriers**

**Total miles driving today**

**I certify these entries are true and correct:**

Vehicle numbers — Show each unit

**Driver's signature in full**

**Main Office Address**

**Name of co-driver**

**Home Terminal Address**

| | MID-NIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | NOON | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OFF DUTY | | | | | | | | | | | | | | | | | | | | | | | | | 8.25 |
| SLEEPER BERTH | | | | | | | | | | | | | | | | | | | | | | | | | 8.0 |
| DRIVING | | | | | | | | | | | | | | | | | | | | | | | | | 6.5 |
| ON-DUTY (NOT DRIVING) | | | | | | | | | | | | | | | | | | | | | | | | | 1.25 |
| | | | | | | | | | | | | | | | | | | | | | | | | | 24 |

**REMARKS**

Manifest No.

Commodity

Shipper

19 MILES NW
FREMONT, CT

36 MILES SOUTH
MODESTO, CA
FUEL
SANTA MARIA, CA

34 MILES NW
34 WEST, CA
FUEL
LB/BR6, CA

**FROM:**
Starting point or place

Check the time and enter name of place you reported and where released from work and when and where each change of duty occurred. Explain excess hours

**TO:**
Destination or turn around point or place

USE TIME STANDARD AT HOME TERMINAL



# DRIVER'S DAILY LOG

ORIGINAL-submit to carrier
DUPLICATE-Retain in possession for 8 da

ATA Form CO620
Meets U.S. Dept. of
Transportation Requirements

Month **7**  Day **11**  Year **03**

Name of Carrier or Carriers

Total miles driving today

Total mileage today

I certify these entries are true and correct:

**V. GORSKI**

Driver's signature in full

Name of co-driver

Home Terminal Address

Valid numbers — Show each unit

REMARKS

MID-NIGHT | 1 2 3 4 5 6 7 8 9 10 11 NOON 1 2 3 4 5 6 7 8 9 10 11 | **Total Hours**

OFF DUTY — **5.75**
SLEEPER BERTH — **4.25**
DRIVING — **6.0**
ON-DUTY (NOT DRIVING) — **8.0**

Main Office Address

4 MILES RSA
DE BASTIAN, CA
12 MILES NNW
EL CAJON, CA

12 MILES NNW
EL CAJON, CA

5 MILES ENE
SAN DIEGO, CA

1 MILE NORTH
SAN DIEGO, CA

CHARLIE PT

2- HAULERS

1 MILE NORTH
SAN DIEGO, CA

13 MILES EAST
EL CAJON, CA

35 MILES RSA
EL CAJON, CA

**24**

Manifest No.

Commodity

Shipper

Check the time and enter name of place you reported and where released from work and when and where each change of duty occurred. Explain excess hours

FROM:

Starting point or place

TO:

Destination or turn around point or place

USE TIME STANDARD AT HOME TERMINAL

# DRIVER'S DAILY LOG

ATA Form CO920
Meets U.S. Dept. of
Transportation Requirements

ORIGINAL-Submit to carrier
DUPLICATE-Retain in possession for 8 d

| Month | Day | Year |
|---|---|---|
| 7 | 12 | 03 |

Name of Carrier or Carriers

Main Office Address

Total mileage today

Total miles driving today

I certify these entries are true and correct:

Vehicle numbers – Show each unit

Driver's signature in full

V. GORSKI

Name of co-driver

Home Terminal Address

## REMARKS

| | MID-NIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | NOON | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OFF DUTY | | | | | | | | | | | | | | | | | | | | | | | | | 24 |
| SLEEPER BERTH | | | | | | | | | | | | | | | | | | | | | | | | | |
| DRIVING | | | | | | | | | | | | | | | | | | | | | | | | | |
| ON-DUTY (NOT DRIVING) | | | | | | | | | | | | | | | | | | | | | | | | | |

OFF DuTY
35 mins BSB
El caponICe

Manifest No.

Commodity

Shipper

Check the time and enter name of place you reported and where released from work and when and where each change of duty occurred. Explain excess hours

FROM:

Starting point or place

TO:

Destination or turn around point or place

USE TIME STANDARD AT HOME TERMINAL

# DRIVER'S DAILY LOG

ATA Form CO520
Meets U.S. Dept. of Transportation Requirements

ORIGINAL–Submit to carrier
DUPLICATE–Retain in possession for 8 da

Month **7**    Day **13**    Year **03**

Name of Carrier or Carriers

Main Office Address

Total mileage today

Total miles driving today

I certify these entries are true and correct:

Driver's signature in full **V. GORLEZ**

Vehicle numbers – Show each unit

Name of co-driver

Home Terminal Address

**REMARKS**

Manifest No.

Commodity

Shipper

Check the time and enter name of place you reported and where released from work and when and where each change of duty occurred. Explain excess hours

FROM:
Starting point or place

TO:
Destination or turn around point or place

USE TIME STANDARD AT HOME TERMINAL

| | | Total Hours |
|---|---|---|
| OFF DUTY | | 10.75 |
| SLEEPER BERTH | | 7.25 |
| DRIVING | | 5.0 |
| ON-DUTY (NOT DRIVING) | | .5 |
| | | 24 |

35 MILES BSP
BL CATORICE

7 MILES WEST
PHOBENIS, AZ

# DRIVER'S DAILY LOG

ORIGINAL—Submit to carrier
DUPLICATE—Retain in possession for 8 d

A.T.A. Form CC689
Meets U.S. Dept. of
Transportation Requirements

**Month** 7 **Day** 14 **Year** 03

Name of Carrier or Carriers

Total mileage today

Total miles driving today

I certify these entries are true and correct:

**V. GORSKE**
Driver's signature in full

Vehicle numbers – Show each unit

Name of co-driver

Main Office Address

Home Terminal Address

| | | Total Hours |
|---|---|---|
| OFF DUTY | | 2.5 |
| SLEEPER BERTH | | 8.25 |
| DRIVING | | 2.25 |
| ON DUTY (NOT DRIVING) | | 5.5 |
| | | 24 |

REMARKS

MID-NIGHT 1 2 3 4 5 6 7 8 9 10 11 NOON 1 2 3 4 5 6 7 8 9 10 11

7 MILES WEST PHOENIX, AZ
4 MILES WNW TEMPE, AZ
4 MILES WSW TEMPE, AZ
4 MILES WSW TEMPE AZ
7 MILES WEST PHOENIX AZ
7 MILES WEST PHOENIX AZ
90 MILES EW GILBERT-E, AZ

Check the time and enter name of place you reported and where released from work and when and where each change of duty occurred. Explain excess hours.

Manifest No.

Commodity

Shipper

FROM:                    TO:

Starting point or place                    Destination or turn around point or place

USE TIME STANDARD AT HOME TERMINAL



# DRIVER'S DAILY LOG

ATA Form CC620
Meets U.S. Dept. of
Transportation Requirements

ORIGINAL-submit to carrier
DUPLICATE-Retain in possession for 8 d...

| Month | Day | Year |
|-------|-----|------|
| 2 | 16 | 03 |

Name of Carrier or Carriers

Main Office Address

Home Terminal Address

Name of co-driver

Total miles driving today

Total mileage today

I certify these entries are true and correct:

Driver's signature in full

V. GORSKE

Vehicle numbers – Show each unit

**REMARKS**

OFF DUTY
SLEEPER BERTH
DRIVING
ON-DUTY (NOT DRIVING)

MID-NIGHT 1 2 3 4 5 6 7 8 9 10 11 NOON 1 2 3 4 5 6 7 8 9 10 11

Total Hours

OFF DUTY
4 miles Burns
Day Trip Co

24

FROM:

Starting point or place

TO:

Destination or turn around point or place

Shipper

Commodity

Manifest No.

Check the time and enter name of place you reported and where released from work and when and where each change of duty occurred. Explain excess hours

USE TIME STANDARD AT HOME TERMINAL

# DRIVER'S DAILY LOG

ATA Form CO520
Meets U.S. Dept. of
Transportation Requirements

ORIGINAL—Submit to carrier
DUPLICATE—Retain in possession for 8 da

Month __7__   Day __17__   Year __03__

Name of Carrier or Carriers

Total mileage today

Total miles driving today

I certify these entries are true and correct:

Driver's signature in full — _V. GORSICK_

Vehicle numbers – Show each unit

Name of co-driver

Main Office Address

Home Terminal Address

**REMARKS**

Manifest No.

Commodity

Shipper

FROM:

Check the time and enter name of place you reported and where released from work and when and where each change of duty occurred. Explain excess hours

Starting point or place

TO:

Destination or turn around point or place

USE TIME STANDARD AT HOME TERMINAL

| | Total Hours |
|---|---|
| OFF DUTY | 4.75 |
| SLEEPER BERTH | 6.0 |
| DRIVING | 7.5 |
| ON DUTY (NOT DRIVING) | 5.75 |
| | 24 |

Remarks entries:
5 MILES EAST ONTARIO, CA
2 MILES NORTH SANTA BARBARA, CA
2 MILES NORTH SANTA BARBARA, CA
1 MILE NR SANTA BARBARA
2 MILES SSE VAN NUYS, CA
5 MILES EAST ONTARIO, CA

# DRIVER'S DAILY LOG

ATA Form C0500
Meets U.S. Dept. of
Transportation Requirements

ORIGINAL–Submit to carrier
DUPLICATE–Retain in possession for 8 da

| Month | Day | Year |
|---|---|---|
| 7 | 18 | 03 |

Name of Carrier or Carriers

Main Office Address

Home Terminal Address

Total miles driving today

Total mileage today

I certify these entries are true and correct:

Driver's signature in full

V. GORSICZ

Vehicle numbers – Show each unit

Name of co-driver

| | MID-NIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | NOON | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OFF DUTY | | | | | | | | | | | | | | | | | | | | | | | | | 5 |
| SLEEPER BERTH | | | | | | | | | | | | | | | | | | | | | | | | | 7.75 |
| DRIVING | | | | | | | | | | | | | | | | | | | | | | | | | 8.5 |
| ON-DUTY (NOT DRIVING) | | | | | | | | | | | | | | | | | | | | | | | | | 2.75 |
| MID-NIGHT | | | | | | | | | | | | | | | | | | | | | | | | | 24 |

REMARKS

5 MILES EAST
ONTARIO CA

2 MILES NW
BL CASON CA

ALVIN
ALBOT
OLDEN

3 MILES NW
BL CASON

35 MILES RSB
BL CASON, CA

6 MILES RAS
BL CASON, CA

115 WSW
GLENDALE AZ

Manifest No.

Commodity

Shipper

Check the time and enter name of place you reported and where released from work and when and where each change of duty occurred. Explain excess hours.

FROM:

Starting point or place

USE TIME STANDARD AT HOME TERMINAL

TO:

Destination or turn around point or place

# DRIVER'S DAILY LOG

ATA Form CO520
Meets U.S. Dept. of
Transportation Requirements

ORIGINAL-Submit to carrier
DUPLICATE-Retain in possession for 8 d

Month: 7  Day: 19  Year: 03

Name of Carrier or Carriers

Total mileage today

Total miles driving today

I certify these entries are true and correct:

Driver's signature in full: V Corski

Vehicle numbers — Show each unit

Main Office Address

Home Terminal Address

Name of co-driver

**REMARKS**

| | | Total Hours |
|---|---|---|
| OFF DUTY | | 3.0 |
| SLEEPER BERTH | | 2.0 |
| DRIVING | | 17.5 |
| ON-DUTY (NOT DRIVING) | | 1.5 |
| | | 24 |

Remarks notations:
- 26 miles SR Tucson AZ
- 93 miles East Tucson AZ
- 94 miles West Las Cruces, NM
- 17 miles NNW El Paso, TX
- 65 miles SR El Paso, TX
- 84 miles SW Odessa, TX
- 78 miles SSW Odessa TX
- 5 miles SR San Antonio, TX

Manifest No.

Commodity

Shipper

Check the time and enter name of place you reported and where released from work and when and where each change of duty occurred. Explain excess hours.

FROM:

Starting point or place

TO:

Destination or turn around point or place

USE TIME STANDARD AT HOME TERMINAL



# DRIVER'S DAILY LOG

ATA Form CO620
Meets U.S. Dept. of
Transportation Requirements

ORIGINAL–Submit to carrier
DUPLICATE–Retain in possession for 8 d

Month 7    Day 20    Year 03

Name of Carrier or Carriers

Main Office Address

Total mileage today

Total miles driving today

I certify these entries are true and correct:

Driver's signature in full    V. Gonzz

Vehicle numbers – Show each unit

Name of co-driver

Home Terminal Address

REMARKS

Manifest No.
Commodity
Shipper

FROM:

Starting point or place

Check the time and enter name of place you reported and where released from work and when and where each change of duty occurred. Explain excess hours

USE TIME STANDARD AT HOME TERMINAL

TO:

Destination or turn around point or place

Remarks notes:
12 MILES NR PASADENA, TX
12 MILES NR PASADENA, TX
16 MILES NR PASADENA, TX
18 MILES PASS BRAZORIA, TX
0 MILES NNW LAKE CHARLES, LA
0 MILES NNW LAKE CHARLES, LA
34 MILES WEST LAFAYETTE, LA

Total Hours:
10¾
1.0
5.0
.75
24

Sort by: D.
Sub-total: D

# Violation List
## TEST COMPANY
*July 02, 2003 to July 21, 2003*
*Violation Classes Included: All   Severity Levels Included  : All*



| Date | Class | Description |
|------|-------|-------------|
| **GORSKI, V. : QUALCOMM** | | |
| 07/05/03 | Driving Time | 12:00a - 7/06 6:00p.  Over 10 hrs driving. (24.75 hrs) |
| 07/05/03 | On-Duty Time | 12:45p - 7/06 6:00p.  Over 15 hrs on-duty. (17.75 hrs) |
| 07/05/03 | Multi-Day On-Duty Time | 3:15p - 12:00a 78.75 hours in 8 days (8.25 hours) |
| 07/06/03 | Multi-Day On-Duty Time | 12:00a - 6:00p 89.25 hours in 8 days (6 hours) |
| 07/07/03 | Multi-Day On-Duty Time | 9:30a - 12:00a 102.75 hours in 8 days (5.25 hours) |
| 07/08/03 | Multi-Day On-Duty Time | 12:00a - 9:30p 107.75 hours in 8 days (5.75 hours) |
| 07/08/03 | On-Duty Time | 1:45a - 7/08 9:30p.  Over 15 hrs on-duty. (4.25 hrs) |
| 07/08/03 | Driving Time | 8:30p - 7/08 9:30p.  Over 10 hrs driving. (1 hrs) |
| 07/09/03 | Multi-Day On-Duty Time | 9:30a - 8:30p 104.5 hours in 8 days (2.25 hours) |
| 07/10/03 | Multi-Day On-Duty Time | 3:30p - 10:30p 91.5 hours in 8 days (6.5 hours) |
| 07/11/03 | Multi-Day On-Duty Time | 12:00a - 8:30p 92.5 hours in 8 days (6 hours) |
| 07/11/03 | Driving Time | 3:30a - 7/11 8:30p.  Over 10 hrs driving. (2.5 hrs) |
| 07/11/03 | On-Duty Time | 7:00p - 7/11 8:30p.  Over 15 hrs on-duty. (1.5 hrs) |
| 07/13/03 | Multi-Day On-Duty Time | 5:30p - 6:00p 70.5 hours in 8 days (0.5 hours) |
| 07/14/03 | Multi-Day On-Duty Time | 9:00p - 12:00a 73 hours in 8 days (3 hours) |
| 07/15/03 | Multi-Day On-Duty Time | 9:00p - 9:30p 70.5 hours in 8 days (0.5 hours) |
| 07/19/03 | Driving Time | 1:30a - 7/20 1:15a.  Over 10 hrs driving. (16.75 hrs) |
| 07/19/03 | On-Duty Time | 8:00a - 7/20 1:15a.  Over 15 hrs on-duty. (15 hrs) |
| 07/19/03 | Multi-Day On-Duty Time | 10:00p - 12:00a 72.5 hours in 8 days (2 hours) |
| 07/20/03 | Multi-Day On-Duty Time | 12:00a - 6:15p 78.25 hours in 8 days (5 hours) |

**TOTALS**

**COMPANY TOTALS**
Total number of violations: 20

Copyright (c) 1998-2002 ESSI. All rights reserved.

*Sort by: D*
*Sub-total: D*

# Dated Recap
## TEST COMPANY

*July 02, 2003 to July 20, 2003*

| Date | Used today | Total used | Limit | Next avail | Prior days Most recent date --> Least recent date | Ruleset |
|------|-----------|-----------|-------|-----------|---------------------------------------------------|---------|

**GORSKI, V. QUALCOMM**

| Date | Used today | Total used | Limit | Next avail | Prior days | Ruleset |
|------|-----------|-----------|-------|-----------|-----------|---------|
| 07/02/03 | 20.50 | 38.00 | 70.00 | 32.00 | 11.50 06.00 00.00 00.00 00.00 00.00 00.00 | Old70:8 |
| 07/03/03 | 13.25 | 51.25 | 70.00 | 18.75 | 20.50 11.50 06.00 00.00 00.00 00.00 00.00 | Old70:8 |
| 07/04/03 | 12.00 | 63.25 | 70.00 | 6.75 | 13.25 20.50 11.50 06.00 00.00 00.00 00.00 | Old70:8 |
| 07/05/03 | 15.50 | 78.75 | 70.00 | -8.75 | 12.00 13.25 20.50 11.50 06.00 00.00 00.00 | Old70:8 |
| 07/06/03 | 10.75 | 89.50 | 70.00 | -19.50 | 15.50 12.00 13.25 20.50 11.50 06.00 00.00 | Old70:8 |
| 07/07/03 | 13.25 | 102.75 | 70.00 | -26.75 | 10.75 15.50 12.00 13.25 20.50 11.50 06.00 | Old70:8 |
| 07/08/03 | 11.25 | 108.00 | 70.00 | -26.50 | 13.25 10.75 15.50 12.00 13.25 20.50 11.50 | Old70:8 |
| 07/09/03 | 8.25 | 104.75 | 70.00 | -14.25 | 11.25 13.25 10.75 15.50 12.00 13.25 20.50 | Old70:8 |
| 07/10/03 | 7.75 | 92.00 | 70.00 | -8.75 | 08.25 11.25 13.25 10.75 15.50 12.00 13.25 | Old70:8 |
| 07/11/03 | 14.00 | 92.75 | 70.00 | -10.75 | 07.75 08.25 11.25 13.25 10.75 15.50 12.00 | Old70:8 |
| 07/12/03 | 0.00 | 80.75 | 70.00 | 4.75 | 14.00 07.75 08.25 11.25 13.25 10.75 15.50 | Old70:8 |
| 07/13/03 | 5.50 | 70.75 | 70.00 | 10.00 | 00.00 14.00 07.75 08.25 11.25 13.25 10.75 | Old70:8 |
| 07/14/03 | 13.00 | 73.00 | 70.00 | 10.25 | 05.50 00.00 14.00 07.75 08.25 11.25 13.25 | Old70:8 |
| 07/15/03 | 11.00 | 70.75 | 70.00 | 10.50 | 13.00 05.50 00.00 14.00 07.75 08.25 11.25 | Old70:8 |
| 07/16/03 | 0.00 | 59.50 | 70.00 | 18.75 | 11.00 13.00 05.50 00.00 14.00 07.75 08.25 | Old70:8 |
| 07/17/03 | 13.25 | 64.50 | 70.00 | 13.25 | 00.00 11.00 13.00 05.50 00.00 14.00 07.75 | Old70:8 |
| 07/18/03 | 11.25 | 68.00 | 70.00 | 16.00 | 13.25 00.00 11.00 13.00 05.50 00.00 14.00 | Old70:8 |
| 07/19/03 | 18.50 | 72.50 | 70.00 | -2.50 | 11.25 13.25 00.00 11.00 13.00 05.50 00.00 | Old70:8 |
| 07/20/03 | 5.75 | 78.25 | 70.00 | -2.75 | 18.50 11.25 13.25 00.00 11.00 13.00 05.50 | Old70:8 |

**COMPANY TOTALS**
**Number of drivers: 1**

Copyright (c) 1998-2002 ESSI. All rights reserved.



P.O. Box 531195/Birmingham, Alabama 35253-1195
1801 Oxmoor Road/Suite 100/Birmingham, Alabama 35209
Ph. 205-871-4455/Fax: 205-871-9070

May 5, 2004


William J. Stradley, Esquire
Janie L. Jordan, Esquire
Mithoff & Jacks, L.L.P.
One Allen Center, Penthouse
500 Dallas
Houston, Texas 77002

Re: *Guadalupe and Amelia Guerra, et al. vs. Allied Van Lines, Inc.*

Dear Counselors:

　　　　The following is a list of the case material received and reviewed in the above styled matter:

1.　　Accident Report, Supplemental Reports and Records (03/05/04) - 418 pages
2.　　Complaint (03/05/04) - 9 pages
3.　　Driver Qualification Records (03/05/04) - 191 pages
4.　　Satellite Tracking Records (03/05/04) - 77 pages
5.　　DOT Compliance Review (04/05/04) - 33 pages
6.　　Deposition of Thomas M. Lambert (04/05/04) - 63 pages
7.　　Exhibits to the Deposition of Thomas M. Lambert (04/05/04) - 61 pages
8.　　Deposition of Mark Davison (04/05/04) - 85 pages
9.　　Exhibits to the Deposition of Mark Davison Including Logs (04/05/04) - 53 pages
10.　　Certified copy of the Louisiana State Police Accident Report (04/09/04) - 113 pages
11.　　Department of Transportation Audit Records of Allied Van Lines (04/09/04) - 33 pages
12.　　AT&T cell phone records pertaining to Wladyslaw Gorski (04/09/04) - 36 pages
13.　　The 2003 Allied Van Foreman Manual (04/09/04)- 647 pages
14.　　The 2002 Safety Release from Mark Davison (04/09/04) - 28 pages
15.　　The AVL Inspections for 2002-2003 pertaining to Allied Van Lines (04/09/04) - 84 pages
16.　　Deposition of Mike Vaculik (04/09/04) - 26 pages with Video
17.　　Exhibits to the Deposition of Mike Vaculik (04/09/04) - 26 pages
18.　　Deposition of Sam Jameson (04/09/04) - 31 pages with Video
19.　　Exhibits to the Deposition of Sam Jameson (04/09/04) - 33 pages
20.　　Deposition of Theresa Swygart (04/09/04) - 83 pages with Video
21.　　Exhibits to Deposition of Theresa Swygart (04/09/04) - 117 pages
22.　　Deposition of Judy Kindley (04/09/04) - 26 pages with Video



List of case material continued:

23.    Exhibits to Deposition of Judy Kindley (04/09/04) - 6 pages
24.    Deposition of Chris Peotrowski (04/09/04) - 49 pages with Video
25.    Exhibits to Deposition of Chris Peotrowski (04/09/04) - 115 pages
26.    Deposition of Jeff Moore (04/09/04) - 39 pages with Video
27.    Exhibits to Deposition of Jeff Moore (04/09/04) - 52 pages

The following is a report, per your request, of my initial opinions in this matter and is based upon my review of the above listed documents, as well as my education, experience and training. I reserve the right to add to, change and/or modify my report should additional information become available that may require me to do so.

I am a 1975 graduate of the University of Tennessee (Knoxville) with a Bachelor of Science degree in Business Administration and a major in Transportation. From 1975 to 1982, I was employed as a Special Agent (Highway Safety Management Specialist) for the U.S. Department of Transportation, Federal Highway Administration, Bureau of Motor Carrier Safety in the Birmingham, Alabama field office. During that time, I worked with and was trained by a former Interstate Commerce Commission (ICC) Safety Investigator who had also been employed as a director of safety in the trucking industry. The ICC had the responsibility for truck safety regulation and enforcement from 1935 (Motor Carrier Act, Interstate Commerce Act) until 1966 when the D.O.T. was formed and the safety regulations were transferred.

I received several hundred hours of training at the U.S. Department of Transportation, Transportation Safety Institute in Oklahoma City, including fundamentals and advanced hazardous materials compliance training. I am experienced and trained in commercial motor vehicle safety, motor carrier safety, motor carrier/vehicle regulatory enforcement, accident investigation/reconstruction, commercial motor vehicle operations, inspection & maintenance, cargo loading & securement, and hazardous materials shipping/transportation just to name some of the areas of my qualifications. I personally performed over 500 audits of commercial motor carriers/shippers, performed over 10,000 inspections of commercial motor vehicles and drivers, made more than 100 enforcement cases, and investigated/reconstructed more than 50 commercial motor vehicle accidents and hazardous materials incidents.

Since 1983, I have been employed full time as President of Motor Carrier Safety Consulting, Inc. (MCSC) in Birmingham, Alabama. MCSC provides a wide variety of services to the commercial motor carrier industry. I was personally hired by the State of Alabama to train the DPS State Troopers after Alabama adopted the safety regulations. You may refer to my professional resume for a more detailed explanation of my education, experience and training in the area of commercial motor vehicle compliance/enforcement/safety.



**Accident Description:**

A brief description of the accident, as taken from the Louisiana State Troopers accident report is as follows: On July 20, 2003 at 1720 hours on I-10 eastbound, at mile post 123 in St. Martin, Louisiana traffic began to slow to a stop due to a previous crash eastbound near milepost 125. At the rear of this group of traffic was an Allied Van Lines truck which failed to slow or stop for the congestion ahead and ran into the rear of the traffic, setting off a chain reaction of collisions between the eleven vehicles involved. As a result five people were killed at the scene and seven others were transported for injuries ranging from minor to critical.

**Discussion/Opinions:**

According to the FMCSA management information system as of July 20, 2003 (attachment to the accident investigation report), Allied Van Lines, Inc. of Fort Wayne, Indiana is a DOT authorized (USDOT #76235, MC #15735) for hire interstate motor carrier of household goods and other commodities. Allied was operating with 4,431 power units, and 3,500 drivers. The last known mileage for Allied was 124,440,000 in the year 2000. For the period of 7/20/01 to 7/20/03, Allied had a total of 4,931 driver roadside inspections with a driver out-of-service percentage of 11.9% (the national average was 7.21%), and a total of 3,094 vehicle roadside inspections with a vehicle out-of-service percentage of 19.3% (the national average was 22.9%). Allied also had a total of 88 crashes reported, with 2 fatalities, 37 injuries, and 49 towed vehicles. A DOT compliance review completed 8/23/02 resulted in a safety rating of satisfactory on 9/17/02.

The driver of the Allied truck, Mr. Gorski, was in possession of a Florida Class A CDL license # G620880553320, issued 3/25/99 (temporary CDL was issued 3/18/99). Mr. Gorski was operating his commercial motor vehicle under the operating authority of Allied Van Lines at the time of the accident, as noted in the Louisiana State Troopers Accident Investigation, as well as in the sworn testimony of Allied officials, and the driver qualification file.

A review of the personnel/qualification file for Mr. Gorski reveals a number of 'red flags' which should have been discovered by Allied, and which should have brought into serious question the qualifications of Mr. Gorski, and precluded his hiring by Allied to operate a tractor semi-trailer on their behalf.

The Federal Motor Carrier Safety Regulations (FMCSR's) require that a motor carrier not require or permit a person to drive a commercial motor vehicle unless that person is properly qualified to drive, per the requirements of Part 391 of the FMCSR's. The FMCSR's go on to say that a person must, by reason of experience, training, or both, be able to safely operate the type of commercial motor vehicle he drives per §391.11(b)(3).

-3-



Mr. Gorski was hired by Allied on 4/29/99, just 35 days after receiving his commercial drivers license. His application for employment, dated 3/31/99, was received by Allied 4/14/99. Mr. Gorski showed on his application that he attended truck driving school at R&E of Tampa, Florida in September (25th) of 1996. There is no evidence of his having actually graduated (certificate), or having received a CDL as a result of the school, and Allied was unable to locate the school to investigate. The DOT recommends 320 hours or eight (8) weeks of training for the drivers of tractor semi-trailers (Student Manual Model Curriculum for Training Tractor-Trailer Drivers - 1985).

Mr. Gorski shows on his application that he drove 86,000 interstate miles in a tractor semi-trailer from 1/1/98 to 3/31/99, but did not receive his CDL until 3/25/99 (also shown on his application), six (6) days before completing the application with Allied. On his application he lists his prior employers as W.G. Contractor driving a cube van from 3/88 to 3/92 (self-employed and Allied requires verification of self-employment), LCM Auto Brokers driving a towing truck from 3/92 to 1/97, United Van Lines driving a tractor semi-trailer from 1/97 to 1/98, and Route 66 Trucking from 1/98 to present (he left it blank). The relevant driving experience for Allied would be what was purported to be tractor trailer driving with United Van Lines, and with Route 66 Trucking. The Allied investigation into Mr. Gorski's prior employment with United Van Lines, made for them by a third party company (Baily, Hinchy, Downes & Assoc.), revealed that United had no record of his employment. The only evidence to support this employment was a letter received from Mr. Gorski's wife Teresa, dated 7/28/99, saying that her husband was a mover/driver assistant for an owner/operator leased to United. This would not comply with the FMCSR's which require that the investigation of the drivers employment record be made with the past employer per §391.23, and a letter from Mr. Gorski's wife would not comply. It should be noted that the manager of driver qualifications for Allied, Mr. Jeff Moore, said in his deposition that "it is an acceptable practice" for a driver's wife to verify employment. This is a violation of FMCSR §390.3 which requires the employer to be knowledgeable of the FMCSR's, to instruct their employees in the applicable regulations, and to see that they comply. Also, this experience does not support any actual driving experience on the part of Mr. Gorski, as it would appear that he was a driver helper, and certainly would not have been properly licensed to operate a tractor semi-trailer. The third party investigator also indicates that they contacted Route 66 Trucking on 4/15/99, and verified that he worked 1/98 to 4/15/99 as an interstate tractor trailer driver of household goods, but that mileage was not applicable (shown on the form as N/A).

This certainly should also bring this employment into question due to the fact that Mr. Gorski did not even receive his CDL until 3/25/99, and there was no mileage indicated. Route 66 Trucking is listed in the Federal Motor Carrier Safety Administration (FMCSA) management information system database (available over the internet as www.safersys.org), as of 4/18/2004, as an authorized (USDOT #713952, MC #328868) for hire interstate carrier of general freight, including: metal, refrigerated food, beverages, fresh produce, meat, and paper products.

-4-



They are a small carrier with 11 drivers and 7 power units, and their operating authority does not include household goods. Based on the records produced by Allied, there was no actual verified experience for Mr. Gorski in the operation of household goods tractor semi-trailers.

Also, the information on his application is inconsistent with regard to his listing of driving experience and work history. The driving experience section of the application shows that he drove straight trucks locally from 3/1/88 to 1/1/97, and then drove tractor semi-trailers interstate from 1/1/98 to present (3/31/99), which has a one year gap from 1/1/97 to 1/1/98. His employment history section shows that he was working from 1/97 to 1/98 for United Van Lines. This discrepancy was noted by Allied on their form sheet (bates stamp #002880) on 8/15/99, but there is no evidence that it was investigated. Allied's safety policy states that incomplete, incorrect, or falsified applications will subject the prospective driver to rejection. FMCSR §390.35 prohibits the falsification, reproduction, or alteration of certificates, reports and records required by the safety regulations.

The application for employment is not in compliance with the FMCSR's §391.21, because it does not have a section for the list of traffic violations required (Gorski had a citation for driving the wrong way on a one way street 9/25/96), and did not have the required signature certification. Also, Mr. Gorski left the section for all accidents in the last three years blank, which should have been marked 'None' if he had not had any, and should have been investigated by Allied. Allied's safety policy states that incomplete, incorrect, or falsified applications will subject the prospective driver to rejection (bates #002349).

The motor vehicle record check obtained by Allied on 4/13/99 for Mr. Gorski shows four prior violations going back to August 25, 1992. The violations listed are speeding (84/65) 8/25/92, speeding (82/65) 1/28/94, improper lane change 9/1/94, and driving the wrong way on a one way street 9/25/96. The FMCSR's in §383.5 define serious traffic violations, which can disqualify the driver of a commercial motor vehicle, and each of these would meet that definition. Mr. Gorski was convicted of excessive speeding, which is defined as 15 miles per hour or more above the posted speed limit, on two occasions, and an improper lane change, which were all within a 3 year period. Had Mr. Gorski been operating a commercial motor vehicle requiring a CDL, he would have been automatically disqualified for the period of 120 days. This is something that should have been taken into consideration by Allied prior to hiring Mr. Gorski, due to the serious nature and because they indicate the driver has exhibited a disregard for the safety of the public.



Mr. Gorski also reveals on his application for employment that he has been convicted for use or possession of drugs or controlled substances, but leaves blank the information related to the date and location of the conviction. There is no evidence that this was ever investigated further by Allied, and this is something that should have been done according to the testimony of Mr. Moore (Allied's manager of driver qualifications), and Ms. Peotrowski (Allied's senior background investigator). Allied's safety policy (bates #002349) states that background and criminal investigation charges are $100.00 per application (billed to the agent whether or not the applicant becomes qualified to operate with Allied), and there is no evidence of this being done.

These discrepancies or 'red flags' should have been discovered by Allied during the hiring process, and should have all been properly investigated in an effort to properly qualify Mr. Gorski, per the FMCSR's and Allied's own company policies for qualification of drivers. Had Allied followed the required driver qualification process, following the FMCSR's and their own policies, they should have determined that Mr. Gorski was not qualified by reason of experience, training, or both, to safely operate a commercial motor vehicle. This was in violation of FMCSR §391.11(b)(3).

Mr. Gorski was subsequently disqualified by Allied on 12/8/99 (bates #002895) and 12/13/99 (bates #002891) for failing to provide Allied with his certificate/record of violations for the prior 12 months as required by §391.27 of the FMCSR's, which was due by 11/30/99. According to the driver file, notices were provided 11/19/99 (bates #002896), 12/8/99, and 12/9/99 (bates #002893) before Mr. Gorski was disqualified on 12/8/99 & 12/13/99. This demonstrates one of the inherent delay problems with managing driver compliance long distance as Allied does with their various agency drivers.

Mr. Gorski had his Independent Contractors' Occupational Accident Program Insurance with Vanguard Insurance Agency canceled effective May 11, 1999 and May 27, 1999 (bates #002898 & 002899). Also, Mr. Gorski had his capacity as a driver of commercial motor vehicles questioned by the State of Florida, May 9, 2000, for having received his CDL through a third party tester who had been decertified. He was given 30 days by the State of Florida to take the required exam, or have his CDL canceled. The State of Florida subsequently canceled Mr. Gorski's drivers license indefinitely effective 6/29/00. This would have automatically disqualified Mr. Gorski from operating a commercial motor vehicle on behalf of Allied or any other motor carrier per FMCSR §391.15(b)(1)(2). The evidence indicates that there were several Allied drivers on the list of drivers who had received their CDL through the decertified third party tester. Again on December 20, 2001, Mr. Gorski received another letter from the State of Florida indicating that his driving privilege was not under revocation or suspension, advising him to present the letter as his authority to apply for a license in 30 days.



There is no evidence in the file that Allied took any action pertaining to these license cancellations and problems, which should have been reported to Allied by Mr. Gorski, and was made known to them in a November 6, 2000 MVR report from DAC Services.

A review of Mr. Gorski's logs shows pattern logging (logging the same thing, and same amount of time on a regular basis), as well as falsification. When comparing the fuel purchase records and the Qualcomm records, revealed numerous violations for log falsification. Allied would not have discovered these violations because they do not use fuel purchase records, or the Qualcomm records to audit the logs for accuracy. Mr. Gorski was not logging his fuel stops, and many of his stops shown on his logs were not locations where he purchased fuel. Many of the Qualcomm locations and times did not correspond to the locations and times shown on the drivers logs, and many were hundreds of miles off.

Mr. Gorski logged very little time on line 4 for on-duty not driving, and too much time on line 1 for off duty. On duty time means all time from the time a driver begins to work or is required to be in readiness to work until the time the driver is relieved from work and all responsibility for performing work. On duty time includes: all time at a plant, terminal, facility, or other property of a motor carrier or shipper, or on any public property, waiting to be dispatched, unless the driver has been relieved from duty by the motor carrier; all time inspecting, servicing, or conditioning any commercial motor vehicle at any time,; all driving time as defined in the term driving time; all time, other than driving time, in or upon any commercial motor vehicle except time spent resting in a sleeper berth; all time loading or unloading a commercial motor vehicle, supervising, or assisting in the loading or unloading, attending a commercial motor vehicle being loaded or unloaded, remaining in readiness to operate the commercial motor vehicle, or in giving or receiving receipts for shipments loaded or unloaded; all time repairing, obtaining assistance, or remaining in attendance upon a disabled commercial motor vehicle; all time spent providing a breath sample or urine specimen, including travel time to and from the collection site, in order to comply with the random, reasonable suspicion, post accident, or follow-up testing required by the regulations when directed by a motor carrier; performing any other work in the capacity, employ, or service of a motor carrier; and performing any compensated work for a person who is not a motor carrier.

Mr. Gorski does not show all of his time on his logs for on-duty functions, and when he does, he always shows 15 minutes for inspections, generally shows two hours or less for loading and unloading, and does not log his fuel stops. It would not be reasonable to believe that Mr. Gorski could load and/or unload all of Allied customers household goods within an hour or two on a regular basis. This is a method of logging used by drivers to disguise hours of service, by compressing time, and mis-logging time, to allow more time for driving. The Louisiana State Police investigation revealed additional log irregularities, including those with respect to the activities of Mr. Gorski when there was no log to rely on, and are detailed in the police report.



The evidence indicates that the logging methodology used by Mr. Gorski was condoned by Allied, since he was logging this way consistently, and there is no evidence that Allied ever took any action to discover it, or to put a stop to it. Allied's safety director, Mr. Davison, testified that "the false log auditing program is designed to use whatever time dated documents that might cross our desks in our day to day operations." However, according to the testimony of Mr. Davison and other Allied personnel, the methodology used to verify the accuracy of the logs utilized only accidents and roadside inspections.

This would never have discovered any of the type of falsification that was going on with Mr. Gorski. Mr. Davison also testified that Allied does not keep any statistics for false logs, and that it is done on an individual driver basis. With that being said, even if Allied did have an effective false log auditing program, they would not know the extent of the problem and whether or not it was isolated or systemic. This is a program designed to fail, amounts to aiding and abetting, on the part of Allied, which is a violation of FMCSR §390.13, requiring that no person shall aid, abet, encourage, or require a motor carrier or its employees to violate the regulations.

In order for Mr. Gorski to log time during a tour of duty as off-duty time, he must have been relieved of all duty and responsibility for the care and custody of the vehicle, its accessories, and any cargo or passengers it may be carrying. The duration of the drivers relief from duty must be a finite period of time which is of sufficient duration to ensure that the accumulated fatigue resulting from operating a commercial motor vehicle will be significantly reduced. It the driver has been relieved from duty, as noted, the duration of the relief from duty must have been made known to the driver prior to the driver's departure in written instructions from the employer. During the stop, and for the duration of the stop, the driver must be at liberty to pursue activities of his own choosing and to leave the premises where the vehicle is situated.

This would be especially difficult for drivers of moving vans, who are responsible for the packing, marking, and loading of people's furniture and other household goods. On July 1st, Mr. Gorski shows two (2) hours for inspection and loading, and then shows any time for unloading. He does not show any time the rest of the month, through the 13th for fuel, loading, or unloading. As a matter of fact, after July 1st, Mr. Gorski never shows any other on-duty not driving function on his logs other than 15 minute inspections each day.

Mr. Davison also testified that the fuel receipts are not analyzed in conjunction with the logs, and are not a document that is of value to his department, because they are not time stamped. Most fuel purchase program providers can and will provide times on the fuel reports if the carrier wants them, but regardless of times, they can be used to show if the driver stopped in that location, and whether or not he shows any time on line 4.



According to the Carrier Snapshot Profile, Allied had 3,094 vehicle roadside inspections in the 24 month period between 7/20/01 and 7/20/03, which works out to an average of 1,547 vehicle inspections per year. Allied had 3,500 drivers operating over-the-road on any given day, some five (5) days a week. This means that less than half of the drivers are getting inspected at a roadside inspection once a year, and some drivers may be checked more than once.
Allied has 3,500 drivers generating around 70,000 logs a month (figuring 20 working days per month), and with some 1,547 roadside inspections a year or 129 inspections per month, that works out to only 0.221% of the logs actually being checked, using the roadside inspections. With regard to Mr. Gorski specifically, he had three prior accidents/incidents (10/16/99 sideswipe, 8/10/00 sideswipe & 8/21/01 backing), and no evidence in his file or on his logs for the year, of any roadside inspections.

In over four (4) years of employment with Allied, Mr. Gorski would have had only three supporting documents checked against his logs for falsification, with none of them checking for loading or unloading times. This is a system designed to fail, allowing drivers to falsify their logs, because the drivers know that critical supporting documents are not being checked. Even more importantly, Allied knows this as well. It is set up to check for the fewest number of supporting documents possible, requiring the least manpower. Not only is it totally ineffective, but allows the drivers to know that they will almost never be checked, and allows them to know exactly what/when they will be checked.

The FMCSR's (in the regulatory guidance) list an entire litany of supporting documents required to be retained by a motor carrier for a period of 6 months from the date of receipt, which are maintained in the ordinary course of business and used by the motor carrier to verify the information recorded on the driver's record of duty status. While the DOT does not mandate exactly which documents the motor carrier should use to check against the logs, clearly the documents chosen by Allied have the least impact and frequency, and allow the drivers the most leeway when it comes to falsifying their logs in a manner that provides the greatest benefit to their ability to drive as much as possible.



FMCSR §395.8(k)(1) requires motor carriers to retain all supporting documents at their principal places of business for a period of 6 months from date of receipt. Examples are: bills of lading, carrier pros, freight bills, dispatch records, driver call-in records, gate record receipts, weight/scale tickets, fuel receipts, fuel billing statements, toll receipts, international registration plan receipts, international fuel tax agreement receipts, trip permits, port of entry receipts, cash advance receipts, delivery receipts, lumper receipts, interchange and inspection reports, lessor settlement sheets, over/short and damage reports, agricultural inspection reports, Commercial Vehicle Safety Alliance reports, accident reports, telephone billing statements, credit card receipts, driver fax reports, on-board computer reports, border crossing reports, custom declarations, traffic citations, over-weight/oversize reports and citations, and/or other documents directly related to the motor carrier's operation, which are retained by the motor carrier in connection with the operation of its transportation business. Supporting documents may include other documents which the motor carrier maintains and can be used to verify information on the driver's records of duty Status. If these records are maintained at locations other than the principal place of business but are not used by the motor carrier for verification purposes, they must be forwarded to the principal place of business upon a request by an authorized representative of the FHWA or State official within 2 business days.

The biggest time variable affecting the hours of service of the drivers for household goods motor carriers is the time spent by their drivers loading and unloading. These drivers have scheduled appointments with customers for pick-up and delivery, and many of the trucks are equipped with GPS satellite tracking communication devices that can be used to determine when the drivers arrive and when they depart each location. According to the testimony of Mr. Davison, Allied's safety director, they audit 100% of the drivers logs on a computer system for hours of service, and there is only a report generated when there is a violation noted. Of course, this is a system that audits the logs on face value, just as they are turned in by the driver(s), with no genuine effort being made by Allied to audit the logs for falsification on a regular basis. Their log scanning system is actually garbage in, garbage out, and would result in mainly form-and-manner violations. Drivers could never log a fuel stop, never log loading, never log unloading, drop trips, compress time, compress miles, log on-duty functions as off-duty, and never get caught. This also amounts to aiding and abetting the drivers in violating the FMCSR's, which is a violation of §390.13. A reasonably prudent carrier would have had a false log audit program which was reasonably effective in discovering false logs which could adversely affect their driver's hours of service and potential fatigue resulting from the operation of commercial motor vehicles. The police investigation into this accident developed several internal Allied documents (found in the supplemental report section) which provide detail as to the various loads, origins, destinations, dates, times, weights, etc. It would also be reasonable for a carrier, such as Allied, to vary the documents being checked periodically, to keep the drivers from being able to use it to their advantage, by knowing exactly which documents would be checked.

-10-



Mr. Gorski violated the FMCSR's Commercial Drivers License Standards (FMCSR §383) including:

✓ **Safe vehicle control** - Mr. Gorski's speed and space was too fast and too close for conditions of road, weather, and traffic. Mr. Gorski failed to note the traffic slowdown, and so control his vehicle to avoid collision.

✓ **Proper visual search** - Mr. Gorski failed to recognize the hazards related to overall conditions, and the traffic ahead, indicating potential fatigue.

✓ **Proper communications** - Mr. Gorski failed to use his horn or lights to warn other motorists of the impending collision, indicating potential fatigue.

✓ **Speed Management** - at 60 miles per hour (the accident report shows Mr. Gorski's speed to be just above the posted speed limit of 60 mph) perception time for an alert driver is about 3/4 second or 66 feet, the average driver has a reaction time of 3/4 second or another 66 feet, and brake lag time for a commercial air brake vehicle is about ½ second or another 44 feet for a total distance from hazard perception to initial braking of 176 feet.

✓ **Space Management** - the rule of thumb for drivers of commercial motor vehicles when managing space ahead is at least one second for each ten feet of vehicle length with an additional second for speeds greater than 40 miles per hour. Based on 60 miles per hour, and 60-65 feet of length for an average tractor semi-trailer, the above simple formula translates to 7 seconds of following distance. Drivers should pick a reference point and count from the time the vehicle ahead passes that point.

✓ **Hazard perception** - it is important for drivers to recognize potential hazards and hazardous situations in order to be prepared to respond properly. Commercial truck drivers sit much higher in their vehicle than do the drivers of automobiles, and therefore have an advantage of being able to look over other vehicles and observe road conditions sooner. Had Mr. Gorski been alert and keeping a proper lookout, he should have been able to control his vehicle.

✓ **Emergency maneuvers** - when you don't give yourself enough time to react to hazardous situations, they will quickly become emergency situations. There is no evidence that Mr. Gorski made appropriate accident avoidance maneuvers to avoid the collision.



Stopping is not always the safest thing to do in an emergency, especially when there is not enough room to stop. When you don't have enough room to stop, you may have to steer away from what is ahead. However, you must have time and distance to do so.

✓ **Air brake knowledge** - truck drivers need to know more about air brake systems than with the simpler systems used on light vehicles. Air brake systems have a lag time before they activate, while lighter vehicles using hydraulic brake systems do not. This lag time increases stopping distances. Drivers should brake in such a manner so they can steer and keep the vehicle in a straight line, by using either controlled braking or stab braking to avoid locking the wheels and going into a skid.

This accident was preventable on the part of Mr. Gorski because he:

1. Failed to maintain a safe following distance.
2. Failed to keep his vehicle under control.
3. Failed to ascertain whether traffic was moving slowly, stopped or slowing down for any reason.
4. Misjudged the rate of overtaking.
5. Was not operating at a speed consistent with the existing conditions of road weather and traffic.
6. Failed to control speed so that he could stop within the assured clear distance.
7. Failed to accurately observe existing conditions.
8. Was in violation of applicable safety regulations.

The following factors can be involved in a truck driver's performance of duties: abrupt schedule changes and rotating work schedules, which may result in irregular sleep patterns and a driver beginning a trip in a fatigued condition; long hours; extended time away from family and friends, which with irregularity in work, rest, and eating patterns, adverse road, weather and traffic conditions, which may cause delays and lead to hurriedly loading or unloading cargo in order to compensate for the lost time; as well as environmental conditions such as excessive vibration, noise, and extremes in temperature.

Based on the Qualcomm satellite tracking records, Mr. Gorski drove approximately 3,218 miles beginning 7/13/03 at 0350, and ending 7/20/03 at exit 121 on I-10, which would require approximately 60 hours of driving (the miles and hours are based on using a computer software program called PC Miler which is used by the USDOT to compute point to point mileages).



This does not include the hours of on-duty not driving time worked by Mr. Gorski for all of his on-duty functions related to inspections, fueling, loading, unloading, paperwork, etc. Mr. Gorski would have had only about 1.25 hours available per day, for the 8 day period, for on-duty not driving. Based on the evidence in this case, the circumstances of the accident, and the gross falsification of Mr. Gorski's records of duty status, it is reasonable to opine that Mr. Gorski was at some level of fatigue at the time of the accident.

**Conclusion(s):**

This accident situation was foreseeable, and is an example of an accident waiting to happen. It demonstrated a conscious disregard for the safety of the public on the part of Allied, and Mr. Gorski. It is clear from the evidence produced that Allied was not effectively monitoring it's drivers, especially Mr. Gorski. It is my opinion, within a reasonable degree of certainty in the field of commercial motor vehicle compliance and safety, that Allied caused and/or contributed to the cause of the accident involving Mr. Gorski's vehicle, and the Guerra vehicle. The conduct of both Mr. Gorski and Allied fell well below the safety standards established by the FMCSR's for the protection of others. Compliance with the applicable safety requirements, which are established for safe operation, and protection of the public, is a clear duty of all commercial motor vehicle operators, and the facts of this case demonstrate both knowledge and willfulness on the part of Mr. Gorski and Allied.

My fees for litigation consulting services are $195.00 per hour, and $250.00 per hour for deposition and trial testimony, with a $1,500.00 non-refundable retainer fee paid in advance. I have attached a list of known publications, as well as a listing of my testimony within the preceding four years.

Respectfully submitted,

Whitney G. Morgan
Safety Consultant



P.O. Box 531195/Birmingham, Alabama 35253-1195
1801 Oxmoor Road/Suite 100/Birmingham, Alabama 35209
Ph. (205) 871-4455/Fax: 871-9070

## Curriculum Vitae

### of

## WHITNEY G. MORGAN

| | |
|---|---|
| 1801 Oxmoor Road, Suite 100 | (205) 871-4455 |
| Birmingham, Alabama 35209 | (205) 871-9070 Fax |

### EDUCATION

Bachelor of Science in Business Administration
University of Tennessee, Knoxville, Tennessee
Graduated March 1975 - Transportation Major

### WORK EXPERIENCE

**MOTOR CARRIER SAFETY CONSULTING, INC.**          **March 1983 to Present**

Consult with companies of all types and sizes that operate commercial motor vehicles, as well as shippers and carriers of hazardous materials, with respect to compliance with Title 49, The Code of Federal Regulations, Parts 171-180 & 301-399 (Federal Motor Carrier Hazardous Materials and Federal Motor Carrier Safety Regulations) as enforced by the U.S. Department of Transportation, Federal Highway Administration, Office of Motor Carriers, and adopted by the States.

Work in all areas of management and operations, with special emphasis on the development of effective safety compliance management controls. Establish programs designed to improve company safety fitness standards and to reduce highway accidents through compliance, education and training.

M.C.S.C. offers driver/supervisor training programs that can be customized to the needs of the customer. Driver training is available in the areas of accident avoidance/reduction, defensive driving, decision driving, fuel economy, road testing, train the trainer and proper use of equipment through inspection, repair and maintenance. Conduct audits and safety seminars for managers, supervisors, office staff and drivers. Truck related accident work including investigation, and litigation services.

Responsible for the overall planning, directing, and implementation of the consulting activities of M.C.S.C.. As a former U.S. Department of Transportation Special Agent, provide much of the day to day application of specific safety and hazardous materials regulations to our customers.



**MOTOR CARRIER SAFETY CONSULTING, INC. (Cont.)**

Motor Carrier Safety Consulting, Inc. and it's employees incorporate more than 100 years of experience in the trucking industry, including compliance, driving, operations, and regulation.

**CHEMICAL SOLVENT COMPANY, INC.**                    **February 1982 to February 1983**

### Vice President/General Manager

Industrial water treatment, and refrigeration wholesale business. Responsibilities were initially in sales, then moved in-house and was responsible for all company operations including office, warehouse, purchasing of equipment and materials, water sample analysis, shipping, receiving and manufacturing.

Chemical Solvent Company employed five full-time people plus several part-time depending upon season. Primary business was in the treatment of industrial boilers and cooling towers for the prevention of rust, scale and corrosion.

**U.S. DEPARTMENT OF TRANSPORTATION**                    **July 1975 to February 1982**
**FEDERAL HIGHWAY ADMINISTRATION**
**BUREAU OF MOTOR CARRIER SAFETY (Now the FMCSA)**

### Special Agent
### (Highway Safety Management Specialist)

Assigned ongoing responsibility for personally administering the Federal Motor Carrier Safety Program nationally, with territory in the State of Alabama, to motor carriers of all types and sizes. Independently promote and enforce carrier and shipper compliance with the safety and hazardous materials regulations while functioning within the program objectives and within a largely self-developed and self-adjusted area work plan.

Responsible for developing and implementing an annual work plan for the assigned territory (approximately 3000 motor carriers and shippers), consistent with national and regional goals and emphasis areas geared to address the most critical problem areas.

Independently plan and carry out a schedule of periodic safety and hazardous materials compliance surveys of carrier and shipper operations involving in-depth investigation into all areas of compliance required by the Federal Motor Carrier Safety Regulations. Perform driver and vehicle roadside safety inspections.

2



**U.S. DEPARTMENT OF TRANSPORTATION (Cont.)**

Conduct in-depth investigations into the causes of highway accidents, and hazardous materials incidents involving commercial motor carriers and vehicles. Accident reconstruction and analysis of primarily multiple fatality, and high property damage accidents.

Provide technical assistance and information, frequently as an organizer or participant in safety meetings, seminars, or training programs on the Federal program, motor carrier safety, hazardous materials transportation safety, and other carrier topics to carrier officials and employees, industry representatives, State and local law enforcement and emergency response personnel, and others interested in highway safety.

Provide written and/or oral application/interpretation(s) of the federal regulations within the program framework; draft letters, memoranda, and internal reports to respond to questions on a variety of technical subjects, and maintain liaison and effective working relations with other Federal and State officials involved in highway safety.

Keep abreast of industry problems and trends, vehicle technology, changing hazardous materials developments, the activities of other Federal, State and local agencies, State regulations relative to motor carrier safety, and legal interpretations and court rulings that impact the program.

<u>**Special Training**</u>

**U.S. Department of Transportation
Transportation Safety Institute
Oklahoma City, Oklahoma**

MOTOR CARRIER SAFETY PROGRAM STANDARDIZATION - AUGUST 1975
MOTOR CARRIER NOISE EMISSION COMPLIANCE - OCTOBER 1975
MOTOR CARRIER TRANSPORTATION OF HAZARDOUS MATERIALS
     FUNDAMENTALS - NOVEMBER 1975
MOTOR CARRIER TRANSPORTATION OF HAZARDOUS MATERIALS ADVANCED -
     OCTOBER 1976
MOTOR CARRIER ACCIDENT INVESTIGATION FUNDAMENTALS - MAY 1977
MOTOR CARRIER ACCIDENT INVESTIGATION ADVANCED - NOVEMBER - 1978
MOTOR CARRIER SAFETY ENFORCEMENT - FEBRUARY 1978



## ADDITIONAL EXPERIENCE & TRAINING

Driver & Safety Supervisor
Training by Carl R. Ott, CDT, CSS
(Certified Driver Trainer, Cert. #58
Certified Safety Supervisor, Cert. # 102
National Committee for Motor Fleet
Supervisor Training)

Truck Driver Training - Skid Pad
Schneider National Carriers
Driver Training Center
Green Bay, Wisconsin (9/98)

Various safety and training seminars
as an instructor and participant over
the last 29 years, too numerous to list

Trained the Alabama Department of Public
Safety, State Troopers, Motor Carrier
Safety Assistance Program Group, Statewide
Seminars 1988 Alabama Trucking Association

Safety Consultant to the Specialized Carriers
& Rigging Association 1988/89

House Hasson Hardware Wholesale Company
Knoxville, TN 1972 - 1973
Loading Dock

Knoxville Maryville Motor Express
Knoxville, TN 1973 - 1975
Loading Dock

Birmingham Aviation & Hanger One
Birmingham, AL - Summers 1970 - 1975
Flight Line Manager
Drove Aviation Fuel Tanker Trucks
Straight Trucks and Tractor-Trailer
Avgas 100 Octane and Kerosene JP-4 (Jet Fuel)

4

## WHITNEY G. MORGAN - TESTIMONY

| DATE | FIRM NAME & ADDRESS | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | CASE NAME |
|------|---------------------|--------------------|------------------|-----------|
| 02/23/00 | IRA B. COLVIN<br>ATTORNEY AT LAW<br>305 MAIN STREET<br>REFORM, ALABAMA 35481 | IRA B. COLVIN<br>CHUCK HARRISON | ROBERT NORTHCUTT | PARKER v.<br>MCMILLAN |
| 03/09/00 | HERMES, SARGENT & BATES<br>1717 MAIN STREET, SUITE 3200<br>DALLAS, TEXAS 75201 | JACK B. BALDWIN<br>MELISSA SMITH | DAVID L. SARGENT<br>CHUCK SHIVER | GALICIA v.<br>NATIONAL FREIGHT |
| 04/05/00 | NELSON, MULLINS, RILEY &<br>SCARBOROUGH<br>KEENA BUILDING, THIRD FLOOR<br>1330 LADY STREET<br>P.O. BOX 11070 (29211)<br>COLUMBIA, SOUTH CAROLINA 29201 | DAVID MASSEY | HOWARD VAN DINE | GLADDEN v. COCA-<br>COLA |
| 04/19/00 | JOSEPH R. SWIFT<br>BROWN & JAMES<br>705 OLIVE STREET<br>ST. LOUIS, MO 63102 | HOWARD BECKER<br>DAVID STEELMAN | JOE SWIFT | CARMODY v. S&H<br>TRANSPORTION |
| 06/01/00 | TOM J. STOLLENWERCK<br>PIONEER CONCRETE<br>TOUCHSTONE, BERNAYS, JOHNSON,<br>BEALL & SMITH<br>4700 RENAISSANCE TOWER<br>DALLAS, TX 75270 | ROBERT CRAIN | TOM J. STOLLENWERCK | MULHERN v. |
| 06/06/00 | RICHARD M. HYMEL<br>PREIS, KRAFT & ROY<br>102 VERSAILLES BLVD<br>SUITE 400<br>LAFAYETTE, LA 70509 | RICHARD HYMEL<br>WILL SCHEIFFLER | KATHERINE LOOS<br>WADE LANGLOIS | SCHEXNAYDER v.<br>AMERICAN<br>FREIGHTWAYS |
| 06/08/00 | PETER A. ANGELAS<br>ALEXANDER & ANGELAS<br>29777 TELEGRAPH ROAD<br>SUITE 2631<br>SOUTHFIELD, MI 48034 | ROBERT J. CHRISTIANS | PETER A. ANGELAS | BURKETT v. SAND<br>PRODUCTS CORP. |
| 06/30/00 | MICHAEL A. STROM<br>DAVID A. IZZO & ASSOC.<br>200 SOUTH WACKER DRIVE<br>SUITE 2400<br>CHICAGO, IL 60606 | KENT LUCANCCIONI | MICHAEL A. STROM | PIROZZOLI v.<br>CAROLINA FREIGHT |
| 07/11/00 | RAYMOND MARTIN/JOHN SUNDAHL<br>SUNDAHL POWERS KAPP & MARTIN<br>1725 CAREY AVENUE<br>CHEYENNE, WY 82003-0328 | JOHN HENLEY | RAY MARTIN<br>JOHN SUNDAHL | DEAN v. WAL-MART |
| 07/17/00 | GARY VASQUEZ<br>VASQUEZ & TOSKO, LLP<br>255 SOUTH ORANGE AVENUE<br>SUITE 740<br>ORLANDO, FL 32801 | GARY VASQUEZ | HARRAN UDELL<br>SYLVIA GRUNOR | WONDERLIN v. C&W<br>TRUCKING |
| 07/19/00 | WILLIAM T. STONE<br>COLE STONE STOUDEMIRE<br>MORGAN & DORE, P.A.<br>79 SOUTH LAURA STREET<br>SUITE 1700<br>JACKSONVILLE, FL 32202 | JOSEPH A. MORRIS | WILLIAM STONE | MARTIN v. WERNER<br>ENTERPRISES |

## WHITNEY G. MORGAN - TESTIMONY (CONT'D)

| DATE | FIRM NAME & ADDRESS | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | CASE NAME |
|------|---------------------|--------------------|------------------|-----------|
| 07/20/00 | GLENDA COCHRAN<br>COCHRAN & ASSOCIATES<br>310 NORTH 21ST STREET<br>SUITE 500<br>BIRMINGHAM, AL 35203 | GLENDA COCHRAN | A. DWIGHT BLAIR | HARTLEY v. SMITH<br>CONSTRUCTION |
| 08/21/00 | DAVID P. YORK<br>PIERCE, LEDYARD, LATTA & WASDEN<br>COLONIAL BANK CENTRE<br>SUITE 400<br>41 NORTH BELTLINE<br>MOBILE, ALABAMA 36608 | JOSEPH M. BROWN, JR. | DAVID P. YORK<br>DONALD F. PIERCE | WHATLEY v. MERIT<br>DISTRIBUTION |
| 08/30/00 | DENNIS E. GOLDASICH, JR.<br>MARSH, RICKARD & BRYAN<br>800 SHADES CREEK PARKWAY<br>SUITE 600D<br>BIRMINGHAM, ALABAMA 35209 | DENNIS E. GOLDASICH, JR. | GERALD C. SWANN, JR. | PEAVY v. TITAN<br>TRUCKS, INC. |
| 09/25/00 | IKE LAWRENCE EPSTEIN<br>BECKLEY, SINGLETON, JEMISON,<br>COBEAGA & LIST<br>530 LAS VEGAS BLVD. SOUTH<br>LAS VEGAS, NEVADA 89101 | ANDREW THOMAS | IKE LAWRENCE EPSTEIN | KAHIHIKOLO ET AL<br>v. MAU TRUCKING |
| 10/03/00 | D. RANDALL MONTGOMERY<br>STRASBURGER & PRICE, L.L.P.<br>901 MAIN STREET, SUITE 4300<br>DALLAS, TEXAS 75202 | CHIP FERGUSON | RANDY MONTGOMERY | RICHEY v.<br>GROENDYKE |
| 10/06/00 | JOHN PATTON<br>RUSIN, PATTON, MACIOROWSKI<br>& FRIEDMAN, LTD<br>10 SOUTH RIVERSIDE PLAZA<br>SUITE 1530<br>CHICAGO, ILLINOIS 60606 | MICHAEL C. LINDBERG | JOHN PATTON | JONES v. H & W<br>MOTOR EXPRESS |
| 10/11/00 | WALT GILMER<br>MCDOWELL, KNIGHT, ROEDDER<br>AND SLEDGE, L.L.C.<br>63 SOUTH ROYAL, SUITE 900<br>RIVERVIEW PLAZA<br>MOBILE, ALABAMA 36602 | ANDREW T. CITRIN | WALT GILMER | COLTON v.<br>MCELROY |
| 11/03/00 | FRANK COLE, JR.<br>COLE, STONE, STOUDEMIRE,<br>MORGAN & DORE, P.A.<br>75 SOUTH LAURA STREET<br>SUITE 1700<br>JACKSONVILLE, FLORIDA 32202 | FRED ABBOTT | FRANK COLE, JR. | SMITH v. MORROW |
| 11/17/00 | J. TIMOTHY DIPIERO<br>DITRAPANO, BARRETT & DIPIERO<br>604 VIRGINIA STREET, EAST<br>CHARLESTON, WEST VIRGINIA 25301 | TIM DIPIERO<br>PETE HENDRICKS | JOHNNIE BROWN | NELSON v. MASSEY |
| 12/07/00 | D. RANDALL MONTGOMERY<br>STRASBURGER & PRICE<br>900 MAIN STREET, SUITE 4300<br>DALLAS, TEXAS | ROBERT SIANO | RANDALL MONTGOMERY | FLORES v. CFI |
| 12/11/00 | JOHN W. CROWELL<br>GHOLSON, HICKS & NICHOLS<br>P.O. BOX 1111<br>COLUMBUS, MISSISSIPPI 39703 | BENNIE L. TURNER<br>LEILA WATSON | JOHN W. CROWELL | BLAND v. CARDINAL<br>TRANSPORT |

## WHITNEY G. MORGAN - TESTIMONY (CONT'D)

| DATE | FIRM NAME & ADDRESS | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | CASE NAME |
|------|---------------------|--------------------|--------------------|-----------|
| 01/23/01 | ANDREW M. MORSE<br>SNOW, CHRISTENSEN & MARTINEAU<br>P.O. BOX 45000<br>SALT LAKE CITY, UTAH 84145-5000 | JEFFERY D. EISENBERG | ANDREW M. MORSE | GALLEGOS v. DICK SIMON TRUCKING |
| 03/02/01 | TOM J. STOLLENWERCK<br>TOUCHSTONE BERNAYS<br>4900 RENAISANCE TOWER<br>1201 ELM STREET<br>DALLAS, TEXAS 75270 | WILLIAM J. CLAY | TOM STOLLENWERCK | REEVES v. PIONEER CONCRETE |
| 03/22/01 | MONTE K. HURST<br>HERMES SARGEN BATES<br>1717 MAIN STREET<br>SUITE 3200<br>DALLAS, TEXAS 75201 | KEN FUQUA | MONTE HURST | FULGHAM v. FFE TRANSPORTATION |
| 03/29/01 | JEFF HEDGER<br>HEDGER MOYERS<br>175 NORTH 27TH STREET<br>BILLINGS, MONTANA 59101 | KURT JACKSON | JEFF HEDGER | DORN v. BNSF |
| 04/27/01 | MONTE HURST<br>HERMES SARGENT BATES<br>1717 MAIN STREET<br>BANK ONE BUILDING<br>DALLAS, TEXAS 75201 | THOMAS J. HENRY | MONTE K. HURST | CORNWELL v. SCHWAN'S |
| 05/03/01 | RICK SAGER<br>WEINBERG WHEELER<br>999 PEACHTREE STREET NE<br>SUITE 2700<br>ATLANTA, GEORGIA 30309 | RICK SAGER | STEVE MILLER | WEGHORST v. PREMIER |
| 05/07/01 | JAMES B. LEWIS<br>GLOVER, LEWIS & PREBEG<br>3700 MONTROSE BLVD<br>SUITE 200<br>HOUSTON, TEXAS 77006 | JAMES B. LEWIS | FRANK NEWTON | AZZAM v. VENTURE |
| 05/29/01 | GREGORY A. BOLZLE<br>FROST BROWN TODD<br>400 WEST MARKET STREET<br>LOUISVILLE, KENTUCKY 40202 | BETH JANICEK | GREG BOLZLE | HILL v. HIGHLAND TRANSPORT |
| 08/03/01 | T. DONALD HENSON<br>HERBOLSHEIMER, LANNON,<br>HENSON, DUNCAN & REAGAN<br>STATE BANK BUILDING, # 400<br>654 FIRST STREET<br>LaSALLE, ILLINOIS 61310 | JEFF CORSO | T. DONALD HENSON | EILERS v. THOMS PROSESTLER |
| 09/21/01 | VICTOR T. HUDSON<br>HUDSON & WATTS, LLP<br>ONE ST. LOUIS CENTRE<br>SUITE 2500<br>MOBILE, ALABAMA 36602 | TOM HUDSON | BILL CARN | WILSON v. ARMSTRONG |
| 09/25/01 | PATRICK MADDEN<br>McCAULEY, MACDONALD,<br>DEVIN & HUDDLESTON<br>1201 ELM STREET<br>DALLAS, TEXAS 75270 | BILL ZOOK | PATRICK MADDEN | HASCALL v. INTERCERAMIC |

### WHITNEY G. MORGAN - TESTIMONY (CONT'D)

| DATE | FIRM NAME & ADDRESS | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | CASE NAME |
|------|---------------------|--------------------|------------------|-----------|
| 09/26/01 | STEPHEN D. PHILLIPS<br>JOHN G. PHILLIPS & ASSOC.<br>200 NORTH LaSALLE, SUITE 2810<br>CHICAGO, ILLINOIS 60601 | STEVEN PHILLIPS | CHRISTOPHER DADDINO | SCHULTZ v. FSC PAPER |
| 10/02/01 | JOHN ALEXANDER<br>ALEXANDER & ANGELAS, P.C.<br>29777 TELEGRAPH ROAD<br>SUITE 2631<br>SOUTHFIELD, MICHIGAN 48034 | ANDREW PALUDA | JOHN ALEXANDER | KATZ v. CALVERLY SUPPLY |
| 10/18/01 | JOHN W. PATTON<br>RUSIN PATTON MACIOROWSKI<br>& FRIEDMAN, Ltd.<br>10 SOUTH RIVERSIDE PLAZA<br>SUITE 1530<br>CHICAGO, ILLINOIS 60606 | JOHN KORNAK | JOHN W. PATTON | ISENBERG v. HICKMOTT |
| 10/19/01 | RICHARD L. WALTER<br>BOEHL STOPHER & GRAVES<br>410 BROADWAY<br>PADUCAH, KENTUCKY 42001 | JAMES A. HARRIS | RICHARD L. WALTER | BORDERS v. FEDERAL MATERIALS |
| 10/23/01 | RANDY MOODY<br>DREW ECHOL & FARNHAM<br>880 WEST PEACHTREE<br>ATLANTA, GEORGIA 30357 | RANDY MOODY | JACK HALL | DAVIS v. QUALICO STEEL |
| 11/16/01 | MICHAEL E. HENSLEY<br>JONES, SKELTON & HOCHULI<br>2901 NORTH CENTRAL AVENUE<br>SUITE 800<br>PHOENIX, ARIZONA 85012 | THOMAS F. FEERICK | MICHAEL E. HENSLEY | ECHOLS v. KNIGHT TRANSPORTATION |
| 12/10/01 | CURTIS W. FENLEY, III<br>FENLEY & BATE, L.L.P.<br>224 E. LUFKIN AVENUE<br>P.O. BOX 450<br>LUFKIN, TEXAS 75902-0450 | REICH O. CHANDLER | CURTIS W. FENLEY, III<br>CHARLIE HURD<br>CHRISTY SCHWEIKHARDT | VOGLER v. NEW STAR FREIGHT |
| 12/14/01 | C. PETER BOLVIG<br>HALL, CONERLY, MUDD<br>& BOLVIG, P.C.<br>1400 FINANCIAL CENTER<br>505 NORTH 20TH STREET<br>BIRMINGHAM, ALABAMA 35203 | CHARLIE LORANT | PETER BOLVIG<br>CHRIS SHEPHERD | HALL v. OAKWOOD |
| 12/27/01 | WILLIAM A. SCOTT, JR.<br>CLARK & SCOTT, P.C.<br>2450 VALLEYDALE ROAD<br>BIRMINGHAM, ALABAMA 35244 | CALLEN SPARROW | WILLIAM SCOTT | MITCHELL v. DIXIE TRANSPORTATION |
| 01/10/02 | JOHN W. STEVENSON, JR.<br>STEVENSON & AMMONS<br>3700 MONTROSE BOULEVARD<br>HOUSTON, TEXAS 77006 | JOHN STEVENSON | JAMES D. EBANKS | SYZDEK v. CAMPBELL CONCRETE |
| 01/15/02 | TONY R. DALTON<br>WOOLF, McCLANE, BRIGHT<br>ALLEN & CARPENTER<br>900 SOUTH GAY STREET<br>KNOXVILLE, TENNESSEE 37902 | PAUL GILLENWATER | TONY DALTON<br>MIKE KING | KELNER v. COMCAR |
| 03/19/02 | LANCE R. MALLON<br>MALLON LAW FIRM<br>515 MADISON AVENUE<br>WOOD RIVER, ILINOIS 62095 | LANCE MALLON<br>JAMES RENZ | LYNDON SOMMER | NEFF v. CWI OF IL |

## WHITNEY G. MORGAN - TESTIMONY (CONT'D)

| DATE | FIRM NAME & ADDRESS | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | CASE NAME |
|------|---------------------|--------------------|------------------|-----------|
| 03/25/02 | TERRELL WYNN<br>HARE, WYNN, NEWELL & NEWTON<br>THE MASSEY BUILDING<br>2025 THIRD AVENUE NORTH<br>SUITE 800<br>BIRMINGHAM, ALABAMA 35203 | TERRELL WYNN | JOHN FARLEY | WILSON v. C<br>TRANSPORTATION |
| 04/29/02 | MONTE HURST<br>HERMES SARGENT BATES<br>1717 MAIN STREET<br>BANK ONE BUILDING<br>DALLAS, TEXAS 75201 | RICK LEEPER | MONTE K. HURST | ALVAREZ v.<br>LISA MOTOR LINES |
| 05/07/02 | ROBERTA J. HEGLAND<br>BRACEWELL & PATTERSON<br>2000 ONE SHORELINE PLAZA<br>SOUTH TOWER<br>800 NORTH SHORELINE BLVD.<br>CORPUS CHRISTI, TEXAS 78401-3700 | LOUIS ELIZONDO | ROBERTA J. HEGLAND | JUAREZ v. COASTAL<br>REFINING |
| 06/10/02 | VUK VUJASINOVIC<br>STEVENSON & AMMONS<br>3700 MONTROSE BOULEVARD<br>HOUSTON, TEXAS 77006 | VUK VUJASINOVIC | CHARLES BRENNIG | SUAREZ v. PULIDO<br>TRUCKING |
| 06/17/02 | WILLIAM L. McDONOUGH<br>BRYANT CLARK DUKES<br>BLAKESLEE RAMSEY &<br>HAMMOND<br>2223 14TH STREET<br>GULFPORT, MISSISSIPPI 39502 | AL HOPKINS | WILLIAM L. McDONOUGH | HUTCHINSON v.<br>O'NEAL STEEL |
| 06/22/02 | TOM STOLLENWERCK<br>TOUCHSTONE BERNAYS<br>JOHNSTON BEALL & SMITH<br>4700 RENAISSANCE TOWER<br>1201 ELM STREET<br>DALLAS, TEXAS 75270 | ALAN POWERS | TOM STOLLENWERCK | McBRIDE v.<br>AGGREGATE<br>HAULERS |
| 06/26/02 | JAMES M. MOORE<br>LINDHORST & DREIDAME<br>312 WALNUT STREET<br>SUITE 2300<br>CINCINNATI, OHIO 45202 | MARIA SPERANDO | JAMES MOORE | SANDERS v.<br>MELTON TRUCK<br>LINES, INC. |
| 08/14/02 | DANIEL E. MURNER<br>LANDRUM & SHOUSE<br>106 WEST VINE STREET<br>P.O. BOX 951<br>LEXINGTON, KENTUCKY 40588-0951 | DALE GOLDEN | DAN MURNER | HOFFMEISTER v.<br>DASHER EXPRESS |
| 08/19/02 | PATRICK B. MOORE<br>WEINBERG, WHEELER, HUDGINS,<br>GUNN & DIAL, LLC<br>959 PEACHTREE STREET, NE<br>SUITE 2700<br>ATLANTA, GEORGIA 30309 | WILL KEMP<br>MITCH COBEAGA | PATRICK MOORE | STAYTON v.<br>NORTHWEST PIPE |
| 10/03/02 | J. MARK SHAW<br>SHAW & ASSOCIATES<br>33300 U.S. HWY 280<br>CHILDERSBURG, ALABAMA 35044 | MARK SHAW | LARRY BRADFORD<br>LYNN RANDALL<br>JACK OWEN | CUNARD v. CLYDE<br>ROPER |

## WHITNEY G. MORGAN - TESTIMONY (CONT'D)

| DATE | FIRM NAME & ADDRESS | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | CASE NAME |
|------|---------------------|--------------------|-------------------|-----------|
| 10/23/02 | ALAN M. MAXWELL<br>WEINBERG, WHEELER, HUDGINS,<br>GUNN & DIAL, L.L.C.<br>999 PEACHTREE STREET, N.E.<br>SUITE 2700<br>ATLANTA, GEORGIA 30309 | MARTY ROSE | AL MAXWELL<br>JOHN R. TARPLEY | COGGINS v. KLLM |
| 10/29/02 | JAMES B. LEWIS<br>GLOVER MILLER LEWIS &<br>FREBBG, P.C.<br>3700 MONTROSE BLVD.<br>SUITE 200<br>HOUSTON, TEXAS 77006 | JAMES B. LEWIS | TREY WILLIAMS | VILLASTRIGO v.<br>FFE |
| 10/31/02 | STEPHEN R. PILCHER<br>CHUNN & PILCHER<br>THE SPECTRUM<br>613 N.W. LOOP 410<br>SUITE 550<br>SAN ANTONIO, TEXAS 78216 | EARNEST CANNON | STEVE PILCHER | PUCKETT v.<br>AGGREGATE<br>HAULERS |
| 11/14/02 | MICHAEL D. MATTEUZZI<br>NIEWALD WALDECK & BROWN<br>TWELVE WYANDOTTE PLAZA<br>120 WEST 12TH STREET, SUITE 1300<br>KANSAS CITY, MISSOURI 64105-1932 | GARY C. ROBB | MIKE MATTEUZZI | JARRETT v.<br>ROADWAY EXPRESS |
| 11/26/02 | THOMAS R. SCHUTT<br>MENGES & MOLZAHN, LLC<br>20 NORTH CLARK STREET<br>SUITE 2300<br>CHICAGO, ILLINOIS 60602-1880 | JOSEPH D. PARENTEY | TOM SCHUTT | KAMBER BEJNA v.<br>BERKLEY TRKG |
| 12/27/02 | ROBERT P. SCHUSTER, P.C.<br>230 VERONICA LANE<br>SUITE 204<br>P.O. Box 13160<br>JACKSON, WYOMING 83002 | ROBERT P. SCHUSTER | SCOTT CHRISTENSEN | ALLEN v. PANTHER<br>II TRANSPORTATION |
| 01/23/03 | GRIFFIN SIKES<br>138 ADAMS AVENUE<br>P.O. BOX 4446<br>MONTGOMERY, ALABAMA 36103 | GRIFFIN SIKES | BOB COOPER | WRIGHT v.<br>CONTINENTAL |
| 01/31/03 | JOEL A. WILLIAMS<br>SADLER SULLIVAN<br>2500 SOUTHTRUST TOWER<br>420 NORTH 20TH STREET<br>BIRMINGHAM, ALABAMA 35203 | JEFF KIRBY | JOEL WILLIAMS | McGUFFIE v.<br>SHAW ALLOY PIPE |
| 02/11/03 | TIMOTHY J. ABEEL<br>JAMES A. WESCOE<br>RAWLE & HENDERSON<br>THE WIDENER BUILDING<br>ONE SOUTH PENN SQUARE<br>PHILADELPHIA, PENNSYLVANIA 19107 | LANCE AVERA | TIMOTHY ABEEL<br>JAMES WESCOE | FORD v. NATIONAL<br>FREIGHT |
| 02/27/03 | RANDY MOODY & BRENT ESTES<br>DREW ECHOL & FARNHAM<br>880 WEST PEACHTREE<br>ATLANTA, GEORGIA 30357 | RANDY MOODY<br>BRENT ESTES | JACK HALL | DAVIS v. QUALICO<br>STEEL |
| 03/20/03 | C. MICHAEL BEE<br>HILL, PETERSON, CARPER, BEE<br>& DEITZLER, P.L.L.C.<br>NORTHGATE BUSINESS PARK<br>500 TRACY WAY<br>CHARLESTON, WV 25311-1261 | MIKE BEE<br>TIM DIPIERO | PAM TARR | EDWARDS v.<br>BESTWAY |

## WHITNEY G. MORGAN - TESTIMONY (CONT'D)

| DATE | FIRM NAME & ADDRESS | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | CASE NAME |
|------|---------------------|--------------------|-----------------|-----------|
| 04/08/03 | ROBERT WHITAKER<br>BART DURHAM LAW OFFICES<br>404 JAMES ROBERTSON PARKWAY<br>1712 PARKWAY TOWERS<br>NASHVILLE, TENNESSEE 37219 | ROBERT WHITAKER<br>BLAIR DURHAM | JAMES CATALANO | HASTON v<br>ALM WEAVER |
| 05/09/03 | J. STANLEY ROGERS<br>100 NORTH SPRING STREET<br>MANCHESTER, TENNESSEE 37355 | STANLEY ROGERS | ALAN EASTERLY | HAMPTON v.<br>MARTEN TRANSP, |
| 05/14/03 | STEVEN B. WHITE<br>SIMBRO, WHITE & BARFIELD<br>8767 E. VIA DE COMMERCIO<br>SUITE 103<br>SCOTTSDALE, ARIZONA 85258 | STEVE WHITE<br>RICK BLACK | CHUCK ONOFRY<br>GUY HANSON | ALLEN v.<br>SHAMROCK |
| 06/18/03 | ALLEN E. GRAHAM<br>LYONS, PIPES & COOK<br>2 NORTH ROYAL STREET<br>P.O. BOX 2727<br>MOBILE, ALABAMA 36652 | BEN BAKER | COOPER THURBER<br>ALLEN GRAHAM | BLAIR v. PROTECH |
| 06/19/03 | ROBERT L. GORHAM<br>GORHAM & ASSOCIATES<br>517 BEACON PARKWAY WEST<br>BIRMINGHAM, ALABAMA 35209 | ROBERT GORHAM | KERRY SIMS | WARREN AND<br>ROBERTSON v.<br>AROUND TOWN |
| 06/24/03 | MARK R. PHARR, III<br>GALLOWAY, JOHNSON, TOMPKINS,<br>BURR & SMITH<br>110 E. KALISTE SALOOM ROAD<br>SUITE 201<br>LAFAYETTE, LOUISIANA 70508 | ROBERT BUSSEY | MARK PHARR | MANGUM v.<br>GARDNER, ET AL |
| 07/07/03 | GUY MERCOGLIANO<br>SWEENEY & SHEEHAN<br>SENTRY OFFICE PLAZA<br>SUITE 500<br>216 HADDON AVENUE<br>WESTMONT, NEW JERSEY 08108 | JOHN MININNO | GUY MERCOGLIANO<br>PETER SANCHEZ | MEYERES v.<br>EASTERN<br>CONSOLODATED |
| 07/10/03 | JOSEPH B. CARINI<br>JOHNSON & BELL<br>55 EAST MONROE STREET<br>SUITE 4100<br>CHICAGO, ILLINOIS 60603 | THOMAS PAKENAS | JOSEPH CARINI | TESSAROLO v.<br>TURNER<br>CONSTRUCTION |
| 07/21/03 | PAULA A. WYATT<br>WYATT LAW FIRM<br>WYATT COURTYARD<br>4825 EVERHART ROAD<br>CORPUS CHRISTI, TEXAS 78411 | PAULA WYATT<br>JAMES PERRIN | MARK ZEIDMAN | TREECE v. BANKS |
| 07/21/03 | BRIAN BECKCOM<br>STEVENSON & AMMONS<br>3700 MONTROSE ROAD<br>HOUSTON, TEXAS 77006 | BRIAN BECKCOM<br>JEREMY NEWELL | GLEN FAHL | TURRENTINE v.<br>JACK'S DELIVERY |
| 07/25/03 | GREG GRAY<br>TED B. LYON & ASSOCIATES<br>TOWN EAST TOWER, SUITE 525<br>18601 LBJ FREEWAY<br>MESQUITE, TEXAS 75150 | GREG GRAY | KEN MEIXELSPERGER | FARRAR v. PRONTO<br>DELIVERY SERVICE |

## WHITNEY G. MORGAN - TESTIMONY (CONT'D)

| DATE | FIRM NAME & ADDRESS | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | CASE NAME |
|------|---------------------|-------------------|------------------|-----------|
| 07/28/03 | JOHN M. COX<br>JOHN M. COX & ASSOCIATES<br>1000 CITY CENTER PLAZA<br>1412 MAIN STREET<br>DALLAS, TEXAS 75202 | ROB CRAIN | JOHN COX | GONZALEZ v.<br>ELDRIDGE<br>TRUCKING |
| 08/27/03 | ALLEN E. GRAHAM<br>LYONS, PIPES & COOK<br>2 NORTH ROYAL STREET<br>P.O. BOX 2727<br>MOBILE, ALABAMA 36652-2727 | BEN BAKER | ALLEN E. GRAHAM<br>COOPER THURBER | BLAIR v. PRO TECH |
| 09/03/03 | RANDALL MORGAN<br>HILL, HILL, CARTER, FRANCO,<br>COLE & BLACK, P.C.<br>425 SOUTH PERRY STREET<br>MONTGOMERY, ALABAMA 36104 | JEREMY KNOWLES | RANDALL MORGAN | EXCO v. GALE<br>CREEK LOGGING |
| 09/04/03 | L. MICHAEL TARPEY<br>DONOHUE, BROWN, MATHEWSON &<br>SMYTH<br>140 SOUTH DEARBORN<br>SUITE 700<br>CHICAGO, ILLINOIS 60603 | LARRY WEISMAN | MICHAEL TARPEY | NIEMAN v. BARTON<br>BAIE |
| 09/11/03 | HUMBERTO G. GARCIA<br>CURNEY, GARCIA, FARMER,<br>PICKERING & HOUSE, P.C.<br>411 HEIMER ROAD<br>SAN ANTONIO, TEXAS 78232 | CURRY PAJCIC | HUMBERTO GARCIA | PANIDES v.<br>PANCHO'S<br>TRANSPORTATION<br>SERVICE |
| 09/26/03 | DAVID SARGENT<br>HERMES SARGENT BATES<br>1717 MAIN STREET<br>SUITE 3200<br>DALLAS, TEXAS 75201 | JAMES KENNEDY | DAVID SARGENT<br>COURTNEY DUKE | SLABE v. TORO<br>CORPORATION |
| 09/30/03 | EDWARD P. MORIARITY<br>SPENCE MORIARITY & SHOCKEY<br>P.O. BOX 548<br>JACKSON, WYOMING 83001 | EDWARD P. MORIARITY<br>SHANDOR BADARUDDIN | BRADLEY WILLIAMS | YOUNG v. WHEATON |
| 10/03/03 | BENJAMIN L. HALL, III<br>THE HALL LAW FIRM, LLP<br>4310 YOAKUM BLVD.<br>HOUSTON, TEXAS 77006 | SHERRY CHANDLER | MONTE JAMES | SUAREZ v. HUPPERT |
| 11/04/03 | MICHAEL J. CROW<br>BEASLEY, ALLEN, CROW,<br>METHVIN, PORTIS & MILES, P.C.<br>218 COMMERCE STREET<br>P.O. BOX 4160<br>MONTGOMERY, ALABAMA 36103 | MIKE CROW<br>LES PITTMAN | JACK HALL | CRAFT v. D&L<br>ENTERPRISES |
| 11/17/03 | STEVEN B. WHITE<br>SIMBRO, WHITE & BARFIELD<br>8767 E. VIA DE COMMERCIO<br>SUITE 103<br>SCOTTSDALE, ARIZONA 85258 | STEVE WHITE | CHUCK ONOFRY | ALLEN v.<br>SHAMROCK |
| 12/10/03 | PATRICIA ALVAREZ<br>ALVAREZ, NOTZEN & GUTIERREZ<br>415 SHILOH DRIVE<br>LAREDO, TEXAS 78045 | JAMES RAGAN | PATRICIA ALVAREZ<br>DAVID TOWLER | GARZA v. CC<br>WESTERN |

## WHITNEY G. MORGAN - TESTIMONY (CONT'D)

| DATE | FIRM NAME & ADDRESS | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | CASE NAME |
|------|---------------------|--------------------|------------------|-----------|
| 12/15/03 | NICHOLAS E. ZITO<br>RAMEY, CHANDLER, McKINLEY<br>& ZITO<br>5847 SAN FELIPE<br>HOUSTON, TEXAS 77057 | TODD RIDDLE | NICK ZITO | FRIEMEL v.<br>ARKANSAS GLASS |
| 12/19/03 | GEORGE J. JOSEPH<br>BAILEY & WYANT<br>405 CAPITOL STREET<br>SUITE 3710<br>CHARLESTON, WV 25337 | JAMES BORDAS | GEORGE JOSEPH<br>DAVID FENWICK | EVANS v. AMERICAN<br>DISPOSAL SERVICE |
| 01/21/04 | JACK OWEN<br>BALL BALL, MATTHEWS &<br>NOVAK<br>2000 INTERSTATE PARK DRIVE<br>SUITE 204<br>MONTGOMERY, AL 36109 | MATT MINNER | JACK OWEN | KAIRIS v. McDONALD |
| 01/29/04 | GARY W. KLAGES<br>PATTON & RYAN, LLC<br>ONE IBM PLAZA, SUITE 2900<br>CHICAGO, IL 60611 | DAVID HOLUB | GARY KLAGES | WRIGHT v. RICKY<br>WESTRAY |
| 02/27/04 | BILL D. REYNOLDS<br>NOLAN, CADDELL & REYNOLDS<br>122 NORTH 11TH STREET<br>P.O. BOX 184<br>FORT SMITH, AR 72902 | BILL REYNOLDS | ROBERT HONEA | STEWART v.<br>KIRKWOOD TRKG |
| 03/02/04 | FREIDRICK W. SEITZ<br>MUCHISON & CUMMING<br>901 SOUTH GRAND AVENUE<br>9TH FLOOR<br>LOS ANGELES, CA 90017 | JAMES P. CARR | FRITZ SEITZ | TUNZI v. PENSACOLA<br>AUTO TRANSPORT |
| 03/10/04 | DAVID L. SARGENT<br>HERMES SARGENT BATES<br>1717 MAIN STREET, SUITE 3200<br>DALLAS, TX 75201 | DANIEL SOREY | DAVID SARGENT<br>CHUCK SHIVER | HOPKINS v.<br>SHARKEY TRANSP. |
| 03/24/04 | GRAY T. CULBREATH<br>COLLINS & LACY<br>1330 LADY STREET<br>SUITE 601<br>COLUMBIA, SC 29201 | PAT MCWHIRTER<br>DAVID FEDOR | GRAY CULBREATH | SANDERS v. GARY<br>R. NICKOLS |

## Whitney G. Morgan - Publication List

1. Hours of Service, Overdrive Magazine, October 1989

2. Notification, Reporting and Recording of Accidents, Overdrive Magazine, Issue unknown

3. Transportation of Hazardous Materials - Driving and Parking Rules, Overdrive Magazine, Issue unknown

4. D.O.T. Compliance - Questions and Answers, Overdrive Magazine, Issue unknown

5. Moving Transportation into the 21st Century - Overview of The Transportation Equity Act (PL 105 178), Transportation Equipment News, January 2000

6. A Former Field Agent's Perspective - The New D.O.T. Safety Administration, Transportation Equipment News, March 2000

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE AND AMELIA GUERRA, INDIVIDUALLY AND GUADALUPE GUERRA AS ADMINISTRATOR OF THE ESTATE OF CINDY GUERRA, DECEASED; AMELIA GUERRA AS TEMPORARY GUARDIAN OF THE PERSON AND ESTATE OF LISA GUERRA, FORMERLY AN INCAPACITATED PERSON; RENE GARZA AND PATRICIA GARZA, INDIVIDUALLY AND RENE GARZA AS ADMINISTRATOR OF THE ESTATE OF JENNIFER GARZA, DECEASED; AND GRACIELA MARROQUIN AS TEMPORARY GUARDIAN OF THE PERSON AND ESTATE OF JOSE ANGEL ALFARO, JR., FORMERLY AN INCAPACITATED PERSON; JOSE ANGEL ALFARO, JR., INDIVIDUALLY; AND LISA GUERRA, INDIVIDUALLY | § § § § § § § § § § § § § § § § § § § § § § § § | |
|      Plaintiffs, | | CIVIL ACTION NO.  B-03-142 |
| | | TRIAL BY JURY REQUESTED |
| VS. | | |
| ALLIED VAN LINES, INC. | | |
|     Defendant. | | |

# DOCUMENTS SUBMITTED TO THE COURT
# IN-CAMERA

# CURRICULUM VITAE

Revised: October 10, 2003

**NAME**:                    Arthur R. Tarbox, Ph.D., A.B.P.P.


1987-Present:    Private Practice; &
                 Clinical Associate Professor, University of  Texas
                 Medical School-Houston

Formerly:        Associate Professor (tenured)
                 Department of Psychiatry and Behavioral Sciences
                 University of Texas Medical School-Houston
                 Houston, Texas    77030

                 Associate Director
                 Outpatient Psychiatry Service
                 University of Texas Medical School-Houston
                 Houston, Texas    77030

**ADDRESS**:

Home:            3124 Amherst
                 Houston, Texas    77005

Work:            Plaza Medical Center
                 1200 Binz, Suite 1365
                 Houston, Texas    77004


**BIRTHDATE**:   October 17, 1947


**CITIZENSHIP**:   United States


**UNDERGRADUATE EDUCATION**:

1969             University of Miami
                 B.S., Chemistry & Psychology
                 Minor in Biology

Arthur R. Tarbox, Ph.D., ABPP
2.

**GRADUATE EDUCATION:**

| | |
|---|---|
| 1977 | Emory University<br>M.A., Clinical Psychology |
| 1979 | Emory University<br>Doctor of Philosophy<br>Clinical Psychology |
| 1978-1979 | University of Texas Health Science Center<br>at Dallas<br>Southwestern Medical School<br>Fellow, Clinical Psychology |

**ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| 1987-Present | Clinical Associate Professor<br>Department of Psychiatry and Behavioral Sciences<br>University of Texas Medical School at Houston |
| Sept. 1, 1986 | Associate Professor (tenured)<br>Department of Psychiatry and Behavioral Sciences,<br>University of Texas Medical School at Houston |
| Nov. 11, 1979 | Assistant Professor<br>Department of Medicine (Psychiatry)<br>University of Texas M.D. Anderson Hospital and<br>Tumor Institute |
| Sept. 1, 1979 | Assistant Professor<br>Department of Psychiatry and Behavioral Sciences<br>University of Texas Medical School at Houston |

**PROFESSIONAL APPOINTMENTS:**

| | |
|---|---|
| 1990-1998 | Chief Psychologist, Park Plaza Hospital |
| 1989-1996 | Clinical Coordinator, Chronic Pain Unit,<br>St. Luke's Hospital |
| 1985 - 1987 | Associate Director,<br>Outpatient Psychiatry Services<br>The University of Texas Medical School at Houston |

Arthur R. Tarbox, Ph.D., ABPP
3.

1981 - 1986    Consultant,
               Pain Clinic
               The University of Texas M.D. Anderson Hospital and
               Tumor Institute

1979 - 1986    Director,
               Stress Disorders Clinic, UTMSH

1979 - 1981    Associate Director,
               Pain Clinic
               The University of Texas M.D. Anderson Hospital
               and Tumor Institute

**APPOINTMENTS:**

Specified Professional/Hermann Hospital
Specified Professional/St. Luke's Episcopal Hospital
Specified Professional/West Oaks & Cypress Creek  Hospitals
Specified Professional/AMI Park Plaza Hospital
Specified Professional/St. Joseph's Hospital
Examiner, Licensure Exam, Texas State Board of Examiners of
Psychologists
Examiner, Diplomate Exam, American Board of Professional
Psychology

**LICENSURE:**

1980:  Clinical Psychologist

**CERTIFICATION:**

1979:  Certified as Clinical Psychologist,
       Texas State Board of Examiners

1988:  Diplomate, American Board of Professional Psychology

1994:  Fellow, Academy of Clinical Psychology

**PROFESSIONAL ORGANIZATIONS:**

1979   American Psychological Association

1979   Southeastern Psychological Association

1979   Houston/Galveston Family Therapy Consortium, Faculty
       Member, 1979 - present;
       Membership Committee, 1980 - 1981

Arthur R. Tarbox, Ph.D., ABPP
4.

1979   Biofeedback Society of America, 1979-present
       Membership Committee, 1984 - 1985

1980   Biofeedback Society of Harris County, Executive Board
       Member, 1980 - 1983, President, 1984 - 1986

1982   Texas Psychological Association

1983   Houston Forum on Aging, Committee on Mental Health

1984   Southwestern Psychological Association

1985   Houston Behavior Therapy Association

1986   American Psychological Association:

       Division 12:  Clinical Psychology

       Division 30:  Psychological Hypnosis

       Division 38:  Health Psychology

1987   Association for Advancement of Behavior Therapy

**HONORS:**

1979   Member, Signa Xi, The Scientific Research Society

1980   Outstanding Young Men in America

1982   Who's Who in the South and Southwest

1983   Who's Who in Biobehavioral Sciences

1983   Who's Who in Frontier of Science and Technology

1988   Board of Directors, National Pain Foundation

**AWARDS:**

1983      Mark Keller Award, "Best and Most Signifi         cant
          Article in Journal of Studies on Alcohol".

Arthur R. Tarbox, Ph.D., ABPP
5.

1983 - 1986     Co-Principal Investigator, "Psychiatry
Comprehensive Institutional Training" grant
awarded by NIMH, 20% time (Principal Investigator,
Louis A. Faillace, M.D.) (1-TO1-MH17808-01).

1983 - 1986     Co-Principal Investigator, "Medical Student
Training in Psychiatry" grant awarded by NIMH, 20%
time (Principal Investigator, Louis A. Faillace,
M.D.) (5-TO1-MH135-09).

1984     "Excellence in Teaching"  Basic Sciences Award,
The University of Texas Medical School at
Houston.

1985     Outstanding Teacher in Psychiatry, Honorable
Mention, The University of Texas Medical School
Houston.

1985 - 1988     Co-Investigator, "M aintaining Treatment Gains
Among Problem Drinkers" grant awarded by
N.I.A.A.A., 10% time (Principal Investigator,
Gerard J. Connors, Ph.D.). (# 1 R23 AA06103-01A1).

## EDITORIAL POSITIONS:

1985-
Present     American Journal of Drug and Alcohol Abuse,
Editorial Board

1985 - 1987     Biofeedback:  Clinical and Applied Research
Journal Editor

## AD HOC REVIEWER:

1979 -
Present     Journal of Studies on Alcohol,
Editorial referee

1983 -
Present     Professional Psychology: Research and Practice,
Editorial referee

1983 - 1988     Clinical Gerontologist,
Editorial referee

1989 -
Present     Addictive Behaviors,
Editorial referee

Arthur R. Tarbox, Ph.D., ABPP
6.

## SERVICE ON UNIVERSITY OF TEXAS MEDICAL SCHOOL AT HOUSTON COMMITTEES:

1980 - 1986    Admissions Committee

1985 - 1986    Faculty Senate

1985 - 1986    LCME Institutional Self-Study Committee
               (Chairman:  Robert Marshall, M.D.)

1983 - 1986    Houston Forum on Aging, Committee on Mental Health

1981 - 1986    Medical Student Education Committee, Department of
               Psychiatry

1982 - 1986    Served on three Psychiatry department faculty
               search committees

## MEDICAL STUDENT EDUCATION/RESIDENT TRAINING

1988- Present  Supervision for PGY-III psychiatry residents.

1988-Present   Course Director:  Cognitive/Behavioral Strategies;
               Hypnosis and Quieting Techniques  , Three weekly
               seminars for PGY-III psychiatry residents.

1981 - 1986    Course Director:   Interviewing and Communication
               Skills, Sophomore Medical Students' Course.

1980 - 1986    Course Director:   Introduction to Psychotherapy:
               Interviewing Skills weekly year -long seminar for
               PGY-III psychiatry residents and psychology
               interns.

1980 - 1986    Course Director:  Senior Medical Student Elective,
               "Behavioral Medicine", a 40 hr./week one
               month elective (average of 6/year).

1980 - 1986    Course Director:  Seminar on Behavior Therapy,
               10 week long seminar for PGY   -III residents in
               psychiatry.

1980 - 1986    Journal Club, Psychiatry Residents (1/year).

1980 - 1986    Weekly Individual Supervision, PGY-III
               psychiatry resident and psychology intern.

Arthur R. Tarbox, Ph.D., ABPP
7.

1980 - 1986    Preceptor, UTMSH Summer Fellowship
Program "Behavioral Medicine" (2 freshmen/year).

1979 - 1986    Weekly Case Conference for PGY        -III
residents in psychiatry (year-long).

Plus various assigned lectures to 1st. and 2nd. year medical
students (e .g., "Social Learning Theories", "Personality
Disorders", "Behavioral Medicine", "Interviewing Skills, The
Doctor-Patient Relationship", etc.

1999 - Present  Adjunct Faculty, Bi -monthly rounds with 2nd year
Residents, Memorial Family Practice Residency Program.

**Grand Rounds, Department of Psychiatry**

1979        "Clinical Applications of Biofeedback"

1980        "Hypnosis:  Indications and
Contraindications"

1981        "Phobias and Behavior Therapy:  A Case
Study" (with Lee Woodham, M.D.)

1983        "The Controlled Drinking Controversy"
(with Gerard J. Connors, Ph.D.)

1984        "Social Learning Theory:  A Case Study"
with Roy Aruffo, M.D., and Douglas Stockwell,
M.D.)

1991        "Chronic Pain Management and the Use of
Hypnotic Techniques"

<u>Other</u> <u>Lectures</u>

1982        Grand Rounds in Dermatology:
"Biofeedback Therapy and Dermatologic Disease"

1982        Grand Rounds in Ophthalmology:
"Biofeedback and the Treatment of Blepharospasm"

1982        UTHSC-TV Grand Rounds, "Clinical
Application of Biofeedback"

Arthur R. Tarbox, Ph.D., ABPP
8.

| 1984 | UT-TV  "Treating Early Stage Problem Drinking" (2 hours AMA credit) |
| 1982 - 1986 | Annual Noontime Seminar for Phi Delta Epsilon:  "Behavioral Medicine and Stress Management" |
| 1982 - 1986 | Active Member, Faculty-Student Coterie (Preceptor for 5-6 freshmen/year) |
| 1983 - 1986 | Active Member, Freshmen Student Retreat |
| 1990 | Grand Rounds in Surgery: "Post-Traumatic Stress Disorder and Burn Patients" |
| 1992 | Grand Rounds in Orthopedic Surgery:  "Post Traumatic Stress Disorder in traumatic amputees and crush injuries" |
| 1994 | Interesting Trauma Cases Presentation/with James H. Duke, M.D., Chief, Trauma Service at Hermann Hospital: "Post-Traumatic Stress Disorder" |
| 1996 | Grand Rounds in Surgery: Post-Traumatic Stress Disorder; University of Texas Medical School |

Teaching Materials:

1.  Tarbox, A.R.:  "Interviewing and Communication Skills in the Doctor-Patient Relationship", Psychiatry and Behavioral Sciences Syllabus, The University of Texas Medical School at Houston, 1984.

**PUBLICATIONS**

A.  Abstracts

1.  Connors, G.J. and Tarbox, A.R.:  Aftercare, an important, neglected research issue. Alcoholism: Clin. and Exp. Res., 7:107, 1983.

2.  Connors, G.J., Tarbox, A.R., Faillace, L.A.:  Modifying drinking behavior in high risk situations.  Alcoholism: Clin. and Exp. Res., 7:107, 1983.

3.  Tarbox, A.R., Weigel, J.D., Lam, F.T., and Biggs, J.T.: Internal scanning and behavioral regulation in alcoholics:  Implications for treatment outcome. Alcoholism:  Clin. and Exp. Res., 7:118, 1983.

Arthur R. Tarbox, Ph.D., ABPP
9.

4. Tarbox, A.R., Connors, G.J., and Faillace, L.A.:
Alcohol beliefs among problem drinker treatment seekers
and nonseekers. Proce edings and Abstracts of the
Southwestern Psychological Association Annual
Convention, 1985.

5. Connors, G.J., Tarbox, A.R., and McLaughlin, E.J.:
Contrasting binge and continuous alcoholic drinker
using demographic and drinking history variables.
Alcohol Drug Res., 5:76, 1987.

6. Connors, G.J., Tarbox, A.R., and Faillace, L.A.:
Differentiating alcohol abusers on the basis of alcohol
expectancies. Alcohol Drug Res., 5:77, 1987.

7. Tarbox, A.R., Connors, G.J., and McLaughlin, E.J.:
Effects of Drinking Pattern on Neuropsychological
Performance among Alcohol Misusers. Alcohol Drugs and
Driving, 3:61, 1987.

8. Connors, G.J., Ta rbox, A.R., Faillace, L.A.: Heavy
drinkers seeking to reduce alcohol intake:
characteristics and six -month follow -up. Alcoholism:
Clin. Exp. Res., 12:132, 1988.

B. <u>Refereed Original Articles in Journals</u>

1. Heilbrun, A.B., Jr., and Tarbox, A.R.: Cognitive
structure and behavioral regulation in alcoholics:
Implications for treatment outcome. Brit. J. Alcohol
Alcoholism 13:65-73, 1978.

2. Tarbox, A.R., and Hollender, J.W.: Simulated jury
decisions: The influence of sex of juror and degree of
pre-meditation of the defendant. Psychol. Doc.,
43:365-367, 1978.

3. Tarbox, A.R.: Patterns of self-regulation and sense of
competence among Male alcoholics. J. Std. Alcohol,
40:860-867, 1978.

4. Heilburn, A.B., Jr., Tarbox, A.R., and Madison, J.D.:
Cognitive structure and behavioral regulation in
alcoholics. J. Stud. Alcohol, 49:441-453, 1979.

5. Kimsey, L.R., Tarbox, A.R, and Bragg, D.F.: Abuse of
the elderly - The hidden agenda. I. The caretakers and
categories of abuse. J. Am. Ger. Soc., 29:462    -472,
1981.

Arthur R. Tarbox, Ph.D., ABPP
10.

6.  Bragg, D.F., Kimsey, L.R., and Tarbox, A.R.:  Abuse of
    the elderly - The hidden agenda.  II.  Future research
    remediation.  J. Am. Ger. Soc., 29:503-507, 1981.

7.  Biggs, J.T., Kimsey, L.R., and Tarbox, A.R.:
    Prediction of response to tricyclic antidepressants.
    Med. J. St. Joseph's Hosp., 17:117-120, 1982.

8.  Tarbox, A.R.:  The elderly in nursing homes:
    Psychological aspects of neglect.  Clin. Gerontologist,
    l:39-52, 1983.

9.  Wilkin, J.K., and Tarbox, A.R.:  Biofeedback training
    and the therapy of flushing.  Cutis, 31:74-75, 1983.

10. Tarbox, A.R.:  Alcoholism, biofeedback, and internal
    scanning.  J. Stud. Alcohol, 44:246-261, 1983.

11. Tarbox, A.R.:  Neuromuscular learning in middle-stage
    alcoholics.  Alcoholism:    Clin. Exp. Res., 7:38 -41,
    1983.

12. Tarbox, A.R., Weigel, J.D., and Biggs, J.T.:   A
    cognitive typology of Alcoholism:  Implications for
    treatment outcome.  Am. J. Drug Alcohol Abuse, 11:91-
    101, 1985.

13. DeFranco, C., Tarbox, A.R., and McLaughlin, E.J.:
    Cognitive deficits as a function of years of alcohol
    abuse.  Am. J. Drug Alcohol Abuse, 11:279-293, 1985.

14. Tarbox, A.R., Jankovic, J., and Wilkins, R.B.:  Effects
    of electromyographic biofeedback in the treatment of
    blepharospasm.  Adv. Ophthal. Plas. and Recon. Surg.,
    4:243-260, 1985.

15. Tarbox, A.R., and Morse, C.:  Psychological aspects of
    chronic illness:  Blepharospasm.  Adv. Ophthal. Plastic
    and Recon. Surg., 4:147-161, 1985.

16. Connors, G.J., Tarbox, A.R., & McLaughlin, E.J.:
    Contrasting binge and continuous alcoholic drinkers
    using demographic and drinking history variables.
    Alcohol and Alcoholism, 21:104-110, 1986.

Arthur R. Tarbox, Ph.D., ABPP
11.

17. Tarbox, A.R.:  Clin. applications of biofeedback: Current status.  Biofeedback: Clin. App. Res., 1:1015, 1986.

18. Tarbox, A.R.:  Maintenance of treatment gains in biofeedback training.  Biofeedback: Clin. App. Res., 1:22-29, 1986.

19. Tarbox, A.R., Neiderhe, G., and Schneider, E.: Attitudes of medical students toward the elderly: another look.  M.D. Practice, 3:37-41, 1986.

20. Tarbox, A.R., Connors, G.J., and McLaughlin, E.J.: Neuropsychological performance among alcohol abusers: Effects of age, duration of problem drinking, and drinking pattern.  J. Stud. Alcohol, 47:176-179, 1986.

21. Mancusi-Ungaro, H.R., Tarbox, A.R., & Wainwright, D.J.: Post-traumatic stress disorder in electric burn patients.  J. Burn Care & Rehab., 7:521-525, 1986.

22. Tarbox, A.R., Connors, G.J., & Faillace, L.A.: Attitudes of medical students toward the elderly: a longitudinal study. J. Med. Educ., 62:582-587, 1987.

23. Connors, G.J., Tarbox, A.R. and Faillace, L.A.: Achieving and maintaining gains among problem drinkers: process and outcome results. Behavior T herapy, 23:449-474, 1992.

24. Connors, G.J., Tarbox, A.R., and Faillace, L.A.: Changes in alcohol expectancies and drinking behavior among treated problem drinkers.  J. Stud. Alcohol, 54: 676-683, 1993

C.  <u>Chapters</u>

1. Connors, G.J. and Tarbox, A.R.:  Macroenvironmental factors as determinants of substance use and abuse. M. Galizio and S.A. Maisto (eds.) <u>Determinants of Substance Abuse:  Biological, Psychological, and Environmental Factors.</u>  New York: Plenum, pp. 283-314, 1985.

2. Connors, G.J., and Tarbox, A.R.:  The Michigan Alcoholism Screening Test (MAST):  Overview and clinical applications.  In D.J. Keyser and R.C. Sweetland (Eds.), <u>Test Critiques</u>. Kansas City: Test Corporation of America, pp. 439-446, 1985.

Arthur R. Tarbox, Ph.D., ABPP
12.

3.    Maisto, S.A., Connors, G.J., and Tarbox, A.R.:
Evaluating programs for drinking drivers:
Methodological considerations.  In Proceedings of the
40th Anniversary Meeting of the National Council on
Alcoholism, New York: NCA, 1988.

4.    Tarbox, A.R., and Connors, G.J.:  Stress management in
the treatment of chronic pain syndrome.  In M. Russell
(Ed.), Stress management for chronic disease. New York:
Pergamon, pp. 109-130, 1988.

D.   Other Professional Communications

1.    Tarbox, A.R.:  Self     -esteem and self    -control in
alcoholism.  Paper presented at the 28th Annual
Convention of the Southeastern Psychological
Association, Atlanta, Georgia, 1978.

2.    Tarbox, A.R.:  Alcoholism, biofeedback, and internal
scanning.  Paper presented at the 88th Annual
Convention of the American Psychological Association,
Montreal, Canada, September, 1980.

3.    Tarbox, A.R.:  Categories of neglect.  Paper presented
at A Place to Come Home, symposium on medical, legal,
and community response of nursing home patients,
Office of the Attorney General of Texas. Austin, Texas,
March 6, 1981.

4.    Tarbox, A.R.:  Biofeedback in blepharospasm:
Preliminary results.  Paper presented at the Conference
on Ophthalmic Plastic and Reconstructive Surgery,
University of Texas Medical School, Houston, Texas,
October 9, 1982.

5.    Tarbox, A.R., Weigel, J.D., Lam, F.T., and Biggs, J.T.:
Internal scanning and behavioral regulation in
alcoholics: Implications for treatment outcome.  Paper
presented at the Fourth Annual Convention of the Texas
Research Society on Alcoholism, Austin, Texas, 1983.

6.    Tarbox, A.R.:  The role of cognitive functioning in
alcoholism treatment.  Paper presented at the Annual
Meeting of the Texas Psychological Association, San
Antonio, Texas, November 3, 1983.

Arthur R. Tarbox, Ph.D., ABPP
13.

7.    Maisto, S.A., Connors, G.J., and Tarbox, A.R.:
      Evaluating programs for drinking driver          s:
      Methodological considerations.  Paper presented at the
      Annual Meeting of the National Alcoholism Forum, 1984.

8.    Tarbox, A.R., DeFranco, C., and McLaughlin, E.J.:
      Cognitive deficits as a function of years of alcohol
      abuse.  Paper presented at the Third International
      Conference on Treatment of Addictive Behaviours,
      Edinburgh, Scotland, August 12, 1984.

9.    Tarbox, A.R., Weigel, J.D., and Biggs, J.T.:  A
      cognitive typology of alcoholism: Implications for
      treatment outcome.  Paper presented at the Third
      International Conference on Treatment of Addictive
      Behaviours, Edinburgh, Scotland, August 12, 1984.

10.   Tarbox, A.R., Connors, C.J., and Faillace, L.A.:
      Alcohol beliefs among problem drinker treatment seekers
      and nonseekers.  Paper presented at the Annual Meeting
      of the Southwestern Psychological Association, Austin,
      Texas, April, 1985.

11.   Connors, G.J., Tarbox, A.R., and McLaughlin, E.J.:
      Contrasting binge and continuous alcoholic drinkers
      using demographic and drinking history variables.
      Presented at the Texas Research Society on Alcoholism,
      Austin, Texas, July, 1985.

12.   Mullins, D., Bacorn, C., and Tarbox, A.R.:  Teaching
      interviewing skills to medical students.  Paper
      presented at the American Psychological Association,
      Los Angeles, California, August, 1985.

13.   Tarbox, A.R., Connors, G.J., and McLaughlin, E.J.:
      Cognitive factors and behavioral regulation:  Effects
      of pattern and duration of alcohol abuse.  Paper
      presented at the 19th Annual Meeting of the Association
      for the Advancement of Behavior Therapy, Houston, Texas,
      November, 1985.

14.   Connors, G.J., Tarbox, A.R., and Faillace, L.A.:
      Differentiating alcohol abusers on the basis of alcohol
      expectancies.  Paper presented at the annual meeting
      of the Texas Research Society on Alcoholism, Austin,
      Texas, July, 1986.

Arthur R. Tarbox, Ph.D., ABPP
14.

15. Connors, G.J., Tarbox, A.R., and Kelley, J.T.:
Perceived self-efficacy and post treatment functioning
among chronic pain patients.  Paper presented at
the Annual Meeting of the Association for Advancement
of Behavior Therapy, Chicago, Illinois, November, 1986.

16. Tarbox, A.R., Connors, G.J., Faillace, L.A.:
Maintaining gains among treated problem drinkers.
Paper presented at the Fourth International Conference
on Treatment of Addictive Behaviours, Bergen, Norway,
August, 1987.

17. Connors, G.J., Tarbox, A.R., Faillace, L.A.: Heavy
drinkers seeking to reduce alcohol intake:
characteristics and six-month follow-up. Paper
presented at the Annual Meeting of the Research Society
on Alcoholism, Beaver Creek, Colorado, June, 1989.

18. Connors, G.J., Tarbox, A.R., Faillace, L.A.:  Post   -
treatment use of drinking reduction techniques:
relationship to drinking outcome.  Paper presented at
the Annual Meeting of the Association for Advancement
of Behavior Therapy, Washington, D.C., November, 1989.

19. Connors, G.J., Tarbox, A.R., Faillace, L.A .:  Changes
in alcohol expectancies and drinking behavior among
treated problem drinkers.  Paper presented at the
annual meeting of the American Psychological
Association, Boston, August, 1990.

20. Connors, G.J., Tarbox, A.R., & Faillace, L.A.:  Self
initiated changes among untreated problem drinkers.
Paper presented at the annual meeting of the
Eastern Psychological Association, New York, April,1991.

21. Connors, G.J., Tarbox, A.R., & Faillace, L.A.:
Validity of reports of low quantities of alcohol
consumption among treated problem drinkers.  Paper
presented at the annual meeting of the Research
Society on Alcoholism, Marco Island, Florida, June,
1991.

22. Connors, G.J., Tarbox, A.R., & Faillace, L.A.:
Maintaining gains among treated problem drinkers:
18-month post treatment results.  Paper presented at
the annual meeting of the American Psychological
Association, San Francisco, August, 1991.

Arthur R. Tarbox, Ph.D., ABPP
15.

23.  Connors, G.J., Lapp, W.M., and Tarbox, A.R.:
     Stability and instability in drinking following
     successful treatment of problem drinking.  Paper
     presented at the 6th International Conference on
     Treatment of Addictive Behaviors, Santa Fe, January,
     1993.

24.  Lapp, W.M., Connors, G.J., and Tarbox, A.R.:
     Profiles of success in a drinking reduction program.
     Paper presented at the 7th International Conference on
     Treatment of Addictive  Behaviors, Netherlands, May,
     1996.

E.   Invited Addresses

     1.  Tarbox, A.R.:  Cognitive factors and self-regulation
         in alcoholics.  Invited address, Texas Research
         Institute of Mental Sciences, Houston, Texas, April
         18, 1980.

     2.  Tarbox, A.R.:  The role of biofeedback training in
         the management of stress.  Invited address at the
         25th Annual Convention of the Texas Psychological
         Association, Houston, Texas, 1981.

     3.  Tarbox, A.R.:  Stress management techniques.  Invited
         address at the 4th Annual Convention of the Texas
         Biofeedback Society, Dallas, Texas, 1981.

     4.  Tarbox, A.R.:  Clinical issues in biofeedback therapy.
         Invited address at the symposium on Behavioral
         Medicine, Texas Research Institute of Mental Sciences,
         Houston, Texas, June 22, 1982.

     5.  Tarbox, A.R.:  Clinical applications of biofeedback.
         Invited address, Symposium on Stress. UT/Tyler and
         Tyler MHMR, Tyler, Texas, May, 1983.

     6.  Tarbox, A.R., Kelley, J.M., and Connors, G.J.:  Stress
         management and chronic back pain: Diagnosis.  Invited
         address, Symposium on Clinical Management of Stress in
         Medicine.  Sponsored by the Houston Behavior Therapy
         Association and Houston Psychological Association,
         Houston, Texas, May, 1984.

     7.  Connors, G.J. and Tarbox, A.R.:  Stress management and
         chronic back pain: Tr    eatment.  Invited address,
         Symposium on Clinical Management of Stress in Medicine.
         Sponsored by the Houston Behavior Therapy Association
         and Houston Psychological Association, Houston, 1984.

Arthur R. Tarbox, Ph.D., ABPP
16.

8.    Tarbox, A.R.:  Clinical applications of biofeedback
      training.  Invited address, Symposium on Introduction
      to Biofeedback, Texas Women's University, Houston,
      Texas, September, 1985.

9.    Tarbox, A.R., Moderator:  Stress management and pain
      control.  Panel discussion, Fifth General Meeting of
      the American Pain Society, Dallas, Texas, October,
      1985.

10.   Tarbox, A.R.:  Biofeedback training in the treatment of
      visual and ophthalmologic disorders.  Invited address,
      Annual Meeting of the Texas Biofeedback Society,
      Houston, Texas, October 17, 1986.

11.   Tarbox, A.R. and Connors, G.J.:  Early stage problem
      drinking.  Invited address, Grand Rounds in
      Psychiatry, Baylor College of Medicine, Houston, Texas,
      November, 1986.

12.   Tarbox, A.R.:  The role of stress in chronic pain:
      Evaluation and treatment.  Invited address, Seminar on
      Chronic Pain and the Primary Physician, University of
      Texas Medical School at Houston, Texas, November, 1987.

13.   Tarbox, A.R.:  The role of stress in chronic pain:
      Evaluation and treatment.  Invited address, Seminar on
      Chronic Pain and the Primary Physician, Univer sity of
      Texas Medical School at Houston, Texas, November, 1988.

14.   Tarbox, A.R.:  The role of stress in chronic pain:
      Evaluation and treatment.  Invited address, Seminar on
      Chronic Pain and the Primary Physician, University of
      Texas Medical School at Houston, Texas, December, 1989.

15.   Tarbox, A.R.:  "Stress Management In Transplantation",
      Invited address at the Annual Meeting of the Texas
      Transplant Society, Austin, Texas, July, 1990.

16.   Tarbox, A.R.:  "Post-Traumatic Stress Disorder",
      The University of Texas Plastic Surgery Grand Rounds,
      The University of Texas Medical School at Houston,
      Texas, October, 1990.

Arthur R. Tarbox, Ph.D., ABPP
17.

17.    Tarbox, A.R.:  "Hypnosis and Chronic Pain Management",
       Invited Address, Grand Rounds in Psychiatry, University
       of Texas Medical School at  Houston, Texas, August,
       1991.

18.    Tarbox, A.R.:  "Post-Traumatic Stress Disorder", Invited
       Address, Hermann Hospital Case Staffing, Division of
       Social Work, Houston, Texas, February, 1992.

19.    Tarbox, A.R.:  "Stress and Trauma", Invited Address,
       1992 Spring Institute, Southwest Center for Occupational
       and Environmental Health/University of Texas School of
       Public Health, March, 1992.

20.    Tarbox, A.R.:  "Post-Traumatic Stress Disorder in
       Multiple  Trauma Patients", Invited Address, Grand
       Rounds in Surgery, Division of Orthopedic Surgery,
       University of Texas Medical School at Houston, Texas,
       July, 1992.

21.    Tarbox, A.R.:  "Post    -Traumatic Stress Syndrome",
       Invited Address, 1992 TARPPS 10th Annual Conference/J.W.
       Marriott  Galleria at Houston, Texas,  October 1, 1992.

22.    Tarbox, A.R.:  "Anxiety and Panic Disorders,"
       Invited Address, University of Texas Medical School,
       Department of Psychiatry, Houston, Texas; case
       discussant, November 11, 1992.

23.    Tarbox, A.R.: "Stress and Chronic Disease: Care for
       the Caregiver", Invited Address , University of Texas
       Medical School/Hermann Hospital, Houston,Texas, October
       28, 1993.

24.    Tarbox, A.R.:  "Pain Management: Multidisciplinary and
       Individual Practice Perspectives", Panel Discussant,
       Annual Meeting of the Texas Psychological Association,
       Houston, Texas, November 12, 1994.

25.    Tarbox, A.R.: "Post-Traumatic Stress Disorder", Invited
       Address, Grand Rounds in Surgery, University of Texas
       Medical School at Houston, Texas, October, 1996.

26.    Tarbox, A.R.: "Post-Traumatic Stress Disorder", Invited
       Address, Grand Rounds in Surgery, University of Texas
       Medical School at Houston, Texas, March, 2000.

27.    Tarbox, A.R.: "Post-Traumatic Stress Disorder", Invited
       Address, Grand Round in Surgery, University of Texas
       Medical School in Houston, Texas, May, 2002.

## TESTIMONY BY DR. TARBOX

| | | |
|---|---|---|
| 04/25/00 | James Copeland | Yates & Kelly |
| 09/13/00 | Emiliane Farciert | Frank Gerald |
| 05/14/01 | Robert Simien | Ireson & Weizel |
| 05/16/01 | Theresa Timmons | Glover, Miller, Lewis & Prebeg |
| 08/13/01 | Arturo Ontiveros | Williams Bailey |
| 10/14/01 | Steve/Mary Blatchley | Muir (Hartford, CT) |
| 05/10/02 | Maria Martinez | Fletcher & Simmons |
| 07/25/02 | Fabian Arreola | John Flood (Corpus Christi) |
| 10/30/02 | R. Branning/Wenler | Larry Walton |
| 07/25/03 | Kevin Graves | Provost & Umphrey |
| 05/25/03 | Melissa Barclay | Wade & Quinn |
| 05/13/03 | G. Sewell, M. Dutton, R. Bernard | Susman Godfrey |
| 07/30/03 | Goss, Kuper, Plemons, Hall | Williams Bailey |
| 01/07/04 | Perry Philips | Heard, Robins, Cloud & Greenwood |

## COURT APPEARANCES BY DR. TARBOX

| | | |
|---|---|---|
| 04/18/00 | Christopher Wood | Robert Kennedy |
| 10/12/00 | Al Francis | Solar & Assoc. |
| 11/06/02 | Branning, Wenzel | Larry Walton |
| 07/03/03 | Dr. Charlyne Brotemarkle | |
| 03/26/04 | Perry Philips | Heard, Robins, Cloud & Greenwood |

# FORENSIC FEE SCHEDULE

| | |
|---|---|
| Consultations in Office or via Telephone | $375.00/Hr. |
| Consultations Outside of Office (Portal to Portal) | $375.00/Hr. |
| Deposition In Office | $475.00/Hr. |
| Deposition Out of Office (Portal to Portal) | $475.00/Hr. |
| Court Testimony (Portal-to-Portal) | $575.00/Hr. |
| Preparation Time (Consultation, Deposition, Court Testimony) | $375.00/Hr. |
| Evaluation/Interview of Patient/Client | $275.00/Hr. |
| Preparation/Dictation of Patient/Client Report | $275.00/Hr. |
| Review of Records (Including Preparation/Dictation of Report) | $275.00/Hr. |
| Copy of Patient/Client Records/Chart | $50.00 |
| Copy of Curriculum Vitae | $50.00 |

# LÓPEZ-KRAMBERG, INC.
### REHABILITATION CONSULTING

Viola G. López
L.P.C., C.R.C., C.D.M.S., C.L.C.P.

William J. Kramberg
L.P.C., C.R.C, C.D.M.S.

Brenda J. Owens
L.P.C., C.R.C., C.D.M.S.

Ann Jaime
R.N., M.S.N., C.D.M.S., C.L.C.P.

4606 Morningside Drive
Houston, Texas 77005
713-526-7215
FAX 713-526-0067

1122 Elizabeth Street
Corpus Christi, Texas 78404
361-883-6042
FAX 361-883-6019

April 26, 2004


William J. Stradley
Janie Jordan
Attorneys at Law
Mithoff & Jacks, LLP
500 Dallas, Suite 3450
Houston, Texas 77002

Re:   Jose Alfaro
DOB:  12-13-82
SSN:  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

Dear Ms. Jordan and Mr. Stradley :

I have completed my initial vocational assessment and analysis of wage earning capacity on your above-named referral.  Jose was seen in my office on 3-09-04 for the initial interview and partial vocational test administration and on 3-26-04 and 4-06-04 for completion of the initial interview and vocational testing  He was accompanied by his mother and stepfather who sat in on the first interview. Referral information was reviewed including records from Baton Rouge General Medical Center, Warm Springs Rehab Systems, Santa Rosa Independent School District and Arthur Tarbox, Ph.D.

Jose reports a history of an injury in a motor vehicle accident when rear-ended by a tractor-trailer truck with hospitalization in Baton Rouge, Louisiana from July, 2003 to October, 2003.  He was then followed briefly at Warm Springs Hospital and has subsequently seen Dr. Wainwright at Hermann Hospital Burn Center for follow-up care.  Jose sustained burns over approximately 80% of his body as well as amputation of most toes on both feet and partial loss of fingers of the left hand plus facial scarring.  He also reports balance problems and states that he tires easily, using a wheelchair for longer distances, walking short distances only.  He gives a history of multiple surgical procedures with additional surgeries pending to the left shoulder and the left hand as well as possibly a corrective surgery for his tracheotomy incision.

Jose Alfaro - Page 2

Jose also reports memory, concentration and word-finding problems as well as temperament issues. He also expressed the desire to see a mental health professional to hopefully assist in coping with his multiple problems.

Mr. Alfaro was hospitalized at Baton Rouge General Hospital on 7-22-03 and discharged on 10-31-03. His admission diagnosis was:

"1. Approximately 80% total body surface area second and third degree burns involving the face, chest, both arms and hands, the back and both legs.
2. Significant inhalation injury."

His Discharge Diagnosis was:

"1. Approximately 80% total body surface area burn inhalation injury.
2. Pneumonia.
3. Renal insufficiency secondary to Gentamicin toxicity.
4. Burn wound cellulitis."

Procedures performed at Baton Rouge General included:

"1. 07/20/03 -Escharotomies to all four extremities, with the exception of the right arm.
2. 07/23/03 - Tangential excision and excision to fascia in some areas of both legs, allografting of both legs and excision to fascia and grafting with Integra to the left arm and hand.
3. 07/24/03 - Bronchoscopy performed by Dr. Sheybani.
4. 07/28/03 - Excision to fascia and Integra grafting of the left chest, abdomen and flank, tangential excision and grafting with Transcyte to the right chest, abdomen and flank.
5. 08/04/03 - Tracheostomy.
6. 08/14/03 - Tangential excision and removal of allograft and grafting with cultured epithelial autografts and 4:1 meshed autograft to both legs, cultured cells to the left flank and chest, left arm and hand.
7. 09/04/03 - Tangential excision and split-thickness autografting of the left arm, hand and fingers, excision and TransCyte grafting of the left flank, debridement of devitalized tissue of the feet, and amputation of the left second through fifth toes and amputation of the right first through fourth toes.
8. 09/17/03 - Incisional grafting of the left flank and both feet, as well as amputation of the fifth metatarsal of the left foot.
9. 10/08/03 - Tangential excision and split-thickness skin grafting of the left flank, left posterior buttock, left posterior thigh, posterior aspect of both lower legs and the plantar aspect of both feet.

Jose Alfaro - Page 3

10.  10/23/03 - Left lower eyelid release with split-thickness skin graft, excision and grafting of the left shoulder, chest and spots to the left leg with amputation of the fourth and fifth fingers on the left."

Mr. Alfaro was subsequently admitted to Warm Springs Rehabilitation Hospital in Corpus Christi on 10-31-03 with discharge on 11-16-03 with diagnosis of:

"1.  Multiple trauma with multiple burns, status post second and third degree burns to eighty-five percent of his body.
2.  Status post multiple digit amputations.
3.  Status post smoke inhalation.
4.  Situational depression."

Jose's condition on discharge was noted as:

"Guarded.  He has been instructed to avoid contact with people with illnesses such as a common cold or flu, in order to help decrease his chances for secondary infections.  He further has been instructed to be worked up for worsening depression."

Jose was also seen by Arthur Tarbox, Ph.D. for psychological assessment, who in his report of 4-15-04 diagnosed:

"AXIS I:       Posttraumatic Stress Disorder, Chronic;
              Depressive Disorder NOS.

AXIS II:      N/A

AXIS III      80-85% TBSA Mixed 2nd & 3rd Degree Flame/Thermal
              Burns.

AXIS IV       Stressors:  Exposure to a life-threatening event;
              severe feelings of victimization; profound sense of
              disfigurement, along with numerous losses/limitations in
              terms of quality of life and functioning; along with a distinct
              sense of fear, anxiety, and helplessness regarding his future
              limitations and whether he will have any kind of life that
              can. seem meaningful (e.g. relationships, especially with
              women).

AXIS V        Current GAF = 50

Dr. Tarbox went on to state that Mr. Alfaro's scores on the Beck Depression Inventory placed him in the *"severe range of Depressive Symptomatology"*. . . was *"crying out for help"* as per the MMPI.  Dr. Tarbox recommended "medical

consultation and antidepressants, etc. Counseling was also recommended including frequent psychotherapy visits over the next two years.

Dr. Tarbox goes on to state that:

> "He is only twenty-one and single, and he now must learn to cope with a very altered body image and sense of self. Thus, he is currently fighting with the early stages of being a burn victim, namely that he has been extremely isolative and withdrawn, and he is clearly fighting problems with depressed mood, feeling disfigured, and feeling helpless, even hopeless, whenever he is out in public. He will continue to report suffering from intermittent "flashbacks", typically at least once or twice a week, along with frequent nightmares, intrusive recollections, and phobic avoidance of any stimuli that bring to mind the traumatic event. Affect will continue to typically be very tearful and labile, and mood is almost always depressed for the first year in such burn victims, especially when discussing any sense of disfigurement. Suicidal thoughts, either active or passive, are not uncommon. Such trauma victims invariably report significant feelings of helplessness as well as related guilt in terms of being a burden to others. That is, he has significant physical limitations, not the least of which is that she (sic) will be unable to cope with direct exposure to sunlight or being out in the Summer heat of South Texas for at least the nest several years, if not for a lifetime." . . .

Dr. Tarbox also states:

> "It is unfortunately the case for Mr. Alfaro that, to some degree, the remainder of his life will include bouts of anxiety, depressed mood, fears regarding becoming "victimized" again, fears regarding life-threatening trauma/illness, and extreme sensitivity and affective lability in terms of potential losses as his loved one age. His capacity to therefore relax and simply enjoy the day-to-day pleasures of life is therefore greatly diminished. . . . he will need psychiatric follow up for medications and psychological follow up for counseling, on an intermittent basis, through the course of his life."

Jose is a young, age 21, high school graduate who was an athlete playing multiple sports. He was working as a make-ready person at an automobile dealership in Harlingen at incident and also had a Learner's Permit for tractor-trailers, stating that he intended to pursue a vocational goal of commercial truck driver or possibly diesel mechanic.

Vocational testing was administered to Mr. Alfaro including the Wide Range Achievement Test (WRAT), Tests of Adult Basic Education (TABE) - Reading,

Jose Alfaro - Page 5

The Adult Basic Learning Evaluation (ABLE) - Reading Level 3, Beta III, the Slosson Intelligence Test (SIT-R) and the Career Assessment Inventory.

On the Wide Range Achievement Test, Mr. Alfaro had a reading standard score of 79, the 8th percentile and a 6th grade equivalency; a spelling standard score of 63, the 1st percentile and a 3rd grade equivalency and an arithmetic standard score of 75, the 5th percentile and a 5th grade equivalency.

Mr. Alfaro was also administered the Tests of Adult Basic Education - Reading - Advanced Level. He scored at the 4.6 grade level on this timed instrument. He was also administered the ABLE 3 Reading Comprehension which is untimed and scored at the 6.9 grade level.

Mr. Alfaro was also administered the Beta-III, scoring a Beta IQ of 86, the 18th percentile.

On the Slosson Intelligence Test, Mr. Alfaro had a Total Standard Score of 70, the 3rd percentile.   ·

Mr. Alfaro's high score on the Career Assessment Inventory was on the "R" Realistic theme.

Records from the Santa Rosa Independent School District were also reviewed. Jose was apparently enrolled in an ARD program in that he was exempt from the Texas Assessment of Academic Skills. He finished 79th in a graduating class of 80.

It is appropriate in the case of a younger individual who has not yet had the opportunity to demonstrate their earning capacity via actual earnings, to assess such based on occupational choices and/or levels of education.

Jose was 20 years of age at incident with expressed goals of pursuing commercial truck driving, i.e., tractor-trailers, as a vocational objective. He had been issued a learner's permit and intended to pursue his commercial license when ready to take the exam. His stepfather holds such a license, has worked as a driver and was apparently assisting Jose in pursuing such a goal.

Truck drivers heavy and tractor-trailer earn on average $13.16 per hour or $27,380 per year in Brownsville, Harlingen, San Benito, Texas as per _2002 Metropolitan Area Occupational Employment and Wage Estimates_ with approximately 1,360 individuals being so employed.

Mean earnings for such individuals in the State of Texas as a whole are $15.13 per hour or $31,480 per year.

Jose Alfaro - Page 6

The national mean hourly wage for tractor-trailer drivers is $16.52 per hour or $34,350 per year. Individuals in the 25th percentile earn $12.51 per hour or $26,020 per year and individuals in the 75th percentile earn $20.01 per hour or $41,610 per year.

Males, Hispanic of any race, high school graduates, who work full-time year round and were under 65 years of age had mean earnings of $32,375 per year as per *Table PINC-04- Educational Attainment, People 18 Years and Over by Total Money Earnings in 2002 - Age, Race, Hispanic Origin and Sex* (Source - Current Population Survey March, 2002).

Jose presents a significant medical/vocational profile. He sustained burns over approximately 80% of his body when the vehicle in which he was a passenger was rear-ended by a commercial vehicle. Although he has apparently not yet reached maximum medical recovery, nor has final residual functional capacity been assigned, it seems that given his ambulation/balance problems, use of manual wheelchair, etc., that he may be limited to, at best, sedentary type activities in an indoor temperature controlled environment in the future. It would also appear that he will be limited in finger/manual dexterity, particularly given the problems with his left non-dominant hand. There are also literacy deficits with grade school level functioning in reading pronunciation, spelling and math as well as significant limitations in reading comprehension. His performance reasoning ability is in the low average range and his verbal reasoning ability is in the borderline range. He also reports memory, concentration, word-finding difficulties as well as problems with his temperament, i.e., easily angered, etc., subsequent to the incident in question.

Employment is lower for people with a disability and much lower for those with a severe disability. Employment is lowest for those with mobility impairments. The employment rate of people with work disabilities in Texas is 34.2%, 65.8% are not working and more than two-thirds of the people with a work disability are not in the labor force in the U. S. as a whole. (*Chartbook on Work and Disability, 1998.*)

Jose has a quite guarded vocational prognosis. I do not feel that his return to competitive work activity is within vocational probability given his combination of impairments, i.e., severe burns, apparently necessitating sedentary indoor work plus finger/manual dexterity limitations as well as intellectual/educational issues, plus his severe depression and posttraumatic stress disorder. Given his educational deficits, he is not a good candidate for re-training.

I would appreciate any additional information as it becomes available through the discovery process so that I can update my report as appropriate.

Jose Alfaro - Page 7

Thank you for the opportunity to be of service.

Sincerely,

William J. Kramberg, L.P.C., C.R.C.

WJK:csh

# LÓPEZ-KRAMBERG, INC.

### REHABILITATION CONSULTING

Viola G. López
L.P.C., C.R.C., C.D.M.S., C.L.C.P.

William J. Kramberg
L.P.C., C.R.C, C.D.M.S.

Brenda J. Owens
L.P.C., C.R.C., C.D.M.S.

Ann Jaime
R.N., M.S.N., C.D.M.S., C.L.C.P.

4606 Morningside Drive
Houston, Texas 77005
713-526-7215
FAX 713-526-0067

1122 Elizabeth Street
Corpus Christi, Texas 78404
361-883-6042
FAX 361-883-6019

April 26, 2004


William J. Stradley
Janie Jordan
Attorneys at Law
Mithoff & Jacks, LLP
500 Dallas, Suite 3450
Houston, Texas 77002


Re:   Lisa Marie Guerra
DOB:  10-16-82
SSN:  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

Dear Ms. Jordan and Mr. Stradley:

I have completed my initial vocational assessment and analysis of wage earning capacity on your above-named referral. Ms. Guerra was seen in my office on 3-16-04 for the initial interview. and on 4-15-04 for a follow-up session. She was accompanied by her mother and brother and a brief meeting was held with the family upon completion of the first interview. Referral information was reviewed including records from Baton Rouge Medical Center, Warm Springs Rehabilitation System, Santa Rosa Independent School District and Arthur Tarbox, Ph.D.

Lisa reports a history of an injury in a motor vehicle collision when the vehicle in which she was traveling was rear-ended by a tractor-trailer truck, with initial hospitalization in Baton Rouge, Louisiana for approximately four months beginning in July, 2003. She reports burns over approximately 67% of her body and is currently being seen by Dr. Wainwright at Hermann Hospital for follow up care. She has also seen Dr. Tarbox for recent psychological assessment. She reports as her chief complaints fatigue, tiring easily as well as a constant itching over her body and depression. Difficulty walking/standing was also presented due to burns on the bottom of her feet, stating *"I can be on my feet for 30*

*minutes if I push myself, then I sit for about the same period."* Right knee problems were also reported with the skin being very tight behind the knee. She states she cannot bend her knee normally which also causes more difficulty in walking/standing.

Ms. Guerra was admitted to Baton Rouge General Hospital on 7-20-03 with an Admitting Diagnosis of: "Full-thickness skin loss due to burn (Third Degree), multiple sites of lower limb." . . . Secondary Diagnoses: "60-69% of body burned; 60-69% Third Degree."

Procedures were performed including:

"1.  On July 23, 2003, tangential excision of the entirety of the right leg and placement of Acticoat dressing, excision and allografting of a portion of the left leg with excision and Acticoat of the remaining left leg.
2.  On July 25, 2003, limited repeat excision of the legs and then Integra grafting of both legs.
3.  On July 30, 2003, tangential excision with split-thickness grafting of both the arms and the dorsum of both hands.
4.  On August 4, 2003, tangential excision and Integra grafting of the back and buttocks.
5.  On August 20, 2003, tangential excision and 4:1 autografting of the posterior left leg, back and buttocks and grafting with cultured epithelial autograft to both legs, both feet, buttocks, and back.
6.  On September 11, 2003, tangential excision and split-thickness skin grafting of the anterior aspect of both legs.
7.  On September 25, 2003, excision and grafting of areas of the buttocks and posterior thighs.
8.  On October 14, 2003, tangential excision and split-thickness skin grafting of the bilateral buttocks, thighs, ankles, feet and back."

Ms. Guerra's Discharge Diagnoses was:

"1.  Approximately 65% total body surface area burns involving the face, both arms, abdomen, both legs and back.
2.  Burn wound cellulitis.
3.  An episode of pulmonary edema."

Lisa was subsequently seen at Warm Springs Rehabilitation Hospital in Corpus Christi. She was admitted on 10-31-03 and discharged on 11-17-03 with a Discharge Diagnosis of:

"Care requiring rehabilitation for severe second and third degree burns on sixty-five percent of her surface area."

Lisa Marie Guerra - Page

Ms. Guerra continued to make progress in her rehabilitation in Warm Springs:

> "Her gait at time of discharge, was at a standby assistance up to 170 feet using a rolling walker. She was modified independent for bed mobility and transfers, standby assistance for sit-to-stand transfers and standby assistance for toileting . . . As her wounds were improving, the plan was to discharge her to continue her wound care as an outpatient."

Lisa was seen by Arthur R. Tarbox, Ph.D., for a psychological assessment in March/April 2004. Dr. Tarbox gave a Diagnostic Summary of:

> "AXIS I:      Posttraumatic Stress Disorder, Chronic;
>               Depressive Disorder NOS
>               Bereavement
>
> AXIS II:     N/A
>
> AXIS III:    65% TBSA Mixed 2nd & 3rd Degree Flame/Thermal
>               Burns.
>
> AXIS IV:     Stressors:  Exposure to a life-threatening event;
>               severe feelings of victimization; profound sense of
>               disfigurement, along with numerous loses/limitations in
>               terms of quality of life and functioning; and a distinct sense
>               of anxiety and helplessness in that she feels her life is
>               forever changes and she will be punished."
>
> AXIS V:      Current GAF = 51"

Dr. Tarbox also notes Ms. Guerra's scores on the Beck Depression Inventory as being in the "*very high range of Moderate Depressive Symptomatology*", one point away from the category of "*Severe Depressive Symptomatology.*"  MMPI results included "*depression, anxiety, insecurity and ruminative self-doubt, feelings of disorganization, loss of control, isolation and alienation from others. . . extremely isolative.*"

Dr. Tarbox goes on to recommend

> "medical consultation and anti-depressants as well as counseling, frequent psychotherapy over the next 2 years . . .remainder of her life will include bouts of anxiety, depressed mood, fears regarding becoming "victimized" again, fears regarding life-threatening trauma/illness, and extreme sensitivity and affective lability in terms of potential losses as her loved ones age. Her capacity to therefore relax and simply enjoy the day-to-day pleasures of life is therefore greatly diminished. Fortunately, she has a

Lisa Marie Guerra - Page 4

> great deal of spirituality and faith, and she uses this as a means to try to stay as optimistic as possible in terms of her outlook."

Dr. Tarbox goes on to state that

> "She will need psychiatric follow up for medications and psychological follow up counseling, on an intermittent basis, through the course of her life."

Lisa is a younger individual age 21, who prior to the incident in question, was a student at the University of Texas - Pan American. She had just finished her sophomore year with approximately 50 hours academic credit and a reported GPA in the range of approximately 3.0. Lisa also reports that she was valedictorian of her high school class. Both her parents are teachers at the high school and middle school levels. Her brother, age 29, is enrolled as a masters degree student in speech therapy. She also states that her sister, who is deceased as a result of the incident in question, was also a student at UT-Pan American.

Lisa reports a pre-incident vocational objective of becoming a physician's assistant. She states, however, that she is now considering a goal of physical therapist, particularly given the treatment that she has received subsequent to her injuries. She reports some concern, however, regarding her physical ability, that is walking/standing, stamina issues and the impact that such may have on her ability to function as a physical therapist and/or in a medical profession.

It is appropriate in the case of a younger individual who has not yet had the opportunity to demonstrate their earning capacity via actual earnings to assess such based on levels of education and/or occupational choices. Lisa's family history is significant for completion of college, with both her parents having graduated from such with professional work experiences for each as a teacher. Her brother is a Master's Degree student and her sister was also a student at UT-Pan American. Lisa was an excellent student in high school and had completed approximately 50 hours college credit at incident with approximately a 3.0 GPA.

Average earnings for females all races who worked full time year round and were under 65 years of age with a Bachelor's Degree was $47,867 per year; for a Master's Degree $56,179 and for a Professional Degree $68,736. (*Table PINC-04- Educational Attainment, People 18 Years and Over by Total Money Earnings in 2002, Age, Race, Hispanic Origin and Sex).*

Hispanic females of similar education and circumstances with a Bachelor's Degree earn $43,231 per year; with a Master's Degree $64,434 *(Table PINC-04-*

Lisa Marie Guerra - Page 5

*Educational Attainment, People 18 Years and Over by Total Money Earnings in 2002, Age, Race, Hispanic Origin and Sex).*

Physicians' Assistants in Texas earn on average $71,120 per year or $34.19 per hour.

Physical Therapists earn $29.66 per hour or $61,680 per year in Texas.

Ms. Guerra is a younger individual who sustained third degree burns over approximately 65% of her body in a motor vehicle collision less than one year ago.    She has had multiple surgeries as well as rehabilitation services, occupational therapy, physical therapy, etc. and will apparently be followed for both burn care as well as counseling for depression in the future.    She has apparently not yet reached maximum medical improvement, nor has final residual functional capacity been assigned.

Ms. Guerra presents a desire to return to school, stating that she hopes to enroll at U.T.- Pan American during the fall semester 2004. I am concerned, however, as to the impact of her stamina issues, difficulty walking/standing, as well as her depression on her ability to return to an academic environment.

Ms. Guerra presents a significant medical/vocational profile. Her injuries seem likely to result in work limitations, i.e., the need to be in an air-conditioned environment without direct exposure to sunlight. Her ability to walk and stand for significant periods during the work day may also be affected, particularly given her current presenting complaints. Her depression may also impact the amount and kind of work she is able to do in the future.

Employment is lower for people with a disability and much lower for those with a severe disability. Employment is lowest for those with mobility impairments. The employment rate of people with work disabilities in Texas is 34.2%, 65.8% are not working and more than two-thirds of the people with a work disability are not in the labor force in the U. S. as a whole. (*Chartbook on Work and Disability, 1998.)*

I am particularly concerned regarding the impact of Ms. Guerra's burns on her ability to work in the future, that is, not only their impact on her physical capacity but her  depression and post traumatic stress disorder are also noted.  I am particularly concerned regarding the impact of such on not only the type jobs which may be available to her, but her worklife expectancy, that is, the length of time that she will be in the work force over the remainder of her life expectancy. Lisa has likely sustained reductions in labor market access and worklife expectancy and may also sustain reductions in wage earning capacity, particularly if she is unable to complete her Bachelor's Degree, a goal which seemed very attainable prior to the incident in question.  Lisa is an individual

Lisa Marie Guerra - Page 5

who apparently worked quite hard at succeeding academically and I am concerned that adjustment issues, depression, etc. may impact such abilities in the future.

Females, all races, for example with some college, no degree earn on average $31,372 per year. Hispanic females, some college, no degree, earn $26,987. *(Table PINC-04- Educational Attainment, People 18 Years and Over by Total Money Earnings in 2002, Age, Race, Hispanic Origin and Sex).*

Females with moderate disabilities earn 15% less than their nondisabled counterparts and with severe disabilities 29% less. *(Labor Market Activity, 1994 Monthly Labor Review September 1998.)*

I would appreciate any additional information as it becomes available through the discovery process so that I can update my report as appropriate.

Thank you for the opportunity to be of service.

Sincerely,

William J. Kramberg, L.P.C., C.R.C.

WJK:csh

## WILLIAM J. KRAMBERG, L.P.C., C.R.C., C.C.M., C.D.M.S.

| | |
|---|---|
| 4606 Morningside Drive | Office: (713) 526-7215 |
| Houston, Texas 77005 | Cell:   (713) 249-7440 |

### EDUCATION

| | |
|---|---|
| Tulane University,  Master of Social Work (M.S.W.) | 1970 |
| Northeast Louisiana University,  Bachelor of Arts | 1965 |

### LICENSURE & CERTIFICATION

| | |
|---|---|
| Licensed Professional Counselor (Texas) | (L.P.C., #04929) |
| Certified Rehabilitation Counselor | (C.R.C.,  #8637) |
| Certified Case Manager | (C.C.M., #07897) |
| Certified Disability Management Specialist | (C.D.M.S., #00426) |
| Rehabilitation Counselor Certification, | |
|         U.S. Department of Labor  OWCP/FECA | (#16-33) |
| Approved Licensed Professional Counselor  Supervisor | (L.P.C., #04929) |

### HONORS & AWARDS

Texas Rehabilitation Association Counselor of the Year, 1980

National Rehabilitation Association Regional Counselor of the Year, 1980

Certificate of Appreciation, Texas Rehabilitation Commission, September,  1977 & March, 1980

### ELECTED OFFICES

**Texas Association of Rehabilitation Professionals in the Private Sector**

| | |
|---|---|
| • Charter Member | |
| • President | 1982-83 |
| • Board Member | 1983-84 |
| • President | 1988-89 |
| • Board Member | 1989-90 |

**Houston Rehabilitation Association**

| | |
|---|---|
| • Board Member | 1978-80 |
| • Board Member | 1984-85 |

**Professional Counselor Foundation**

| | |
|---|---|
| • Board Member | 1987-92 |

**William J. Kramberg - Page 2**

**Coalition for Barrier Free Living**
- Board Member                                              1978-80

## AFFILIATIONS

National Rehabilitation Association

National Rehabilitation Counseling Association

Texas Rehabilitation Association

International Association of Rehabilitation Professionals

Texas Association of Rehabilitation Professionals in the Private Sector

## POST MASTERS DEGREE EMPLOYMENT AND EXPERIENCE

1980 to Present      **Lopez-Kramberg, Inc.**
                     Private Practice, Rehabilitation Counseling and Consulting

                     Self-employed rehabilitation counselor with managerial,
                     casework and consultant responsibilities. Perform a wide
                     variety of tasks including medical coordination, vocational
                     assessment, earning capacity analysis, vocational
                     counseling, job analysis, labor market research, job
                     placement and follow-up as well as staff supervision.
                     Experienced in worker's compensation, OWCP/FECA,
                     FELA, Jones Act, miscellaneous personal injury, long-term
                     disability, life care planning and expert witness
                     consultation.

1970 - 1980          **Texas Rehabilitation Commission**
                     Rehabilitation Counselor

                     Administered federal program for vocational rehabilitation
                     of disabled workers. Prepared individual rehabilitation
                     plans covering full range of service, including medical, and
                     vocational. Trained disabled individuals in job seeking
                     skills, interview procedures and other pre-employment
                     skills. Collected, analyzed psychological, social and
                     financial information. Supervised psychological testing
                     procedures, conducted job task and job market analyses
                     and selected employees for jobs.

William J. Kramberg - Page 3

| 1970 - 1971 | **Instructor, University of Houston**<br>Sociology Department, Evening Division |
|---|---|
| 1972 - 1973 | **Instructor, Houston Community College**<br>Sociology Department, Evening Division |
| 1976 - 1977 | **Field Instructor, University of Houston**<br>Graduate School of Social Work |
| 1977 - 1978 | **Rehabilitation Intern Instructor**<br>Stephen F. Austin State University |
| 1990 | **Rehabilitation Intern Supervisor**<br>Louisiana State University,  Medical Branch |
| 1995 | **Rehabilitation Intern Supervisor**<br>Auburn University |

Supervised students' internship.   Duties included the coordination of the total work experience, assignment of appropriate cases and on-going professional consultations for undergraduate, masters and doctoral level interns.

## PRE-MASTERS DEGREE EMPLOYMENT AND EXPERIENCE

| 1965 - 1966 | Teacher - Social Studies and English, Orleans Parish Public Schools,  New Orleans, L.A. |
|---|---|
| 1965 - 1967 | Served in the U. S. Navy aboard the destroyer *USS Johnston*. |
| 1967 - 1968 | Teacher - Social Studies, Orleans Parish Public Schools, New Orleans, L.A. |
| 1968 - 1970 | Student, School of Social Work, Tulane University. |

SRS 0016

# Chartbook on Work and Disability
## in the
## United States, 1998

Prepared by:
Susan Stoddard
Lita Jans
Joan M. Ripple
Lewis Kraus

*InfoUse*
2560 Ninth Avenue, Suite 216
Berkeley, CA 94710
510-549-6520

Prepared for:
U. S. Department of Education
National Institute on Disability and Rehabilitation Research
Washington, D.C.
H133D50017-96

SRS 0017

The full text of this publication is available at the Department's home page at:
http://www.ed.gov/offices/OSERS/NIDRR/pubs.html
Individuals with disabilities may obtain this document in an alternate format
(e.g., Braille, large-print, audiotape, or computer diskette) on request.

For more information, please contact:
U.S. Department of Education
OSERS/NIDRR
Switzer Building, Room 3431
Washington, D.C. 20202
http://www.ed.gov/offices/OSERS/NIDRR
E-mail: david_keer@ed.gov
Telephone: (202) 205-5633

Individuals who use a telecommunications device for the deaf (TDD) may call the
Federal Information Relay Service (FIRS) at 1-800-877-8339 between 8 a.m. and 8
p.m., Eastern time, Monday through Friday.

This report was prepared under ED Grant #H133D50017-96. The views expressed
herein are those of the grantee. No official endorsement by the U.S. Department
of Education is intended or should be inferred.

Suggested Citation:

Stoddard, S., Jans, L., Ripple, J. and Kraus, L. (1998).
*Chartbook on Work and Disability in the United States, 1998.* An InfoUse Report.
Washington, D.C.: U.S. National Institute on Disability and Rehabilitation
Research.

## Foreword

The National Institute on Disability and Rehabilitation Research (NIDRR) is pleased to publish this *Chartbook on Work and Disability*. This book will be an important resource for persons needing information about people with disabilities and their work status. This is one in a series of publications, funded by NIDRR and produced by InfoUse, through its Center on Improving Access to Disability Data. This Center makes available in print and on the World Wide Web information derived from demographic information sources in an accessible, easy to read format, useable by people with a range of educational levels, technical skills, sensory disabilities and cognitive levels.

The topic of "work and disability" is of great importance to persons with disabilities, policymakers, advocates, planners, researchers, rehabilitation professionals and the public in general. The new paradigm of disability emphasizes the person with a disability acting in the environment and dealing with the opportunities and barriers he/she faces in making major life choices. Employment is a key factor in achieving independence and requires thorough investigation within the context of the compelling considerations relating to accommodations, accessibility and legal mandates.

Existing surveys often ignore the complexity of the person's interaction with his or her environment. There is a deficit in the amount of solid national data on the employment status of people with disabilities. This makes it difficult to assess the numbers of people working at different types of jobs, in different social settings, with different degrees of disability and different types of accommodations. This material is offered as an attempt to stimulate thinking on these interrelationships and on how we might move ahead to study "work and disability" in the 21st century.


Katherine D. Seelman, Ph.D., Director
National Institute on Disability and Rehabilitation Research

# Acknowledgments

The *Chartbook on Work and Disability in the United States* relies on published data from several federal agencies and organizations. We are very grateful to all of the people and agencies who are responsible for collecting, maintaining and analyzing these data. The following people very graciously assisted us by providing current information:

- Bill Barron, Deputy Director, Bureau of Labor Statistics
- Barbara Bordelon, U. S. General Accounting Office
- Janice Devine, Bureau of Labor Statistics
- Rick Douglas, U. S. Department of Labor
- Brett Fallvollita, U. S. General Accounting Office
- Robert Ferguson, Social Security Administration
- Harvey Hamel, Bureau of Labor Statistics
- Jeff Kellar, Senior Economist, Bureau of Labor Statistics
- Mitchell P. LaPlante, Rehabilitation Research and Training Center on Disability Statistics
- Jack McNeil, Bureau of the Census
- Jane L. Ross, Director, U. S. General Accounting Office
- Zanne Tillman, Rehabilitation Services Administration
- Laura Trupin, Rehabilitation Research and Training Center on Disability Statistics
- Peter Wheeler, Social Security Administration
- Edward Yelin, Rehabilitation Research and Training Center on Disability Statistics

We also thank Sean Sweeney and David Keer, NIDRR Project Officers, who provided statistical materials and advice.

This chartbook is a product of the InfoUse Center on Improving Access to Disability Data, a program supported by a grant by the National Institute on Disability and Rehabilitation Research (H133D50017-96). This is one of a series of products and activities intended to make information on disability and on disability statistics available to wider audiences.

# Preface

The *Chartbook on Work and Disability in the United States*, is a reference on work and disability in the United States population, created for use by both non-technical and technical audiences. The book is a resource for agencies, employers, organizations, policymakers, researchers and others concerned with the relationship between disability and work.

Each section addresses an aspect of work and disability. Each page within the section contains a topic question, explanatory text on the topic and an explanatory graphic or table that provides data in an easy to read form. The source of the information and the survey used to collect the data appear at the bottom of the page. In many cases, we also include information on relevant URLs (website addresses) on the World Wide Web where more detailed information may be stored. The surveys have a technical summary which is located in the Appendix. In the text, key terms are shown in **bold** and are defined in the Glossary.

Chartbook on Work and Disability in the United States                    *InfoUse, 1998*

# Contents

Foreword                                                                                iii

Acknowledgments                                                                          iv

Preface                                                                                   v

Contents                                                                                 vi

Introduction                                                                             1

Section 1.  Prevalence of Disability Among Working-age People                           3

How many working-age people in the United States have a disability?                     4

Almost twenty percent of people ages 15-64 report some level of disability.             4

What percentage of people with a disability are employed?                               5

How many people have a work limitation?                                                 6

How many people have a work disability or a severe work disability?                     7

Do states differ in numbers of people with a work disability?                           8

Section 2.  Work Disability and the Labor Force                                         9

How does employment status differ for people with different disabilities or functional
limitations?                                                                            10

How many people with a work disability are in the labor force?                          12

Does labor force participation of people with a work disability differ by gender?       13

How do labor force participation rates compare over time, for men and women
with and without activity limitations?                                                  14

Does labor force participation of people with a work disability differ by education?    15

Does labor force participation of people with a work disability differ by age?          16

What occupations are held by people with a work disability who are employed?            17

Do the states differ in the percentage of people with a work disability who are working? 19

How many working-age people with disabilities say they would like to work?              21

Section 3.  Factors Related to Work Disability                                          23

What are the median earnings of working people by disability status?                    24

What chronic health conditions most frequently cause work limitation?                   25

What is the trend in occupational illness and injury?                                   26

How many people receive Workers' Compensation?                                          27

How is work limitation associated with race and ethnicity?                              28

How does work disability differ by gender?                                              29

SRS 0022

How does work disability differ by age?                                          30

How does work disability differ by educational level?                            31

Section 4.  Work-related Resources                                               33

How many people with a work disability receive benefits from the Social Security
Administration?                                                                  34

What are the conditions of people who are helped by Vocational Rehabilitation?   35

Where in the labor market does the Vocational Rehabilitation system
place successful clients?                                                        36

Do people who are successfully rehabilitated by the Vocational Rehabilitation system
work full-time?                                                                  38

What special equipment or technology do people with disabilities need
for the jobs they prefer?                                                        39

How do employed adults with disabilities find their jobs?                        40

What are the sources of income and benefits for working-age people with disabilities?  41

Glossary                                                                         43

Bibliography                                                                      49

Federal Data Sources                                                             49

Nonfederal Data Sources                                                          52

Website Addresses                                                                53

Appendix                                                                         55

SRS 0023

Chartbook on Work and Disability in the United States                    *InfoUse, 1998*

# Introduction

The relationship between disability and work is vital in today's policy environment. People with disabilities often encounter barriers to their entry into the work force and lack of accommodations on the job; many have difficulty obtaining appropriate training, education and job skills. These in turn contribute to low income levels, low labor force participation rates, and high levels of reliance on public benefits. At present funding levels, our public eligibility and entitlement programs cannot keep pace with the resulting demand for benefits. This chartbook provides information on key issues related to work and disability, contributing to the understanding of current employment issues faced by people with disabilities.

The *Chartbook on Work and Disability in the United States* includes information from national surveys such as the **Survey of Income and Program Participation (SIPP)**, the **National Health Interview Survey (NHIS)**, the **Current Population Survey (CPS)**, the decennial **Census**, and the **Annual Survey of Occupational Illnesses and Injuries (ASOII)**. In addition, other analyses by federal agencies such as the Bureau of Labor Statistics, the Social Security Administration, the Rehabilitation Services Administration and others will be summarized.

The chartbook is organized in four major sections:

**Section 1** defines the terms used in our major national surveys that provide information on disability and work. Each major survey uses different definitions, and provides a different view of disability and work. Given that no one survey can provide a comprehensive understanding of the relationship between work and disability, we introduce several key information sources.

**Section 2** addresses labor force participation of people with disabilities. The section examines patterns of occupation and work, and rates of employment of people with disabilities.

**Section 3** examines major factors of work disability, including earnings, race, existence of chronic conditions, gender, and age.

**Section 4** reviews a number of work-related resources available to people with disabilities, including Social Security disability benefits and Vocational Rehabilitation services.

1

SRS 0025

Chartbook on Work and Disability in the United States                    *InfoUse, 1998*

## Section 1. Prevalence of Disability Among Working-age People

This first section contains definitions and numbers to answer the most basic questions about the relationship between work and disability. Unfortunately, it is not a simple or straightforward matter to estimate the number of working-age people who have a disability. The three major national surveys that collect data on this topic differ in how they define disability, and the definitions that are used affect the estimates. In order to understand how many working-age people have a disability, it is important to understand how each of the major national surveys defines disability and measures the relationship between work and disability.

This section presents information on the definitions of disability that are used by each of the three major national surveys, as well estimates of how many working-age people have a disability, according to those definitions.

Section 1 also contains information on variations among the states in terms of rates of work disability (how many people have a condition that limits the amount or kind of work they can do).

---

### Topic Questions:

How many working-age people in the United States have a disability?

What percentage of people with a disability are employed?

How many people have a work limitation?

How many people have a work disability or a severe work disability?

Do states differ in numbers of people with a work disability?

---

SKS 0027

Chartbook on Work and Disability in the United States                    *InfoUse, 1998*

### How many working-age people in the United States have a disability?

According to the **Survey of Income and Program Participation** (SIPP), 32.1 million working-age people (or 18.7% of the population ages 15 to 64) have a **disability**. The SIPP provides an opportunity to examine disability and work using a definition of disability consistent with the Americans with Disabilities Act.

Compared to information from the **National Health Interview Survey** or the **Current Population Survey**, the SIPP definition of disability is more broad-based, covering a variety of limitations that may or may not be related to work. The SIPP definition clearly includes people who have reported being limited or unable to work as well as those who have qualified for a Social Security program based on inability to work. But the SIPP definition also includes people who use wheelchairs, report **functional limitations** or have other specified conditions, but may be fully employed and report no limitation in the amount or kind of work. Using the SIPP definitions, 18.7% of the working-age population 15-64 (32.1 million people) report a disability. Of these, **severe disabilities** were reported by 8.7% (14.9 million); **non-severe disabilities** account for the other 10% (17.2 million).

**Almost twenty percent of people ages 15-64 report some level of disability.**



Figure 1: Disability status of non-institutionalized population, 15-64 years

Source: McNeil (1997), Americans with Disabilities: 1994-95.
http://www.census.gov/hhes/www/disable.html
Survey: SIPP, 1994-95.

SRS  0028

*InfoUse, 1998*                                    Chartbook on Work and Disability in the United States

### What percentage of people with a disability are employed?

People with a disability are less likely to have a job or business than people with no disability.  For people ages 21 to 64 with no disability, the likelihood of having a job or business is 82.1%.  For people with a non-severe disability, the rate is 76.9%; the rate drops to 26.1% for those with a severe disability.

The rates are lower for women than for men, regardless of disability status.

### Employment is lower for people with a disability and much lower for those with a severe disability.



Figure 2:  Percentage with a job or business, by disability status and gender, 21-64 years

Source:  McNeil (1997), Americans with Disabilities: 1994-95.
http://www.census.gov/hhes/www/disable.html
Survey:  SIPP, 1994-95.

### How many people have a work limitation?

According to the **National Health Interview Survey (NHIS)**, 16.2 million working-age people have a work limitation (10.5% of the population, 18-64 years of age).

The NHIS measures the relationship between disability and work in a way that differs from the SIPP definition, and therefore yields different estimates of the numbers of working-age people who are disabled. The traditional measure of disability employed by the NHIS is based on questions about limitations in one's major activity due to a chronic health condition. For people 18 to 64 years of age, the major activity is defined as working at a job or business. Although the NHIS also asks questions about limitations in other activities, such as activities of daily living, instrumental activities of daily living, and needs for personal assistance, the questions about limitations in working at a job or business are most directly relevant to the topics of this publication, work and disability.

**Over ten percent of working-age people report work limitation.**



Figure 3:  Work limitation status of working-age people, 18-64 years

Source: LaPlante & Carlson (1996), Disability Statistics Report 7, Table 2, p. 66.
Survey: NHIS, 1992.

### How many people have a work disability or a severe work disability?

The Current Population Survey (CPS) asks people whether they have a work disability (a condition that limits the kind or amount of work they can do) or a severe work disability (a condition that prevents them from working). According to this definition, 17.2 million people, or 9.9% of the 1998 working-age U.S. population (16-64 years old) had a disability that prevents or limits work.

The CPS classifies people as having a severe work disability if (1) they did not work in the survey week because of a long-term physical or mental illness that prevents the performance of any kind of work, (2) they did not work at all in the previous year because of illness or disability, (3) they were under 65 years of age and covered by Medicare, or (4) they were under 65 years of age and a recipient of Supplemental Security Income (SSI).

It is estimated that 11.3 million people of working age (16-64 years old) have a severe work disability. Those with a severe work disability comprise 65.8% of the 17.2 million people with a work disability as measured by the CPS.

### Nearly two-thirds of all work disabilities are severe.



Figure 4: Percentage of work disability that is severe vs. non-severe, 16-64 years

Source:  U. S. Bureau of the Census Website, Table 198.
http://www.census.gov/hhes/www/disable/cps/cps198.html
Survey:  CPS, 1998.

SRS 0031

## Do states differ in numbers of people with a work disability?

With the exception of Maine and Oregon, the states with the highest percentage of people with a work disability are in the southern United States. The eight states with the highest percentage of working-age persons with disabilities are ranked as follows:

| | | | | | |
|---|---|---|---|---|---|
| 12.6% | West Virginia | 11.0% | Mississippi | 10.2% | Oklahoma |
| 11.4% | Kentucky | 10.3% | Louisiana | 10.0% | Oregon |
| 11.2% | Arkansas | 10.2% | Maine | | |

The five states with the lowest proportions of work disabilities are the following:

| | | | |
|---|---|---|---|
| 6.2% | New Jersey | 6.6% | Alaska |
| 6.4% | Connecticut | 6.9% | Illinois |
| 6.6% | Hawaii | | |

**The highest rates of work disability are concentrated in the South.**



□ 6.0 - 6.9
□ 7.0 - 7.4
⊠ 7.5 - 7.9
▦ 8.0 - 8.9
■ 9.0 - 9.9
■ 10.0 - 12.7

*percent of 16-64 year olds with a work disability*

Figure 5: Map showing rates of work disability, by state

Source: LaPlante & Cyril (1993), Disability Statistics Abstract #6, Table 1.
Survey: U.S. Bureau of the Census, 1990.

## Section 2.  Work Disability and the Labor Force

Disability has a large impact on participation in the labor force.  Although many people with disabilities are not employed at all, many do participate in the labor force.  That is, they are working or are looking for work. While Section 1 presented information on the overall population of people with disabilities, this section focuses on people with disabilities who participate in the labor force.  In particular, we examine the patterns of work, types of employment, and earnings of people with disabilities who are in the labor force.

Data on labor force participation by state, age, gender, and education are also presented.

---

### Topic Questions:

How does employment status differ for people with different disabilities or functional limitations?

How many people with a work disability are in the labor force?

Does labor force participation of people with a work disability differ by gender?

How do labor force participation rates compare over time, for men and women with and without activity limitations?

Does labor force participation of people with a work disability differ by education?

Does labor force participation of people with a work disability differ by age?

What occupations are held by people with a work disability who are employed?

Do the states differ in the percentage of people with a work disability who are working ?

How many working-age people with disabilities say they would like to work?

---

9

SRS 0033

Chartbook on Work and Disability in the United States                    *InfoUse, 1998*

### How does employment status differ for people with different disabilities or functional limitations?

The likelihood of employment varies significantly among people with different disabilities and different functional limitations. The SIPP includes information about whether a person uses a wheelchair, has used a cane, crutches or walker for at least 6 months, or has a mental disability. Functional activities measured by the SIPP include the ability to perform specific sensory and physical activities such as seeing ordinary newspaper print, hearing normal conversation, having speech understood, lifting or carrying 10 pounds, walking a quarter of a mile without resting or climbing a flight of stairs without resting. Difficulty in performing any of these activities is considered a functional limitation.

Among people with no disability, 82.1% are employed. The percentage employed drops sharply for people with different functional limitations and other disabilities. Of those with mental disabilities, 41.3% are employed. The percentage employed is even lower for people with mobility impairments, including those who use a cane, crutches, or walker (27.5%) or a wheelchair (22%).

Among people who have any functional limitations, 32.2% are employed. There is great variation in employment, depending on the type of limitation, with lower rates in mobility-related impairments. People unable to walk 3 city blocks have 22.5% employment. Employment for people unable to climb stairs is 25.5%; for those unable to lift or carry 10 pounds, 27%; for people with visual impairments (unable to see words or letters), 30.8%; and for those unable to hear conversation, 59.7%.

*InfoUse, 1998*                          Chartbook on Work and Disability in the United States

## Employment is lowest for people with mobility impairments





Figure 6:  Percentage employed, by disability status and type of functional limitation, 21-64 years

Source:  McNeil (1997), Table 2.
Survey:  SIPP, 1994-95.

### How many people with a work disability are in the labor force?

Most of the population with a work disability are not in the labor force. Of the 17.2 million people between the ages of 16 and 64 who have a work disability, only 30.4% (5.2 million people) are in the labor force, and the unemployment rate among those in the labor force is 12.3%. In contrast, of the 155.3 million people with no work disability, 82.3% (127.8 million) are in the labor force, while the unemployment rate is only 4.8%.

**More than two-thirds of people with a work disability are not in the labor force.**



| | Work Disability | | No Work Disability | |
|---|---|---|---|---|
| | Number | % of Total | Number | %of Total |
| Not in Labor Force | 11,941,000 | 69.6% | 27,490,000 | 17.7% |
| In Labor Force | 5,216,000 | 30.4% | 127,821,000 | 82.3% |
| Employed | 4,564,000 | 26.6% | 121,764,000 | 78.4% |
| Unemployed | 652,000 | 3.8% | 6,057,000 | 3.9% |
| Total | 17,157,000 | 100.0% | 155,311,000 | 100.0% |
| Unemployment Rate | | 12.3% | | 4.8% |

Figure 7 & Table 1:  Labor force data by work disability status

Source: U.S. Bureau of the Census Website, Table 298.
http://www.census.gov/hhes/www/disable/cps/cps298.html
Survey: CPS, 1998.

### Does labor force participation of people with a work disability differ by gender?

In general, more men than women participate in the labor force, and this is true for people with and without work disabilities. For both men and women, labor force participation is much lower among those with a work disability. In 1998, among working-age men (16 to 64 years), only 32.3% of men with a work disability (2.7 million) were in the work force, compared to 89.1% of men with no work disability (68.2 million). Similarly, only 28.5% of women with a work disability (2.5 million) participated in the labor force, compared to 75.8% of women with no work disability (59.7 million).

**For both men and women, work disability dramatically lowers labor force participation rates.**



Figure 8: Percentage in labor force, by work disability status and gender, 16-64 years

Source: U.S. Bureau of the Census Website: Table 298
http://www.census.gov/hhes/www/disable/cps/cps298.html
Survey: CPS, 1998.

SRS 0037

### How do labor force participation rates compare over time, for men and women with and without activity limitations?

In the United States in 1994, 158.6 million people were of working age (18 to 64 years old) according to the National Health Interview Survey (NHIS). Of these, 124.6 million were in the labor force, a **labor force participation rate** of 78.6%. However, labor force participation rates are quite different for those with **activity limitations**. Labor force participation was 83% for persons with no activity limitations; but only 51.8% for those with activity limitations as defined by NHIS. This difference is consistent for men and for women: 58.8% participation rate for men with limitations versus 91.4% for men with no limitations; 45.6% participation rate for women with limitations compared to 74.9% of women with no limitations. Between 1983 and 1994 there has been little change in these labor force participation rates.

**Labor force participation rates have been consistently lower for men and women with activity limitations, compared to those without activity limitations.**



Figure 9: Percentage in labor force, by gender and activity limitation status, 1983-94, 18-64 years

Source: Trupin, et al. (1997), Disability Statistics Report #10: Table 2.
Survey: NHIS, 1983 - 1994.

**Does labor force participation of people with a work disability differ by education?**

As level of education rises, so does labor force participation, and this is true for people with and without **work disabilities**. However, **labor force participation** increases much more sharply for people with work disabilities than for those without. Among the work-disabled population, 25 to 64 years of age, only 16% of those with less than 12 years of education were in the labor force. Labor force participation rises to 27.3% for those who completed 12 years of school, increases again to 40.9% for those with 13 to 15 years of education, and reaches 50.6% for people with 16 or more years of education.

In comparison, among people in the same 25 to 64-year-old age group who do not have a work disability, 78.1% of those with less than 12 years of education were in the labor force. For those with 12 years of school, the rate was 85.6%; for those with 13 to 15 years of school, 88.2%; and for those with 16 years or more, 89.9%.

**Labor force participation increases with education level more sharply for those with a work disability than for those without.**



Figure 10:  Percentage in labor force, by work disability status and years of education, 25-64 years

Source: U.S. Bureau of the Census, Table 298.
http://www.census.gov/hhes/www/disable/cps
Survey: CPS, 1998.

15

SRS 0039

Chartbook on Work and Disability in the United States                    *InfoUse, 1998*

### Does labor force participation of people with a work disability differ by age?

Percentages of people with a **work disability** in the **labor force** generally decrease with age. Among people in the 16 to 24-year-old group with a work disability, 37.5% are in the labor force (513,000 people). The rate rises slightly for those aged 25 to 34 years, to 38.8% (827,000 people). As people with work disabilities grow older, their rate of labor force participation turns downward. In the group 35 to 44 years of age, 35.6% (1.4 million) are in the labor force. At 45 to 54 years of age, 33% (1.5 million) are participating in the labor force; and for those 55 to 64 years, the labor force participation rate drops precipitously to 18.6% (955,000).

People with no work disability have much higher labor force participation rates, and much less decrease in labor force participation with age. In the 16 to 24-year-old group, 65.4% are in the labor force (20.7 million). The rate climbs to 87.6% for people who are 25 to 34 years old (32.3 million); reaches 89.3% for people 35 to 44 years old (35.9 million); and peaks at 90.3% for people 45 to 54 years old (26.7 million). Finally, the rate declines to 72.1% for those in the 55 to 64-year-old age group (12.3 million).

**As age increases, fewer people with work disabilities participate in the labor force, relative to their non-work disabled counterparts.**



Figure 11:  Percentage in labor force, by work disability status and age, 16-64 years

Source:  U.S. Bureau of the Census, Table 298
http://www.census.gov/hhes/www/disable/cps/cps298.html
Survey:  CPS, 1998.

**What occupations are held by people with a work disability who are employed?**

Of the 120 million people employed in the United States, 16 million are people with disabilities, according to analysis of SIPP employment data. The table Occupations of Workers with Disabilities, 1991-1992 shows the numbers of people with disabilities employed in various occupational categories. In this table, occupations are organized from the occupation where the highest number of people with disabilities are employed (executive and administrative) and ends with the occupation with the fewest reported people with disabilities (pharmacists, lawyers, judges, physicians, dentists, health professionals, firefighting and fire prevention.)

The second column in the table shows the cumulative percentage of all employed people with disabilities, as the reader moves down the list. The list is divided into Quartiles, showing roughly one quarter of all employed people with disabilities in each quartile. Thus, executive and administrative, machine operators, food preparation and service and sales workers account for approximately 25% of all employed people with disabilities. Handlers, cleaning and building services, mechanics and repairers, motor vehicle operators, secretarial, construction trades, and miscellaneous administrative support account for the second quartile. Many of the professions or occupations requiring advanced degrees (engineers, architects, registered nurses, social scientists, urban planners, lawyers) are in the fourth quartile.

### Occupations of Workers with Disabilities

Total People Employed in the U.S. = 119,997,000 = 100%
Total People with Disabilities Employed in the U.S. = 16,064,000

| Occupations | Workers with a Disability | Cumulative % of Those Employed |
|---|---|---|
| **First Quartile** | | |
| Executive and administrative | 995,000 | 6.9% |
| Machine operators | 855,000 | 12.9% |
| Food preparation and service | 813,000 | 18.6% |
| Sales workers (retail and personal services) | 803,000 | 24.2% |
| **Second Quartile** | | |
| Handlers, equip. cleaners, helpers, laborers | 768,000 | 29.5% |
| Cleaning, building service (except household) | 669,000 | 34.2% |
| Mechanics, repairers | 603,000 | 38.4% |
| Motor vehicle operators | 507,000 | 42.0% |
| Secretaries, stenos, typists | 493,000 | 45.4% |
| Construction trades | 484,000 | 48.8% |
| Misc. administrative support | 435,000 | 51.8% |
| **Third Quartile** | | |
| Health service | 414,000 | 54.7% |
| Teachers | 411,000 | 57.6% |
| Farm, forestry, fishing, and related | 380,000 | 60.2% |

| Sales supervisors and proprietors | 354,000 | 62.7% |
|---|---|---|
| Precision working | 319,000 | 64.9% |
| Fabricators, assemblers, hand working | 313,000 | 67.1% |
| Management related | 306,000 | 69.2% |
| Personal service | 304,000 | 71.4% |
| Material recording, sched., distributing clerks | 287,000 | 73.4% |
| Financial records processing | 271,000 | 75.3% |

| Fourth Quartile | | |
|---|---|---|
| Engineers, architects, surveyors | 195,000 | 76.6% |
| Material moving equipment operators | 187,000 | 77.9% |
| Health technologists and technicians | 181,000 | 79.2% |
| Guards | 180,000 | 80.4% |
| Information clerks | 179,000 | 81.7% |
| Social, recreation, religious workers | 178,000 | 82.9% |
| Supervisors (production operations) | 177,000 | 84.2% |
| Registered nurses | 166,000 | 85.3% |
| Production inspectors, testers, and related | 152,000 | 86.4% |
| Writers, artists, entertainers, athletes | 150,000 | 87.4% |
| Engineering technologists and technicians | 149,000 | 88.5% |
| Sales representatives (commodities except retail) | 149,000 | 89.5% |
| Supervisors (administrative support) | 147,000 | 90.5% |
| Sales representatives (finance and bus. services) | 132,000 | 91.5% |
| Math and computer scientists | 126,000 | 92.3% |
| Postsecondary teachers | 104,000 | 93.1% |
| Private household | 97,000 | 93.7% |
| Records processing (except financial) | 96,000 | 94.4% |
| Computer equipment operators | 95,000 | 95.1% |
| Mail and message distributing | 91,000 | 95.7% |
| Police, detectives | 82,000 | 96.3% |
| Other technicians (except health, engin., science) | 61,000 | 96.7% |
| Office and communications equip. operators | 52,000 | 97.1% |
| Rail and water transportation | 41,000 | 97.4% |
| Other health assessment and treating | 39,000 | 97.6% |
| Plant and system operations | 38,000 | 97.9% |
| Science technicians | 37,000 | 98.2% |
| Social scientists, urban planners | 37,000 | 98.4% |
| Extractive | 33,000 | 98.6% |
| Natural scientists | 31,000 | 98.9% |
| Computer programmers | 30,000 | 99.1% |
| Librarians, archivists, curators | 29,000 | 99.3% |
| Counselors (educational and vocational) | 28,000 | 99.5% |
| Pharmacists | 22,000 | 99.6% |
| Lawyers, judges | 21,000 | 99.8% |
| Physicians, dentists, health diagnosing | 20,000 | 99.9% |
| Firefighting, fire prevention | 14,000 | 100.0% |

Table 2:  Occupations of workers with disabilities, by quartiles

Source:  McNeil (1993), Americans with Disabilities: 1991-92; West Virginia University Website:
http://web.icdi.wvu.edu/disability/ustabl7.html
Survey:  SIPP, 1991-92.

SRS  0042

**Do the states differ in the percentage of people with a work disability who are working ?**

The ten states with the highest percentage of people with **work disabilities** who are working are Minnesota - 48.4%, South Dakota - 46.3%; Nebraska - 45.4%, Alaska - 45.3%, Utah - 43.9 %, Connecticut and New Hampshire - 43.5%, Wyoming - 42.7%, Idaho - 42.6% and Iowa - 42.5%.  With the exception of New York and New Mexico, the ten states with the highest percentage of people not working are in the south:  West Virginia, Mississippi, Louisiana, Kentucky, Alabama, Tennessee, Arkansas and South Carolina.

**Employment rate of people with a work disability, by state.**



Figure 12:  Map showing percentage of people with a work disability who are working, by state, 16-64 years

SRS 0043

Chartbook on Work and Disability in the United States          *InfoUse, 1998*

## Employment Rate of People with a Work Disability, by State

| State | Percent Working | Percent Not Working | State | Percent Working | Percent Not Working |
|---|---|---|---|---|---|
| Alabama | 26.1 | 73.9 | Missouri | 34.2 | 65.8 |
| Alaska | 45.3 | 54.7 | Montana | 37.5 | 62.5 |
| Arizona | 35.0 | 65.0 | Nebraska | 45.4 | 54.6 |
| Arkansas | 28.2 | 71.8 | Nevada | 41.9 | 58.1 |
| California | 34.8 | 65.2 | New Hampshire | 43.5 | 56.5 |
| Colorado | 42.1 | 57.9 | New Jersey | 36.9 | 63.1 |
| Connecticut | 43.5 | 56.5 | New Mexico | 31.4 | 68.6 |
| Delaware | 40.4 | 59.6 | New York | 30.2 | 69.8 |
| D.C. | 31.5 | 68.5 | North Carolina | 33.6 | 66.4 |
| Florida | 34.8 | 65.2 | North Dakota | 41.7 | 58.3 |
| Georgia | 32.2 | 67.8 | Ohio | 32.6 | 67.4 |
| Hawaii | 40.8 | 59.2 | Oklahoma | 34.7 | 65.3 |
| Idaho | 42.6 | 57.4 | Oregon | 42.4 | 57.6 |
| Illinois | 33.6 | 66.4 | Pennsylvania | 31.6 | 68.4 |
| Indiana | 36.2 | 63.8 | Rhode Island | 37.4 | 62.6 |
| Iowa | 42.5 | 57.5 | South Carolina | 29.7 | 70.3 |
| Kansas | 41.5 | 58.5 | South Dakota | 46.3 | 53.7 |
| Kentucky | 24.4 | 75.6 | Tennessee | 27.8 | 72.2 |
| Louisiana | 23.7 | 76.3 | Texas | 34.2 | 65.8 |
| Maine | 37.5 | 62.5 | Utah | 43.9 | 56.1 |
| Maryland | 40.0 | 60.0 | Vermont | 41.8 | 58.2 |
| Massachusetts | 36.3 | 63.7 | Virginia | 35.4 | 64.6 |
| Michigan | 31.9 | 68.1 | Washington | 40.5 | 59.5 |
| Minnesota | 48.4 | 51.6 | West Virginia | 20.3 | 79.7 |
| Mississippi | 23.5 | 76.5 | Wisconsin | 40.2 | 59.8 |
| | | | Wyoming | 42.7 | 57.3 |

Table 3: Employment rate of people with a work disability, by state

Source: West Virginia University Website.
http://www.icdi.wvu.edu/disability/tables
Survey: U.S. Bureau of the Census, 1990 Census.

SRS 0044

**How many working-age people with disabilities say they would like to work?**

In 1986 and 1994, the National Organization on Disability (NOD) commissioned Louis Harris and Associates to conduct polls on the attitudes and experiences of Americans with disabilities. In those polls, an overwhelming majority of working-age people with disabilities who were not working indicated that they wanted to work.

The number of people with disabilities between 16 and 64 years who were not working but wanted to work increased from 66% to 79% between 1986 and 1994. In the age group between 16 and 44 years, 84% of those not working said that they wanted to work.

**More than three-quarters of working-age people with disabilities who are not currently working would like to work.**



Figure 13: Percentage of non-working people with a disability who indicate that they want to work, 1986 and 1994, 16-64 years

Source: National Organization on Disability (1994a, 1994b).
Survey: Louis Harris & Associates, 1986, 1994, commissioned by National Organization on Disability.

Chartbook on Work and Disability in the United States                    *InfoUse, 1998*

## Section 3.  Factors Related to Work Disability

Work disability, the condition of being unable to work, or being limited in the amount or kind of work, can be caused by a variety of circumstances both on and off the job.  What chronic health conditions are the most frequent causes of work limitation?  How do occupational injuries and illnesses affect work disability?

Many different factors contribute to the high numbers of people with disabilities who are not working or not in the labor force.  One factor is the functional limitation itself, another is the attitude others might have about the employability of individuals with such limitations.  Some factors are demographic (age, gender, race, education, loss of benefits); some are related to income or opportunity.  This section also addresses the relationship of such factors to work disability.

---

### Topic Questions:

What are the median earnings of working people by disability status?

What chronic health conditions most frequently cause work limitation?

What is the trend in occupational illness and injury?

How many people receive Workers' Compensation?

How is work limitation associated with race and ethnicity?

How does work disability differ by gender?

How does work disability differ by age?

How does work disability differ by educational level?

---

Chartbook on Work and Disability in the United States                        *InfoUse, 1998*

### What are the median earnings of working people by disability status?

Working people with disabilities have much lower median monthly earnings than workers with no work disability. In 1994-1995, the median monthly earnings of men with no disabilities was $2,190; men with **non-severe disabilities** earned $1,857; and men with **severe disabilities** earned $1,262. The median monthly earnings for women with and without disabilities consistently was significantly lower than that of men. Women with no disabilities earned $1,470; with non-severe disabilities, $1,200 and with severe disabilities, $1,000.

**For both men and women, median monthly earnings are lower for people with a disability, and even lower for those with a severe disability.**



Figure 14:  Median monthly earnings, by disability status and gender, 21-64 years

Source:  McNeil (1997), Americans with Disabilities: 1994-95; U.S. Bureau of the Census Website: http://www.census.gov/hhes/www/disable/sipp
Survey: SIPP, 1994-95.

24

*InfoUse, 1998*                    Chartbook on Work and Disability in the United States

### What chronic health conditions most frequently cause work limitation?

The National Health Interview Survey (NHIS) is the best source of information about which **chronic health conditions** most frequently cause **work limitation.** When respondents to the NHIS are asked about work limitation, they also are asked to specify "the main cause of this impairment." Back disorders (including orthopedic impairments and disc disorders) are the most frequent main causes of work limitation among people 18-69 years old. It is estimated that almost 4 million people experience work limitations that primarily are caused by back disorders, representing 21.1% of all main conditions. Back disorders are followed by heart disease (2.1 million people or 10.9% of main conditions), osteoarthritis and related disorders (1.6 million people or 8.3% of main conditions), and diseases of the respiratory system (1.1 million or 5.6%). Other top causes of work limitation include mental disorders (925,000 or 4.9%), orthopedic impairments of lower extremities (861,000 or 4.5%) and diabetes (624,000 or 3.3%).

**The top seven chronic conditions causing work limitation.**



Figure 15: Chronic conditions that are the main causes of work limitation, by percentage of people, 18-69 years

Source: LaPlante & Carlson (1996), Table 7a.
Survey: NHIS, 1992.

## What is the trend in occupational illness and injury?

Occupational injuries and illnesses also contribute to **work disability**. Over the past twenty years, the number of reported occupational injuries and illnesses generally has decreased, but the impact of these injuries and illnesses has increased greatly. In 1972, for every 100 full-time workers there were 10.9 occupational injuries or illnesses reported. By 1994, the incidence rate had dropped to 8.4 per 100 workers.

Interestingly, while the incidence rate of reported occupational injuries and illnesses dropped, from 1972 to 1991 the lost workdays per 100 workers increased from 47.9 to 86.5.

**The effect of occupational illnesses and injuries has increased from 1972 to 1991.**



Figure 16: Reported cases of occupational illness and injury and lost workdays, per 100 full-time workers, 1972-1994

Source: Bureau of Labor Statistics, Office of Safety and Health Statistics.
Survey: ASOII, 1972-1994.

## How many people receive Workers' Compensation?

An estimated 96.1 million employees were insured by **Workers' Compensation** in 1993. From 1983 to 1993, disability compensation payments grew from $10.4 million to $23.4 million while compensation payments to survivors rose only slightly from $1.5 million to $1.9 million over the same period.

Employers' self-insurance payments and medical and hospitalization costs tripled in the ten years between 1983 and 1993. Employers' self-insurance payments rose from $3.2 million to $9.9 million while medical and hospitalization costs rose from $5.7 million to $17.5 million.

**Workers' Compensation disability payments more than doubled between 1983 and 1993.**



Figure 17: Workers' compensation payments (in thousands) for disability and survivors, 1983-1993

Source: Social Security Administration (1996), Table 9, B1, p. 351.
Survey: Social Security Administration Program Data, multiple years.

### How is work limitation associated with race and ethnicity?

The NHIS collects information on race and ethnicity. In the working-age population 18 to 69, Native Americans report the highest percentage of limitation in work due to chronic conditions - 17.3% or 262,000 people. Blacks (non-Hispanics) also have a high rate of limitation - 14.4% or 2.7 million people. Asian Americans reported the lowest levels of limitation - 5.7% or 311,000 persons. While white non-Hispanics reported work limitations of 11.6% or 14,261,000 people, white Hispanics reported 9.6% or 996,000 people and black Hispanics reported 15.7% or 60,000. These varying rates may be related to cultural and geographical as well as demographic distinctions.

**Native Americans report the highest rates of work limitation.**



Figure 18: Percentage with work limitation, by racial or ethnic group

Source: LaPlante & Carlson (1996), Table 2.
Survey: NHIS, 1992.

### How does work disability differ by gender?

There is little difference in the percentage of working-age men and women with a **work disability**. The 8.3 million men with a work disability make up 9.8% of the male population age 16 - 64. The 8.9 million women with a work disability comprise 9.9% of the working-age female population.

The rate of **severe work disability** is nearly the same for men and women - 6.5% or 5.5 million men and 6.6% or 5.8 million women.

Do not compare these data to earlier data as the question asked in the **CPS** was rephrased in 1994. This has resulted in more people with a work disability being identified, and particularly increases the numbers in the 35-44 and 45-54 year age groups.

**Men and women have similar rates of work disability at all ages.**

| Age Groups | Men | | Women | | Total | |
|---|---|---|---|---|---|---|
| 16-24 | 4.1% | 675,000 | 4.2% | 693,000 | 4.1% | 1,368,000 |
| 25-34 | 5.1% | 987,000 | 5.8% | 1,144,000 | 5.5% | 2,131,000 |
| 35-44 | 9.3% | 2,029,000 | 9.0% | 2,006,000 | 9.1% | 4,035,000 |
| 45-54 | 12.8% | 2,123,000 | 13.5% | 2,365,000 | 13.2% | 4,488,000 |
| 55-64 | 23.2% | 2,477,000 | 23.0% | 2,659,000 | 23.1% | 5,136,000 |
| Total | 9.8% | 8,291,000 | 10.1% | 8,867,000 | 9.9% | 17,157,000 |

Table 4: Percentage and number with work disability, by gender and age group, 16-64 years

Source: U.S. Bureau of the Census Website, Table 198.
http://www.census.gov/hhes/www/disable/cps/cps198.html
Survey: CPS, 1998.

SRS 0053

Chartbook on Work and Disability in the United States                    *InfoUse, 1998*

### How does work disability differ by age?

Work disability increases with age. Among people 16 to 24 years old, only 4.1% are work disabled, and in the 25 to 34-year-old group, 5.5% have a work disability. For those between 35 and 44 years of age, work disability increases to 9.1%. Between 45 and 54 years of age, the work disability rate increases to 13.2%, and reaches 23.1% for the 55 to 64-year-old group.

The relationship between age and **severe work disability** is also pronounced. Only 2.7% of people between 16 and 24 years old have a severe work disability, compared to 3.5% of those 25 to 34 years and 6.1% of those 35 to 44 years. The rate of severe work disability rises to 8.6% for those 45 to 54, and climbs sharply to 15.4% for people in the 55 to 64 year old group.

**Work disability and severe work disability increase with age.**



Figure 19: Percentage with work disability and severe work disability, by age groups, 16-64 years

Source: U.S. Bureau of the Census Website, Table 198.
http://www.census.gov/hhes/www/disable/cps/cps198
Survey: CPS, 1998.

### How does work disability differ by educational level?

There is a strong inverse relationship between level of education and **work disability** among people 25-64 years old. As the level of educational attainment rises, the percentage of people with work disability goes down. According to 1998 CPS data, people with less than 8 years of schooling had a work disability rate of 25.8%; people with a high school degree (12 years of schooling) had a work disability rate of 12.3%; and people with a college degree (16 or more years of schooling) had a work disability rate of 4.8%.

The inverse relationship is even stronger between education and **severe work disability**. People with less than 8 years of schooling had a severe work disability rate of 22.9%; people with a high school degree (12 years of schooling) had a severe work disability rate of 8.2%; while people with a college degree (16 or more years of schooling) had a severe work disability rate of only 2.2%.

**As educational attainment goes up, work disability goes down.**



Figure 20: Percentage with work disability and severe work disability, by level of education, 25-64 years

Source: U.S. Bureau of the Census Website, Table 198.
http://www.census.gov/hhes/www/disable/cps/cps198.html
Survey: CPS, 1998.

SRS  0055

### How many people with a work disability receive benefits from the Social Security Administration?

The Social Security Administration has two insurance programs which provide benefits to working-age individuals with disabilities: **Social Security Disability Insurance (SSDI)** and **Supplemental Security Income (SSI)**.

In recent years, participation by working-age people in Social Security disability programs has grown from less than 4 million people in 1985 to 6.6 million people in 1995.

The inflation-adjusted cost of cash benefits rose 66% from $23 billion in 1985 to $53 billion in 1994. In addition, the cost of providing Medicare and Medicaid to these beneficiaries was about $48 billion. Thus the General Accounting Office reports that the cost of cash benefits and health care benefits for disabled beneficiaries in 1994 was $101 billion.

### Participation in Social Security disability programs has grown from the mid-80s to the mid-90s.



Figure 21: Number of beneficiaries of SSI and SSDI (in thousands), 1985-95

Source: General Accounting Office (1996). Social Security Administration (1996).
Survey: Social Security Administration Program Data, multiple years.

SRS 0056

Chartbook on Work and Disability in the United States

*InfoUse, 1998*

*InfoUse, 1998*                                  Chartbook on Work and Disability In the United States

## Section 4.  Work-related Resources

There are many federal, state and local agencies which provide various types of assistance for people with work disabilities.

In this section, benefits from federal programs assisting people with a work disability are described, including how many people with a work disability receive benefits from the Social Security Administration through SSDI or SSI.  This section also presents information about several other programs, including the Vocational Rehabilitation program, and other work-related resources for people with disabilities.

---

Topic Questions:

How many people with a work disability receive benefits from the
Social Security Administration?

What are the conditions of people who are helped by Vocational Rehabilitation?

Where in the labor market does the Vocational Rehabilitation system
place successful clients?

Do people who are successfully rehabilitated by the Vocational Rehabilitation
system work full-time?

What special equipment or technology do people with disabilities need
for the jobs they prefer?

How do employed adults with disabilities find their jobs?

What are the sources of income and benefits for working-age people with
disabilities?

---

SRS 0058

**What are the conditions of people who are helped by Vocational Rehabilitation?**

The state-federal **Vocational Rehabilitation** (VR) program, authorized by the Rehabilitation Act of 1973, as amended, provides services for individuals with disabilities to assist in obtaining employment.

The VR program served 1,250,314 people in fiscal year 1995 including 940,177 with severe disabilities. In that year, 209,599 individuals, including 158,559 with severe disabilities, were **rehabilitated** or successfully completed their VR services and found work in a variety of jobs. The chart below illustrates the varying types of conditions and impairments of people rehabilitated by VR programs.

**People who successfully complete VR have a range of disabilities.**



Figure 22:  Major disabling conditions of rehabilitated Vocational Rehabilitation clients (percentage with each condition)

Source:  Rehabilitation Services Administration program statistics (911 data based on FY 1995 cumulative case load report).

35

### Where in the labor market does the Vocational Rehabilitation system place successful clients?

The vast majority of clients who are **rehabilitated** successfully through the **Vocational Rehabilitation (VR)** system are placed in competitive employment. In 1995, 178,927 or 85.4% were placed in competitive work. The remainder were placed as homemakers (7.6%), in sheltered workshops (4.0%), self-employed (2.7%) and unpaid family workers (0.3%).

**More than 3 out of every 4 successful Vocational Rehabilitation clients find a job in the competitive labor market.**



Figure 23: Number of Vocational Rehabilitation clients in employment categories (at application & closure)

Source: Rehabilitation Services Administration program statistics (911 data based on FY 1995 cumulative case load report).

Of those who were **rehabilitated** in 1995, the most common occupation placements at case closure were industrial (26.3%); service (25%); professional (15.8%); and clerical (13.9%).

**The Vocational Rehabilitation system places people into a wide range of occupations.**



Figure 24: Percentage and number of rehabilitated Vocational Rehabilitation clients in different occupational categories

Source: Rehabilitation Services Administration program statistics (911 data based on FY 1995 cumulative case load report).

### Do people who are successfully rehabilitated by the Vocational Rehabilitation system work full-time?

In 1995, sixty percent of all clients who successfully completed their rehabilitation program with the Vocational Rehabilitation system worked 35 or more hours per week. Another 25.7% of successful clients worked from 20 to 34 hours per week.

All clients who were **rehabilitated** successfully by the Vocational Rehabilitation system in 1995 worked an average of 31.4 hours per week. However, this average includes a portion of people who did not work for pay. The average hours per week increases to 34.1 hours when only clients who worked for pay are included.

By comparison, when clients applied and were accepted for vocational rehabilitation services, 78.5% were not working for pay. For those clients who did any kind of work for pay at all at application, the average time worked was 29.9 hours per week.

**About 60% of successful rehabilitation clients worked a full work week.**



Figure 25: Percentage of successful VR clients working at application and closure, by categories of number of hours worked

Source: Rehabilitation Services Administration program statistics (911 data based on FY 1995 cumulative case load report).

SRS 0062

*InfoUse, 1998*                     Chartbook on Work and Disability in the United States

## What special equipment or technology do people with disabilities need for the jobs they prefer?

Most adults with disabilities who are working or willing and able to work do not need special equipment or technology to perform their jobs effectively. For the 26% who report needing special equipment or technology to do their jobs effectively, the technology is readily available and relatively inexpensive. Needs vary among employed and non-working adults with disabilities. Eighteen percent of those who are working and 11% of those who are not currently working reported that they need a personal or laptop computer to be able to work effectively. Among those not working, 10% need a specialized wheelchair.

**Sixty-nine percent (69%) of people with disabilities do not need special equipment or technology to do their jobs effectively.**



Figure 26:  Reported special equipment needs of people with disabilities (percentage in each category)

Source:  N.O.D. /Harris Survey of Americans with Disabilities (1994).
Survey:  Louis Harris and Associates, Inc.

SRS 0063

### How do employed adults with disabilities find their jobs?

More than half of employed adults with disabilities report that they found their jobs through personal contact.  The percentage was highest among those who worked part-time - 62%, compared with those who worked full-time - 45%.  One in five or 21% report finding jobs through means other than personal contact, help wanted ads, mainstream employment services, special programs for people with disabilities or college or training program placement programs.

**52% of adults with disabilities find their jobs through personal contacts.**



Figure 27:  Percentage of employed people with disabilities who found job by various resources

Source:  N.O.D. /Harris Survey of Americans with Disabilities (1994).
Survey:  Louis Harris and Associates, Inc.

*InfoUse, 1998*                    Chartbook on Work and Disability in the United States

### What are the sources of income and benefits for working-age people with disabilities?

People with a **disability**, ages 16-64 years, are more likely to receive **means-tested income** (primarily from SSI) and less likely to receive earned income or asset income (e.g. from investments), compared to people with no disability.  Among working-age people with a disability, 16.5% receive Social Security disability or retirement income, and this number rises to 30.3% for people with a severe disability.  In the category of means-tested income, 10.6% of people with a disability and 22.3% of people with a severe disability receive SSI.

Given the lower employment rates of people with disabilities, it is not surprising that people with a disability are less likely to receive wage or salary income.  Only 42.9% of people with a disability had any income from a first or primary job, compared to 66.4% of people with no disability.  In terms of average monthly income from a primary job, people with a disability earned nearly 57% less ($779 per month for people with a disability, compared to $1368 for people with no disability).

### People with a disability are less likely to receive earnings and more likely to receive means-tested income.



Figure 28:  Percentage of people receiving income from four major sources of income, by disability status, 16-64 years

Source: Kruse (1997), Tables 8 & 9.
Survey: SIPP, 1993-94.

SRS 0065

Chartbook on Work and Disability in the United States          *InfoUse, 1998*

*Persons with Disabilities*

# Labor market activity, 1994

*Persons with disabilities—especially those with severe
disabilities—had lower rates of labor force activity,
were more restricted in their choice of occupation,
were less likely to work full time, and were less likely
to work in higher paying occupations,
than their counterparts with no disabilities*

Thomas W. Hale,
Howard V. Hayghe,
and
John M. McNeil

According to the Survey of Income and Program Participation (SIPP),[1] only 29.5 percent of persons aged 20 to 64 years with severe disabilities participated in labor market activity—that is, they either had worked, had looked for work, or were on layoff from a job—during the month before the survey was administered. (See table 1.) This proportion was far below that for persons in the same age group with no disabilities (84.5 percent) and for those with moderate disabilities (81.6 percent).[2] This pattern of similar market activity rates between those with moderate and those with no disabilities, contrasted with sharply lower rates for those with severe disabilities, appears across many major demographic groups. The relative severity of the disability probably explains much of this difference, but other factors—notably, age and education—also may have some impact. (See box on pages 11–12 for disability statuses.)

Persons with severe disabilities tend to be older, on average, than the other two groups, and, of course, older people are less likely to be active in the labor market than are younger ones. Among persons aged 20 to 64 with severe disabilities, almost one-third were 55 to 64 years old. This figure compares with only about 10 percent of persons with no disabilities and 20 percent of persons with moderate disabilities. The implication is that a significant proportion of those with severe disabilities are in an age group in which many people have already re-

tired. Nonetheless, when the labor market activity rate of persons with no disabilities is compared, age for age, with the rates of those with moderate and those with severe disabilities, it becomes clear that the last group consistently has lower rates than the other two groups.

Education, too, is another factor that is well known to affect labor force activity. People with lower educational attainment generally do not do as well as their better educated counterparts in regard to employment, unemployment, and earnings. Among persons 25 to 64 years old, those with severe disabilities are about 3 times as likely as those with no disabilities to have left school before completing high school and less than a third as likely to have completed 4 years of college. As with age, though, when labor market activity is compared across educational levels for the three disability status groups, those with severe disabilities consistently have significantly lower rates than the other two groups.

## Disability and demographics

For both men and women, labor market activity rates were about the same for persons with no disabilities as for those with moderate disabilities. And, as is typical with broad measures of labor force activity, the men's rates were substantially higher than the women's rates. For persons with severe disabilities, however, the overall rate

Thomas W. Hale is an economist in the Office of Employment and Unemployment Statistics, Bureau of Labor Statistics. Howard V. Hayghe is a supervisory economist in the same office. John M. McNeil is a statistician with the Bureau of the Census.

Persons with Disabilities

**Table 1.** Labor force activity of persons 20 to 64 years old, by sex and disability status, September 1994 to December 1994

[Numbers in thousands]

| Characteristic | With no disability | With moderate disability | With severe disability |
|---|---|---|---|
| Total ...... ... .... ... ... ...  ... ... ... ... | 123,042 | 15,569 | 14,350 |
| Percent .......................... ... .. ... ... ... | 100.0 | 100.0 | 100.0 |
| With labor force activity ... ... ... ... ... ... ... | 84.5 | 81.6 | 29.5 |
| With no labor force activity ... ... ... ... ... ... | 15.5 | 18.4 | 70.5 |
| With labor force activity: | | | |
| Number ...................... ... ... .. ... ... | 103,942 | 12,708 | 4,229 |
| Percent ......................... ... ... ... ... | 100.0 | 100.0 | 100.0 |
| Worked during month ...................... ... | 96.5 | 93.9 | 89.1 |
| Full time ........................................ | 82.3 | 75.5 | 59.2 |
| Part time ....................................... | 14.2 | 18.5 | 29.9 |
| Worked and looked for work or on layoff part of month ..................... | 1.1 | 1.9 | 2.3 |
| Did not work during month and looked for work or on layoff ... ......... | 3.5 | 6.1 | 10.9 |
| Men ... ...... ... .... ..... .. ...  .... . ... | 61,077 | 7,942 | 6,181 |
| Percent ......................... ...... | 100.0 | 100.0 | 100.0 |
| With labor force activity ... ... ... ... ... .. ... ... | 92.4 | 89.9 | 31.8 |
| With no labor force activity ... ... ... ... ... ... ... | 7.6 | 10.1 | 68.2 |
| With labor force activity: | | | |
| Number ........................ ... ... | 56,432 | 7,140 | 1,967 |
| Percent ......................... ... ... | 100.0 | 100.0 | 100.0 |
| Worked during month ...................... | 96.3 | 94.2 | 88.4 |
| Full time ........................................ | 89.5 | 83.2 | 63.8 |
| Part time ....................................... | 6.9 | 11.0 | 24.6 |
| Worked and looked for work or on layoff part of month ..................... | 1.1 | 2.0 | 3.4 |
| Did not work during month and looked for work or on layoff ............ | 3.7 | 5.8 | 11.6 |
| Women ................................... | 61,965 | 7,627 | 8,169 |
| Percent ........................................ | 100.0 | 100.0 | 100.0 |
| With labor force activity ....................... | 76.7 | 73.0 | 27.7 |
| With no labor force activity ................... | 23.3 | 27.0 | 72.3 |
| With labor force activity: | | | |
| Number ...................... | 47,510 | 5,568 | 2,262 |
| Percent ....................... | 100.0 | 100.0 | 100.0 |
| Worked during month ............................. | 96.8 | 93.6 | 89.7 |
| Full time ........................................ | 73.8 | 65.6 | 55.2 |
| Part time ....................................... | 22.9 | 28.0 | 34.6 |
| Worked and looked for work or on layoff part of month ..................... | 1.1 | 1.9 | 1.4 |
| Did not work during month and looked for work or on layoff ............ | 3.2 | 6.4 | 10.3 |

SOURCE: Survey of Income and Program Participation, Bureau of the Census.

were far lower, and the difference between men's and women's rates narrowed. Among those with no disabilities, for example, 92.4 percent of the men and 76.7 percent of the women reported that they had labor force activity during the month before the survey, a difference of about 16 percentage points. Among persons with severe disabilities, by contrast, only 31.8 percent of the men and 27.7 percent of the women had labor market activity, a difference of about 4 percentage points.

With regard to those in each disability group who were in the labor force, men were more likely to work full time than women. (Once again, this is typical for the work force as a whole.) Among those with no disabilities, 89.5 percent of the men and 73.8 percent of the women were full-time workers. These proportions were somewhat smaller for those with mod-

erate disabilities and substantially smaller for men (63.8 percent) and women (56.2 percent) with severe disabilities.

Labor market activity also varies by age. Typically, people in older and younger groups are less likely to have any sort of labor market activity than are those in central age groups (25 to 54 years old). As shown in table 2, persons aged 20 to 64 years with no disabilities or with moderate disabilities conformed to this pattern, but persons with severe disabilities did not. For those with severe disabilities, the labor force activity rate was highest (roughly 37 percent) for those 20 to 24 and 25 to 44 years of age. The rate declined somewhat among those 45 to 54 and fell sharply, to just 18 percent for the 55-to-64-year age group. The steep drop is not too surprising in view of the fact, noted earlier, that many in this age group have already retired.

**Table 2.** Labor force activity of persons 20 to 64 years old, by age and disability status, September 1994 to December 1994

[Numbers in thousands]

| Characteristic | 20 to 24 years | 25 to 44 years | 45 to 54 years | 55 to 64 years |
|---|---|---|---|---|
| With no disability | 16,238 | 70,749 | 22,905 | 13,150 |
| Percent | 100.0 | 100.0 | 100.0 | 100.0 |
| With labor force activity | 76.8 | 87.6 | 89.4 | 68.4 |
| With no labor force activity | 23.2 | 12.4 | 10.6 | 31.6 |
| With labor force activity: | | | | |
| Number | 12,478 | 61,999 | 20,474 | 8,992 |
| Percent | 100.0 | 100.0 | 100.0 | 100.0 |
| Worked during month | 92.8 | 96.8 | 97.6 | 97.4 |
| Full time | 67.0 | 84.5 | 85.8 | 80.6 |
| Part time | 25.8 | 12.3 | 11.8 | 16.7 |
| Worked and looked for work or on layoff part of month | 2.0 | 1.1 | .7 | .8 |
| Did not work during month and looked for work or on layoff | 7.2 | 3.2 | 2.4 | 2.6 |
| With moderate disability | 1,366 | 7,295 | 3,939 | 2,969 |
| Percent | 100.0 | 100.0 | 100.0 | 100.0 |
| With labor force activity | 79.6 | 84.2 | 87.6 | 68.2 |
| With no labor force activity | 20.4 | 15.8 | 12.4 | 31.8 |
| With labor force activity: | | | | |
| Number | 1,088 | 6,144 | 3,450 | 2,026 |
| Percent | 100.0 | 100.0 | 100.0 | 100.0 |
| Worked during month | 89.3 | 92.9 | 95.3 | 97.4 |
| Full time | 62.5 | 75.2 | 80.3 | 75.1 |
| Part time | 26.8 | 17.7 | 15.0 | 22.3 |
| Worked and looked for work or on layoff part of month | 4.0 | 2.2 | 1.1 | 1.5 |
| Did not work during month and looked for work or on layoff | 10.8 | 7.1 | 4.8 | 2.7 |
| With severe disability | 710 | 5,640 | 3,472 | 4,528 |
| Percent | 100.0 | 100.0 | 100.0 | 100.0 |
| With labor force activity | 37.2 | 36.4 | 31.6 | 18.0 |
| With no labor force activity | 63.0 | 63.6 | 68.4 | 82.0 |
| With labor force activity: | | | | |
| Number | 264 | 2,053 | 1,098 | 814 |
| Percent | 100.0 | 100.0 | 100.0 | 100.0 |
| Worked during month | 86.0 | 85.2 | 92.3 | 95.7 |
| Full time | 40.5 | 58.0 | 63.8 | 62.2 |
| Part time | 45.5 | 27.3 | 28.5 | 33.5 |
| Worked and looked for work or on layoff part of month | 6.1 | 2.3 | 1.7 | 2.1 |
| Did not work during month and looked for work or on layoff | 14.4 | 14.7 | 7.8 | 4.5 |

Source:   Survey of Income and Program Participation, Bureau of the Census.

The proportion of labor force participants with severe disabilities who worked full time did not drop off sharply with age. In fact, the proportions who worked full time in the age groups 25 to 44, 45 to 54, and 55 to 64 were quite similar, ranging from about 58 percent to 64 percent. (Just 40.5 percent of those 20 to 24 years old worked full time.) Further, this pattern was not very different from that of persons with no disabilities or with moderate disabilities. Among all three disability groups, full-time employment rates were higher for mature workers (25 to 64 years old) than for youth. Of course, the rates for persons with severe disabilities were considerably below the rates for the other two groups—about 15 to 30 percentage points, depending on the age category.

## Education and marital status

As shown in table 3, at each level of education, persons with disabilities were less likely to be engaged in labor market activity. Moreover, even though education improves outcomes generally and reduces the gap in the rate of labor force activity between those with severe disabilities and the other disability groups, the difference remains dramatic.

The effect of education varied by sex as well as by disability category. Among men with no disabilities, the labor market activity rate for those with less than 4 years of high school (90.2 percent) was fairly close to the rate for those who had completed at least 4 years of college (94.8 percent). For women with

Persons with Disabilities

**Table 3.** Labor force activity of persons 20 to 64 years old, by selected characteristics and disability status, September 1994 to December 1994

[In percent]

| Characteristic | Total | | | Men | | | Women | | |
|---|---|---|---|---|---|---|---|---|---|
| | With no disability | With moderate disability | With severe disability | With no disability | With moderate disability | With severe disability | With no disability | With moderate disability | With severe disability |
| **Percent with labor force activity** | | | | | | | | | |
| Years of school completed by persons 25 to 64 years old: | | | | | | | | | |
| Less than 4 years of high school | 75.2 | 74.4 | 17.3 | 90.2 | 89.2 | 20.3 | 58.9 | 57.1 | 14.8 |
| Four years of high school, no college | 84.7 | 81.2 | 31.2 | 94.5 | 90.2 | 33.0 | 72.4 | 72.4 | 30.0 |
| Some college | 87.3 | 85.7 | 39.1 | 94.6 | 91.1 | 40.3 | 80.8 | 80.2 | 38.4 |
| College graduate | 90.0 | 86.4 | 52.4 | 94.8 | 90.1 | 57.7 | 84.5 | 82.4 | 47.8 |
| Marital status | | | | | | | | | |
| Married | 84.1 | 80.8 | 29.1 | 95.3 | 91.6 | 31.8 | 73.4 | 68.4 | 27.0 |
| Unmarried | 85.1 | 82.8 | 29.8 | 88.0 | 87.1 | 31.9 | 82.2 | 78.8 | 28.3 |
| Race and ethnicity | | | | | | | | | |
| White | 84.9 | 82.1 | 31.0 | 93.1 | 90.4 | 34.6 | 77.5 | 73.1 | 28.2 |
| Black | 82.3 | 79.4 | 24.1 | 87.2 | 85.7 | 20.7 | 78.2 | 74.9 | 26.4 |
| Hispanic | 79.6 | 77.9 | 24.4 | 92.1 | 94.4 | 24.1 | 66.5 | 62.3 | 24.6 |
| **Percent with labor force activity who worked full time** | | | | | | | | | |
| Years of school completed by persons 25 to 64 years old: | | | | | | | | | |
| Less than 4 years of high school | 80.4 | 72.9 | 55.1 | 85.9 | 79.2 | 64.4 | 71.2 | 61.2 | 45.6 |
| Four years of high school, no college | 83.4 | 74.0 | 58.6 | 92.0 | 82.4 | 61.6 | 73.7 | 63.7 | 56.6 |
| Some college | 84.0 | 79.7 | 62.1 | 92.4 | 87.5 | 76.1 | 75.2 | 70.2 | 52.3 |
| College graduate | 87.4 | 82.7 | 70.1 | 93.4 | 91.0 | 67.9 | 79.7 | 72.7 | 72.6 |
| Marital status | | | | | | | | | |
| Married | 83.9 | 77.6 | 65.9 | 94.0 | 87.8 | 76.7 | 71.5 | 62.1 | 56.0 |
| Unmarried | 79.8 | 72.6 | 53.3 | 82.0 | 75.6 | 51.9 | 77.3 | 69.5 | 54.5 |
| Race and ethnicity: | | | | | | | | | |
| White | 82.8 | 76.2 | 59.7 | 90.6 | 83.7 | 65.6 | 73.2 | 66.0 | 54.2 |
| Black | 79.9 | 68.7 | 57.3 | 82.2 | 77.3 | 53.2 | 77.6 | 61.7 | 59.6 |
| Hispanic | 82.3 | 69.3 | 61.7 | 87.3 | 75.7 | 69.7 | 75.0 | 60.1 | 55.7 |

SOURCE:  Survey of Income and Program Participation, Bureau of the Census.

no disabilities, though, the effect of increased education was much more apparent: about 59 percent of those with less than a high school education had labor market activity, compared with 84.5 percent of those with at least 4 years of college. Among those with severe disabilities, education had a much greater positive impact on labor market activity: whereas only 20.3 percent of men with severe disabilities who had less than a high school education also had labor market activity, 57.7 percent of those who had completed college participated in the labor market. For women with severe disabilities, the proportions were 14.8 percent and 47.8 percent, respectively.

With regard to persons with severe disabilities, it is not clear from these data whether education alone affects labor market activity or whether a common set of variables—in this case, disabilities—affects *both* education *and* labor mar-

ket activity. To be classified as having severe disabilities, an individual must have one of a number of conditions or limitations. (See box on pages 11–12.) Some of these conditions or limitations may impede acquiring an education, while others may make labor market activity difficult. Still others may create problems in both endeavors.

By and large, more education translates into higher full-time employment rates for both men and women across all three disability groups. For example, among men with no disabilities and with less than 4 years of high school, 85.9 percent who reported labor force activity worked full time, compared with 93.4 percent of those who were college graduates. For women with no disabilities, the proportions were 71.2 percent and 79.7 percent, respectively. Among persons with severe disabilities, however, the difference was far smaller, with 64.4 percent of

men who had not completed high school working full time, compared with 67.9 percent of those who had completed college. For women with severe disabilities, a college education had a considerably more dramatic effect on labor market outcomes: just 45.6 percent of the women with less than 4 years of high school worked full time, as opposed to 72.6 percent of the college graduates.

Marital status—or rather, the lifestyles associated with different marital categories—appears to affect the labor force activity and full-time employment rates among both those with no disabilities and those with moderate disabilities. Married men in these categories were more likely to have labor force activity and to work full time than were unmarried men. For women, however, the situation was reversed: married women were less likely to have labor force activity or to work full time than their unmarried counterparts. These differences by gender and marital status are probably linked to family roles. Despite the sweeping changes in family life that have occurred over the past three decades, married women still retain much of the responsibility for child care, while married men continue to be much more oriented toward labor market activity. Unmarried women, on the other hand, must support not only themselves, but, increasingly, their children as well.

In contrast, the marriage gap—that is, the differences in labor market activity and full-time employment by marital status noted earlier—virtually disappeared among women with severe disabilities. It remained, however, for men with severe disabilities who worked full time.

## Looking for work or on layoff

Persons with disabilities were more likely than those with no disabilities to report that they were looking for work or that they were on layoff. (See table 4.) Among those with moderate disabilities who had some labor force activity, 8.0 percent[3] were looking for work or were on layoff, as were 13.3 percent of those with severe disabilities. These proportions compare with 4.6 percent for persons with no disabilities.

Among those with no disabilities or with moderate disabilities, men and women showed very little difference in the proportions who looked for work or were on layoff. Men with severe disabilities were somewhat more likely than women with severe disabilities to be looking for work or to be on layoff. Persons who were 20 to 24 years old were more likely to be looking for work or to be on layoff than were persons in any other age group, whatever their disability status.

For all three disability categories, the incidence of unemployment or layoff tended to decrease as the number of years of school completed rose. This circumstance, however, did little to offset the impact of disability: among those with less than a high school education, persons with severe disabilities were

| Table 4. | Percent of persons 20 to 64 years old with labor force activity who were looking for work or who were on layoff, by selected characteristics and disability status, September 1994 to December 1994 | | |
|---|---|---|---|

[In percent]

| Characteristic | With no disability | With moderate disability | With severe disability |
|---|---|---|---|
| Total ........... | 4.6 | 8.0 | 13.3 |
| Men............ | 4.8 | 7.8 | 15.0 |
| Women............ | 4.3 | 8.2 | 11.7 |
| **Age** | | | |
| 20 to 24 years ................ | 9.2 | 14.8 | 20.5 |
| 25 to 44 years ................ | 4.3 | 9.2 | 17.0 |
| 45 to 54 years ................ | 3.1 | 5.9 | 9.6 |
| 55 to 64 years ................ | 3.4 | 4.1 | 6.6 |
| **Years of school completed by persons 25 to 64 years old** | | | |
| Less than 4 years of high school .. | 8.3 | 11.9 | 16.2 |
| Four years of high school, no college ................ | 4.4 | 8.0 | 10.8 |
| One to 3 years of college ............ | 3.3 | 5.0 | 15.4 |
| Four or more years of college .... | 2.3 | 4.3 | 10.1 |

SOURCE: Survey of Income and Program Participation, Bureau of the Census.

about twice as likely as those with no disabilities to be looking for work or to be on layoff. The relative gap was even greater for those who had completed at least 4 years of college: those with severe disabilities were more than 4 times as likely as those with no disabilities to be looking for work or to be on layoff.

## Occupation and industry

To a certain extent, the lower levels of education of persons with disabilities may affect their choice of occupation. For example, these individuals were more likely than those with no disabilities to be employed in service occupations and as operators, fabricators, and laborers—occupations that generally require less education. (See table 5.)

For workers employed in white-collar—managerial, professional, technical, sales, or administrative support—occupations, disability status made very little difference to the proportions that worked the entire month. By contrast, among workers in the remaining major occupation groups, those classified as having a severe disability tended to be less likely than those with no disabilities to work the full month. For instance, 95.3 percent of workers with no disabilities who were in service occupations worked the entire month, compared with 88.7 percent of those with severe disabilities.

Workers with severe disabilities who were in professional specialty and technical occupations were about as likely as those with no disabilities to work full time. These, however, were the exceptions; across most occupations, persons with

Persons with Disabilities

**Table 5.** Employed persons 20 to 64 years old, by disability status, occupation, and industry, September 1994 to December 1994

| Occupation and Industry | With no disability | | | With moderate disability | | | With severe disability | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Percent who worked— | | Total | Percent who worked— | | Total | Percent who worked— | |
| | | Entire month | Full time | | Entire month | Full time | | Entire month | Full time |
| **Occupation** | | | | | | | | | |
| Total | 100.0 | 96.8 | 85.6 | 100.0 | 93.5 | 81.4 | 100.0 | 91.2 | 66.8 |
| Executive, administrative, and managerial | 12.7 | 98.7 | 93.9 | 8.9 | 98.5 | 90.8 | 8.3 | 97.9 | 84.3 |
| Professional specialty | 15.1 | 97.8 | 86.0 | 11.1 | 95.3 | 83.9 | 8.6 | 96.9 | 82.3 |
| Technicians and related support | 4.4 | 97.8 | 86.1 | 4.4 | 97.4 | 87.3 | 2.2 | 100.0 | 89.2 |
| Sales workers | 10.4 | 96.8 | 78.6 | 10.1 | 95.3 | 70.8 | 9.5 | 92.2 | 60.9 |
| Administrative support, including clerical | 17.3 | 97.0 | 82.9 | 15.7 | 93.7 | 80.9 | 17.0 | 94.1 | 69.2 |
| Service occupations | 12.4 | 95.3 | 71.6 | 15.7 | 92.3 | 64.0 | 21.6 | 88.7 | 49.5 |
| Precision production, craft, and repair | 10.7 | 96.0 | 95.9 | 12.2 | 94.3 | 92.4 | 8.8 | 89.1 | 78.2 |
| Operators, fabricators, and laborers | 15.8 | 95.2 | 89.8 | 20.0 | 89.3 | 87.0 | 21.2 | 87.9 | 66.7 |
| Farming, forestry, and fishing | 1.3 | 97.2 | 86.0 | 1.9 | 88.3 | 82.7 | 2.7 | 78.3 | 54.3 |
| **Industry and class of worker** | | | | | | | | | |
| Total | 100.0 | 96.8 | 85.3 | 100.0 | 93.9 | 80.5 | 100.0 | 91.3 | 66.3 |
| Agriculture (wage and salary and self-employed) | 1.2 | 97.8 | 86.0 | 1.3 | 85.7 | 81.2 | 1.6 | 90.0 | 71.7 |
| Nonagricultural | 98.8 | 96.8 | 85.3 | 98.7 | 94.0 | 80.5 | 98.4 | 91.3 | 66.2 |
| Mining | 73.0 | 96.4 | 85.3 | 70.8 | 93.0 | 80.9 | 72.4 | 90.9 | 65.6 |
| Wage and salary | .6 | 98.2 | 97.8 | .7 | 95.1 | 100.0 | .5 | 88.9 | 88.9 |
| Construction | 4.3 | 91.5 | 90.7 | 4.4 | 85.6 | 90.7 | 2.4 | 85.2 | 85.2 |
| Manufacturing | 17.3 | 97.0 | 95.7 | 17.5 | 94.1 | 92.4 | 16.2 | 89.8 | 80.8 |
| Transportation and public utilities | 5.1 | 97.5 | 91.0 | 5.0 | 94.3 | 91.2 | 3.5 | 89.1 | 71.3 |
| Wholesale trade | 3.7 | 97.9 | 93.4 | 3.5 | 95.6 | 89.9 | 2.8 | 88.5 | 77.9 |
| Retail trade | 13.7 | 95.7 | 72.7 | 14.3 | 91.4 | 66.6 | 16.8 | 91.1 | 51.2 |
| Finance, insurance, and real estate | 6.0 | 98.0 | 89.6 | 3.8 | 97.9 | 84.5 | 4.5 | 94.0 | 78.6 |
| Service | 22.3 | 96.4 | 79.8 | 21.7 | 93.2 | 73.9 | 25.8 | 91.8 | 58.9 |
| Private household | .4 | 95.9 | 60.7 | .7 | 91.3 | 40.0 | 1.2 | 82.2 | 20.0 |
| Service, except private household | 21.9 | 96.4 | 80.1 | 21.0 | 93.3 | 75.0 | 24.6 | 92.3 | 60.8 |
| Self-employed | 10.3 | 97.4 | 83.4 | 13.0 | 97.3 | 75.3 | 10.4 | 92.2 | 64.0 |
| Government | 15.5 | 98.1 | 86.3 | 14.9 | 95.8 | 83.6 | 15.5 | 92.5 | 70.6 |

Source:  Survey of Income and Program Participation, Bureau of the Census.

**Table 6.** Mean monthly earnings and earnings ratios of wage and salary workers 20 to 64 years old, by sex and disability status, September 1994 to December 1994

[In nominal dollars]

| Labor force status | With no disability | | With moderate disability | | With severe disability | | Women's earnings as a percent of men's earnings | | |
|---|---|---|---|---|---|---|---|---|---|
| | Men | Women | Men | Women | Men | Women | Workers with no disability | Workers with moderate disability | Workers with severe disability |
| Total | $2,633 | $1,737 | $2,244 | $1,482 | $1,663 | $1,228 | 66.0 | 66.0 | 73.8 |
| With job entire month | 2,658 | 1,760 | 2,283 | 1,518 | 1,715 | 1,244 | 66.2 | 66.5 | 72.5 |
| Worked all weeks | 2,677 | 1,781 | 2,329 | 1,552 | 1,775 | 1,294 | 66.5 | 66.6 | 72.9 |
| Usually full time | 2,800 | 2,036 | 2,506 | 1,854 | 2,262 | 1,666 | 72.7 | 74.0 | 73.7 |
| Usually part time | 936 | 869 | 824 | 752 | 464 | 636 | 92.8 | 91.3 | 137.1 |
| Missed some weeks | 1,280 | 693 | 892 | 724 | 681 | 413 | 54.1 | 81.2 | 60.6 |
| Usually full time | 1,452 | 962 | 951 | 1,002 | 871 | 553 | 66.3 | 105.4 | 63.5 |
| Usually part time | 602 | 356 | 563 | 433 | 248 | 304 | 59.1 | 76.9 | 122.6 |
| With job during part of month | 938 | 556 | 927 | 488 | 600 | 552 | 59.3 | 52.6 | 92.0 |
| Usually full time | 1,082 | 816 | 1,048 | 648 | 965 | 770 | 75.4 | 61.8 | 79.8 |
| Usually part time | 362 | 298 | 322 | 227 | 201 | 339 | 82.3 | 70.5 | 168.7 |

Source:  Survey of Income and Program Participation, Bureau of the Census.

## Labor force concepts: Survey of Income and Program Participation versus Current Population Survey

Labor force estimates derived from the Survey of Income and Program Participation (SIPP) cannot be compared with those derived from the Current Population Survey (CPS), which is the primary source of official Government labor force data on demographic groups. This is because the questions determining labor force status that are included in each of the two surveys are very different and because the reference periods—those to which the questions refer—also are different.

Respondents to the CPS are asked a battery of questions to determine whether they are employed, unemployed, or not in the labor force, concepts that are quite precisely defined. For example, employed persons are (a) those who, during the reference week, did at least 1 hour of work as paid employees, worked in their own business or profession or on their own farm, or worked 15 hours or more as unpaid workers in an enterprise operated by a member of the family and (b) all those who were not working, but who had jobs or businesses from which they were temporarily absent. Unemployed persons are those who had no employment during the reference week, were available for work except for temporary illness, and had made specific efforts to find employment sometime during the 4-week period ending with the reference week. (Persons who were waiting to be recalled to a job from which they had been laid off need not have been looking for work to be classified as unemployed.)

The SIPP does not use the same standards as the CPS in determining labor force status. In the case of employment,

for instance, the SIPP asks whether the person had a job or business, full time or part time, even if it was for just a few days during the reference period. (Those in the military are counted as employed in the SIPP, but are not included in the universe of the CPS.) If the respondent answers that he or she did not work, the survey instrument asks whether the respondent looked for work or was on layoff.

The reference periods of the two surveys also differ. The CPS questions focus on respondents' activities during the week containing the 12th of the month. SIPP questions, however, are directed at the 4 months preceding the survey: respondents are presented with a calendar and asked to report their labor force status for each week over the 4-month reference period. The analysis presented in this article uses data only from the month before the survey, however. Thus, persons with labor force activity spent some time working, seeking work, or being on layoff in the previous month. Data are shown separately for those who worked (either full time or part time) the entire month, those who worked part of the month and either looked for work or were on layoff part of the month, and those who did not work, but looked for work or were on layoff the entire month.

For more information on the CPS, see *Employment and Earnings* (Bureau of Labor Statistics, January 1998), pp. 225-28. For more information on the SIPP, see Constance F. Citro and Graham Kalton, eds., *The Future of the Survey of Income and Program Participation*, (Washington, DC, National Academy Press, 1993); and the two Bureau of the Census reports, *Americans with Disabilities: 1991-92*, Series P70-33, and *Americans with Disabilities: 1994-95*, Series P70-61. (Or visit the Web site <http://www.sipp.census.gov/sipp>.)

disabilities were less likely than persons with no disabilities to work full time.

Perhaps surprisingly, there were only relatively minor differences in the overall distribution by industry and class of worker between those with disabilities and those with no disabilities. Although workers with severe disabilities are not excluded from any particular industry, the occupational employment data suggest that these workers may have somewhat limited occupational opportunities within industries.

## Mean monthly earnings

While not much difference is apparent in the extent of labor market activity between those with no disabilities and those with moderate disabilities, mean monthly earnings are lower for persons with moderate disabilities and are lower still for those with severe disabilities. (See table 6.) For instance, men with no disabilities earned $2,633, whereas their counterparts

with moderate disabilities and with severe disabilities earned $2,244 and $1,663, respectively.

Undoubtedly, the educational and occupational differences across disability groups affect earnings. Even so, some of the earnings differences—particularly those relating to persons who worked something other than full time all month—may have to do with the way the data are aggregated, because earnings tend to vary with the amount of time worked.

As measures of time spent at work, the concepts of full time, part time, and part month are not very precise. For example, full time is defined as 35 hours a week or more. Thus, someone who works just 35 hours a week is classified as a full-time worker, as is someone who works 60 hours a week. Likewise, a part-time worker can work from 1 to 34 hours a week. And similarly, part month means any period of time less than a full month. Hence, there can be quite a large difference in the number of hours worked even between two individuals who are in the same work-time classification.

Persons with Disabilities

Men generally made more money than women, whatever the disability category.[4] The lone exception was women with severe disabilities who usually worked part time. These women had higher mean monthly earnings than those of men in the same category. This distinction may be partly due to the fact that male part-time workers tend to be younger than female part-time workers and younger workers have lower earnings.[5]

THE EFFECTS OF A DISABILITY on the work activity of individuals are pervasive and, in a global sense, negative. This is particularly evident in labor force activity rates: persons with severe disabilities participated in the labor market at dramatically lower rates than did persons with no disabilities or with moderate disabilities. Moreover, persons with disabilities tend to be less educated and, therefore, to be restricted occupationally. Also, the likelihood of persons with severe disabilities working full time was considerably lower than that of persons with no disabilities. This reduced likelihood of working full time contributed to the fact that the earnings of those with severe disabilities were substantially lower than the earnings of individuals with no disabilities. In addition, persons with severe disabilities were consistently—and considerably—more likely than persons with no disabilities to be looking for work or to be on layoff. Even relatively high levels of educational attainment (which has a profound impact on most facets of labor market activity) do not change these relationships in any significant way.　　☐

## Footnotes

[1] The Survey of Income and Program Participation is a household survey sponsored by the Bureau of the Census and is designed to help meet the statistical needs of many Federal agencies. SIPP collects core data on employment, on income, and on participation in certain Federal Government programs (primarily means-tested programs, such as the food stamp program, the Women, Infant, and Children's (WIC) supplemental nutrition program, and the Supplementary Social Insurance (SSI) and other cash assistance, medicaid, and housing assistance programs). It also collects periodic data on characteristics, such as disability, that are relevant to one's eligibility for, and status in, such programs. (See box, pages 11–12, for the kind of information that is used to identify persons with disabilities.) The data in this article are based on information collected by SIPP between October 1994 and January 1995.

SIPP began in October 1983, with the collection of data for the 1984 panel. Households in a SIPP panel (containing 20,000 households) are visited every 4 months and are asked core questions about their status during the previous 4 months. The original survey design called for eight interviews at 4-month intervals for households in a given panel. The original design was modified for some panels, largely because of budgetary problems. New panels were introduced each year, so that at any given time, beginning with the introduction of the 1985 panel, data collection would be ongoing for more than one panel. This overlap feature meant that cross-sectional estimates could be based on two panels instead of one. The introduction of the 1996 panel marked a major change in the design of SIPP. The new design is intended to enhance the value of the survey for longitudinal analysis and calls for 12 visits at 4-month intervals with a panel of approximately 37,000 households. The new design does not include an overlap feature; the next scheduled panel will begin in the year 2000.

For additional information about the SIPP, visit the Web site <http://www.sipp.census.gov/sipp/>. Readers may also wish to see Constance F. Citro and Graham Kalton, eds., The Future of the Survey of Income and Program Participation (Washington, DC, National Academy Press, 1993). The Bureau of the Census has published two reports using disability data from SIPP: Americans with Disabilities: 1991–92, Series P70–33; and Americans with Disabilities: 1994–95, Series P70–61. SIPP disability data are also available at the Web site <http://www.census.gov/hhes/www/disable.html>.

[2] The striking similarity in the labor market activity rates between persons with no disabilities and those with moderate disabilities is difficult to interpret, because those who are classified as having moderate disabilities include all individuals with disabilities who have not been determined to have a severe disability. It is likely, therefore, that the group with moderate disabilities ranges from persons with virtually no disabilities to those with disabilities that are close to severe.

[3] This percentage and the related ones that follow are not unemployment rates. The SIPP questions and reference period do not allow for the construction of unemployment rates similar to the official rates produced by the Bureau of Labor Statistics using the Current Population Survey. Also, the percentages are a share of the population, rather than a share of the labor force, which is the basis for the official unemployment rate. (See box on page 9.)

[4] See "Usual Weekly Earnings of Wage and Salary Workers: First Quarter 1998," in News, USDL 98–148 (Bureau of Labor Statistics, Apr. 20, 1998), table 1.

[5] Ibid., table 2.

## Measuring disability status in the Survey of Income and Program Participation

Identifying people with disabilities in the context of a household survey such as the Survey of Income and Program Participation (SIPP) is by no means easy. The main challenge is to achieve some level of consistency across respondents. That is, different respondents, with similar conditions or problems should answer the same questions similarly. The specific questions that are asked, of course, depend on the definition of disability that is adopted.

Definitions of disability can be categorized into four broad conceptual areas:

- *A specific condition* (active pathology) that interferes with normal everyday life.
- *An impairment* that involves:
  - a) A specific condition (See item 1.)
  - b) Residual losses or abnormalities that remain after the condition is controlled or eliminated.
  - c) Losses or abnormalities not associated with any specific condition.
- *A functional limitation* that affects the way in which an individual functions, such as a limitation in the ability to see, hear, walk, or lift something heavy, like a bag of groceries.
- *An inability or limitation in performing a social role or task*, such as working at a job, obtaining an education, or caring for oneself.

The SIPP uses both the functional limitation concept and the concept of inability or limitation in performing a social role or task in forming its definition of disability. This leads to some problems, however. Using the second of the two concepts to identify persons with disabilities introduces an element of uncertainty, especially over time. An individual who has a disability in one period due to an inability or limitation in performing a social role or task may not be disabled in a different period if some change takes place in, or, or amount or his or her condition or environment. On the other hand, it is reasonable to assume that the first of the two concepts—of a functional limitation—would consistently identify people with a disability. That is, individuals with a specific functional limitation (say, visual impairment) are likely to be identified as members of the appropriate universe both on a current basis and over time.

The SIPP disability topical modules collect information regarding both functional impairment and inability or limitation in performing a social role or task, which is then used to determine one's disability status. The types of information collected are, in general outline, as follows:

1. Whether a person uses a wheelchair, a cane, crutches, or a walker.

2. Whether the person finds it difficult or is unable to:
   - a. See words and letters in ordinary newspaper print.
   - b. Hear what is said in a normal conversation with another person.
   - c. Have his or her speech understood.
   - d. Lift and carry a full bag of groceries.
   - e. Climb a flight of stairs without resting.
   - f. Walk three city blocks.

3. Whether the person finds it difficult or is unable to use the telephone.

4. Whether the person has difficulty with, or needs the help of, another person with:
   - a. Getting around inside the home.
   - b. Getting in and out of bed or a chair.
   - c. Taking a bath or shower.
   - d. Dressing.
   - e. Eating.
   - f. Using the toilet, including getting to the toilet.
   - g. Going outside the home to shop or visit a doctor's office.
   - h. Keeping track of money and bills.
   - i. Preparing meals.
   - j. Doing light housework, such as washing dishes or sweeping the floor.

5. Whether the person has any of the following conditions:
   - a. A learning disability.
   - b. Mental retardation.
   - c. Any other developmental disability.
   - d. Alzheimer's disease, senility, or dementia.
   - e. Any other mental or emotional condition.

6. Whether the person has a condition that limits the kind or amount of work that he or she can do and whether the person is prevented from working at a job.

7. Whether the person has a condition that limits or prevents work around the house.

8. Whether the person receives supplemental security income (SSI) payments and whether the person is covered by medicare. (If the person is under 65 years, he or she must have qualified for these programs on the basis of having a disability.)

In the SIPP, a person is considered to have a disability if any of the following conditions is met:
   (a) The person has difficulty with one or more of the

---

## Continued—Measuring disability status

activities mentioned in items 2, 3, 4, 6, and 7 of the preceding list.

(b) The person has one or more of the conditions listed in item 5.

(c) The person uses a wheelchair or is a long-term user of a cane, crutches, or a walker.

(d) The person is under 65 years and receives SSI or is covered by medicare.

A person is considered to have a *severe disability* if any of the following conditions is met:

(a) The person is unable to perform one or more of the activities mentioned in items 2, 6, and 7 of the preceding list.

(b) The person needs the help of another person to perform one or more of the activities mentioned in item 4 of the preceding list.

(c) The person has mental retardation, another developmental disability, Alzheimer's disease, senility, or dementia.

(d) The person uses a wheelchair, or is a long-term user of a cane, crutches, or a walker.

(e) The person is under 65 years and receives SSI or is covered by medicare.

See Saad Nagi, "Disability Concepts Revisited: Implications for Prevention," in Andrew M. Pope and Alvin R. Tarlov, eds., *Disability in America: Toward a National Agenda for Prevention* (Washington, DC, National Academy Press, 1991), appendix A.

---

### Fax-on-demand available

Users of data from the Bureau of Labor Statistics can request a fax of news releases, historical data, and technical information 24 hours a day, 7 days a week, from the Bureau's fax-on-demand system.

Users can receive news releases of major economic indicators (see schedule on back cover) at 8:45 a.m. on the morning the data are released. The number to obtain data from the national office is:

**(202) 606-6325)**

Use a touch-tone telephone and follow the voice instructions for entering document codes and your fax telephone number. The fax-on-demand catalog, containing a list of available documents and codes, can be obtained by entering code 1000. You may request up to four documents with each call. Faxes are sent immediately following the request. If your fax line is busy, the system attempts to send the requested material four times before disconnecting.

---

## EXPERT TESTIMONY
## DEPOSITIONS AND TRIALS
## WILLIAM J. KRAMBERG, L.P.C., C.R.C.

### 2004

Civil Action No. 2-03CV-167 Ross Henderson, As Parent and Next Friend for Natalie Henderson, a Minor Plaintiffs, vs. (1) Ford Motor Company, Defendant In The United States District Court For the Eastern District of Texas Marshall Division (Judge Davis) (Deposition)

Cause No. 2002-17799 Mary Jo Butler v. Schindler Elevator Corporation; Metropolitan Life Insurance Company; Transwestern Property Company; Transwestern Commercial Services In the District Court Harris County, Texas, 333rd Judicial District (Deposition)

Case No. 2003-LHC-2581; OWCP No. 07-104497 James Steve Carriere v. J & B Specialties, Inc. and Liberty Mutual Insurance Co. (Deposition)

Case No. 2003-LHC-1528 OWCP No. 08-114433 D/A: 03-26-98 Jose Q. Flores, Claimant vs. TDI-Halter, Inc., Employer and Reliance National Indemnity, Carrier United States Department of labor Office of Administrative Law Judges Metairie, Louisiana (Deposition)

Cause No. 2002-12339 Jill M. Kutchka v. Sears, Roebuck and Company In the District Court of Harris County, Texas 127th Judicial District (Deposition)

Cause No. 2002-59039 Terry Robles, Individually, and As Next Friend of and On Behalf of Juanita hernandez, and Maria Robles, Plaintiffs, v. Union Pacific Railroad Company, Defendant In The District Court Harris County, Texas 129th Judicial District (Deposition)j

**EXPERT TESTIMONY
DEPOSITIONS AND TRIALS
WILLIAM J. KRAMBERG, L.P.C., C.R.C.**

## 2003

No. 2001-35191; Michael W. Chamberlain, Jr. v. Tony Olivares and Texas Stretch, Inc.; In the 269th Judicial District Court of Harris County, Texas. (Trial)

C.A. No. 2002-LHC-5752, Floyd Garner, Claimant v. Calcasieu Shipyard, Employer and Eagle Pacific Insurance Company, Carrier OWCP No. 07-145388 United States Department of Labor Office of Administrative Law Judges Metairie, Louisiana (Formal Hearing)

Case Nos. 8-118924; 8-118925 and 8-121267 In The Matter of the Claim or Compensation Under The Longshore and Harbor Workers' Compensation Act Dennis Wilson, Jr. v. Houston Fuel Oil Terminal and Hartford Fire Insurance Company and Eagle Pacific Insurance Company; United States Department of Labor Employment Standards Administration Office of Workers' Compensation Programs Eighth Compensation District (Formal Hearing)

No. 18827; Adrienne Bernard, Roberta Bernard, Mercedes Dutton and Gaye Lynn Sewell v. El Paso Energy Corporation n/k/a El Paso Corporation, et al, In the 253rd District Court of Chambers County, Texas (Deposition)

No. 2001-3550 Burgess vs. Union Pacific Railroad Company and Floyd Amundson, In the 210th District Court of El Paso County, Texas (Deposition)

C.A. No. G-02-180 Rodrigo Magana and His Wife Maria Magana vs. Hammer & Steel, Inc., Poston Industrial Maintenance Company Inc.; Robert B. Miller & Associates; Houston Fuel Oil Terminal Company, Perry & Son Towing, Inc., and Marine Rental, Inc. United States District Court Southern District of Texas Galveston Division (Deposition)

Case No. 2003-LHC-32 OWCP No. 08-116270 D/A:02-19-99  Samuel Alvarez, Claimant vs. Texas Drydock, Inc., Employer and Reliance Insurance Company, in Liquidation Carrier and Texas Property and Casualty Insurance Guaranty Association and Director, Office of Workers' Compensation Program, United States Department of Labor, Interested Party - United States Department of Labor Office of Administrative Law Judges Metairie, Louisiana (Deposition)

Cause No. 2002-13652; David Brandon Poole v. Cal Dive International, Inc.; In the 11th Judicial District Court of Harris County, Texas (Deposition)

G-01-212 U.S.D.C. - Brandon Bellot v. BP Amoco Corporation, et al - Southern District of Texas (Deposition)

C. A. No. 1:02CV-0025; Jeff Fountain vs Union Pacific Railway Corporation; In the United States District Court for the Eastern District of Texas, Beaumont Division (Trial)

Cause No. A010622-C Shannon Duplechian vs. Texas Eastern Transmission LP and LeBeouf Bros. Towing Co., Inc. In the District Court 128th Judicial District orange County, Texas (Deposition)

Cause No. 2002-13652 David Brandon Poole vs. Cal Dive International, Inc. In the District Court of Harris County, Texas 11th Judicial District (Deposition)

William J. Kramberg - 20.. Depositions and Trials -2

C. A.. No. 03-249-A; Terry Lilly v. Mendoza Marine, Inc. and Hilcorp Energy Company; In the United States District Court for the Middle District of Louisiana, Baton Rouge Division (Deposition)

Billy Wayne Hester vs.Union Pacific Railroad Company; In the United States District Court for the Southern District of Texas, Houston Division (Deposition)

No. 2000-11384 Brandon Williams vs. The City of New Orleans by and through The Public Belt Railroad Commissions of the City of New Orleans Civil District Court parish of Orleans, State of Louisiana (Trial)

No. 2001-3550 Burgess vs. Union Pacific Railroad Company and Floyd Amundson, In the 210th District Court of El Paso County, Texas (Trial)

Case No. 2003-LHC-1619 Arthur Martin, Claimant vs. H. W. Campbell Construction Co, Employer and U. S. Fire Insurance Company, Carrier, OWCP No. 08-104954 In The United States Department of Labor Office of Administrative Law Judges (Deposition)

Case No. 2003-LHC-1619 Arthur Martin, Claimant vs. H. W. Campbell Construction Co, Employer and U. S. Fire Insurance Company, Carrier, OWCP No. 08-104954 In The United States Department of Labor Office of Administrative Law Judges (Formal Hearing)

Cause No. 2003-00748; Glenda Gayle Dotson v. Tanner Construction Company of Texas, Inc.; In the 55th Judicial District Court of Harris County, Texas (Trial)

No. 2002-58073; Paul Green v. Dynamic Glass, Inc., Spaw maxwell Company, L.P., and Sun Investment Group, L.L.C., in the 280th Judicial District Court of Harris County, Texas (Deposition)

# EXPERT TESTIMONY
## DEPOSITIONS AND TRIALS
## WILLIAM J. KRAMBERG, L.P.C., C.R.C.

### 2002

C.A. No. G-00-408 Manuel Tezeno vs. Noble Drilling (U.S.) Inc., et. al  U.S.D.C. - Southern District of Texas (Trial)

C.A. No. 2000-64588 Concepcion Davalos and Armando Davalos, Individually and As Next Friend of Uvaldo Davalos vs. Carlos O. Mayo, M.D., Carlos O. Mayo, M.D., P.A., Southwest Women's Health Specialists, P.A., Tenet Healthcare, LTD. d/b/a Bayou City Medical Center and Lifemark Hospitals, Inc. - In the District of Harris County, Texas, 189th Judicial District (Deposition)

 No. 37,757 Lonny George vs. Silsbee Hospital, Inc. d/b/a Columbia Silsbee Doctors Hospital In the District Court of Hardin County, Texas 88th Judicial District (Deposition)

C.A. No. G-01-016 Eugene Richardson vs. Union Pacific Railroad Company For the Southern District of Texas Galveston Division (Deposition)

C.A. No. 9:01-CV-65 Victor Tyrone Wallace, Plaintiff vs. Union Pacific Railroad Company, Defendant, Judge Howell Cobb In The United States District Court For the Eastern District of Texas Lufkin Division (Deposition)

C.A. No. G-01-162 Richard Reeves vs. Union Pacific Railroad Company; In the United States District Court for the Southern District of Texas, Galveston Division (Deposition)

No. D-164,769 Pete Patterson, Jr. vs. James Gobert, Et Al. In the District Court Jefferson County, Texas 136th Judicial District (Deposition)

No. 2000-60704  Michael Smith vs. Union Pacific Railroad Company in the District Court of Brown County, Texas, 280th Judicial District (Deposition)

C.A. No. G-01-162 Richard Reeves v. Union Pacific Railroad Company In the United States District Court for the Southern District of Texas Galveston Division (Trial)

Cause No. 01-0234 William Barry Beasley vs. Charles Pentecost In the District Court Harrison County, Texas 71st Judicial District (Deposition)

Cause No. 199950393; Jeffrey Alan Harris and wife, Helen Catherine Harris v. B R Brick and Masonry, Inc. et al., 11 Judicial District Court of Harris County, Texas (Trial)

Case No. G-01-203 Daniel B. Kenney vs. The Union Pacific Railroad Company and The Burlington Northern and Santa Fe Railway Company In the United States District Court for the Southern District of Texas Galveston Division (Trial)

Cause No. D-162,882 Vertrick Jordan v. The Kansas City Southern Railway Company; In the 136th Judicial District, Jefferson County, Texas (Trial)

No. 67-178360-99 Maria Hernandez Valdez, Individually and as Next Friend of Edgar Reza, a Minor vs. Marshall Grain Company, Inc., et al in the 67th Judicial District Court, Tarrant County, Texas (Deposition)

William J. Kramberg - 20__ Depositions and Trials -2

Cause No. 2000-43819; Lionell Marshall v. Republic Waste Services, Inc.; In the 129th Judicial District Court of Harris County, Texas (Trial)

Cause No. 2002-17974; Peggy McClain, Individually and as Guardian of Lawanna Dewberry (NCM) and as Next Friend of Vantrice Dewberry v. Johnny Hunt; In the 281st Judicial District Court of Harris County, Texas (Trial)

C.A. No. G-01-198; Steve Wilson v. Renzenberger, Inc. and Union Pacific Railroad Company, In the United States District Court for the Southern District of Texas; Houston Division (Deposition)

C.A. No. G-01-197; Glenn Norris and Cassie Denise Norris v. Renzenberger, Inc. and Union Pacific Railroad Company, In the United States District Court for the Southern District of Texas; Houston Division (Deposition)

C. A. No. G-01-196 James Kelso and Sheryl Kelso vs. Renzenberger, Inc. and Union Pacific Railroad Co. in The United States District Court of Texas; Houston Division (Deposition)

No. 2000-36756 - Dexter Simmons vs. Lelis A. Rubio, Individually and Lelis A. Rubio D/B/A Rubio Trucking In the District Court of Harris County, Texas 269th Judicial District (Deposition)

C.A. No. G-00-726 Freddie Monroe v. R & B Falcon Corporation, et al. U.S.D.C. - Southern District of Texas (Trial)

No. 2000-36756 - Dexter Simmons vs. Lelis A. Rubio, Individually and Lelis A. Rubio D/B/A Rubio Trucking In the District Court of Harris County, Texas 269th Judicial District (Trial)

Cause No. 2001-36264; Teresa De Jesus Santos, et al v. CMS Intermodal Services, Inc., et al; in the 215th Judicial District Court of Harris County, Texas (Deposition)

Case No. 2002 LHC 915, OWCP No. 08-113546 D/A: 07-07-97 Billy R. Bilbro, Claimant vs. Universal Maritime Service, Corp., Employer and Signal Mutual, Ltd., Carrier United States Department of Labor - Office of Administrative Law Judges - Metairie, Louisiana (Formal Hearing)

Cause No. B-164,247; Gary Lowell v. The Kansas City Southern Railway in the 60th Judicial District Court of Jefferson County, Texas (Deposition)

Cause No. B-164,247; Gary Lowell v. The Kansas City Southern Railway in the 60th Judicial District Court of Jefferson County, Texas (Trial)

Cause No. 02-CV-122846, Prisciliano Lozano, v. Home Trucking Company, L.L.C., Home Lumber & Hardware Co. and Home Building and Lumber Company, Inc., In the 400th Judicial District Court of Fort Bend County, Texas. (Deposition)

No. 99-14106 Barbara West vs. National Railroad Passenger Corporation, d/b/a AMTRAK Civil District Court for the Parish of Orleans, State of Louisiana (Trial)

Case No. 2002-LHC-1609 OWCP No. 02-101625 Gilbert W. Hawkins (Deceased) Claimant vs. Harbert International, Inc. Employer and Insurance Company of North American Carrier United States Department of Labor Office of Administrative Law Judges, Metairie, Louisiana (Formal Hearing)

C. A. No. G-01-901 Jeremy Watkins, Plaintiff vs. The Union Pacific Railroad Company, Defendant In the United States District Court for the Southern District of Texas Galveston Division (Deposition)

William J. Kramberg - 20.  Depositions and Trials -3

Cause No. 2002-08082  Jose Martinez, Plaintiff vs. Transit Mix Concrete & Matrials Company and Transit Mix Concrete- Baytown, Inc., Defendants In the District Court Harris County, Texas 151st Judicial District (Deposition)

Cause No. 2001-293 Randy Hardy vs. Texas Utilities Company, Inc. In the District Court of Rusk County, Texas (Deposition)

Civil Action No. G-01-211 Victor Barkley vs. Pride Offshore, Inc. United States District Court For the Southern District of Texas Galveston Division (Deposition)

# EXPERT TESTIMONY
## DEPOSITIONS AND TRIALS
## WILLIAM J. KRAMBERG, L.P.C., C.R.C.

## 2001

Case No. 2000-LHC-2056 Keith Kendrick, Claimant vs. First Wave/Newpark Shipbuilding. OWCP No. 08-115987 Texas Workers Comp. Fund. Carrier, United States Department of Labor Office of Administrative Law Judges (Deposition)

No. 1999-60531 Lisa Nelkin, Individually, and as Next Friend of Eric Epstein, Plaintiff, vs. R & L Carriers, Inc., a/k/a R+L Carriers, Inc., Gator Freightways, Inc., and Troy Lee Johnson, Defendants In the District Court of Harris County, Texas 190th Judicial District (Deposition)

No.199-572-63 Robert Bryant vs. Taylor Machine Works, Inc. and Briggs Equipment Trust D/B/A Briggs Equipment in The District Court of Harris County, Texas, 281st Judicial District. (Deposition)

Cause No. 99-05252; Mary Melinda Ballard and Ronald Allison, Individually and as Next Friends for Reese Allison, a Minor v. Fire Insurance Exchange, et al; In the 345th Judicial District Court, Travis County, Texas. (Deposition)

C.A. No. H 00 2717 EE, Judge Kenneth Hoyt, Jesus Martinez v. S & J Diving, Inc. USDC, Southern District of Texas (Deposition)

Cause No. B-980109-C; Tammy Lynn Gallien, et vir vs Fulton Performance Products, Inc. and David Doyle Richard In the District Court of Orange County, Texas 163rd Judicial District (Deposition)

C.A. No. A000058-C, Thurman Doyle vs. TDI-Halter, L.P., Et Al. District Court of Orange County, Texas, 128th Judicial District (Deposition)

C.A. 11-00-0543; In the Matter of the Complaint of J&M Marine Towing, Inc., and J&J Marine, Inc., for Exoneration From or Limitation of Liability as Owner and Operator of the MV DIANNA M (Deposition)

Cause No. 288-99  Richard Bradley Fleming vs. Roy D. Brewer Trucking, Roy D. Brewer, Individually and Gary Ronald Halverson In the District Court of Upshur County, Texas (Deposition)

Cause No. G-00-581 Mary Lou Perez v. Brooks Well Servicing, Inc. and Jason David Bubela; In the U. S. District Court for the Southern District of Texas, Galveston Division

Civil Action No. V-00-94  Joe Hershberger v. Jim Logan d/b/a Jim Logan Agency and Hochheim Prairie Casualty Insurance Company In the United States District Court for the Southern District of Texas Victoria Division (Deposition)

Civil Action No. H-98-3036; Charles Dean Horn, et al v. Sony Electronics, Inc., et al; In the United States District Court for the Southern District of Texas, Houston Division (Deposition)

William J. Kramberg - 20  Depositions and Trials - Page 2

Civil Action No. G-00-408 Manuel Tezeno vs. Noble Drilling (U.S) Inc., Noble Drilling Corporation and Noble Drilling Services, Inc. In The United States District Court for the Southern District of Texas Galveston Division (Deposition)

No. 00-05-02812-CV Charlene Jackson, Individually and on Behalf of the Estate of Richard Jackson, Deceased, and Sharon Griffin and Karen Jackson vs. Dr. James Baker; Sadler Clinic Assoc.; and Montgomery/North Harris Counties Physicians Association, Inc. In The District Court of Montgomery County, Texas 410th Judicial District (Deposition)

No. 13906 JG00 Steve Perry vs. Union Pacific Railroad Co. In the District Court of Brazoria County, Texas 239th Judicial District (Deposition)

No. 00-0791 Michael Mann, Plaintiff v. R & R Machine Works, Inc., Defendant in the District Court of Harrison County, Texas 71st Judicial District (Deposition)

G-00-581; Mary Lou Perez v. Brooks Well Servicing, Inc. and Jason David Bubela; In the U. S. District Court for the Southern District of Texas, Galveston Division (Trial)

# EXPERT TESTIMONY
## DEPOSITIONS AND TRIALS
### WILLIAM J. KRAMBERG, L.P.C., C.R.C.

## 2000

No. 97-1472 "E"; Vanessa Fields v. National Railroad Passenger Corporation d/b/a Amtrak; In the Civil District Court for the Parish of Orleans (Trial)

No. A-980,528-C; The Aetna Casualty & Surety Company NOW: The Travelers Casualty & Surety Company vs. Harold Wayne Large (Deposition)

C.A. No. 99-636-S: David Thomas v. The Kansas City Southern Railway Company; In the United States District Court for the Eastern District of Oklahoma (Deposition)

No. 97-12659-E9; Roy Eumont v. National Railroad Passenger Corporation d/b/a Amtrak; In the Civil District Court for the Parish of Orleans, State of Louisiana. (Deposition)

C.A. No. G-99-CV-484 Elton Wilson v. Noble Drilling (US) Inc., et al, U.S.D.C. - Southern District of Texas, Galveston (Deposition)

No. 99-41959 Lawanna Dewberry, Individually and as Next Friend of Vantrice Dewberry v. Johnny J. Hunt, Allied Metals, Inc. and Hughes Supply, Inc. (Deposition)

Cause No. 98-58160 Johnny Jones vs. Union Pacific Railroad Company in the 333rd Judicial District Court in and for Harris County, Texas (Trial)

Cause No. G-99-CV-380 Chadwick Sterling McGuire v. Ensco, Inc., et al, USDC, Southern District of Texas No. G-99-CV-380 (Trial)

United States Department of Labor - Office of Administrative Law Judges Case No. 2000-LHC-541; OWCP No. 08-112959 Larry D. McCulley v. Continental Grain and Cigna Insurance (Formal Hearing)

United States Department of Labor - Office of Administrative Law Judges Case No. 2000-LHC-1103; OWCP No. 08-113043 James A. Foster v. J. J. Flanagan Stevedores and Signal Mutual Indemnity Association, Ltd. (Formal Hearing)

United States Department of Labor - Office of Administrative Law Judges Case No. 19999-LHC-2924; OWCP No. 08-11628 Betty S. Willis v. TDI-Halter, Inc. and Reliance National Indemnity (Formal Hearing)

C. A. No. 1:99-CV-0159; Ernest A. "Andy" Webb v. Ensco Marine Co.; In the U. S. District Court, Eastern District of Texas, Beaumont Division (Trial)

Cause NO. A-160,267; Henry Nussbeck v. The Kansas City Southern Railway Company; In the 58th Judicial District Court of Jefferson County, Texas (Deposition)

Cause No. 94-CV-0515; Louis Hachey vs. Sea-Land Service, Inc. 10th JDC, Galveston County, Texas (Trial)

William J. Kramberg - 2000 Depositions and Trial

Cause No. 348-171288-97 Laura Kinney Individually and as Next of Friend of Daffanie Kinney, A Minor, Plaintiff, vs. EM-Care, Inc. P.A., Fort Worth Diagnostic Radiology, P.A., Wayne Schuricht, D.O., David Eakin, M.D., Defendants, vs. Ray Andrew Black a/k/a Ray Anthony Black Third-Party Defendant In the District Court Tarrant County, Texas 348th Judicial District (Deposition)

# LÓPEZ-KRAMBERG, INC.
### REHABILITATION CONSULTING

Viola G. López
L.P.C., C.R.C., C.D.M.S., C.L.C.P.
William J. Kramberg
L.P.C., C.R.C, C.D.M.S.
Brenda J. Owens
L.P.C., C.R.C., C.D.M.S.
Ann Jaime
R.N., M.S.N., C.D.M.S., C.L.C.P.

4606 Morningside Drive
Houston, Texas 77005
713-526-7215
FAX 713-526-0067

1122 Elizabeth Street
Corpus Christi, Texas 78404
361-883-6042
FAX 361-883-6019

## FEE SCHEDULE / SERVICES

| | |
|---|---|
| **Vocational Assessment** | **Life Care Plans** |
| **Vocational Counseling and Guidance** | **Medical Coordination** |
| **Job Placement/Job Analysis** | **Employer Consultations** |
| **Labor Market Surveys** | **Disability Management** |
| **Transferable Skills Analysis** | **ADA Consultations** |

### Expert Witness Consultation
*Vocational Assessment*
*Earning Capacity Analysis*
*Life Care Planning*

---

| | |
|---|---|
| **Rehabilitation Counseling Services** | **$100.00 per hour** |
| **Expert Witness Consultation** | **$225.00 per hour** |

| RETAINERS: | |
|---|---|
| **Life Care Plan** | **$3,000.00** |
| **Wage Earning Capacity Assessment** | **$1,000.00** |

# SUSAN J. GARRISON, M.D.
**Physical Medicine & Rehabilitation**
**3836 Ruskin Street**
**Houston, Texas 77005**

April 30, 2004

Mr. William J. Stradley
Mithoff & Jacks
One Allen Center, Penthouse
500 Dallas
Houston, Texas 77002

Re:     Civil Action No. B-03-142: *Guadalupe and Amelia Guerra, Individually and Guadalupe Guerra as Administrator of the Estate of Cindy Guerra, Deceased; Amelia Guerra as Temporary Guardian of the Person and Estate of Lisa Guerra, Formerly an Incapacitated Person; Rene Garza and Patricia Garza, Individually and Rene Garza as Administrator of the Estate of Jennifer Garza, Deceased; and Graciela Marroquin as Temporary Guardian of the Person and Estate of Jose Angel Alfaro, Jr., Formerly an Incapacitated Person; Jose Angel Alfaro, Jr. Individually; and Lisa Guerra, Individually vs. Allied Van Lines, Inc.;* In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Stradley:

At your request, I have reviewed medical records and reports concerning Ms. Lisa Guerra. In addition, I have assisted Terry Arnold, R.N. in formulating Ms. Guerra's life care plan.

Information I have reviewed includes the following:

Selected medical records from Baton Rouge General Medical Center;
Medical records from Warm Springs Rehab System;
Medical records from Memorial Hermann Healthcare Hospital;
Medical records from wound Care Center at Valley Baptist Medical Center;
Medical records from David J. Wainwright, M.D.;
Medical records from Dr. Arthur Tarbox;
Report from Dr. Arthur Tarbox;
Report from William J. Kramberg;
Videotape labeled "Burn Treatment Joe Alfaro and Lisa Guerra;" and
Four color photocopies of pictures of Lisa Guerra taken at the Baton Rouge
      General Medical Center Burn Unit.

GuerraLisaIMEreport           Susan J. Garrison, M.D.           Page 2 of 5

I am qualified to make these opinions by virtue of my educational background, training, and daily clinical practice at The Methodist Hospital in Houston, Texas. I am board certified in the medical specialty of Physical Medicine and Rehabilitation. Knowledge about rehabilitation following burns is required for my specialty training. For almost 20 years I have taught medical students and resident physicians to evaluate and manage patients who require comprehensive rehabilitation following acute trauma, including burns. This involves working with the patient and family members, other physicians including plastic surgeons and psychiatrists, physical and occupational therapists, and other medical specialists, including psychologists and vocational rehabilitationists. I have extensive experience in formulating life care plans for people who require rehabilitation as a result of trauma.

## SUMMARY OF MEDICAL HISTORY

On 07/20/03 Ms. Lisa Guerra (DOB 10/16/82), then 20 years of age, was a passenger in a sports utility vehicle being driven by her father. They were on their way to Disney World for a vacation. In Louisiana, they stopped on a bridge on the freeway due to a multi-car pile up ahead of them. An eighteen wheeler crashed into them from behind. The SUV caught fire. Ms. Guerra was pulled from the SUV by her boyfriend, Mr. Jose Angel Alfaro, Jr., who was also in the car. Her 18 year old sister Cindy and her 9 year old niece Jennifer died in the fire.

Ms. Guerra was transported by helicopter to Baton Rouge General Medical Center where she was diagnosed as having 65% total body surface area mixed 2nd and 3rd degree flame/thermal burns. The 2nd degree burns involved a small area of her face, her arms and backs of her hands; the 3rd degree involved her posterior trunk, buttocks, thighs, lower legs and feet. She also had a collapsed right lung. She underwent multiple skin grafts. She was discharged from the burn unit on 10/31/03 and transferred to Warm Springs Rehabilitation Hospital in Corpus Christi, Texas for wound care.

While in Warm Springs Rehabilitation, under the care of Dr. Raymond Acebo, she was able to ambulate with a walker. She was anxious during daily wound care. Pain was a constant complaint. She was grieving over the loss of her sister and was noted to be depressed. She was discharged on 11/16/03. Almost immediately after discharge she was seen in the ER complaining of diarrhea. She was treated and sent home.

Ms. Guerra was followed by Maria G. Dill, M.D. at Valley Baptist Medical Center in Harlingen, Texas as an outpatient for burn wound care from 11/18/03 on a weekly basis. Home health continued wound care at home and she was to continue with physical medicine and rehabilitation.

Ms. Guerra was admitted to Memorial Hermann Hospital, Houston on 12/29/03 for debridement of an open wound on her back and placement of split thickness skin grafts by Dr. Wainwright. She was discharged home on 01/05/04.

GuerraLisaTMEreport          Susan J. Garrison, M.D.          Page 3 of 5

Dr. Wainwright has seen Ms. Guerra frequently in outpatient follow-up. On 01/22/04 he noted that she was unable to wear shoes. He ordered a right knee extensor splint for night use. In February he states that she could start wearing compression garments for her lower extremities. On 04/01/04 he documented minor open areas on her back. She had a small open area on her heel and a tight area laterally at her right knee "which might require release if continued problems." He stated that she was to "continue general rehabilitation program." She is to return in June 2004 to have her garments checked.

In March-April 2004 Arthur R. Tarbox, Ph.D. performed a psychological assessment of Ms. Guerra. His diagnostic summary includes chronic posttraumatic stress disorder, depressive disorder and bereavement. He states that she will have periods of anxiety, depressed mood, fears about being "victimized" as well as about having life-threatening trauma/illness, and sensitivity about losses of loved ones. He states that these issues will be life long.

The vocational report from William J. Kramberg, L.P.C., C.R.C. dated April 26, 2004 indicates that at the time of the collision, Ms. Guerra had completed her sophomore year at University of Texas, Pan American. She has 50 credit hours with a self-reported GPA of 3.0. Her goal was to become a physicians' assistant. According to Mr. Kramberg's report, Ms. Guerra is now considering becoming a physical therapist, but she has concerns regarding her functional abilities and physical stamina as a result of her burn injuries. Mr. Kramberg believes that her depression and post traumatic stress disorder will affect her ability to work in the future, as well as immediately impact her plans to return to classes at U.T.-Pan American in the fall semester 2004. He notes that she will require an air-conditioned environment, without exposure to direct sunlight, for work.

OVERALL ASESSMENT:

Ms. Guerra's diagnoses as a result of the motor vehicle collision on 07/20/03 include the following:

1. Approximately 65% total body surface area 3rd degree burns involving both arms, abdomen, both legs, and back.
2. Burn wound cellulitis.
3. Status post right apical pneumothorax, resolved.
4. Pulmonary edema, resolved.
5. Depression.
6. Post traumatic stress.
7. Bereavement.

Prior to the collision, Ms. Guerra had had no ongoing health problems.

## SUMMARY:

Ms. Lisa Guerra sustained approximately 65% total body surface area 3rd degree burns as a result of a motor vehicle collision on 07/20/03 when an eighteen-wheeler rear-ended the sports utility vehicle in which she was a passenger. Her burns required multiple skin grafts and long recovery in a burn unit. She was hospitalized acutely in two different facilities for almost four months, and then underwent outpatient wound care near her home in Santa Rosa, Texas. She has also undergone a brief inpatient stay for additional skin grafting, as well as frequent outpatient follow-up, in Houston.

Ms. Guerra has obvious physical disfigurement from severe burn injury. She has trouble walking due to pain in her feet and has tightness in her back due to skin problems. She has not been able to return to school to pursue her plan of becoming a physician's assistant.

Since the collision, Ms. Guerra has had problems with depression, bereavement, and anxiety due to pain and the loss of her independence. Her sister and niece died in the accident. Her boyfriend of many years, who was heroic in assisting in Ms. Guerra's escape from the burning vehicle, was also severely burned. She has not been able to continue the relationship with him due to his behaviors as a result of his burns. All of these losses and changes are a source of psychological stress for her.

Ms. Guerra's young life has been forever changed due to the burns she suffered as a result of the collision. She will have skin problems related to her 3rd degree burns and will not be able to tolerate hot environments without air-conditioning. She will not be able to expose these areas to sunlight. Her body image has been forever altered. She is depressed. It is my opinion that she will require psychological and psychiatric follow-up throughout her lifetime, particularly in stressful times, such as illness or loss of family members.

She will require devices for mobility as she ages, due to her foot pain and lower limb lack of range of motion. She will need ongoing skin care. She is at risk for skin breakdown. She will probably require further surgeries to release tight areas of burn scar. She will also need assistance with activities of daily living if her shoulder range of motion continues to be impaired by her back scarring and tightness.

 Guerra IME report          Susan J. Garrison, M.D.          Page 5 of 5

## CURRENT RECOMMENDATIONS:

1. Psychological follow-up treatment.
2. Psychological counseling for parents.
3. Psychiatric treatment, including medication for depression.
4. Physical Therapy evaluation and treatment for ambulation, shoulder stretching and muscular strengthening.
5. Occupational therapy for activities of daily living evaluation and treatment.
6. Use of appropriate custom compression garments for scar healing.
7. Vocational rehabilitation for further guidance regarding school and work issues.
8. Continued follow-up with burn specialist, for wound healing and possible release of knee scar tissue.
9. Continued follow-up with Physical Medicine and Rehabilitation.


Therefore, I agree with Ms. Arnold's inclusions as outlined in the life care plan. This plan addresses all of Ms. Guerra's medical needs, given reasonable medical probability, of which I am aware at the present time as a result of my review of the medical records and reports. I respectfully reserve the right to amend this report and my opinions if further, or additional medical information about this case becomes available.

Sincerely,

Susan J. Garrison, M.D.

# SUSAN J. GARRISON, M.D.
### Physical Medicine & Rehabilitation
### 3836 Ruskin Street
### Houston, Texas 77005

April 30, 2004

Mr. William J. Stradley
Mithoff & Jacks
One Allen Center, Penthouse
500 Dallas
Houston, Texas 77002

Re:    Civil Action No. B-03-142: *Guadalupe and Amelia Guerra, Individually and Guadalupe Guerra as Administrator of the Estate of Cindy Guerra, Deceased; Amelia Guerra as Temporary Guardian of the Person and Estate of Lisa Guerra, Formerly an Incapacitated Person; Rene Garza and Patricia Garza, Individually and Rene Garza as Administrator of the Estate of Jennifer Garza, Deceased; and Graciela Marroquin as Temporary Guardian of the Person and Estate of Jose Angel Alfaro, Jr., Formerly an Incapacitated Person; Jose Angel Alfaro, Jr. Individually; and Lisa Guerra, Individually vs. Allied Van Lines, Inc.;* In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Stradley:

At your request, I have reviewed medical records and reports concerning Mr. Jose Angel Alfaro, Jr. In addition, I have assisted Terry Arnold, R.N. in formulating Mr. Alfaro's life care plan.

Information I have reviewed includes the following:

Selected medical records from Baton Rouge General Medical Center;
Medical records from Warm Springs Rehab System;
Medical records from Memorial Hermann Healthcare Hospital;
Medical records from Wound Care Center at Valley Baptist Medical Center;
Medical records from David J. Wainwright, M.D.;
Medical records from Dr. Arthur Tarbox;
Report from Dr. Arthur Tarbox;
Report from William J. Kramberg;
Videotape labeled "Burn Treatment Joe Alfaro and Lisa Guerra;" and
Two color photocopies of pictures of Mr. Alfaro taken at the Baton Rouge
    General Medical Center Burn Unit.

I am qualified to make these opinions by virtue of my educational background, training, and daily clinical practice at The Methodist Hospital in Houston, Texas. I am board certified in the medical specialty of Physical Medicine and Rehabilitation. Knowledge about rehabilitation following burns is required for my specialty training. For almost 20 years I have taught medical students and resident physicians to evaluate and manage patients who require comprehensive rehabilitation following acute trauma, including burns. This involves working with the patient and family members, other physicians including plastic surgeons and psychiatrists, physical and occupational therapists, and other medical specialists, including psychologists and vocational rehabilitationists. I have extensive experience in formulating life care plans for people who require rehabilitation as a result of trauma.

## SUMMARY OF MEDICAL HISTORY

On 07/20/03 Mr. Jose Alfaro, Jr. (DOB 12/13/82), then 20 years of age, was a passenger in a Suburban being driven by his girlfriend's father. He was traveling with her family on vacation to Disney World. While in Louisiana, they stopped on a bridge on the freeway due to a traffic jam ahead. By report, an eighteen-wheeler rear-ended them. The Suburban caught fire. Mr. Alfaro pulled out his girlfriend and attempted to rescue her younger sister and her niece, but was unable to do so. His girlfriend survived with massive burns; the other two girls died at the scene as a result of the fire.

Mr. Alfonso was emergently transported by helicopter to Baton Rouge General Medical Center where he was treated in the burn unit under the care of Andrew Hargroder, M.D. He was found to have 85% 2nd and predominately 3rd degree burns, involving his face, back, arms, left hand, legs, and feet. He underwent multiple skin grafts, as well as multiple amputations of his toes. He had surgery on his left eyelid. He required ventilator support and a tracheostomy due to inhalation burns. He was discharged on 10/31/03 in transfer to Warm Springs Rehabilitation Hospital in Corpus Christi for additional wound care.

While at Warm Springs, Mr. Alfaro's stated goal was "to walk." He was under the care of Raymond Acebo, M.D. and was seen in consultation by Dr. Robert Fernandez, Plastic Surgery Services. His wounds were cleansed daily and improved over time. Dr. Corum, Podiatry saw him for foot care. He was able to walk up to 90 feet with hand-held assistance. He had severe pain related to his burns, treated with oral medication. He was discharged home to Santa Rosa on 11/16/03. Mr. Alfaro then received outpatient wound care at Valley Baptist Hospital Wound Care Center.

Dr. Wainwright, plastic surgeon, in Houston has also followed Mr. Alfaro for wound care. On 12/17/03 he was admitted to Memorial Hermann Hospital in Houston for left upper eyelid ectropion release by Dr. Wainwright. Mr. Alfaro was evaluated by physical and occupational therapies. He was discharged home on 12/19/03.

AlfaroJoseAngelIMEreport          Susan J. Garrison, M.D.          Page 3 of 5

Mr. Alfaro has been followed by Dr. Wainwright as an outpatient. Dr. Wainwright's notes from January 2004 indicate that Mr. Alfaro needs a left axilla release and possibly a left groin release. He may have heterotopic ossification at his left elbow. He has early hypertrophic scar tissue.

Dr. Arthur Tarbox, psychologist, saw Mr. Alfaro in March and April of 2004. He diagnosed chronic posttraumatic stress disorder and depressive disorder. He reports that Mr. Alfaro will have life-long problems including periods of anxiety, depressed mood, fears about being "victimized" as well as about having life-threatening trauma/illness, and sensitivity about losses of loved ones.

Mr. William Kramberg reports that Mr. Alfaro has "a quite guarded vocational prognosis." This is based on his severe burns, requiring indoor sedentary work, and "intellectual/educational issues." Additional factors include his severe depression and posttraumatic stress disorder. Mr. Alfaro had worked at a car dealership prior to the collision. Mr. Kramberg does not believe that Mr. Alfaro is a good candidate for educational retraining.

## SUMMARY

Mr. Alfaro's diagnoses as a result of the motor vehicle collision on 07/20/03 include the following:

1. 85% total body surface area burn inhalation injury, predominately 3rd degree, involving the face, chest, both arms and hands, the back, and both legs and feet, including plantar surfaces.
2. Status post multiple skin grafts to burned areas.
3. Status post amputation of left second through fifth toes, fifth metatarsal of the left foot, and right first through fourth toes.
4. Pneumonia, resolved.
5. Status post tracheostomy, closed.
6. Laryngeal eschar and edema, resolved.
7. Renal insufficiency secondary to Gentamicin toxicity, resolved.
8. Burn wound cellulitis.
9. Severe depression.
10. Posttraumatic stress disorder, chronic.
11. Possible heterotopic ossification at left elbow.

Prior to the collision, Mr. Alfaro had no health problems.

OVERALL ASESSMENT:

Mr. Jose Alfaro, Jr. sustained third degree burns over 85 % of his body following a motor vehicle collision on 07/20/03 when an eighteen-wheeler collided with the SUV in which he was a passenger. His heroic actions at the time assisted in saving the life of his girlfriend, but he was unable to save two other passengers, her relatives, who died in the fire.

His burns were so severe that he required multiple skin grafts and amputations of his toes. He was hospitalized acutely for over 3 months in Baton Rouge. He then underwent further inpatient care for wound healing in Corpus Christi. He has been followed at Memorial Hermann Hospital by Dr. Wainwright as an outpatient. He continues to require outpatient physical therapy.

Mr. Alfaro has massive physical scarring from his burns. He no longer appears like himself; the burns affected his facial features, especially his left eye. In addition, he has lost fingers on his left hand and his toes. He has difficulty walking and cannot easily use his non-dominant left hand.

Since the collision, Mr. Alfaro has had severe problems with posttraumatic stress and depression. He does not want to go outside of his house. He interacts predominately with one friend. Due to his behaviors, his girlfriend ended their relationship in February 2004. Mr. Alfaro should take medication and undergo treatment for his depression to begin adjustment to his current situation. It is my opinion that he will require psychological and psychiatric follow-up throughout his lifetime.

Mr. Alfaro's young life has been forever changed as a result of the severe burns he received in the collision. His body image has been drastically altered. He will have skin problems as a result of the burns and will not be able to tolerate hot climates without air-conditioning. This will impact his ability to be gainfully employed.

As he ages, Mr. Alfaro will require assistive devices for ambulation, due to the poor range of motion in his lower limbs and lack of toes. He will also need assistance with activities of daily living due to the loss of fingers on his left hand and left elbow problems. He will require additional surgeries for burn scar release, including his left shoulder and left hand. He may also need revision of his tracheotomy incision. He will need to wear compression garments to aid in burn scar management.

AlfaroJoseAngelIMEreport          Susan J. Garrison, M.D.                Page 5 of 5

## CURRENT RECOMMENDATIONS:

1. Psychological follow-up.
2. Psychological counseling for parents.
3. Psychiatric treatment, including medication for depression.
4. Physical Therapy evaluation and treatment for mobility, shoulder stretching and muscular strengthening.
5. Occupational therapy for activities of daily living evaluation and treatment.
6. Use of appropriate custom compression garments for scar healing.
7. Follow-up by Physical Medicine and Rehabilitation.
8. Vocational rehabilitation for possible employment after his depression is treated.
9. Continued follow-up with burn specialist regarding scar management.


Therefore, I agree with Ms. Arnold's inclusions as outlined in the life care plan. This plan addresses all of Mr. Alfaro's medical needs, with reasonable medical probability, of which I am aware at the present time as a result of my review of the medical records and reports. I respectfully reserve the right to amend this report and my opinions if further, or additional medical information about this case becomes available.


Sincerely,

Susan J. Garrison, M.D.

# CURRICULUM VITAE
(Abbreviated)

## SUSAN JANETTE GARRISON, M.D.

**Associate Professor**
Department of Physical Medicine and Rehabilitation
Baylor College of Medicine
Houston, Texas

**Medical Director**
Rehabilitation Center
The Methodist Hospital
Houston, Texas

| | |
|---|---|
| Date of Birth: | March 30, 1952 |
| Place of Birth: | Greenville, South Carolina |
| Address: | 3836 Ruskin<br>Houston, Texas 77005 |
| Pager: | (713) 404-7320 |
| Cellular | (832) 876-0627 |
| Telephone/Fax: | (713) 665-4080 |
| Email: | drsjgpmr@yahoo.com |

Education:

Post Graduate

Master Teachers' Fellowship, Baylor College of Medicine, 1996-1998

Spinal Cord Injury Fellowship – The Institute for Rehabilitation and Research, Houston, Texas, July -December 1982

Residency – Physical Medicine and Rehabilitation, Baylor College of Medicine Affiliated Hospitals, Houston, Texas, 1980-1982
Co-Chief Resident, 1981-1982

Internship – Baylor College of Medicine Affiliated Hospitals, Houston, Texas 1979 – 1980 Flexible (General Surgery, Orthopedics, Neurosurgery, Emergency Room, General Medicine, Endocrinology, and Physical Medicine and Rehabilitation)

Graduate

    Medical – M.D. Degree, Medical University of South Carolina, Charleston,
        South Carolina, 1979

Undergraduate

    B.S. Nursing
    University of South Carolina, Columbia, South Carolina, 1974,
    Magna Cum Laude, Phi Beta Kappa

High School

    Wade Hampton High School, Greenville, South Carolina, 1970
    Salutatorian

| | |
|---|---|
| Licensure: | Texas State License Flex, 1981<br>National Boards, 1980 |
| Certification: | American Board of Physical Medicine and Rehabilitation, 1983 |
| Specialized Training: | Commission on Accreditation of Rehabilitation Facilities (CARF)<br>Surveyors Training, March, 1990<br><br>American Academy of Disability Evaluating Physicians, Clinical Training<br>Program, September, 1999 |
| Review Panels: | Associate Item Writer for the American Board of Physical Medicine and<br>Rehabilitation Written Examination, 1994 to 1999<br><br>Associate Item Writer for the Spinal Cord Injury added qualifications<br>For the American Board of Physical Medicine and Rehabilitation,<br>1998-1999<br><br>Guest Oral Examiner, Physical Medicine and Rehabilitation Oral Boards,<br>Rochester, MN, 1987, 1990, 1992, 1994, 1996, 1997, 1998, and 2000<br><br>Manuscript Reviewer, Archives of Physical Medicine and Rehabilitation,<br>1990, 1991, 1992, 1993, 1994, 1996, 1997, 2000<br><br>Manuscript Reviewer, American Journal of Physical Medicine and<br>Rehabilitation, 1997, 1998, 1999, 2000,2001<br><br>Manuscript Reviewer, Topics in Stroke Rehabilitation, 1996<br><br>Reviewer, Scientific Presentation Abstracts, American Academy of Physical<br>Medicine and Rehabilitation, 1988 to 1999<br><br>Editorial Board Member, Topics in Stroke Rehabilitation, 1993 to present |

| | |
|---|---|
| Awards: | American Medical Association Physicians Recognition Award, 1982, 1987, 1991, and 1994 |
| | Distinguished Service, Department of Physical Medicine and Rehabilitation, Baylor College of Medicine, 1996 |
| | Best Doctor in the Central United States, 1997 |
| | Best Doctor in Houston, 1998, 2000 |
| | Distinguished Clinician Award, American Academy of Physical Medicine and Rehabilitation, 2001 |
| | Best Female Doctors in Houston, 2002 |

Administrative
Appointments:

The Methodist Hospital, Houston, Texas
Active Medicine Staff, Physical Medicine and Rehabilitation
  Service, 1983 to present
Deputy Chief, Physical Medicine and Rehabilitation Service,
  1989 to present
Medical Director, Rehabilitation Center, 1985 to present
Member, Medical Records Committee, 1986 to present
Member, Grievance Committee

Harris County Hospital District (Ben Taub General Hospital,
Quentin Mease Hospital), Houston, Texas Active Medical Staff
Physical Medicine 1983 to present

St. Luke's Episcopal Hospital, Houston, Texas Courtesy Staff
Physical Medicine, 1983 to present

Texas Children's Hospital, Houston, Texas, Courtesy Staff
Physical Medicine, 1983 to present

The Institute for Rehabilitation and Research, Houston, Texas
Active Staff, Physical Medicine and Rehabilitation, 1983-1996

Vencor (Kindred) Hospital, Houston, Texas, Courtesy Staff, Physical
Medicine
1992 to present

Veteran's Administration Medical Center, Houston, Texas,
Active Staff, Physical Medicine Service, 1983 to present

Select Specialty Hospital, Houston, Texas,

Courtesy Staff, Physical Medicine, 1994 to present

Academic
Appointments:

Assistant Instructor, Department of Physical Medicine and
Rehabilitation, Baylor College of Medicine, Houston, Texas,
1981-1982

Assistant Professor, Department of Physical Medicine and
Rehabilitation, Baylor College of Medicine, Houston, Texas,
1983-1992

Associate Professor, Department of Physical Medicine and
Rehabilitation, Baylor College of Medicine, Houston, Texas,
1992 to present

Joint Appointment, Division of Restorative Neurology and Human
Neurobiology, Baylor College of Medicine, Houston, Texas,
1995-1996

Faculty Associate of the Huffington Center on Aging, Baylor
College of Medicine, Houston, Texas, 1995 to present

Baylor College of Medicine Committees:
Member, Faculty Committee on Awards, 1998
Member, National Association of Managed Care Physicians 2002
Member, The Methodist Hospital Grievance Panel 2002
Member, The Methodist Hospital Record Committee 2002
Member, LCME Research/Graduate Education Committee,
1996-1997
Member, Personnel Health Committee, 1996-1997
Member, Curriculum Committee, 1986-1987 and 1992
Guest Interviewer, Medical Student Applicants, 1987
Member, Institutional Review Board for Human Research,
1986-1987
Member, Student Promotions and Academic Achievement
Affairs Committee, 1984-1993
Member, Medical Student Grading System Subcommittee,
1984-1985
Chairman, Honors Subcommittee, 1989-1991
Member, Task Force on Aging, 1986-1989

Department of Physical Medicine and Rehabilitation Committees:
Chairman, Administrative Committee, 1983-1992
Chairman, Brochure Committee, 1983-1984

Chairman, Faculty Development Committee, 1991-1993
Chairman, Undergraduate Committee, 1998 to present
Member, Graduate Medical Education Committee, 1981-
    1993
Member, Graduate Medical Education Resident Selection
    Committee, 1982-1987
Member, Post Graduate Medical Education Committee,
    1983-1985
Member, Undergraduate Education Committee, 1983
Member, Patient Management Problem Subcommittee, 1983
Member, Executive Committee, 1985-1992
Member, Physician Recruitment Committee, 1990 to present
Member, 30th Anniversary Committee, 1989-1990
Member, Chief of Service & Clinical Services Committee,
1993 to present
Member, St. Luke's Episcopal Hospital/The Methodist
    Hospital Merge Task Force, 1994-1996
Chair, Stroke SIG, 1995 to present
Co-Chair Faculty Development Task Force, 1995-1996
Member, Interdepartmental Procedure for Appointments and
    Promotions, 1995 to present
Departmental Chairman, New Century Campaign
Program Director, 18th, 19th and 20th Comprehensive Review
    Course in Physical Medicine and Rehabilitation,
    1984, 1985, 1986
Program Director, Comprehensive Stroke Rehabilitation:
    Different Strokes in Different Folks! Department of
    Physical Medicine and Rehabilitation, 1995
Member, Marketing Committee, 1998 to present

Baylor College of Medicine /University of Texas-Houston Physical
Medicine and Rehabilitation Alliance Committee
    Chairman, Medical Student Education Committee, 1998 to
        present
    Member, Baylor Faculty Education Task Force, 1999

Dissertation
Committee:

Dissertation Committee for Sandy Moore, Ph.D., "Kinetic,
Kinematic and Electromyographic Study of the Effects of
Reach Velocity and Postural Set on Postural Adjustments
Associated with Reaching in Seated Subjects," School of
Physical Therapy, Texas Woman's University, Houston, Texas,
October 1990

Memberships:

American Academy of Physical Medicine and Rehabilitation,
Member, 1983 to present
    Continuing Medical Education Courses Committee/

Education Processes Subcommittee, 1983-1988,
    Chairman, 1988-1993
Ad Hoc Instructional Aides and Materials Committee,
    1984-1989
Geriatric Special Interest Group (SIG), 1986 to present
    Secretary, 1987-1989
    Vice-Chairman, 1988-1990
    Chairman, 1990-1992
    Past Chair, Geriatric SIG Representative, 1992-1994
Stroke and Neurorehabilitation Special Interest Group
    (SIG), 1992 to present
Self-Assessment Exam Committee (SAE) – Patient
    Management Problems (PM) writer, 1986-1992
Study Guide Committee, 1986-1989
    General Disorders Section, 1986-1987
    Cardiovascular/Pulmonary Section, 1988-1989
    Co-Chairman, 1988-1989
American Association of Retired Persons Liaison, 1987-
    1993
Scientific Program Committee, 1987-1988; 1989-1996,
    Chairman, 1995
Medical Education Committee, 1988-1993
National Aphasia Association Liaison Member, 1995-1997
CARF Advisory Task Force, 1997 to present
Resource Directory Participant for Media, Public Relations,
    and Marketing, 1998 to present
Membership Marketing Committee, 1998 to present
Annual Assembly Task Force, 1997 to present

Association of Academic Physiatrists
    Membership Committee, 1984-1986
    Program Committee, 1985-1986
    Nominating Committee, 1987-1989
    Constitution and Bylaws Committee, Chair, 1989-1991
    Member at Large, 1991-1995
    Board of Trustees, Secretary, 1995-1997
    Continuing Medical Education (CME) Committee, 1994
    Education-Undergraduate Committee, Vice Chair, 1998
    Strategic Planning Committee, 1997
    Women's Issue Task Force Committee, Chair, 1999 to 2001

Houston Neurological Society, Incorporated

Houston Physical Medicine and Rehabilitation Society
    Member, 1983 to present
    Secretary/Treasurer, 1986-1987
    Vice President, 1987-1988

President, 1988-1989

International Rehabilitation Medicine Association (IRMA)
Member, 1985 to present
Chairman, IRMA VII Program Committee, 1994

National Multiple Sclerosis Society
Member, Medical Advisory Committee (MAC), Southeast
Texas Chapter, 1983 to present

Texas Medical Association

Texas Physical Medicine and Rehabilitation Society
Member, 1983 to present

Presentations (since 1999)

Garrison SJ: Rehabilitation Approach to the Geriatric Patient. Lecture presented to the Texas Occupational Therapy Association, Gulf Coast East District, Houston, Texas, October 22, 2003.

Garrison SJ: Principles of Manual Medicine. Faculty Member at the 64th Annual Assembly of the American Association of Physical Medicine and Rehabilitation, Chicago, Illinois, October 12-14, 2003.

Garrison SJ: Geriatric Rehabilitation: Challenges of Caring for the Elderly. Lecture presented at the First Annual Franz U. Steinberg, M.D. Memorial Lectureship, University of Washington School of Medicine, St. Louis, Missouri, September 19, 2003.

Garrison SJ: Stroke Rehabilitation. Lecture presented to the Annual Board Review Course in Physical Medicine and Rehabilitation, Baylor College of Medicine, Houston, Texas, 2003.

Garrison SJ: Principles of Manual Medicine. Faculty Member at the 63rd Annual Assembly of the American Association of Physical Medicine and Rehabilitation, Orlando, Florida, November, 2002.

Garrison SJ: Stroke Rehabilitation. Lecture presented to the Annual Board Review Course in Physical Medicine and Rehabilitation, Baylor College of Medicine, Houston, Texas, 2002.

Garrison SJ: Videotape presentation for the 78th Annual Meeting of American Congress of Rehabilitation Medicine. Tuscon, Arizona, October 2001.

Garrison SJ: Resident Lecture to the 2nd & 3rd year residents on "Life After Residency: Creating Your CV and Interviewing Pointers". Houston, Texas, July 2001.

Garrison SJ: Stroke Rehabilitation. Lecture presented to the Annual Board Review Course in Physical Medicine and Rehabilitation, Baylor College of Medicine, Houston, Texas, 2001.

Garrison SJ: Principles of Manual Medicine. Faculty Member at the 62nd Annual Assembly of the

American Association of Physical Medicine and Rehabilitation, San Francisco, California, November 2-5, 2000.

Garrison SJ: Joint Play. Lecture presented at the Principles of Manual Medicine Post Course 62nd Annual Assembly of the American Association of Physical Medicine and Rehabilitation, San Francisco, California, November 2-5, 2000.

Garrison SJ: Stroke Rehabilitation. Lecture presented to the Department of Neurology Resident's Noon Conference at The Methodist Hospital, Houston, Texas, June 8, 2000.

Garrison SJ: Stroke Rehabilitation. Lecture presented to the Annual Board Review Course in Physical Medicine and Rehabilitation, Baylor College of Medicine, Houston, Texas, 2000.

Elfenbaum ME, Garrison SJ: Rehabilitative Implications of the Level and Timing of Lower Limb Amputation Following Failed Femoral Popliteal Bypass: A Three-Year Retrospective Analysis. Poster presented at the Association of Academic Physiatrists Annual Meeting, San Diego, California, March 3, 2000.

Fuoco GS, Garrison SJ, Atchison JW. Interest in Manual Medicine Among Residents in Physical Medicine and Rehabilitation: Comparisons of Residents Surveyed in 1999 versus 1993. Poster presented at the Association of Academic Physiatrists Annual Meeting, San Diego, California, March 3, 2000.

Garrison SJ: Special Issues/Concerns in Treating Pain in Older Persons. Lecture presented at the Association of Academic Physiatrists Annual Meeting, San Diego, California, March 2, 2000.

Garrison SJ: Stroke Rehabilitation. Lecture presented to the Annual Board Review Course in Physical Medicine and Rehabilitation, Baylor College of Medicine, Houston, Texas, 1999.

Garrison SJ: Stroke Rehabilitation. Lecture presented to the 23rd Annual Review Course in Family Medicine, Baylor College of Medicine, Houston, Texas, April 21, 1999.

Andrews JE, Garrison SJ: Unexplained Lower Limb Musculoskeletal Findings in Ambulatory Post-stroke Patients. Poster presented at the Association of Academic Physiatrists Annual Meeting, Orlando, Florida, February 19, 1999.

Garrison SJ: Spirituality of Older Adults. Lecture presented at the conference Spirituality and Psychotherapy II sponsored by the Houston Psychological Association, Houston, Texas, February 5, 1999.

PUBLICATIONS (since 1999)

Journals:

Subbarao JV, Garrison SJ. Heterotopic ossification: diagnosis and management, current concepts and controversies. J Spinal Cord Med 1999;22:273-283.

PUBLICATIONS (since 1999)
(continued)

Garrison SJ. Enriching physiatric practice: investing our values. Physical Medicine and Rehabilitation: State of the Art Reviews. 1999;13:1-9.

Ogle AA, Garrison SJ, Kaelin DL, Atchison JW, Park YI. Roadmap to physical medicine and rehabilitation: answers to medical students' questions about the field. Am J Phys Med Rehabil.

Books:

Garrison SJ: Handbook of Physical Medicine and Rehabilitation . Philadelphia, PA: J.B. Lippincott, Williams, Wilkins Company; 2nd Edition. 2003

Grabois M, Garrison SJ, Hart KA, Lehmkuhl LD, editors. Physical Medicine and Rehabilitation: The Complete Approach. Cambridge, MA: Blackwell Science, Inc., 2000.

Chapters:

Garrison SJ. Osteoporosis. In: Garrison SJ, ed. Handbook of Physical Medicine and Rehabilitation Basics. 2nd ed. Philadelphia, PA: J.B. Lippincott Company; 2003.

Garrison SJ. Stroke. In: Garrison SJ, ed. Handbook of Physical Medicine and Rehabilitation Basics. 2nd ed. Philadelphia, PA; J.B. Lippincott Company; 2003.

Felsenthal G, Garrison SJ.  Physical Medicine & Rehabilitation Secrets 2nd Edition. Evaluation of the Geriatric Patient.  Philadelphia, Hanley & Belfus, 2002

Garrison SJ. Geriatric rehabilitation: caring for the aged. In: Grabois M, Garrison SJ, Hart KA, Lehmkuhl LD, editors. Physical Medicine and Rehabilitation: The Complete Approach. Cambridge, MA: Blackwell Science, Inc., 2000.

Revised December 2003

## SECTION B.   COMPENSATION

CONSULTING FEES

Susan J. Garrison, M.D.

❖ Hourly rates, subject to change not more than one time per annum, are as follows:

| Service | Hourly Rates |
|---|---|
| ▪ Review of documents | $300.00 |
| ▪ Meetings and communications with attorneys | $400.00 |
| ▪ Meetings and communications with other professionals | $300.00 |
| ▪ Independent Medical Evaluation | $550.00 |
| ▪ Generation of written report | $300.00 |

❖ Deposition charges are $600.00 per hour, on a portal to portal basis, with a minimum daily fee of $1,200.00.

❖ Court appearance charges are $650.00 per hour, on a portal to portal basis.   Court appearance is a minimum half day charge of $2,600.00.

❖ All time will be charged in quarter hour increments, except minimums apply for depositions and court appearances, and will be charged on a portal to portal basis.

❖ Monies are due in full within 30 days of invoice date.

## SECTION C.  EXPENSES

❖ CLIENT shall reimburse CONSULTANT for out-of-pocket expenses in connection with services rendered.

❖ CONSULTANT shall be allowed business class travel for all air travel in excess of (three) 3 hours.

# SUSAN J.  GARRISON, M.D.
## Physical Medicine & Rehabilitation
### 3836 Ruskin Street
### Houston, Texas 77005

## Deposition / Trial List

2003

Cause No. 2001-34656 *Bonnie Scheffler and Lee Scheffler, Individually and as Next Friend of Bonnie Scheffler vs. Gerald Fransico, M.D.* In the 157th District Court, Harris County, Texas

| | |
|---|---|
| Dunn, Kacal, Adams, Pappas & Law | Depo /Defense |
| One Riverway | 10/30/2003 |
| Suite 1200 | |
| Houston, Texas 77056 | |

Cause No. 2001-52074 *Johnny Powell and Julia Williams vs. Schindler Elevator Corporation* In the 164th District Court, Harris County, Texas

| | |
|---|---|
| Morrow, Morrow, Ryan and Bassett | Depo/Treating physician |
| Post Office Drawer 1787 | 09/22/2003 |
| Opelousas, Louisiana 70571-7090 | |

Cause No. 2002-37601 *Francisco Menjivar Gonzalez, Individually, and on behalf of Incapacitated Plaintiff, Maria Trasito Escobar, et al vs. Tenet Healthcare Corporation, et al* In the 151st Judicial District, Harris County, Texas

| | |
|---|---|
| Mithoff & Jacks L.L.P. | Depo/Plaintiff |
| One Allen Center, Penthouse | 09/10/2003 |
| 500 Dallas | |
| Houston, Texas 77002 | |

Adrienne Bernard, Mercedes Dutton and Gaye Lynn Sewell vs. gas company

| | |
|---|---|
| Vickery & Linebaugh, P.C. | Depo/Plaintiff |
| Citizens Bank Tower | 05/14 /2003 |
| 1300 Rollingbrook, Suite 601 | |
| Baytown, Texas 77521 | |

Cause No. 48-191338-02 *Joe Kelley and Annie Kelley v. Harris Methodist Fort Worth, et al;* In the 48th Judicial District Court of Tarrant County, Texas




777 Main Street, Suite 1900
Fort Worth, Texas 76102

Depo/Defense
04/23/2003

2002

Cause No. 02-CV-122846, *Prisciliano Lozano, v. Home Trucking Company, L.L.C., Home Lumber & Hardware Co. and Home Building and Lumber Company, Inc.,* In the 400th Judicial District Court of Fort Bend County, Texas

Solar & Associates                          Depo/Plaintiff
2800 Post Oak Boulevard
Suite 6300
Houston, Texas 77056

Civil Action No. G 01537; Johnny Javier Men-Miles and Paula Miles vs. Transocean Sedco Forex, Inc. et.al.

Davis & Davis                              Depo/Plaintiff
5847 San Felipe, Suite 3275
Houston, Texas 77057

Cause No. 2000-00564; *Alfred Lattimore, Individually, and as Survivor and Representative of the Estate of Virginia Lattimore, Deceased V. Christopher R. Lockhart, M.D., Beverly Health and Rehabilitation Services, Inc., Tenet Healthcare, Ltd, d/b/a Bayou City Medical Center, Courtyard Convalescent Center, Inc. D/b/a Courtyard Convalescent Center, 22 Texas Services, L.P. d/b/a Courtyard Convalescent Center;* In the 61st Judicial District Court of Harris County, Texas

Calvert & Associates                       Depo/Defense
2180 North Loop West, Suite 315
Houston, Texas 77018

Cause No. 2000-52676; *Pedro and Olga Martinez, Individually and as Next Friends of Maria and Perla Martinez, et al v. U-Haul Co. of Texas;* In the 234th Judicial District Court, Harris County, Texas

Tribble & Sanders                          Depo/Defense
3050 Post Oak Blvd., Suite 1350
Houston, Texas 77056

James Smith (DOB: 8/15/58; SSN: 509 72 8159)

<div style="margin-left: 1em;">

Jones & Granger                                    Depo/Plaintiff



Suite 888
Houston, Texas 77024
</div>

2001

Matthew Glazener (DOB: 1/25/67; SSN 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)

<div style="margin-left: 1em;">

Bass & Smith P.C.                                  Trial/Treating physician
2101 South IH 35, Suite 402
Austin, Texas 78741
</div>

Cause No. E160293: *Albert Smith v. Union Pacific Railroad Company and Raymond Douglas Kervin;* In the 172nd Judicial District Court, Jefferson County, Texas

<div style="margin-left: 1em;">

Phelps Dunbar LLP                                  Depo/Plaintiff
Suite 900, 3040 Post Oak Boulevard
Houston, Texas 77056
</div>

Cause No. E160968; *Farrell Johnson, Sr. & Olivia Johnson v. Kmart Corp. & Kirk Vital;* In the 172nd Judicial District Court of Jefferson County, Texas

<div style="margin-left: 1em;">

Daw & Ray                                          Depo/Defense
Coastal Banc Plaza
5718 Westheimer, Suite 1750
Houston, Texas 77057
</div>

Harden vs. South Dallas Nursing Home

      Renwick & Pierret                  Depo/Defense
      2021 East Lamar Blvd.
      Arlington, Texas 76006

Cause No. 48,274-272; Lloyd West, et al v. Scott Kimball, M.D., et al

      McFall, Sherwood & Sheehy        Depo/Defense
      2500 Two Houston Center
      909 Fannin Street
      Houston, Texas

Cause No. D-0159111; Robert Lee Smith and Glenda Faye Smith vs. Lois Miller, D.O.: In the 136th Judicial District Court of Jefferson County, Texas.

|  |  |
|---|---|
| Calloway & Associates<br>Three Allen Center<br>333 Clay, Suite 4510<br>Houston, Texas 77002 | Depo/Defense |

Cecil Sizemore vs. Trucking Firm                    Depo/Treating physician

The Krist Law Firm, P.C.
17555 El Camino Real
Houston, Texas 77058



**Life Care Consultants, Inc.**

*A Life Care Planning & Case Management Company*

7826 Trentway
Houston, Texas 77040
(713) 983-0121

(800) 955-9415
Fax: (713) 983-0198

May 5, 2004

Mr. William Stradley
Mithoff & Jacks, L.L.P.
One Allen Center Penthouse
500 Dallas
Houston, Texas 77002

Re: Jose Alfaro

Mr. Stradley,

As requested, I have completed a life care plan for Mr. Alfaro which includes all of my opinions to date. The opinions in the life care plan are based on my review of medical records, an interview with Mr. Alfaro, review of medical literature on persons with burns, my training and experience as a registered nurse, certification as a life care planner and registered rehabilitation nurse, and communicating with Mr. Alfaro's treators, Dr. David Wainwright and Arthur Tarbox, Ph.D.

Attached is:
* A copy of my curriculum vitae, to include my educational qualifications, experience as a registered nurse and nurse case manager, and a list of my publications.
* A fee schedule and a statement to reflect all charges to date on this case.
* A list of all depositions and/or trial testimony in the previous five years.
* A list of all medical records and other information used to form my opinions.

The only exhibits I anticipate at the time of trial will be copies of the actual life care plan document.

If you need any additional information, please let me know.

Sincerely,

Terry Kennedy Arnold, RN, CRRN, CDMS, CLCP, CNLCP
Rehabilitation Consultant/Certified Life Care Planner

# Terry Kennedy Arnold, RN, CDMS, CRRN, CLCP, CNLCP
## Rehabilitation Consultant/Certified Life Care Planner

### EXPERIENCE

Registered nurse since 1970, with a variety of areas of clinical practice to include, Labor and Delivery, Intensive Care, Coronary Care, Medical-Surgical, Burn Treatment, Orthopedics, and Emergency Room Care. Since 1976, active involvement as a case manager in medically complicated cases to include, Spinal Cord Injuries, Amputations, Orthopedic Injuries, Burn Injuries, Brain Injuries, and Multiple Trauma.

1994-Current:      President
                   Life Care Consultants, Inc.
                   Houston, Texas

Life Care Consultants, Inc. is a medical management, life care planning company serving persons with multiple disabilities and diseases. The services offered include medical case management, cost analysis, life care plans, file review, chronological file summaries, and professional referrals.

1990-1994          Vice President
                   Life Care Planning, Inc.
                   Houston, Texas

1989-1990          Senior Rehabilitation Consultant
                   American International Health & Rehabilitation Services
                   Houston, Texas

1976-1989          Rehabilitation Nurse Supervisor (1985-1989)
                   Senior Rehabilitation Nurse (1979-1985)
                   Field Rehabilitation Nurse (1976-1979)
                   Texas Employers Insurance Association
                   Houston, Texas

1975-1976          Assistant Head Nurse Orthopedic & Burn Specialist
                   John Peter Smith Hospital
                   Fort Worth, Texas

1974-1975          Staff Nurse/Charge Nurse
                   Pediatric Burn Unit
                   Parkland Memorial Hospital
                   Dallas, Texas

Life Care Consultants, Inc.  7826 Trentway  Houston, Texas 77040  ( 713) 983-0121

| | |
|---|---|
| *1973-1974* | *Nurse Supervisor* |
| | *Staff Nurse* |
| | *Intensive Care Unit/Emergency Room* |
| | *High Plains Baptist Hospital* |
| | *Amarillo, Texas* |
| | |
| *1971-1973* | *Staff Nurse* |
| | *Pediatric Burn Unit* |
| | *Parkland Memorial Hospital* |
| | *Dallas, Texas* |
| | |
| *1968-1971* | *Team Leader* |
| | *Intensive Care Unit/Cardiac Care Unit* |
| | *Labor Delivery* |
| | *High Plains Baptist Hospital* |
| | *Amarillo, Texas* |

*PROFESSIONAL:*  *Rehabilitation Consultant / Life Care Planner*

*Registered Nurse, State of Texas License No. 224723, Year of Licensure 1970*

*CRRN: Certified Registered Rehabilitation Nurse, Rehabilitation Nursing Certification Board, Glenview, IL. National Certification; Year of Certification: 1988, Recertification 1993, 1998*

*CDMS: Certification of Disability Management Specialist, Commission on Health Care Certification {Southern Illinois University affiliation}, Midlothian, VA. National Certification; Year of Certification : 1985, Recertification 1990, 1995, 2000*

*CLCP: Certified Life Care Planner, Commission on Health Care Certification {{Southern Illinois University affiliation},Midlothian, VA. Year of Certification: 1997, Recertification: 2000*

*CNLCP: Certified Nurse Life Care Planner, Ameican Association of Nurse Life Care Planners Certification Board, Draper, Utah. Year of Certification: 2002.*

---

## *EDUCATION:*

1970                Associate Degree in Nursing
                    Amarillo College - School of Nursing
                    Amarillo, Texas

## *ADDITIONAL ACADEMIC COURSE WORK:*

2002-2003           Jacksonville University {RN to BSN Program}
1996                University of Florida/Rehabilitation Training Institute
                    Atlanta, Georgia
1991                Our Lady of the Lake University, Houston, Texas
1976                Mountainview College, Dallas, Texas
1974                El Centro College, Dallas, Texas
1970                West Texas State University, Canyon, Texas

**TOPICS OF CONTINUING EDUCATION**: *The Texas State Board of Nurse Examiners as well as the Certifying Boards of the CRRN, CDMS, and CLCP require continuing education to maintain licensure and certification. The following is a list of continuing education credits attained within the last five years.*

2003                International Conference on Life Care Planning
2002                Life Care Planning: Maximizing Quality of Life
                    Complications of Distal Radius Fractures
                    Lung Cancer: A Preventable Tragedy
                    Life Care Planning Summit 2002 Advanced Practice Program
2001                Rehabilitation Solutions Advanced Case Management Conference
2000                Children with Medical and Physical Challenges
                    Critical Issues in Spinal Cord Injury Rehabilitation
                    Rehabilitation of Persons with Lower Extremity Amputations
                    Collaboration for a Successful Rehabilitation Outcome in a Medically
                    Complex Patient
                    Outcomes Following Traumatic Spinal Cord Injury
                    Respiratory Management After Spinal Cord Injury
                    Federal Rules of Evidence: Expert Testimony as a Life Care Planner
                    What is Long Term Care?
                    Transitioning the Patient from ICU to the Next Level of Care
                    Chronic Pain Syndrome Evaluation and Treatment
1999                The Effect of Ultrasound on Fracture and Patient Outcomes
                    Extending the Neurologic Model of Rehabilitation to Behavioral
                    Disorders
                    Management of Intrathecal Baclofen for Patients with SCI
                    Optimal Management of the Acutely Ill Patient

---

| | |
|---|---|
| *1998* | *The Future of Worker's Compensation in Managed Care Arenas* |
| | *The Importance of Non-Verbal Communication: Secret Language of Success* |
| | *Worker's Compensation in Texas* |
| *1997* | *Medical Malpractice for Nurse Legal Consultants* |
| | *Focal Retrograde Amnesia (RA) following Traumatic Brain Injury (TBI)* |
| | *Effective Return to Work Strategies for the Hard to Manage Client* |
| | *Diagnosis and Prognosis of Persistent Vegetative State* |
| | *Managed Medicaid* |
| | *Medicaid & Elder Law Issues Update '97* |
| | *Psychological Assessment Issues Affecting Life Care Planning* |
| | *Multiple Disabilities of the Life Care Planning Series* |
| | *Forensic Rehabilitation of the Life Care Planning Series* |
| | *Spinal Cord Injuries of the Life Care Planning Series* |
| | *Rehabilitation Counseling of the Life Care Planning Series* |
| | *Traumatic Brain Injury (TBI) and Pediatric Brain Damage of the Life CarePlanning Series* |
| | *Life Management for Persons with Disabilities* |
| | *Neuropsychological Assessment and Treatment in Persistent Post-Concussion Disorder* |

## AFFILIATIONS:

*Board Member - American Association of Nurse Life Care Planners*
*Association of Rehabilitation Nurses - Texas Chapter, past board member*

## PROFESSIONAL ORGANIZATIONS:

*American Association  of Nurse Life Care Planners*
*Case Management Society of America*
*National Spinal Cord Injury Association*
*American Association of Legal Nurse Consultants, Houston Chapter*
*International Association of Life Care Planners*

## PRESENTATIONS:

*Arnold (Kennedy), T.K., Sunday, C., (June 13, 2003).  Introduction to Life Care Planning. The Institute for Rehabilitation and Research, Houston, Texas.*

*Arnold (Kennedy), T.K., Bagwell, D., Hicks, P., (May 18-19, 2002).   Panel discussion: Comments from those who have been there.  Intelicus/University of Florida, Chicago, Illinois.*

*Arnold (Kennedy), T.K., Sunday, C., (December 1, 2001).  Qualifying the Expert Witness: A discussion of the types of experts, qualifications of experts and their role in the litigation process. American Association of Nurse Life Care Planners, St. Louis, Missouri.*

---

*Life Care Consultants, Inc.  7826 Trentway  Houston, Texas 77040  ( 713) 983-0121*

*Arnold (Kennedy), T.K., Emerich, L., Herzog, J., (October 26, 2001). Setting Lifetime Reserves for the Catastrophically Injured. Garcia Consultants, Houston, Texas.*

*Arnold (Kennedy), T.K., Emerich, L., Herzog, J., (September 6, 2001). Setting Lifetime Reserves for the Catastrophically Injured. Esis (Worker's Compensation Insurance Company of Cigna), Houston, Texas.*

*Arnold (Kennedy), T.K., and Mendoza, J. (October 28, 1998). The Functions of a Case Manager within a Life Care Plan Structure. Chase Bank of Texas, Beaumont, Texas.*

*Arnold (Kennedy), T.K., (June 1, 1997). Costing out future medical Care. Continuing Education. Southwest Insurance Association, Houston, Texas.*

*Arnold (Kennedy), T.K., and Mendoza, J. (February 29, 1996). Life Care Planning and Case Management/Cost Analysis. Continuing Education. Lindsey Morden Claims Service, Houston, Texas.*

*Arnold (Kennedy), T.K., and Kleeman, R. (September 22-24, 1994). Planning for Quality Life Time Care. 1994 TIRR Continuing Education - Spinal Cord Injury: Assuring Quality in Today's Health Care Environment, The Omni Houston Hotel, Houston, Texas.*

*Kennedy, T.L., and Van Gilder, C.F. (January 7, 1992). Family education series: Life care planning. The Institute for Rehabilitation and Research, The Challenge Program, Houston, Texas.*

*Kennedy, T.L. (October 18, 1991). Contemporary management of the amputee: A hands-on workshop for professionals. Member of a question and answer team panel. The Institute for Rehabilitation and Research, Houston, Texas.*

*Kennedy, T.L., and Van Gilder, C.F. (April 25-27, 1991). Life care planning - community oriented rehabilitation in case management. Case Management Society of America - Annual Conference and Educational Seminars, The Pan Pacific Hotel, San Diego, California.*

## INTERVIEWS:

*Life care plans can work well for patients, but be careful when you're asked to help.* <u>Case Management Advisor</u>, *1991, 2, 97-112.*

## PUBLICATIONS:

*Arnold, Terry K. (2001) Planning and Preparing for the Future.* <u>Outlook</u>, *Vol. 2, Issue 1, Winter*

*Van Gilder, Charlene F. and Arnold, Terry K. (1994). Is individualized care compatible with health care reform?* <u>Viewpoints</u>, *27, 2.*

*Van Gilder, Charlene F. and Kennedy, Terry L. (1992). Trends in life care planning and brain injury.* <u>Viewpoints</u>, *21.*

---

# Terry Kennedy Arnold, RN, CDMS, CRRN, CLCP, CNLCP

## FEE SCHEDULE

| Service | Hourly Rate |
|---|---|
| Consultation | $150.00 |
| Cost Projection | 150.00 |
| Life Care Plan | 150.00 |
| File Review | 150.00 |
| Deposition Testimony | 200.00 |
| Trial Testimony | 200.00 |
| Mileage | .37/Mile |

*Expenses charged as accrued

# *Trial and Deposition Testimony*
## *of*
## *Terry K. Arnold, RN,*
## *CDMS, CRRN, CLCP, CNLCP*

## *January 1998*
## *through*
## *April 2004*

## DEPOSITION TESTIMONY

Cause No. 96-42493; Donald Bishop, et ux v. Houston Northwest Medical Center, et al.; In the 215th District Court of Harris County, Texas

Cause No. 96-60924; Mauricio Jimenez v. Affordable Quality Electric Company, Inc., et al.; In the 55th Judicial District Court of Harris County, Texas

Cause No. 97CV0618; Cynthia Jackson, et al. v. Ford Motor Company, et al.; In the 212th District Court of Galveston County, Texas

Cause No. 97-59438; Salvador Silva vs. Ashland Chemical Company, et al.; In the 215th Judicial District of Harris County, Texas

Cause No. C-97-1496-C; Jose Manuel Martinez, Individually, and ANF of Sienna Martinez, His Minor Daughter vs. Mitsubishi Caterpillar Forklift America, Inc.; 340th Judicial District, Tom Green County, Texas

Cause No. 30527; Charles E. Emmons, et al. vs. North American Van Lines, Lufkin Moving and Storage and Edwin Cartagena; In the 217th Judicial District Court of Angelina County, Texas

Cause No. 98-20017; James F. Carter, Sr., vs. Juan R. Amell, M.D.; In the 11th Judicial District Court of Harris County, Texas

Cause No. 98-3612-A; Israel D. Villareal and Medeli S. Villareal vs. Union Pacific Resources Company; In the 28th Judicial District Court of Nueces County, Texas

Cause No. A-0157992; Glenn Robert Bolton and his wife, Mary Bolton, Individually, and as Next of Friend of Robert G. Bolton, a Minor Child v. Southeast Emergency Physicians Associates, Sisters of Charity of the Incarnate Word, et al.; In the 58th Judicial District Court of Jefferson County, Texas

Cause No. E-0155498; Mary Briggs, Individually as Parent and as the Guardian of the Person and the Estate of Tammy Lolita McCullough, an incompetent v. Ford Motor Company and Twin City Motors, Inc.; In the 172nd Judicial District Court of Jefferson County, Texas

Cause No. 35751; Mario Ramirez and Robin Ramirez, Individually and as Next Friend of Amanda West and Samuel West, vs. Lacks Stores, Inc., and Evangelio Santana Cartagena; In the 66th Judicial District Court of Hill County, Texas

Cause No. 98-458-C368; Michelle Falcon, et al. V. Cosco, Inc., et al.; In the 368th Judicial District Court of Williamson County, Texas

Cause No. 30,454-97-8; Shirley Mosley, A/N/F of Brad Ogden, a minor and of Michelle Ogden Tolbert vs. Texas Transeastern, Inc., et al.; In the 217th Judicial District Court of Angelina County, Texas

Cause No. 98-38665; Kessie Santana vs. McCaslin Development Company d/b/a The Hidden Lakes Apartment Homes, et al.; In the 334th Judicial District Court of Harris County, Texas

Cause No. 98-20396; Adrienne Draper and David Draper, Individually and as Parents and Next Friends of Leila Draper, a Minor Child vs. John B. Ross, M.D., et al; In the 80th Judicial District Court, Harris County, Texas

Cause No. 1997-45232; Patrick Coyle and Teresa Coyle, Individually and on Behalf of Brittney, Chelsey and Bobbie Coyle, Minors vs. Monica Kay Stanley and Cosco, Inc.; In the 333rd Judicial District Court of Harris County, Texas

Cause No. 00-02303-A; Michael G. Bailey, as Next Friend for Jeremiah N. Bailey, a Minor Child, and Cassondra M. Bailey, Individually and as Guardian of the Person and Estate of Donna Bailey, an Incapacitated Person vs. Ford Motor Company et al; In the 28th Judicial District Court of Nueces County

Cause No. 99-1783; Brian and Lisa Sexton, Individually and As Next Friends of Bryce Sexton, A Minor v. Texoma Medical Center, Dr. Angela Latham, et al; In the 336th Judicial District Court of Grayson County, Texas

Cause No. CC-99-05901-A; Santos Banda Lopez, et al, vs. Victor Emanuel Salvino, Jr., Texas Kenworth Co. and Midamerican Holding, Inc.; At Law No. 1 County Court of Dallas County, Texas

Cause No. 2000-11147; Daniel L. Kitson v. Cooper Cameron Corporation, et al; In the 55th Judicial District Court of Harris County, Texas

Cause No. 99-24784; Joe Vaughan, Individually and a/n/f of David Vaughan, a Minor vs. Cosco, Inc. and Jeffrey Scott Goff; In the 280th Judicial District Court of Harris County, Texas

Cause No. 99-48795; Cheryle A. Vidal and Damas F. Vidal v. American Home Products, et al; In the 157th Judicial District Court of Harris County, Texas

Cause No. 99-60531; Lisa Nelkin, Individually, and as Next Friend of Erica Epstein v. R&L Carriers, Inc. a/k/a R+L Carriers, Inc., Gator Freightways, Inc. and Troy Lee Johnson; In the 190th Judicial District Court of Harris County, Texas

Cause No. 99-48872; James Bush and Latreece Bush, Individually and as Next Friends of James Bush, III, a minor, vs. Memorial Hermann Hospital System, et al; In the 190th Judicial District Court of Harris County, Texas

Cause No. 95-553,43; Valerie Heller vs Nolan Helmets, Sp.A. Sede A. Stabilimento, a Foreign Corporation and Cody Dwayne Carroll; In the 137th Judicial District Court of Lubbock County, Texas

Northern District case No. 00-CV-194B(M), Tulsa County Case No. CJ-99-3759; Cheri Grant, et. al. vs. Otis Elevator Company; In the U.S. District Court for the Northern District of Oklahoma Cause No. 2000-17532; Mary Owens vs. Robert J. Luchi, M.D., et. al. In the 269th Judicial District Court of Harris County, Texas

Cause No. 96-02-00441-CV; Odell L. Benskin and Lisa G. Benskin (f/k/a Lisa Gail Bell), individually and as next friend for Kourtney Lane Benskin, their minor daughter vs. Co Nguyen, M.D., et al; In the 359th Judicial District Court of Montgomery County, Texas

Cause No. 99-48860; Brenda Guyton, individually and as next friend of Daniel Guyton vs. Frank T. Gerow, M.D. and Texas Children's Hospital; In the 165th Judicial Court of Harris County, Texas

Cause No. 31,776; Dale Weatherford and Teresa Weatherford v. Brookshire Grocery Company; In the 62nd Judicial District Court of Hopkins County, Texas

Cause No. CJ-99-6811-65; Joe Womack, Guardian *Ad Litem* for Nash Lynn McClanahan, an Incompetent Minor, et al; vs. Baptist Health Care of Oklahoma, Inc., a corporation; Dwayne Janzen, D.O.; Nancy Gustin, C.R.N.A.; and Anesthesiology Management, Inc. d/b/a Anesthesia Services; In the District Court of Oklahoma County, Oklahoma

Cause No. 200002322; Raul Martinez and Myriam Martinez, individually and as parents and next friends of Raul Martinez, Jr. vs. Con Am Management Corporation d/b/a North Oaks Apartments; In the 111th Judicial Court of Harris County, Texas

Cause No. 99-07017; Nicolas Zamudio and Maria Vazquez-Zamudio, individually and as next friends of Marlen Zamudio vs. Paul William Sheeran, M.D., Myra Helen Wycoff, M.D. Jacquelynn Longshaw, M.D., Brett Giroir, M.D., David Delemos, M.D., Todd Belott, M.D., Collin Goto, M.D., Philip Guzetta, M.D., David Bui, M.D., David Truong Bui, M.D., P.A. et al; In the 68th District Court of Dallas County, Texas

Cause No. 2000-54457; Don Buko as next friend of Stephanie Buko, NCM, and Augusta Victoria Stubbe-Besosa, Plaintiffs vs. Sucheta Thukral, M.D., Kiran Ghandi, M.D. and Memorial Hermann Hospital System d/b/a/ Memorial Hermann Southwest Hospital, Defendants; In the 133rd Judicial District Court of Harris County, Texas

Cause No. GN0-01005; Lucinda Annette Rentfro, individually and as next friend of Alexandra Victoria Rentfro, a minor vs. Donald P. Ward, M.D., et al; In the 200th Judicial District Court of Travis County, Texas

Cause No. 2000-CVQ000334-D2; Abraham J. Romero, Jr. and Patricia Romero, individually as next friends of their minor daughter, Samantha Romero vs. Doctors Hospital of Laredo, L.P. d/b/a/ Doctors Hospital of Laredo; In the 111th Judicial District Court of Webb County, Texas

Cause No. 200100772; Rudolpho Cisneros vs. Lykes Lines Limited, et al; In the 280th Judicial District Court of Harris County, Texas

Cause No. 342-182502-00; Bryan and Denise Butler, Individually and as Next Friends to their Minor Child, Clayton Gene Butler vs. Childtime Childcare, Inc., Childtime Learning Centers, Inc., Kellye Mumme, Melissa Collier and Robin Toon; In the 342nd Judicial District Court of Tarrant County, Texas

Cause No. 2000-64588; Concepción Davalos and Armando Davalos, Individually and as Next Friend of Uvaldo Davalos vs. Carlos O. Mayo, M.D., Carlos O. Mayo, M.D., P.A., Southwest Women's Health Specialists, P.A., Tenet Healthcare, LTD. d/b/a Bayou City Medical Center and Lifemark Hospitals, Inc.; In the 189th Judicial District Court of Harris County, Texas

Cause No. 2000-52676; Pedro and Olga Martinez, Individually and as next friends of Maria and Perla Martinez, minors, Veronica Garcia, Cristina Vasquez, Guillermo Vasquez, Teresa Rangel, and Maria E. Martinez vs. U-Haul Co. of Texas; In the 234th Judicial District Court of Harris County, Texas

Cause No. 2000-63125; Crystal Michelle Chavez, Individually and as Next Friend of Maribel Henriquez, a minor; vs. Memorial Hermann Healthcare System; Memorial Hermann Hospital System; Memorial Hermann Hospital System d/b/a Memorial Hermann Hospital Southwest f/k/a Memorial Hospital Southwest; and Memorial Hermann Hospital f/k/a Memorial Hospital Southwest; In the 295th Judicial District Court of Harris County, Texas

Cause No. 00-6134-G; Angeles Orduna vs. Dr. Vicente Juan; In the 319th Judicial District Court of Nueces County, Texas

Cause No. 00-4370-E; Noe Edward Recio and Erika Recio, Individually and as next friends of James Anthony Recio and Noemi Recio, Minors; vs. Alcoa, Inc., Reynolds Metals Company, Ron Warpula, and Paul Stanley Danser, Jr.; In the 28th Judicial District Court of Nueces County, Texas

Cause No. 2000-510, 545; Mary Rebecca Butler, M.D.; vs. Covenant Health System, Covenant Health System D/B/A Covenant Medical Center-Lakeside f/k/a St. Mary of the Plains Hospital and Rehabilitation Center, Saint Joseph of Texas d/b/a St. Mary of the Plains Hospital and Rehabilitation Center, St. Mary of the Plains Hospital and Rehabilitation Center, Depuy, Inc., Depuy Orthopaedics, Inc., Zimmer, Inc., Zimmer USA, Inc., Bristol-Myers Squibb Co., Zimmer-Hall & Hall Surgical, Conmed Corporation and Linvatec f/k/a Concept, Inc., Zimmer-Baker Association, Inc., Keith Wilson, Nuell, Inc.; In the 72nd Judicial District Court of Lubbock County, Texas

Cause No. 2001-CI12335; Antonio Nava and Gregoria Nava, Individually and On Behalf of and As Next Friends of Carina Nava, a Minor; vs. Bridgestone/Firestone, Inc., Bridgestone Corporation, Gunn Chevrolet, Inc., and Ford Motor Company; In the 57th Judicial District Court of Bexar County, Texas

Cause No. cc-00-13277-A; Jill Scott and Stuart Scott, Individually and As Next Friends of Madison Scott; vs. Baylor University Medical Center; In the Count Court at Law Number 5, Dallas County, Texas

Cause No. 01-02-17745-MCV; David Lee Hosick and Frances Hosick, Individually and as Next Friends of Hana Hosick, a Minor; vs. Morgantown-Indianapolis Freight Line, Inc. d/b/a Horizon

Freight Line and Salvador Delgado; in the 365th Judicial District Court of Maverick County, Texas Cause No. 2000-38793; Irma Barrera and Joe G. Barrera vs. Bayou City Medical Center, Wesley Dennis, M.D., Memorial Neurological Association, James Ghadially, M.D., and James Ghadially, M.D., P.A.; In the 234th Judicial District Court of Harris County, Texas

Cause No. 02-CV-122846; Prisciliano Lozano vs. Home Trucking Company, L.L.C., Home Lumber & Hardware Co., and Home Building & Lumber Company, Inc.; In the 400th Judicial District Court of Fort Bend County, Texas

Cause No. 2002-08082; Jose Martinez v. Transit Mix Concrete & Materials Company and Transit Mix Concrete-Baytown, Inc.; In the 151th Judicial District Court of Harris County, Texas

Cause No. 2001-08-3741-B; Beatrice Medina Individually and as Next Friend of Refugio Medina v. Carlos Sanchez, Jr.; In the 138th Judicial Court of Cameron County, Texas

Cause No# 201-CVQ-000520D;1 Hilda Mejia Torres vs. Ford Motor Co. and Kelly-Springfield Tire ;In the 49th Judicial District Court of Webb County, Texas

Cause No 2001-08-3696-G; Adela Garcia indvidually and next Guardian of the person and Estate of Manuel Garcia, Juan Garcia and Leandra Garcia vs. Valley Baptist Medical Center, Medtronic, Inc., Edwards, Life Sciences Cardiovascular Resources inc., Barbara Beard, and Anna Tsiorva ; In the 404th Judicial District Court of Cameron County, Texas

Cause No. 2000-162158; Dale Brautigam, Elroy and Starlett Brautigam, vs. Memorial Hermann Hospital System d/b/a Memorial Hermann Hospital, et al.; In the District Court of Harris County, Texas 80th Judicial District

Cause No. A-160-872; Linda Boderek, et. al., (Plaintiff, Merle Hall) vs. American Home Products Corporation, et. at.; In the 58th Judicial District Court of Jefferson County, Texas

Cause No. 2000-18749; Lon Duguay vs. American Home Products, et al.; In the 270th Judicial District Court of Harris County, Texas

Cause No. GN1-04180; Esmeralda Guerrero Gonzalez and Robert A. Gonzalez vs. John Neal Rutledge, M.D., David Jay Feldman, M.D. and Austin Radiological Association, In the 250th Judicial District Court of Travis County, Texas

Cause No. 320849-401; Raymundo Arroyo and Ofelia Masedo Arroyo, Individually and a/n/f of Maria Celeste Arroyo, a Minor, vs. JLG Industries, Inc., et al, In Probate Court No.1 of Harris County, Texas

Cause No. 99-05-02824; Randy Riggs and Jolene Riggs vs. Dar-Sheng Chen, Bridgestone Management, LLC, and Willistar, LLC; In the 284th Judicial District Court of Montgomery County, Texas

Page -5-

Cause No. G-02-774; Dalton Arsement, Jr., et al. V. Spinnaker Exploration Company, LLC, et al.; In the United States District Court for the Southern District of Texas, Galveston Division Cause No. 91-CI-0994; Tammy L. Ingebretson and Daryl J. Ingebretson, Individually, et al. v. Southwest Texas Methodist Hospital, et al.

Civil Action No. 203-CV-96; Larry Speegle and Trisha Speegle vs. Spectrasite Network Services, Inc. F/K/A Spectrasite Construction, A Wholly Owned Subsidiary of, Spectrasite Communications, Inc. And Westower Comunnications, Inc.; In the United States District Court for the Eastern District of Texas, Marshall Division

Cause No. 2002 59039, Terry Robles, Individually and As Next Friend of and on Behalf of Juanita Hernandez, and Maria Robles v. Union Pacific Railroad Company, In the 281st Judicial District Court of Harris County, Texas

Cause No. GN204104, Garry Segouin and LaDonna Brazell, Individually and as next friends of Garet Segouin, a minor vs. daughters of Charity Health Services of Austin d/b/a Children's Hospital of Austin, 'Specially' for Children.  Children's Hospital Subspecialists of Central Texas, CTMF, Inc. d/b/a Austin Medical Education programs, David L. Anglin, M.D., Renee Ann Jankowski, M.D., Keith A. Kerr, M.D., Mary K. Powderly, M.D. and Robert M. Venzzetti, M.D.

Cause No. B-160530; Wallace Williams v. Synthes Spine, Inc., et al; In the 60th Judicial District Court of Jefferson County, Texas

Cause No.2002-39261; Donald Bowers vs. Tenet Healthcare Corporation., et al.; In the 334th Judicial District Court of Harris County, Texas

Cause No. 2002-65737; Margarett L. Dixon and James Dixon vs. Stuart M. Dobbs, M.D.; Elizabeth H. Lindsey, M.D.; Eugene C. Lai, M.D.; Luis G. Schaeffer, M.D.; Dr. Luis G. Schaeffer & Associates, P.S.; and Cleveland Regional Medical Center, L.P.; In the 133rd Judicial District of Harris County, Texas

Cause No. 2003-15203; Brian Kennemer and Dana Kennemer, Individually and as Next Friends of Jacob Kennemer, a Minor, vs. Memorial Hermann Hospital System d/b/a Memorial Hermann Southwest Hospital, Memorial Hermann Hospital System, Memorial Hermann Southwest Hospital, Memorial Hermann Healthcare System and H. Gene Cohen, M.D.; In the 80th Judicial District Court of Harris County, Texas.

Cause No. 22781*BH03; Antonia Perez-Diaz, Individually, and as Next Friend of Jose Octavio Diaz, Incapacitated, et al. V. T& L Lease Service of Halletsville, Inc., et al.; In the 23rd Judicial District Court of Brazoria County, Texas.

Page -6-

## TRIAL TESTIMONY

Cause No. 96-60280; Jeffery Scott Robinson, Individually and as Next Friend of Brandon Robinson and Trent Robinson, Minors v. Gannett Outdoor Co. Of Texas, David Patterson, and Outdoor Systems, Inc.; In the 164th Judicial District Court of Harris County, Texas
Civil Action No. H-98-1033; Marcos Avila vs. Millennium Petrochemicals, Inc.; In the United States District Court Southern District of Houston, Texas

Cause No. 13,093-97-2; Leslie W. Bradshaw v. Dennis Wayne Hensen and Kenny Norton Logging Company, Inc.; In the 145th District of Nacogdoches County, Texas

Cause No. 2003-00748; Glenda Gayle Dotson v. Tanner Construction Company of Texas, Inc.; In the 55th Judicial District Court of Harris County, Texas

Cause No. 2002-52757; Sandra Allen, et al v. Arlene G. Rust; In the District Court of Harris County, Texas; 127th Judicial District

## DEPOSITION AND TRIAL TESTIMONY

Cause No. D-160289; Rickey Allan Brice v. Kansas City Southern Railway Company; In the 136th Judicial District Court of Jefferson County, Texas

Cause No. SA-99-CA0001HG; Ryan Dickerson, a minor, by and through his parents, Daniel Dickerson and Suzanne Dickerson v. United States of America; In the San Antonio Division of the Western District in the United States District Court

Cause No. 98-48856: Dolores Romero, et al vs. Columbia/HCA Healthcare Corporation, et al; In the 295th District Court of Harris County, Texas

Cause No. 20818; Aaron Perdue, et ux. v. Jasper Memorial Hospital, et al.; In the Judicial District Court of Jasper County, Texas

Cause No. 352-172816-95; Paul McEwen and Ann McEwen vs. Jerome M. Kane, M.D., et al; In the 352nd Judicial District Court of Tarrant County, Texas
Cause No. 2000-CVQ-001176-D2; Maria C. Tovias vs. Mercy Hospital of Laredo f/k/a Mercy Regional Medical Center a/k/a Mercy Health Center and Sigifredo Perez, MD; In the 111th Judicial District Court of Webb County, Texas

Cause No. 99-013-278-06; Eldon McMillan, Individually; and Frances McMillan, Individually vs. Daimler Chrysler Corporation, Henson Motor Company, Inc., Midway Tire and/or Wilma Ann Lane d/b/a/ Midway Tire; In the 278th Judicial District Court of Madison County, Texas

Cause No. 00-CV-0215; Wendell and Neida Cifre, as next friend of Beatrice Cifre, a Minor v. Laura

Kathleen McCormick, Scott Michael Pojar and Brenda Pojar.; In the 56th Judicial District Court of Galveston County, Texas

Cause No. 2001-02004; Bobby Allen Flowers and Tammy Denise Piert, Individually and as next Friends of Bobby Flowers, Jr., and Stormy Flowers, Minors; and Berton Lee Avery Flowers vs. Pepsi-Cola Metropolitan Bottling Company, Inc., d/b/a Pepsi Bottling Group, Inc.; Pepsico, Inc.; New Bern Transport Corporation d/b/a NB Transport Corporation; and Johnnie Cooper; In the 151st Judicial District Court of Harris County, Texas

Cause No. 1999-29377; Kristen and Robert McClung, Individually and as Next Friend of Kenzie McClung, a minor vs. Memorial Hermann Hospital System d/b/a Memorial Hospital - The Woodlands; Affiliates of Gynecology, Obstetrics & Fertility, P.A. and James Meyer, M.D.; In the 189th Judicial District Court of Harris County, Texas

Cause No. CJ2001-2622; Steven C. Powell, by and through his Guardian ad litem, Gail Anne Kirk and Bob Allen Powell, vs. Stephen Dorsett, as Special Administrator of the Estate of Gregory Randall Dorsett and State Farm Mutual Automobile Insurance Company ;In the District Court In and for Tulsa County, State of Oklahoma

Cause No. 2001-49072; Joe McNeely vs. Chavez Construction, Inc. and MCN Construction, Inc.; In the 270th Judicial District Court of Harris County, Texas

Cause No. 2001-08-3741-B; Beatrice Medina, Individually and as Next Friend of Refugio Medina vs. Carlos Sanchez, Jr.; Concepcion Sanchez; Richard Lozano; Lee Ann Lozano; Adam Jose Flores; Ford Motor Company; City of San Benito; and San Benito Police Department; In the 138th Judicial District Court of Cameron County, Texas;

Cause No. 02-00444; Dwayne and Karen Lynch, Individually, and as Next Friend of Justin Lynch vs. Prutt Baptist Church and Kevin Flowers; In the District Court of Van Zandt County Texas 294th Judicial District

Cause No. 73034-A; John Gregory Aguilar, Julie Aguilar; Individually and as Guardian of the Estate of Gaven Cristoval Aguilar, a Minor vs. Margaret M. Thompson, M.D. et al.; In the Probate Court Number One of Travis County, Texas

Cause No. 2002-37601; Francisco Menjivar Gonzalez, et al vs. Tenet Healthcare, Corporation, et al.; In the 151st Judicial District Court of Harris County, Texas.

**RECORDS RECEIVED - JOSE ALFARO, JR.**

| Provider | Type of Records | Dates of Service | Date Received | Binder No. | Record No. |
|---|---|---|---|---|---|
| Baton Rouge General Medical Center | Hospital | 7/20/03-10/31/03 | | | 1 |
| Warm Springs Rehabilitation Hospital | Hospital | 10/31/03-11/16/03 | | | 2 |
| Wound Care Center at Valley Baptist M.C. | Outpatient | 11/17/03-12/3/03 | | | 3 |
| Memorial Hermann Hospital | Hospital | 12/17/03-12/19/03 | | | 4 |
| ...und Outpatient Rehab at Valley Baptist M.C. | Therapy | 2/04-3/04 | | | 5 |
| Rio Grande Physical Medicine Center/ Dr. Cynthia Garcia | Medical | 2/04-3/04 | | | 6 |
| Dr. Giovanna Ghafoori | Billing | 11/03 | | | 7 |
| Dr. David Wainwright | Medical | 7/20/03-1/8/04 | 4/20/04 | | 8 |
| Dr. Arthur Tarbox | Medical | 3/9/04-4/13/04 | | | 9 |
| UT Physicians Plastic Surgery (Dr. David Wainwright) | Billing | 12/11/03-1/8/04 | 4/29/04 | | 10 |
| Baton Rouge General Medical Center | | 7/20/03-10/31/03 | | | 11 |
| Warm Springs Rehabilitation System | | 10/31/03-11/16/03 | | | 12 |
| Wound Care Center | | 11/17/03-12/16/03 | | | 13 |
| Memorial Hermann Healthcare Hospital | | 12/17/03-12/19/03 | | | 14 |
| Rio Grande Physical Medicine Center | | 2/11/04-3/2/04 | | | 15 |
| Valley Baptist Medical Center | | 2/20/04-3/20/04 | 4/16/04 | 1 | 16 |

**DUPLICATE RECORDS RECEIVED:**
Dr. Brian Condit (contained within record #3)

*Records Received - Jose Alfaro, Jr.*



7826 Trentway
Houston, Texas 77040
(713) 983-0121

# Life Care Consultants, Inc.
*A Life Care Planning & Case Management Company*

(800) 955-941
Fax: (713) 983-019

May 5, 2004

Mr. William Stradley
Mithoff & Jacks, L.L.P.
One Allen Center, Penthouse
500 Dallas
Houston, Texas 77002

Re: Jose Alfaro

Mr. Stradley,

As requested, following is the life care plan prepared for Jose Alfaro.  I reserve the right to amend this report , should additional information become available.   Please do not hesitate to contact me should you have any questions.

Sincerely yours,

Terry Kennedy Arnold, RN, CDMS, CRRN, CLCP, CNLCP
Rehabilitation Consultant/Certified Life Care Planner

# Life Care Plan

*prepared for*

# Jose Alfaro

*May 5, 2004*

*Prepared by:*

*Terry Kennedy Arnold, RN, CDMS, CRRN, CLCP, CNLCP*

*Life Care Consultants, Inc.*

*7826 Trentway*

*Houston, Texas 77040*

*(713) 983-0121*

# Table of Contents

Introduction ................................................................ 1
Background ................................................................. 1
Current Status ............................................................. 6
Table of Projected Needs
  Future Medical Care/Routine ............................................ 7
  Future Surgical Procedures ............................................. 8
  Medication ............................................................ 12
  Supplies .............................................................. 13
  Wheelchair Needs/Equipment ............................................ 14
  Case Management ....................................................... 15
  Attendant Care ........................................................ 16
  Counseling ............................................................ 17
  Potential Complications ............................................... 18
Summary of Cost ........................................................... 19
Records Reviewed .......................................................... 21
Resources ................................................................. 22
Bibliography .............................................................. 23

# LIFE CARE PLAN *prepared for* JOSE ALFARO

## *May 5, 2004*

---

### INTRODUCTION

---

Jose Alfaro was referred to Life Care Consultants, Inc., by Mr. William Stradley, attorney with Mithoff & Jacks, L.L.P., for the purpose of preparing a life care plan to outline Mr. Alfaro's current and future medical and related needs with associated costs, as they pertain to his burn injury in 2003. This report was prepared after reviewing medical records, conducting two client interviews with Mr. Alfaro and his parents, and speaking with Dr. Arthur Tarbox, his treating psychologist, Dr. Susan J. Garrison, and Dr. David Wainwright, his treating physician.

---

### BACKGROUND

---

Jose was a 20-year-old male from Santa Rosa, Texas, who was traveling to Florida to vacation with his girlfriend and her family members at Disney World when they were struck from behind by an Allied eighteen-wheeler at a high rate of speed. They were traveling in his girlfriends family suburban that was driven by the girlfriends father and accompanied by her mother, her eighteen year old sister, Cindy, and one of their cousins, Jennifer, a ten year old. Both the sister and the cousin died in the accident. Jose pulled his girlfriend out, and tried to go back and help her sister, but that's when he passed out. Jose was taken to Baton Rouge General Medical Center in Louisiana.

**July 20, 2003 - October 31, 2003**, Jose sustained approximately 80% total body surface area burn and inhalation injuries in a motor vehicle wreck. Jose's admission diagnosis included approximately 80% total body surface area second and third degree burns to include:

- face,
- chest,
- both arms and hands,
- back,
- both legs,

- significant inhalation injury.

While a patient at Baton Rouge General-Mid-City, Jose underwent the following surgical procedures:

- July 20, 2003: Escharotomies to all four extremities, with the exception of the right arm.
- July 23, 2003: Tangential excision and excision to fascia in some areas of both legs, allografting of both legs and excision to fascia and grafting with Integra to the left arm and hand. A total of 5,000 square cm of Allograft, and 2,000 sq cm of Integra was used.
- July 24, 2003: Bronchoscopy.
- July 28, 2003: Excision to fascia and Integra grafting of the left chest, abdomen, and flank, and tangential excision and grafting with TransCyte to the right chest, abdomen, and flank.
- August 4, 2003: Tracheostomy due to Jose's pulmonary insufficiency and ventilator dependence.
- August 14, 2003: Tangential excision, and removal of allograft, and grafting with cultured epithelial autografts, and 4-to-1 meshed autograft to both legs, and cultured cells to the left flank and chest, left arm and leg.
- September 4, 2003: Tangential excision and split thickness autografting of the left arm, hand, and fingers; excisions and TransCyte grafting of the left throat; debridement of the devitalized tissue of the feet; amputation of the left second and fifth toes; and amputation of the right first through fourth toes.
- September 17, 2003: Excision and grafting of the left flank and both feet, as well as the amputation of the fifth metatarsal of the left foot.
- October 8, 2003: Tangential excision with a split-thickness skin grafting of the left flank, left posterior buttock, left posterior thigh, the posterior aspect of both lower legs, and the plantar aspect of both feet. During this operative procedure, Jose's vocal cords were examined by Dr. Mary S. Kendall. Dr. Kendall found thick eschar in the interarytenoid region. The arytenoids were edematous and the vocal process of the arytenoid was unable to move freely. When Jose coughed, there was no movement of the arytenoids. The vocal cords were edematous and mildly xanthochromic, and the subglottic space was clear. The vocal process of the arytenoids was palpated, and found to not have any motion.
- October 23, 2003: Left lower eyelid release with split-thickness skin graft; an excision and grafting of the left shoulder, chest and spots to the left leg; and, amputation of the fourth and fifth fingers on the left hand.

During his hospital stay, Jose was seen in the following consultations:

- July 21, 2003, Pulmonary consultation by Dr. Reza Sheybani,   Jose was intubated and placed on a ventilator in the emergency room.   He had evidence of a probable inhalational injury with burns to his face.  Dr. Sheybani adjusted the ventilator settings.

- August 18, 2003, Renal consultation by Dr. James Yegge, concerning his acute renal failure. Dr. Yegge's impression was non-oliguric acute renal failure due to multifactorial situations. Jose had massive amounts of third space fluid losses secondary to his loss of integument. Jose had multiple blood, wound, and line cultures positive for coagulase-negative Staph aureus, and this was the appropriate time course for a Gentamicin toxicity. Dr. Yegge believed that all of these things could be reversible, as Jose's overall condition improved.

- October 4, 2003, Otolaryngology consultation by Dr. Mary S. Kendall due to possible subglottic stenosis. After Jose's tracheotomy was decannulated on September 23, 2003, Jose had poor closure of his tracheal stoma, and had some stridor noted with the occlusion of this stoma. Jose was able to vocalize, but it was soft. His ENT examination revealed marked septal deviation to the left and he had a feeding tube present in his right nares. A flexible Machida laryngoscopy was performed through the right nares and revealed mild subglottic edema, and less edema on the left. Jose had posterior anterior retinoid edema with eschar present over most of this area with bilateral true vocal cord edema and xanthochromic coloration. Jose had extremely poor vocal cord motion with abduction as well as adduction and had approximately a 1-2 mm glottic aperture and his stoma was occluded in the anterior neck. Jose was noted to have slight edema narrowing subglottically, but had a greater than 1 cm diameter subglottically circumferentially. No significant subglottic stenosis. In light that Jose was needing surgery, Dr. Kendall placed a #6 uncuffed fenestrated Shiley tracheotomy tube without difficulty. Dr. Kendall recommended that the next time Jose has surgery, she would like to perform a direct laryngoscopy to directly palpate the vocal cords.

October 31, 2003 - November 16, 2003, Jose was discharged from the Baton Rouge General Hospital and admitted into Warm Springs Rehabilitation Hospital in Corpus Christi, Texas, under the care of Dr. Raymond Acebo, for rehabilitation status post this serious burn injury. He was transferred via air ambulance. Jose's admission diagnosis were:

- Approximately 80% total body surface area burn and inhalation injury.
- Pneumonia.
- Renal insufficiency secondary to Gentamicin toxicity.
- Burn wound cellulitis.

At the time of his admission to Warm Springs, Jose was breathing spontaneously with his tracheostomy removed, and he was eating a regular diet. Most of his wounds had completely healed. Jose had his left great toe pinned. He continued to have dressings to multiple extremities, and there was some soft tissue swelling. Neurologically, Jose moved all his extremities, but was limited and unable to dorsiflex his left foot. Jose had a good grip on his right hand, although the right hand was also limited with postoperative changes.

Jose had the following consultations:

- October 31, 2003, a plastic surgical consultation by Dr. Robert Fernandez for guidance on Jose's wounds. Jose was to continue using pain medications as necessary, using OxyContin IR for breakthrough pain, and Morphine for chronic pains. Jose had healing burn wounds over both lower extremities, and had extensive skin grafting preformed. Jose did have several open areas that were superficial and all very clean. All of the toes on his right foot had been amputated. His only toe remaining on his left foot is his great toe, which was pinned through the tip of the great toe. The pin site was clean. Jose had well healed burns over the ulnar aspect of his right hand and wrist. Jose had very good function of his right hand. On the left hand, the small finger and ring finger was amputated. Jose had several open areas over his back, but they were clean. Jose was noted to have left footdrop.

- Date unknown, Dr. Conun, Podiatry Services, for the evaluation of an abnormal foot and the removal of a wire that had been placed in Jose's left great toe some time prior to Jose's admission to Warm Springs Rehabilitation Hospital. Jose was still in need of further foot intervention, which would be necessary once his skin healed completely.

During the stay at Warm Springs Rehabilitation Hospital, Jose's wounds improved significantly. Jose showed great improvement over the course of his stay in regards to physical and occupational therapy. He reached levels of minimum assistance on transfers, hand-held assistance with ambulation, up to 90 feet. Jose's balance was good in the sitting position, and was fair at standing. Jose was discharged with equipment, multiple medications, and arrangements for wound care at Valley Baptist Hospital, Wound Care Center. He was instructed to avoid contact with people with illnesses, such as common cold or flu to reduce his chance of secondary infection. He was instructed to be seen for worsening depression. Jose was discharged home to live with his parents. Jose's mother did not work outside of the home, and was able to help with his care. Jose and his family asked for early discharge due to the illness of his grandfather, and the strong desire to return home. Physical and occupational therapy was strongly recommended on an outpatient basis. Jose was to receive home health for wound care. Counseling was also recommended, although the family and Jose did not think this was necessary. Jose's condition at the time of discharge was guarded.

November 17, 2003, Jose was seen by Dr. Maria G. Dill at the Valley Baptist Medical Center. Jose was taking the MS Contin and the Lacri-Lube ophthalmic ointment to his left eye. Dr. Dill recommended a multivitamin, an antioxidant, vitamin C, and Zinc. Jose would continue with the Senokot. Jose was complaining of some blurry vision in the left eye. But overall, he was feeling much better. He complained of pain when standing. Jose had some difficulty with his balance and was still wheelchair bound. Dr. Dill ordered three other consultations to included Dr. Ghafoori, Dr. Condit, and the other one with the physicians at the Valley Eye Clinic.

December 13, 2003, Jose was seen by Dr. Brian E. Condit, physical medicine and rehabilitation, in Harlingen, Texas, on referral by Dr.

Dill. Dr. Condit instructed Jose to return to the burn center to get the care he required, as Jose's care was far beyond Dr. Condit's ability to care for him. Jose would not be able to have his Jobst pressure garments made locally and needed to go to a specialty center.

December 17, 2003, Jose underwent surgery at Memorial Hermann Hospital in Houston, Texas by Dr. David Wainwright to release ectropian left upper eyelid and closure with full thickness skin graft. Dr. Wainwright planned to do a release on the left shoulder and revisions to the left hand at another time. Jose was seen by Occupational Therapy and instructed to wear his splints to the left shoulder, left finger, left hand and bilateral knee conformers.

February 11, 2004, Jose was seen by Dr. Cynthia A. Garcia, physical medicine and rehabilitation, in Harlingen, Texas. Jose stated that his biggest difficulties were:

- Inability is to walk because he has poor balance,

- Discomfort in his feet,

- Significant pruritus throughout both of his lower extremities whenever he stands for any length of time.

Jose relied on his mother to dress him. Jose continued to use the bedside commode, and continued to have numerous wounds for which the wound center was teaching the family how to care for. Since Jose had returned home on November 16, 2003, Jose had not had any physical therapy or home health therapy or outpatient facility.

Jose tended to keep his knees flexed when he was standing and within 5 minutes or so he complained of significant itching in his right lower extremity. Jose could stand and walk, but tended to keep his feet spread apart and would keep his knees flexed with standing. Jose's sensation was altered throughout his extensive burn areas. Jose had significantly limited finger flexion on the residual fingers on the left hand. His wrist extension and flexion were also limited. Jose had a small contractor along the left knee. His pectoralis muscles were very tight bilaterally such that he could not lie flat. Jose's hip flexors also appeared to be tight, although Dr. Garcia did not put him on prone position to examine these.

Dr. Garcia encouraged Jose to wear his compression garments, and begin to do his activities of daily living independently. Dr. Garcia has ordered physical therapy and occupational therapy, as well as a ambulation program. Dr. Garcia ordered Atarax for the treatment of Jose's pruritus.

March 24, 2004, Jose was seen by Dr. Garcia. He was noted to be ambulating and was dressing himself independently. Jose did not wear his compression garments. The pruritus in his lower extremities had decreased with the Atarax and ambulation. Dr. Garcia recommended that Jose return to see Dr. Wainwright for the release of the contractor of his left thumb and his left axilla. Dr. Garcia recommended that Jose consider returning to school this Fall or next Spring.

*Life Care Plan......Jose Alfaro......May 5, 2004*

Page -5-

April 15, 2004, Jose was evaluated by Dr. Arthur R. Tarbox, Ph.D., in psychology at the Plaza Medical Center in Houston, Texas on March 9th, April 6th, and April 9th. Dr. Tarbox reported that Jose felt severely self-conscious and depressed. He avoided making any eye contact with others, and avoided going out in public. Testing indicated that Jose experienced a mixture of depressive disorder symptoms as well as some post-traumatic stress symptoms. Results of the Beck Depression Inventory indicated that Jose was in the severe range of Depressive Symptomatology. Dr. Tarbox recommended that Jose re-start the Prozac that Dr. Dill prescribed for him. Also, Jose could benefit from counseling, especially cognitive/behavior psychotherapy, to assist him to adapt and cope with his severe life altering injuries.

## CURRENT STATUS

Jose lives with his mother and step-father in Santa Rosa, Texas. Jose has very noticeable burns to his face, bilateral arms and hands. He is missing fingers on the left hand and as a result, has little use of the left hand. Jose spends much of his time with friends or his grandfather. He is by his and his parents admission, depressed and isolated. Jose has thought of suicide but states he would not do anything about it.

He is able to manage his own physical care, but continues to rely on his mother for some aspects of his care to include putting on socks and shoes, and for cleaning or preparing meals. He uses a wheelchair for long distance transportation, although he is able to walk. He continues to itch in all areas of healing skin and is taking medication to reduce the itching. He gets his care both locally with Dr. Garcia and with Dr. Wainwright and Dr. Tarbox in Houston.

Even with the listed surgeries, he will remain with burn scars lifelong. He will likely remain sensitive to the heat and sunlight for the foreseeable future and will require some types of protectant prior to going out in the sun. Jose will continue to need intermittent psychiatric/psychological follow up and support for the indefinite future.

## FUTURE MEDICAL CARE/ROUTINE

| DESCRIPTION | FREQUENCY | START | STOP | ESTIMATED UNIT COST | ANNUAL COST | VENDOR |
|---|---|---|---|---|---|---|
| PM&R | 3-4 x year | 2004 | 2006 | $180.00 | $630.00 | Dr. Cynthia Garcia Harlingen, Texas |
|  | 1 x year | 2007 | Life |  | 180.00 |  |
| Burn Clinic | Every 2 months for 2 years | 2004 | 2006 | 106.00 | 636.00 | Dr. David Wainwright Houston, Texas |
| Health Club Membership | Annual | 2004 | 2004 | Sign-up: 15.00 Monthly: 44.95 | 554.40 | Athletix Gym Harlingen, Texas |
|  |  | 2005 | 2006 |  | 539.40 |  |

|  | |
|---|---|
| TOTAL ANNUAL COST 2004: | $1,820.40 |
| TOTAL ANNUAL COST 2005-2006: | $1,805.40 |
| TOTAL ANNUAL COST 2007-LIFE: | $180.00 |

**FUTURE SURGICAL PROCEDURES**

| DESCRIPTION | FREQUENCY | START | STOP | ESTIMATED UNIT COST | ANNUAL COST | VENDOR |
|---|---|---|---|---|---|---|
| 1. Left axilla release and left first web space between thumb and first finger. A combination of local flaps and skin grafts. | 1x Anes: 3 hours Hosp: 5-7 days | 2004 | 2004 | Phys: $21,394.00 Anes: 1,566.00 Hosp: 32,740.00 Misc: 1,200.00 Total: 56,900.00 | $56,900.00 | Dr. David Wainwright Hermann Hospital Houston, Texas |
| Therapy: OT PT | 2 x week for 2-3 months | | | 320.00/session | 6,400.00 | Valley Baptist Medical Center Harlingen, Texas |
| Airplane splint | 1x | | | 900.00 | 900.00 | Dynamic Orthotics Houston, Texas |
| Levaquin, 500 mg. | 1x day for 10 days at the time of surgery | | | 84.99/10 | 84.99 | Walgreens Pharmacy |
| Home health care dressing changes | 3x week for 2-3 weeks | | | 200.00/visit | 1,500.00 | First Home Health Harlingen, Texas |
| *Rationale:* Jose has a severe contracture of the left axilla that inhibits function of that extremity | | | | | | |
| 2. Right elbow scar contracture release using a local flap | 1x Anes: 1 hour Hosp. 23 hours | 2005 | 2005 | Phys: 7,193.00 Anes: 685.00 Hosp: 11,860.50 Misc: 800.00 Total: 20,538.50 | 20,538.50 | Dr. David Wainwright Hermann Hospital Houston, Texas |

FUTURE SURGICAL PROCEDURES

| DESCRIPTION | FREQUENCY | START | STOP | ESTIMATED UNIT COST | ANNUAL COST | VENDOR |
|---|---|---|---|---|---|---|
| Therapy: OT PT | 2x week for 6 weeks | | | 320.00/session | 3,840.00 | Valley Baptist Medical Center Harlingen |
| Right elbow splint | 1x | | | 500.00 | 500.00 | Dynamic Orthotics Houston, Texas |
| Levaquin, 500 mg. | 1x day for 10 days at the time of surgery | | | 84.99/10 | 84.99 | Walgreens Pharmacy |
| Home health care dressing changes | 3x week for 2-3 weeks | | | 200.00/visit | 1,500.00 | First Home Health Harlingen, Texas |
| *Rationale:* The right elbow has a large contracture that requires release to give Jose more function. | | | | | | |
| 3. HO removal of the left elbow | 1x | 2005 | 2005 | Phys: 12,350.00 Anes:1,566.00 Hosp: 30,154.00 Misc:1,500.00 45,570.00 | 45,570.00 | Dr. David Wainwright Hermann Hospital Houston, Texas |
| Therapy: OT PT | 2x week for 3-4 months | | | 320.00/session | 8,960.00 | Valley Baptist Medical Center Harlingen |
| CPM machine rental | 2-3 months | | | 975.00/2 weeks | 4,875.00 | TMC Orthopedic Houston, Texas |
| Levaquin, 500 mg. | 1x day for 10 days after surgery | | | 84.99/10 | 84.99 | Walgreens Pharmacy |

## FUTURE SURGICAL PROCEDURES

| DESCRIPTION | FREQUENCY | START | STOP | ESTIMATED UNIT COST | ANNUAL COST | VENDOR |
|---|---|---|---|---|---|---|
| Home health care dressing changes | 3x week for 2-3 weeks | | | 200.00/visit | 1,500.00 | First Home Health Harlingen, Texas |
| *Rationale:* Jose is unable to move his left elbow secondary to bony overgrowth and needs to have the bone removed to improve his range of motion and function. | | | | | | |
| 4. Release of left upper eye lid | 1x | 2004 | 2004 | Phys: 3,070.00 Anes: 685.00 Hosp: 11,860.50 Misc: 800.00 16,415.50 | 16,415.50 | Dr. David Wainwright Hermann Hospital Houston, Texas |
| Levaquin, 500 mg. | 1x day for 10 days after surgery | | | 84.99/10 | 84.99 | Walgreens Pharmacy |
| *Rationale:* Jose requires additional surgery to improve the function of his eyelid | | | | | | |
| **POSSIBLE SURGERY** | | | | | | |
| 5. Scar release of left groin | 1x | 2005 | 2005 | Phys: 16,500.00 Anes:1,044.00 Hosp: 30,154.00 Misc: 1,200.00 48,898.00 | (48,898.00) | Dr. David Wainwright Hermann Hospital Houston, Texas |
| Therapy: OT PT | 2x week for 8 weeks | 2005 | | 320.00/session | (5,120.00) | Valley Baptist Medical Center Harlingen |

## FUTURE SURGICAL PROCEDURES

| DESCRIPTION | FREQUENCY | START | STOP | ESTIMATED UNIT COST | ANNUAL COST | VENDOR |
|---|---|---|---|---|---|---|
| Levaquin, 500 mg. | 1x day for 10 days after surgery | 2005 | 2005 | 84.99/10 | {84.99} | Walgreens Pharmacy |
| Home health care dressing changes | 3x week for 2-3 weeks | | | 200.00/visit | (1,500.00) | First Home Health Harlingen, Texas |
| *Rationale:* Potential surgeries, not included in total costs. | | | | | | |
| 6. Revision of facial scars | 1x | 2004 | 2004 | Phys: 9,321.00 Anes: 1,044.00 Hosp: 11,860.00 Misc: 800.00 ___ 23,025.00 | (23,025.00) | Dr. David Wainwright Hermann Hospital Houston, Texas |
| Levaquin, 500 mg. | 1x day for 10 days at the time of surgery | | | 84.99/10 | {84.99} | Walgreens Pharmacy |
| Home health care dressing changes | 3x week for 2-3 weeks | | | 200.00/visit | (1,500.00) | First Home Health Harlingen, Texas |
| *Rationale:* Potential surgeries, not included in total costs. | | | | | | |
| | | | | TOTAL ANNUAL COST 2004:<br>TOTAL ANNUAL COST 2005: | $82,285.48<br>$87,453.48 | |

*Life Care Plan......Jose Alfaro......May 5, 2004*

## MEDICATION

| DESCRIPTION | FREQUENCY | START | STOP | ESTIMATED UNIT COST | ANNUAL COST | VENDOR |
|---|---|---|---|---|---|---|
| **Prozac, 20 mg. *[Depression]* | 1 x day | 2004 | Life | $227.99/30 | {$2,773.88} | Walgreens Pharmacy |
| **Zoloft, 50 mg. *[Depression]* | | | | 93.99/40 | {857.66} | |
| **Effexor, 37.5 mg. *[Depression]* | | | | 112.99/60 | {687.36} | |
| **Paxil CR, 25 mg. *[Depression]* | | | | 100.99/35 | {1,053.18} | |
| Average cost of SSRI | | | | Average of above | 1,343.02 | |
| Trazodone, 50 mg. *[Anti-depressant]* | 2x day | | | 10.99/60 | 133.71 | |
| Motrin, 800 mg. *[Anti-inflammatory]* | | | 2006 | 25.99/60 | 316.21 | |
| Atarax, 25 mg *[Anti-itch]* | 3x day | | | 64.99/60 | 1,186.07 | |
| **Rationale:** Jose requires the above medications secondary to the effects of his burn injury.** | | | | TOTAL ANNUAL COST 2004-2006: | $2,979.01 | |
| | | | | TOTAL ANNUAL COST 2007-LIFE: | $1,476.73 | |

**Annual costs were taken for the medications listed above, to determine an average annual cost to treat Mr. Alfaro's depression.

| DESCRIPTION | FREQ. | START | STOP | ESTIMATED UNIT COST | ANNUAL COST | VENDOR |
|---|---|---|---|---|---|---|
| | | | | SUPPLIES | | |
| Jobst Garments | 2 sets, 2 times a year | 2004 | 2006 | Hose: $89.99 Socks: 69.99 Mask: 52.23 Vest: 91.20 {2}Arm sleeves: 77.98 {2}Gloves: 79.98 Total: 461.37 | $1,845.48 | Supporthosestore.com, or local jobst vendor |
| Miscellaneous supplies for after surgery care. To include dressings, pads, etc. | As needed after surgery for skin care | | | 1,200.00 allowance | 1,200.00 | |

**TOTAL ANNUAL COST 2004-2006:** $3,045.48

*Rationale:* Jose requires the use of numerous compression garments to help flatten the burn tissue, reduce scaring and improve function. He also requires various supplies to dress his open wounds. His healed burn skin will remain very fragile and he will likely have recurrent wounds that require dressing.

| DESCRIPTION | FREQ. | START | STOP | ESTIMATED UNIT COST | ANNUAL COST | VENDOR |
|---|---|---|---|---|---|---|
| **WHEELCHAIR NEEDS/EQUIPMENT** | | | | | | |
| Scooter | 1x | 2033 | 2033 | $2,400.00 | $2,400.00 | Scooter Mart Corpus Christi, Texas |
| Batteries/Maintenance | Annual | 2033 | Life | 250.00 | 250.00 | |
| Scooter lift and installation | 1x | 2033 | 2033 | 1,800.00 | 1,800.00 | |
| Class 3 hitch and installation | | 2033 | 2033 | 150.00 | 150.00 | |
| Scooter cover | Every 5 years | 2033 | Life | 100.00 | 20.00 | |
| Scooter side pouch | | 2033 | 2033 | 39.95 | 7.99 | |
| Scooter ramp | 1x | 2033 | 2033 | 399.95 | 399.95 | |
| Bath bench | Every 5 years | 2004 | Life | 137.95 | 27.59 | Sammons Preston Catalog |
| Hand held shower | | 2033 | Life | 57.95 | 11.59 | |

*Rationale:* Jose's mobility and endurance is greatly effected by his extensive burns, and as he ages these difficulties will become more pronounced and he will require assistive devices for mobility.

| | |
|---|---|
| TOTAL ANNUAL COST 2004-2032: | $39.18 |
| TOTAL ANNUAL COST 2033: | $5,547.12 |
| TOTAL ANNUAL COST 2034-LIFE: | $797.17 |

## CASE MANAGEMENT

| DESCRIPTION | FREQUENCY | START | STOP | ESTIMATED UNIT COST | ANNUAL COST | VENDOR |
|---|---|---|---|---|---|---|
| Medical Case Management | 2-3 hours/week {130} | 2004 | 2004 | $45.00/hour .37/mile | $5,850.00 | Ninfa Plata, RN, CCM McAllen, Texas |
| | 1-2 hours/week {78} | 2005 | 2005 | | 3,510.00 | |
| | 3 hours/month (36) | 2006 | 2008 | | 1,620.00 | |

| | |
|---|---|
| TOTAL ANNUAL COST 2004: | $5,850.00 |
| TOTAL ANNUAL COST 2005: | $3,510.00 |
| TOTAL ANNUAL COST 2006-2008: | $1,620.00 |

*Rationale:* Jose would benefit from the guidance of a medical case manager.

## ATTENDANT CARE

| DESCRIPTION | FREQUENCY | START | STOP | ESTIMATED UNIT COST | ANNUAL COST | VENDOR |
|---|---|---|---|---|---|---|
| Home health aide | 4 hours per week | 2004 | 2008 | $12.50/hour | $2,600.00 | Caring Sitter Service Harlingen, Texas |
| | 8 hours per week | 2009 | 2013 | | 5,200.00 | |
| | 12 hours per week | 2014 | 2018 | | 7,800.00 | |
| | 16 hours per week | 2019 | 2023 | | 10,400.00 | |
| | 20 hours per week | 2024 | 2028 | | 13,000.00 | |
| | 24 hours per week | 2029 | 2032 | | 15,600.00 | |
| | 4 hours per day | 2033 | Life | | 18,250.00 | |

*Rationale:* Jose's left hand is used as a helper hand only, and the extent of the rest of his total body surface area burns make mobility difficult. Thus, necessitating assistance with various activities during the day to include, laundry, meal preparation, and community mobility.

|  |  |
|---|---|
| TOTAL ANNUAL COST 2004-2008: | $2,600.00 |
| TOTAL ANNUAL COST 2009-2013: | $5,200.00 |
| TOTAL ANNUAL COST 2014-2018: | $7,800.00 |
| TOTAL ANNUAL COST 2019-2023: | $10,400.00 |
| TOTAL ANNUAL COST 2024-2028: | $13,000.00 |
| TOTAL ANNUAL COST 2029-2032: | $15,600.00 |
| TOTAL ANNUAL COST 2033-Life: | $18,250.00 |

## COUNSELING

| DESCRIPTION | FREQUENCY | START | STOP | ESTIMATED UNIT COST | ANNUAL COST | VENDOR |
|---|---|---|---|---|---|---|
| Psychiatrist | 1x every 2 weeks for 1 month, then 1x month for 3 months, {6 visits} | 2004 | 2004 | Initial: $175.00 Follow-up: 95.00-150.00 | $787.50 | Tomas Gonzalez, MD Harlingen, Texas or other local vendor |
| | Every 3 months (4 visits} | 2005 | Life | | 490.00 | |
| Psychologist | 1x week for 6 months, then 2x month for 18 months, {62 visits) then | 2004 | 2005 | Initial: 150.00 FU: 125.00 | 7,775.00 One Time Only | Dr. Arthur Tarbox Houston, Texas or other local vendor |
| | 1-2x month for 2 years, then | 2006 | 2007 | | 2,250.00 | |
| | 1x month, to be used as an allowance | 2008 | | | 1,500.00 | |

|  |  |
|---|---|
| TOTAL ONE TIME ONLY COST: | $7,775.00 |
| TOTAL ANNUAL COST 2004: | $787.50 |
| TOTAL ANNUAL COST 2005: | $490.00 |
| TOTAL ANNUAL COST 2006-2007: | $2,740.00 |
| TOTAL ANNUAL COST 2008-LIFE: | $1,990.00 |

***Rationale:*** Jose requires counseling in addition to the previously listed medications to assist with the adjustment of his lifelong lifestyle changes.

| POTENTIAL COMPLICATIONS | | | | | | |
|---|---|---|---|---|---|---|
| Depression, current | | | | | | |
| Contractures, current | | | | | | |
| Infection | | | | | | |
| Additional surgeries, to include the left foot and tracheostomy site | | | | | | |
| Surgical complications | | | | | | |
| Sun, heat sensitivity | | | | | | |
| Physical deformity | | | | | | |
| Limited range of motion | | | | | | |
| Neuropathies | | | | | | |
| Inability to return to previous lifestyle | | | | | | |
| Decreased activity | | | | | | |

## SUMMARY OF COST

The costs in the following table are annualized in 2004 dollars and rounded to the nearest dollar.

| DESCRIPTION | One Time Only | 2004 | 2005 | 2006 | 2007 | 2008 | 2009-2013 |
|---|---|---|---|---|---|---|---|
| Future Medical Care/Routine | -0- | 1,820 | 1,805 | 1,805 | 180 | 180 | 180 |
| Future Surgical Procedures | -0- | 82,285 | 87,453 | -0- | -0- | -0- | -0- |
| Medications | -0- | 2,979 | 2,979 | 2,979 | 1,477 | 1,477 | 1,477 |
| Supplies | -0- | 3,045 | 3,045 | 3,045 | -0- | -0- | -0- |
| Wheelchair Needs/Equipment | -0- | 39 | 39 | 39 | 39 | 39 | 39 |
| Case Management | -0- | 5,850 | 3,510 | 1,620 | 1,620 | 1,620 | -0- |
| Attendant Care | -0- | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 5,200 |
| Counseling | 7,775 | 788 | 490 | 2,740 | 2,740 | 1,990 | 1,990 |
| TOTAL ANNUAL COSTS: | $7,775.00 | $99,406.00 | $101,921.00 | $14,828.00 | $8,656.00 | $7,906.00 | $8,886.00 |

## SUMMARY OF COST

The costs in the following table are annualized in 2004 dollars and rounded to the nearest dollar.

| DESCRIPTION | 2014-2018 | 2019-2023 | 2024-2028 | 2029-2032 | 2033 | 2034-Life |
|---|---|---|---|---|---|---|
| Future Medical Care/Routine | 180 | 180 | 180 | 180 | 180 | 180 |
| Future Surgical Procedures | -0- | -0- | -0- | -0- | -0- | -0- |
| Medications | 1,477 | 1,477 | 1,477 | 1,477 | 1,477 | 1,477 |
| Supplies | -0- | -0- | -0- | -0- | -0- | -0- |
| Wheelchair Needs/Equipment | 39 | 39 | 39 | 39 | 5,547 | 797 |
| Case Management | -0- | -0- | -0- | -0- | -0- | -0- |
| Attendant Care | 7,800 | 10,400 | 13,000 | 15,600 | 18,250 | 18,250 |
| Counseling | 1,990 | 1,990 | 1,990 | 1,990 | 1,990 | 1,990 |
| TOTAL ANNUAL COSTS: | $11,486.00 | $14,086.00 | $16,686.00 | $19,286.00 | $27,444.00 | $22,694.00 |

## RECORDS REVIEWED

1. Baton Rouge General Medical Center
2. Warm Springs Rehabilitation Hospital
3. Wound Care Center at Valley Baptist Medical Center - Outpatient
4. Round Outpatient Rehab at Valley Baptist Medical Center
5. Memorial Hermann Hospital
6. Rio Grande Physical Medicine Center/Dr. Cynthia Garcia
7. Dr. Giovanna Ghafoori
8. Dr. David Wainwright - UT Physicians Plastic Surgery Center
9. Dr. Arthur Tarbox

## RESOURCES

1. Client Interview by Terry Kennedy Arnold, RN with Jose Alfaro, April 8, 2004
2. Physician Interview by Terry Kennedy Arnold, RN with Dr. Arthur Tarbox, April 15, 2004
3. Physician Interview by Terry Kennedy Arnold, RN with Dr. Susan I. Garrison, April 29, 2004 and May 5, 2004.
4. Physician Interview by Terry Kennedy Arnold, RN with Dr. David Wainwright, April 29, 2004
5. Office of Dr. Cynthia Garcia
6. Office of Dr. David Wainwright
7. Athletix Gym
8. Valley Baptist Medical Center
9. Dynamic Orthotics & Prosthestics
10. Walgreens Pharmacy
11. First Home Health
12. TMC Orthotics
13. Support Hose Store
14. Scooter Mart
15. Sammons Preston Catalog
16. Ninfa Plata, RN, CCM
17. Caring Sitter Service
18. Office of Tomas Gonzalez
19. Office Dr. Arthur Tarbox
20. Memorial Hermann Hospital billing records
21. Physician billing records

## BIBLIOGRAPHY

1. Powers, Pauline S., M.D., Cruse, C.Wayne, M.D., and Boyd, Felecia, M.S., A.R.N. "Psychiatric Status, Prevention, and Outcome in Patients with Burns: A Prospective Study". Journal of Burn Care & Rehabilitation. 2000 Jan/Feb; 21(1 Pt 1): 85-88; discussion 84.

1. Thompson, R., R.N., M.S., Boyle, D., R.N., Ph.D., Teel, C., R.N., Ph.D., Wambach, K., R.N., Ph.D., and Cramer, A., M.D. "A Qualitative Analysis of Family Member Needs and Concerns in the Population of Patients with Burns". Journal of Burn Care and Rehabilitation 1999 Nov/Dec; 20 (6) 487-496.

2. Palmer, Marissa, R.N., R.N.M.H., and Collier, Susan, R.N. "Continuing Care of Burn-Injured Patients". Nursing Times, 1999 Sep 15-21; 95 (37): 44-46.

3. Salisbury, Roger E. "Reconstruction of the Burned Hand". Clinical Plastic Surgery. 2000 Jan; 27 (1): 65-69.

4. Weinberg, K., M.S., R.N., C.C.R.N., Birdsall, C., Ed.D., R.N., A.N.P., F.C.C.M., Vail, D, B.S.N., R.N., C.C.R.N., M.A., Marano, M.A., M.D., Petrone, S.J., M.D., and Mansour, E. Hani, M.D. "Pain and Anxiety with Burn Dressing Changes: Patient Self-Report". Journal of Burn Care & Rehabilitation. 2000 Mar/Apr; 21 (2): 155-156; discussion 157-161.

5. Demling, Robert H., and DeSanti, Leslie. "Management of Partial Thickness Facial Burns (Comparison of Topical Antibiotics and Bio-engineered Skin Substitutes)". Burns. 1999 May; 25 (3): 256-261.

# National Vital Statistics Reports





Volume 52, Number 14                                         February 18, 2004

# United States Life Tables, 2001

by Elizabeth Arias, Ph.D., Division of Vital Statistics

## Abstract

This report presents period life tables for the United States based on age-specific death rates in 2001. Data used to prepare these life tables are 2001 final mortality statistics; July 1, 2001, population estimates based on the 2000 decennial census; and data from the Medicare program. Presented are complete life tables by age, race, and sex. In 2001 the overall expectation of life at birth was 77.2 years, representing an increase of 0.2 years from life expectancy in 2000. Between 2000 and 2001, life expectancy increased for both males and females and for both the white and black populations. Life expectancy increased by 0.3 years for black males (from 68.3 to 68.6) and black females (from 75.2 to 75.5). It increased by 0.1 year for white males (from 74.9 to 75.0) and white females (from 80.1 to 80.2).

## Introduction

There are two types of life tables—the cohort (or generation) life table and the period (or current) life table. The cohort life table presents the mortality experience of a particular birth cohort, all persons born in the year 1900, for example, from the moment of birth through consecutive ages in successive calendar years. Based on age-specific death rates observed through consecutive calendar years, the cohort life table reflects the mortality experience of an actual cohort from birth until no lives remain in the group. To prepare just a single complete cohort life table requires data over many years. It is usually not feasible to construct cohort life tables entirely on the basis of observed data for real cohorts due to data unavailability or incompleteness (1). For example, a life table representation of the mortality experience of a cohort of persons born in 1970 would require the use of data projection techniques to estimate deaths into the future (2,3).

Keywords: life expectancy • life tables • survival • death rates • race

Unlike the cohort life table, the period life table does not represent the mortality experience of an actual birth cohort. Rather, the period life table presents what would happen to a hypothetical (or synthetic) cohort if it experienced throughout its entire life the mortality conditions of a particular period in time. Thus, for example, a period life table for 2001 assumes a hypothetical cohort subject throughout its lifetime to the age-specific death rates prevailing for the actual population in 2001. The period life table may thus be characterized as rendering a "snapshot" of current mortality experience, and shows the long-range implications of a set of age-specific death rates that prevailed in a given year. In this report, the term "life table" refers only to the period life table and not to the cohort life table.

## Data and Methods

The data used to prepare the U.S. life tables for 2001 are final numbers of deaths for the year 2001, postcensal population estimates for the year 2001, and data from the Medicare program of the Centers for Medicaid and Medicare Services.

The populations used to estimate the life tables shown in this report were produced under a collaborative agreement with the U.S. Census Bureau and are based on counts from the 2000 census. Reflecting the new guidelines issued in 1997 by the Office of Management and Budget (OMB), the 2000 census included an option for individuals to report more than one race as appropriate for themselves and household members (4). The 1997 OMB guidelines also provided

### Acknowledgments

This report was prepared in the Division of Vital Statistics under the general direction of Charles J. Rothwell, Director, Division of Vital Statistics; Robert N. Anderson, Lead Statistician, and James A. Weed, Acting Chief, Mortality Statistics Branch. Registration Methods Staff and the Data Acquisition and Evaluation Branch provided consultation to State vital statistics offices regarding the collection of the death certificate data on which this report is based. This report was edited by Demarius V. Miller, typeset by Jacqueline M. Davis, and graphics produced by Jarmila Ogburn of the Publications Branch, Division of Data Services.



National Vital Statistics Reports, Vol. 52, No. 14, February 18, 2004    3

Table A. Expectation of life by age, race, and sex: United States, 2001

| Age | All races | | | White | | | Black | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Male | Female | Total | Male | Female | Total | Male | Female |
| 0 | 77.2 | 74.4 | 79.8 | 77.7 | 75.0 | 80.2 | 72.2 | 68.8 | 75.5 |
| 1 | 76.7 | 74.0 | 79.3 | 77.1 | 74.5 | 79.6 | 72.2 | 68.5 | 75.4 |
| 5 | 72.8 | 70.1 | 75.4 | 73.2 | 70.6 | 75.7 | 68.3 | 64.3 | 71.5 |
| 10 | 67.9 | 65.2 | 70.4 | 68.3 | 65.6 | 70.8 | 63.4 | 59.6 | 66.6 |
| 15 | 62.9 | 60.2 | 65.5 | 63.3 | 60.7 | 65.8 | 58.5 | 54.9 | 61.7 |
| 20 | 58.1 | 55.5 | 60.6 | 58.5 | 56.0 | 60.9 | 53.7 | 50.3 | 56.8 |
| 25 | 53.4 | 50.9 | 55.7 | 53.8 | 51.3 | 56.1 | 49.1 | 45.8 | 52.0 |
| 30 | 48.8 | 46.2 | 50.9 | 49.0 | 46.6 | 51.2 | 44.5 | 41.4 | 47.2 |
| 35 | 43.9 | 41.5 | 46.0 | 44.2 | 41.9 | 46.3 | 39.9 | 36.9 | 42.5 |
| 40 | 39.2 | 37.0 | 41.3 | 39.3 | 37.3 | 41.6 | 35.5 | 32.5 | 38.0 |
| 45 | 34.7 | 32.5 | 36.6 | 34.9 | 32.8 | 36.9 | 31.2 | 28.4 | 33.6 |
| 50 | 30.3 | 28.2 | 32.1 | 30.5 | 28.4 | 32.3 | 27.1 | 24.4 | 29.3 |
| 55 | 26.0 | 24.0 | 27.7 | 26.1 | 24.2 | 27.8 | 23.3 | 20.8 | 25.3 |
| 60 | 21.9 | 20.1 | 23.4 | 22.0 | 20.2 | 23.5 | 19.7 | 17.5 | 21.5 |
| 65 | 18.1 | 16.4 | 19.4 | 18.2 | 16.5 | 19.5 | 16.4 | 14.4 | 17.9 |
| 70 | 14.5 | 13.1 | 15.7 | 14.6 | 13.2 | 15.7 | 13.3 | 11.7 | 14.7 |
| 75 | 11.5 | 10.2 | 12.4 | 11.5 | 10.2 | 12.5 | 10.6 | 9.3 | 11.7 |
| 80 | 8.8 | 7.7 | 9.4 | 8.7 | 7.7 | 9.5 | 8.6 | 7.3 | 9.5 |
| 85 | 6.5 | 5.7 | 6.9 | 6.4 | 5.6 | 6.7 | 6.7 | 5.7 | 7.0 |
| 90 | 4.8 | 4.2 | 5.0 | 4.6 | 4.1 | 4.8 | 5.1 | 4.5 | 5.3 |
| 95 | 3.5 | 3.2 | 3.7 | 3.4 | 3.0 | 3.4 | 3.9 | 3.6 | 4.0 |
| 100 | 2.7 | 2.5 | 2.8 | 2.4 | 2.3 | 2.5 | 3.0 | 2.9 | 3.0 |

Table B. Number of survivors by age, out of 100,000 born alive, by race and sex: United States, 2001

| Age | All races | | | White | | | Black | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Male | Female | Total | Male | Female | Total | Male | Female |
| 0 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 |
| 1 | 99,318 | 99,248 | 99,386 | 99,435 | 99,378 | 99,494 | 98,603 | 98,457 | 98,753 |
| 5 | 99,164 | 99,102 | 99,269 | 99,313 | 99,243 | 99,387 | 98,415 | 98,248 | 98,588 |
| 10 | 99,106 | 99,019 | 99,200 | 99,242 | 99,167 | 99,320 | 98,313 | 98,130 | 98,502 |
| 15 | 99,012 | 98,906 | 99,124 | 99,153 | 99,061 | 99,249 | 98,186 | 97,975 | 98,403 |
| 20 | 98,682 | 98,444 | 98,933 | 98,835 | 98,625 | 99,058 | 97,761 | 97,335 | 98,202 |
| 25 | 98,214 | 97,752 | 98,702 | 98,406 | 97,996 | 98,844 | 97,022 | 96,186 | 97,381 |
| 30 | 97,743 | 97,092 | 98,428 | 97,979 | 97,386 | 98,599 | 96,207 | 95,006 | 97,396 |
| 35 | 97,189 | 96,359 | 98,057 | 97,476 | 96,730 | 98,271 | 95,244 | 93,724 | 96,717 |
| 40 | 96,388 | 95,337 | 97,481 | 96,746 | 95,788 | 97,739 | 93,891 | 92,031 | 95,575 |
| 45 | 95,234 | 93,892 | 96,620 | 95,691 | 94,448 | 96,999 | 91,883 | 89,524 | 94,054 |
| 50 | 93,552 | 91,768 | 95,391 | 94,152 | 92,467 | 95,889 | 88,959 | 85,949 | 91,704 |
| 55 | 91,179 | 88,339 | 93,563 | 91,956 | 89,769 | 94,223 | 84,884 | 80,889 | 88,523 |
| 60 | 87,703 | 84,654 | 90,795 | 88,670 | 86,611 | 91,614 | 79,381 | 74,167 | 84,227 |
| 65 | 82,519 | 78,506 | 86,550 | 83,858 | 79,856 | 87,535 | 72,170 | 65,643 | 78,207 |
| 70 | 75,122 | 69,875 | 80,332 | 76,407 | 71,360 | 81,490 | 62,669 | 55,024 | 70,066 |
| 75 | 65,014 | 58,335 | 71,532 | 66,314 | 59,800 | 72,753 | 51,863 | 42,652 | 59,865 |
| 80 | 51,820 | 43,928 | 59,311 | 52,987 | 45,170 | 60,477 | 38,796 | 29,515 | 47,167 |
| 85 | 35,943 | 27,975 | 43,267 | 36,757 | 28,730 | 44,132 | 25,758 | 17,481 | 33,197 |
| 90 | 19,796 | 13,580 | 25,164 | 20,124 | 13,871 | 25,556 | 14,172 | 8,282 | 19,329 |
| 95 | 7,690 | 4,546 | 10,596 | 7,797 | 4,497 | 10,451 | 6,034 | 2,976 | 8,821 |
| 100 | 2,045 | 953 | 2,896 | 1,841 | 857 | 2,583 | 1,821 | 766 | 2,673 |

## Results

### Life expectancy in the United States

Tables 1–9 show complete life tables by race (white and black) and sex for 2001. Tables A and B summarize life expectancy and survival by age, race, and sex. Life expectancy at birth for 2001 represents the average number of years that a group of infants would live if the infants were to experience throughout life the age-specific death rates prevailing in 2001. In 2001 life expectancy at birth was

77.2 years, increasing by 0.2 years from 77.0 years in 2000. This increase is typical of the average yearly changes that occurred during the past 30 years in the United States. Throughout the past century, the trend in U.S. life expectancy was one of gradual improvement that has continued into the new century (11).

Life expectancy was 74.4 years for males, increasing by 0.1 year from 74.3 years in 2000. Life expectancy for females in 2001 was 79.8 years, increasing by 0.1 year from 79.7 years in 2000. The increase in life expectancy between 2000 and 2001 for females was primarily



7826 Trentway
Houston, Texas 77040
(713) 983-0121

# Life Care Consultants, Inc.
*A Life Care Planning & Case Management Company*

(800) 955-941?
Fax: (713) 983-019?

May 5, 2004

Mr. William Stradley
Mithoff & Jacks, L.L.P.
One Allen Center Penthouse
500 Dallas
Houston, Texas 77002.

Re: Lisa Guerra

Mr. Stradley,

As requested, I have completed a life care plan for Ms. Guerra which includes all of my opinions to date. The opinions in the life care plan are based on my review of medical records, an interview with Ms. Guerra and her mother, review of medical literature on persons with burns, my training and experience as a registered nurse, certification as a life care planner and registered rehabilitation nurse, and communicating with Ms. Guerra's treators, Dr. David Wainwright and Arthur Tarbox, Ph.D.

Attached is:
- A copy of my curriculum vitae, to include my educational qualifications, experience as a registered nurse and nurse case manager, and a list of my publications.
- A fee schedule and a statement to reflect all charges to date on this case.
- A list of all depositions and/or trial testimony in the previous five years.
- A list of all medical records and other information used to form my opinions.

The only exhibits I anticipate at the time of trial will be copies of the actual life care plan document.

If you need any additional information, please let me know.

Sincerely,

Terry Kennedy Arnold, RN, CRRN, CDMS, CLCP, CNLCP
Rehabilitation Consultant/Certified Life Care Planner

# *Terry Kennedy Arnold, RN, CDMS, CRRN, CLCP, CNLCP*
## *Rehabilitation Consultant/Certified Life Care Planner*

### *EXPERIENCE*

*Registered nurse since 1970, with a variety of areas of clinical practice to include, Labor and Delivery, Intensive Care, Coronary Care, Medical-Surgical, Burn Treatment, Orthopedics, and Emergency Room Care. Since 1976, active involvement as a case manager in medically complicated cases to include, Spinal Cord Injuries, Amputations, Orthopedic Injuries, Burn Injuries, Brain Injuries, and Multiple Trauma.*

*1994-Current:*　　　*President*
　　　　　　　　　*Life Care Consultants, Inc.*
　　　　　　　　　*Houston, Texas*

*Life Care Consultants, Inc. is a medical management, life care planning company serving persons with multiple disabilities and diseases. The services offered include medical case management, cost analysis, life care plans, file review, chronological file summaries, and professional referrals.*

*1990-1994*　　　　*Vice President*
　　　　　　　　　*Life Care Planning, Inc.*
　　　　　　　　　*Houston, Texas*

*1989-1990*　　　　*Senior Rehabilitation Consultant*
　　　　　　　　　*American International Health & Rehabilitation Services*
　　　　　　　　　*Houston, Texas*

*1976-1989*　　　　*Rehabilitation Nurse Supervisor (1985-1989)*
　　　　　　　　　*Senior Rehabilitation Nurse (1979-1985)*
　　　　　　　　　*Field Rehabilitation Nurse (1976-1979)*
　　　　　　　　　*Texas Employers Insurance Association*
　　　　　　　　　*Houston, Texas*

*1975-1976*　　　　*Assistant Head Nurse Orthopedic & Burn Specialist*
　　　　　　　　　*John Peter Smith Hospital*
　　　　　　　　　*Fort Worth, Texas*

*1974-1975*　　　　*Staff Nurse/Charge Nurse*
　　　　　　　　　*Pediatric Burn Unit*
　　　　　　　　　*Parkland Memorial Hospital*
　　　　　　　　　*Dallas, Texas*

| 1973-1974 | Nurse Supervisor |
| | Staff Nurse |
| | Intensive Care Unit/Emergency Room |
| | High Plains Baptist Hospital |
| | Amarillo, Texas |
| 1971-1973 | Staff Nurse |
| | Pediatric Burn Unit |
| | Parkland Memorial Hospital |
| | Dallas, Texas |
| 1968-1971 | Team Leader |
| | Intensive Care Unit/Cardiac Care Unit |
| | Labor Delivery |
| | High Plains Baptist Hospital |
| | Amarillo, Texas |

*PROFESSIONAL:*    *Rehabilitation Consultant / Life Care Planner*

*Registered Nurse, State of Texas License No. 224723, Year of Licensure 1970*

*CRRN: Certified Registered Rehabilitation Nurse, Rehabilitation Nursing Certification Board, Glenview, IL. National Certification; Year of Certification: 1988, Recertification 1993, 1998*

*CDMS: Certification of Disability Management Specialist, Commission on Health Care Certification {Southern Illinois University affiliation}, Midlothian, VA. National Certification; Year of Certification : 1985, Recertification 1990, 1995, 2000*

*CLCP: Certified Life Care Planner, Commission on Health Care Certification {{Southern Illinois University affiliation},Midlothian, VA. Year of Certification: 1997, Recertification: 2000*

*CNLCP: Certified Nurse Life Care Planner, Ameican Association of Nurse Life Care Planners Certification Board, Draper, Utah. Year of Certification: 2002.*

### EDUCATION:

1970                    Associate Degree in Nursing
                        Amarillo College - School of Nursing
                        Amarillo, Texas

### ADDITIONAL ACADEMIC COURSE WORK:

2002-2003               Jacksonville University {RN to BSN Program}
1996                    University of Florida/Rehabilitation Training Institute
                        Atlanta, Georgia
1991                    Our Lady of the Lake University, Houston, Texas
1976                    Mountainview College, Dallas, Texas
1974                    El Centro College, Dallas, Texas
1970                    West Texas State University, Canyon, Texas

**TOPICS OF CONTINUING EDUCATION**: *The Texas State Board of Nurse Examiners as well as the Certifying Boards of the CRRN, CDMS, and CLCP require continuing education to maintain licensure and certification. The following is a list of continuing education credits attained within the last five years.*

2003                    International Conference on Life Care Planning
2002                    Life Care Planning: Maximizing Quality of Life
                        Complications of Distal Radius Fractures
                        Lung Cancer: A Preventable Tragedy
                        Life Care Planning Summit 2002 Advanced Practice Program
2001                    Rehabilitation Solutions Advanced Case Management Conference
2000                    Children with Medical and Physical Challenges
                        Critical Issues in Spinal Cord Injury Rehabilitation
                        Rehabilitation of Persons with Lower Extremity Amputations
                        Collaboration for a Successful Rehabilitation Outcome in a Medically
                        Complex Patient
                        Outcomes Following Traumatic Spinal Cord Injury
                        Respiratory Management After Spinal Cord Injury
                        Federal Rules of Evidence: Expert Testimony as a Life Care Planner
                        What is Long Term Care?
                        Transitioning the Patient from ICU to the Next Level of Care
                        Chronic Pain Syndrome Evaluation and Treatment
1999                    The Effect of Ultrasound on Fracture and Patient Outcomes
                        Extending the Neurologic Model of Rehabilitation to Behavioral
                        Disorders
                        Management of Intrathecal Baclofen for Patients with SCI
                        Optimal Management of the Acutely Ill Patient

---

*Life Care Consultants, Inc. 7826 Trentway Houston, Texas 77040 ( 713) 983-0121*

| | |
|---|---|
| 1998 | The Future of Worker's Compensation in Managed Care Arenas |
| | The Importance of Non-Verbal Communication: Secret Language of Success |
| | Worker's Compensation in Texas |
| 1997 | Medical Malpractice for Nurse Legal Consultants |
| | Focal Retrograde Amnesia (RA) following Traumatic Brain Injury (TBI) |
| | Effective Return to Work Strategies for the Hard to Manage Client |
| | Diagnosis and Prognosis of Persistent Vegetative State |
| | Managed Medicaid |
| | Medicaid & Elder Law Issues Update '97 |
| | Psychological Assessment Issues Affecting Life Care Planning |
| | Multiple Disabilities of the Life Care Planning Series |
| | Forensic Rehabilitation of the Life Care Planning Series |
| | Spinal Cord Injuries of the Life Care Planning Series |
| | Rehabilitation Counseling of the Life Care Planning Series |
| | Traumatic Brain Injury (TBI) and Pediatric Brain Damage of the Life CarePlanning Series |
| | Life Management for Persons with Disabilities |
| | Neuropsychological Assessment and Treatment in Persistent Post-Concussion Disorder |

## AFFILIATIONS:

Board Member – American Association of Nurse Life Care Planners
Association of Rehabilitation Nurses - Texas Chapter, past board member

## PROFESSIONAL ORGANIZATIONS:

American Association  of Nurse Life Care Planners
Case Management Society of America
National Spinal Cord Injury Association
American Association of Legal Nurse Consultants, Houston Chapter
International Association of Life Care Planners

## PRESENTATIONS:

Arnold (Kennedy), T.K., Sunday, C., (June 13, 2003).  Introduction to Life Care Planning. The Institute for Rehabilitation and Research, Houston, Texas.

Arnold (Kennedy), T.K., Bagwell, D., Hicks, P., (May 18-19, 2002).   Panel discussion: Comments from those who have been there. Intelicus/University of Florida, Chicago, Illinois.

Arnold (Kennedy), T.K., Sunday, C., (December 1, 2001).  Qualifying the Expert Witness: A discussion of the types of experts, qualifications of experts and their role in the litigation process. American Association of Nurse Life Care Planners, St. Louis, Missouri.

---

Life Care Consultants, Inc.  7826 Trentway  Houston, Texas 77040  ( 713) 983-0121

Arnold (Kennedy), T.K., Emerich, L., Herzog, J., (October 26, 2001). *Setting Lifetime Reserves for the Catastrophically Injured. Garcia Consultants, Houston, Texas.*

Arnold (Kennedy), T.K., Emerich, L., Herzog, J., (September 6, 2001). *Setting Lifetime Reserves for the Catastrophically Injured. Esis (Worker's Compensation Insurance Company of Cigna), Houston, Texas.*

Arnold (Kennedy), T.K., and Mendoza, J. (October 28, 1998). *The Functions of a Case Manager within a Life Care Plan Structure. Chase Bank of Texas, Beaumont, Texas.*

Arnold (Kennedy), T.K., (June 1, 1997). *Costing out future medical Care. Continuing Education. Southwest Insurance Association, Houston, Texas.*

Arnold (Kennedy), T.K., and Mendoza, J. (February 29, 1996). *Life Care Planning and Case Management/Cost Analysis. Continuing Education. Lindsey Morden Claims Service, Houston, Texas.*

Arnold (Kennedy), T.K., and Kleeman, R. (September 22-24, 1994). *Planning for Quality Life Time Care. 1994 TIRR Continuing Education - Spinal Cord Injury: Assuring Quality in Today's Health Care Environment, The Omni Houston Hotel, Houston, Texas.*

Kennedy, T.L., and Van Gilder, C.F. (January 7, 1992). *Family education series: Life care planning. The Institute for Rehabilitation and Research, The Challenge Program, Houston, Texas.*

Kennedy, T.L. (October 18, 1991). *Contemporary management of the amputee: A hands-on workshop for professionals. Member of a question and answer team panel. The Institute for Rehabilitation and Research, Houston, Texas.*

Kennedy, T.L., and Van Gilder, C.F. (April 25-27, 1991). *Life care planning - community oriented rehabilitation in case management. Case Management Society of America - Annual Conference and Educational Seminars, The Pan Pacific Hotel, San Diego, California.*

### INTERVIEWS:

Life care plans can work well for patients, but be careful when you're asked to help.    *Case Management Advisor*, 1991, 2, 97-112.

### PUBLICATIONS:

Arnold, Terry K. (2001) *Planning and Preparing for the Future. Outlook, Vol. 2, Issue 1, Winter*

Van Gilder, Charlene F. and Arnold, Terry K. (1994). *Is individualized care compatible with health care reform? Viewpoints, 27, 2.*

Van Gilder, Charlene F. and Kennedy, Terry L. (1992). *Trends in life care planning and brain injury. Viewpoints, 21.*

*Life Care Consultants, Inc. 7826 Trentway  Houston, Texas 77040  (713) 983-0121*

# Terry Kennedy Arnold, RN, CDMS, CRRN, CLCP, CNLCP

## FEE SCHEDULE

| Service | Hourly Rate |
|---|---|
| Consultation | $150.00 |
| Cost Projection | 150.00 |
| Life Care Plan | 150.00 |
| File Review | 150.00 |
| Deposition Testimony | 200.00 |
| Trial Testimony | 200.00 |
| Mileage | .37/Mile |

*Expenses charged as accrued

*Trial and Deposition Testimony
of
Terry K. Arnold, RN,
CDMS, CRRN, CLCP, CNLCP*

*January 1998
through
April 2004*

## DEPOSITION TESTIMONY

Cause No. 96-42493; Donald Bishop, et ux v. Houston Northwest Medical Center, et al.; In the 215th District Court of Harris County, Texas

Cause No. 96-60924; Mauricio Jimenez v. Affordable Quality Electric Company, Inc., et al.; In the 55th Judicial District Court of Harris County, Texas

Cause No. 97CV0618; Cynthia Jackson, et al. v. Ford Motor Company, et al.; In the 212th District Court of Galveston County, Texas

Cause No. 97-59438; Salvador Silva vs. Ashland Chemical Company, et al.; In the 215th Judicial District of Harris County, Texas

Cause No. C-97-1496-C; Jose Manuel Martinez, Individually, and ANF of Sienna Martinez, His Minor Daughter vs. Mitsubishi Caterpillar Forklift America, Inc.; 340th Judicial District, Tom Green County, Texas

Cause No. 30527; Charles E. Emmons, et al. vs. North American Van Lines, Lufkin Moving and Storage and Edwin Cartagena; In the 217th Judicial District Court of Angelina County, Texas

Cause No. 98-20017; James F. Carter, Sr., vs. Juan R. Amell, M.D.; In the 11th Judicial District Court of Harris County, Texas

Cause No. 98-3612-A; Israel D. Villareal and Medeli S. Villareal vs. Union Pacific Resources Company; In the 28th Judicial District Court of Nueces County, Texas

Cause No. A-0157992; Glenn Robert Bolton and his wife, Mary Bolton, Individually, and as Next of Friend of Robert G. Bolton, a Minor Child v. Southeast Emergency Physicians Associates, Sisters of Charity of the Incarnate Word, et al.; In the 58th Judicial District Court of Jefferson County, Texas

Cause No. E-0155498; Mary Briggs, Individually as Parent and as the Guardian of the Person and the Estate of Tammy Lolita McCullough, an incompetent v. Ford Motor Company and Twin City Motors, Inc.; In the 172nd Judicial District Court of Jefferson County, Texas

Cause No. 35751; Mario Ramirez and Robin Ramirez, Individually and as Next Friend of Amanda West and Samuel West, vs. Lacks Stores, Inc., and Evangelio Santana Cartagena; In the 66th Judicial District Court of Hill County, Texas

Cause No. 98-458-C368; Michelle Falcon, et al. V. Cosco, Inc., et al.; In the 368th Judicial District Court of Williamson County, Texas

Cause No. 30,454-97-8; Shirley Mosley, A/N/F of Brad Ogden, a minor and of Michelle Ogden Tolbert vs. Texas Transeastern, Inc., et al.; In the 217th Judicial District Court of Angelina County, Texas

Cause No. 98-38665; Kessie Santana vs. McCaslin Development Company d/b/a The Hidden Lakes Apartment Homes, et al.; In the 334th Judicial District Court of Harris County, Texas

Cause No. 98-20396; Adrienne Draper and David Draper, Individually and as Parents and Next Friends of Leila Draper, a Minor Child vs. John B. Ross, M.D., et al; In the 80th Judicial District Court, Harris County, Texas

Cause No. 1997-45232; Patrick Coyle and Teresa Coyle, Individually and on Behalf of Brittney, Chelsey and Bobbie Coyle, Minors vs. Monica Kay Stanley and Cosco, Inc.; In the 333rd Judicial District Court of Harris County, Texas

Cause No. 00-02303-A; Michael G. Bailey, as Next Friend for Jeremiah N. Bailey, a Minor Child, and Cassondra M. Bailey, Individually and as Guardian of the Person and Estate of Donna Bailey, an Incapacitated Person vs. Ford Motor Company et al; In the 28th Judicial District Court of Nueces County

Cause No. 99-1783; Brian and Lisa Sexton, Individually and As Next Friends of Bryce Sexton, A Minor v. Texoma Medical Center, Dr. Angela Latham, et al; In the 336th Judicial District Court of Grayson County, Texas

Cause No. CC-99-05901-A; Santos Banda Lopez, et al, vs. Victor Emanuel Salvino, Jr., Texas Kenworth Co. and Midamerican Holding, Inc.; At Law No. 1 County Court of Dallas County, Texas

Cause No. 2000-11147; Daniel L. Kitson v. Cooper Cameron Corporation, et al; In the 55th Judicial District Court of Harris County, Texas

Cause No. 99-24784; Joe Vaughan, Individually and a/n/f of David Vaughan, a Minor vs. Cosco, Inc. and Jeffrey Scott Goff; In the 280th Judicial District Court of Harris County, Texas

Cause No. 99-48795; Cheryle A. Vidal and Damas F. Vidal v. American Home Products, et al; In the 157th Judicial District Court of Harris County, Texas

Cause No. 99-60531; Lisa Nelkin, Individually, and as Next Friend of Erica Epstein v. R&L Carriers, Inc. a/k/a R+L Carriers, Inc., Gator Freightways, Inc. and Troy Lee Johnson; In the 190th Judicial District Court of Harris County, Texas

Cause No. 99-48872; James Bush and Latreece Bush, Individually and as Next Friends of James Bush, III, a minor, vs. Memorial Hermann Hospital System, et al; In the 190th Judicial District Court of Harris County, Texas

Cause No. 95-553,43; Valerie Heller vs Nolan Helmets, Sp.A. Sede A. Stabilimento, a Foreign Corporation and Cody Dwayne Carroll; In the 137th Judicial District Court of Lubbock County, Texas

Northern District case No. 00-CV-194B(M), Tulsa County Case No. CJ-99-3759; Cheri Grant, et. al. vs. Otis Elevator Company; In the U.S. District Court for the Northern District of Oklahoma Cause No. 2000-17532; Mary Owens vs. Robert J. Luchi, M.D., et. al. In the 269th Judicial District Court of Harris County, Texas

Cause No. 96-02-00441-CV; Odell L. Benskin and Lisa G. Benskin (f/k/a Lisa Gail Bell), individually and as next friend for Kourtney Lane Benskin, their minor daughter vs. Co Nguyen, M.D., et al; In the 359th Judicial District Court of Montgomery County, Texas

Cause No. 99-48860; Brenda Guyton, individually and as next friend of Daniel Guyton vs. Frank T. Gerow, M.D. and Texas Children's Hospital; In the 165th Judicial Court of Harris County, Texas

Cause No. 31.776; Dale Weatherford and Teresa Weatherford v. Brookshire Grocery Company; In the 62nd Judicial District Court of Hopkins County, Texas

Cause No. CJ-99-6811-65; Joe Womack, Guardian *Ad Litem* for Nash Lynn McClanahan, an Incompetent Minor, et al; vs. Baptist Health Care of Oklahoma, Inc., a corporation; Dwayne Janzen, D.O.; Nancy Gustin, C.R.N.A.; and Anesthesiology Management, Inc. d/b/a Anesthesia Services; In the District Court of Oklahoma County, Oklahoma

Cause No. 200002322; Raul Martinez and Myriam Martinez, individually and as parents and next friends of Raul Martinez, Jr. vs. Con Am Management Corporation d/b/a North Oaks Apartments; In the 111th Judicial Court of Harris County, Texas

Cause No. 99-07017; Nicolas Zamudio and Maria Vazquez-Zamudio, individually and as next friends of Marlen Zamudio vs. Paul William Sheeran, M.D., Myra Helen Wycoff, M.D. Jacquelynn Longshaw, M.D., Brett Giroir, M.D., David Delemos, M.D., Todd Belott, M.D., Collin Goto, M.D., Philip Guzetta, M.D., David Bui, M.D., David Truong Bui, M.D., P.A. et al; In the 68th District Court of Dallas County, Texas

Cause No. 2000-54457; Don Buko as next friend of Stephanie Buko, NCM, and Augusta Victoria Stubbe-Besosa, Plaintiffs vs. Sucheta Thukral, M.D., Kiran Ghandi, M.D. and Memorial Hermann Hospital System d/b/a/ Memorial Hermann Southwest Hospital, Defendants; In the 133rd Judicial District Court of Harris County, Texas

Cause No. GN0-01005; Lucinda Annette Rentfro, individually and as next friend of Alexandra Victoria Rentfro, a minor vs. Donald P. Ward, M.D., et al; In the 200th Judicial District Court of Travis County, Texas

Cause No. 2000-CVQ000334-D2; Abraham J. Romero, Jr. and Patricia Romero, individually as next friends of their minor daughter, Samantha Romero vs. Doctors Hospital of Laredo, L.P. d/b/a/ Doctors Hospital of Laredo; In the 111th Judicial District Court of Webb County, Texas

Cause No. 200100772; Rudolpho Cisneros vs. Lykes Lines Limited, et al; In the 280th Judicial District Court of Harris County, Texas

Cause No. 342-182502-00; Bryan and Denise Butler, Individually and as Next Friends to their Minor Child, Clayton Gene Butler vs. Childtime Childcare, Inc., Childtime Learning Centers, Inc., Kellye Mumme, Melissa Collier and Robin Toon; In the 342nd Judicial District Court of Tarrant County, Texas

Cause No. 2000-64588; Concepción Davalos and Armando Davalos, Individually and as Next Friend of Uvaldo Davalos vs. Carlos O. Mayo, M.D., Carlos O. Mayo, M.D., P.A., Southwest Women's Health Specialists, P.A., Tenet Healthcare, LTD. d/b/a Bayou City Medical Center and Lifemark Hospitals, Inc.; In the 189th Judicial District Court of Harris County, Texas

Cause No. 2000-52676; Pedro and Olga Martinez, Individually and as next friends of Maria and Perla Martinez, minors, Veronica Garcia, Cristina Vasquez, Guillermo Vasquez, Teresa Rangel, and Maria E. Martinez vs. U-Haul Co. of Texas; In the 234th Judicial District Court of Harris County, Texas

Cause No. 2000-63125; Crystal Michelle Chavez, Individually and as Next Friend of Maribel Henriquez, a minor; vs. Memorial Hermann Healthcare System; Memorial Hermann Hospital System; Memorial Hermann Hospital System d/b/a Memorial Hermann Hospital Southwest f/k/a Memorial Hospital Southwest; and Memorial Hermann Hospital f/k/a Memorial Hospital Southwest; In the 295th Judicial District Court of Harris County, Texas

Cause No. 00-6134-G; Angeles Orduna vs. Dr. Vicente Juan; In the 319th Judicial District Court of Nueces County, Texas

Cause No. 00-4370-E; Noe Edward Recio and Erika Recio, Individually and as next friends of James Anthony Recio and Noemi Recio, Minors; vs. Alcoa, Inc., Reynolds Metals Company, Ron Warpula, and Paul Stanley Danser, Jr.; In the 28th Judicial District Court of Nueces County, Texas

Cause No. 2000-510, 545; Mary Rebecca Butler, M.D.; vs. Covenant Health System, Covenant Health System D/B/A Covenant Medical Center-Lakeside f/k/a St. Mary of the Plains Hospital and Rehabilitation Center, Saint Joseph of Texas d/b/a St. Mary of the Plains Hospital and Rehabilitation Center, St. Mary of the Plains Hospital and Rehabilitation Center, Depuy, Inc., Depuy Orthopaedics, Inc., Zimmer, Inc., Zimmer USA, Inc., Bristol-Myers Squibb Co., Zimmer-Hall & Hall Surgical, Conmed Corporation and Linvatec f/k/a Concept, Inc., Zimmer-Baker Association, Inc., Keith Wilson, Nuell, Inc.; In the 72nd Judicial District Court of Lubbock County, Texas

Cause No. 2001-CI12335; Antonio Nava and Gregoria Nava, Individually and On Behalf of and As Next Friends of Carina Nava, a Minor; vs. Bridgestone/Firestone, Inc., Bridgestone Corporation, Gunn Chevrolet, Inc., and Ford Motor Company; In the 57th Judicial District Court of Bexar County, Texas

Cause No. cc-00-13277-A; Jill Scott and Stuart Scott, Individually and As Next Friends of Madison Scott; vs. Baylor University Medical Center; In the Count Court at Law Number 5, Dallas County, Texas

Cause No. 01-02-17745-MCV; David Lee Hosick and Frances Hosick, Individually and as Next Friends of Hana Hosick, a Minor; vs. Morgantown-Indianapolis Freight Line, Inc. d/b/a Horizon

Freight Line and Salvador Delgado; in the 365th Judicial District Court of Maverick County, Texas Cause No. 2000-38793; Irma Barrera and Joe G. Barrera vs. Bayou City Medical Center, Wesley Dennis, M.D., Memorial Neurological Association, James Ghadially, M.D., and James Ghadially, M.D., P.A.; In the 234th Judicial District Court of Harris County, Texas

Cause No. 02-CV-122846; Prisciliano Lozano vs. Home Trucking Company, L.L.C., Home Lumber & Hardware Co., and Home Building & Lumber Company, Inc.; In the 400th Judicial District Court of Fort Bend County, Texas

Cause No. 2002-08082; Jose Martinez v. Transit Mix Concrete & Materials Company and Transit Mix Concrete-Baytown, Inc.; In the 151th Judicial District Court of Harris County, Texas

Cause No. 2001-08-3741-B; Beatrice Medina Individually and as Next Friend of Refugio Medina v. Carlos Sanchez, Jr.; In the 138th Judicial Court of Cameron County, Texas

Cause No# 201-CVQ-000520D;1 Hilda Mejia Torres vs. Ford Motor Co. and Kelly-Springfield Tire ;In the 49th Judicial District Court of Webb County, Texas

Cause No 2001-08-3696-G; Adela Garcia indvidually and next Guardian of the person and Estate of Manuel Garcia, Juan Garcia and Leandra Garcia vs. Valley Baptist Medical Center, Medtronic, Inc., Edwards, Life Sciences Cardiovascular Resources inc., Barbara Beard, and Anna Tsiorva ; In the 404th Judicial District Court of Cameron County, Texas

Cause No. 2000-162158; Dale Brautigam, Elroy and Starlett Brautigam, vs. Memorial Hermann Hospital System d/b/a Memorial Hermann Hospital, et al.; In the District Court of Harris County, Texas 80th Judicial District

Cause No. A-160-872; Linda Boderek, et. al., (Plaintiff, Merle Hall) vs. American Home Products Corporation, et. at.; In the 58th Judicial District Court of Jefferson County, Texas

Cause No. 2000-18749; Lon Duguay vs. American Home Products, et al.; In the 270th Judicial District Court of Harris County, Texas

Cause No. GN1-04180; Esmeralda Guerrero Gonzalez and Robert A. Gonzalez vs. John Neal Rutledge, M.D., David Jay Feldman, M.D. and Austin Radiological Association, In the 250th Judicial District Court of Travis County, Texas

Cause No. 320849-401; Raymundo Arroyo and Ofelia Masedo Arroyo, Individually and a/n/f of Maria Celeste Arroyo, a Minor, vs. JLG Industries, Inc., et al, In Probate Court No.1 of Harris County, Texas

Cause No. 99-05-02824; Randy Riggs and Jolene Riggs vs. Dar-Sheng Chen, Bridgestone Management, LLC, and Willistar, LLC; In the 284th Judicial District Court of Montgomery County, Texas

Cause No. G-02-774; Dalton Arsement, Jr., et al. V. Spinnaker Exploration Company, LLC, et al.; In the United States District Court for the Southern District of Texas, Galveston Division

Cause No. 91-CI-0994; Tammy L. Ingebretson and Daryl J. Ingebretson, Individually, et al. v. Southwest Texas Methodist Hospital, et al.

Civil Action No. 203-CV-96; Larry Speegle and Trisha Speegle vs. Spectrasite Network Services, Inc. F/K/A Spectrasite Construction, A Wholly Owned Subsidiary of, Spectrasite Communications, Inc. And Westower Communications, Inc.; In the United States District Court for the Eastern District of Texas, Marshall Division

Cause No. 2002 59039, Terry Robles, Individually and As Next Friend of and on Behalf of Juanita Hernandez, and Maria Robles v. Union Pacific Railroad Company, In the 281st Judicial District Court of Harris County, Texas

Cause No. GN204104, Garry Segouin and LaDonna Brazell, Individually and as next friends of Garet Segouin, a minor vs. daughters of Charity Health Services of Austin d/b/a Children's Hospital of Austin, 'Specially' for Children. Children's Hospital Subspecialists of Central Texas, CTMF, Inc. d/b/a Austin Medical Education programs, David L. Anglin, M.D., Renee Ann Jankowski, M.D., Keith A. Kerr, M.D., Mary K. Powderly, M.D. and Robert M. Venzzetti, M.D.

Cause No. B-160530; Wallace Williams v. Synthes Spine, Inc., et al; In the 60th Judicial District Court of Jefferson County, Texas

Cause No. 2002-39261; Donald Bowers vs. Tenet Healthcare Corporation., et al.; In the 334th Judicial District Court of Harris County, Texas

Cause No. 2002-65737; Margarett L. Dixon and James Dixon vs. Stuart M. Dobbs, M.D.; Elizabeth H. Lindsey, M.D.; Eugene C. Lai, M.D.; Luis G. Schaeffer, M.D.; Dr. Luis G. Schaeffer & Associates, P.S.; and Cleveland Regional Medical Center, L.P.; In the 133rd Judicial District of Harris County, Texas

Cause No. 2003-15203; Brian Kennemer and Dana Kennemer, Individually and as Next Friends of Jacob Kennemer, a Minor, vs. Memorial Hermann Hospital System d/b/a Memorial Hermann Southwest Hospital, Memorial Hermann Hospital System, Memorial Hermann Southwest Hospital, Memorial Hermann Healthcare System and H. Gene Cohen, M.D.; In the 80th Judicial District Court of Harris County, Texas.

Cause No. 22781*BH03; Antonia Perez-Diaz, Individually, and as Next Friend of Jose Octavio Diaz, Incapacitated, et al. V. T& L Lease Service of Halletsville, Inc., et al.; In the 23rd Judicial District Court of Brazoria County, Texas.

## TRIAL TESTIMONY

Cause No. 96-60280; Jeffery Scott Robinson, Individually and as Next Friend of Brandon Robinson and Trent Robinson, Minors v. Gannett Outdoor Co. Of Texas, David Patterson, and Outdoor Systems, Inc.; In the 164th Judicial District Court of Harris County, Texas
Civil Action No. H-98-1033; Marcos Avila vs. Millennium Petrochemicals, Inc.; In the United States District Court Southern District of Houston, Texas

Cause No. 13,093-97-2; Leslie W. Bradshaw v. Dennis Wayne Hensen and Kenny Norton Logging Company, Inc.; In the 145th District of Nacogdoches County, Texas

Cause No. 2003-00748; Glenda Gayle Dotson v. Tanner Construction Company of Texas, Inc.; In the 55th Judicial District Court of Harris County, Texas

Cause No. 2002-52757; Sandra Allen, et al v. Arlene G. Rust; In the District Court of Harris County, Texas; 127th Judicial District

## DEPOSITION AND TRIAL TESTIMONY

Cause No. D-160289; Rickey Allan Brice v. Kansas City Southern Railway Company; In the 136th Judicial District Court of Jefferson County, Texas

Cause No. SA-99-CA0001HG; Ryan Dickerson, a minor, by and through his parents, Daniel Dickerson and Suzanne Dickerson v. United States of America; In the San Antonio Division of the Western District in the United States District Court

Cause No. 98-48856: Dolores Romero, et al vs. Columbia/HCA Healthcare Corporation, et al; In the 295th District Court of Harris County, Texas

Cause No. 20818; Aaron Perdue, et ux. v. Jasper Memorial Hospital, et al.; In the Judicial District Court of Jasper County, Texas

Cause No. 352-172816-95; Paul McEwen and Ann McEwen vs. Jerome M. Kane, M.D., et al; In the 352nd Judicial District Court of Tarrant County, Texas
Cause No. 2000-CVQ-001176-D2; Maria C. Tovias vs. Mercy Hospital of Laredo f/k/a Mercy Regional Medical Center a/k/a Mercy Health Center and Sigifredo Perez, MD; In the 111th Judicial District Court of Webb County, Texas

Cause No. 99-013-278-06; Eldon McMillan, Individually; and Frances McMillan, Individually vs. Daimler Chrysler Corporation, Henson Motor Company, Inc., Midway Tire and/or Wilma Ann Lane d/b/a/ Midway Tire; In the 278th Judicial District Court of Madison County, Texas

Cause No. 00-CV-0215; Wendell and Neida Cifre, as next friend of Beatrice Cifre, a Minor v. Laura

Kathleen McCormick, Scott Michael Pojar and Brenda Pojar.; In the 56th Judicial District Court of Galveston County, Texas

Cause No. 2001-02004; Bobby Allen Flowers and Tammy Denise Piert, Individually and as next Friends of Bobby Flowers, Jr., and Stormy Flowers, Minors; and Berton Lee Avery Flowers vs. Pepsi-Cola Metropolitan Bottling Company, Inc., d/b/a Pepsi Bottling Group, Inc.; Pepsico, Inc.; New Bern Transport Corporation d/b/a NB Transport Corporation; and Johnnie Cooper; In the 151st Judicial District Court of Harris County, Texas

Cause No. 1999-29377; Kristen and Robert McClung, Individually and as Next Friend of Kenzie McClung, a minor vs. Memorial Hermann Hospital System d/b/a Memorial Hospital - The Woodlands; Affiliates of Gynecology, Obstetrics & Fertility, P.A. and James Meyer, M.D.; In the 189th Judicial District Court of Harris County, Texas

Cause No. CJ2001-2622; Steven C. Powell, by and through his Guardian ad litem, Gail Anne Kirk and Bob Allen Powell, vs. Stephen Dorsett, as Special Administrator of the Estate of Gregory Randall Dorsett and State Farm Mutual Automobile Insurance Company ;In the District Court In and for Tulsa County, State of Oklahoma

Cause No. 2001-49072; Joe McNeely vs. Chavez Construction, Inc. and MCN Construction, Inc.; In the 270th Judicial District Court of Harris County, Texas

Cause No. 2001-08-3741-B; Beatrice Medina, Individually and as Next Friend of Refugio Medina vs. Carlos Sanchez, Jr.; Concepcion Sanchez; Richard Lozano; Lee Ann Lozano; Adam Jose Flores; Ford Motor Company; City of San Benito; and San Benito Police Department; In the 138th Judicial District Court of Cameron County, Texas;

Cause No. 02-00444; Dwayne and Karen Lynch, Individually, and as Next Friend of Justin Lynch vs. Pruitt Baptist Church and Kevin Flowers; In the District Court of Van Zandt County Texas 294th Judicial District

Cause No. 73034-A; John Gregory Aguilar, Julie Aguilar; Individually and as Guardian of the Estate of Gaven Cristoval Aguilar, a Minor vs. Margaret M. Thompson, M.D. et al.; In the Probate Court Number One of Travis County, Texas

Cause No. 2002-37601; Francisco Menjivar Gonzalez, et al vs. Tenet Healthcare, Corporation, et al.; In the 151st Judicial District Court of Harris County, Texas.

## RECORDS RECEIVED - LISA GUERRA

| Provider | Type of Records | Dates of Service | Date Received | Binder No. | Record No. |
|---|---|---|---|---|---|
| Baton Rouge General Medical Center | Hospital | 7/20/03-10/31/03 | 4/16/04 | 1 | 1 |
| Warm Springs Rehabilitation Hospital | Hospital | 10/31/03-11/17/03 | | | 2 |
| American Home Patient | Equipment | 11/03 | | | 3 |
| Wound Care Center at Valley Baptist M.C. | Outpatient | 11/18/03-3/18/04 | | | 4 |
| Valley Baptist Medical Center | E.R. | 11/20/03 | | | 5 |
| Dr. Dorothy Nesmith, PM&R | Medical | 11/25/03-3/30/04 | | | 6 |
| Memorial Hermann Hospital | Outpatient Therapy | 12/17/03 | | | 7 |
| Round Outpatient Rehab at Valley Baptist M.C. | Outpatient | 12/4/03-3/26/04 | | | 8 |
| Memorial Hermann Hospital | Hospital | 12/29/03-1/5/04 | | | 9 |
| Dr. David Wainwright | Medical | 12/11/03-4/1/04 | 4/20/04 | | 10 |
| Dr. Arthur Tarbox | Medical | 3/8/04-4/15/04 | | | 11 |
| UT Physicians Plastic Surgery (Dr. David Wainwright) | Billing | 12/11/03-4/1/04 | 4/29/04 | | 12 |
| Baton Rouge General Medical Center | | 7/20/03-10/31/03 | | | 13 |
| Warm Springs Rehabilitation System | | 10/31/03-11/17/03 | | | 14 |
| Memorial Hermann Healthcare Hospital | | 12/18/03-1/25/04 | | | 15 |
| American Home Patient | | 11/17/03-3/19/04 | | | 16 |
| Dr. Dorothy Nesmith | | 11/25/03-3/20/04 | | | 17 |
| Valley Baptist Medical Center | | 11/18/03-12/17/03 | | | 18 |

Records Received - Lisa Guerra



**Life Care Consultants, Inc.**

*A Life Care Planning & Case Management Company*

7826 Trentway
Houston, Texas 77040
(713) 983-0121

(800) 955-9
Fax: (713) 983-0

May 5, 2004

Mr. William Stradley
Mithoff & Jacks, L.L.P.
One Allen Center, Penthouse
500 Dallas
Houston, Texas 77002

Re: Lisa Guerra

Mr. Stradley,

As requested, following is the life care plan prepared for Lisa Guerra. I reserve the right to amend this report, should additional information become available. Please do not hesitate to contact me should you have any questions.

Sincerely yours,

Terry Kennedy Arnold, RN, CDMS, CRRN, CLCP, CNLCP
Rehabilitation Consultant/Certified Life Care Planner

# Life Care Plan

## prepared for

# Lisa Guerra

## May 5, 2004

Prepared by:

Terry Kennedy Arnold, RN, CDMS, CRRN, CLCP, CNLCP

Life Care Consultants, Inc.

7826 Trentway

## _Table of Contents_

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Background . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Current Status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Table of Projected Needs

    Future Medical Care/Routine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

    Future Surgical Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

    Medication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

    Supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

    Wheelchair Needs/Equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

    Case Management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

    Counseling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

    Potential Complications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Summary of Cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Records Reviewed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Resources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Bibliography . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

# LIFE CARE PLAN *prepared for* LISA GUERRA

## *May 5, 2004*

### INTRODUCTION

Lisa Guerra was referred to Life Care Consultants, Inc., by Mr. William Stradley, attorney with Mithoff & Jacks, L.L.P., for the purpose of preparing a life care plan to outline Ms. Guerra's current and future medical and related needs with associated costs, as they pertain to her burn injury of 2003. This report was prepared after reviewing medical records, conducting a client interview with Ms. Guerra and her mother, attending a follow-up appointment with Dr. David Wainwright and Lisa, and speaking with Dr. Arthur Tarbox, her treating psychologist, Dr. Susan J. Garrison, and Dr. David Wainwright, her treating physician.

### BACKGROUND

Lisa Guerra was a 20 year old female who was traveling with her parents, sister, cousin, and boyfriend from her home in Santa Rosa, Texas to Florida to vacation at Disney World. Lisa was a restrained passenger in a Suburban vehicle when they were hit from behind by an Allied tractor trailer rig. Lisa did have recollection of the event, being on fire, and burning at the time. Lisa lost her sister and cousin in this wreck.

July 20, 2003 - October 31, 2003, Lisa was admitted to Baton Rouge General Hospital under the care of Dr. Andrew Hargroder with a diagnosis of 65% total body surface area burns with second and third degree burns involving:

- -face,
- -bilateral arms,
- -bilateral hands,
- -abdomen,
- -bilateral legs, third degree
- -bilateral feet, third degree
- -back,
- -buttocks

**Surgical Procedures during this hospital stay:**

- July 23, 2003: Tangential excision of the entirety of the right leg and placement of Acticoat dressings, and the excision and allografting of a portion of the left leg with excision and Acticoat of the remaining left leg.
- July 25, 2003: Limited repeat excision of the legs and the Integra grafting of both legs.
- July 30, 2003: Tangential excision with split-thickness skin grafting of the back and the dorsum of both hands.
- August 4, 2003: Tangential excision and Integra grafting of the back and buttocks.
- August 20, 2004: Tangential excision and 4:1 autografting of the posterior left leg, back and buttocks; and grafting with cultured epithelial autograft to both legs, both feet, buttocks and back.
- September 11, 2003: Tangential excision and split-thickness skin grafting of both anterior thighs.
- September 25, 2003: Tangential excision and split-thickness skin grafting of both buttocks and both posterior and lateral thighs.
- October 14, 2003: Tangential excision and split-thickness skin grafting of bilateral buttocks, thighs, ankles, feet, and back.

Lisa suffered complications during her hospitalization of burn wound cellulitis and an episode of pulmonary edema which responded to diuretic therapy. Lisa was discharged on October 31, 2003, from the Baton Rouge General Hospital. At the time, she continued with a feeding tube and was also on a regular diet. She was transferred to a rehabilitation facility in Corpus Christi, Texas.

**October 31, 2003 - November 17, 2003,** Lisa was admitted to the Warm Springs Rehabilitation Hospital in Corpus Christi, Texas under the care of Dr. Raymond Acebo. Lisa was noted to be status post debridement and skin grafting. She had larger areas involving the skin donor sites. She was admitted for burn care, continued wound care, contracture prevention and ambulation and activities of daily living. She also had situational depression and was grieving the loss of her sister and close relative. Dr. Nestor Praderio, Psychiatry Services, was consulted for Lisa's significant depression, and she was started on Lexapro.

- November 1, 2003, Lisa was seen by Dr. Robert A. Fernandez, Plastic Surgery Services. Dr. Fernandez's assessment revealed well-healed skin grafts over bilateral lower extremities circumferentially including her feet. Lisa had a well-healed burn over the plantar aspects of both of her feet. She had healed, predominantly, deep second degree burns over the back region, and had some open areas over the upper back region. Most of Lisa's lower extremity wounds were closed. Lisa had small open areas in several areas including the dorsum of the left foot, lateral left thigh, and some smaller scattered areas over the right lower extremity as well. Lisa had donor sites over her abdominal region and left upper arm. Dr. Fernandez's plan was daily dressing changes with Xeroform. It appeared that most of Lisa's wounds would heal without any further skin grafting.

November 17, 2003, Lisa was discharged home from the Warm Springs Rehabilitation Hospital. During this admission, Lisa improved with her physical therapy and occupational therapy. Her gait, at the time of discharge, was at a standby assistance up to 170 feet using a rolling walker. Lisa was modified-independent for bed mobility and transfers, standby assistance for sit-to-stand transfers and standby assistance for toileting. Lisa essentially reached independence to modified-independent level on most of her activities of daily living with the exception of bathing, which did require some moderate assistance. Plans were made to have Lisa continue with wound care at Valley Baptist Wound Care Center in Harlingen and to continue with outpatient physical therapy and occupational therapy. Lisa was instructed that once her wounds healed more that she would be required to wear pressure garments to prevent scarring. And, she was instructed to find a plastic surgeon in the valley that would help direct further wound care and further treatment options, as her wounds were healing. Otherwise, Dr. Fernandez would be happy to continue her follow-up in Corpus Christi on an outpatient basis.

November 18, 2003, Lisa was seen for an initial visit by Dr. Maria G. Dill at the Valley Baptist Medical Center in Harlingen, Texas. Lisa was noted to be primarily wheelchair bound, but was able to transfer herself, slowly, using a cane. Lisa had healed scars to the inner aspect of both arms and dorsum of her hands. She had atrophy to her right hand more than the left, but was able to grip. She had complete burns to both legs and edema bilaterally all the way up to her thigh. There was some eschar on the tips of several toes and she had patchy superficial ulcers to the left calf area and gluteal fold bilaterally. She had some patchy superficial ulcers on her buttocks. She had a large superficial ulcer on her right scapula that was exquisitely tender to evaluation. It was more weepy than the other wounds, but appeared to be healing. Her motor function was impaired secondary to pain and scaring and her sensory function was impaired secondary to scaring. Lisa was noted to be depressed and initially anxious over the dressing changes. She had appropriate crying at the time of the dressing change, but this cleared. She was to continue on her medications to include:

- Lexapro,
- Vioxx,
- Oxycodone,
- Multivitamins,
- Vitamin C,
- Antioxidants,
- Zinc sulfate.

Lisa had not had her menses since the accident, so Provera was ordered for ten days. Home health was ordered to continue Lisa's wound care at home, three times a week. Her wound care consisted of application of Suave moisturizing conditioner to all of her body, including the ulcers and rinse off as tolerated in the shower. After lightly drying off, she was to apply Bag Balm to all of the dry skin and scarlet

red to open areas and secure with a dressing. She was referred to physical medicine and rehabilitation to continue the rehabilitation that was started in Corpus Christi. Lisa was instructed to return to the Wound Care Center on a weekly basis and as needed.

Dr. Dill's impressions were:

- Second and third degree burns to 60% of her body with residual superficial ulcers,
- Ulcers to legs, buttocks and back,
- Amenorrhea, stress-induced,
- Posttraumatic stress, with depression.

November 20, 2003, Lisa was seen in the Valley Baptist Medical Center emergency room for treatment of abdominal cramps, diarrhea, and vomiting. She was treated with I.V.'s and medications and released.

November 24, 2003, Lisa was seen by a Valley Baptist Home Health nurse and Dr. Maria Dill in Lisa's home. Dr. Dill reported that Lisa had significant amount of pain to the back area and there was a new weepy area to the left inner digital space between the third and fourth toes. The posterior aspect of her chest had a large area with epithelial islands. The surrounding skin had pustules with white drainage and crusty, yellowish, dry, thick discharge throughout. The area on her gluteal fold was much improved. Her right buttock area had another burn that was extremely painful. The right posterior ankle had a thick, exudative wound. The left dorsal aspect of her foot had multiple areas of thick fibrin. There was some swelling noted with some increased discharge on the interdigital space. Dr. Dill's impressions were:

- Impetigo, with a secondary infection to her back third degree burns.
- Extensive second and third degree burns in various stages of healing.

Dr. Dill prescribed Levaquin orally and Regenicare (a topical antibacterial collagen gel) to be applied to all wounds, and covered with Xeriform guaze. Lisa would continue the application of Bag Balm to all dry areas. Lisa was seen in the wound care center on December 1, 5, 10, 16, 23, 2003 and March 18, 2004.

November 25, 2003, Lisa was seen by Dr. Dorothy S. Nesmith, physical medicine and rehabilitation, due to complaints of pain and difficulty with mobility and self care skills because of weakness. Lisa was unable to touch her toes due to a pulling and burning sensation in her back due to unhealed wounds. Lisa stated she was independent for bed mobility, transfers, grooming and cooking. She did not do housework, and she required minimal assistance for bathing and dressing due to inability to reach her feet. She had difficulty with toileting, *as she was unable to reach behind her to wipe.* Her equipment included a wheelchair, cane, commode and tub bench. Lisa was noted to have small areas of mottled scar tissues on her hands that were erythematous in color. Both arms had burn sites that were mottled and erythematous. She had significant amount of burn tissue which was incompletely healed on both legs. There were areas of eschar

on the legs and the skin had a rough, cobblestone appearance. Lisa's right knee had a significant amount of eschar and the tissue near the eschar was moist and appeared to be incompletely healed. Both feet were significant for swelling and erythema. She had lost numerous toenails. The distal tips of her toes had black eschar and her feet were raw in appearance. Dr. Nesmith's plan of care included:

- Healing shoes with a high toe box in order to prevent significant pressure on Lisa's upper feet,

- Physical therapy and occupational therapy on an outpatient basis from the Round Outpatient Rehab Center. Lisa was to undergo assistive, active, and resistive exercises and gait training. Therapy goals were to strengthen her upper and lower extremities, her hip and shoulder girdle muscle and increase her flexibility. She was to increase her performance of ADL'S to within normal limits and increase gait independence,

- Lisa would follow up after the holidays.

**December 29, 2003- January 5, 2004,** Lisa was admitted to Memorial Hermann Hospital in Houston, by Dr. David Wainwright. She underwent excision of eschar and split thickness skin graft on her back, posterior right thigh, and ankle (4% total body surface area, 800 cm. squared). Lisa did well post operatively and progressed well. She occasionally complained of pain and was occasionally tearful and concerned about her general medical condition, but then was relieved when family members arrived or Lisa was told she would eventually be able to go home. Discharge orders included:

- Follow up with Dr. Wainwright on January 8, 2004,

- Home health to change her dressings daily with Xeroform,

- Call Dr. Wainwright in the event of fever, nausea, vomiting or exudate at the wound site,

- Resume driving a car and normal daily activities.

She was discharged taking Keflex, Vicodin, Benadryl and Ativan.

**January 13, 2004,** Lisa was seen by Dr. Dorothy S. Nesmith in Harlingen, Texas. Since her last appointment, Lisa had undergone surgeries on her lower extremities bilaterally and was being seen in Houston weekly for care. She had been seen by Dr. Dill of Wound Care and attended physical and occupational therapy. By exam, Lisa was noted to have a strength of 3/5 in both upper extremities, 3/5 in the hip area muscles and 4/5 in knee extensors. She continued to require assistance with donning shoes and socks and utilized a cane for household ambulation and continued to use a wheelchair for community transportation. Her abdomen was the donor site and had raw, red skin with dry scarlet red solution. She had numerous patches of open skin on her back. The skin that was intact appeared to be very thin and erythematous with intermittent gray patches of tissue. Her buttock and low back had mottled areas of skin graft sites.

**February 10, 2004,** Lisa was seen by Dr. Nesmith for a follow up appointment. Lisa was independent for bed mobility, and modified

independent for transfers. Lisa had a pulling sensation in her back when she leaned forward to stand up. Lisa continued to hurt when attempting to walk long distances or stand for prolonged periods of time. Lisa needed assistance with bathing and dressing. Lisa had decreased active range of motion of the right knee due to increased scar tissue behind the knee. She was noted to have a raw cobblestone appearance to the skin of her toes, with black eschar present at the tip of her right second toe. She had missing toenails and some of her toenails were deformed and only partially present. She was unable to touch her toes while seated due to a pulling sensation in her back. Her gait was cautious and slow with a heel to toe gait pattern and decreased arm swings. She was able to transfer to a standing position pushing up from the arm rails of the chair. Dr. Nesmith's plan of care included:

- Continue range of motion exercise and continue physical and occupational therapy. In the event that the pain in Lisa's right foot does not resolve, an orthotic will be prescribed for use at night to maintain the foot in a dorsiflex position to combat plantar fasciitis.
- Disregard the order for healing shoes as Lisa was doing well with a regular sneaker.
- Continue follow up by Dr. Dill and with the Burn Center in Houston.
- Follow up with Dr. Nesmith to evaluate Lisa's progress in therapy.

**March 30, 2004**, Lisa was seen by Dr. Nesmith for a follow up appointment. Lisa had become independent with self-care skills except for her dressing changes on her upper back. She had open areas of skin on her upper back and continued to have pruritus for which she took Benadryl. Lisa continued to go to Houston on roughly a weekly basis for wound care visits, vocational counseling and psychiatric treatment. Lisa requested a script clearing her medically for exercise at the Wellness Center. Lisa had a cobblestone appearance to the skin of her lower legs bilaterally. Lisa was able to demonstrate greater than 90 degrees of active right knee flexion, which was an improvement since her last visit. Lisa was able to bend over in an attempt to touch her toes, and able to reach within 5-6 cm of her toes, which is an improvement from her last visit. Lisa was able to demonstrate approximately 110 degrees of active flexion of the left knee without any difficulty. Lisa was given clearance to participate in independent exercises at the Wellness Center and she was to follow up with Dr. Nesmith as needed.

**April 15, 2004**, Lisa was evaluated by Dr. Arthur R. Tarbox, Ph.D for a psychological evaluation. Lisa continued to experience a mixture of depressive disorder symptoms, as well as some post-traumatic stress symptoms. Lisa's twenty-one year old sister, Cindy and her ten year old cousin, Jennifer perished in the wreck. Her father suffered burns to his right upper extremity and back and she was concerned for him, because he was very different now and stayed away from family events. She was also very concerned about her boyfriend, who was also burned in the wreck. Lisa graduated from high school where she was an excellent student. At the time of the wreck, she was in college, majoring in Biology where she was a sophomore with a GPA of 3.5. Dr. Tarbox noted that during his evaluation, Lisa was agitated and her mood showed a mixture of anxiety and depressed features. She reported bouts of tearfulness and had symptoms of

survivor guilt, as she was the one who planned the trip and had just switched places in the family vehicle with Cindy. She had feelings of helplessness and hopelessness. She had some symptoms of "flashback-like experiences". On testing, Lisa had significantly elevated depression index, elevations with intrusive experiences, an impaired sense of self worth and reduced or altered contact with the external environment. On the MMPI, Lisa had elevated scores for depression, anxiety, insecurity and ruminative self-doubt. She also had feelings of disorganization, loss of control, isolation and alienation from others. She was obviously extremely isolative. She scored in the very high range of moderate depressive symptomotology and had feelings of worthlessness, guilt, self-dislike, feelings of being punished and crying more than before. Dr. Tarbox's diagnosis were:

- Posttraumatic Stress Disorder- Chronic
- Depressive Disorder
- Bereavement
- Stressors, exposure to a life threatening event, severe feelings of victimization, profound sense of disfigurement, along with numerous losses/limitation in terms of quality of life and functioning, a distant sense of anxiety and helplessness, in that she felt that her life was forever changed and she would be punished.

Dr. Tarbox's treatment recommendations were:

- Medical consultation and trial of some form of SSRI or other antidepressant,
- Counseling, cognitive/behavioral psychotherapy would be the treatment of choice,
- Psychotherapy over the next 2 years, to assist her in adaptation and coping with a very altered body image and sense of self,
- Psychiatric follow up for medications and psychological follow up for counseling on an intermittent basis, through the course of her life.

---

## CURRENT STATUS

Lisa lives with her mother and father in Santa Rosa, Texas. She attends the Wellness Program at Harlingen Baptist Rehabilitation Center on an outpatient basis. Lisa has obvious burn scars to her upper extremities, legs and trunk, circumferentially. She underwent surgery to her skin graft on her back, posterior right thigh, and ankle the first of 2004 and remains with small open wounds on her back. She is currently instructed to clean the areas, and apply Mercuaclear to the open wounds and apply lotion to the closed wounds and dry skin. She is to continue using the jobst garments, to include the vest with sleeves (when her back has healed sufficiently), pants and socks. Lisa continues to have an open wound on her right ankle. Her right foot has four missing toenails and her great toe is deformed. Her feet are tender and she has a difficult time walking, secondary to the blisters that form on the bottoms of her feet. Her shoes were untied to release pressure. She is able to walk 10 minutes at a time, then must rest.

Lisa has an area of tightness behind her right knee that requires massage and lotion frequently. She is heat sensitive and must wear sunscreen of at least a 35 SPF factor when she goes in the sun and she is to limit the time she spends in the sun, even with the sunscreen applied. Lisa would like to return to school, but states that the drive is lengthy and she would have to walk a considerable distance from the parking area to her classes and between class rooms. Dr. Wainwright advised her to wait until the fall semester, then determine if she was physically ready to return to school.

Lisa is tearful and her affect is blunted and she appears to be very shy. Her brother Omar assists with her care and dropped out of school to help the family after the wreck and appears to be a great deal of support to Lisa as well as Lisa's mother. Lisa has little social life and tends to stay at home with her family. She depends on her mother for some aspect of daily care, such as wound care to her back and assistance with shoes.

Lisa will require ongoing medical and psychological care to assist her in dealing with her current and ongoing medical needs. She will need considerable support to navigate the next couple of years of treatment and life changing events. Lisa will remain with burn scars life long and will likely have sun/heat sensitivity life long as well.

## FUTURE MEDICAL CARE/ROUTINE

| DESCRIPTION | FREQUENCY | START | STOP | ESTIMATED UNIT COST | ANNUAL COST | VENDOR |
|---|---|---|---|---|---|---|
| PM&R | 3-4x year | 2004 | 2006 | $100.00 | $350.00 | Dr. Dorothy Nesmith, Harlingen, Texas |
| Burn Clinic, Plastic Surgeon | 1x year | 2007 | Life | | 100.00 | |
| | Every 2 months for 2 years {average} | 2004 | 2006 | 106.00 | 636.00 | Dr. David Wainwright Memorial Hermann Hospital, Houston, Texas |
| Health Club Membership | Annual | | | 22.00/month | 264.00 | Wellness Center Valley Baptist Health System, Harlingen, Texas |
| | | | | **TOTAL ANNUAL COST 2004-2006:** | **$1,250.00** | |
| | | | | **TOTAL ANNUAL COST 2007-LIFE:** | **$100.00** | |

*Rationale:* Lisa continues with her burn care to include seeing a plastic surgeon in the burn care center and a physiatrist for overall functional status. She also continues to participate in the Wellness Center for exercises to keep her burn scars stretched out in an attempt to prevent or reduce the incidence of contractures. Additionally, her stamina has been affected due to the extended period of time that she has been inactive secondary to burn treatment.

## FUTURE SURGICAL PROCEDURES

| DESCRIPTION | FREQUENCY | START | STOP | ESTIMATED UNIT COST | ANNUAL COST | VENDOR |
|---|---|---|---|---|---|---|
| Right knee scar release | 1x Anes: 2 hours Hosp: 3-4 days | 2004 | 2004 | Phys: $11,860.00 Anes: 1,044.00 Hosp: 16,200.00 Misc: 800.00 Total: 29,904.00 | $29,904.00 | Dr. David Wainwright, Memorial Hermann Hospital Houston, Texas |
| Therapy: OT PT | 2x week for 6 weeks | | | 240.00/session | 2,880.00 | Valley Baptist Medical Center Harlingen, Texas |
| Night splint | 1x | | | 2,000.00 | 2,000.00 | Dynamic Orthotics Houston, Texas |
| Levaquin, 500 mg. | 1x day for 10 days at the time of surgery | | | 84.99/10 | 84.99 | Walgreens Pharmacy |
| Home health care dressing changes | 3x week for 2-3 weeks | | | 200.00/visit | 1,500.00 | First Home Health Harlingen, Texas |
| | | | TOTAL ANNUAL COST 2004: | | $36,368.99 | |

*Rationale:* Lisa currently has contracture to her right knee and participates in therapy to stretch that area. It is likely that stretching alone will not prevent surgery to that area and she will need to undergo this additional procedure to improve her functional ability.

## MEDICATION

| DESCRIPTION | FREQUENCY | START | STOP | ESTIMATED UNIT COST | ANNUAL COST | VENDOR |
|---|---|---|---|---|---|---|
| **Prozac, 10 mg. *(Depression)* | 1 x day | 2004 | Life | $227.99/30 | {$2,773.88} | Walgreens Pharmacy |
| **Zoloft, 50 mg. *(Depression)* | | | | 93.99/40 | {857.66} | |
| **Effexor, 37.5 mg. *(Depression)* | | | | 112.99/60 | {687.36} | |
| **Paxil CR, 25 mg. *(Depression)* | | | | 100.99/35 | {1,053.18} | |
| Average Cost of SSRI | | | | Average of above | 1,343.02 | |
| Remeron, 30 mg. *(Antidepressant)* | | | | 99.99/30 | 1,216.55 | |
| Benedryl, 50 mg. | 1-2x day | | 2006 | 9.99/10 | 546.95 | |
| Motrin, 800 mg. | 1x day | | | 25.99/60 | 158.11 | |

*Rationale:* Lisa experiences significant depression and antidepressant medications have been suggested. She will likely continue on antidepressants long term/life long to assist her in dealing with recurrent situational depression. Additionally, she currently requires medications to decrease the itching of healing tissue and Motrin for pain.

|  |  |
|---|---|
| **TOTAL ANNUAL COST 2004-2006:** | **$3,264.63** |
| **TOTAL ANNUAL COST 2007-LIFE:** | **$2,559.57** |

**Annual costs were taken for the medications listed above to determine an average annual cost to treat Ms. Guerra's depression.

| DESCRIPTION | FREQUENCY | START | STOP | ESTIMATED UNIT COST | ANNUAL COST | VENDOR |
|---|---|---|---|---|---|---|
| | | | | **SUPPLIES** | | |
| Jobst Garments | 2 sets, 2 times per year | 2004 | 2006 | Hose: $89.99<br>Socks: 69.99<br>Vest: 91.20<br>Sleeves: 77.98 (pr)<br>Gloves: 79.98 (pr)<br>409.14 | $1,636.56 | Supporthosestore.com, or local Jobst Vendor |
| Miscellaneous supplies for after surgery care. To care include dressings, medications, etc. | As needed after surgery for skin care | 2004 | | 600.00 allowance | 600.00 | |
| **TOTAL ANNUAL COST 2004-2006:** | | | | | | $2,236.56 |

*Rationale:* Lisa requires the use of numerous compression garments to help flatten the burn tissue, reduce scarring and improve function. She also requires various supplies to dress her small open wounds. Her healed burn skin will remain very fragile and she will likely have recurrent wounds that require dressing.

## WHEELCHAIR NEEDS/EQUIPMENT

| DESCRIPTION | FREQUENCY | START | THRU | ESTIMATED UNIT COST | ANNUAL COST | VENDOR |
|---|---|---|---|---|---|---|
| Scooter | 1x | 2004 | 2004 | $2,400.00 | $2,400.00 | Scooter Mart Corpus Christi, Texas |
|  |  | 2033 | 2033 |  | 2,400.00 |  |
| Batteries/Maintenance | Annual | 2004 | 2004 | 250.00 | 250.00 |  |
|  | Every 5 years | 2033 | Life |  | 480.00 |  |
|  |  | 2004 | 2004 |  | 250.00 |  |
|  |  | 2033 | 2033 |  | 250.00 |  |
| Class 3 hitch and installation | 1x | 2004 | 2004 | 150.00 | 150.00 |  |
|  |  | 2033 | 2033 |  | 150.00 |  |
| Scooter lift and installation | 1x | 2004 | 2004 | 1,800.00 | 1,800.00 |  |
|  |  | 2033 | 2033 |  | 1,800.00 |  |
| Scooter cover | Every 5 years | 2004 | 2004 | 100.00 | 100.00 |  |
|  |  | 2033 | Life |  | 100.00 |  |
| Scooter side pouch |  | 2004 | 2004 | 39.95 | 39.95 |  |
|  |  | 2033 | Life |  | 20.00 |  |
| Scooter ramp | 1x | 2004 | 2004 | 399.95 | 399.95 |  |
|  |  | 2033 | 2033 |  | 399.95 |  |
|  |  |  |  |  | 7.99 |  |

## WHEELCHAIR NEEDS/EQUIPMENT

| DESCRIPTION | FREQUENCY | START | THRU | ESTIMATED UNIT COST | ANNUAL COST | VENDOR |
|---|---|---|---|---|---|---|
| Orthopedic-Grip Cane | Every 5 years | 2004 | Life | 40.90 | 8.18 | Sammons Preston Catalog |
| Bathtub Transfer Bench | | | | 137.95 | 27.59 | |
| Hand-held Shower | | | | 57.95 | 11.59 | |

*Rationale:* Lisa's mobility and endurance is greatly effected by her extensive burns, and as she ages these difficulties will become more pronounced and she will require assistive devices for mobility.

TOTAL ANNUAL COST 2004: $5,187.26
TOTAL ANNUAL COST 2005-2032: $47.36
TOTAL ANNUAL COST 2033: $5,555.30
TOTAL ANNUAL COST 2034-LIFE: $805.35

## CASE MANAGEMENT

| DESCRIPTION | FREQUENCY | START | STOP | ESTIMATED UNIT COST | ANNUAL COST | VENDOR |
|---|---|---|---|---|---|---|
| Medical Case Management | 30 hours | 2004 | 2004 | $45.00/hour .37/mile | $1,350.00 | Ninfa Plata, RN, CCM McAllen, Texas |
| | 20 hours | 2005 | 2005 | | 900.00 | |
| | 12 hours | 2006 | 2006 | | 540.00 | |
| Rationale: Lisa and her family would benefit from a local medical case manager for support and information regarding treatment. | | | | | | |
| | | | | TOTAL ANNUAL COST 2004: | $1,350.00 | |
| | | | | TOTAL ANNUAL COST 2005: | $900.00 | |
| | | | | TOTAL ANNUAL COST 2006: | $540.00 | |

## COUNSELING

| DESCRIPTION | FREQUENCY | START | STOP | ESTIMATED UNIT COST | ANNUAL COST | VENDOR |
|---|---|---|---|---|---|---|
| Psychiatrist | 1x every 2 weeks for 1 month, then 1x month for 3 months, (6 visits) | 2004 | 2004 | Initial: 175.00 FU: 95.00-150.00 122.50 {avg.} | $787.50 | Dr. Tomas Gonzalez, Harlingen, Texas -or other local vendor |
| | every 3 months | 2005 | Life | | 490.00 | |
| Psychologist | 1x week for 6 months, then 2x month for 18 months, (62 visits) then | 2004 | 2005 | Initial: 150.00 FU: 125.00 | 7,775.00 One Time Only | Dr. Arthur Tarbox Houston, Texas -or other local vendor |
| | 1-2x month for 2 years, then | 2006 | 2007 | | 2,250.00 | |
| | 1 x month, to be used as an allowance | 2008 | Life | | 1,500.00 | |

TOTAL ONE TIME COST: $7,775.00
TOTAL ANNUAL COST 2004: $787.50
TOTAL ANNUAL COST 2005: $490.00
TOTAL ANNUAL COST 2006-2007: $2,740.00
TOTAL ANNUAL COST 2008-LIFE: $1,990.00

*Rationale:* Lisa has suffered multiple losses and would benefit from a combination of counseling and medications, acutely as well as long term.

## POTENTIAL COMPLICATIONS

| |
|---|
| Depression, requiring hospitalizations or additional treatment |
| Contractures, current |
| Infection |
| Additional surgeries, anticipated |
| Surgical complications |
| Sun, heat sensitivity |
| Physical deformity |
| Limited range of motion |
| Neuropathies |
| Inability to return to previous lifestyle |
| Decreased activity |
| Need for attendant care services for activity of daily living |

*Life Care Plan.....Lisa Guerra.....May 5, 2004*

## SUMMARY OF COST

The costs in the following table are annualized in 2004 dollars and rounded to the nearest dollar.

| DESCRIPTION | One Time Only | 2004 | 2005 | 2006 |
|---|---|---|---|---|
| Future Medical Care/Routine | -0- | 1,250 | 1,250 | 1,250 |
| Future Surgical Procedures | -0- | 36,369 | -0- | -0- |
| Medications | -0- | 3,265 | 3,265 | 3,265 |
| Supplies | -0- | 2,237 | 2,237 | 2,237 |
| Wheelchair Needs/Equipment | -0- | 5,187 | 47 | 47 |
| Case Management | -0- | 1,350 | 900 | 540 |
| Counseling | 7,775 | 788 | 490 | 2,740 |
| **TOTAL ANNUAL COSTS:** | **$7,775.00** | **$50,446.00** | **$8,189.00** | **$10,079.00** |

## SUMMARY OF COST

The costs in the following table are annualized in 2004 dollars and rounded to the nearest dollar.

| DESCRIPTION | 2007 | 2008-2032 | 2033 | 2034-Life |
|---|---|---|---|---|
| Future Medical Care/Routine | 100 | 100 | 100 | 100 |
| Future Surgical Procedures | -0- | -0- | -0- | -0- |
| Medications | 2,560 | 2,560 | 2,560 | 2,560 |
| Supplies | -0- | -0- | -0- | -0- |
| Wheelchair Needs/Equipment | 47 | 47 | 5,555 | -0- |
| Case Management | -0- | -0- | -0- | 805 |
| Counseling | 2,740 | 1,990 | 1,990 | 1,990 |
| TOTAL ANNUAL COSTS: | $5,447.00 | $4,697.00 | $10,205.00 | $5,455.00 |

## RECORDS REVIEWED

1. Baton Rouge General Medical Center
2. Warm Springs Rehabilitation Hospital
3. American Home Patient - Equipment
4. Wound Care Center at Valley Baptist Medical Center - Outpatient
5. Valley Baptist Medical Center - ER
6. Dr. Dorothy Nesmith - PM&R
7. Memorial Hermann Hospital - Outpatient Therapy
8. Round Outpatient Rehab at Valley Baptist Medical Center
9. Memorial Hermann Hospital
10. Dr. David Wainwright - UT Physicians Plastic Surgery Center
11. Dr. Arthur Tarbox
12. American Home Patient

## RESOURCES

1.  Client Interview by Terry Kennedy Arnold, RN with Lisa Guerra, April 1, 2004
2.  Physician Interview by Terry Kennedy Arnold, RN with Dr. Arthur Tarbox, April 15, 2004
3.  Physician Interview by Terry Kennedy Arnold, RN with Dr. Susan J. Garrison, April 29, 2004 and May 5, 2004
4.  Physician Interview by Terry Kennedy Arnold, RN with Dr. David Wainwright, April 29, 2004
5.  Office of Dr. Dorothy Nesmith
6.  Office of Dr. David Wainwright
7.  Memorial Hermann Hospital
8.  Wellness Center at Valley Baptist Heath System
9.  Valley Baptist Medical Center
10. Dynamic Orthotics & Prosthetics
11. Walgreens Pharmacy
12. First Home Health
13. TMC Orthotics
14. Support Hose Store
15. Scooter Mart
16. Sammons Preston Catalog
17. Ninfa Plata, RN, CCM
18. Office of Tomas Gonzalez
19. Office Dr. Arthur Tarbox
20. Memorial Hermann Hospital billing records
21. Physician billing records

# BIBLIOGRAPHY

1. Powers, Pauline S., M.D., Cruse, C.Wayne, M.D., and Boyd, Felecia, M.S., A.R.N. "Psychiatric Status, Prevention, and Outcome in Patients with Burns: A Prospective Study". Journal of Burn Care & Rehabilitation. 2000 Jan/Feb; 21(1 Pt 1): 85-88; discussion 84.

1. Thompson, R., R.N., M.S., Boyle, D., R.N., Ph.D., Teel, C., R.N., Ph.D., Wambach, K., R.N., Ph.D., and Cramer, A., M.D. "A Qualitative Analysis of Family Member Needs and Concerns in the Population of Patients with Burns". Journal of Burn Care and Rehabilitation 1999 Nov/Dec; 20 (6) 487-496.

2. Palmer, Marissa, R.N., R.N.M.H., and Collier, Susan, R.N. "Continuing Care of Burn-Injured Patients". Nursing Times. 1999 Sep 15-21; 95 (37): 44-46.

3. Salisbury, Roger E. "Reconstruction of the Burned Hand". Clinical Plastic Surgery. 2000 Jan; 27 (1): 65-69.

4. Weinberg, K., M.S., R.N., C.C.R.N., Birdsall, C., Ed.D., R.N., A.N.P., F.C.C.M., Vail, D, B.S.N., R.N., C.C.R.N., M.A., Marano, M.A., M.D., Petrone, S.J., M.D., and Mansour, E. Hani, M.D. "Pain and Anxiety with Burn Dressing Changes: Patient Self-Report". Journal of Burn Care & Rehabilitation. 2000 Mar/Apr; 21 (2): 155-156; discussion 157-161.

5. Demling, Robert H., and DeSanti, Leslie. "Management of Partial Thickness Facial Burns (Comparison of Topical Antibiotics and Bio-engineered Skin Substitutes)" Burns. 1999 May; 25 (3): 256-261.

# National Vital Statistics Reports





Volume 52, Number 14                                                    February 18, 2004

# United States Life Tables, 2001

by Elizabeth Arias, Ph.D., Division of Vital Statistics

## Abstract

This report presents period life tables for the United States based on age-specific death rates in 2001. Data used to prepare these life tables are 2001 final mortality statistics; July 1, 2001, population estimates based on the 2000 decennial census; and data from the Medicare program. Presented are complete life tables by age, race, and sex. In 2001 the overall expectation of life at birth was 77.2 years, representing an increase of 0.2 years from life expectancy in 2000. Between 2000 and 2001, life expectancy increased for both males and females and for both the white and black populations. Life expectancy increased by 0.3 years for black males (from 68.3 to 68.6) and black females (from 75.2 to 75.5). It increased by 0.1 year for white males (from 74.9 to 75.0) and white females (from 80.1 to 80.2).

## Introduction

There are two types of life tables—the cohort (or generation) life table and the period (or current) life table. The cohort life table presents the mortality experience of a particular birth cohort, all persons born in the year 1900, for example, from the moment of birth through consecutive ages in successive calendar years. Based on age-specific death rates observed through consecutive calendar years, the cohort life table reflects the mortality experience of an actual cohort from birth until no lives remain in the group. To prepare just a single complete cohort life table requires data over many years. It is usually not feasible to construct cohort life tables entirely on the basis of observed data for real cohorts due to data unavailability or incompleteness (1). For example, a life table representation of the mortality experience of a cohort of persons born in 1970 would require the use of data projection techniques to estimate deaths into the future (2,3).

Keywords: life expectancy • life tables • survival • death rates • race

Unlike the cohort life table, the period life table does not represent the mortality experience of an actual birth cohort. Rather, the period life table presents what would happen to a hypothetical (or synthetic) cohort if it experienced throughout its entire life the mortality conditions of a particular period in time. Thus, for example, a period life table for 2001 assumes a hypothetical cohort subject throughout its lifetime to the age-specific death rates prevailing for the actual population in 2001. The period life table may thus be characterized as rendering a "snapshot" of current mortality experience, and shows the long-range implications of a set of age-specific death rates that prevailed in a given year. In this report, the term "life table" refers only to the period life table and not to the cohort life table.

## Data and Methods

The data used to prepare the U.S. life tables for 2001 are final numbers of deaths for the year 2001, postcensal population estimates for the year 2001, and data from the Medicare program of the Centers for Medicaid and Medicare Services.

The populations used to estimate the life tables shown in this report were produced under a collaborative agreement with the U.S. Census Bureau and are based on counts from the 2000 census. Reflecting the new guidelines issued in 1997 by the Office of Management and Budget (OMB), the 2000 census included an option for individuals to report more than one race as appropriate for themselves and household members (4). The 1997 OMB guidelines also provided

### Acknowledgments

This report was prepared in the Division of Vital Statistics under the general direction of Charles J. Rothwell, Director, Division of Vital Statistics; Robert N. Anderson, Lead Statistician, and James A. Weed, Acting Chief, Mortality Statistics Branch. Registration Methods Staff and the Data Acquisition and Evaluation Branch provided consultation to State vital statistics offices regarding the collection of the death certificate data on which this report is based. This report was edited by Demarius V. Miller, typeset by Jacqueline M. Davis, and graphics produced by Jarmila Ogburn of the Publications Branch, Division of Data Services.



National Vital Statistics Reports, Vol. 52, No. 14, February 18, 2004     3

## Table A. Expectation of life by age, race, and sex: United States, 2001

| Age | All races | | | White | | | Black | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Male | Female | Total | Male | Female | Total | Male | Female |
| 0 | 77.2 | 74.4 | 79.8 | 77.7 | 75.0 | 80.2 | 72.2 | 68.6 | 75.5 |
| 1 | 76.7 | 74.0 | 79.3 | 77.1 | 74.5 | 79.6 | 72.2 | 68.6 | 75.4 |
| 5 | 72.8 | 70.1 | 75.4 | 73.2 | 70.6 | 75.7 | 68.3 | 64.8 | 71.5 |
| 10 | 67.9 | 65.2 | 70.4 | 68.3 | 65.6 | 70.8 | 63.4 | 59.8 | 66.5 |
| 15 | 62.9 | 60.2 | 65.5 | 63.3 | 60.7 | 65.8 | 58.5 | 54.9 | 61.7 |
| 20 | 58.1 | 55.5 | 60.6 | 58.5 | 56.0 | 60.9 | 53.7 | 50.3 | 56.8 |
| 25 | 53.4 | 50.9 | 55.7 | 53.8 | 51.3 | 56.1 | 49.1 | 45.8 | 52.0 |
| 30 | 48.8 | 46.2 | 50.9 | 49.0 | 46.6 | 51.2 | 44.5 | 41.4 | 47.2 |
| 35 | 43.9 | 41.5 | 46.0 | 44.2 | 41.9 | 46.3 | 39.9 | 36.9 | 42.5 |
| 40 | 39.2 | 37.0 | 41.3 | 39.5 | 37.3 | 41.6 | 35.5 | 32.5 | 38.0 |
| 45 | 34.7 | 32.5 | 36.6 | 34.9 | 32.8 | 36.9 | 31.2 | 28.4 | 33.6 |
| 50 | 30.3 | 28.2 | 32.1 | 30.5 | 28.4 | 32.3 | 27.1 | 24.4 | 29.3 |
| 55 | 26.0 | 24.0 | 27.7 | 26.1 | 24.2 | 27.8 | 23.3 | 20.8 | 25.3 |
| 60 | 21.9 | 20.1 | 23.4 | 22.0 | 20.2 | 23.5 | 19.7 | 17.5 | 21.5 |
| 65 | 18.1 | 16.4 | 19.4 | 18.2 | 16.5 | 19.5 | 16.4 | 14.4 | 17.9 |
| 70 | 14.3 | 13.1 | 15.7 | 14.6 | 13.2 | 15.7 | 13.5 | 11.7 | 14.7 |
| 75 | 11.5 | 10.2 | 12.4 | 11.5 | 10.2 | 12.3 | 10.8 | 9.3 | 11.7 |
| 80 | 8.8 | 7.7 | 9.4 | 8.7 | 7.7 | 9.3 | 8.8 | 7.3 | 9.2 |
| 85 | 6.5 | 5.7 | 6.9 | 6.4 | 5.6 | 6.7 | 6.7 | 5.7 | 7.0 |
| 90 | 4.8 | 4.2 | 5.0 | 4.6 | 4.1 | 4.8 | 5.1 | 4.5 | 5.3 |
| 95 | 3.5 | 3.2 | 3.7 | 3.4 | 3.0 | 3.4 | 3.9 | 3.6 | 4.0 |
| 100 | 2.7 | 2.5 | 2.8 | 2.4 | 2.3 | 2.5 | 3.0 | 2.9 | 3.0 |

## Table B. Number of survivors by age, out of 100,000 born alive, by race and sex: United States, 2001

| Age | All races | | | White | | | Black | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Male | Female | Total | Male | Female | Total | Male | Female |
| 0 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 |
| 1 | 99,316 | 99,246 | 99,386 | 99,435 | 99,379 | 99,494 | 98,603 | 98,457 | 98,753 |
| 5 | 99,184 | 99,102 | 99,269 | 99,313 | 99,243 | 99,387 | 98,418 | 98,248 | 98,588 |
| 10 | 99,106 | 99,019 | 99,200 | 99,242 | 99,167 | 99,320 | 98,313 | 98,130 | 98,502 |
| 15 | 99,012 | 98,908 | 99,124 | 99,153 | 99,061 | 99,249 | 98,186 | 97,975 | 98,403 |
| 20 | 98,682 | 98,444 | 98,933 | 98,835 | 98,625 | 99,058 | 97,761 | 97,336 | 98,202 |
| 25 | 98,214 | 97,752 | 98,702 | 98,406 | 97,996 | 98,844 | 97,022 | 96,186 | 97,351 |
| 30 | 97,743 | 97,092 | 98,428 | 97,979 | 97,396 | 98,599 | 96,207 | 95,026 | 97,386 |
| 35 | 97,189 | 96,359 | 98,057 | 97,476 | 96,730 | 98,271 | 95,244 | 93,724 | 96,717 |
| 40 | 96,386 | 95,337 | 97,481 | 96,745 | 95,796 | 97,739 | 93,881 | 92,031 | 95,573 |
| 45 | 95,234 | 93,892 | 96,620 | 95,691 | 94,445 | 96,999 | 91,883 | 89,624 | 94,054 |
| 50 | 93,552 | 91,768 | 95,381 | 94,152 | 92,487 | 95,889 | 88,959 | 85,949 | 91,794 |
| 55 | 91,179 | 88,939 | 93,563 | 91,958 | 89,769 | 94,223 | 84,884 | 80,889 | 88,623 |
| 60 | 87,705 | 84,654 | 90,795 | 88,670 | 85,811 | 91,614 | 79,381 | 74,167 | 84,227 |
| 65 | 82,519 | 78,306 | 86,550 | 83,658 | 79,856 | 87,535 | 72,170 | 65,643 | 78,207 |
| 70 | 75,122 | 69,875 | 80,032 | 76,407 | 71,350 | 81,490 | 62,669 | 55,024 | 70,066 |
| 75 | 65,014 | 58,335 | 71,532 | 66,314 | 59,800 | 72,753 | 51,863 | 42,852 | 59,865 |
| 80 | 51,820 | 43,928 | 59,311 | 52,987 | 45,170 | 60,477 | 38,796 | 29,515 | 47,193 |
| 85 | 35,943 | 27,975 | 43,257 | 36,737 | 28,720 | 44,122 | 25,758 | 17,461 | 33,197 |
| 90 | 19,796 | 13,580 | 25,164 | 20,124 | 13,871 | 25,556 | 14,172 | 8,282 | 19,329 |
| 95 | 7,890 | 4,546 | 10,596 | 7,797 | 4,497 | 10,451 | 6,034 | 2,978 | 8,821 |
| 100 | 2,045 | 953 | 2,896 | 1,841 | 857 | 2,583 | 1,821 | 766 | 2,573 |

## Results

### Life expectancy in the United States

Tables 1–9 show complete life tables by race (white and black) and sex for 2001. Tables A and B summarize life expectancy and survival by age, race, and sex. Life expectancy at birth for 2001 represents the average number of years that a group of infants would live if the infants were to experience throughout life the age-specific death rates prevailing in 2001. In 2001 life expectancy at birth was

77.2 years, increasing by 0.2 years from 77.0 years in 2000. This increase is typical of the average yearly changes that occurred during the past 30 years in the United States. Throughout the past century, the trend in U.S. life expectancy was one of gradual improvement that has continued into the new century (11).

Life expectancy was 74.4 years for males, increasing by 0.1 year from 74.3 years in 2000. Life expectancy for females in 2001 was 79.8 years, increasing by 0.1 year from 79.7 years in 2000. The increase in life expectancy between 2000 and 2001 for females was primarily

DR. THOMAS H. MAYOR

May 6, 2004

Mr. William J. Stradley
Mithoff & Jacks
One Allen center - Penthouse
500 Dallas
Houston, Texas 77002

Re: Jose Alfaro

Dear Mr. Stradley:

I have completed a preliminary analysis of the present cash value of Mr. Jose Alfaro's economic losses resulting from his injury on July 20, 2003. There are two elements of damage that I have considered: (1) lost earning capacity and (2) the present value of future medical care. In preparing my analysis I have relied on (1) the Life Care Plan prepared by Ms. Terry Arnold, (2) the Expert Report of Mr. William J. Kramberg, (3) Employment Records from Charlie Clark Nissan and (4) various statistical sources cited below.

**Lost Earning Capacity**

Mr. Alfaro was only 20 at the date of his injury. Accordingly he had not had sufficient time to establish a career. He had just started working at a car dealership. During his seven-weeks at the dealership he averaged $289.90 per week or $14,495 per year. This may be a reasonable indicator of his earning capacity up to an assumed trial date of October 7, 2004.

Mr. Kramberg estimates that Mr. Alfaro had the future wage earning capacity of an average male high school graduate ($32,375) or of an average truck driver in Texas ($31,480). At the mid-point of these two options, Mr. Alfaro would have averaged about $31,928 per year or about $37,036 per year including a 16% allowance for typical fringe benefits.

Table 1 also estimates the present cash value of Mr. Alfaro's *future* lost earning capacity from the assumed date of trial to age 58.1 (a retirement age based on a birthdate of December 13, 1982, and on the attached work life table). Table 1 starts with the annual compensation rate of $37,036. Table 1 then adjusts this current dollar compensation rate for future "cost of living" wage increases as well as for discounting to present value. It does so by performing two separate present value calculations. In the first calculation, Columns (4) and (5) of Table 1 estimate present value using the U. S. experience period since 1947, when average wages grew about one percentage point per year above the interest rate on safe investments such as U. S. Treasury bills

(implying a "net discount rate" of minus one percent).  In the second calculation, Columns (7) and (8) of Table 1 estimate present value using the experience period since 1970, when average interest rates on safe investments exceeded wage growth by about one percentage point per year (implying a "net discount rate" of plus one percent).  These two calculations provide a range of present values for Mr. Alfaro's *future* lost earning capacity from **$1,627,090 to $1,128,036**.

**Present Value of Life Care Plan**

The Life Care Plan recommends continuing care in varying dollar amounts for the remainder of Mr. Alfaro's life (to age 75.6 based on the attached U. S. life expectancy table).   Those annual amounts (including the one-time cost of $7,775 which is included in year 2004) appear in Column (3) of the attached Table 2.  Based on the same methodology as described above with regard to Table 1, the present value range required to fund the Life Care Plan is **$1,495,838 to $895,748**.

Pursuant to Rule 26 I attach a resume and a list of prior testimony.  My fees are based on an hourly rate of $250.

If you have any questions or require anything additional, please let me know.


Sincerely,

Thomas H. Mayor

TM/tm

2

TABLE 1
LOST EARNING CAPACITY - MR. JOSE ALFARO

| YEAR (1) | AGE (2) | EARN (3) | PV (4) | CUMPV (5) | EARN (6) | PV (7) | CUMPV (8) |
|---|---|---|---|---|---|---|---|
| 2003 | 20 | 6,508 | | | | | |
| 2004 | 21 | 11,118 | | | | | |
| TO 10/7/04 | | 17,626 | | | | | |
| | | | | | | | |
| 2004 | 21 | 8,653 | 8,653 | 8,653 | 8,653 | 8,653 | 8,653 |
| 2005 | 22 | 37,136 | 37,507 | 46,160 | 37,136 | 36,768 | 45,421 |
| 2006 | 23 | 37,136 | 37,882 | 84,042 | 37,136 | 36,404 | 81,825 |
| 2007 | 24 | 37,136 | 38,261 | 122,304 | 37,136 | 36,044 | 117,869 |
| 2008 | 25 | 37,136 | 38,644 | 160,948 | 37,136 | 35,687 | 153,556 |
| 2009 | 26 | 37,136 | 39,030 | 199,978 | 37,136 | 35,334 | 188,890 |
| 2010 | 27 | 37,136 | 39,421 | 239,399 | 37,136 | 34,984 | 223,874 |
| 2011 | 28 | 37,136 | 39,815 | 279,213 | 37,136 | 34,637 | 258,511 |
| 2012 | 29 | 37,136 | 40,213 | 319,426 | 37,136 | 34,294 | 292,805 |
| 2013 | 30 | 37,136 | 40,615 | 360,041 | 37,136 | 33,955 | 326,760 |
| 2014 | 31 | 37,136 | 41,021 | 401,063 | 37,136 | 33,619 | 360,379 |
| 2015 | 32 | 37,136 | 41,431 | 442,494 | 37,136 | 33,286 | 393,665 |
| 2016 | 33 | 37,136 | 41,846 | 484,340 | 37,136 | 32,956 | 426,621 |
| 2017 | 34 | 37,136 | 42,264 | 526,604 | 37,136 | 32,630 | 459,251 |
| 2018 | 35 | 37,136 | 42,687 | 569,291 | 37,136 | 32,307 | 491,558 |
| 2019 | 36 | 37,136 | 43,114 | 612,405 | 37,136 | 31,987 | 523,545 |
| 2020 | 37 | 37,136 | 43,545 | 655,950 | 37,136 | 31,670 | 555,216 |
| 2021 | 38 | 37,136 | 43,980 | 699,930 | 37,136 | 31,357 | 586,572 |
| 2022 | 39 | 37,136 | 44,420 | 744,350 | 37,136 | 31,046 | 617,619 |
| 2023 | 40 | 37,136 | 44,864 | 789,214 | 37,136 | 30,739 | 648,358 |
| 2024 | 41 | 37,136 | 45,313 | 834,527 | 37,136 | 30,435 | 678,792 |
| 2025 | 42 | 37,136 | 45,766 | 880,294 | 37,136 | 30,133 | 708,926 |
| 2026 | 43 | 37,136 | 46,224 | 926,517 | 37,136 | 29,835 | 738,761 |
| 2027 | 44 | 37,136 | 46,686 | 973,203 | 37,136 | 29,540 | 768,300 |
| 2028 | 45 | 37,136 | 47,153 | 1,020,356 | 37,136 | 29,247 | 797,547 |
| 2029 | 46 | 37,136 | 47,624 | 1,067,981 | 37,136 | 28,957 | 826,505 |
| 2030 | 47 | 37,136 | 48,101 | 1,116,081 | 37,136 | 28,671 | 855,175 |
| 2031 | 48 | 37,136 | 48,582 | 1,164,663 | 37,136 | 28,387 | 883,562 |
| 2032 | 49 | 37,136 | 49,067 | 1,213,730 | 37,136 | 28,106 | 911,668 |
| 2033 | 50 | 37,136 | 49,558 | 1,263,288 | 37,136 | 27,828 | 939,496 |
| 2034 | 51 | 37,136 | 50,054 | 1,313,342 | 37,136 | 27,552 | 967,048 |
| 2035 | 52 | 37,136 | 50,554 | 1,363,896 | 37,136 | 27,279 | 994,327 |
| 2036 | 53 | 37,136 | 51,060 | 1,414,956 | 37,136 | 27,009 | 1,021,336 |
| 2037 | 54 | 37,136 | 51,570 | 1,466,527 | 37,136 | 26,742 | 1,048,078 |
| 2038 | 55 | 37,136 | 52,086 | 1,518,613 | 37,136 | 26,477 | 1,074,555 |
| 2039 | 56 | 37,136 | 52,607 | 1,571,220 | 37,136 | 26,215 | 1,100,770 |
| 2040 | 57 | 37,136 | 53,133 | 1,624,353 | 37,136 | 25,955 | 1,126,725 |
| 2041 | 58 | 1,894 | 2,737 | 1,627,090 | 1,894 | 1,311 | 1,128,036 |

FUTURE TO AGE 58.1            1,627,090                          1,128,036

PAST PLUS FUTURE            1,644,715                          1,145,662

**TABLE 2**
**FUTURE COST OF MEDICAL CARE - MR. JOSE ALFARO**

| YEAR | AGE | CARE | PV | CUMPV | CARE | PV | CUMPV |
|------|-----|------|-----|-------|------|-----|-------|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| 2004 | 21 | 107,181 | 107,181 | 107,181 | 107,181 | 107,181 | 107,181 |
| 2005 | 22 | 101,921 | 102,940 | 210,121 | 101,921 | 100,912 | 208,093 |
| 2006 | 23 | 14,828 | 15,126 | 225,247 | 14,828 | 14,536 | 222,629 |
| 2007 | 24 | 8,656 | 8,918 | 234,166 | 8,656 | 8,401 | 231,030 |
| 2008 | 25 | 7,906 | 8,227 | 242,393 | 7,906 | 7,598 | 238,628 |
| 2009 | 26 | 8,886 | 9,339 | 251,732 | 8,886 | 8,455 | 247,082 |
| 2010 | 27 | 8,886 | 9,433 | 261,164 | 8,886 | 8,371 | 255,453 |
| 2011 | 28 | 8,886 | 9,527 | 270,691 | 8,886 | 8,288 | 263,742 |
| 2012 | 29 | 8,886 | 9,622 | 280,314 | 8,886 | 8,206 | 271,948 |
| 2013 | 30 | 8,886 | 9,718 | 290,032 | 8,886 | 8,125 | 280,072 |
| 2014 | 31 | 11,486 | 12,688 | 302,720 | 11,486 | 10,398 | 290,471 |
| 2015 | 32 | 11,486 | 12,815 | 315,535 | 11,486 | 10,295 | 300,766 |
| 2016 | 33 | 11,486 | 12,943 | 328,477 | 11,486 | 10,193 | 310,959 |
| 2017 | 34 | 11,486 | 13,072 | 341,549 | 11,486 | 10,092 | 321,051 |
| 2018 | 35 | 11,486 | 13,203 | 354,752 | 11,486 | 9,992 | 331,044 |
| 2019 | 36 | 14,086 | 16,353 | 371,106 | 14,086 | 12,133 | 343,177 |
| 2020 | 37 | 14,086 | 16,517 | 387,623 | 14,086 | 12,013 | 355,189 |
| 2021 | 38 | 14,086 | 16,682 | 404,305 | 14,086 | 11,894 | 367,083 |
| 2022 | 39 | 14,086 | 16,849 | 421,154 | 14,086 | 11,776 | 378,860 |
| 2023 | 40 | 14,086 | 17,017 | 438,171 | 14,086 | 11,660 | 390,519 |
| 2024 | 41 | 16,686 | 20,360 | 458,531 | 16,686 | 13,675 | 404,194 |
| 2025 | 42 | 16,686 | 20,564 | 479,095 | 16,686 | 13,540 | 417,734 |
| 2026 | 43 | 16,686 | 20,769 | 499,864 | 16,686 | 13,405 | 431,139 |
| 2027 | 44 | 16,686 | 20,977 | 520,841 | 16,686 | 13,273 | 444,412 |
| 2028 | 45 | 16,686 | 21,187 | 542,028 | 16,686 | 13,141 | 457,553 |
| 2029 | 46 | 19,286 | 24,733 | 566,761 | 19,286 | 15,039 | 472,592 |
| 2030 | 47 | 19,286 | 24,980 | 591,741 | 19,286 | 14,890 | 487,481 |
| 2031 | 48 | 19,286 | 25,230 | 616,971 | 19,286 | 14,742 | 502,224 |
| 2032 | 49 | 19,286 | 25,482 | 642,454 | 19,286 | 14,596 | 516,820 |
| 2033 | 50 | 27,444 | 36,624 | 679,078 | 27,444 | 20,565 | 537,385 |
| 2034 | 51 | 22,694 | 30,588 | 709,666 | 22,694 | 16,837 | 554,222 |
| 2035 | 52 | 22,694 | 30,894 | 740,560 | 22,694 | 16,670 | 570,893 |
| 2036 | 53 | 22,694 | 31,203 | 771,763 | 22,694 | 16,505 | 587,398 |
| 2037 | 54 | 22,694 | 31,515 | 803,278 | 22,694 | 16,342 | 603,740 |
| 2038 | 55 | 22,694 | 31,830 | 835,108 | 22,694 | 16,180 | 619,920 |
| 2039 | 56 | 22,694 | 32,148 | 867,256 | 22,694 | 16,020 | 635,940 |
| 2040 | 57 | 22,694 | 32,470 | 899,726 | 22,694 | 15,861 | 651,802 |
| 2041 | 58 | 22,694 | 32,795 | 932,521 | 22,694 | 15,704 | 667,506 |
| 2042 | 59 | 22,694 | 33,123 | 965,643 | 22,694 | 15,549 | 683,055 |
| 2043 | 60 | 22,694 | 33,454 | 999,097 | 22,694 | 15,395 | 698,450 |
| 2044 | 61 | 22,694 | 33,788 | 1,032,885 | 22,694 | 15,242 | 713,692 |
| 2045 | 62 | 22,694 | 34,126 | 1,067,011 | 22,694 | 15,092 | 728,784 |
| 2046 | 63 | 22,694 | 34,467 | 1,101,479 | 22,694 | 14,942 | 743,726 |
| 2047 | 64 | 22,694 | 34,812 | 1,136,291 | 22,694 | 14,794 | 758,520 |
| 2048 | 65 | 22,694 | 35,160 | 1,171,451 | 22,694 | 14,648 | 773,168 |
| 2049 | 66 | 22,694 | 35,512 | 1,206,963 | 22,694 | 14,503 | 787,671 |
| 2050 | 67 | 22,694 | 35,867 | 1,242,830 | 22,694 | 14,359 | 802,030 |
| 2051 | 68 | 22,694 | 36,226 | 1,279,055 | 22,694 | 14,217 | 816,247 |
| 2052 | 69 | 22,694 | 36,588 | 1,315,643 | 22,694 | 14,076 | 830,323 |
| 2053 | 70 | 22,694 | 36,954 | 1,352,597 | 22,694 | 13,937 | 844,260 |
| 2054 | 71 | 22,694 | 37,323 | 1,389,920 | 22,694 | 13,799 | 858,059 |
| 2055 | 72 | 22,694 | 37,697 | 1,427,617 | 22,694 | 13,662 | 871,721 |
| 2056 | 73 | 22,694 | 38,073 | 1,465,690 | 22,694 | 13,527 | 885,248 |
| 2057 | 74 | 17,792 | 30,148 | 1,495,838 | 17,792 | 10,500 | 895,748 |
| | | | 1,495,838 | | | 895,748 | |

Note:  Costs begin on October 7, 2004, and end at age 75.6, 53.784 years.

13

Table 8. Employer costs per hour worked for employee compensation and costs as a percent of total compensation: Private industry workers, by establishment employment size, March 1995

| Compensation component | All workers in private industry | | 1-99 workers | | 100 or more workers | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total | | 100-499 workers | | 500 or more workers | |
| | Cost | Percent | Cost | Percent | Cost | Percent | Cost | Percent | Cost | Percent |
| Total compensation | $18.50 | 100.0% | $15.92 | 100.0% | $21.20 | 100.0% | $17.82 | 100.0% | $25.56 | 100.0% |
| Wages and salaries | 13.47 | 72.8 | 12.01 | 75.4 | 15.01 | 70.8 | 12.87 | 72.3 | 17.78 | 69.6 |
| Total benefits | 5.02 | 27.1 | 3.91 | 24.6 | 6.19 | 29.2 | 4.95 | 27.7 | 7.78 | 30.4 |
| Paid leave | 1.16 | 6.3 | .81 | 5.1 | 1.53 | 7.2 | 1.08 | 6.2 | 2.07 | 8.1 |
| Vacation | .58 | 3.1 | .39 | 2.4 | .77 | 3.6 | .53 | 3.0 | 1.05 | 4.1 |
| Holiday | .40 | 2.2 | .29 | 1.8 | .51 | 2.4 | .37 | 2.1 | .69 | 2.7 |
| Sick | .14 | .8 | .09 | .6 | .18 | .8 | .13 | .7 | .24 | .9 |
| Other | .05 | .3 | .03 | .2 | .07 | .3 | .05 | .3 | .09 | .4 |
| Supplemental pay | .56 | 3.0 | .43 | 2.7 | .69 | 3.3 | .57 | 3.3 | .84 | 3.3 |
| Premium[1] | .22 | 1.2 | .15 | .9 | .29 | 1.4 | .25 | 1.4 | .34 | 1.3 |
| Shift differential | .05 | .3 | (2) | (2) | .07 | .4 | .05 | .3 | .13 | .5 |
| Nonproduction bonuses | .29 | 1.6 | .27 | 1.7 | .32 | 1.5 | .27 | 1.5 | .37 | 1.4 |
| Insurance | 1.10 | 5.9 | .80 | 5.0 | 1.42 | 6.7 | 1.11 | 6.3 | 1.78 | 7.0 |
| Life | .04 | .2 | .03 | .2 | .06 | .3 | .04 | .2 | .07 | .3 |
| Health | 1.00 | 5.4 | .73 | 4.6 | 1.28 | 6.0 | 1.01 | 5.8 | 1.59 | 6.2 |
| Short-term disability[3] | .04 | .2 | .02 | .1 | .05 | .2 | .04 | .2 | .08 | .3 |
| Long-term disability | .02 | .1 | (2) | (2) | .03 | .1 | .02 | .1 | .04 | .2 |
| Retirement and savings | .55 | 3.0 | .35 | 2.2 | .75 | 3.5 | .51 | 2.9 | 1.04 | 4.1 |
| Defined benefit | .24 | 1.3 | .13 | .8 | .37 | 1.7 | .20 | 1.1 | .56 | 2.2 |
| Defined contribution | .30 | 1.6 | .23 | 1.4 | .39 | 1.8 | .31 | 1.8 | .48 | 1.9 |
| Legally required benefits | 1.63 | 8.8 | 1.51 | 9.5 | 1.79 | 8.3 | 1.57 | 9.0 | 1.97 | 7.7 |
| Social Security[4] | 1.12 | 6.1 | 1.00 | 6.3 | 1.25 | 5.9 | 1.06 | 6.1 | 1.48 | 5.8 |
| OASDI | .90 | 4.9 | .80 | 5.0 | 1.01 | 4.8 | .85 | 4.9 | 1.19 | 4.7 |
| Medicare | .22 | 1.2 | .20 | 1.3 | .25 | 1.2 | .21 | 1.2 | .29 | 1.1 |
| Federal unemployment insurance | .03 | .2 | .03 | .2 | .03 | .1 | .03 | .2 | .03 | .1 |
| State unemployment insurance | .11 | .6 | .11 | .7 | .11 | .5 | .12 | .7 | .10 | .4 |
| Workers' compensation | .36 | 1.9 | .36 | 2.3 | .35 | 1.7 | .36 | 2.1 | .35 | 1.4 |
| Other benefits[5] | .03 | .2 | (2) | (2) | .05 | .2 | (2) | (2) | .08 | .3 |

[1] Includes premium pay for work in addition to the regular work schedule (such as overtime, weekends, and holidays).
[2] Cost per hour worked is $0.01 or less.
[3] Short-term disability (previously, sickness and accident insurance) includes all insured, self-insured, and state-mandated plans that provide benefits for each disability, including unfunded plans.

[4] The total employer's cost for Social Security is comprised of an OASDI portion and a Medicare portion. OASDI is the abbreviation for Old-Age, Survivors, and Disability Insurance.
[5] Includes severance pay and supplemental unemployment benefits.

Note: The sum of individual items may not equal totals due to rounding.

All Workers

Wages    13.47
Leave     1.16
Supp       .56
              15.19

Health    1.00
Retire    1.55
OASDI      .90
              2.45

2.45/15.19 = 16.1%

Large Companies - 500+

Wages    17.78
Leave     2.07
supp.      .84
              20.69

Health    1.59
Retire    1.04
OASDI     1.19
              3.82

3.82/20.69 = 18.5%

214          JOURNAL OF FORENSIC ECONOMICS

Appendix A – Table 5
HPR 1998/99 Worklife Expectancies for Men
Calculated from BLS Participation Rates by Year of Age

| Age | Less Than High School Diploma | | High School Diploma | | Some College No Degree | | Associate Degree | | Bachelor's Degree | | Advanced Degree | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | General | Active | General | Active | General | Active | General | Active | General | Active | General | Active |
| 18.0 | 34.7 | 35.7 | 39.1 | 39.8 | | | | | | | | |
| 19.0 | 34.2 | 35.0 | 38.5 | 39.0 | 38.6 | 39.6 | | | | | | |
| 20.0 | 33.5 | 34.2 | 37.8 | 38.1 | 38.0 | 38.9 | 39.3 | 39.9 | | | | |
| 21.0 | 32.8 | 33.4 | 37.0 | 37.3 | 37.4 | 38.1 | 38.6 | 39.0 | | | | |
| 22.0 | 32.1 | 32.6 | 36.1 | 36.4 | 36.8 | 37.3 | 37.8 | 38.2 | 38.8 | 39.3 | | |
| 23.0 | 31.3 | 31.7 | 35.3 | 35.5 | 36.1 | 36.5 | 37.0 | 37.3 | 38.1 | 38.4 | | |
| 24.0 | 30.5 | 30.9 | 34.4 | 34.6 | 35.3 | 35.6 | 36.2 | 36.4 | 37.3 | 37.5 | 38.2 | 38.5 |
| 25.0 | 29.7 | 30.0 | 33.6 | 33.8 | 34.5 | 34.7 | 35.3 | 35.5 | 36.4 | 36.7 | 37.4 | 37.6 |
| 26.0 | 28.8 | 29.2 | 32.7 | 32.9 | 33.6 | 33.8 | 34.4 | 34.6 | 35.6 | 35.8 | 36.5 | 36.8 |
| 27.0 | 28.0 | 28.3 | 31.8 | 32.0 | 32.7 | 33.0 | 33.6 | 33.7 | 34.7 | 34.8 | 35.7 | 35.9 |
| 28.0 | 27.2 | 27.5 | 30.9 | 31.1 | 31.9 | 32.1 | 32.6 | 32.7 | 33.8 | 33.9 | 34.8 | 35.0 |
| 29.0 | 26.3 | 26.6 | 30.0 | 30.2 | 31.0 | 31.2 | 31.7 | 31.8 | 32.9 | 33.0 | 33.9 | 34.1 |
| 30.0 | 25.5 | 25.8 | 29.1 | 29.3 | 30.1 | 30.2 | 30.8 | 30.9 | 32.0 | 32.1 | 33.0 | 33.1 |
| 31.0 | 24.6 | 25.0 | 28.2 | 28.4 | 29.2 | 29.3 | 29.9 | 30.0 | 31.1 | 31.2 | 32.1 | 32.2 |
| 32.0 | 23.7 | 24.2 | 27.3 | 27.5 | 28.3 | 28.4 | 29.0 | 29.1 | 30.2 | 30.3 | 31.2 | 31.3 |
| 33.0 | 22.9 | 23.3 | 26.4 | 26.7 | 27.4 | 27.5 | 28.0 | 28.2 | 29.2 | 29.3 | 30.3 | 30.4 |
| 34.0 | 22.1 | 22.5 | 25.6 | 25.8 | 26.5 | 26.6 | 27.1 | 27.3 | 28.3 | 28.4 | 29.4 | 29.5 |
| 35.0 | 21.3 | 21.7 | 24.7 | 24.9 | 25.6 | 25.7 | 26.2 | 26.4 | 27.4 | 27.5 | 28.4 | 28.5 |
| 36.0 | 20.4 | 20.9 | 23.8 | 24.0 | 24.7 | 24.8 | 25.3 | 25.4 | 26.5 | 26.6 | 27.5 | 27.6 |
| 37.0 | 19.6 | 20.2 | 22.9 | 23.1 | 23.8 | 24.0 | 24.4 | 24.5 | 25.6 | 25.7 | 26.6 | 26.7 |
| 38.0 | 18.8 | 19.4 | 22.0 | 22.3 | 22.9 | 23.1 | 23.5 | 23.7 | 24.6 | 24.7 | 25.7 | 25.8 |
| 39.0 | 18.1 | 18.6 | 21.2 | 21.4 | 22.0 | 22.2 | 22.6 | 22.8 | 23.7 | 23.8 | 24.8 | 24.9 |
| 40.0 | 17.3 | 17.8 | 20.3 | 20.6 | 21.1 | 21.3 | 21.7 | 21.9 | 22.8 | 22.9 | 23.9 | 24.0 |
| 41.0 | 16.5 | 17.1 | 19.4 | 19.7 | 20.2 | 20.4 | 20.8 | 21.0 | 21.9 | 22.0 | 23.0 | 23.0 |
| 42.0 | 15.8 | 16.3 | 18.6 | 18.9 | 19.3 | 19.6 | 19.9 | 20.1 | 21.0 | 21.1 | 22.1 | 22.1 |
| 43.0 | 15.0 | 15.6 | 17.7 | 18.0 | 18.5 | 18.7 | 19.0 | 19.2 | 20.1 | 20.2 | 21.1 | 21.2 |
| 44.0 | 14.2 | 14.8 | 16.9 | 17.2 | 17.6 | 17.8 | 18.2 | 18.4 | 19.2 | 19.3 | 20.2 | 20.3 |
| 45.0 | 13.5 | 14.1 | 16.0 | 16.4 | 16.7 | 17.0 | 17.3 | 17.5 | 18.3 | 18.4 | 19.3 | 19.4 |
| 46.0 | 12.7 | 13.4 | 15.2 | 15.5 | 15.9 | 16.1 | 16.4 | 16.7 | 17.4 | 17.5 | 18.4 | 18.5 |
| 47.0 | 12.0 | 12.7 | 14.4 | 14.7 | 15.0 | 15.3 | 15.6 | 15.8 | 16.5 | 16.7 | 17.5 | 17.6 |
| 48.0 | 11.2 | 12.0 | 13.5 | 13.9 | 14.2 | 14.5 | 14.7 | 15.0 | 15.6 | 15.8 | 16.6 | 16.8 |
| 49.0 | 10.5 | 11.3 | 12.7 | 13.1 | 13.3 | 13.7 | 13.9 | 14.1 | 14.7 | 14.9 | 15.8 | 15.9 |
| 50.0 | 9.9 | 10.6 | 11.9 | 12.3 | 12.5 | 12.9 | 13.0 | 13.3 | 13.9 | 14.1 | 14.9 | 15.0 |
| 51.0 | 9.2 | 10.0 | 11.1 | 11.6 | 11.7 | 12.1 | 12.2 | 12.5 | 13.0 | 13.2 | 14.0 | 14.1 |
| 52.0 | 8.5 | 9.4 | 10.3 | 10.8 | 10.9 | 11.3 | 11.3 | 11.7 | 12.1 | 12.4 | 13.1 | 13.3 |
| 53.0 | 7.8 | 8.7 | 9.5 | 10.0 | 10.1 | 10.5 | 10.5 | 10.9 | 11.3 | 11.6 | 12.2 | 12.5 |
| 54.0 | 7.2 | 8.1 | 8.7 | 9.3 | 9.3 | 9.8 | 9.7 | 10.2 | 10.4 | 10.8 | 11.4 | 11.6 |
| 55.0 | 6.5 | 7.5 | 8.0 | 8.6 | 8.5 | 9.1 | 8.9 | 9.5 | 9.6 | 10.0 | 10.5 | 10.9 |
| 56.0 | 5.9 | 7.0 | 7.2 | 7.9 | 7.7 | 8.4 | 8.1 | 8.7 | 8.8 | 9.2 | 9.7 | 10.1 |
| 57.0 | 5.3 | 6.4 | 6.5 | 7.3 | 7.0 | 7.7 | 7.4 | 8.0 | 8.0 | 8.5 | 8.9 | 9.4 |
| 58.0 | 4.7 | 5.9 | 5.8 | 6.7 | 6.3 | 7.1 | 6.7 | 7.3 | 7.2 | 7.8 | 8.1 | 8.6 |
| 59.0 | 4.1 | 5.4 | 5.1 | 6.1 | 5.6 | 6.5 | 6.0 | 6.7 | 6.4 | 7.2 | 7.4 | 8.0 |
| 60.0 | 3.5 | 5.0 | 4.5 | 5.6 | 4.9 | 6.0 | 5.2 | 6.1 | 5.7 | 6.6 | 6.6 | 7.3 |
| 61.0 | 3.0 | 4.7 | 3.9 | 5.2 | 4.3 | 5.6 | 4.5 | 5.6 | 5.0 | 6.1 | 5.9 | 6.8 |
| 62.0 | 2.5 | 4.5 | 3.3 | 4.9 | 3.6 | 5.2 | 3.9 | 5.2 | 4.4 | 5.7 | 5.2 | 6.3 |
| 63.0 | 2.2 | 4.2 | 2.8 | 4.7 | 3.2 | 4.9 | 3.3 | 5.0 | 3.8 | 5.3 | 4.6 | 5.9 |
| 64.0 | 1.9 | 4.1 | 2.4 | 4.4 | 2.8 | 4.7 | 2.8 | 4.8 | 3.3 | 4.9 | 4.0 | 5.6 |
| 65.0 | 1.6 | 3.9 | 2.1 | 4.2 | 2.4 | 4.4 | 2.4 | 4.4 | 2.9 | 4.6 | 3.6 | 5.2 |
| 66.0 | 1.4 | 3.8 | 1.8 | 4.0 | 2.1 | 4.2 | 2.2 | 4.2 | 2.5 | 4.4 | 3.2 | 4.8 |
| 67.0 | 1.2 | 3.6 | 1.5 | 3.8 | 1.8 | 4.0 | 1.8 | 4.0 | 2.1 | 4.1 | 2.8 | 4.5 |
| 68.0 | 1.0 | 3.5 | 1.3 | 3.6 | 1.6 | 3.8 | 1.6 | 3.8 | 1.8 | 3.9 | 2.4 | 4.3 |
| 69.0 | 0.9 | 3.4 | 1.1 | 3.5 | 1.4 | 3.6 | 1.6 | 3.7 | 1.6 | 3.7 | 2.1 | 4.0 |
| 70.0 | 0.8 | 3.3 | 0.9 | 3.4 | 1.1 | 3.5 | 1.2 | 3.4 | 1.3 | 3.5 | 1.7 | 3.7 |

Sources/Notes: HPR 1998/99 WLE were calculated using "United States Life Tables, 1998," Volume 48, Number 18, Table 2, and a special tabulation of Current Population Survey (CPS) microdata files for 1998 and 1999 by the U.S. Department of Labor, Bureau of Labor Statistics.

C:

| Age | Less Than High School Diploma | |
|---|---|---|
| | General | Active |
| 18.0 | 23.6 | 25.1 |
| 19.0 | 23.1 | 24.5 |
| 20.0 | 22.6 | 24.0 |
| 21.0 | 22.1 | 23.5 |
| 22.0 | 21.6 | 23.0 |
| 23.0 | 21.1 | 22.5 |
| 24.0 | 20.6 | 22.0 |
| 25.0 | 20.1 | 21.5 |
| 26.0 | 19.6 | 21.0 |
| 27.0 | 19.1 | 20.5 |
| 28.0 | 18.6 | 20.0 |
| 29.0 | 18.0 | 19.5 |
| 30.0 | 17.5 | 18.9 |
| 31.0 | 17.0 | 18.3 |
| 32.0 | 16.5 | 17.8 |
| 33.0 | 15.9 | 17.2 |
| 34.0 | 15.4 | 16.6 |
| 35.0 | 14.8 | 16.1 |
| 36.0 | 14.3 | 15.5 |
| 37.0 | 13.7 | 14.9 |
| 38.0 | 13.1 | 14.4 |
| 39.0 | 12.5 | 13.8 |
| 40.0 | 11.9 | 13.3 |
| 41.0 | 11.4 | 12.7 |
| 42.0 | 10.9 | 12.1 |
| 43.0 | 10.3 | 11.5 |
| 44.0 | 9.7 | 11.0 |
| 45.0 | 9.2 | 10.5 |
| 46.0 | 8.6 | 9.9 |
| 47.0 | 8.0 | 9.4 |
| 48.0 | 7.5 | 8.9 |
| 49.0 | 7.0 | 8.4 |
| 50.0 | 6.5 | 7.9 |
| 51.0 | 6.0 | 7.5 |
| 52.0 | 5.5 | 7.0 |
| 53.0 | 5.0 | 6.6 |
| 54.0 | 4.5 | 6.2 |
| 55.0 | 4.1 | 5.8 |
| 56.0 | 3.6 | 5.4 |
| 57.0 | 3.2 | 5.1 |
| 58.0 | 2.9 | 4.8 |
| 59.0 | 2.5 | 4.5 |
| 60.0 | 2.1 | 4.3 |
| 61.0 | 1.8 | 4.0 |
| 62.0 | 1.6 | 3.8 |
| 63.0 | 1.3 | 3.7 |
| 64.0 | 1.1 | 3.6 |
| 65.0 | 0.9 | 3.5 |
| 66.0 | 0.8 | 3.4 |
| 67.0 | 0.6 | 3.3 |
| 68.0 | 0.5 | 3.3 |
| 69.0 | 0.5 | 3.2 |
| 70.0 | 0.4 | 3.1 |

Sources/Notes: HPR
ume 48, Number 18,
data files for 1998 and

National Vital Statistics R~, Vol. 48, No. 18, February 7, 2001    15

**Table 5. Life table for white males: United States, 1998**

| Age | Proportion dying during age interval $q_x$ | Number living at beginning of age interval $l_x$ | Number dying during age interval $d_x$ | Stationary population in the age interval $L_x$ | Stationary population in this and all subsequent age intervals $T_x$ | Life expectancy at beginning of age interval $e_x$ |
|---|---|---|---|---|---|---|
| 0–1 . . . . . . . . . . . . . . . . . . | 0.00648 | 100,000 | 648 | 99,435 | 7,452,750 | 74.5 |
| 1–2 . . . . . . . . . . . . . . . . . . | 0.00049 | 99,352 | 49 | 99,328 | 7,353,314 | 74.0 |
| 2–3 . . . . . . . . . . . . . . . . . . | 0.00036 | 99,303 | 35 | 99,286 | 7,253,987 | 73.0 |
| 3–4 . . . . . . . . . . . . . . . . . . | 0.00025 | 99,268 | 25 | 99,255 | 7,154,701 | 72.1 |
| 4–5 . . . . . . . . . . . . . . . . . . | 0.00021 | 99,243 | 21 | 99,233 | 7,055,446 | 71.1 |
| 5–6 . . . . . . . . . . . . . . . . . . | 0.00020 | 99,222 | 19 | 99,213 | 6,956,213 | 70.1 |
| 6–7 . . . . . . . . . . . . . . . . . . | 0.00019 | 99,203 | 19 | 99,193 | 6,857,001 | 69.1 |
| 7–8 . . . . . . . . . . . . . . . . . . | 0.00018 | 99,184 | 18 | 99,175 | 6,757,807 | 68.1 |
| 8–9 . . . . . . . . . . . . . . . . . . | 0.00017 | 99,166 | 17 | 99,157 | 6,658,632 | 67.1 |
| 9–10 . . . . . . . . . . . . . . . . . . | 0.00015 | 99,149 | 15 | 99,142 | 6,559,475 | 66.2 |
| 10–11 . . . . . . . . . . . . . . . . . . | 0.00013 | 99,134 | 13 | 99,128 | 6,460,333 | 65.2 |
| 11–12 . . . . . . . . . . . . . . . . . . | 0.00013 | 99,122 | 13 | 99,115 | 6,361,205 | 64.2 |
| 12–13 . . . . . . . . . . . . . . . . . . | 0.00019 | 99,109 | 19 | 99,099 | 6,262,090 | 63.2 |
| 13–14 . . . . . . . . . . . . . . . . . . | 0.00031 | 99,090 | 31 | 99,074 | 6,162,991 | 62.2 |
| 14–15 . . . . . . . . . . . . . . . . . . | 0.00047 | 99,059 | 47 | 99,036 | 6,063,916 | 61.2 |
| 15–16 . . . . . . . . . . . . . . . . . . | 0.00065 | 99,012 | 64 | 98,980 | 5,964,881 | 60.2 |
| 16–17 . . . . . . . . . . . . . . . . . . | 0.00081 | 98,948 | 80 | 98,908 | 5,865,901 | 59.3 |
| 17–18 . . . . . . . . . . . . . . . . . . | 0.00094 | 98,868 | 93 | 98,821 | 5,766,993 | 58.3 |
| 18–19 . . . . . . . . . . . . . . . . . . | 0.00104 | 98,775 | 102 | 98,724 | 5,668,171 | 57.4 |
| 19–20 . . . . . . . . . . . . . . . . . . | 0.00111 | 98,673 | 109 | 98,618 | 5,569,448 | 56.4 |
| 20–21 . . . . . . . . . . . . . . . . . . | 0.00118 | 98,563 | 116 | 98,505 | 5,470,830 | 55.5 |
| 21–22 . . . . . . . . . . . . . . . . . . | 0.00126 | 98,447 | 124 | 98,385 | 5,372,325 | 54.6 |
| 22–23 . . . . . . . . . . . . . . . . . . | 0.00130 | 98,323 | 128 | 98,259 | 5,273,940 | 53.6 |
| 23–24 . . . . . . . . . . . . . . . . . . | 0.00130 | 98,195 | 128 | 98,131 | 5,175,681 | 52.7 |
| 24–25 . . . . . . . . . . . . . . . . . . | 0.00127 | 98,066 | 125 | 98,004 | 5,077,551 | 51.8 |
| 25–26 . . . . . . . . . . . . . . . . . . | 0.00123 | 97,942 | 120 | 97,882 | 4,979,547 | 50.8 |
| 26–27 . . . . . . . . . . . . . . . . . . | 0.00120 | 97,821 | 117 | 97,763 | 4,881,665 | 49.9 |
| 27–28 . . . . . . . . . . . . . . . . . . | 0.00119 | 97,704 | 116 | 97,646 | 4,783,902 | 49.0 |
| 28–29 . . . . . . . . . . . . . . . . . . | 0.00121 | 97,588 | 118 | 97,530 | 4,686,256 | 48.0 |
| 29–30 . . . . . . . . . . . . . . . . . . | 0.00125 | 97,471 | 122 | 97,409 | 4,588,726 | 47.1 |
| 30–31 . . . . . . . . . . . . . . . . . . | 0.00131 | 97,348 | 128 | 97,285 | 4,491,317 | 46.1 |
| 31–32 . . . . . . . . . . . . . . . . . . | 0.00137 | 97,221 | 133 | 97,154 | 4,394,032 | 45.2 |
| 32–33 . . . . . . . . . . . . . . . . . . | 0.00144 | 97,088 | 140 | 97,018 | 4,296,878 | 44.3 |
| 33–34 . . . . . . . . . . . . . . . . . . | 0.00152 | 96,948 | 147 | 96,875 | 4,199,860 | 43.3 |
| 34–35 . . . . . . . . . . . . . . . . . . | 0.00160 | 96,801 | 155 | 96,724 | 4,102,985 | 42.4 |
| 35–36 . . . . . . . . . . . . . . . . . . | 0.00169 | 96,646 | 164 | 96,564 | 4,006,261 | 41.5 |
| 36–37 . . . . . . . . . . . . . . . . . . | 0.00179 | 96,483 | 173 | 96,396 | 3,909,697 | 40.5 |
| 37–38 . . . . . . . . . . . . . . . . . . | 0.00190 | 96,310 | 183 | 96,218 | 3,813,301 | 39.6 |
| 38–39 . . . . . . . . . . . . . . . . . . | 0.00203 | 96,127 | 195 | 96,029 | 3,717,082 | 38.7 |
| 39–40 . . . . . . . . . . . . . . . . . . | 0.00219 | 95,931 | 210 | 95,827 | 3,621,053 | 37.7 |
| 40–41 . . . . . . . . . . . . . . . . . . | 0.00236 | 95,722 | 226 | 95,609 | 3,525,227 | 36.8 |
| 41–42 . . . . . . . . . . . . . . . . . . | 0.00254 | 95,496 | 242 | 95,375 | 3,429,618 | 35.9 |
| 42–43 . . . . . . . . . . . . . . . . . . | 0.00273 | 95,254 | 260 | 95,124 | 3,334,243 | 35.0 |
| 43–44 . . . . . . . . . . . . . . . . . . | 0.00294 | 94,993 | 279 | 94,854 | 3,239,119 | 34.1 |
| 44–45 . . . . . . . . . . . . . . . . . . | 0.00317 | 94,714 | 300 | 94,564 | 3,144,266 | 33.2 |
| 45–46 . . . . . . . . . . . . . . . . . . | 0.00342 | 94,414 | 323 | 94,253 | 3,049,701 | 32.3 |
| 46–47 . . . . . . . . . . . . . . . . . . | 0.00371 | 94,091 | 349 | 93,917 | 2,955,448 | 31.4 |
| 47–48 . . . . . . . . . . . . . . . . . . | 0.00401 | 93,743 | 376 | 93,554 | 2,861,531 | 30.5 |
| 48–49 . . . . . . . . . . . . . . . . . . | 0.00433 | 93,366 | 404 | 93,164 | 2,767,977 | 29.6 |
| 49–50 . . . . . . . . . . . . . . . . . . | 0.00466 | 92,962 | 434 | 92,745 | 2,674,813 | 28.8 |
| 50–51 . . . . . . . . . . . . . . . . . . | 0.00503 | 92,528 | 465 | 92,296 | 2,582,068 | 27.9 |
| 51–52 . . . . . . . . . . . . . . . . . . | 0.00544 | 92,063 | 501 | 91,813 | 2,489,772 | 27.0 |
| 52–53 . . . . . . . . . . . . . . . . . . | 0.00590 | 91,562 | 540 | 91,292 | 2,397,960 | 26.2 |
| 53–54 . . . . . . . . . . . . . . . . . . | 0.00643 | 91,022 | 585 | 90,729 | 2,306,668 | 25.3 |
| 54–55 . . . . . . . . . . . . . . . . . . | 0.00704 | 90,437 | 637 | 90,118 | 2,215,938 | 24.5 |
| 55–56 . . . . . . . . . . . . . . . . . . | 0.00776 | 89,800 | 697 | 89,451 | 2,125,820 | 23.7 |
| 56–57 . . . . . . . . . . . . . . . . . . | 0.00858 | 89,103 | 764 | 88,721 | 2,036,369 | 22.9 |
| 57–58 . . . . . . . . . . . . . . . . . . | 0.00947 | 88,339 | 837 | 87,920 | 1,947,648 | 22.0 |
| 58–59 . . . . . . . . . . . . . . . . . . | 0.01042 | 87,502 | 912 | 87,046 | 1,859,728 | 21.3 |
| 59–60 . . . . . . . . . . . . . . . . . . | 0.01144 | 86,590 | 990 | 86,095 | 1,772,682 | 20.5 |
| 60–61 . . . . . . . . . . . . . . . . . . | 0.01256 | 85,600 | 1,075 | 85,063 | 1,686,586 | 19.7 |
| 61–62 . . . . . . . . . . . . . . . . . . | 0.01384 | 84,525 | 1,170 | 83,940 | 1,601,524 | 18.9 |
| 62–63 . . . . . . . . . . . . . . . . . . | 0.01526 | 83,356 | 1,272 | 82,719 | 1,517,583 | 18.2 |
| 63–64 . . . . . . . . . . . . . . . . . . | 0.01682 | 82,083 | 1,381 | 81,393 | 1,434,864 | 17.5 |
| 64–65 . . . . . . . . . . . . . . . . . . | 0.01848 | 80,703 | 1,492 | 79,957 | 1,353,471 | 16.8 |
| 65–66 . . . . . . . . . . . . . . . . . . | 0.02016 | 79,211 | 1,597 | 78,412 | 1,273,514 | 16.1 |
| 66–67 . . . . . . . . . . . . . . . . . . | 0.02193 | 77,614 | 1,702 | 76,763 | 1,195,101 | 15.4 |

# RESUME

Dr. Thomas H. Mayor
Professor of Economics
University of Houston, University Park

Date of Birth:        March 5, 1939

Address:              5555 Del Monte, Suite 1306
                      Houston, Texas  77056-4184
                      713-552-1522

Education:            B.A. in Economics, Rice University, 1961,
                      Magna Cum Laude
                      Ph.D. in Economics, University of Maryland, 1965

Doctoral Dissertation:

                      "Sources of Decline in the U.S. Capital-
                      Output Ratio, 1869-1958"

Academic Positions:

                      Research Fellow, Brookings Institution, 1964-65
                      Assistant Professor, University of Maryland,  1965-69
                      Associate Professor and Professor,
                      University of Houston, 1969 - to present
                      Director of Graduate Studies, Department of
                      Economics, University of Houston, 1971-74
                      Chairman, Department of Economics,
                      University of Houston, 1977-81
                      Director, Center for Public Policy,
                      University of Houston, 1982-84
                      Dean, College of Social Sciences,
                      University of Houston, 1983-86
                      Chairman, Department of Economics,
                      University of Houston, 1990-96

Academic Honors:

        Phi Beta Kappa
        Woodrow Wilson Fellow
        National Defense Fellow
        Brookings Research Fellow

Research Interests:

        Applied price theory and public policy,  law
        and economics

Publications:

        "The Decline in the United States Capital-Output Ratio," <u>Economic Development and Cultural Change,</u> July, 1968.

        "Short Trading and the Price of Equities:  Some Simulation and Regression Results," <u>Journal of Financial and Quantitative Analysis,</u> September 1968.

        "Some Theoretical Difficulties in the Estimation of the Elasticity of Substitution from Cross-Section Data," <u>Western Economic Journal (Economic Inquiry),</u> June 1969.

        "The Role of Money in Economic History," in <u>Perspectives in Economics,</u> edited by John W. Snow, 1969.

        "The Demand for Equipment by Input-Output Sectors," University of Maryland Interindustry Forecasting Project, Research Memorandum Number 7, June 12, 1968.

        "Equipment Expenditures by Input-Output Industries," <u>Review of Economics and Statistics,</u> February 1971.

        "Industry and Employment Projections to 1980:  Discussion," 1970 Proceedings of the American statistical Association.

        "The Rate of Discount in Bond Refunding," <u>Financial Management,</u> Fall 1974 (with K. G. McCoin).

"An Analysis of Factors Used to Determine the Public Need for New Banks," Southern Economic Journal, July 1976 (with John Fraser).

"Estimation of Market Area Population from Residential Electrical Utility Data," Journal of Marketing Research, August 1976 (with George Hepburn).

"Bond Refunding: One or Two Faces?", Journal of Finance, March 1978 (with K.G. McCoin).

"An Analysis of Factors Used to Determine the Public Need for New Banks: Reply," Southern Economic Journal, October 1977 (with John Fraser).

"The Treatment of Income Taxes in Determining Personal Injury Awards," Jurimetrics Journal, Winter 1977 (with George Hepburn).

"Estimating the Value of a Missing Market," Journal of Law and Economics, April 1980 (with G. Daly).

"Reason and Rationality During Energy Crises," Journal of Political Economy, February 1983 (with G. Daly).

"Life-Cycle Effects, Structural Change and Long-Run Movements in the Velocity of Money," Journal of Money, Credit and Banking, May 1984 (with L. Pearl).

"Equity, Efficiency and Environmental Quality," Public Choice, No. 2, 1986 (with G. Daly).

"The Welfare Gain from Efficient Pricing of Local Telephone Service," Journal of Law and Economics, October 1987 (with James Griffin).

## 2000

| | | |
|---|---|---|
| Traci Molter | 9912027 | Brinkley v. American Home Products; 295th Harris Cty., Tx. |
| Clint Echols | 1099CI02017 | Tissue Transplant Tech. v. Southwest Tissue; 225th Bexar Cty., Tx |
| Steve Menn | H983301 * | Petrillo v. Dept. of Veterans Affairs; U. S. Houston, Tx. |
| Mike Atkinson | 9608895I | Majors v. Keller Industries; 162nd Dallas Cty., Tx. |
| Tommy Fibich | 96CV0755 * | Sandoval v. Bridon American;  10th Galveston, Cty. |
| Mark Einfalt | 9903023 | Combs v. UPS; 250th Travis Cty., Tx. |
| Newton Schwartz | 8400125 * | Choo v. Exxon Corporation; 270th Harris Cty., Tx. |
| Charles Parker | 9754485 | Peck v. American Home Products; 281st Harris Cty., Tx. |
| Troy Blakeney | 9903598 * | Tichnor v. Kurio; 334th Harris Cty., Tx. |
| Richard Mithoff | 9848856 * | Romero v. Columbia Healthcare; 295th Harris Cty., Tx. |
| Martin Mayo | C980504A | Great American Products v. Permabond; 22nd Comal Cty., Tx. |
| Sam Palermo | 44413 | Finley v. R & B Falcon Drilling; 25th Plaquemines Par., La. |
| John Carwile | 199925641 | Brown v. Martin Marietta Materials; 164th Harris Cty., Tx. |
| George Cire | 199926791 | Hirschberg v. Kellogg Brown & Root; 295th Harris, Cty., Tx. |
| Kevin Corcoran | 4251JG98 | Alms v. Nabors Drilling; 239th Brazoria Cty., Tx. |
| Kevin Corcoran | 9860597 | Limon v. Hensel Phelps Construction; 61st Harris Cty., Tx. |
| John Mastin | 98CVT00331d3 | Urdiales v. Robinson; 231st Webb Cty., Tx. |
| Malcolm Halbardier | 99CI10255 | Garcia v. Methodist Healthcare System; 285th Bexar Cty., Tx. |
| Ed Norwood | 15661 * | Guice v. Exxon; 344th Chambers Cty., Tx. |
| Jimmy Williamson | 9820396 | Draper v. Ross; 80th Harris Cty., Tx. |
| Jeff Embry | C096291 * | Gallagher v. Kawasaki; 355th Hood Cty., Tx. |
| Wayne Collins | H984105 | Gaylor v. Madison County; U. S. Houston, Tx. |
| Greig Coates | 9904490 | Grover v. Richards; 261st Travis Cty., Tx. |
| Julie Rhodes | H990659 | Reitzel v. Citizen Watch Co.; U. S., Houston, Tx. |

| | | |
|---|---|---|
| Dennis Stahl | H981349 | Westlake Polymers v. Park West Childrens Fund; U.S. Houston, T) |
| Philip Pfeifer | 308197 | Estate of Kenneth Messina; Probate #1, Harris Cty., Tx. |
| Mark Murray | 9951382 | Poole v. Pasadena Tank Corp.; 11th Harris Cty., Tx. |
| Troy Blakeney | 199946591 | Kroll v. Parkway Hospital;  281st Harris Cty., Tx. |
| Michael St. John | B161440 | Orr v. Kinder Morgan, Inc.; 60th Jefferson Cty., Tx. |
| Tanner Garth | 9745232 | Coyle v. Stanley; 333rd Harris Cty., Tx. |
| Shari Wright | 2:99CV132 | Thomas v. Mansfield Plumbing Products; U. S. Marshall, Tx. |
| Mike Herzik | 1999-37562 | Scheler v. Union Pacific; 113th Harris Cty., Tx. |
| Sam Westergren | 99602321 | Tucker v. Nations Bank; Nueces Cty., Tx. |
| Sherry Chandler | 304,197-401 | Snow v. Taylor; Probate No. 1, Harris Cty., Tx. |
| Ervin Apffel | 98CV0553 * | Toler v. Taylor; 10th Galveston Cty., Tx. |
| Jeff Embry | 399CV2022X | Verdesca v. American Airlines;  U. S. Dallas, Tx. |
| Clay Rawlings | 000201259 | Laguna v. Spells; 221st Montgomery Cty., Tx. |
| Michael Howell | 199931936 | Daniels v. Lyondell-Citgo Refining; 133rd Harris Cty., Tx |
| Steve Aldous | 9818091 * | Gardner v. Smith; 269th Harris Cty., Tx. |
| Michael O'Brien | "199932370 | Bostian v. Woman's Hospital; 280th Harris Cty., Tx. |
| Richard Plezia | A0160397 * | Dew v. Rowan Companies; 58th Jefferson Cty., Tx. |
| Annette Disch | 9759098 | Smith v. GT Bicycles; 61st Harris Cty., Tx. |
| Michael Herzik | 00cv0280 | Jacquet v. Scott: 10th Galveston Cty., Tx. |

**2001**

| | | |
|---|---|---|
| Randy Clapp | 9957263 | Bryant v. Taylor Machine Works Inc.; 281st Harris Cty., Tx. |
| Ervin Apffel | G99693 | Marabella v. AutoNation U.S.A.; U. S. Galveston, Tx. |
| Greig Coates | 984663E * | Garfield v. Thomas; 148th Nueces Cty., Tx. |
| John Buckley | 97CV1054 | Dunn v. General Motors; 56th Galveston Cty., Tx. |
| Charles Soechting | 9902781 | Frasier v. Austin Regional Clinic; 250th Travis Cty., Tx. |

| | | |
|---|---|---|
| Sara Fendia | 9934744 | Gould v. Dunn; 157th Harris Cty., Tx. |
| Gary Riebschlager | H992202 | Nallie v. Chemical Leaman Tank Lines; U. S. Houston, Tx. |
| Traci Molter | 199948795 | Vidal v. American Home Products; 189th Harris Cty., Tx. |
| David Medack | H001858 | Taber v. A&L Trucking; U.S. Houston, Tx. |
| Michael Fuerst | 0002144 * | Fulton v. Michelin; 35th Brown Cty., Tx. |
| Robert Ammons | 9932362 | Gift v. Tribble & Stephens Co.; 270th Harris Cty., Tx. |
| Edwin McAninch | 000238299 * | Cano v. McIntyre; 79th Jim Wells Cty., Tx. |
| William Dunleavy | "9904226H | Stooksberry v. T.U. Electric; 160th Dallas Cty., Tx. |
| Linda Laurent | 991006015CV | Quiroga v. Caperton; 221st Montgomery Cty., Tx. |
| Richard Mithoff | 99681165 | McClanahan v. Baptist Healthcare; Okla. Cty., Okla. |
| Greig Coates | 986498A | Vela v. Breeling; 28th Nueces Cty., Tx. |
| Mark Elvig | H001291 * | LeMoine v. Lighthouse Capital Management; U.S. Houston, Tx. |
| Stacy Little | 18659 | Holmes v. Polk County Memorial Hospital; 411th Polk Cty., Tx. |
| Mark Strawn | 99cv1048 | Medrano v. Rapp Management; 10th Galveston Cty., Tx. |
| Joe Gibson | 000610135CV | Kelley v. Astron Residential; 365th Zavala Cty., Tx. |
| Phillip Brashier | 200007338 | Clark v. NCI Building Systems; 129th Harris Cty., Tx |
| Larry Wright | 9907017 | Zumudio v. Sheeran; 68th Dallas Cty., Tx. |
| Wayne Collins | G00248 | Walker v. City of Beasley; U. S. Galveston, Tx. |
| Richard Mithoff | 101,101 | Rudolph v. Polly Ryan Hospital; 240th Fort Bend Cty., Tx. |
| Tommy Jacks | GNO01005 | Rentfro v. Ward; 200th Travis Cty., Tx. |
| Gina Benavides | 4184 | Saldivar v. Jascon, Inc.; 49th Zapata Cty., Tx. |
| Cyndi Rusnak | 00CV0215 | Cifre v. McCormick;  56th Galveston Cty., Tx. |
| Howard Singleton | 9942976 * | Cheatham v. Scanlon; 80th Harris Cty., Tx. |
| S. Tanner Garth | 199918890 * | Admire v. H. E. Butt Grocery Co.; 127th Harris Cty., Tx. |
| Lynn Bradshaw | 2000104138E | Hermez v. AC&S, Inc.; 357th Cameron Cty., Tx. |

| | | |
|---|---|---|
| Giles Kibbe | E157171 | Duhon v. Ford Motor Co., 172 Jefferson Cty., Tx |
| Monica Vaughan | 200015815 | Garcia v. Honda Motor Co., 55th Harris Cty., Tx. |
| Wes Harris | 34218250200 | Butler v. Childtime Childcare; 342nd Tarrant Cty., Tx. |
| Malcolm Halbardier | 99658H | Ghormley v. Bay Area Healthcare; 347th Nueces Cty., Tx. |
| Larry Laden | GN002986 | Stahl v. Robbins; 200th Travis Cty., Tx. |
| Mike Phifer | 000482-C * | Tripp v. Bridgestone/Firestone; 128th Orange Cty., Tx. |
| Jimmy Williamson | 200028857 | Schoppa v. Christus Health; 11th Harris Cty., Tx. |
| Charles Finley | 200019870 * | Lewis v. United Parcel Service; 189th Harris Cty., Tx. |
| Wayne Collins | 99CV0565 | Patton & Mills v. Galveston Cty., 122nd Galveston Cty., Tx. |
| Sherry Chandler | 2000CVQ001258D1 | Martinez v. Pacific Gas & Electric; 49th Webb Cty., Tx. |
| Shira Yoshor | 200025157 * | De Los Santos v. Sunbelt Medical; 113th Harris Cty., Tx. |
| Charles Houssiere | 200057810 | Johnson v. McBath; 157th Harris Cty., Tx. |
| Paul Warner | 200039657 | Quintanilla v. Wang; 61st Harris Cty., Tx. |
| Ed McClees | 62376 | Grigsby v. Trees of Baytown; Liberty Cty., Tx. |

**2002**

| | | |
|---|---|---|
| Monica Vaughan | 200018774 * | McCabe v. Allison; 152nd Harris Cty., Tx. |
| Lee Brown | CJ2000-02404 | Rinn v. Ford Motor Co., Tulsa Cty., Oklahoma. |
| Monica Vaughan | 200054451 | Smith v. Weingarten Realty Management Co.; 189th Harris Cty., Tx |
| Gene Hagood | 199956137 | Murphy v. Chusei; 165th Harris Cty., Tx. |
| Mac Hancock | 2000-51989 | Allen v. Parker Drilling; 234th Harris Cty., Tx. |
| Jeff Kuhn | 2001-09097 | Parker v. Schumacher; 133 Harris Cty., Tx. |
| Michael Phillips | 3184BH97 | Austin v. Weems; 23rd Brazoria Cty., Tx. |
| Brent Perry | 9502B6731CV | Miller v. Miller; 394th Brewster Cty., Tx. |
| Richard Mithoff | 2000-63125 | Henriquez v. Memorial Hermann Healthcare; 295th Harris Cty., Tx. |
| Tanner Garth | 2000-13694 | Espinosa v. TVO Southwest Partners; 190th Harris Cty., Tx. |

| | | |
|---|---|---|
| Monica Vaughan | 200113634 | Linch v. HNMC, Inc.; 280th Harris Cty., Tx. |
| Richard Mithoff | 2000510545 | Butler v. Covenant Health System; 72nd Lubbock Cty., Tx. |
| Dennis Reich | 004471RJN | Wood et al. v. Armstrong World Industries; U. S. Bankruptcy, Del. |
| Troy Blakeney | 200052613 | Businelle v. Newcor Partners; 334th Harris Cty., Tx. |
| Larry Wright | 011217745MCV | Hosick v. Horizon Freight Line; 365th Maverick Cty., Tx. |
| Joe Stephens | G01533 | Richard v. Santa Fe International; U. S. Galveston, Tx. |
| Shana Calderon | G01372 * | Nurudeen v. Amistco; U. S. Galveston, Tx. |
| Chad Points | B-163,378 | Anthony v. Sultana; 60th Jefferson Cty., Tx. |
| Richard Mithoff | 2000-38793 | Barrera v. Bayou City Medical Center; 234th Harris Cty., Tx. |
| Mance Michael Park | 21399 | Carpentier v. Roehl Transport Inc.; 12th Walker Cty., Tx. |
| Michael Kerensky | 9856532 | Smith v. Saw Pipes USA, Inc.; 270th Harris Cty., Tx. |
| Russell Cook | 200107901 | Liles v. Dresser Minerals International Inc.; 269th Harris Cty., Tx. |
| Hunter Craft | B010416 | Hardin v. Bridgestone/Firestone; 163rd Orange Cty., Tx. |
| Monica Vaughan | IP009373CB/S | Underwood v. Bridgestone/Firestone; U.S. Indianapolis, Indiana. |
| Valorie Davenport | G96493 | Rivas v. Monsanto; U. S. Galveston, Tx. |
| Frank Wathen | GN201185 * | Miller v. Kellogg-Brown & Root; 261st Travis Cty., Tx. |
| Monica Vaughan | 006691-H | Lewis v. Driscoll Children's Hospital, 347th Nueces Cty., Tx. |
| Hunter Craft | 200151457 | Nava v. Gilbane Building Co.; 189th Harris Cty., Tx. |
| Sherry Chandler | H011311 * | Ross v. Marshall; U. S. Houston, Tx. |
| Thomas Ard | 2001CI17230 * | Rodriguez v. Urbanezyk; 224th Bexar Cty., Tx. |
| David Petersen | C200110594 * | Odom v. Enclade; 164th Harris Cty., Tx. |
| Stacy Little | 17598BH01 | Kimball v. Nowitz; 23rd Brazoria Cty., Tx. |
| Randy Sorrels | 200040605 | Flores v. Memorial Herman Hospital System; 215th Harris Cty., Tx. |
| Pete Schneider | 199958979 * | Simpson v. Walton; 281st Harris Cty., Tx. |

| | | |
|---|---|---|
| Bob Grove | 74758a * | Monaco v. City of austin; Probate #1, Travis Cty., Tx. |
| Jeffery Pratt | 200161502 * | Shackleford v. St. Luke's Episcopal Hospital; 281st Harris Cty., Tx. |
| Ellen Spovach | 200132316 * | Garcia v. Duke Energy; 269th Harris Cty., Tx. |

**2003**

| | | |
|---|---|---|
| Gary DiMuzio | 02604640004 | Caudillo v. Able Supply;  4th Nuces Cty., Tx. |
| Carl Shaw | 112418 | Cooper v. Columbia Woman's Hospital; 268th Fort Bend Cty., Tx. |
| Lance Amey | C17279-2001 | Adams v. Zidek; 145th Nacogdoches Cty., Tx. |
| A. Lewis Ward | 321751-401 | DeLeon v. Hernandez;  Probate Ct. #2 Harris Cty., Tx. |
| Jennifer Melby | 200052097 * | Jordan v. Sava;  152nd Harris Cty., Tx. |
| Roger McCabe | 200119138 | Reel v. Hammerblow Corp.;  344th Chambers Cty., Tx. |
| Tracey Conwell | 318544-401 * | The Estate of Javier Canales;  Probate Court #2 Harris Cty., Tx. |
| John O'Quinn | 2000-22588 | Anglo-Dutch v. Ramco Oil & Gas; 61st Harris Cty., Tx. |
| Tommy Hastings | 200125850 * | Chapman v. Rosenblatt;  164th Harris Cty., Tx. |
| William Blankenship | 0203261 | Whiddon v. Daniel;  162nd Dallas Cty., Tx. |
| Sherie Beckman | 200106240 * | Earles v. Columbia Clear Lake Regional Med. Ctr.; Harris Cty., Tx. |
| Michael Ysasaga | 991207017CV | Wood v. Korthauer;  284th Montgomery Cty., Tx. |
| Katherine Flanagan | 701600035601 * | Johnson v. Air Liquide; Amer. Arbitration Assn., Houston, Tx. |
| Traci Molter | 200145885 | Shelton v. TXU Corp.; 295th Harris Cty., Tx. |
| Monica Vaughan | 200200540 | Vickery v. Conroe Hospital Corp.; 215th Harris Cty., Tx. |
| Jeffrey Embry | 0200444 | Lynch v. Flowers; 294th Van Zandt Cty., Tx. |
| Michael Mallia | 401100600 | Charboneau-McInnis  v. Alo; 401st Collin Cty., Tx. |
| Thomas Bartlett | 200152191 * | Ross v. Booker; 190th Harris Cty., Tx. |
| Dana Morris | A160872 | McCormick v. Wyeth; 58th Jefferson Cty., Tx. |
| C. Douglas Wheat | G01494 * | Jose Cantu v. Weeks Marine;  U. S. Galveston, Tx. |
| Francisco Medina | 200141074 | Molina v. Flash Van Tours, Inc.; 80th Harris Cty., Tx. |

| | | |
|---|---|---|
| B. Adam Terrell | A166793 * | Ramie Griffin, Jr. v. Mid Century Insurance; 58th Jefferson Cty., Tx |
| David Bickham | 981204373CV * | McRight v. Branham Industries; 359th Montgomery Cty., Tx. |
| Frank Perez | C20302D | Jose L. Garcia v. Weeks Marine; 206th Cameron Cty., Tx. |
| Dana LeJune | 200252101 | Belinda Block v. Transworld Oil U. S. A.; 157th Harris Cty., Tx. |
| Glen Johnson | C200000357 * | Blue v. Kawasaki; 249th Johnson Cty., Tx. |
| Matthew Popp | H010653 * | Weeks Marine v. Oscar Garza;  U. S. Houston, Tx. |
| Lionel Castro | 200101808 | Arredondo v. UTI Drilling; 165th Harris Cty., Tx. |
| Martin Siegel | 02CV0782 | Singer v. Memorial Hermann Hospital;  56th Galveston Cty., Tx. |
| Brent Freefield | 0200222 | Pena v. Texas Utilities Company; 193rd Dallas Cty., Tx. |
| Ben Martin | 0205307 | Creech v. Columbia Medical Center; 192nd Dallas Cty., Tx. |
| Jack Washburn | 200219114 | Johnson v. Seger; 157th Harris Cty., Tx. |
| George Crow | 6740-D | Evergreen v. Guetersloh;  350th Taylor Cty., Tx. |
| Dana Morris | E167334 | Cappel v. Wyeth; 172nd Jefferson Cty., Tx. |
| Mark Guerrero | 0006561000G | Herrera v. Corpus Christi Hospitaliists; 319th Nueces Cty., Tx. |
| John Carwile | 200302895C | Sema v. Union Pacific;  197th Cameron Cty., Tx. |
| Timothy McInturf | 200234533 * | Gonzales v. S&B Engineers; 280th Harris Cty., Tx. |
| Monica Vaughan | 02RB2384MJW | Callahan v. Ford Motor Company; U. S. Colorado. |
| Carl Shaw | GNO-02295 | Couey v. Omni Hotels Management Corp.:  201st Travis Cty., Tx. |
| Elizabeth Hawkins | 332762401 | Aleman v. Curtis; Probate Court #1 Harris Cty., Tx. |
| Bernard Bolanos | 200211894 * | Mier v. Casteel Automatic Fire protection; 127th Harris Cty., Tx. |
| Lance Kassab | GN300932 | Prpic v. Graham; 250th Travis Cty., Tx. |
| Mark Weycer | 200258145 | Namirembe v. Chavez; 190th Harris Cty., Tx. |

**2004**

| | | |
|---|---|---|
| Larry Wright | GN204104 | Segouin v. Childrens' Hospital of Austin; 98th Travis Cty., Tx. |
| Thomas Bilek | DC01231 | Garza v. General Motors Corp.; 229th Duval Cty., Tx. |

| | | |
|---|---|---|
| Maria Boyce | 1:01cv0011 * | Cole v. BASF Corporation; U. S. Beaumont Tx. |
| Joe Alexander | 200159368 | Nettles v. Enterprise Leasing; 189th Harris Cty., Tx. |
| Ashton Bachynsky | 03CV0017 | Rose v The Dallas Group of America: 212th Galveston Cty., Tx. |
| Elizabeth Hawkins | 28,709-A | Ozuna v. McAllen Medical Center; Probate No. 1, Hidalgo Cty., Tx. |
| Larry Wright | 2002-65737 | Dixon v. Schaeffer;  133rd Harris Cty., Tx. |
| Vernon Lewis | G03187 | Weldon v. U. S. A.; U. S. Galveston, Tx. |
| Mike O'Brien | 010617403CV | Rincon v. Ford Motor Company; 385th Maverick Cty., Tx. |
| Russell Briggs | 200217799 | Butler v. Schindler Elevator Co.; 333rd Harris Cty., Tx. |
| Frank Perez | DC02193 * | Salinas v. Atlantic Sounding; 381st Starr Cty., Tx. |
| Gail Friend | 200255088 | Scholton v. Mary Es-Beaver; 61st Harris Cty., Tx. |
| Shari Wright | 200264580 | Lynch v. Adam; 61st Harris Cty., Tx. |
| John O'Quinn | E167334 * | Coffee v. Wyeth; 172 Jefferson Cty., Tx. |
| Joe Alexander | 200315203 | Kennemer v. Memorial Hermann Hospital; 80th Harris Cty., Tx. |
| Bryan Akin | 22781BH03 | Diaz v. BLSR Operating; 23rd Brazoria Cty., Tx. |
| Ashton Bachynsky | 03CV0017 * | James Rose v. The Dallas Group; 212th Galveston Cty., Tx. |
| John Mastin | 2003CI10017 | Hunter v. Radicke;  407th Bexas Cty., Tx. |
| Charles Soechting | 200144491 * | Guardado v. Northwest Miami Gardens; 61st Harris Cty., Tx. |
| Joseph Alexander | 200246296 | Cameron V. St. Luke's Episcopal Hospital; 269th Harris Cty., Tx. |
| Carl Shaw | 200229009 | Patel v. Christus Health Gulf Coast; 80th Harris Cty., Tx. |
| Sherie Beckman | 2001CI17874 | Kennedy v. Perrigo Company; 225th Bexas Cty., Tx. |

* Denotes trial testimony.

DR. THOMAS H. MAYOR

May 6, 2004

Mr. William J. Stradley
Mithoff & Jacks
One Allen center - Penthouse
500 Dallas
Houston, Texas 77002

Re: Lisa Guerra

Dear Mr. Stradley:

I have completed a preliminary analysis of the present cash value of Ms. Lisa Guerra's economic losses resulting from her injury on July 20, 2003. There are two elements of damage that I have considered: (1) lost earning capacity and (2) the present value of future medical care. In preparing my analysis I have relied on (1) the Life Care Plan prepared by Ms. Terry Arnold, (2) the Expert Report of Mr. William J. Kramberg and (3) various statistical sources cited below.

**Unimpaired Earning Capacity**

Ms. Guerra was only 20 at the date of her injury, and was a student at the University of Texas, Pan American. Mr. Kramberg believes that but for her injury Ms. Guerra had the future earning capacity of an average female Hispanic college graduate (a money income level of $43,231 per year) or of an average physician's assistant (a money income level of $71,120 per year). With the addition of a 16% allowance for typical fringe benefits (see attachment), the average annual compensation rates would be about $50,148 and $82,499 respectively.

The attached Table 1A estimates the present cash value of Ms. Guerra's lost earning capacity (before any possible mitigation) from January 1, 2006, to age 56.2 (a retirement age based on a birthdate of October 16, 1982, and on the attached work life table). Table 1A starts with the annual compensation rate of $50,148. Table 1 then adjusts this current dollar compensation rate for future "cost of living" wage increases as well as for discounting to present value. It does so by performing two separate present value calculations. In the first calculation, Columns (4) and (5)

of Table 1 estimate present value using the U. S. experience period since 1947, when average wages grew about one percentage point per year above the interest rate on safe investments such as U. S. Treasury bills (implying a "net discount rate" of minus one percent). In the second calculation, Columns (7) and (8) of Table 1 estimate present value using the experience period since 1970, when average interest rates on safe investments exceeded wage growth by about one percentage point per year (implying a "net discount rate" of plus one percent). These two calculations provide a range of present values for Mr. Guerra's *future* lost earning capacity (before allowance for any mitigation of earnings) from **$1,987,819** to **$1,389,444**.

The attached Table 1B performs a similar calculation on the assumption that but for her injury Ms. Guerra would have become a physician's assistant averaging about $82,499 per year in current dollars. The resulting present value range is **$3,270,182** to **$2,285,788**.

**Impaired Earning Capacity**

Mr. Kramberg expects Ms. Guerra to be able to earn some income in the future, but he lists several factors which are likely to diminish that ability:

(1).    She may have difficulty completing a college education.

(2).    Women with disabilities tend to earn 15% to 29% less when working.

(3).    Persons with disabilities tend to work fewer years.

Figures cited by Mr. Kramberg indicate that Hispanic women with some college but no Bachelor's degree earn about 38% less than Hispanic women with a Bachelor's degree. If Ms Guerra is not able to complete a college degree, therefore, she might well lose 38% of the capacity of a typical college graduate plus further reductions based on lower income while working and on a lower work life expectancy. If we use the mid-point of the 15% to 29% range cited above (22%) to account for lower earnings and if we use an approximate 50% reduction in work life expectancy (based on a 34.2% probability of a disabled worker being employed, as cited by Kramberg, versus a more normal 70% or so), then the present value range for her likely future earnings would be about **$480,655** to **$335,968** -- calculated as the present value range in Table 1A, $1,987,819 to $1,389,444, x 62% x 78% x 50%. This $480,655 to $335,968 range could be subtracted from either the range estimated in Table 1A or the range estimated in Table 1B to arrive at an estimate of her net mitigated, loss of earning capacity.

The above calculation of Ms. Guerra's potential loss is meant to be one illustration of how her loss of earning capacity may be estimated. The calculation should, of course, be modified depending on the medical evidence at time of trial.

2

**Present Value of Life Care Plan**

The Life Care Plan recommends continuing care in varying dollar amounts for the remainder of Ms. Guerra's life (to age 80.8 based on the attached U. S. life expectancy table).   These amounts appear in Column (3) of the attached Table 2.  The one-time cost of $7,775 is added to the costs for 2004.  Using the same methodology as described above with regard to Tables 1A and 1B, the remaining columns of Table 2 estimate the present value range required to fund the Plan.  That range is **$478,293 to $291,468**.

Pursuant to Rule 26 I attach a resume and a list of prior testimony.  My fees are based on an hourly rate of $250.

If you have any questions or require anything additional, please let me know.


Sincerely,

Thomas H. Mayor

TM/tm

3

TABLE 1A
LOST EARNING CAPACITY - MS. LISA GUERRA

| YEAR | AGE | EARN | PV | CUMPV | EARN | PV | CUMPV |
|------|-----|------|------|-------|------|------|-------|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| 2006 | 23 | 50,148 | 51,156 | 51,156 | 50,148 | 49,160 | 49,160 |
| 2007 | 24 | 50,148 | 51,668 | 102,824 | 50,148 | 48,673 | 97,833 |
| 2008 | 25 | 50,148 | 52,184 | 155,008 | 50,148 | 48,191 | 146,024 |
| 2009 | 26 | 50,148 | 52,706 | 207,714 | 50,148 | 47,714 | 193,738 |
| 2010 | 27 | 50,148 | 53,233 | 260,947 | 50,148 | 47,242 | 240,980 |
| 2011 | 28 | 50,148 | 53,765 | 314,712 | 50,148 | 46,774 | 287,754 |
| 2012 | 29 | 50,148 | 54,303 | 369,015 | 50,148 | 46,311 | 334,065 |
| 2013 | 30 | 50,148 | 54,846 | 423,862 | 50,148 | 45,852 | 379,917 |
| 2014 | 31 | 50,148 | 55,395 | 479,256 | 50,148 | 45,398 | 425,315 |
| 2015 | 32 | 50,148 | 55,949 | 535,205 | 50,148 | 44,949 | 470,264 |
| 2016 | 33 | 50,148 | 56,508 | 591,713 | 50,148 | 44,504 | 514,768 |
| 2017 | 34 | 50,148 | 57,073 | 648,786 | 50,148 | 44,063 | 558,831 |
| 2018 | 35 | 50,148 | 57,644 | 706,430 | 50,148 | 43,627 | 602,458 |
| 2019 | 36 | 50,148 | 58,220 | 764,650 | 50,148 | 43,195 | 645,653 |
| 2020 | 37 | 50,148 | 58,802 | 823,452 | 50,148 | 42,767 | 688,420 |
| 2021 | 38 | 50,148 | 59,390 | 882,843 | 50,148 | 42,344 | 730,764 |
| 2022 | 39 | 50,148 | 59,984 | 942,827 | 50,148 | 41,925 | 772,689 |
| 2023 | 40 | 50,148 | 60,584 | 1,003,412 | 50,148 | 41,510 | 814,198 |
| 2024 | 41 | 50,148 | 61,190 | 1,064,602 | 50,148 | 41,099 | 855,297 |
| 2025 | 42 | 50,148 | 61,802 | 1,126,404 | 50,148 | 40,692 | 895,989 |
| 2026 | 43 | 50,148 | 62,420 | 1,188,824 | 50,148 | 40,289 | 936,277 |
| 2027 | 44 | 50,148 | 63,044 | 1,251,868 | 50,148 | 39,890 | 976,167 |
| 2028 | 45 | 50,148 | 63,675 | 1,315,542 | 50,148 | 39,495 | 1,015,662 |
| 2029 | 46 | 50,148 | 64,311 | 1,379,854 | 50,148 | 39,104 | 1,054,766 |
| 2030 | 47 | 50,148 | 64,955 | 1,444,808 | 50,148 | 38,717 | 1,093,482 |
| 2031 | 48 | 50,148 | 65,604 | 1,510,412 | 50,148 | 38,333 | 1,131,816 |
| 2032 | 49 | 50,148 | 66,260 | 1,576,673 | 50,148 | 37,954 | 1,169,770 |
| 2033 | 50 | 50,148 | 66,923 | 1,643,595 | 50,148 | 37,578 | 1,207,348 |
| 2034 | 51 | 50,148 | 67,592 | 1,711,187 | 50,148 | 37,206 | 1,244,553 |
| 2035 | 52 | 50,148 | 68,268 | 1,779,455 | 50,148 | 36,838 | 1,281,391 |
| 2036 | 53 | 50,148 | 68,951 | 1,848,406 | 50,148 | 36,473 | 1,317,864 |
| 2037 | 54 | 50,148 | 69,640 | 1,918,046 | 50,148 | 36,112 | 1,353,976 |
| 2038 | 55 | 49,747 | 69,774 | 1,987,819 | 49,747 | 35,468 | 1,389,444 |

FUTURE TO AGE 56.2    1,987,819        1,389,444

Note: Based on average earnings of an hispanic female college graduate.

**TABLE 1B**
**LOST EARNING CAPACITY - MS. LISA GUERRA**

| YEAR (1) | AGE (2) | EARN (3) | PV (4) | CUMPV (5) | EARN (6) | PV (7) | CUMPV (8) |
|---|---|---|---|---|---|---|---|
| 2006 | 23 | 82,499 | 84,157 | 84,157 | 82,499 | 80,873 | 80,873 |
| 2007 | 24 | 82,499 | 84,999 | 169,156 | 82,499 | 80,073 | 160,946 |
| 2008 | 25 | 82,499 | 85,849 | 255,005 | 82,499 | 79,280 | 240,226 |
| 2009 | 26 | 82,499 | 86,707 | 341,712 | 82,499 | 78,495 | 318,721 |
| 2010 | 27 | 82,499 | 87,574 | 429,286 | 82,499 | 77,718 | 396,439 |
| 2011 | 28 | 82,499 | 88,450 | 517,737 | 82,499 | 76,948 | 473,387 |
| 2012 | 29 | 82,499 | 89,335 | 607,071 | 82,499 | 76,186 | 549,574 |
| 2013 | 30 | 82,499 | 90,228 | 697,299 | 82,499 | 75,432 | 625,006 |
| 2014 | 31 | 82,499 | 91,130 | 788,429 | 82,499 | 74,685 | 699,691 |
| 2015 | 32 | 82,499 | 92,042 | 880,471 | 82,499 | 73,946 | 773,637 |
| 2016 | 33 | 82,499 | 92,962 | 973,433 | 82,499 | 73,214 | 846,850 |
| 2017 | 34 | 82,499 | 93,892 | 1,067,324 | 82,499 | 72,489 | 919,339 |
| 2018 | 35 | 82,499 | 94,830 | 1,162,155 | 82,499 | 71,771 | 991,110 |
| 2019 | 36 | 82,499 | 95,779 | 1,257,934 | 82,499 | 71,060 | 1,062,171 |
| 2020 | 37 | 82,499 | 96,737 | 1,354,670 | 82,499 | 70,357 | 1,132,528 |
| 2021 | 38 | 82,499 | 97,704 | 1,452,374 | 82,499 | 69,660 | 1,202,188 |
| 2022 | 39 | 82,499 | 98,681 | 1,551,055 | 82,499 | 68,971 | 1,271,159 |
| 2023 | 40 | 82,499 | 99,668 | 1,650,723 | 82,499 | 68,288 | 1,339,446 |
| 2024 | 41 | 82,499 | 100,664 | 1,751,387 | 82,499 | 67,612 | 1,407,058 |
| 2025 | 42 | 82,499 | 101,671 | 1,853,058 | 82,499 | 66,942 | 1,474,000 |
| 2026 | 43 | 82,499 | 102,688 | 1,955,746 | 82,499 | 66,279 | 1,540,279 |
| 2027 | 44 | 82,499 | 103,715 | 2,059,461 | 82,499 | 65,623 | 1,605,903 |
| 2028 | 45 | 82,499 | 104,752 | 2,164,213 | 82,499 | 64,973 | 1,670,876 |
| 2029 | 46 | 82,499 | 105,799 | 2,270,012 | 82,499 | 64,330 | 1,735,206 |
| 2030 | 47 | 82,499 | 106,857 | 2,376,869 | 82,499 | 63,693 | 1,798,899 |
| 2031 | 48 | 82,499 | 107,926 | 2,484,795 | 82,499 | 63,063 | 1,861,962 |
| 2032 | 49 | 82,499 | 109,005 | 2,593,801 | 82,499 | 62,438 | 1,924,400 |
| 2033 | 50 | 82,499 | 110,095 | 2,703,896 | 82,499 | 61,820 | 1,986,220 |
| 2034 | 51 | 82,499 | 111,196 | 2,815,092 | 82,499 | 61,208 | 2,047,428 |
| 2035 | 52 | 82,499 | 112,308 | 2,927,400 | 82,499 | 60,602 | 2,108,030 |
| 2036 | 53 | 82,499 | 113,431 | 3,040,831 | 82,499 | 60,002 | 2,168,032 |
| 2037 | 54 | 82,499 | 114,566 | 3,155,397 | 82,499 | 59,408 | 2,227,439 |
| 2038 | 55 | 81,839 | 114,786 | 3,270,182 | 81,839 | 58,349 | 2,285,788 |

FUTURE TO AGE 56.2    | 3,270,182 |    | 2,285,788 |

Note: Based on average earnings of a physician's assistant..

TABLE 2
FUTURE COST OF MEDICAL CARE - MS. LISA GUERRA

| YEAR | AGE | CARE | PV | CUMPV | CARE | PV | CUMPV |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| 2004 | 21 | 58,221 | 58,221 | 58,221 | 58,221 | 58,221 | 58,221 |
| 2005 | 22 | 8,189 | 8,271 | 66,492 | 8,189 | 8,108 | 66,329 |
| 2006 | 23 | 10,079 | 10,282 | 76,773 | 10,079 | 9,880 | 76,209 |
| 2007 | 24 | 5,447 | 5,612 | 82,386 | 5,447 | 5,287 | 81,496 |
| 2008 | 25 | 4,697 | 4,888 | 87,273 | 4,697 | 4,514 | 86,010 |
| 2009 | 26 | 4,697 | 4,937 | 92,210 | 4,697 | 4,469 | 90,479 |
| 2010 | 27 | 4,697 | 4,986 | 97,196 | 4,697 | 4,425 | 94,904 |
| 2011 | 28 | 4,697 | 5,036 | 102,232 | 4,697 | 4,381 | 99,285 |
| 2012 | 29 | 4,697 | 5,086 | 107,318 | 4,697 | 4,338 | 103,622 |
| 2013 | 30 | 4,697 | 5,137 | 112,455 | 4,697 | 4,295 | 107,917 |
| 2014 | 31 | 4,697 | 5,188 | 117,643 | 4,697 | 4,252 | 112,169 |
| 2015 | 32 | 4,697 | 5,240 | 122,884 | 4,697 | 4,210 | 116,379 |
| 2016 | 33 | 4,697 | 5,293 | 128,176 | 4,697 | 4,168 | 120,547 |
| 2017 | 34 | 4,697 | 5,346 | 133,522 | 4,697 | 4,127 | 124,674 |
| 2018 | 35 | 4,697 | 5,399 | 138,921 | 4,697 | 4,086 | 128,761 |
| 2019 | 36 | 4,697 | 5,453 | 144,374 | 4,697 | 4,046 | 132,806 |
| 2020 | 37 | 4,697 | 5,508 | 149,882 | 4,697 | 4,006 | 136,812 |
| 2021 | 38 | 4,697 | 5,563 | 155,444 | 4,697 | 3,966 | 140,778 |
| 2022 | 39 | 4,697 | 5,618 | 161,063 | 4,697 | 3,927 | 144,705 |
| 2023 | 40 | 4,697 | 5,674 | 166,737 | 4,697 | 3,888 | 148,593 |
| 2024 | 41 | 4,697 | 5,731 | 172,468 | 4,697 | 3,849 | 152,442 |
| 2025 | 42 | 4,697 | 5,789 | 178,257 | 4,697 | 3,811 | 156,254 |
| 2026 | 43 | 4,697 | 5,846 | 184,103 | 4,697 | 3,774 | 160,027 |
| 2027 | 44 | 4,697 | 5,905 | 190,008 | 4,697 | 3,736 | 163,763 |
| 2028 | 45 | 4,697 | 5,964 | 195,972 | 4,697 | 3,699 | 167,463 |
| 2029 | 46 | 4,697 | 6,024 | 201,996 | 4,697 | 3,663 | 171,125 |
| 2030 | 47 | 4,697 | 6,084 | 208,080 | 4,697 | 3,626 | 174,751 |
| 2031 | 48 | 4,697 | 6,145 | 214,224 | 4,697 | 3,590 | 178,342 |
| 2032 | 49 | 4,697 | 6,206 | 220,430 | 4,697 | 3,555 | 181,897 |
| 2033 | 50 | 10,205 | 13,619 | 234,049 | 10,205 | 7,647 | 189,544 |
| 2034 | 51 | 5,455 | 7,353 | 241,401 | 5,455 | 4,047 | 193,591 |
| 2035 | 52 | 5,455 | 7,426 | 248,827 | 5,455 | 4,007 | 197,598 |
| 2036 | 53 | 5,455 | 7,500 | 256,328 | 5,455 | 3,967 | 201,565 |
| 2037 | 54 | 5,455 | 7,575 | 263,903 | 5,455 | 3,928 | 205,494 |
| 2038 | 55 | 5,455 | 7,651 | 271,554 | 5,455 | 3,889 | 209,383 |
| 2039 | 56 | 5,455 | 7,728 | 279,282 | 5,455 | 3,851 | 213,234 |
| 2040 | 57 | 5,455 | 7,805 | 287,087 | 5,455 | 3,813 | 217,046 |
| 2041 | 58 | 5,455 | 7,883 | 294,969 | 5,455 | 3,775 | 220,821 |
| 2042 | 59 | 5,455 | 7,962 | 302,931 | 5,455 | 3,738 | 224,559 |
| 2043 | 60 | 5,455 | 8,041 | 310,972 | 5,455 | 3,701 | 228,259 |
| 2044 | 61 | 5,455 | 8,122 | 319,094 | 5,455 | 3,664 | 231,923 |
| 2045 | 62 | 5,455 | 8,203 | 327,297 | 5,455 | 3,628 | 235,551 |
| 2046 | 63 | 5,455 | 8,285 | 335,582 | 5,455 | 3,592 | 239,142 |
| 2047 | 64 | 5,455 | 8,368 | 343,950 | 5,455 | 3,556 | 242,698 |
| 2048 | 65 | 5,455 | 8,452 | 352,402 | 5,455 | 3,521 | 246,219 |
| 2049 | 66 | 5,455 | 8,536 | 360,938 | 5,455 | 3,486 | 249,705 |
| 2050 | 67 | 5,455 | 8,621 | 369,559 | 5,455 | 3,452 | 253,157 |
| 2051 | 68 | 5,455 | 8,708 | 378,267 | 5,455 | 3,417 | 256,574 |
| 2052 | 69 | 5,455 | 8,795 | 387,061 | 5,455 | 3,384 | 259,958 |
| 2053 | 70 | 5,455 | 8,883 | 395,944 | 5,455 | 3,350 | 263,308 |
| 2054 | 71 | 5,455 | 8,971 | 404,915 | 5,455 | 3,317 | 266,625 |
| 2055 | 72 | 5,455 | 9,061 | 413,977 | 5,455 | 3,284 | 269,909 |
| 2056 | 73 | 5,455 | 9,152 | 423,128 | 5,455 | 3,251 | 273,160 |
| 2057 | 74 | 5,455 | 9,243 | 432,372 | 5,455 | 3,219 | 276,379 |
| 2058 | 75 | 5,455 | 9,336 | 441,707 | 5,455 | 3,187 | 279,567 |
| 2059 | 76 | 5,455 | 9,429 | 451,137 | 5,455 | 3,156 | 282,723 |
| 2060 | 77 | 5,455 | 9,523 | 460,660 | 5,455 | 3,125 | 285,847 |
| 2061 | 78 | 5,455 | 9,619 | 470,279 | 5,455 | 3,094 | 288,941 |
| 2062 | 79 | 4,500 | 8,015 | 478,293 | 4,500 | 2,527 | 291,468 |
| | | | **478,293** | | | **291,468** | |

Note:  Costs begin on October 7, 2004, and end at age 80.8, 58.825 years.

Hunt, Pickersgill & Rutemiller 215

Appendix A – Table 6
HPR 1998/99 Worklife Expectancies for Women
Calculated from BLS Participation Rates by Year of Age

Partial overflow column (Advanced Degree) from preceding page:

| Advanced Degree | |
|---|---|
| General | Active |
| 38.2 | 38.5 |
| 37.4 | 37.6 |
| 36.5 | 36.8 |
| 35.7 | 35.9 |
| 34.8 | 35.0 |
| 33.8 | 34.1 |
| 33.0 | 33.1 |
| 32.1 | 32.2 |
| 31.2 | 31.3 |
| 30.3 | 30.4 |
| 29.4 | 29.5 |
| 28.4 | 28.5 |
| 27.5 | 27.6 |
| 26.6 | 26.7 |
| 25.7 | 25.8 |
| 24.8 | 24.9 |
| 23.9 | 24.0 |
| 23.0 | 23.0 |
| 22.1 | 22.1 |
| 21.1 | 21.2 |
| 20.2 | 20.3 |
| 19.3 | 19.4 |
| 18.4 | 18.5 |
| 17.5 | 17.6 |
| 16.6 | 16.8 |
| 15.8 | 15.9 |
| 14.9 | 15.0 |
| 14.0 | 14.1 |
| 13.1 | 13.3 |
| 12.2 | 12.5 |
| 11.4 | 11.6 |
| 10.5 | 10.9 |
| 9.7 | 10.1 |
| 8.9 | 9.4 |
| 8.1 | 8.6 |
| 7.4 | 8.0 |
| 6.6 | 7.3 |
| 5.8 | 6.8 |
| 5.2 | 6.3 |
| 4.6 | 5.9 |
| 4.0 | 5.6 |
| 3.6 | 5.2 |
| 3.2 | 4.8 |
| 2.8 | 4.5 |
| 2.4 | 4.3 |
| 2.1 | 4.0 |
| 1.7 | 3.7 |

998," Volume
S) microdata

| Age | Less Than High School Diploma | | High School Diploma | | Some College No Degree | | Associate Degree | | Bachelor's Degree | | Advanced Degree | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | General | Active | General | Active | General | Active | General | Active | General | Active | General | Active |
| 18.0 | 23.6 | 25.1 | 32.7 | 33.6 | | | | | | | | |
| 19.0 | 23.1 | 24.5 | 32.1 | 32.9 | 34.3 | 35.2 | | | | | | |
| 20.0 | 22.8 | 24.0 | 31.4 | 32.1 | 33.6 | 34.5 | 35.5 | 36.1 | | | | |
| 21.0 | 22.1 | 23.5 | 30.7 | 31.4 | 32.9 | 33.7 | 34.8 | 35.2 | | | | |
| 22.0 | 21.6 | 23.0 | 29.9 | 30.7 | 32.2 | 32.9 | 33.9 | 34.4 | 33.8 | 34.2 | | |
| 23.0 | 21.1 | 22.5 | 29.2 | 30.0 | 31.5 | 32.1 | 33.1 | 33.5 | 33.0 | 33.4 | | |
| 24.0 | 20.6 | 22.0 | 28.5 | 29.3 | 30.8 | 31.4 | 32.2 | 32.7 | 32.1 | 32.5 | 35.0 | 35.4 |
| 25.0 | 20.1 | 21.5 | 27.7 | 28.5 | 30.0 | 30.6 | 31.4 | 31.8 | 31.3 | 31.7 | 34.2 | 34.6 |
| 26.0 | 19.6 | 21.0 | 27.0 | 27.8 | 29.2 | 29.9 | 30.6 | 31.0 | 30.4 | 30.8 | 33.3 | 33.7 |
| 27.0 | 19.1 | 20.5 | 26.3 | 27.1 | 28.4 | 29.1 | 29.7 | 30.2 | 29.6 | 30.0 | 32.5 | 32.8 |
| 28.0 | 18.6 | 20.0 | 25.6 | 26.4 | 27.7 | 28.3 | 28.9 | 29.4 | 28.7 | 29.2 | 31.6 | 32.0 |
| 29.0 | 18.0 | 19.5 | 24.9 | 25.6 | 26.9 | 27.6 | 28.1 | 28.5 | 27.9 | 28.4 | 30.8 | 31.2 |
| 30.0 | 17.5 | 18.9 | 24.1 | 24.9 | 26.1 | 26.8 | 27.2 | 27.8 | 27.1 | 27.6 | 29.9 | 30.3 |
| 31.0 | 17.0 | 18.3 | 23.4 | 24.2 | 25.4 | 26.1 | 26.4 | 26.9 | 26.2 | 26.8 | 29.0 | 29.5 |
| 32.0 | 16.5 | 17.8 | 22.7 | 23.5 | 24.6 | 25.3 | 25.6 | 26.1 | 25.4 | 26.0 | 28.2 | 28.7 |
| 33.0 | 15.9 | 17.2 | 22.0 | 22.7 | 23.9 | 24.6 | 24.8 | 25.4 | 24.6 | 25.3 | 27.4 | 27.9 |
| 34.0 | 15.4 | 16.6 | 21.3 | 22.0 | 23.1 | 23.8 | 24.0 | 24.6 | 23.9 | 24.5 | 26.6 | 27.1 |
| 35.0 | 14.8 | 16.1 | 20.5 | 21.3 | 22.4 | 23.1 | 23.2 | 23.8 | 23.1 | 23.7 | 25.7 | 26.3 |
| 36.0 | 14.3 | 15.5 | 19.8 | 20.5 | 21.6 | 22.3 | 22.4 | 23.0 | 22.3 | 23.0 | 24.9 | 25.5 |
| 37.0 | 13.7 | 14.9 | 19.1 | 19.8 | 20.9 | 21.5 | 21.6 | 22.2 | 21.6 | 22.2 | 24.2 | 24.7 |
| 38.0 | 13.1 | 14.4 | 18.3 | 19.0 | 20.1 | 20.7 | 20.8 | 21.4 | 20.8 | 21.4 | 23.4 | 23.8 |
| 39.0 | 12.5 | 13.8 | 17.6 | 18.3 | 19.4 | 19.9 | 20.1 | 20.6 | 20.0 | 20.6 | 22.5 | 23.0 |
| 40.0 | 11.9 | 13.3 | 16.9 | 17.5 | 18.6 | 19.1 | 19.3 | 19.8 | 19.3 | 19.8 | 21.7 | 22.1 |
| 41.0 | 11.4 | 12.7 | 16.1 | 16.8 | 17.8 | 18.4 | 18.5 | 19.0 | 18.5 | 19.0 | 20.9 | 21.3 |
| 42.0 | 10.9 | 12.1 | 15.4 | 16.0 | 17.0 | 17.6 | 17.7 | 18.1 | 17.7 | 18.2 | 20.1 | 20.4 |
| 43.0 | 10.3 | 11.5 | 14.6 | 15.3 | 16.2 | 16.8 | 16.9 | 17.3 | 16.9 | 17.4 | 19.2 | 19.6 |
| 44.0 | 9.7 | 11.0 | 13.9 | 14.6 | 15.4 | 16.0 | 16.1 | 16.5 | 16.1 | 16.6 | 18.4 | 18.7 |
| 45.0 | 9.2 | 10.5 | 13.1 | 13.8 | 14.7 | 15.2 | 15.2 | 15.6 | 15.3 | 15.8 | 17.5 | 17.8 |
| 46.0 | 8.6 | 9.9 | 12.4 | 13.1 | 13.9 | 14.4 | 14.4 | 14.8 | 14.5 | 15.0 | 16.7 | 16.9 |
| 47.0 | 8.0 | 9.4 | 11.6 | 12.4 | 13.1 | 13.6 | 13.6 | 14.0 | 13.7 | 14.2 | 15.8 | 16.0 |
| 48.0 | 7.5 | 8.9 | 10.9 | 11.7 | 12.3 | 12.8 | 12.7 | 13.2 | 12.9 | 13.4 | 14.9 | 15.2 |
| 49.0 | 7.0 | 8.4 | 10.2 | 11.0 | 11.5 | 12.1 | 11.9 | 12.4 | 12.1 | 12.6 | 14.0 | 14.3 |
| 50.0 | 6.5 | 7.9 | 9.5 | 10.3 | 10.7 | 11.4 | 11.1 | 11.6 | 11.3 | 11.8 | 13.2 | 13.5 |
| 51.0 | 6.0 | 7.5 | 8.8 | 9.6 | 9.9 | 10.6 | 10.3 | 10.8 | 10.5 | 11.0 | 12.3 | 12.6 |
| 52.0 | 5.5 | 7.0 | 8.1 | 9.0 | 9.2 | 10.0 | 9.5 | 10.1 | 9.7 | 10.3 | 11.4 | 11.8 |
| 53.0 | 5.0 | 6.6 | 7.4 | 8.4 | 8.4 | 9.3 | 8.7 | 9.4 | 8.9 | 9.6 | 10.6 | 11.0 |
| 54.0 | 4.5 | 6.2 | 6.7 | 7.8 | 7.7 | 8.6 | 7.9 | 8.8 | 8.1 | 8.9 | 9.8 | 10.3 |
| 55.0 | 4.1 | 5.8 | 6.1 | 7.2 | 7.1 | 8.0 | 7.2 | 8.1 | 7.4 | 8.3 | 8.9 | 9.5 |
| 56.0 | 3.6 | 5.4 | 5.4 | 6.6 | 6.4 | 7.3 | 6.5 | 7.5 | 6.7 | 7.6 | 8.2 | 8.8 |
| 57.0 | 3.2 | 5.1 | 4.8 | 6.1 | 5.7 | 6.8 | 5.9 | 6.9 | 6.0 | 7.0 | 7.4 | 8.1 |
| 58.0 | 2.9 | 4.8 | 4.3 | 5.7 | 5.1 | 6.3 | 5.2 | 6.4 | 5.4 | 6.5 | 6.6 | 7.5 |
| 59.0 | 2.5 | 4.5 | 3.7 | 5.2 | 4.4 | 5.8 | 4.6 | 6.0 | 4.7 | 5.9 | 5.9 | 6.9 |
| 60.0 | 2.1 | 4.3 | 3.2 | 4.9 | 3.9 | 5.3 | 4.0 | 5.5 | 4.1 | 5.5 | 5.2 | 6.4 |
| 61.0 | 1.8 | 4.0 | 2.7 | 4.6 | 3.3 | 5.0 | 3.5 | 5.1 | 3.6 | 5.1 | 4.6 | 5.9 |
| 62.0 | 1.6 | 3.8 | 2.3 | 4.3 | 2.9 | 4.7 | 3.1 | 4.7 | 3.0 | 4.8 | 4.1 | 5.4 |
| 63.0 | 1.3 | 3.7 | 2.0 | 4.1 | 2.4 | 4.5 | 2.6 | 4.5 | 2.8 | 4.5 | 3.5 | 5.1 |
| 64.0 | 1.1 | 3.6 | 1.7 | 3.9 | 2.1 | 4.2 | 2.2 | 4.3 | 2.2 | 4.3 | 3.0 | 4.8 |
| 65.0 | 0.9 | 3.5 | 1.4 | 3.8 | 1.8 | 4.0 | 1.8 | 4.0 | 1.9 | 4.1 | 2.5 | 4.4 |
| 66.0 | 0.8 | 3.4 | 1.2 | 3.6 | 1.5 | 3.9 | 1.6 | 3.8 | 1.9 | 3.9 | 2.2 | 4.2 |
| 67.0 | 0.6 | 3.3 | 1.0 | 3.5 | 1.3 | 3.7 | 1.4 | 3.7 | 1.4 | 3.7 | 1.9 | 4.0 |
| 68.0 | 0.5 | 3.3 | 0.8 | 3.4 | 1.1 | 3.6 | 1.1 | 3.5 | 1.2 | 3.6 | 1.5 | 3.8 |
| 69.0 | 0.5 | 3.2 | 0.7 | 3.3 | 0.9 | 3.5 | 0.9 | 3.4 | 1.0 | 3.4 | 1.3 | 3.7 |
| 70.0 | 0.4 | 3.1 | 0.6 | 3.2 | 0.8 | 3.3 | 0.8 | 3.3 | 0.8 | 3.3 | 1.1 | 3.5 |

Sources/Notes: HPR 1998/99 WLE were calculated using "United States Life Tables, 1998," Volume 48, Number 18, Table 3, and a special tabulation of Current Population Survey (CPS) microdata files for 1998 and 1999 by the U.S. Department of Labor, Bureau of Labor Statistics.

Table 8. Employer costs per hour worked for employee compensation and costs as a percent of total compensation: Private Industry workers, by establishment employment size, March 1998

| Compensation component | All workers in private industry | | 1-99 workers | | 100 or more workers | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total | | 100-499 workers | | 500 or more workers | |
| | Cost | Percent | Cost | Percent | Cost | Percent | Cost | Percent | Cost | Percent |
| Total compensation | $18.50 | 100.0% | $15.92 | 100.0% | $21.20 | 100.0% | $17.52 | 100.0% | $25.56 | 100.0% |
| Wages and salaries | 13.47 | 72.8 | 12.01 | 75.4 | 15.01 | 70.8 | 12.67 | 72.3 | 17.78 | 69.6 |
| Total benefits | 5.02 | 27.1 | 3.91 | 24.6 | 6.19 | 29.2 | 4.85 | 27.7 | 7.78 | 30.4 |
| Paid leave | 1.16 | 6.3 | .81 | 5.1 | 1.53 | 7.2 | 1.08 | 6.2 | 2.07 | 8.1 |
| Vacation | .59 | 3.1 | .39 | 2.4 | .77 | 3.6 | .53 | 3.0 | 1.05 | 4.1 |
| Holiday | .40 | 2.2 | .29 | 1.8 | .51 | 2.4 | .37 | 2.1 | .68 | 2.7 |
| Sick | .14 | .8 | .09 | .6 | .18 | .8 | .13 | .7 | .24 | .9 |
| Other | .05 | .3 | .03 | .2 | .07 | .3 | .05 | .3 | .09 | .4 |
| Supplemental pay | .56 | 3.0 | .43 | 2.7 | .69 | 3.3 | .57 | 3.3 | .84 | 3.3 |
| Premium[1] | .22 | 1.2 | .15 | .9 | .29 | 1.4 | .25 | 1.4 | .34 | 1.3 |
| Shift differential | .05 | .3 | (2) | (2) | .05 | .2 | .05 | .3 | .13 | .5 |
| Nonproduction bonuses | .29 | 1.6 | .27 | 1.7 | .32 | 1.5 | .27 | 1.5 | .37 | 1.4 |
| Insurance | 1.10 | 5.9 | .80 | 5.0 | 1.42 | 6.7 | 1.11 | 6.3 | 1.78 | 7.0 |
| Life | .04 | .2 | .03 | .2 | .06 | .3 | .04 | .2 | .07 | .3 |
| Health | 1.00 | 5.4 | .73 | 4.6 | 1.28 | 6.0 | 1.01 | 5.8 | 1.59 | 6.2 |
| Short-term disability[3] | .04 | .2 | .02 | .1 | .05 | .2 | .04 | .2 | .08 | .3 |
| Long-term disability | .02 | .1 | (2) | (2) | .03 | .1 | .02 | .1 | .04 | .2 |
| Retirement and savings | .55 | 3.0 | .35 | 2.2 | .75 | 3.5 | .51 | 2.9 | 1.04 | 4.1 |
| Defined benefit | .24 | 1.3 | .13 | .8 | .37 | 1.7 | .20 | 1.1 | .56 | 2.2 |
| Defined contribution | .30 | 1.6 | .23 | 1.4 | .39 | 1.8 | .31 | 1.8 | .48 | 1.9 |
| Legally required benefits | 1.63 | 8.8 | 1.51 | 9.5 | 1.76 | 8.3 | 1.57 | 9.0 | 1.97 | 7.7 |
| Social Security[4] | 1.12 | 6.1 | 1.00 | 6.3 | 1.25 | 5.9 | 1.06 | 6.1 | 1.48 | 5.8 |
| OASDI | .90 | 4.9 | .80 | 5.0 | 1.01 | 4.8 | .85 | 4.9 | 1.19 | 4.7 |
| Medicare | .22 | 1.2 | .20 | 1.3 | .25 | 1.2 | .21 | 1.2 | .29 | 1.1 |
| Federal unemployment insurance | .03 | .2 | .03 | .2 | .03 | .1 | .03 | .2 | .03 | .1 |
| State unemployment insurance | .11 | .6 | .11 | .7 | .11 | .5 | .12 | .7 | .10 | .4 |
| Workers' compensation | .36 | 1.9 | .36 | 2.3 | .36 | 1.7 | .36 | 2.1 | .35 | 1.4 |
| Other benefits[5] | .03 | .2 | (2) | (2) | .05 | .2 | (2) | (2) | .08 | .3 |

[1] Includes premium pay for work in addition to the regular work schedule (such as overtime, weekends, and holidays).
[2] Cost per hour worked is $0.01 or less.
[3] Short-term disability (previously, sickness and accident insurance) includes all insured, self-insured, and state-mandated plans that provide benefits for each disability, including unfunded plans.

[4] The total employer's cost for Social Security is comprised of an OASDI portion and a Medicare portion. OASDI is the abbreviation for Old-Age, Survivors, and Disability Insurance.
[5] Includes severance pay and supplemental unemployment benefits.

Note: The sum of individual items may not equal totals due to rounding.

*Handwritten notes:*

All Workers
Wages   13.47
Leave    1.16
Supp      .56
          15.19

Health   1.00
Retire   1.55
OASDI     .90
          2.45

2.45/15.19 = 16.19%

Large Companies — 500+
Wages   17.78
Leave    2.07
Supp      .84
          20.69

Health   1.59
Retire   1.04
OASDI    1.19
          3.82

3.82/20.69 = 18.5%

**Table 6. Life table for white females: United States, 1998**

| Age | Proportion dying during age interval $q_x$ | Number living at beginning of age interval $l_x$ | Number dying during age interval $d_x$ | Stationary population in the age interval $L_x$ | Stationary population in this and all subsequent age intervals $T_x$ | Life expectancy at beginning of age interval $e_x$ |
|---|---|---|---|---|---|---|
| 0–1 | 0.00542 | 100,000 | 542 | 99,524 | 7,999,603 | 80.0 |
| 1–2 | 0.00044 | 99,458 | 44 | 99,436 | 7,900,079 | 79.4 |
| 2–3 | 0.00028 | 99,414 | 28 | 99,400 | 7,800,643 | 78.5 |
| 3–4 | 0.00021 | 99,386 | 21 | 99,376 | 7,701,243 | 77.5 |
| 4–5 | 0.00017 | 99,365 | 17 | 99,357 | 7,601,867 | 76.5 |
| 5–6 | 0.00015 | 99,348 | 15 | 99,341 | 7,502,511 | 75.5 |
| 6–7 | 0.00014 | 99,333 | 14 | 99,326 | 7,403,170 | 74.5 |
| 7–8 | 0.00013 | 99,319 | 13 | 99,312 | 7,303,844 | 73.5 |
| 8–9 | 0.00013 | 99,306 | 13 | 99,299 | 7,204,532 | 72.5 |
| 9–10 | 0.00012 | 99,293 | 12 | 99,287 | 7,105,232 | 71.6 |
| 10–11 | 0.00011 | 99,281 | 11 | 99,276 | 7,005,945 | 70.6 |
| 11–12 | 0.00012 | 99,270 | 12 | 99,264 | 6,906,669 | 69.6 |
| 12–13 | 0.00014 | 99,258 | 14 | 99,251 | 6,807,405 | 68.6 |
| 13–14 | 0.00019 | 99,244 | 19 | 99,234 | 6,708,154 | 67.6 |
| 14–15 | 0.00026 | 99,225 | 26 | 99,212 | 6,608,920 | 66.6 |
| 15–16 | 0.00033 | 99,199 | 33 | 99,183 | 6,509,708 | 65.6 |
| 16–17 | 0.00040 | 99,166 | 39 | 99,147 | 6,410,525 | 64.6 |
| 17–18 | 0.00044 | 99,127 | 43 | 99,105 | 6,311,379 | 63.7 |
| 18–19 | 0.00045 | 99,083 | 45 | 99,061 | 6,212,274 | 62.7 |
| 19–20 | 0.00044 | 99,039 | 43 | 99,017 | 6,113,212 | 61.7 |
| 20–21 | 0.00042 | 98,995 | 42 | 98,975 | 6,014,195 | 60.8 |
| 21–22 | 0.00041 | 98,954 | 41 | 98,934 | 5,915,221 | 59.8 |
| 22–23 | 0.00040 | 98,913 | 40 | 98,893 | 5,816,287 | 58.8 |
| 23–24 | 0.00041 | 98,873 | 40 | 98,853 | 5,717,394 | 57.8 |
| 24–25 | 0.00042 | 98,833 | 42 | 98,812 | 5,618,540 | 56.8 |
| 25–26 | 0.00044 | 98,791 | 43 | 98,770 | 5,519,728 | 55.9 |
| 26–27 | 0.00046 | 98,748 | 45 | 98,725 | 5,420,959 | 54.9 |
| 27–28 | 0.00048 | 98,703 | 47 | 98,679 | 5,322,233 | 53.9 |
| 28–29 | 0.00051 | 98,656 | 50 | 98,631 | 5,223,554 | 52.9 |
| 29–30 | 0.00054 | 98,606 | 53 | 98,579 | 5,124,924 | 52.0 |
| 30–31 | 0.00057 | 98,553 | 57 | 98,524 | 5,026,344 | 51.0 |
| 31–32 | 0.00061 | 98,496 | 61 | 98,466 | 4,927,820 | 50.0 |
| 32–33 | 0.00066 | 98,436 | 65 | 98,403 | 4,829,354 | 49.1 |
| 33–34 | 0.00072 | 98,370 | 71 | 98,335 | 4,730,951 | 48.1 |
| 34–35 | 0.00079 | 98,299 | 78 | 98,260 | 4,632,616 | 47.1 |
| 35–36 | 0.00086 | 98,221 | 84 | 98,179 | 4,534,356 | 46.2 |
| 36–37 | 0.00093 | 98,137 | 91 | 98,092 | 4,436,177 | 45.2 |
| 37–38 | 0.00100 | 98,046 | 98 | 97,997 | 4,338,085 | 44.2 |
| 38–39 | 0.00107 | 97,949 | 105 | 97,896 | 4,240,088 | 43.3 |
| 39–40 | 0.00115 | 97,844 | 113 | 97,788 | 4,142,192 | 42.3 |
| 40–41 | 0.00124 | 97,731 | 121 | 97,671 | 4,044,404 | 41.4 |
| 41–42 | 0.00134 | 97,610 | 130 | 97,545 | 3,946,734 | 40.4 |
| 42–43 | 0.00144 | 97,480 | 140 | 97,410 | 3,849,189 | 39.5 |
| 43–44 | 0.00155 | 97,339 | 151 | 97,264 | 3,751,779 | 38.5 |
| 44–45 | 0.00167 | 97,189 | 162 | 97,108 | 3,654,515 | 37.6 |
| 45–46 | 0.00180 | 97,027 | 174 | 96,940 | 3,557,407 | 36.7 |
| 46–47 | 0.00195 | 96,853 | 189 | 96,758 | 3,460,467 | 35.7 |
| 47–48 | 0.00213 | 96,664 | 206 | 96,561 | 3,363,709 | 34.8 |
| 48–49 | 0.00235 | 96,458 | 227 | 96,345 | 3,267,148 | 33.9 |
| 49–50 | 0.00260 | 96,231 | 250 | 96,106 | 3,170,803 | 32.9 |
| 50–51 | 0.00288 | 95,981 | 277 | 95,843 | 3,074,697 | 32.0 |
| 51–52 | 0.00319 | 95,705 | 305 | 95,552 | 2,978,854 | 31.1 |
| 52–53 | 0.00351 | 95,400 | 335 | 95,232 | 2,883,302 | 30.2 |
| 53–54 | 0.00385 | 95,065 | 366 | 94,882 | 2,788,070 | 29.3 |
| 54–55 | 0.00423 | 94,698 | 400 | 94,498 | 2,693,188 | 28.4 |
| 55–56 | 0.00466 | 94,298 | 440 | 94,078 | 2,598,690 | 27.6 |
| 56–57 | 0.00516 | 93,858 | 485 | 93,616 | 2,504,612 | 26.7 |
| 57–58 | 0.00571 | 93,374 | 533 | 93,107 | 2,410,995 | 25.8 |
| 58–59 | 0.00630 | 92,841 | 585 | 92,548 | 2,317,888 | 25.0 |
| 59–60 | 0.00693 | 92,256 | 640 | 91,936 | 2,225,340 | 24.1 |
| 60–61 | 0.00765 | 91,616 | 701 | 91,266 | 2,133,404 | 23.3 |
| 61–62 | 0.00848 | 90,915 | 771 | 90,530 | 2,042,138 | 22.5 |
| 62–63 | 0.00936 | 90,144 | 844 | 89,722 | 1,951,608 | 21.6 |
| 63–64 | 0.01028 | 89,300 | 918 | 88,841 | 1,861,886 | 20.8 |
| 64–65 | 0.01123 | 88,382 | 993 | 87,886 | 1,773,044 | 20.1 |
| 65–66 | 0.01219 | 87,390 | 1,066 | 86,857 | 1,685,158 | 19.3 |
| 66–67 | 0.01324 | 86,324 | 1,143 | 85,753 | 1,598,301 | 18.5 |

## RESUME

Dr. Thomas H. Mayor
Professor of Economics
University of Houston, University Park

Date of Birth:          March 5, 1939

Address:          5555 Del Monte, Suite 1306
                  Houston, Texas 77056-4184
                  713-552-1522

Education:          B.A. in Economics, Rice University, 1961,
                  Magna Cum Laude
                  Ph.D. in Economics, University of Maryland, 1965

Doctoral Dissertation:

                  "Sources of Decline in the U.S. Capital-
                  Output Ratio, 1869-1958"

Academic Positions:

                  Research Fellow, Brookings Institution, 1964-65
                  Assistant Professor, University of Maryland, 1965-69
                  Associate Professor and Professor,
                  University of Houston, 1969 - to present
                  Director of Graduate Studies, Department of
                  Economics, University of Houston, 1971-74
                  Chairman, Department of Economics,
                  University of Houston, 1977-81
                  Director, Center for Public Policy,
                  University of Houston, 1982-84
                  Dean, College of Social Sciences,
                  University of Houston, 1983-86
                  Chairman, Department of Economics,
                  University of Houston, 1990-96

Academic Honors:

        Phi Beta Kappa
        Woodrow Wilson Fellow
        National Defense Fellow
        Brookings Research Fellow

Research Interests:

        Applied price theory and public policy, law
        and economics

Publications:

        "The Decline in the United States Capital-Output Ratio," Economic Development and Cultural Change, July, 1968.

        "Short Trading and the Price of Equities: Some Simulation and Regression Results," Journal of Financial and Quantitative Analysis, September 1968.

        "Some Theoretical Difficulties in the Estimation of the Elasticity of Substitution from Cross-Section Data," Western Economic Journal (Economic Inquiry), June 1969.

        "The Role of Money in Economic History," in Perspectives in Economics, edited by John W. Snow, 1969.

        "The Demand for Equipment by Input-Output Sectors," University of Maryland Interindustry Forecasting Project, Research Memorandum Number 7, June 12, 1968.

        "Equipment Expenditures by Input-Output Industries," Review of Economics and Statistics, February 1971.

        "Industry and Employment Projections to 1980: Discussion," 1970 Proceedings of the American statistical Association.

        "The Rate of Discount in Bond Refunding," Financial Management, Fall 1974 (with K. G. McCoin).

"An Analysis of Factors Used to Determine the Public Need for New Banks," <u>Southern Economic Journal</u>, July 1976 (with John Fraser).

"Estimation of Market Area Population from Residential Electrical Utility Data," <u>Journal of Marketing Research</u>, August 1976 (with George Hepburn).

"Bond Refunding:  One or Two Faces?", <u>Journal of Finance</u>, March 1978 (with K.G. McCoin).

"An Analysis of Factors Used to Determine the Public Need for New Banks:  Reply," <u>Southern Economic Journal</u>, October 1977 (with John Fraser).

"The Treatment of Income Taxes in Determining Personal Injury Awards," <u>Jurimetrics Journal</u>, Winter 1977 (with George Hepburn).

"Estimating the Value of a Missing Market," <u>Journal of Law and Economics</u>, April 1980 (with G. Daly).

"Reason and Rationality During Energy Crises," <u>Journal of Political Economy</u>, February 1983 (with G. Daly).

"Life-Cycle Effects, Structural Change and Long-Run Movements in the Velocity of Money," <u>Journal of Money, Credit and Banking</u>, May 1984 (with L. Pearl).

"Equity, Efficiency and Environmental Quality," <u>Public Choice</u>, No. 2, 1986 (with G. Daly).

"The Welfare Gain from Efficient Pricing of Local Telephone Service,"  <u>Journal of Law and Economics</u>, October 1987 (with James Griffin).

**2000**

| | | |
|---|---|---|
| Traci Molter | 9912027 | Brinkley v. American Home Products; 295th Harris Cty., Tx. |
| Clint Echols | 1099CI02017 | Tissue Transplant Tech. v. Southwest Tissue; 225th Bexar Cty., Tx |
| Steve Menn | H983301 * | Petrillo v. Dept. of Veterans Affairs; U. S. Houston, Tx. |
| Mike Atkinson | 9608895I | Majors v. Keller Industries; 162nd Dallas Cty., Tx. |
| Tommy Fibich | 96CV0755 * | Sandoval v. Bridon American;  10th Galveston, Cty. |
| Mark Einfalt | 9903023 | Combs v. UPS; 250th Travis Cty., Tx. |
| Newton Schwartz | 8400125 * | Choo v. Exxon Corporation; 270th Harris Cty., Tx. |
| Charles Parker | 9754485 | Peck v. American Home Products; 281st Harris Cty., Tx. |
| Troy Blakeney | 9903598 * | Tichnor v. Kurio; 334th Harris Cty., Tx. |
| Richard Mithoff | 9848856 * | Romero v. Columbia Healthcare; 295th Harris Cty., Tx. |
| Martin Mayo | C980504A | Great American Products v. Permabond; 22nd Comal Cty., Tx. |
| Sam Palermo | 44413 | Finley v. R & B Falcon Drilling; 25th Plaquemines Par., La. |
| John Carwile | 199925641 | Brown v. Martin Marietta Materials; 164th Harris Cty., Tx. |
| George Cire | 199926791 | Hirschberg v. Kellogg Brown & Root; 295th Harris, Cty., Tx. |
| Kevin Corcoran | 4251JG98 | Alms v. Nabors Drilling; 239th Brazoria Cty., Tx. |
| Kevin Corcoran | 9860597 | Limon v. Hensel Phelps Construction; 61st Harris Cty., Tx. |
| John Mastin | 98CVT00331d3 | Urdiales v. Robinson; 231st Webb Cty., Tx. |
| Malcolm Halbardier | 99CI10255 | Garcia v. Methodist Healthcare System; 285th Bexar Cty., Tx. |
| Ed Norwood | 15661 * | Guice v. Exxon; 344th Chambers Cty., Tx. |
| Jimmy Williamson | 9820396 | Draper v. Ross; 80th Harris Cty., Tx. |
| Jeff Embry | C096291 * | Gallagher v. Kawasaki; 355th Hood Cty., Tx. |
| Wayne Collins | H984105 | Gaylor v. Madison County; U. S. Houston, Tx. |
| Greig Coates | 9904490 | Grover v. Richards; 261st Travis Cty., Tx. |
| Julie Rhodes | H990659 | Reitzel v. Citizen Watch Co.; U. S., Houston, Tx. |

| | | |
|---|---|---|
| Dennis Stahl | H981349 | Westlake Polymers v. Park West Childrens Fund; U.S. Houston, Tx |
| Philip Pfeifer | 308197 | Estate of Kenneth Messina; Probate #1, Harris Cty., Tx. |
| Mark Murray | 9951382 | Poole v. Pasadena Tank Corp.; 11th Harris Cty., Tx. |
| Troy Blakeney | 199946591 | Kroll v. Parkway Hospital; 281st Harris Cty., Tx. |
| Michael St. John | B161440 | Orr v. Kinder Morgan, Inc.; 60th Jefferson Cty., Tx. |
| Tanner Garth | 9745232 | Coyle v. Stanley; 333rd Harris Cty., Tx. |
| Shari Wright | 2:99CV132 | Thomas v. Mansfield Plumbing Products; U. S. Marshall, Tx. |
| Mike Herzik | 1999-37562 | Scheler v. Union Pacific; 113th Harris Cty., Tx. |
| Sam Westergren | 99602321 | Tucker v. Nations Bank; Nueces Cty., Tx. |
| Sherry Chandler | 304,197-401 | Snow v. Taylor; Probate No. 1, Harris Cty., Tx. |
| Ervin Apffel | 98CV0553 * | Toler v. Taylor; 10th Galveston Cty., Tx. |
| Jeff Embry | 399CV2022X | Verdesca v. American Airlines; U. S. Dallas, Tx. |
| Clay Rawlings | 000201259 | Laguna v. Spells; 221st Montgomery Cty., Tx. |
| Michael Howell | 199931936 | Daniels v. Lyondell-Citgo Refining; 133rd Harris Cty., Tx |
| Steve Aldous | 9818091 * | Gardner v. Smith; 269th Harris Cty., Tx. |
| Michael O'Brien | "199932370 | Bostian v. Woman's Hospital; 280th Harris Cty., Tx. |
| Richard Plezia | A0160397 * | Dew v. Rowan Companies; 58th Jefferson Cty., Tx. |
| Annette Disch | 9759098 | Smith v. GT Bicycles; 61st Harris Cty., Tx. |
| Michael Herzik | 00cv0280 | Jacquet v. Scott: 10th Galveston Cty., Tx. |

**2001**

| | | |
|---|---|---|
| Randy Clapp | 9957263 | Bryant v. Taylor Machine Works Inc.; 281st Harris Cty., Tx. |
| Ervin Apffel | G99693 | Marabella v. AutoNation U.S.A.; U. S. Galveston, Tx. |
| Greig Coates | 984663E * | Garfield v. Thomas; 148th Nueces Cty., Tx. |
| John Buckley | 97CV1054 | Dunn v. General Motors; 56th Galveston Cty., Tx. |
| Charles Soechting | 9902781 | Frasier v. Austin Regional Clinic; 250th Travis Cty., Tx. |

| | | |
|---|---|---|
| Sara Fendia | 9934744 | Gould v. Dunn; 157th Harris Cty., Tx. |
| Gary Riebschlager | H992202 | Nallie v. Chemical Leaman Tank Lines; U. S. Houston, Tx. |
| Traci Molter | 199948795 | Vidal v. American Home Products; 189th Harris Cty., Tx. |
| David Medack | H001858 | Taber v. A&L Trucking; U.S. Houston, Tx. |
| Michael Fuerst | 0002144 * | Fulton v. Michelin; 35th Brown Cty., Tx. |
| Robert Ammons | 9932362 | Gift v. Tribble & Stephens Co.; 270th Harris Cty., Tx. |
| Edwin McAninch | 000238299 * | Cano v. McIntyre; 79th Jim Wells Cty., Tx. |
| William Dunleavy | "9904226H | Stooksberry v. T.U. Electric; 160th Dallas Cty., Tx. |
| Linda Laurent | 991006015CV | Quiroga v. Caperton; 221st Montgomery Cty., Tx. |
| Richard Mithoff | 99681165 | McClanahan v. Baptist Healthcare; Okla. Cty., Okla. |
| Greig Coates | 986498A | Vela v. Breeling; 28th Nueces Cty., Tx. |
| Mark Elvig | H001291 * | LeMoine v. Lighthouse Capital Management; U.S. Houston, Tx. |
| Stacy Little | 18659 | Holmes v. Polk County Memorial Hospital; 411th Polk Cty., Tx. |
| Mark Strawn | 99cv1048 | Medrano v. Rapp Management; 10th Galveston Cty., Tx. |
| Joe Gibson | 000610135CV | Kelley v. Astron Residential; 365th Zavala Cty., Tx. |
| Phillip Brashier | 200007338 | Clark v. NCI Building Systems; 129th Harris Cty., Tx |
| Larry Wright | 9907017 | Zumudio v. Sheeran; 68th Dallas Cty., Tx. |
| Wayne Collins | G00248 | Walker v. City of Beasley; U. S. Galveston, Tx. |
| Richard Mithoff | 101,101 | Rudolph v. Polly Ryan Hospital; 240th Fort Bend Cty., Tx. |
| Tommy Jacks | GNO01005 | Rentfro v. Ward; 200th Travis Cty., Tx. |
| Gina Benavides | 4184 | Saldivar v. Jascon, Inc.; 49th Zapata Cty., Tx. |
| Cyndi Rusnak | 00CV0215 | Cifre v. McCormick;  56th Galveston Cty., Tx. |
| Howard Singleton | 9942976 * | Cheatham v. Scanlon; 80th Harris Cty., Tx. |
| S. Tanner Garth | 199918890 * | Admire v. H. E. Butt Grocery Co.; 127th Harris Cty., Tx. |
| Lynn Bradshaw | 2000104138E | Hermez v. AC&S, Inc.; 357th Cameron Cty., Tx. |

| Giles Kibbe | E157171 | Duhon v. Ford Motor Co., 172 Jefferson Cty., Tx |
| Monica Vaughan | 200015815 | Garcia v. Honda Motor Co., 55th Harris Cty., Tx. |
| Wes Harris | 34218250200 | Butler v. Childtime Childcare; 342nd Tarrant Cty., Tx. |
| Malcolm Halbardier | 99658H | Ghormley v. Bay Area Healthcare; 347th Nueces Cty., Tx. |
| Larry Laden | GN002986 | Stahl v. Robbins; 200th Travis Cty., Tx. |
| Mike Phifer | 000482-C * | Tripp v. Bridgestone/Firestone; 128th Orange Cty., Tx. |
| Jimmy Williamson | 200028857 | Schoppa v. Christus Health; 11th Harris Cty., Tx. |
| Charles Finley | 200019870 * | Lewis v. United Parcel Service; 189th Harris Cty., Tx. |
| Wayne Collins | 99CV0565 | Patton & Mills v. Galveston Cty., 122nd Galveston Cty., Tx. |
| Sherry Chandler | 2000CVQ001258D1 | Martinez v. Pacific Gas & Electric; 49th Webb Cty., Tx. |
| Shira Yoshor | 200025157 * | De Los Santos v. Sunbelt Medical; 113th Harris Cty., Tx. |
| Charles Houssiere | 200057810 | Johnson v. McBath; 157th Harris Cty., Tx. |
| Paul Warner | 200039657 | Quintanilla v. Wang; 61st Harris Cty., Tx. |
| Ed McClees | 62376 | Grigsby v. Trees of Baytown; Liberty Cty., Tx. |

**2002**

| Monica Vaughan | 200018774 * | McCabe v. Allison; 152nd Harris Cty., Tx. |
| Lee Brown | CJ2000-02404 | Rinn v. Ford Motor Co., Tulsa Cty., Oklahoma. |
| Monica Vaughan | 200054451 | Smith v. Weingarten Realty Management Co.; 189th Harris Cty., T> |
| Gene Hagood | 199956137 | Murphy v. Chusei; 165th Harris Cty., Tx. |
| Mac Hancock | 2000-51989 | Allen v. Parker Drilling; 234th Harris Cty., Tx. |
| Jeff Kuhn | 2001-09097 | Parker v. Schumacher; 133 Harris Cty., Tx. |
| Michael Phillips | 3184BH97 | Austin v. Weems; 23rd Brazoria Cty., Tx. |
| Brent Perry | 9502B6731CV | Miller v. Miller; 394th Brewster Cty., Tx. |
| Richard Mithoff | 2000-63125 | Henriquez v. Memorial Hermann Healthcare; 295th Harris Cty., Tx. |
| Tanner Garth | 2000-13694 | Espinosa v. TVO Southwest Partners; 190th Harris Cty., Tx. |

| | | |
|---|---|---|
| Monica Vaughan | 200113634 | Linch v. HNMC, Inc.; 280th Harris Cty., Tx. |
| Richard Mithoff | 2000510545 | Butler v. Covenant Health System; 72nd Lubbock Cty., Tx. |
| Dennis Reich | 004471RJN | Wood et al. v. Armstrong World Industries; U. S. Bankruptcy, Del. |
| Troy Blakeney | 200052613 | Businelle v. Newcor Partners; 334th Harris Cty., Tx. |
| Larry Wright | 011217745MCV | Hosick v. Horizon Freight Line; 365th Maverick Cty., Tx. |
| Joe Stephens | G01533 | Richard v. Santa Fe International;  U. S. Galveston, Tx. |
| Shana Calderon | G01372 * | Nurudeen v. Amistco; U. S. Galveston, Tx. |
| Chad Points | B-163,378 | Anthony v. Sultana; 60th Jefferson Cty., Tx. |
| Richard Mithoff | 2000-38793 | Barrera v. Bayou City Medical Center; 234th Harris Cty., Tx. |
| Mance Michael Park | 21399 | Carpentier v. Roehl Transport Inc.;  12th Walker Cty., Tx. |
| Michael Kerensky | 9856532 | Smith v. Saw Pipes USA, Inc.;  270th Harris Cty., Tx. |
| Russell Cook | 200107901 | Liles v. Dresser Minerals International Inc.; 269th Harris Cty., Tx. |
| Hunter Craft | B010416 | Hardin v. Bridgestone/Firestone; 163rd Orange Cty., Tx. |
| Monica Vaughan | IP009373CB/S | Underwood v. Bridgestone/Firestone; U.S. Indianapolis, Indiana. |
| Valorie Davenport | G96493 | Rivas v. Monsanto; U. S. Galveston, Tx. |
| Frank Wathen | GN201185 * | Miller v. Kellogg-Brown & Root; 261st Travis Cty., Tx. |
| Monica Vaughan | 006691-H | Lewis v. Driscoll Children's Hospital, 347th Nueces Cty., Tx. |
| Hunter Craft | 200151457 | Nava v. Gilbane Building Co.; 189th Harris Cty., Tx. |
| Sherry Chandler | H011311 * | Ross v. Marshall; U. S. Houston, Tx. |
| Thomas Ard | 2001CI17230 * | Rodriguez v. Urbanezyk; 224th Bexar Cty., Tx. |
| David Petersen | C200110594 * | Odom v. Enclade; 164th Harris Cty., Tx. |
| Stacy Little | 17598BH01 | Kimball v. Nowitz; 23rd Brazoria Cty., Tx. |
| Randy Sorrels | 200040605 | Flores v. Memorial Herman Hospital System; 215th Harris Cty., Tx. |
| Pete Schneider | 199958979 * | Simpson v. Walton; 281st Harris Cty., Tx. |

| | | |
|---|---|---|
| Bob Grove | 74758a * | Monaco v. City of austin; Probate #1, Travis Cty., Tx. |
| Jeffery Pratt | 200161502 * | Shackleford v. St. Luke's Episcopal Hospital; 281st Harris Cty., Tx. |
| Ellen Spovach | 200132316 * | Garcia v. Duke Energy; 269th Harris Cty., Tx. |

**2003**

| | | |
|---|---|---|
| Gary DiMuzio | 02604640004 | Caudillo v. Able Supply;  4th Nuces Cty., Tx. |
| Carl Shaw | 112418 | Cooper v. Columbia Woman's Hospital; 268th Fort Bend Cty., Tx. |
| Lance Arney | C17279-2001 | Adams v. Zidek; 145th Nacogdoches Cty., Tx. |
| A. Lewis Ward | 321751-401 | DeLeon v. Hernandez;  Probate Ct. #2 Harris Cty., Tx. |
| Jennifer Melby | 200052097 * | Jordan v. Sava;  152nd Harris Cty., Tx. |
| Roger McCabe | 200119138 | Reel v. Hammerblow Corp.;  344th Chambers Cty., Tx. |
| Tracey Conwell | 318544-401 * | The Estate of Javier Canales;  Probate Court #2 Harris Cty., Tx. |
| John O'Quinn | 2000-22588 | Anglo-Dutch v. Ramco Oil & Gas; 61st Harris Cty., Tx. |
| Tommy Hastings | 200125850 * | Chapman v. Rosenblatt;  164th Harris Cty., Tx. |
| William Blankenship | 0203261 | Whiddon v. Daniel;  162nd Dallas Cty., Tx. |
| Sherie Beckman | 200106240 * | Earles v. Columbia Clear Lake Regional Med. Ctr.; Harris Cty., Tx. |
| Michael Ysasaga | 991207017CV | Wood v. Korthauer;  284th Montgomery Cty., Tx. |
| Katherine Flanagan | 701600035601 * | Johnson v. Air Liquide; Amer. Arbitration Assn., Houston, Tx. |
| Traci Molter | 200145885 | Shelton v. TXU Corp.; 295th Harris Cty., Tx. |
| Monica Vaughan | 200200540 | Vickery v. Conroe Hospital Corp.; 215th Harris Cty., Tx. |
| Jeffrey Embry | 0200444 | Lynch v. Flowers; 294th Van Zandt Cty., Tx. |
| Michael Mallia | 401100600 | Charboneau-McInnis  v. Alo; 401st Collin Cty., Tx. |
| Thomas Bartlett | 200152191 * | Ross v. Booker; 190th Harris Cty., Tx. |
| Dana Morris | A160872 | McCormick v. Wyeth; 58th Jefferson Cty., Tx. |
| C. Douglas Wheat | G01494 * | Jose Cantu v. Weeks Marine;  U. S. Galveston, Tx. |
| Francisco Medina | 200141074 | Molina v. Flash Van Tours, Inc.; 80th Harris Cty., Tx. |

| B. Adam Terrell | A166793 * | Ramie Griffin, Jr. v. Mid Century Insurance; 58th Jefferson Cty., Tx |
| David Bickham | 981204373CV * | McRight v. Branham Industries; 359th Montgomery Cty., Tx. |
| Frank Perez | C20302D | Jose L. Garcia v. Weeks Marine; 206th Cameron Cty., Tx. |
| Dana LeJune | 200252101 | Belinda Block v. Transworld Oil U. S. A.; 157th Harris Cty., Tx. |
| Glen Johnson | C200000357 * | Blue v. Kawasaki; 249th Johnson Cty., Tx. |
| Matthew Popp | H010653 * | Weeks Marine v. Oscar Garza;  U. S. Houston, Tx. |
| Lionel Castro | 200101808 | Arredondo v. UTI Drilling; 165th Harris Cty., Tx. |
| Martin Siegel | 02CV0782 | Singer v. Memorial Hermann Hospital;  56th Galveston Cty., Tx. |
| Brent Freefield | 0200222 | Pena v. Texas Utilities Company; 193rd Dallas Cty., Tx. |
| Ben Martin | 0205307 | Creech v. Columbia Medical Center; 192nd Dallas Cty., Tx. |
| Jack Washburn | 200219114 | Johnson v. Seger; 157th Harris Cty., Tx. |
| George Crow | 6740-D | Evergreen v. Guetersloh;  350th Taylor Cty., Tx. |
| Dana Morris | E167334 | Cappel v. Wyeth; 172nd Jefferson Cty., Tx. |
| Mark Guerrero | 0006561000G | Herrera v. Corpus Christi Hospitaliists; 319th Nueces Cty., Tx. |
| John Carwile | 200302895C | Serna v. Union Pacific;  197th Cameron Cty., Tx. |
| Timothy McInturf | 200234533 * | Gonzales v. S&B Engineers; 280th Harris Cty., Tx. |
| Monica Vaughan | 02RB2384MJW | Callahan v. Ford Motor Company; U. S. Colorado. |
| Carl Shaw | GNO-02295 | Couey v. Omni Hotels Management Corp.:  201st Travis Cty., Tx. |
| Elizabeth Hawkins | 332762401 | Aleman v. Curtis; Probate Court #1 Harris Cty., Tx. |
| Bernard Bolanos | 200211894 * | Mier v. Casteel Automatic Fire protection; 127th Harris Cty., Tx. |
| Lance Kassab | GN300932 | Prpic v. Graham; 250th Travis Cty., Tx. |
| Mark Weycer | 200258145 | Namirembe v. Chavez; 190th Harris Cty., Tx. |

**2004**

| Larry Wright | GN204104 | Segouin v. Childrens' Hospital of Austin; 98th Travis Cty., Tx. |
| Thomas Bilek | DC01231 | Garza v. General Motors Corp.; 229th Duval Cty., Tx. |

| Maria Boyce | 1:01cv0011 * | Cole v. BASF Corporation; U. S. Beaumont Tx. |
| Joe Alexander | 200159368 | Nettles v. Enterprise Leasing; 189th Harris Cty., Tx. |
| Ashton Bachynsky | 03CV0017 | Rose v The Dallas Group of America: 212th Galveston Cty., Tx. |
| Elizabeth Hawkins | 28,709-A | Ozuna v. McAllen Medical Center; Probate No. 1, Hidalgo Cty., Tx. |
| Larry Wright | 2002-65737 | Dixon v. Schaeffer;  133rd Harris Cty., Tx. |
| Vernon Lewis | G03187 | Weldon v. U. S. A.; U. S. Galveston, Tx. |
| Mike O'Brien | 010617403CV | Rincon v. Ford Motor Company; 385th Maverick Cty., Tx. |
| Russell Briggs | 200217799 | Butler v. Schindler Elevator Co.; 333rd Harris Cty., Tx. |
| Frank Perez | DC02193 * | Salinas v. Atlantic Sounding; 381st Starr Cty., Tx. |
| Gail Friend | 200255088 | Scholton v. Mary Es-Beaver; 61st Harris Cty., Tx. |
| Shari Wright | 200264580 | Lynch v. Adam; 61st Harris Cty., Tx. |
| John O'Quinn | E167334 * | Coffee v. Wyeth; 172 Jefferson Cty., Tx. |
| Joe Alexander | 200315203 | Kennemer v. Memorial Hermann Hospital; 80th Harris Cty., Tx. |
| Bryan Akin | 22781BH03 | Diaz v. BLSR Operating; 23rd Brazoria Cty., Tx. |
| Ashton Bachynsky | 03CV0017 * | James Rose v. The Dallas Group; 212th Galveston Cty., Tx. |
| John Mastin | 2003CI10017 | Hunter v. Radicke;  407th Bexas Cty., Tx. |
| Charles Soechting | 200144491 * | Guardado v. Northwest Miami Gardens; 61st Harris Cty., Tx. |
| Joseph Alexander | 200246296 | Cameron V. St. Luke's Episcopal Hospital; 269th Harris Cty., Tx. |
| Carl Shaw | 200229009 | Patel v. Christus Health Gulf Coast; 80th Harris Cty., Tx. |
| Sherie Beckman | 2001CI17874 | Kennedy v. Perrigo Company; 225th Bexas Cty., Tx. |

* Denotes trial testimony.