```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
                       BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED
MAY 21 2004
Michael N. Milby
Clerk of Court

```
  _____
                              )
  GUADALUPE GUERRA, ET AL.    )
                              )   CIVIL ACTION NO.
  VS.                         )   B-03-142
                              )
  ALLIED VAN LINES, INC.      )
  _____ )

              INITIAL PRE-TRIAL CONFERENCE
          BEFORE THE HONORABLE HILDA G. TAGLE
                    JANUARY 26, 2004
                       VOLUME 1
```

APPEARANCES:

For the Plaintiffs:          MR. RICHARD MITHOFF, JR.
                             Mithoff and Jacks
                             500 Dallas, Suite 3450
                             Houston, Texas  77002
                             (713) 654-1122
                                  -and-
                             MR. EDUARDO ROBERTO RODRIGUEZ
                             Rodriguez, Colvin and Chaney
                             P.O. Box 2155
                             Brownsville, Texas  78522-2155
                             (956) 542-7441

For the Defendant:           MR. TOM LOCKHART and
                             MR. ROGER HUGHES
                             Adams & Graham
                             P.O. Drawer 1429
                             Harlingen, Texas  78522-1429
                             (956) 428-7495
                                  -and-
                             MR. JOHN W. WATERS, JR.
                             Bienvenu, Foster, Ryan & O'Bannon
                             1010 Common Street, Suite 2200
                             New Orleans, Louisiana 70112-2401
                             (504) 310-1500

Transcribed by:              MS. HEATHER HALL
                             Official Court Reporter
                             600 East Harrison, Box 16
                             Brownsville, Texas  78520

Proceedings recorded by mechanical stenography, transcript produced by computer.

ORIGINAL