43

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 7 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GUADALUPE AND AMELIA GUERRA, § <br> INDIVIDUALLY AND GUDALUPE § <br> GUERRA AS ADMINISTRATOR § <br> OF THE ESTATE OF CINDY GUERRA, § <br> DECEASED; AMELIA GUERRA AS § <br> TEMPORARY GUARDIAN OF THE § <br> ESTATE AND PERSON OF LISA § <br> GUERRA, AN INCAPACITATED § <br> PERSON; RENE GARZA AND § <br> PATRICIA GARZA, INDIVIDUALLY § <br> AND RENE GARZA AS § <br> ADMINISTRATOR OF THE ESTATE § <br> OF JENNIFER GARZA, DECEASED; § <br> GRACIELLA MARROQUIN AS § <br> TEMPORARY GUARDIAN OF THE § <br> ESTATE AND PERSON OF § <br> JOSE ANGEL ALFARO, JR., § <br> AN INCAPACITATED PERSON § <br> § <br> VS. § <br> § <br> ALLIED VAN LINES, INC. § | CIVIL ACTION NO. B-03-142 |

UNOPPOSED MOTION FOR LEAVE TO FILE THIRD SUPPLEMENT IN
SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, ALLIED VAN LINES, INC. (**"ALLIED"**) and files this

Unopposed Motion for Leave to File Third Supplement in Support of Defendant's Motion

to Transfer Venue and would show the Court as follows:

## I. Certificate of Conference

Defendant Allied conferred with counsel for Plaintiffs and there is no opposition to granting leave to the Third Supplement to the Motion to Transfer, but contend is has no relevance to the issue.

## II.

Defendant Allied filed a Motion to Transfer Venue. Dkt #23. Plaintiffs have responded. Dkt. #32.

After that time, Defendant Allied has been sued in a Louisiana state court by another claimant in connection with the same automobile accident. Allied is in the opinion that this new evidence bears on its Motion to Transfer Venue.

Therefore it seeks leave to supplement its motion to offer this additional evidence.

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court grant leave and any other such further relief to which it may show itself entitled.

Respectfully submitted,

By: _____

Tom Lockhart
Texas State Bar No. 12473500
Texas Federal I.D. No. 2257
Roger W. Hughes
Texas State Bar No. 10229500
Texas Federal ID No. 5950
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, TX 78551-1429
Phone No.: (956)428-7495;

Fax:(956)428-2954

**John W. Waters, Jr.**
LA State Bar No. 13258
LA Federal I.D. No. 13258
**BIENVENU, FOSTER, RYAN
 & O'BANNON**
1010 Common Street, Suite 2200
New Orleans, LA 70112-2401
Phone: (504) 581-2146;
Fax: (504) 522-7859

Attorneys for *Defendant* ALLIED VAN LINES

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2⁄th day of May, 2004, a true and correct copy of the above
and foregoing pleading was mailed to counsel for Plaintiffs as follows:

Mr. Richard Warren Mithoff                          *Via Facsimile: 713/739-8085*
Mr. William J. Stradley                                          *& Ordinary Mail*
Ms. Janie J. Jordan
**MITHOFF & JACKS, L.L.P.**
500 Dallas Street, Suite 3450
Houston, Texas 77002
*Attorneys for Plaintiffs*

Mr. Eduardo Rodriguez                                *Via Ordinary Mail*
Mr. Joseph A. Rodriguez
Mr. R. Patrick Rodriguez
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 East Van Buren
Brownsville, TX 78520

TOM LOCKHART