# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 8 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **GUADALUPE GUERRA, *et al*.,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | CIVIL ACTION NO. B-03-142 |
| | § | (JURY) |
| **ALLIED VAN LINES, INC.,** | § | |
| | § | |
| *Defendant.* | § | |

## PLAINTIFFS' REPLY TO ALLIED'S SECOND
## SUPPLEMENT IN SUPPORT OF MOTION TO TRANSFER VENUE

MITHOFF & JACKS, L.L.P.

RICHARD WARREN MITHOFF
*Attorney-in-Charge for Plaintiffs*
State Bar No. 14228500
Federal I.D. No. 2102
WILLIAM J. STRADLEY
State Bar No. 19353000
Federal I.D. No. 397
JANIE L. JORDAN
State Bar No. 11012700
Federal I.D. No. 17407
HERRICK L. SOVANY
State Bar No. 24037533
Federal I.D. 33292
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 [FAX]

RODRIGUEZ, COLVIN, CHANEY
& SAENZ, L.L.P.

EDUARDO ROBERTO RODRIGUEZ
State Bar No. 17144000
Federal I.D. No. 1944
R. PATRICK RODRIGUEZ
State Bar No. 24002861
Federal I.D. No. 22949
*Local Counsel*
P.O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 [FAX]

ATTORNEYS FOR PLAINTIFFS

## PLAINTIFFS' RESPONSE TO ALLIED'S SUPPLEMENTAL BRIEF
## TO BRING NEW CASE ON VENUE TO COURT'S ATTENTION

TO THE HONORABLE HILDA TAGLE:

In response to Allied Van Lines, Inc.'s (hereinafter "Allied") Supplemental Brief to Bring New Case on Venue to Court's Attention, Plaintiffs would show as follows:

I.

The Fifth Circuit case, *In re Volkswagen AG*, No. 04-40303, 2004 WL 1098840 (5th Cir. May 18, 2004), cited by Allied in its supplemental filing is wholly distinguishable from this case and is irrelevant to Allied's Motion to Transfer Venue.

In *Volkswagen*, the plaintiff lived in San Antonio and was injured in a car accident that occurred in San Antonio. The plaintiff, however, brought suit against Volkswagen in the Eastern District of Texas, Marshall Division. Shortly thereafter, Volkswagen brought in two third-party defendants, the driver and the owner of the other vehicle involved in the accident, both of whom also lived in San Antonio. In reviewing the mandamus, the Fifth Circuit noted that there was absolutely no evidence that "Marshall, or even the Eastern District of Texas, have any meaningful connection or relationship with the circumstances of these claims." *In re Volkswagen*, 2004 WL 1098840 at *4. None of the parties or witnesses resided in Marshall, Texas or the Eastern District of Texas. This scenario is vastly different from the case currently pending before this Court.

In this case, all of the Plaintiffs are residents of Cameron County, Texas, in the Brownsville Division of the Southern District of Texas. The injured Plaintiffs, Lisa Guerra and Joe Alfaro, are currently receiving medical treatment in the Brownsville Division and have received and will continue to receive extensive medical treatment for their burns in

the Southern District of Texas.  The estates of Cindy Guerra and Jennifer Garza, deceased, are pending in the Brownsville Division and being administered here. Moreover, Allied has admitted to doing business in the Southern District of Texas and its unsafe business practices were a proximate cause of the tragedy in question.

II.

Allied's statements in Paragraph II of its supplemental filing regarding convenience of witnesses is particularly curious in that Allied still has not identified a single witness it intends to call to testify at trial and has not produced any evidence that a single witness would be inconvenienced by traveling to Brownsville to attend the trial of this case.  Indeed, the principal witnesses have all signed affidavits or letter agreements stating affirmatively that they will appear voluntarily for trial in Brownsville. *See* Exs. A-N.  Certainly, Allied's own witnesses in its employ in Ft. Wayne, Indiana, would not be inconvenienced by flying an additional hour to Brownsville, as opposed to Lafayette, Louisiana.

For all the reasons set forth in their response, surreply, supplements, and above, Plaintiffs respectfully request that the Court deny Allied's Motion to Transfer Venue, and for any and all other relief to which they are entitled.  A proposed order is on file with this Court.

Respectfully submitted ,

MITHOFF & JACKS, L.L.P.

RICHARD WARREN MITHOFF
*Attorney-in-Charge for Plaintiffs*
State Bar No. 14228500
Federal I.D. No. 2102
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 [FAX]

EDUARDO ROBERTO RODRIGUEZ
State Bar No. 17144000
Federal I.D. No. 1944
*Local Counsel*
P.O. Box 2155
Brownsville, Texas  78522
(956) 542-7441
(956) 541-2170 [FAX]

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record by certified mail, return receipt requested, and/or hand delivery, and/or fax transmission, on May 27, 2004.

| | |
|---|---|
| Mr. Tom Lockhart | Mr. John W. Waters, Jr. |
| Mr. Roger Hughes | BIENVENU, FOSTER, RYAN & O'BANNON |
| ADAMS & GRAHAM, L.L.P. | 1010 Common St., Suite 2200 |
| P.O. Drawer 1429 | New Orleans, Louisiana 70112-2401 |
| Harlingen, Texas 78551-1429 | |

RICHARD WARREN MITHOFF

-4-

## APPENDIX

| Appendix | Document | Page |
|---|---|---|
| A | Andrew Hargroder, M.D., Affidavit & Exhibits | 3 |
| B | Master Trooper Richard Elliot's Letter Agreement | 3 |
| C | Trooper Harold Williams's Letter Agreement | 3 |
| D | Paul Trahan's Affidavit & Witness Statement | 3 |
| E | Lea Guidry's Affidavit & Witness Statement | 3 |
| F | Matthey Voelkel's Affidavit & Witness Statement | 3 |
| G | Kristin Bybee's Affidavit & Witness Statement | 3 |
| H | Jason Bybee's Affidavit & Witness Statement | 3 |
| I | Ken S. LeBlanc's Affidavit & Witness Statement | 3 |
| J | Faye LeBlanc's Affidavit | 3 |
| K | Jeffrey Hebert's Affidavit & Witness Statement | 3 |
| L | Kimberly Marie Albarado Hebert's Affidavit | 3 |
| M | Debbie Valentine's Affidavit | 3 |
| N | Gerald Valentine's Affidavit & Witness Statement | 3 |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE AND AMELIA GUERRA, | § | |
| INDIVIDUALLY AND GUADALUPE GUERRA | § | |
| AS ADMINISTRATOR OF THE ESTATE OF | § | |
| CINDY GUERRA, DECEASED; AMELIA | § | |
| GUERRA AS TEMPORARY GUARDIAN OF | § | |
| THE PERSON AND ESTATE OF LISA | § | |
| GUERRA, AN INCAPACITATED PERSON; | § | |
| RENE GARZA AND PATRICIA GARZA, | § | |
| INDIVIDUALLY AND RENE GARZA AS | § | |
| ADMINISTRATOR OF THE ESTATE OF | § | |
| JENNIFER GARZA, DECEASED; AND | § | CIVIL ACTION NO. B-03-142 |
| GRACIELA MARROQUIN AS TEMPORARY | § | |
| GUARDIAN OF THE PERSON AND ESTATE | § | TRIAL BY JURY REQUESTED |
| OF JOSE ANGEL ALFARO, JR., AN | § | |
| INCAPACITATED PERSON | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| VS. | § | |
| | § | |
| ALLIED VAN LINES, INC. | § | |
| | § | |
| **Defendant.** | § | |

AFFIDAVIT OF ANDREW HARGRODER, M.D.

