IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE AND AMELIA GUERRA, INDIVIDUALLY AND GUDALUPE GUERRA AS ADMINISTRATOR OF THE ESTATE OF CINDY GUERRA, DECEASED; AMELIA GUERRA AS TEMPORARY GUARDIAN OF THE ESTATE AND PERSON OF LISA GUERRA, AN INCAPACITATED PERSON; RENE GARZA AND PATRICIA GARZA, INDIVIDUALLY AND RENE GARZA AS ADMINISTRATOR OF THE ESTATE OF JENNIFER GARZA, DECEASED; GRACIELLA MARROQUIN AS TEMPORARY GUARDIAN OF THE ESTATE AND PERSON OF JOSE ANGEL ALFARO, JR., AN INCAPACITATED PERSON | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-142 |
| VS. | | |
| ALLIED VAN LINES, INC. | | |

United States District Court
Southern District of Texas
FILED

JUN 1 6 2004

Michael N. Milby
Clerk of Court

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE ORIGINAL ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **ALLIED VAN LINES, INC.**, and files this motion and in support thereof would show the Court as follows:

**I.**

Plaintiffs filed their Unopposed Motion for Leave to File Third Amended Complaint on April 21, 2004. (Dkt. #35)  On May 7, 2004, the Court granted leave to Plaintiffs to file their Third Amended Complaint. (Dkt. #37)

**II.**

Defendant requests leave to file its Original Answer to Plaintiffs' Third Amended Complaint, attached hereto.

**III.**

Plaintiffs do not oppose this motion.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court grant leave to file the Original Answer of Defendant, Allied Van Lines, Inc., to Plaintiffs' Third Amended Complaint, attached hereto.

Respectfully submitted,

**John W. Waters, Jr.**
LA State Bar No. 13258
LA Federal I.D. No. 13258
**BIENVENU, FOSTER, RYAN & O'BANNON**
1010 Common Street, Suite 2200
New Orleans, LA  70112-2401
Telephone No.:   (504) 581-2146
Telecopier No.:  (504) 522-7859

By: _____
Tom Lockhart
Texas State Bar No. 12473500
Texas Federal I.D. No. 2257

Roger W. Hughes
Texas State Bar No. 10229500
Texas Federal I.D. No.: 5950
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, TX 78551-1429
Telephone No.:     (956) 428-7495
Telecopier No.:    (956) 428-2954

**ATTORNEYS FOR DEFENDANT
ALLIED VAN LINES, INC.**

## CERTIFICATE OF CONFERENCE

On the 15th day of June, 2004, I conferred with counsel for Plaintiffs, Janie Jordan, and she was not opposed to this motion.

_____
TOM LOCKHART

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of June, 2004, a true and correct copy of the above and foregoing pleading was mailed to counsel for Plaintiffs:

Mr. Richard Warren Mithoff
Mr. William J. Stradley
Ms. Janie J. Jordan
**MITHOFF & JACKS, L.L.P.**
500 Dallas Street, Suite 3450
Houston, Texas 77002
Attorneys for Plaintiffs
_Via CMRRR# 7003 2260 0000 0440 3074
and Fax No. 713-739-8085_

Mr. Eduardo Rodriguez
Mr. Joseph A. Rodriguez
Mr. R. Patrick Rodriguez
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
P.O. Box 2155
Brownsville, TX 78520
*Via Regular Mail*

_____
TOM LOCKHART