United States District Court
Southern District of Texas
FILED

JUN 2 1 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE GUERRA, *et al.*, | § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. B-03-142 |
| ALLIED VAN LINES, INC., | § § | (JURY) |
| *Defendant.* | § § § | |

## PLAINTIFFS GUERRA, ET AL.'S MOTION FOR STAY OF TRANSFER ORDER

MITHOFF & JACKS, L.L.P.

RICHARD WARREN MITHOFF
*Attorney-in-Charge for Plaintiffs*
State Bar No. 14228500
Federal I.D. No. 2102
WILLIAM J. STRADLEY
State Bar No. 19353000
Federal I.D. No. 397
JANIE L. JORDAN
State Bar No. 11012700
Federal I.D. No. 17407
HERRICK L. SOVANY
State Bar No. 24037533
Federal I.D. 33292
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 [FAX]

RODRIGUEZ, COLVIN, CHANEY
& SAENZ, L.L.P.

EDUARDO ROBERTO RODRIGUEZ
State Bar No. 17144000
Federal I.D. No. 1944
R. PATRICK RODRIGUEZ
State Bar No. 24002861
Federal I.D. No. 22949
*Local Counsel*
P.O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 [FAX]

ATTORNEYS FOR PLAINTIFFS

TO THE HONORABLE HILDA TAGLE:

Plaintiffs file this Motion for Stay of Transfer Order and ask that the Court stay the transfer of this case in order to permit proper reconsideration of this matter.

## INTRODUCTION

On June 21, 2004, this Court entered an order transferring this case to the District Court for the Western District of Louisiana pursuant to 28 U.S.C. § 1404(a). Plaintiffs are preparing a motion for reconsideration of this Court's transfer order. Plaintiffs plan to file their motion for reconsideration on or before Wednesday, June 23, 2004.

## ARGUMENT & AUTHORITIES

This Court still has jurisdiction over this case and should delay transfer of this case pending Plaintiffs' motion for reconsideration. The general rule is that jurisdiction is not conveyed from the transferor court to the transferee court until the record is physically transferred to the transferee court. *See Wilson-Cook Med., Inc. v. Wilson*, 942 F.2d 247, 250 (4th Cir. 1991). Moreover, in order to permit adequate and orderly review of one federal district court's decision to transfer a case to another federal district court, physical transfer of the file should be delayed for a period of time after entry of the transfer order so that a petition for reconsideration may be filed in the transferor court. *In re Nine Mile Limited*, 673 F.2d 242, 243 (8th Cir. 1982).

## CONCLUSION AND PRAYER FOR RELIEF

For the reasons set forth above, Plaintiffs respectfully request that the Court stay the transfer of this case pending Plaintiffs' motion for reconsideration of this matter, and for any and all other relief to which they are entitled.

Respectfully submitted,

MITHOFF & JACKS, L.L.P.

_____
RICHARD WARREN MITHOFF
*Attorney-in-Charge for Plaintiffs*
State Bar No. 14228500
Federal I.D. No. 2102
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 [FAX]

EDUARDO ROBERTO RODRIGUEZ
State Bar No. 17144000
Federal I.D. No. 1944
*Local Counsel*
RODRIGUEZ, COLVIN, CHANEY
    & SAENZ, L.L.P.
P.O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 [FAX]

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I hereby certify that Plaintiffs' counsel has conferred with defense counsel regarding the filing of Plaintiffs' Motion for Stay of Transfer Order. Counsel for Defendant, Allied Van Lines, Inc., is opposed to this motion.

_____
RICHARD WARREN MITHOFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record by certified mail, return receipt requested, and/or hand delivery, and/or fax transmission, this ____ day of June, 2004.

| | |
|---|---|
| Mr. Tom Lockhart | Mr. John W. Waters, Jr. |
| Mr. Roger Hughes | Bienvenu, Foster, Ryan & O'Bannon |
| Adams & Graham, L.L.P. | 1010 Common St., Suite 2200 |
| P.O. Drawer 1429 | New Orleans, Louisiana 70112-2401 |
| Harlingen, Texas 78551-1429 | |

_____
RICHARD WARREN MITHOFF