United States District Court
Southern District of Texas
ENTERED

JUN 2 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE GUERRA, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. B-03-142 (JURY) |
| ALLIED VAN LINES, INC., | § § § | |
| *Defendant.* | § | |

**ORDER ON PLAINTIFFS GUERRA, ET AL.'S
MOTION FOR STAY OF TRANSFER ORDER**

After considering Plaintiffs' Motion for Stay of Transfer Order, the Court

GRANTS Plaintiffs' motion; and hereby

STAYS the Order Transferring this case to the Western District of Louisiana pending this Court's reconsideration of the matter.

SIGNED in Brownsville, Texas, on June 22, 2004.

HILDA TAGLE
U.S. DISTRICT JUDGE