B-03-142

United States District Court
Southern District of Texas (Rev 8/93) Summons in a Civil Action

FILED

JUL 2 3 2004

Michael N. Milby
Clerk of Court

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-21-04 @ 11:55 am |
| NAME OF SERVER (PRINT) Kirk French | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Allied Van Lines, Inc. by delivering to CT Corp. Systems, It's Reg. Agent by delivering to Shirley Dillon, agent authorized to accept at 350 North St. Paul Street, Dallas, Texas 75201

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES 55.00 | TOTAL 55.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-21-04
Date

Signature of Server

LAWYERS CIVIL PROCESS
400 S. HOUSTON ST.
DALLAS, TEXAS 75202
Address of Server

Subscribed and sworn to before me this
21 day of July, 20 04.

Melissa Wooley
Notary Public

MELISSA WOOLEY
MY COMMISSION EXPIRES
December 4, 2004

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.