IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE AND AMELIA GUERRA, INDIVIDUALLY AND GUADALUPE GUERRA AS ADMINISTRATOR OF THE ESTATE OF CINDY GUERRA, DECEASED; AMELIA GUERRA AS TEMPORARY GUARDIAN OF THE PERSON AND ESTATE OF LISA GUERRA, AN INCAPACITATED PERSON; RENE GARZA AND PATRICIA GARZA, INDIVIDUALLY AND RENE GARZA AS ADMINISTRATOR OF THE ESTATE OF JENNIFER GARZA, DECEASED; AND GRACIELA MARROQUIN AS TEMPORARY GUARDIAN OF THE PERSON AND ESTATE OF JOSE ANGEL ALFARO, JR., AN INCAPACITATED PERSON | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-142<br><br>TRIAL BY JURY REQUESTED |
| VS. | | |
| ALLIED VAN LINES, INC. | | |

## ORDER OF COURT

On this day the Court considered Plaintiffs' Motion for Leave to File Supplemental Authority. After consideration, Plaintiffs' motion is GRANTED.

IT IS THEREFORE ORDERED that the Memorandum Order attached as Exhibit "A" to Plaintiffs' Unopposed Motion for Leave to File Supplemental Authority is hereby included in the Court's official record in this lawsuit.

Signed this the _____ day of _____, 2004.

THE HONORABLE HILDA TAGLE
UNITED STATES DISTRICT JUDGE