## APPENDIX

| Appendix | Document | Page |
|---|---|---|
| A | Plaintiffs' May 25th Letter to Allied's Counsel | 4 |

# MITHOFF & JACKS

L.L.P.

LAW OFFICES

| | | |
|---|---|---|
| RICHARD WARREN MITHOFF, P.C.<br>JANIE L. JORDAN<br>SHERIE POTTS BECKMAN<br>JOSEPH R. ALEXANDER, JR.<br>HERRICK L. SOVANY<br><br>OF COUNSEL<br><br>WILLIAM J. STRADLEY<br><br>HOUSTON OFFICE | ONE ALLEN CENTER<br>PENTHOUSE<br>500 DALLAS<br>HOUSTON, TEXAS 77002<br><br>TELEPHONE 713-654-1122<br>FACSIMILE 713-739-8085 | TOMMY JACKS, P.C.<br>JAMES L. ("Larry") WRIGHT<br>MARK G. EINFALT<br>KURT M. SAUER<br>DREW WRIGHT<br>LAURA RUTH JACKS<br>FRANCES TOWNSEND<br>MARK GUERRERO<br>JUSTIN TOWNSEND<br><br>AUSTIN OFFICE |

May 25, 2004

Mr. Tom Lockhart
Law Offices of Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551

Re: Civil Action No. B-03-142; Guadalupe and Amelia Guerra, et al. vs. Allied Van Lines, Inc., In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Tom:

As you know, according to the Court's scheduling order, Allied is not required to disclose its experts and provide reports until 30 days after it has completed the depositions of Plaintiffs' expert witnesses. In accordance with the Court's scheduling order, Plaintiffs have previously complied with paragraph 3 of the Court's scheduling order and provided you with dates for the depositions of the Plaintiffs' expert witnesses. (See attached scheduling order and letters of May 18, 2004 and May 25, 2004, offering suggested dates for Plaintiffs' experts' depositions.) However, you have advised that Allied will not proceed with these depositions until the Court rules on Allied's Motion to Transfer Venue. Of course, there is no provision in the Court's scheduling order for delay or abatement of discovery pending the Court's ruling on Allied's motion to transfer venue.

Allied's failure to timely proceed to depose Plaintiffs' retained experts as contemplated by the Court's scheduling order constitutes an obvious waiver of its right to depose Plaintiffs' experts as provided by paragraph 4 of the Court's order.

Since the order requires that discovery be completed by August 2, 2004, in order to avoid such waiver, Plaintiffs request that Allied agree to name its experts and provide reports by June 15, 2004 to provide sufficient time for Plaintiffs to obtain their oral depositions before the close of discovery. If Allied will not agree to name its experts and

Mr. Tom Lockhart
May 25, 2004
Page 2

provide reports that comply with Federal Rule of Civil Procedure 26, on or before June 15, 2004, please let me know by Friday, May 28, 2004 so that an appropriate motion asking the Court for relief may be filed by Plaintiffs. Plaintiffs' motion will also seek a finding that Allied has waived its right to depose Plaintiffs' experts.

Please let me know Allied's decision in this matter as time is of the essence in moving forward to complete discovery.

Very truly yours,

Mithoff & Jacks, L.L.P.

RICHARD WARREN MITHOFF
WILLIAM J. STRADLEY

RWM:vkb
Enclosure

cc:   Mr. Eduardo Rodriguez
      Mr. John Waters, Jr.

# MITHOFF & JACKS

L.L.P.

LAW OFFICES

RICHARD WARREN MITHOFF, P.C.
JANIE L. JORDAN
SHERIE POTTS BECKMAN
JOSEPH R. ALEXANDER, JR.
HERRICK L. SOVANY

OF COUNSEL

WILLIAM J. STRADLEY

HOUSTON OFFICE

ONE ALLEN CENTER
PENTHOUSE
500 DALLAS
HOUSTON, TEXAS 77002

TELEPHONE 713-654-1122
FACSIMILE 713-739-8085

TOMMY JACKS, P.C.
JAMES L. ("Larry") WRIGHT
MARK G. EINFALT
KURT M. SAUER
DREW WRIGHT
LAURA RUTH JACKS
FRANCES TOWNSEND
MARK GUERRERO
JUSTIN TOWNSEND

AUSTIN OFFICE

May 18, 2004

Mr. Tom Lockhart
Law Offices of Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551

