IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE GUERRA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | C. A. No. B-03-142 |
| ALLIED VAN LINES, INC. | § § § | |
| Defendant | § | |

ORDER ON PLAINTIFFS' MOTION TO COMPEL
DEFENDANT ALLIED VAN LINES, INC.
TO DESIGNATE EXPERTS

After considering Plaintiffs' Motion to Compel Defendant Allied Van Lines, Inc. to Designate Experts, the Court hereby

ORDERS that Allied either take the depositions of Plaintiffs' experts and timely designate its experts and produce expert reports or be precluded from designating any experts.

SIGNED in Brownsville, Texas, on_____, 2004.

_____
U.S. DISTRICT JUDGE PRESIDING

6