IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUADALUPE AND AMELIA GUERRA, INDIVIDUALLY AND GUDALUPE GUERRA AS ADMINISTRATOR OF THE ESTATE OF CINDY GUERRA, DECEASED; AMELIA GUERRA AS TEMPORARY GUARDIAN OF THE ESTATE AND PERSON OF LISA GUERRA, AN INCAPACITATED PERSON; RENE GARZA AND PATRICIA GARZA, INDIVIDUALLY AND RENE GARZA AS ADMINISTRATOR OF THE ESTATE OF JENNIFER GARZA, DECEASED; GRACIELLA MARROQUIN AS TEMPORARY GUARDIAN OF THE ESTATE AND PERSON OF JOSE ANGEL ALFARO, JR., AN INCAPACITATED PERSON § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-142 |
| VS. § § | |
| ALLIED VAN LINES, INC. § | |

**DEFENDANT'S OPPOSITION TO PLAINTIFFS'
MOTION TO COMPEL DESIGNATION OF EXPERTS**

TO THE HONORABLE JUDGE HILDA TAGLE:

COMES NOW Defendant ALLIED VAN LINES, INC. (**"ALLIED"**) and files this OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DESIGNATION OF EXPERTS.

Plaintiffs' chronology does not include a key event: the court already denied their

request. Dkt #49.

On May 24, 2004, Allied filed an emergency motion to modify the scheduling order about designating Allied's experts. Dkt #42. Twelve days later, Plaintiffs moved to enforce the scheduling order; that motion requested virtually the same relief their current motion seeks. Dkt # 45.

The Court's June 21, 2004, Order denied these motions "**as moot.**" Dkt # 49, p. 10 [emphasis in original]. The court stayed transferring the case, but did not vacate its holdings on the expert designation motions. Dkt #51.

Plaintiffs' Motion to Compel should be denied.

                Respectfully submitted,

            **By:** /s/ *Roger W. Hughes*
              **Tom Lockhart**
              Texas State Bar No. 12473500
              Texas Federal I.D. No. 2257
              **Roger W. Hughes**
              Texas State Bar No. 10229500
              Texas Federal ID No. 5950
              **ADAMS & GRAHAM, L.L.P.**
              P. O. Drawer 1429
              Harlingen, TX 78551-1429
              Phone No.: (956)428-7495;
              Fax:(956)428-2954

              **John W. Waters, Jr.**
              LA State Bar No. 13258
              LA Federal I.D. No. 13258
              **BIENVENU, FOSTER, RYAN**
                **& O'BANNON**

1010 Common Street, Suite 2200
New Orleans, LA 70112-2401
Phone: (504) 581-2146;
Fax: (504) 522-7859

Attorneys for *Defendant* ALLIED VAN LINES

CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of December, 2004, a true and correct copy of the above and foregoing pleading was mailed to counsel for Plaintiffs as follows:

Mr. Richard Warren Mithoff                                  *Via CM/RRR 7003 0500 0002 3732 4338*
Mr. William J. Stradley
Ms. Janie J. Jordan
**MITHOFF & JACKS, L.L.P.**
500 Dallas Street, Suite 3450
Houston, Texas 77002

*Attorneys for Plaintiffs*

Mr. Eduardo Rodriguez                                       *Via Ordinary Mail*
Mr. Joseph A. Rodriguez
Mr. R. Patrick Rodriguez
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 East Van Buren
Brownsville, TX 78520

Kevin Dubose
**ALEXANDER DUBOSE JONES & TOWNSEND, LLP**
1844 Harvard
Houston, TX 77008

Russell J. Weintraub
727 E. 26th Street
Austin, TX 78705

                                           /s/ *Roger W. Hughes*
                                           **ROGER W. HUGHES**