IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUADALUPE AND AMELIA GUERRA, § <br> INDIVIDUALLY AND GUDALUPE § <br> GUERRA AS ADMINISTRATOR § <br> OF THE ESTATE OF CINDY GUERRA, § <br> DECEASED; AMELIA GUERRA AS § <br> TEMPORARY GUARDIAN OF THE § <br> ESTATE AND PERSON OF LISA § <br> GUERRA, AN INCAPACITATED § <br> PERSON; RENE GARZA AND § <br> PATRICIA GARZA, INDIVIDUALLY § <br> AND RENE GARZA AS § <br> ADMINISTRATOR OF THE ESTATE § <br> OF JENNIFER GARZA, DECEASED; § <br> GRACIELLA MARROQUIN AS § <br> TEMPORARY GUARDIAN OF THE § <br> ESTATE AND PERSON OF § <br> JOSE ANGEL ALFARO, JR., § <br> AN INCAPACITATED PERSON § <br> § <br> VS. § <br> § <br> ALLIED VAN LINES, INC. § | CIVIL ACTION NO. B-03-142 |

**ORDER DENYING PLAINTIFFS' MOTION TO COMPEL DEFENDANT
ALLIED VAN LINES, INC. TO DESIGNATE EXPERTS AS MOOT**

BE IT REMEMBERED that on this ___ day of _____, 200__, came to be heard Plaintiff's Motion to Compel Defendant Allied Van Lines, Inc. to Designate Experts and the Court is of the opinion it should be denied as moot.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Compel Defendant Allied Van Lines, Inc. to Designate Experts is denied as moot.

SIGNED this ___ day of _____, 200__ at Brownsville, Texas.

_____
JUDGE PRESIDING