LAW OFFICES OF

# ADAMS & GRAHAM, L.L.P.

**ROGER W. HUGHES**
RHughes@adamsgraham.com

**222 E. VAN BUREN, WEST TOWER (78550)
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551-1429**

**Tel (956) 428-7495
Fax (956) 428-2954**
**www.adamsgraham.com**

December 8, 2004

Mr. Michael Milby                                                      *Via E-File*
**UNITED STATES DISTRICT CLERK**
600 E. Harrison, Rm #306
Brownsville, Texas 78520

Re:     **Civil Action No. B-03-142**
        **Guadalupe and Amelia Guerra, et al. v. Allied Van Lines, Inc., et al.; In the United States District Court**
        **for the Southern District of Texas, Brownsville, Division**
        **Our File No. A-764**

Dear Mr. Milby:

Please find enclosed for filing among the papers of the above referenced matter, the original and one copy of:

1.    **Defendant's Opposition to Plaintiffs' Motion to Compel Designation of Experts; and**
2.    **Order Denying Plaintiffs' Motion to Compel Defendant Allied Van Lines, Inc. to Designate Experts as Moot.**

By copy hereof, I am providing a copy of the enclosed document to all counsel as indicated below.

Thank you for your kind courtesies.

Sincerely yours,

**ADAMS & GRAHAM, L.L.P.**

/s/ *Roger W. Hughes*

ROGER W. HUGHES

RWH:fmg
Enclosure(s):  As stated.

---

ADAMS & GRAHAM, L.L.P.
[10-fmg] C:\FILES\A\A764\Court\Clerk16

Mr. Michael Milby
Re: Civil Action No. B-03-142
December 8, 2004
Page 2


cc:     (w/enc.)

Mr. Richard Warren Mithoff                          *Via CM/RRR 7003 0500 0002 3732 4338*
Mr. William J. Stradley
Ms. Janie J. Jordan
**MITHOFF & JACKS, L.L.P.**
500 Dallas Street, Suite 3450
Houston, Texas 77002
*Attorneys for Plaintiffs*

Mr. Eduardo Rodriguez                               *Via Ordinary Mail*
Mr. Joseph A. Rodriguez
Mr. R. Patrick Rodriguez
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 East Van Buren
Brownsville, TX 78520

Mr. Kevin Dubose                                    *Via Ordinary Mail*
ALEXANDER DUBOSE JONES
        & TOWNSEND, LLP
1844 Harvard
Houston, TX 77008

Mr. Russell J. Weintraub                            *Via Ordinary Mail*
727 E. 26th Street
Austin, TX 78705