IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE GUERRA, et al., | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | C. A. No. B-03-142 |
| ALLIED VAN LINES, INC. | § § § | |
| Defendant | § | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR SCHEDULING ORDER AND FOR STATUS CONFERENCE

CAME BEFORE THE COURT on this day Plaintiffs' Motion for Scheduling Order and for Status Conference, and after considering the motion, the pleadings on file and the parties submissions the Court is of the opinion that said motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Scheduling Order and for Status Conference is hereby GRANTED in all respects.

IT IS FURTHER ORDERED that Allied and Plaintiffs attend a Status Conference on _____, ____ at _____ o'clock ___m. wherein new dates for a Scheduling Order will be resolved, and that a new Scheduling Order shall be entered by this Court.

SIGNED in Brownsville, Texas, on this _____ day of ___ _____ 2005.

_____
U.S. DISTRICT JUDGE PRESIDING

7