IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE AND AMELIA GUERRA, | § | |
| INDIVIDUALLY AND GUDALUPE | § | |
| GUERRA AS ADMINISTRATOR | § | |
| OF THE ESTATE OF CINDY GUERRA, | § | |
| DECEASED; AMELIA GUERRA AS | § | |
| TEMPORARY GUARDIAN OF THE | § | |
| ESTATE AND PERSON OF LISA | § | |
| GUERRA, AN INCAPACITATED | § | |
| PERSON; RENE GARZA AND | § | |
| PATRICIA GARZA, INDIVIDUALLY | § | |
| AND RENE GARZA AS | § | |
| ADMINISTRATOR OF THE ESTATE | § | |
| OF JENNIFER GARZA, DECEASED; | § | |
| GRACIELLA MARROQUIN AS | § | CIVIL ACTION NO. B-03-142 |
| TEMPORARY GUARDIAN OF THE | § | |
| ESTATE AND PERSON OF | § | |
| JOSE ANGEL ALFARO, JR., | § | |
| AN INCAPACITATED PERSON | § | |
|  | § | |
| VS. | § | |
|  | § | |
| ALLIED VAN LINES, INC. | § | |

**DEFENDANT'S RESPONSE TO PLAINTIFFS'
MOTION FOR SCHEDULING ORDER AND STATUS CONFERENCE**

TO THE HONORABLE JUDGE HILDA TAGLE:

COMES NOW Defendant ALLIED VAN LINES, INC. (**"ALLIED"**) and files this RESPONSE TO PLAINTIFFS' MOTION FOR SCHEDULING ORDER AND STATUS CONFERENCE.

**I**.

Plaintiffs motion rehashes the same claims and arguments it urged a month earlier. See Dkt # 61.  The Court already denied similar requests.  Dkt #49.

On May 24, 2004, Allied filed an emergency motion to modify the scheduling order about designating Allied's experts.  Dkt #42.  Twelve days later, Plaintiffs moved to enforce the scheduling order; that motion requested relief similar to their current motion.  Dkt # 45.  Allied responded that the course of discovery turned on venue and choice law; it was paralyzed until the Court decided venue and choice of law.  Dkt #46.

The Court's June 21, 2004, Order denied these motions "**as moot.**"  Dkt # 49, p. 10 [emphasis in original].  The court stayed transferring the case, but did not vacate its holdings on the discovery motions.  Dkt #51.

**II.**

The remaining discovery hinges on the choice of law and the forum for suit.  Until the Court rules on the motion to reconsider, the discovery issues are moot.

In short, Plaintiffs' Motion for Scheduling Order and Status Conference should be denied.

> Respectfully submitted,
>
> **By:** /s/ *Roger W. Hughes*
> **Tom Lockhart**
> Texas State Bar No. 12473500
> Texas Federal I.D. No. 2257
> **Roger W. Hughes**
> Texas State Bar No. 10229500

Texas Federal ID No. 5950
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, TX 78551-1429
Phone No.: (956)428-7495;
Fax:(956)428-2954

**John W. Waters, Jr.**
LA State Bar No. 13258
LA Federal I.D. No. 13258
**BIENVENU, FOSTER, RYAN
   & O'BANNON**
1010 Common Street, Suite 2200
New Orleans, LA  70112-2401
Phone: (504) 581-2146;
Fax: (504) 522-7859

Attorneys for *Defendant* ALLIED VAN LINES

CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of January, 2005, a true and correct copy of the above and foregoing pleading was mailed to counsel for Plaintiffs as follows:

Mr. Richard Warren Mithoff                      *Via CM/RRR 7003 0500 0002 3732 4819*
Mr. William J. Stradley
Ms. Janie J. Jordan
**MITHOFF & JACKS, L.L.P.**
500 Dallas Street, Suite 3450
Houston, Texas 77002

*Attorneys for Plaintiffs*

| | |
|---|---|
| Mr. Eduardo Rodriguez<br>Mr. Joseph A. Rodriguez<br>Mr. R. Patrick Rodriguez<br>**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**<br>1201 East Van Buren<br>Brownsville, TX 78520 | *Via Ordinary Mail* |
| Kevin Dubose<br>**ALEXANDER DUBOSE JONES & TOWNSEND, LLP**<br>1844 Harvard<br>Houston, TX 77008 | *Via Ordinary Mail* |
| Russell J. Weintraub<br>727 E. 26th Street<br>Austin, TX 78705 | *Via Ordinary Mail* |

                                                /s/ *Roger W. Hughes*
                                             **ROGER W. HUGHES**