IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE AND AMELIA GUERRA, | § | |
| INDIVIDUALLY AND GUDALUPE | § | |
| GUERRA AS ADMINISTRATOR | § | |
| OF THE ESTATE OF CINDY GUERRA, | § | |
| DECEASED; AMELIA GUERRA AS | § | |
| TEMPORARY GUARDIAN OF THE | § | |
| ESTATE AND PERSON OF LISA | § | |
| GUERRA, AN INCAPACITATED | § | |
| PERSON; RENE GARZA AND | § | |
| PATRICIA GARZA, INDIVIDUALLY | § | |
| AND RENE GARZA AS | § | |
| ADMINISTRATOR OF THE ESTATE | § | |
| OF JENNIFER GARZA, DECEASED; | § | |
| GRACIELLA MARROQUIN AS | § | CIVIL ACTION NO. B-03-142 |
| TEMPORARY GUARDIAN OF THE | § | |
| ESTATE AND PERSON OF | § | |
| JOSE ANGEL ALFARO, JR., | § | |
| AN INCAPACITATED PERSON | § | |
| | § | |
| VS. | § | |
| | § | |
| ALLIED VAN LINES, INC. | § | |

**ORDER DENYING PLAINTIFFS' MOTION FOR
SCHEDULING ORDER AND STATUS CONFERENCE**

BE IT REMEMBERED that on this ___ day of _____, 2005, came to be considered Plaintiffs' Motion for Scheduling Order and Status Conference and the Court is of the opinion that it should be denied.

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Scheduling Order and Status Conference be denied.

SIGNED this ___ day of _____, 2005 at Brownsville, Texas.

_____
JUDGE PRESIDING