

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
600 E. HARRISON STREET #101
BROWNSVILLE, TEXAS 78520
(956) 548-2500

**MAIL**
United States District Court
Southern District of Texas
RECEIVED

FEB 03 2005

Michael N. Milby, Clerk

MICHAEL N. MILBY, CLERK
CLERK OF COURT

RE: Our Case No.: B-03-CV-142
**Guadalupe and Amelia Guerra, et al**
**Vs.**
**Allied Van Lines, Inc.**

January 24, 2005

Dear Sir/Madam:

We are transmitting certified copies of the transfer order along with a certified copy of the docket sheet.

Please acknowledge receipt of the enclosures by executing the receipt below and returning a copy to us.

Very truly yours,

MICHAEL N. MILBY, CLERK

BY: _Bertha A Vasquez_
Bertha A Vasquez, Deputy Clerk

cc: Counsel of Record

RECEIVED ON: 2/1/05

BY: _____

CLERK, U.S. District Court

BY: _____, Deputy Clerk