**BEFORE ME,** the undersigned authority, on this day personally appeared Andrew

Hargroder, M.D., who, upon his oath, deposed and stated the following:

My name is Andrew Hargroder, M.D. I am over the age of twenty-one (21), and fully competent to make this affidavit. I have personal knowledge of the facts contained herein and they are true and correct.

From July 20, 2003 until October 31, 2003, I was the treating physician for Jose Angel Alfaro, Jr., and Lisa Guerra while they were patients in the Burn Unit at Baton Rouge General Medical Center in Baton Rouge, Louisiana. I was the physician in charge of their medical treatment during that period and performed multiple surgeries on both Mr. Alfaro and Ms. Guerra. I am a medical doctor. My curriculum vitae is attached to this Affidavit as Exhibit "A". I am the Medical Director of the Burn Center at Baton Rouge General Medical Center in Baton Rouge, Louisiana.

The discharge summary from Baton Rouge General Medical Center in Baton Rouge, Louisiana for Jose Alfaro, Jr., is attached hereto as Exhibit "B" and is a true and accurate summary of the medical treatment Mr. Alfaro received while he was under my care and treatment.

The discharge summary from Baton Rouge General Medical Center in Baton Rouge, Louisiana for Lisa Guerra is attached hereto as Exhibit "C" and is a true and accurate summary of the medical treatment Ms. Guerra received while she was under my care and treatment.

The photographs which are attached hereto as Exhibits "D", Exhibit "E", Exhibit "F", and Exhibit "G" are true and accurate depictions of the medical condition of Jose Alfaro, Jr., while he was under my care and being treated at the Burn Center at Baton Rouge General Medical Center in Baton Rouge, Louisiana.

The photographs which are attached hereto as Exhibits "H", Exhibit "I", Exhibit "J", and Exhibit "K" are true and accurate depictions of the medical condition of Lisa Guerra while she was under my care and being treated at the Burn Center at Baton Rouge General Medical Center in Baton Rouge, Louisiana.

I have been told that a lawsuit arising from the collision in which Mr. Alfaro and Ms. Guerra suffered burn injuries is pending in federal court in Brownsville, Texas. I am agreeable to giving my video deposition regarding my care and treatment of Mr. Alfaro and Ms. Guerra in that case at a time arranged in advance. Additionally I agree to personally attend the trial of that case in Brownsville, Texas when the case is tried in order to testify in person at the trial as to my medical treatment of Mr. Alfaro and Ms. Guerra and the nature and extent of their injuries suffered in the collision.

Further, affiant sayeth not.

Andrew Hargroder, M.D.

SUBSCRIBED and sworn to before me on this _26__ day of _Feb_____, 2004.

NOTARY PUBLIC IN AND FOR THE STATE OF LOUISIANA

2

# CURRICULUM VITAE

NAME: Andrew G. Hargroder

DATE OF BIRTH: 1/31/57

PLACE OF BIRTH: Albuquerque, New Mexico

EDUCATION:

1971-1975   Jennings High School
Jennings, La.

1975-1979 University of Southwest Louisiana
Lafayette, La.

8/1980-12/1980 University of New Orleans
New Orleans, La.

7/1981-5/1985 M.D. Louisiana State University Medical Ctr.
New Orleans, La.

EMPLOYMENT:

9/1976-12/1979 Respiratory Therapy
Lafayette Charity Hospital
Lafayette, La.

1/1980-6/1981 Ultrasonic Inspection Company
Lafayette, La.

8/1980-6/1981 Respiratory Therapy
East Jefferson General Hospital
Metairie, La.

8/1982-5/1985 Respiratory Therapy
Southern Baptist Hospital
New Orleans, La.



EXHIBIT
A

CURRICULCUM VITAE
ANDREW G. HARGRODER, M.D.
PAGE 2

RESIDENCY:

7/1985-6/1986 Internship

7/1986-6/1990 Residency
LSU Department of Surgery
New Orleans, La.

FELLOWSHIP:

7/1990-6/1991 Burns and Surgical Crircal Care
U.S. Army Institute of Surgical Research
Ft. Sam Houston, Texas

PROFESSIONAL ORGANIZATIONS:

Southern Medical Association
Americal College of Surgeons
Southeastern Surgical Congress
American Burn Association

CERTIFICATIONS:

Advanced Burn Life Support Instructor-7/1991
Board Certified General Surgeon (American Board of Surgery)
Board Certified Surgical Critical Care

AWARDS:

LSU Dept. of Surgery-Outstanding First Year Resident
LSU Dept. of Surgery-Outstanding Fourth Year Resident
LSU Dept. of Surgery-Outstanding Fifth Year Resident
Jarrel Traveling Fellowship Award

MANUSCRIPTS:

Hargroder, A.G., Chappuis, C.W., Cohn, Jr., I. "The
Management of Portal Vein Injuries."
Hargroder, A.G., Beazley, R.M., Cohn, Jr., I. "Charity Hospital
Experience with Ductal Pancreatic Carcinoma."

POSITIONS:

Medical Director Baton Rouge General Burn Center Since 1991
Chairman Surgical Services Division Riverwest Medical Center
Director of Bariatric Unit Riverwest Medical Center
Member of American Society of Bariatric Surgeons

| Baton Rouge General • Mid-City<br>Baton Rouge, Louisiana | Alfaro, Jose A<br>Admitted: 07/20/2003<br>Discharged: 10/31/2003<br>MR #: 00777670<br>Acct #: 00027656024<br>DOB: 12/13/1982<br>Room:     039301 |
|---|---|
| **DISCHARGE SUMMARY** | Andrew Hargroder, M.D. |
| | Page 2 |

HOSPITAL COURSE: The main complications during the hospitalization include—

1. Pneumonia secondary to inhalation injury.
2. Pulmonary insufficiency requiring a tracheostomy.
3. The patient also had renal insufficiency secondary to Gentamicin toxicity which resolved spontaneously without the requirement of dialysis.
4. The patient also developed laryngeal eschar and edema requiring replacement of his tracheostomy for a period of time which subsequently resolved spontaneously.

The patient was then discharged on 10/31/03 to a rehabilitation unit in Corpus Christi, Texas, breathing spontaneously with his tracheostomy removed. He was tolerating a regular diet. Most of his wounds are completely healed. He does still have his left great toe pinned, and he will be continuing rehabilitation at the facility in Corpus Christi.

Andrew Hargroder, M.D.

AH/cb
10/31/2003
11/04/2003 11:16 A
Job/Tape ID:     000020053
cc:     Andrew Hargroder, M.D.

MEDICAL RECORD

| Baton Rouge General • Mid-City<br>Baton Rouge, Louisiana | Guerra, Lisa<br>Admitted: 07/20/2003<br>Discharged: 10/31/2003<br>MR #: 00777671<br>Acct #: 00027656032<br>DOB: 10/16/1982<br>Room:     039501 |
|---|---|
| DISCHARGE SUMMARY | Andrew Hargroder, M.D. |
| | Page 1 |

**ADMISSION DIAGNOSIS:**   Approximately 65% total body surface area burns involving the face, both arms, abdomen, both legs, and back.

**DISCHARGE DIAGNOSES:**
1.  Approximately 65% total body surface area burns involving the face, both arms, abdomen, both legs and back.
2.  Burn wound cellulitis.
3.  An episode of pulmonary edema.