Re: Civil Action No. B-03-142; Guadalupe and Amelia Guerra, et al. vs. Allied Van Lines, Inc., In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Tom:

Following is a chart which sets out the availability for deposition of Plaintiffs' experts:

| Witness | Dates Available |
|---|---|
| Ian Jones, Ph.D. | June 15, 16, 18, 29, 30 |
| Paul O'Neill | May 24, 25<br>June 1, 2 (AM only)<br>June 3, 8, 11,<br>June 28 - July 2. |
| Dr. William Dement | June 28 - July 9 |
| Raymond M. Rone | May 24, 25, 26<br>June 7, 8, 9, 14 - 30 |
| Arthur Tarbox, Ph.D. | May 24, 25, and 27 (AM only)<br>June 3 (AM only)<br>June 7, 8,<br>June 10, 11 (AM only)<br>June 14, 18, 21, 22 |
| William J. Kramberg | June 2, 3, 24, 29, 30 |
| Terry Arnold, RN | June 9, 10, 17, 23, 24 |
| Thomas Mayor, Ph.D. | June 14 - 18 |

Mr. Tom Lockhart
May 18, 2004
Page 2

As soon as I have dates for the remaining experts, I will provide those dates to you. Please let me know by the end of this week the dates you are available for each expert's deposition and please advise me as to any experts you do not wish to depose.

Very truly yours,

Janie L. Jordan

JLJ:rgc

cc: Mr. Eduardo Rodriguez
    Mr. John Waters, Jr.

# MITHOFF & JACKS

L.L.P.

LAW OFFICES

RICHARD WARREN MITHOFF, P.C.
JANIE L. JORDAN
SHERIE POTTS BECKMAN
JOSEPH R. ALEXANDER, JR.
HERRICK L. SOVANY

OF COUNSEL

WILLIAM J. STRADLEY

HOUSTON OFFICE

ONE ALLEN CENTER
PENTHOUSE
500 DALLAS
HOUSTON, TEXAS 77002

TELEPHONE 713-654-1122
FACSIMILE 713-739-8085

May 25, 2004

TOMMY JACKS, P.C.
JAMES L. ("Larry") WRIGHT
MARK G. EINFALT
KURT M. SAUER
DREW WRIGHT
LAURA RUTH JACKS
FRANCES TOWNSEND
MARK GUERRERO
JUSTIN TOWNSEND

AUSTIN OFFICE

**VIA FACSIMILE: (956) 428-2954**
Mr. Tom Lockhart
Law Offices of Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551

Re: Civil Action No. B-03-142; Guadalupe and Amelia Guerra, et al. vs. Allied Van Lines, Inc., In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Tom:

Following are the dates that Plaintiffs' two remaining experts are available for their depositions:

| Witness | Dates Available |
|---|---|
| Whitney Morgan | June 21 - 25 |
| Dr. Susan J. Garrison | June 14 - 15<br>June 22, 24 (PM Only) |

I have previously provided you with dates for the depositions of Plaintiffs' other expert witnesses by correspondence dated May 18, 2004. Please let me know the dates you would like to depose these expert witnesses or please advise me as to any expert you do not wish to depose.

Very truly yours,

Janie L. Jordan

JLJ:rgc

cc: Mr. Eduardo Rodriguez
    Mr. John Waters, Jr.

b·24

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

GUADALUPE AND AMELIA GUERRA, et al §
versus § CIVIL ACTION B- 03-142
ALLIED VAN LINES, INC., et al §

United States District Court
Southern District of Texas
ENTERED

JAN 2 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Scheduling Order

☐ Bench  ☒ Jury

1. Trial: Estimated time to try: __10__ days.

2. New parties must be joined by: __04/05/04__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: __05/03/04__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by: __08/02/04__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************* The court will provide these dates. *************************

6. Dispositive Motions will be filed by: __08/13/2004__

7. Joint pretrial order is due: __09/20/2004__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: __10/5/2004__

9. Jury Selection is set for 9:00 a.m. on: __10/7/2004__

The case will remain on standby until tried.

Signed __January 26__, 20__04__ at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

*Scheduling Order--Page Two*

_____  _____
Richard Warren Mithoff

Counsel for __Plaintiffs__   Counsel for_____

Tom Lockhart _____  _____

Counsel for __Defendant,__   Counsel for_____
             Allied Van Lines, Inc.


_____  _____

Counsel for_____  Counsel for_____