**PROCEDURES PERFORMED:**
1.  On July 23, 2003, tangential excision of the entirety of the right leg and placement of Acticoat dressing, excision and allografting of a portion of the left leg with excision and Acticoat of the remaining left leg.
2.  On July 25, 2003, limited repeat excision of the legs and then Integra grafting of both legs.
3.  On July 30, 2003, tangential excision with split-thickness grafting of both the arms and the dorsum of both hands.
4.  On August 4, 2003, tangential excision and Integra grafting of the back and buttocks.
5.  On August 20, 2003, tangential excision and 4:1 autografting of the posterior left leg, back, and buttocks and grafting with cultured epithelial autograft to both legs, both feet, buttocks, and back.
6.  On September 11, 2003, tangential excision and split-thickness skin grafting of the anterior aspect of both legs.
7.  On September 25, 2003, excision and grafting of areas of the buttocks and posterior thighs.
8.  On October 14, 2003, tangential excision and split-thickness skin grafting of the bilateral buttocks, thighs, ankles, feet, and back.

**HOSPITAL COURSE:**  This is a 20-year-old female who was involved in a motor vehicle accident and admitted on July 20, 2003 with a diagnosis of 65% total body surface area burn.  The patient underwent multiple procedures as stated above.  The only significant complication during her hospitalization was burn wound cellulitis and an episode of pulmonary edema which responded to diuretic therapy.



EXHIBIT

**MEDICAL RECORD**

| Baton Rouge General • Mid-City<br>Baton Rouge, Louisiana | Guerra, Lisa<br>Admitted: 07/20/2003<br>Discharged: 10/31/2003<br>MR #: 00777671<br>Acct #: 00027656032<br>DOB: 10/16/1982<br>Room: 039501 |
|---|---|
| **DISCHARGE SUMMARY** | Andrew Hargroder, M.D. |
| | Page 2 |

The patient was discharged on October 31, 2003 with tube feedings in place. She was also allowed to take a regular diet. She was discharged to a rehabilitation facility in Corpus Christy, Texas where they will continue her wound care. We will be getting a Burn Center consultation for any further excision and grafting that she may need.

Andrew Hargroder, M.D.

AH/cv
10/31/2003
11/04/2003 11:16 A
Job/Tape ID:   000020055
cc:    Andrew Hargroder, M.D.

MEDICAL RECORD



Joe
Alfaro





Joe
Alfaro













**Lisa
Guerra**





Lisa
Guerra





**Lisa**
**Guerra**





Lisa
Guerra



# MITHOFF & JACKS

L.L.P.

LAW OFFICES

RICHARD WARREN MITHOFF, P.C.
JANIE L. JORDAN
SHERIE POTTS BECKMAN
JOSEPH R. ALEXANDER, JR.
HERRICK L. SOVANY

OF COUNSEL

WILLIAM J. STRADLEY

HOUSTON OFFICE

ONE ALLEN CENTER
PENTHOUSE
500 DALLAS
HOUSTON, TEXAS 77002

TELEPHONE 713-654-1122
FACSIMILE 713-739-8085

TOMMY JACKS, P.C.
JAMES L. ("Larry") WRIGHT
MARK G. EINFALT
KURT M. SAUER
DREW WRIGHT
LAURA RUTH JACKS
FRANCES TOWNSEND
MARK GUERRERO
JUSTIN TOWNSEND

AUSTIN OFFICE

February 6, 2004

Master Trooper Richard Elliott
Louisiana State Police - Troop I - TESS
121-E. Ponton Des Mouton Rd.
Lafayette, Louisiana 70507

Re:   Louisiana State Police Investigation of 07/20/03
      Collision on I-10 E of Lafayette, Louisiana
      Civil Action No. B-03-142; Guadalupe Guerra, et al. vs. Allied Van Lines, Inc.; In the
      United States District Court for the Southern District of Texas, Brownsville Division

Dear Trooper Elliott:

This letter confirms our conversation of February 5, 2004 regarding your availability to give
your video deposition and your attendance at the trial captioned above.

As we discussed, you have agreed to voluntarily honor a subpoena and give your video
deposition at a convenient place, date, and time in Louisiana. Additionally, you have
agreed to voluntarily honor a subpoena and personally attend the trial of the case in
Brownsville, Texas when the case is tried in order to testify in person at the trial as to your
investigation of the collision captioned above provided that your travel and lodging
expenses are paid.

If this letter accurately sets out the substance of our conversation of February 5, 2004,
please sign this letter on the signature line provided below and return this letter to me in
the enclosed, stamped envelope as soon as possible.

Thank you for your courtesy and cooperation in this regard.

Master Trooper Richard Elliott
February 6, 2004
Page 2

Please contact me if you have any questions.

Very truly yours,

William J. Stradley
Of Counsel

WJS:vkb

Signed: _____
Richard Elliott
Master Trooper
Louisiana State Police

Date: _____02-20-04_____

# MITHOFF & JACKS

L.L.P.

LAW OFFICES

RICHARD WARREN MITHOFF, P.C.
JANIE L. JORDAN
SHERIE POTTS BECKMAN
JOSEPH R. ALEXANDER, JR.
HERRICK L. SOVANY

OF COUNSEL

   WILLIAM J. STRADLEY

HOUSTON OFFICE

ONE ALLEN CENTER
PENTHOUSE
500 DALLAS
HOUSTON, TEXAS 77002
————————
TELEPHONE 713-654-1122
FACSIMILE 713-739-8085

TOMMY JACKS, P.C.
JAMES L. ("Larry") WRIGHT
MARK G. EINFALT
KURT M. SAUER
DREW WRIGHT
LAURA RUTH JACKS
FRANCES TOWNSEND
MARK GUERRERO
JUSTIN TOWNSEND

AUSTIN OFFICE

February 6, 2004

Trooper Harold Williams
Louisiana State Police - Troop I
121-E. Ponton Des Mouton Rd.
Lafayette, Louisiana 70507

```
R E C E I V E D

    FEB 1 1 2004

  LA STATE POLICE
      TROOP I
```

Re:  Louisiana State Police Investigation of 07/20/03
     Collision on I-10 E of Lafayette, Louisiana
     Civil Action No. B-03-142; Guadalupe Guerra, et al. vs. Allied Van Lines, Inc.; In the
     United States District Court for the Southern District of Texas, Brownsville Division

Dear Trooper Williams:

This letter confirms our conversation of February 5, 2004 regarding your availability to give
your video deposition and your attendance at the trial of the case captioned above.

As we discussed, you have agreed to voluntarily honor a subpoena and give your video
deposition at a convenient place, date, and time in Louisiana. Additionally, you have
agreed to voluntarily honor a subpoena and personally attend the trial of the case in
Brownsville, Texas when the case is tried in order to testify in person at the trial as to your
investigation of the collision captioned above provided that your travel and lodging
expenses are paid.

If this letter accurately sets out the substance of our conversation of February 5, 2004,
please sign this letter on the signature line provided below and return this letter to me in
the enclosed, self-addressed, stamped envelope as soon as possible.

Thank you for your courtesy and cooperation in this regard.

Trooper Harold Williams
February 6, 2004
Page 2


Please contact me if you have any questions.

Very truly yours,

*[signature: Bin Stradley]*

William J. Stradley
Of Counsel

WJS:vkb


Signed: ___*[signature: Harold A. Williams]*___

Harold Williams
Trooper - Louisiana State Police


Date: _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE AND AMELIA GUERRA, INDIVIDUALLY AND GUADALUPE GUERRA AS ADMINISTRATOR OF THE ESTATE OF CINDY GUERRA, DECEASED; AMELIA GUERRA AS TEMPORARY GUARDIAN OF THE PERSON AND ESTATE OF LISA GUERRA, AN INCAPACITATED PERSON; RENE GARZA AND PATRICIA GARZA, INDIVIDUALLY AND RENE GARZA AS ADMINISTRATOR OF THE ESTATE OF JENNIFER GARZA, DECEASED; AND GRACIELA MARROQUIN AS TEMPORARY GUARDIAN OF THE PERSON AND ESTATE OF JOSE ANGEL ALFARO, JR., AN INCAPACITATED PERSON

Plaintiffs,

VS.

ALLIED VAN LINES, INC.

Defendant. | § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-142

TRIAL BY JURY REQUESTED |

## AFFIDAVIT OF PAUL TRAHAN

**BEFORE ME**, the undersigned authority, on this day personally appeared Paul Trahan, who, upon his oath, deposed and stated the following:

My name is Paul Trahan. I am over the age of twenty-one (21), and am competent to make this affidavit. I have personal knowledge of the facts contained herein and they are true and correct.

I am a witness to the automobile-truck collision which occurred July 20, 2003 on Interstate 10 eastbound between Butte La Rose and Whiskey Bay, Louisiana involving an Allied moving van and a Suburban. Attached to this Affidavit is a true and correct copy of my handwritten statement that I gave to the Louisiana State Police following the collision.

I have been told that a lawsuit arising out of that collision is pending in federal court in Brownsville, Texas.  I am agreeable to giving my video deposition in that case at a time arranged in advance, and if I am given advance notice, and if I can be reimbursed for my expenses of travel, and any lost wages, I agree that I will voluntarily appear and testify at the trial of that case in Brownsville, Texas regarding my knowledge of the July 20, 2003 automobile-truck collision and what I witnessed at the time of the collision.

Further, affiant sayeth not.

Paul Trahan

SUBSCRIBED and sworn to before me on this _3rd_ day of ___Feb-___, 2004.

NOTARY PUBLIC IN AND FOR THE STATE OF LOUISIANA

2

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
DRIVER/WITNESS VOLUNTARY STATEMENT

COMPUTER NUMBER   PAGE #

3 2 0 3 7 5 1 - 5 2

I-3016(1550h)

DATE _7/20/03_   TIME _0800_ PLACE _ATCH. BASIN BRIDGE_

I, _PAUL M. TRAHAN_   AM   _50_   YEARS OF AGE,

MY ADDRESS IS _746 FAWN LAKE   BATON ROUGE LA 70816_

AND MY TELEPHONE NUMBER IS (225) 274 - 9164 (HOME)
225 - 938 - 8718 (OFFICE)

_WHILE TRAVELING EAST BOUND ON I-10 ATCH BASIN
BRIDGE I WAS IN RIGHT LANE SLOWING
DOWN DUE TO STALLED TRAFFIC. I MAY HAVE
BEEN GOING ABOUT 10 MILES AN HOUR
WHEN I HEARD A COLLISION THEN FELT
MYSELF BEING HIT FROM REAR. WENT
TO RIGHT AND STOPPED SAW ORANGE
BLUR GOING BY. STOPPED MY VEHICLE.
ASSISTED PUTTING GIRL OUT THAT WAS
ON FIRE AND ASSISTED WHERE I
COULD_

CODE
A

THE ABOVE STATEMENT, TO THE BEST OF MY KNOWLEDGE, IS A TRUE AND CORRECT
ACCOUNT OF MY RECOLLECTION IN THE ABOVE DESCRIBED MOTOR VEHICLE CRASH

SIGNED: _Paul M. Trahan_

OFFICER TAKING STATEMENT: _Tr. Harold Williams_

SIGNATURE: _Tr. Harold Williams 1241_

INVESTIGATING OFFICER'S INITIALS _H.W._

DPSSP 3111

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE AND AMELIA GUERRA,<br>INDIVIDUALLY AND GUADALUPE GUERRA<br>AS ADMINISTRATOR OF THE ESTATE OF<br>CINDY GUERRA, DECEASED; AMELIA<br>GUERRA AS TEMPORARY GUARDIAN OF<br>THE PERSON AND ESTATE OF LISA<br>GUERRA, AN INCAPACITATED PERSON;<br>RENE GARZA AND PATRICIA GARZA,<br>INDIVIDUALLY AND RENE GARZA AS<br>ADMINISTRATOR OF THE ESTATE OF<br>JENNIFER GARZA, DECEASED; AND<br>GRACIELA MARROQUIN AS TEMPORARY<br>GUARDIAN OF THE PERSON AND ESTATE<br>OF JOSE ANGEL ALFARO, JR., AN<br>INCAPACITATED PERSON | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| **Plaintiffs,** | §<br>§<br>§ | CIVIL ACTION NO. B-03-142<br><br>TRIAL BY JURY REQUESTED |
| VS. | §<br>§ | |
| ALLIED VAN LINES, INC. | §<br>§ | |
| **Defendant.** | § | |

## AFFIDAVIT OF LEA GUIDRY

**BEFORE ME**, the undersigned authority, on this day personally appeared Lea Guidry, who, upon her oath, deposed and stated the following:

> My name is Lea Guidry. I am over the age of twenty-one (21), and am competent to make this affidavit. I have personal knowledge of the facts contained herein and they are true and correct.

> I am a witness to the automobile-truck collision which occurred July 20, 2003 on Interstate 10 eastbound between Butte La Rose and Whiskey Bay, Louisiana involving an Allied moving van and a Suburban. Attached to this Affidavit is a true and correct copy of my handwritten statement that I gave to the Louisiana State Police following the collision.

I have been told that a lawsuit arising out of that collision is pending in federal court in Brownsville, Texas. I am agreeable to giving my video deposition in that case at a time arranged in advance, and if I am given advance notice, and if I can be reimbursed for my expenses of travel, and any lost wages, I agree that I will voluntarily appear and testify at the trial of that case in Brownsville, Texas regarding my knowledge of the July 20, 2003 automobile-truck collision and what I witnessed at the time of the collision.

Further, affiant sayeth not.

_____
Lea Guidry

SUBSCRIBED and sworn to before me on this ___3rd___ day of ___February___, 2004.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF LOUISIANA

2

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
DRIVER/WITNESS VOLUNTARY STATEMENT

COMPUTER NUMBER: 3 2 0 3 7 5 1 - 5 0

PAGE #

I-3016 (0504)

DATE **7/20/03** TIME **6:27** PLACE **I-10 east Atchafalaya Brid**

I, **Lea Guidry** AM **24** YEARS OF AGE,

MY ADDRESS IS **58605 Castile Ave, Baton Rouge, LA 70806**

AND MY TELEPHONE NUMBER IS (**225**) **281 - 5686** .

was driving down I-10 and saw that the traffic ahead on the bridge was stopped. I slowed and got in the right hand lane and came to a complete stop. I looked in my rearview and saw the orange eighteen wheeler coming very fast and he plowed through all of us who were stopped. My car spun and all I could see was flying glass, smoke & fire. I got out of my car and saw a young girl on fire. People put her out and carried her to away. I don't know what else happend.

CODE
A

THE ABOVE STATEMENT, TO THE BEST OF MY KNOWLEDGE, IS A TRUE AND CORRECT ACCOUNT OF MY RECOLLECTION IN THE ABOVE DESCRIBED MOTOR VEHICLE CRASH

SIGNED: **Lea Guidry**

OFFICER TAKING STATEMENT: **Tfc. Harold Williams**

SIGNATURE: **Tfc. Harold Williams #340**

INVESTIGATING OFFICER'S INITIALS: H.W.

DPSSP 3111

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE AND AMELIA GUERRA, | § | |
| INDIVIDUALLY AND GUADALUPE GUERRA | § | |
| AS ADMINISTRATOR OF THE ESTATE OF | § | |
| CINDY GUERRA, DECEASED; AMELIA | § | |
| GUERRA AS TEMPORARY GUARDIAN OF | § | |
| THE PERSON AND ESTATE OF LISA | § | |
| GUERRA, AN INCAPACITATED PERSON; | § | |
| RENE GARZA AND PATRICIA GARZA, | § | |
| INDIVIDUALLY AND RENE GARZA AS | § | |
| ADMINISTRATOR OF THE ESTATE OF | § | |
| JENNIFER GARZA, DECEASED; AND | § | CIVIL ACTION NO. B-03-142 |
| GRACIELA MARROQUIN AS TEMPORARY | § | |
| GUARDIAN OF THE PERSON AND ESTATE | § | TRIAL BY JURY REQUESTED |
| OF JOSE ANGEL ALFARO, JR., AN | § | |
| INCAPACITATED PERSON | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| VS. | § | |
| | § | |
| ALLIED VAN LINES, INC. | § | |
| | § | |
| **Defendant.** | § | |

## AFFIDAVIT OF MATTHEW VOELKEL

BEFORE ME, the undersigned authority, on this day personally appeared Matthew Voelkel, who, upon his oath, deposed and stated the following:

My name is Matthew Voelkel. I am over the age of twenty-one (21), and am competent to make this affidavit. I have personal knowledge of the facts contained herein and they are true and correct.

I am a witness to the automobile-truck collision which occurred July 20, 2003 on Interstate 10 eastbound between Butte La Rose and Whiskey Bay, Louisiana involving an Allied moving van and a Suburban. Attached to this Affidavit is a true and correct copy of my handwritten statement that I gave to the Louisiana State Police following the collision.

I have been told that a lawsuit arising out of that collision is pending in federal court in Brownsville, Texas. I am agreeable to giving my video deposition in that case at a time arranged in advance, and if I am given advance notice, and if I can be reimbursed for my expenses of travel, and any lost wages, I agree that I will voluntarily appear and testify at the trial of that case in Brownsville, Texas regarding my knowledge of the July 20, 2003 automobile-truck collision and what I witnessed at the time of the collision.

Further, affiant sayeth not.

_Matthew Voelkel_
Matthew Voelkel

SUBSCRIBED and sworn to before me on this __4__ day of _Feb.  04_ , 2004.

# 20621

NOTARY PUBLIC IN AND FOR THE STATE OF LOUISIANA

MY COMMISSION IS FOR LIFE

2

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
DRIVER/WITNESS VOLUNTARY STATEMENT

COMPUTER NUMBER: 3 2 0 3 7 5 1 - 4 4
PAGE #

I-3016 (BBsm)

DATE 7/20/03     TIME 6:00 PM     PLACE I 10

I, Matthew Voeltel     AM 32     YEARS OF AGE,

MY ADDRESS IS 2006 S. Salcedo St

AND MY TELEPHONE NUMBER IS (564) 231 - 7408 .

I was a passenger in a Van going east
on I 10 We slowed for an accident in front of
us and then I heard tires lock up and we were
hit by a white Van that was hit by a semi
truck then we got out and saw a woman
on fire!!!

CODE
A

THE ABOVE STATEMENT, TO THE BEST OF MY KNOWLEDGE, IS A TRUE AND CORRECT
ACCOUNT OF MY RECOLLECTION IN THE ABOVE DESCRIBED MOTOR VEHICLE CRASH

SIGNED: _____

OFFICER TAKING STATEMENT: Tr. Harold Williams

SIGNATURE: Tr. Harold Willie 1240

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

GUADALUPE AND AMELIA GUERRA,      §
INDIVIDUALLY AND GUADALUPE GUERRA §
AS ADMINISTRATOR OF THE ESTATE OF §
CINDY GUERRA, DECEASED; AMELIA    §
GUERRA AS TEMPORARY GUARDIAN OF   §
THE PERSON AND ESTATE OF LISA     §
GUERRA, AN INCAPACITATED PERSON;  §
RENE GARZA AND PATRICIA GARZA,    §
INDIVIDUALLY AND RENE GARZA AS    §
ADMINISTRATOR OF THE ESTATE OF    §
JENNIFER GARZA, DECEASED; AND     §          CIVIL ACTION NO.  B-03-142
GRACIELA MARROQUIN AS TEMPORARY   §
GUARDIAN OF THE PERSON AND ESTATE §          TRIAL BY JURY REQUESTED
OF JOSE ANGEL ALFARO, JR., AN     §
INCAPACITATED PERSON              §
                                  §
          Plaintiffs,             §
                                  §
VS.                               §
                                  §
ALLIED VAN LINES, INC.            §
                                  §
          Defendant.              §

## AFFIDAVIT OF KRISTEN BYBEE

**BEFORE ME**, the undersigned authority, on this day personally appeared Kristen

Bybee, who, upon her oath, deposed and stated the following:

My name is Kristen Bybee. I am over the age of twenty-one (21), and am competent to make this affidavit. I have personal knowledge of the facts contained herein and they are true and correct.

I am a witness to the automobile-truck collision which occurred July 20, 2003 on Interstate 10 eastbound between Butte La Rose and Whiskey Bay, Louisiana involving an Allied moving van and a Suburban. Attached to this Affidavit is a true and correct copy of my handwritten statement that I gave to the Louisiana State Police following the collision.

I have been told that a lawsuit arising out of that collision is pending in federal court in Brownsville, Texas. I am agreeable to giving my video deposition in that case at a time arranged in advance, and if I am given advance notice, and if I can be reimbursed for my expenses of travel, and any lost wages, I agree that I will voluntarily appear and testify at the trial of that case in Brownsville, Texas regarding my knowledge of the July 20, 2003 automobile-truck collision and what I witnessed at the time of the collision.

Further, affiant sayeth not.

_____
Kristen Bybee

SUBSCRIBED and sworn to before me on this _3rd_ day of _February_, 2004.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF LOUISIANA

WHITNEY S. ROMERO
NOTARY PUBLIC
MY COMMISSION IS FOR LIFE.

2

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
DRIVER/WITNESS VOLUNTARY STATEMENT

COMPUTER NUMBER: 3 2 0 3 7 5 1 - 8 7    PAGE #

I-3016 (P5th)

DATE 7/20/03    TIME 6:05    PLACE I-10 past Henderson

I, Kristin Bybee    AM 33    YEARS OF AGE,

MY ADDRESS IS 554 Brooklyn Ave Jefferson, LA 70121

AND MY TELEPHONE NUMBER IS (504) 251 - 6472 .

I was driving and saw a tow truck on the r.h. side of the hwy & it looked like there were cars stopped in the road up ahead about 100 ft. or so, so I immediately slowed down and got in the r.h. lane I think we came to a stop and all of a sudden we heard crashing behind us and I looked in the mirror and saw the orange Allied truck plowing through and debris flying and next thing I know we were hit from behind. When we were able to get out, we saw the lady on fire behind us from the white van.

CODE A

THE ABOVE STATEMENT, TO THE BEST OF MY KNOWLEDGE, IS A TRUE AND CORRECT ACCOUNT OF MY RECOLLECTION IN THE ABOVE DESCRIBED MOTOR VEHICLE CRASH

SIGNED: Kristin Bybee

OFFICER TAKING STATEMENT: TF. Harold Williams 1340

SIGNATURE: TF. Harold Williams

INVESTIGATING OFFICER'S INITIALS H.W.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

GUADALUPE AND AMELIA GUERRA, §
INDIVIDUALLY AND GUADALUPE GUERRA §
AS ADMINISTRATOR OF THE ESTATE OF §
CINDY GUERRA, DECEASED; AMELIA §
GUERRA AS TEMPORARY GUARDIAN OF §
THE PERSON AND ESTATE OF LISA §
GUERRA, AN INCAPACITATED PERSON; §
RENE GARZA AND PATRICIA GARZA, §
INDIVIDUALLY AND RENE GARZA AS §
ADMINISTRATOR OF THE ESTATE OF §
JENNIFER GARZA, DECEASED; AND §          CIVIL ACTION NO. B-03-142
GRACIELA MARROQUIN AS TEMPORARY §
GUARDIAN OF THE PERSON AND ESTATE §      TRIAL BY JURY REQUESTED
OF JOSE ANGEL ALFARO, JR., AN §
INCAPACITATED PERSON §
                                 §
            Plaintiffs,          §
                                 §
VS.                              §
                                 §
ALLIED VAN LINES, INC.           §
                                 §
            Defendant.           §

## AFFIDAVIT OF JASON BYBEE

**BEFORE ME**, the undersigned authority, on this day personally appeared Jason

Bybee, who, upon his oath, deposed and stated the following:

> My name is Jason Bybee. I am over the age of twenty-one (21), and am
> competent to make this affidavit. I have personal knowledge of the facts
> contained herein and they are true and correct.

> I am a witness to the automobile-truck collision which occurred July 20, 2003
> on Interstate 10 eastbound between Butte La Rose and Whiskey Bay,
> Louisiana involving an Allied moving van and a Suburban. Attached to this
> Affidavit is a true and correct copy of my handwritten statement that I gave
> to the Louisiana State Police following the collision.

I have been told that a lawsuit arising out of that collision is pending in federal court in Brownsville, Texas. I am agreeable to giving my video deposition in that case at a time arranged in advance, and if I am given advance notice, and if I can be reimbursed for my expenses of travel, and any lost wages, I agree that I will voluntarily appear and testify at the trial of that case in Brownsville, Texas regarding my knowledge of the July 20, 2003 automobile-truck collision and what I witnessed at the time of the collision.

Further, affiant sayeth not.

_____

Jason Bybee

SUBSCRIBED and sworn to before me on this _3_ day of _____ Feb,
2004.

_____

NOTARY PUBLIC IN AND FOR THE STATE OF .
LOUISIANA

WHITNEY S. ROMERO
NOTARY PUBLIC
MY COMMISSION IS FOR LIFE.

2

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
DRIVER/WITNESS VOLUNTARY STATEMENT

COMPUTER NUMBER | PAGE #
3 2 0 3 7 5 1 - 4 6

I-3016(058m)

DATE 7-20-03     TIME 6:10     PLACE I-10 Pass Henderson La

I, Jason Bybee _____ AM 30 _____ YEARS OF AGE,

MY ADDRESS IS 554 Brooklyn _____

AND MY TELEPHONE NUMBER IS (504) 701 - 4409 _____ .

I WAS The passenger in the front drivers side
my wife Kristin yelled hold on and I looked in the
passenger side mirror to see the Orange Allied Truck
hit the White Truck behind us and swerve into
the left hand lane. After the initial crash
we sat for a few moments in shock from the impact
until matt said that girl is on fire, I wrapped
a shirt and Jumped out of the Van and proceeded
to beat the flames out. the Little girl who was
running down the road, then checked that
my wife and friend where ok and moved
back up the road when the allied truck
started to let of explosions

CODE
A

THE ABOVE STATEMENT, TO THE BEST OF MY KNOWLEDGE, IS A TRUE AND CORRECT
ACCOUNT OF MY RECOLLECTION IN THE ABOVE DESCRIBED MOTOR VEHICLE CRASH

SIGNED: _____

OFFICER TAKING STATEMENT: Tfc Herald Williams

SIGNATURE: Tfc Harold Willi 1740

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE AND AMELIA GUERRA, | § | |
| INDIVIDUALLY AND GUADALUPE GUERRA | § | |
| AS ADMINISTRATOR OF THE ESTATE OF | § | |
| CINDY GUERRA, DECEASED; AMELIA | § | |
| GUERRA AS TEMPORARY GUARDIAN OF | § | |
| THE PERSON AND ESTATE OF LISA | § | |
| GUERRA, AN INCAPACITATED PERSON; | § | |
| RENE GARZA AND PATRICIA GARZA, | § | |
| INDIVIDUALLY AND RENE GARZA AS | § | |
| ADMINISTRATOR OF THE ESTATE OF | § | |
| JENNIFER GARZA, DECEASED; AND | § | CIVIL ACTION NO.  B-03-142 |
| GRACIELA MARROQUIN AS TEMPORARY | § | |
| GUARDIAN OF THE PERSON AND ESTATE | § | TRIAL BY JURY REQUESTED |
| OF JOSE ANGEL ALFARO, JR., AN | § | |
| INCAPACITATED PERSON | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | |
| | § | |
| ALLIED VAN LINES, INC. | § | |
| | § | |
| Defendant. | § | |

## AFFIDAVIT OF KEN S. LeBLANC

BEFORE ME, the undersigned authority, on this day personally appeared Ken S.

LeBlanc, who, upon his oath, deposed and stated the following:

My name is Ken S. LeBlanc. I am over the age of twenty-one (21), and am competent to make this affidavit. I have personal knowledge of the facts contained herein and they are true and correct.

I am a witness to the automobile-truck collision which occurred July 20, 2003 on Interstate 10 eastbound between Butte La Rose and Whiskey Bay, Louisiana involving an Allied moving van and a Suburban. Attached to this Affidavit is a true and correct copy of my handwritten statement that I gave to the Louisiana State Police following the collision.

I have been told that a lawsuit arising out of that collision is pending in federal court in Brownsville, Texas. I am agreeable to giving my video deposition in that case at a time arranged in advance, and if I am given advance notice, and if I can be reimbursed for my expenses of travel, and any lost wages, I agree that I will voluntarily appear and testify at the trial of that case in Brownsville, Texas regarding my knowledge of the July 20, 2003 automobile-truck collision and what I witnessed at the time of the collision.

Further, affiant sayeth not.

_____
Ken S. LeBlanc

SUBSCRIBED and sworn to before me on this __2__ day of __February__, 2004.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF
LOUISIANA

2

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
DRIVER/WITNESS VOLUNTARY STATEMENT

COMPUTER NUMBER: 3 2 0 3 7 5 1 - 3 9    PAGE #

I-3016(03m)

DATE July 20    TIME 6pm PLACE 123 Mile Marker I-10 East

I, Dr. Ken S. LeBlanc    AM    48    YEARS OF AGE,

MY ADDRESS IS 100 Latiwood Dr. Lafayette LA 70508

AND MY TELEPHONE NUMBER IS (337) 237 - 9209 (h) 337 406 - 9994 (0

I was traveling East (to B.R.) on I-10. at approx 5:30 pm at the 123 mile Marker I noticed the traffic stopped in Both E.bound lanes, I was about 1/4 mile behind when the Orange Allied Van 18 wheeler passed me on my left. I was traveling approx. 60 when the Van passed me on my left at at least 10 mph faster than me. The next thing I saw was the Orange Allied Van plow into the rear of the stopped traffic. I saw a white SUV fly up in the air and burst into flames, then another 2-3 vehicles seemed to it ploly all at the same time. It appeared that the Allied Van was still traveling at a fair rate of speed when he hit due to the significant "Domino" effect that I saw. My 2 daughters were afraid to let me go try to help the injured due to the missing fire. I was the 1st Vehicle behind the accident, 2-3 seconds faster I would have been in it. In my opinion the entire accident was caused by the Allied Van Line (Orange) 18 wheeler. He failed to slow down.

THE ABOVE STATEMENT, TO THE BEST OF MY KNOWLEDGE, IS A TRUE AND CORRECT
ACCOUNT OF MY RECOLLECTION IN THE ABOVE DESCRIBED MOTOR VEHICLE CRASH

SIGNED: _KH LeBlanc M_    CODE A

OFFICER TAKING STATEMENT: _Tr. Harold Williams_

SIGNATURE: _Tr. Harold Willi— 1740_

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE AND AMELIA GUERRA, | § | |
| INDIVIDUALLY AND GUADALUPE GUERRA | § | |
| AS ADMINISTRATOR OF THE ESTATE OF | § | |
| CINDY GUERRA, DECEASED; AMELIA | § | |
| GUERRA AS TEMPORARY GUARDIAN OF | § | |
| THE PERSON AND ESTATE OF LISA | § | |
| GUERRA, AN INCAPACITATED PERSON; | § | |
| RENE GARZA AND PATRICIA GARZA, | § | |
| INDIVIDUALLY AND RENE GARZA AS | § | |
| ADMINISTRATOR OF THE ESTATE OF | § | |
| JENNIFER GARZA, DECEASED; AND | § | CIVIL ACTION NO.  B-03-142 |
| GRACIELA MARROQUIN AS TEMPORARY | § | |
| GUARDIAN OF THE PERSON AND ESTATE | § | TRIAL BY JURY REQUESTED |
| OF JOSE ANGEL ALFARO, JR., AN | § | |
| INCAPACITATED PERSON | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | |
| | § | |
| ALLIED VAN LINES, INC. | § | |
| | § | |
| Defendant. | § | |

## AFFIDAVIT OF FAYE R. LeBLANC

BEFORE ME, the undersigned authority, on this day personally appeared Faye R.

LeBlanc, who, upon her oath, deposed and stated the following:

My name is Faye R. LeBlanc. I am over the age of twenty-one (21), and am competent to make this affidavit. I have personal knowledge of the facts contained herein and they are true and correct.

I am a witness to the automobile-truck collision which occurred July 20, 2003 on Interstate 10 eastbound between Butte La Rose and Whiskey Bay, Louisiana involving an Allied moving van and a Suburban.

I have been told that a lawsuit arising out of that collision is pending in federal court in Brownsville, Texas. I am agreeable to giving my video deposition in that case at a time arranged in advance, and if I am given

advance notice, and if I can be reimbursed for my expenses of travel, and any lost wages, I agree that I will voluntarily appear and testify at the trial of that case in Brownsville, Texas regarding my knowledge of the July 20, 2003 automobile-truck collision and what I witnessed at the time of the collision.

Further, affiant sayeth not.

_Faye R. LeBlanc_

Faye R. LeBlanc


SUBSCRIBED and sworn to before me on this __5__ day of __February__, 2004.

_Nora J. Bernard_

NOTARY PUBLIC IN AND FOR THE STATE OF LOUISIANA

2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE AND AMELIA GUERRA, INDIVIDUALLY AND GUADALUPE GUERRA AS ADMINISTRATOR OF THE ESTATE OF CINDY GUERRA, DECEASED; AMELIA GUERRA AS TEMPORARY GUARDIAN OF THE PERSON AND ESTATE OF LISA GUERRA, AN INCAPACITATED PERSON; RENE GARZA AND PATRICIA GARZA, INDIVIDUALLY AND RENE GARZA AS ADMINISTRATOR OF THE ESTATE OF JENNIFER GARZA, DECEASED; AND GRACIELA MARROQUIN AS TEMPORARY GUARDIAN OF THE PERSON AND ESTATE OF JOSE ANGEL ALFARO, JR., AN INCAPACITATED PERSON | § § § § § § § § § § § § § § § § | |
| Plaintiffs, | § § § | CIVIL ACTION NO. B-03-142<br><br>TRIAL BY JURY REQUESTED |
| VS. | § § | |
| ALLIED VAN LINES, INC. | § § | |
| Defendant. | § | |

## AFFIDAVIT OF JEFFERY HEBERT

**BEFORE ME**, the undersigned authority, on this day personally appeared Jeffery Hebert, who, upon his oath, deposed and stated the following:

My name is Jeffery Hebert. I am over the age of twenty-one (21), and am competent to make this affidavit. I have personal knowledge of the facts contained herein and they are true and correct.

I am a witness to the automobile-truck collision which occurred July 20, 2003 on Interstate 10 eastbound between Butte La Rose and Whiskey Bay, Louisiana involving an Allied moving van and a Suburban. Attached to this Affidavit is a true and correct copy of my handwritten statement that I gave to the Louisiana State Police following the collision.

I have been told that a lawsuit arising out of that collision is pending in federal court in Brownsville, Texas. I am agreeable to giving my video deposition in that case at a time arranged in advance, and if I am given advance notice, and if I can be reimbursed for my expenses of travel, and any lost wages, I agree that I will voluntarily appear and testify at the trial of that case in Brownsville, Texas regarding my knowledge of the July 20, 2003 automobile-truck collision and what I witnessed at the time of the collision.

Further, affiant sayeth not.

_____
Jeffery Hebert

SUBSCRIBED and sworn to before me on this 2nd day of February, 2004.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF LOUISIANA

2

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
DRIVER/WITNESS VOLUNTARY STATEMENT

COMPUTER NUMBER: 3 2 0 3 7 5 1 — PAGE #: 3 8

I-3016(85m)

DATE 7-20-03     TIME 7:05 PLACE I-10 East Mile Marker 123

I, Jeffery Hebert     AM  23     YEARS OF AGE,

MY ADDRESS IS 210-23 W. Pont Des Mouton

AND MY TELEPHONE NUMBER IS (2337) 237 -5863

At approximately 5:20 P.M. on Interset 10 Mile
Market 123 I was in the Gerald's Towing and
Recovery Truck loading a vehicle when traffic
was coming to a stop because of an out of gonar
Accident that happened up ahead and veh.
the Allied Van Kide 18 wheeler was
coming at a great amount of speed when
he hit the black car. Then he kept on
Swirvering into the opposite lane wh e
he hit the white truck. And it caught
fire instantly. Then he hit several
other vehicles before coming to a stop.

CODE A

THE ABOVE STATEMENT, TO THE BEST OF MY KNOWLEDGE, IS A TRUE AND CORRECT
ACCOUNT OF MY RECOLLECTION IN THE ABOVE DESCRIBED MOTOR VEHICLE CRASH

SIGNED: _Jeff Hebert_

OFFICER TAKING STATEMENT: _Tfc. Herald Williams_

SIGNATURE: _Tfc. Herald Williams_

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE AND AMELIA GUERRA, | § | |
| INDIVIDUALLY AND GUADALUPE GUERRA | § | |
| AS ADMINISTRATOR OF THE ESTATE OF | § | |
| CINDY GUERRA, DECEASED; AMELIA | § | |
| GUERRA AS TEMPORARY GUARDIAN OF | § | |
| THE PERSON AND ESTATE OF LISA | § | |
| GUERRA, AN INCAPACITATED PERSON; | § | |
| RENE GARZA AND PATRICIA GARZA, | § | |
| INDIVIDUALLY AND RENE GARZA AS | § | |
| ADMINISTRATOR OF THE ESTATE OF | § | |
| JENNIFER GARZA, DECEASED; AND | § | CIVIL ACTION NO. B-03-142 |
| GRACIELA MARROQUIN AS TEMPORARY | § | |
| GUARDIAN OF THE PERSON AND ESTATE | § | TRIAL BY JURY REQUESTED |
| OF JOSE ANGEL ALFARO, JR., AN | § | |
| INCAPACITATED PERSON | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | |
| | § | |
| ALLIED VAN LINES, INC. | § | |
| | § | |
| Defendant. | § | |

## AFFIDAVIT OF KIMBERLY MARIE ALBARADO HEBERT

BEFORE ME, the undersigned authority, on this day personally appeared Kimberly

Marie Albarado Hebert, who, upon her oath, deposed and stated the following:

My name is Kimberly Marie Albarado Hebert. I am over the age of twenty-one (21), and am competent to make this affidavit. I have personal knowledge of the facts contained herein and they are true and correct.

I am a witness to the automobile-truck collision which occurred July 20, 2003 on Interstate 10 eastbound between Butte La Rose and Whiskey Bay, Louisiana involving an Allied moving van and a Suburban.

I have been told that a lawsuit arising out of that collision is pending in federal court in Brownsville, Texas. I am agreeable to giving my video deposition in that case at a time arranged in advance, and if I am given

advance notice, and if I can be reimbursed for my expenses of travel, and any lost wages, I agree that I will voluntarily appear and testify at the trial of that case in Brownsville, Texas regarding my knowledge of the July 20, 2003 automobile-truck collision and what I witnessed at the time of the collision.

Further, affiant sayeth not.

_Kimberly Marie Albarado Hebert_
Kimberly Marie Albarado Hebert

SUBSCRIBED and sworn to before me on this 2nd day of February, 2004.

NOTARY PUBLIC IN AND FOR THE STATE OF LOUISIANA

2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE AND AMELIA GUERRA, | § | |
| INDIVIDUALLY AND GUADALUPE GUERRA | § | |
| AS ADMINISTRATOR OF THE ESTATE OF | § | |
| CINDY GUERRA, DECEASED; AMELIA | § | |
| GUERRA AS TEMPORARY GUARDIAN OF | § | |
| THE PERSON AND ESTATE OF LISA | § | |
| GUERRA, AN INCAPACITATED PERSON; | § | |
| RENE GARZA AND PATRICIA GARZA, | § | |
| INDIVIDUALLY AND RENE GARZA AS | § | |
| ADMINISTRATOR OF THE ESTATE OF | § | |
| JENNIFER GARZA, DECEASED; AND | § | CIVIL ACTION NO. B-03-142 |
| GRACIELA MARROQUIN AS TEMPORARY | § | |
| GUARDIAN OF THE PERSON AND ESTATE | § | TRIAL BY JURY REQUESTED |
| OF JOSE ANGEL ALFARO, JR., AN | § | |
| INCAPACITATED PERSON | § | |
| | §. | |
| **Plaintiffs,** | § | |
| | § | |
| VS. | § | |
| | § | |
| ALLIED VAN LINES, INC. | § | |
| | § | |
| **Defendant.** | § | |

## AFFIDAVIT OF DEBBIE VALENTINE

**BEFORE ME**, the undersigned authority, on this day personally appeared Debbie

Valentine, who, upon her oath, deposed and stated the following:

> My name is Debbie Valentine. I am over the age of twenty-one (21), and am competent to make this affidavit. I have personal knowledge of the facts contained herein and they are true and correct.

> I am a witness to the automobile-truck collision which occurred July 20, 2003 on Interstate 10 eastbound between Butte La Rose and Whiskey Bay, Louisiana involving an Allied moving van and a Suburban.

> I have been told that a lawsuit arising out of that collision is pending in federal court in Brownsville, Texas. I am agreeable to giving my video deposition in that case at a time arranged in advance, and if I am given

advance notice, and if I can be reimbursed for my expenses of travel, and any lost wages, I agree that I will voluntarily appear and testify at the trial of that case in Brownsville, Texas regarding my knowledge of the July 20, 2003 automobile-truck collision and what I witnessed at the time of the collision.

Further, affiant sayeth not.



_____
Debbie Valentine

SUBSCRIBED and sworn to before me on this 9th day of February, 2004.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

CHRISTOPHER H. SHIFFLETT
NOTARY PUBLIC
STATE OF TEXAS
Comm Exp 12-13-2006

2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

GUADALUPE AND AMELIA GUERRA,           §
INDIVIDUALLY AND GUADALUPE GUERRA      §
AS ADMINISTRATOR OF THE ESTATE OF      §
CINDY GUERRA, DECEASED; AMELIA         §
GUERRA AS TEMPORARY GUARDIAN OF        §
THE PERSON AND ESTATE OF LISA          §
GUERRA, AN INCAPACITATED PERSON;       §
RENE GARZA AND PATRICIA GARZA,         §
INDIVIDUALLY AND RENE GARZA AS         §
ADMINISTRATOR OF THE ESTATE OF         §
JENNIFER GARZA, DECEASED; AND          §        CIVIL ACTION NO. B-03-142
GRACIELA MARROQUIN AS TEMPORARY        §
GUARDIAN OF THE PERSON AND ESTATE      §        TRIAL BY JURY REQUESTED
OF JOSE ANGEL ALFARO, JR., AN          §
INCAPACITATED PERSON                   §
                                       §
          Plaintiffs,                  §
                                       §
VS.                                    §
                                       §
ALLIED VAN LINES, INC.                 §
                                       §
          Defendant.                   §

## AFFIDAVIT OF GERALD VALENTINE

BEFORE ME, the undersigned authority, on this day personally appeared Gerald

Valentine, who, upon his oath, deposed and stated the following:

My name is Gerald Valentine. I am over the age of twenty-one (21), and am
competent to make this affidavit. I have personal knowledge of the facts
contained herein and they are true and correct.

I am a witness to the automobile-truck collision which occurred July 20, 2003
on Interstate 10 eastbound between Butte La Rose and Whiskey Bay,
Louisiana involving an Allied moving van and a Suburban. Attached to this
Affidavit is a true and correct copy of my handwritten statement that I gave
to the Louisiana State Police following the collision.

I have been told that a lawsuit arising out of that collision is pending in federal court in Brownsville, Texas. I am agreeable to giving my video deposition in that case at a time arranged in advance, and if I am given advance notice, and if I can be reimbursed for my expenses of travel, and any lost wages, I agree that I will voluntarily appear and testify at the trial of that case in Brownsville, Texas regarding my knowledge of the July 20, 2003 automobile-truck collision and what I witnessed at the time of the collision.

Further, affiant sayeth not.

_Gerald Valentine_

Gerald Valentine

SUBSCRIBED and sworn to before me on this ___9th___ day of ___Febuary___, 2004.



NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

CHRISTOPHER H. SHIFFLETT
NOTARY PUBLIC
STATE OF TEXAS
Comm. Exp. 12-13-2006

2

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
DRIVER/WITNESS VOLUNTARY STATEMENT

COMPUTER NUMBER   PAGE #

3 2 0 3 7 5 1 - 4 1

I-3011 (0801) 110

DATE 7/20/03   TIME 6:30 PM   PLACE Mile MKR 123 E Bound

I, Gerald D. Valentine   AM 54   YEARS OF AGE,

MY ADDRESS IS P.O. BOX 1937   Crystal Beach, TX 77650

AND MY TELEPHONE NUMBER IS (409) 684 - 0089.

At approximately 5:15 PM I was on I10 1 mile East of Butte LaRose, La on the east bound side at mile maaker 123 broke down in my 92 Jeep Cherokee. A wrecker was loading up my Jeep on the shoulder of Atchafalaya Bridge when traffic was at a stand still due to a wreck earlier up ahead. All of a sudden a Allied VanLine 18 wheeler came blowing by us at a very high rate of speed. The driver did not even seem to slow until he was right on top of the dead still traffic. The 18 wheel wheeler careened off of another 18 wheeler, then smashed into a white Suburban, then kept smashing cars for a long distance. The Suburban and other vehicles caught fire immediately causing deaths and severe casualties.

CODE
A

THE ABOVE STATEMENT, TO THE BEST OF MY KNOWLEDGE, IS A TRUE AND CORRECT
ACCOUNT OF MY RECOLLECTION IN THE ABOVE DESCRIBED MOTOR VEHICLE CRASH

SIGNED: Gerald D. Jerry Valentine

OFFICER TAKING STATEMENT: Tfc. Harold Williams

SIGNATURE: Tfc. Harold Williams 1740

911.7